AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
KELLY MEGGS
CONNIE MEGGS
GRAYDON YOUNG
LAURA STEELE

*Defendant(s)*

)
)
)
)
)
)
)

Case: 1:21-mj-00225
Assigned to: Judge Meriweather, Robin M
Assign Date: 2/11/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (2) | Restricted Building or Grounds Access |
| 18 U.S.C. § 1519 | Obstruction of Justice / Destruction of Records (Graydon Young ONLY) |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

_Complainant's signature_

Whitney Drew, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means)  this, 10th day of August, 2020

Date: 02/11/2021

City and state:  Washington, D.C.

Robin M. Meriweather
2021.02.11 23:54:02
-05'00'
*Judge's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*