NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                    Criminal Number   21-cr-28-APM-8

CONNIE MEGGS
            (Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Anthony Wilson FL0073
*(Attorney & Bar ID Number)*

Law Offices of David A. Wilson
*(Firm Name)*

201 SW 2nd Street, Suite 101
*(Street Address)*

Ocala                    FL                    34471
*(City)*            *(State)*            *(Zip)*

(352) 629-4466
*(Telephone Number)*