

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

April 9, 2021

David Fischer
Counsel for Thomas Caldwell
fischerandputzi@hotmail.com

Michelle Peterson
Counsel for Jessica Watkins
Shelli_Peterson@fd.org

Carmen Hernandez
Counsel for Donovan Crowl
chernan7_aol.com

Joh Machado
Counsel for Sandra Parker
johnlmachado_gmail.com

Stephen Brennwald
Counsel for Bennie Parker
SFBrennwald_cs.com

Robert Foley and Desiree Wilson
Counsel for Graydon Young
dwilson@robertfoleylaw.com>;
Bob@robertfoleylaw.com

Peter Cooper
Counsel for Laura Steele
pcooper_petercooperlaw.com

David A. Wilson
Counsel for Kelly and Connie Meggs
david@dwilsonlaw.com

Nina Ginsburg and Jeffrey Zimmerman
Counsel for Kenneth Harrelson
nginsberg_dimuro.com
zimpacer@gmail.com

Jennifer Wicks
Counsel for Roberto Minuta
jenifer@blindjusticedc.org

Joni Robin and Chris Leibig
Counsel for Joshua James
joni_jonirobinlaw.com
chris@chrisleibiglaw.com

    Re:    *United States v. Thomas Caldwell, et al.*
              Case No. 21-cr-028 (APM)

Dear Counsel:

    This letter is intended to memorialize additional discovery materials that we are providing to you today:

  First, we have added a folder called "Discovery Production 2 – 4-9-21" to the USAfx discovery box to which you already have been granted access. This production contains roughly 1,600 files consisting mostly of subpoena returns. We are attaching a copy of a log that lists out all of the files included in the Relativity production.

  Second, we have created a separate USAfx folder labeled "Highly Sensitive Discovery Materials - U.S. v. Caldwell, et al." We will provide any materials that we are designating as "Highly Sensitive," under the terms of the Court's Protective Order (see ECF No. 123) through this USAfx folder (unless the files are too large, in which case we will provide them to you on a disc or external drive that is also labeled "Highly Sensitive"). Currently, we have placed the following types of files into this folder:
- Some of the U.S. Capitol surveillance video footage obtained to date;[1]
- Damage estimates from the U.S. Capitol;
- Defendants' complete, not-yet-scoped cell phone search warrant returns; and
- Defendants' financial records.

We will forward additional discovery as it becomes available. If you have any questions or concerns about these discovery materials, please feel free to contact us.

          Sincerely,

          CHANNING D. PHILLIPS
          Acting United States Attorney

By:   _____
          Kathryn L. Rakoczy
          D.C. Bar No. 994559
          Ahmed M. Baset
          Troy A. Edwards, Jr.
          Louis A. Manzo
          Jeffrey S. Nestler
          Assistant United States Attorneys

          */s/ Alexandra Hughes*
          Alexandra Hughes
          Justin Sher
          Trial Attorneys
          National Security Division
          United States Department of Justice
          950 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004

---

[1] We are waiting to receive official versions of some additional relevant video, which we will make available to as soon as we obtain it. We will e-mail you when we add videos to this folder.