```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 21-28-9
                                   )      Washington, D.C.
          vs.                      )      March 26, 2021
                                   )      10:00 a.m.
CONNIE MEGGS,                      )
                                   )
          Defendant.               )
_____)


                  TRANSCRIPT OF DETENTION HEARING
                       VIA ZOOM PROCEEDINGS
                 BEFORE THE HONORABLE AMIT P. MEHTA
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             Jeffrey S. Nestler
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             Jeffrey.Nestler@usdoj.gov


For the Defendant:           David A. Wilson
                             LAW OFFICE OF DAVID A. WILSON
                             201 SW 2nd Street
                             Suite 101
                             Ocala, FL 34471
                             (352) 629-4466
                             Email: david@dwilsonlaw.com
```

APPEARANCES CONTINUED:

Pretrial Officer:          Christine Schuck

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

                         P R O C E E D I N G S

1          COURTROOM DEPUTY:  Good morning, Your Honor.

2   This is Criminal Case No. 21-28-9, the United States of

3   America versus Connie Meggs.

4          Jeffrey Nestler for the government.

5          David Wilson for the defense.

6          Christine Schuck on behalf of Pretrial Services.

7          The defendant's appearing via videoconference for

8   this hearing.

9          THE COURT:  All right.  Good morning, everybody.

10  Hang on for one second, please.

11         Okay.  Sorry about that, everyone.

12         Good morning to everybody.

13         Ms. Meggs, good morning to you.  Can you hear me

14  okay?

15         THE DEFENDANT:  Yes.  Good morning, Your Honor.

16         THE COURT:  All right.

17         So we're here this morning -- my apologies for the

18  delay -- on Ms. Meggs's motion on reconsideration or sort of

19  renewed request for pretrial release.

20         Just at the outset, let me be clear that I'm

21  treating this as an appeal, a de novo appeal from a

22  magistrate judge that found her -- that determined to detain

23  her.

24         So the delay this morning was caused by the

1    Circuit's issuance of *United States versus Munchel*, which is

2    a case that sort of directly concerns detention

3    considerations for Capitol riot defendants.  And so I wanted

4    to take a moment to read that case or at least quickly read

5    through it and I want to make sure both sides have had a

6    chance to read through it as well.  And I gather both sides

7    have had the opportunity to review it.

8              Mr. Nestler?

9              MR. NESTLER:  Yes, Your Honor.

10             THE COURT:  And Mr. Wilson?

11             MR. WILSON:  Yes, sir.

12             THE COURT:  Okay.

13             All right.  So we'll start with the government.

14             And I guess the question to ask, Mr. Nestler, at

15   the outset, is whether the decision in *Munchel* changes the

16   government's outlook here at all with respect to Ms. Meggs?

17             MR. NESTLER:  It does not, Your Honor.

18             THE COURT:  Okay.

19             Go ahead, Mr. Nestler.

20             MR. NESTLER:  I'm happy to explain it further.

21             THE COURT:  Of course.  Go ahead.  I'd like you to

22   do that.

23             MR. NESTLER:  Sure.

24             So if we look at page 19 of the majority's opinion

25   in *Munchel*, Your Honor, it talks about -- the Circuit talks

1    about how Mr. Munchel and his mother came in afterwards,

2    were sort of looky-loos who came into the Capitol building,

3    after others had assaulted officers, had broken down

4    barricades, had broken through doors and windows, and that

5    they were not involved and there were just the two of them.

6         The Circuit makes clear to say that those who

7    "aided, conspired with, planned, or coordinated the attack

8    on the Capitol are in a different category than Mr. Munchel

9    and his mother."

10        And that is the category that we're in here,

11   Your Honor, with Ms. Meggs and with the other defendants as

12   part of this case.  That's where they are charged together

13   as co-conspirators.  They are the ones who coordinated in

14   advance.  They're the ones who others parted the way so that

15   these defendants could get closer to the door and could, by

16   their numbers, by their presence, by what they were carrying

17   with them, by their training actually help break into the

18   Capitol in order to cause that obstruction.

19        THE COURT:  What do we make of the fact that --

20   I mean, there's no evidence here, at least with respect to

21   Ms. Meggs, of engaging in actual destruction of property, of

22   entering the Capitol building, of -- not assaulting a police

23   officer in the Capitol building or outside the Capitol

24   building.

25        Would you agree with me that those factors sort of

1   weigh against pretrial-detention determination?

2         MR. NESTLER:  Yes.

3         As to Ms. Meggs, she did not personally partake in

4   those activities, as far as the evidence currently shows.

5   But because we believe some of her co-conspirators may have

6   done so and because of the presence of her conspiracy, that

7   would weigh in favor of the detention.

8         One of the pieces the Circuit referenced was that

9   Mr. Munchel and his mother were able to commit the crimes

10  they committed because of "the presence of the group."

11  So the group of dozens or hundreds of other individuals that

12  allowed those two defendants in the Circuit case to commit

13  crimes.

14        Here, there's a different concern.  And the

15  Circuit said for those two, now that that mob is no longer

16  at the Capitol, there's less of a concern that those two are

17  going to be able to commit further crimes, because they used

18  that group in order to commit the crimes.

19        Here, the problem is the group itself.  We have

20  this group of Oath Keepers, there are ten charged in this

21  conspiracy right now, as we indicated previously,

22  Your Honor, the investigation continues, and there may be

23  others -- we certainly have video and photographs of others

24  working in concert with these ten who are currently charged.

25        That group itself is a danger.  It's the presence

1   of that group, the training that they did in advance, the
2   communications they did in advance and leading up to, and
3   then the government's concern of what they could do in the
4   future because of their group themselves, the size of their
5   group and the training and organization of their group.
6          THE COURT:  What do we know about Ms. Meggs's
7   having participated in a firearms training class?  What do
8   we know about that event, if anything?
9          You've alleged that they --
10          MR. NESTLER:  We do know that --
11          THE COURT:  I'm sorry -- that she participated in
12   a firearms training class in advance of the rally.
13          MR. NESTLER:  Yes, Your Honor.
14          We do know that in September of 2020, she, her
15   husband, Kelly Meggs, and another member of the conspiracy,
16   Kenneth Harrelson, "participated in a firearms training
17   class" would be to undersell it, Your Honor.  It appears to
18   be some sort of paramilitary class about how to go on the
19   offense, like a military training class, not a firearm
20   safety training class or a protective detail firearm safety
21   training class, how to use guns and be safe; this is how to
22   attack and kill people.
23          THE COURT:  And is that --
24          MR. NESTLER:  And so we know that she was there.
25   We have --

1           THE COURT:  I'm sorry.

2           MR. NESTLER:  Sorry.

3           THE COURT:  When you call it a "class" or a

4    "training," is this something -- I'm just trying to

5    understand:  Was this something sponsored by an

6    organization?  Was it something that was done ad hoc among a

7    group of individuals?  Can you describe how this came

8    together, to the government's understanding?

9           MR. NESTLER:  We don't have much information right

10   now about how it came together, Your Honor, but we do know

11   that at least two of the members who were present that day

12   were wearing Oath Keepers garb while conducting this

13   training, including Ms. Meggs's husband, Kelly Meggs.

14          THE COURT:  Okay.  But that --

15          MR. NESTLER:  And we do know that --

16          THE COURT:  Yeah, I don't want to sort of sound

17   too pithy here, but I mean, was this something that was

18   sponsored by a legitimate organization like, say, the NRA,

19   or was this something that was sponsored and carried out by

20   an informal group like the Oath Keepers?

21          MR. NESTLER:  I'm not prepared to say or lend any

22   credibility or non-credibility to the organization that

23   sponsored this training.  We did not include that

24   organization's name in our pleading; we didn't think it was

25   appropriate to identify them.

1          It was not the NRA, but it does appear to be a

2    business that's based in Florida that does put on various

3    classes.

4          THE COURT:  Okay.

5          And --

6          MR. NESTLER:  And we do know that -- yes,

7    Your Honor.

8          And we do know that Kelly Meggs, or at least the

9    Meggs family, as part of their credit cards, paid $600 to

10   this facility in late November of 2020.  We don't yet know

11   what that payment was for; we're still investigating.

12         THE COURT:  Okay.

13         Can you help me understand a little bit more what

14   you think the evidence -- the note that's pasted in your

15   pleading at 14, what that is?

16         MR. NESTLER:  Yes, Your Honor.

17         That is an indication that Connie Meggs was

18   involved in some sort of planning for what the Oath Keepers

19   were going to be doing on January 5th and 6th.  We are not

20   alleging that that was planning of storming the Capitol;

21   that's the planning about what their plans were.

22         And the reason we included that was because, at

23   least from Ms. Meggs's bond-review motion and arguments

24   advanced before the magistrate in Florida was that she was

25   not really involved; she was along for the ride with her

1    husband.

2          And this note, to the government's belief,

3    Your Honor, shows quite otherwise, that she was not just

4    following her husband wherever he told her to go, she was

5    actually taking notes about where they were going to be

6    going and what they were going to be doing.

7          THE COURT:  Can I ask you -- I mean, the way this

8    is worded struck me as a little ambiguous.

9          I mean, you write:  "On January 3rd, the user of

10   Defendant Meggs's phone saved the note;" I mean, instead of

11   saying Defendant Meggs saved a note.

12         Is there a reason for the hedge that's used in

13   describing the author of the note?

14         MR. NESTLER:  No, Your Honor.

15         The reason for the hedge is that no one -- we

16   don't have evidence that Ms. Meggs was the one using her

17   phone at that time, versus someone else using her phone at

18   that time; that there's certainly strong circumstantial

19   evidence that it was her.  But without a witness saying she

20   was the one saving that note, we didn't want to necessarily

21   ascribe it to her.

22         THE COURT:  Okay.  I see.

23         I just wanted to be clear that you weren't

24   suggesting that there was some other user of her phone, but

25   I understand.

```
 1              MR. NESTLER:  We are not.

 2              THE COURT:  And so the note -- the note does

 3   reference the U.S. Capitol congressman.  Does the government

 4   have any further insight into what those notations are meant

 5   to refer to?

 6              MR. NESTLER:  No, Your Honor.  This is the note

 7   itself.

 8              The redacted portions -- and the full note was

 9   provided to Mr. Wilson.  But the redacted portion are names

10   or email addresses of people to apparently be in contact

11   with.

12              THE COURT:  Okay.

13              And, by the way, some of this is prompted by

14   Ms. Meggs's -- we tried to get her here; she's been --

15   remains detained, I believe, in Florida; is that right?

16              MR. NESTLER:  That's my understanding, Your Honor.

17              THE COURT:  Okay.

18              And part of the reason there was the -- her ring

19   was not off -- they weren't able to get the wedding ring off

20   her finger.  Has that issue resolved itself?

21              MR. NESTLER:  The marshals have informed me --

22              THE DEFENDANT:  Yes.

23              MR. NESTLER:  -- that that has resolved itself,

24   yes.

25              THE COURT:  All right.
```

1          Mr. Nestler, is there anything else you want to

2    add?

3          MR. NESTLER:  Two more small points, Your Honor;

4    one about detention.

5          Just looking at Judge Katsas's dissent,

6    Your Honor, and there's a point that the Judge makes, which

7    is that in the *Munchel* case, there was no charge that gave

8    rise to a rebuttable presumption, and that, again, affected

9    the Court's analysis in that case.  And here we do have that

10   fact; that is an additional fact that was not present in

11   *Munchel*.

12         The other point I just want to mention,

13   Your Honor -- and I'm sorry, I should have raised this at

14   the outset -- was the conflict issue.  In filing the

15   government's opposition to the bond-review motion for

16   Connie Meggs and Kelly Meggs, it's become more and more

17   apparent to the government about the potential for a

18   conflict between Connie Meggs and Kelly Meggs, especially as

19   evidence of what Kelly Meggs did and said as being used by

20   the government.

21         We are using those statements and those actions,

22   including Kelly Meggs's signing up with the Oath Keepers for

23   a lifetime membership with spouse, as evidence against

24   Connie Meggs, and we do believe that does rise to the level

25   of potential conflict with having them represented by the

1    same counsel.

2            THE COURT:  Well, let me -- I'm glad you raised

3    that, because we ought to -- I think earlier I did raise

4    this issue at the arraignment with Ms. Meggs and both she

5    and Mr. Meggs at least were warned of the conflict and said

6    they understood the conflict and were prepared to waive it.

7            I guess the question in my mind is:  Do I have the

8    authority to override a person's Sixth Amendment right to

9    counsel if there is -- if the conflict rises to something

10   that's not waivable?

11           And I have to confess, I've not had a husband-wife

12   represented by the same counsel in a case before.  And so

13   I mean, I understand the general parameters of the issue,

14   but I don't know what the case law says about whether I

15   could, for example, order that there be a severance,

16   essentially, of counsel, that Mr. Wilson either elect to

17   represent Mr. Meggs or his wife.

18           Does the government have a view on that?

19           MR. NESTLER:  Not formalized, Your Honor.

20           We can provide more research, Your Honor, and we

21   can brief the issue, if necessary.

22           We were hoping that this would resolve itself with

23   speaking on the record with Mr. Wilson and with both of his

24   clients and with Your Honor, but we could continue to brief

25   that issue if Your Honor would like.

1    THE COURT:  Well, I mean, we have -- and I'm happy

2 to do it again -- you know, I'd indicated also that we would

3 get conflicts counsel, although having Ms. Meggs in Florida

4 makes that a little bit more challenging, to advise them,

5 and I still plan to do that.

6    But, Mr. Wilson, is it still both of your clients'

7 intentions to proceed with a single lawyer?

8    MR. WILSON:  I have discussed this matter

9 initially upon them informing me that they wanted me to

10 represent both of them.  I went in great detail into the

11 potential for conflict.  And, in fact, what the government's

12 trying to create right now, I predicted and I discussed it

13 with both of them, and they had reviewed and signed a

14 detailed conflict waiver.

15    I don't see a conflict rising to the level of what

16 the government is contending at this point in time.  And I

17 think that if there is a severance down the road, it's not a

18 severance of counsel, it's a severance of Mr. and Ms. Meggs,

19 as far as their case is concerned, and I think that

20 necessity would exist for purposes of trial, regardless of

21 who the attorney is representing Mr. and Ms. Meggs.

22    If the government intends to introduce a statement

23 made by Ms. Meggs against Mr. Meggs at trial, well, then,

24 regardless of who their attorney is, a severance would be

25 warranted.  We haven't gotten there.

1          THE COURT:  Well, maybe.

2          MR. WILSON:  Right.

3          THE COURT:  The short answer is "maybe."

4          Only if it's a testimonial statement.  I don't

5     know which statement you're referring to.  I guess you're

6     talking about the post-arrest statement that she's made; and

7     even then, you know, it begs the question of whether we

8     could redact it in such a way that -- but we're far away

9     from that --

10         MR. WILSON:  Correct.

11         THE COURT:  -- date, from that possibility.

12         But you're right, that's something that's looming

13    here.

14         What's your view, to the extent that you have an

15    understanding of this, of whether I could compel, contrary

16    to their express view, that they have separate counsel?

17         MR. WILSON:  Well, Judge, the only --

18         THE COURT:  And to be clear, Mr. Wilson, I'm not

19    suggesting I'm taking any steps today, I just want to know

20    what your position is.

21         MR. WILSON:  Judge, this is -- I have in the past

22    had circumstances where I've had individuals in the same

23    case ask me to represent them, where there, in fact, was a

24    conflict; and in those circumstances, they each waived the

25    conflict and no one sought to have me removed.

1          You know, I'm not aware of any particular case law

2     one way or the other.  But I do think the Constitution

3     speaks very loudly that an individual has their -- a

4     constitutional right to the attorney of their choice.

5          I think the only case I've ever seen where an

6     attorney was removed was in the matter of John Doty, and

7     that was, I think, on the government's allegation that his

8     attorney at the time was somehow involved in the conspiracy.

9          But I don't know, Judge.  If the Court wants us

10    parties to brief the Court, we can certainly do that, but

11    I think that the defendants involved should have their say

12    in the matter.

13         THE COURT:  Well, let's put it this way:  I mean,

14    there's no motion before me.  So if the government is

15    seeking to either move to compel me to require them to both

16    have their own separate counsel, I'll take that up.

17         I'm certainly not going to order that absent an

18    actual motion from the government and briefing from the

19    defendants.  It's too substantial of an issue for me to do

20    on the back of a napkin here.  So I'm certainly not going to

21    do that.

22         And secondarily, you know, if the government

23    thinks that what we've done thus far to ensure that both

24    Mr. and Ms. Meggs are fully and -- fully informed of the

25    potential conflict and that there's more we need to do, I'm

1    happy to hear that as well, pass this detention hearing

2    today to advise both of them to make sure -- Mr. Meggs's

3    detention hearing is this afternoon -- to make sure that

4    they're advised by a neutral lawyer.

5           As I said, I'm not prepared to take any steps

6    today to address that issue absent -- in a formal motion and

7    actual briefing on it, okay?

8           MR. NESTLER:  Yes, Your Honor.

9           And the government would prefer to proceed that

10   way, to have conflicts counsel appointed to advise them, and

11   we could have -- if they continue to persist in wanting to

12   waive that conflict, then we can address whether the

13   government would file a formal motion.

14          THE COURT:  Okay.

15          All right.  Mr. Wilson, let me turn to you, then,

16   on the merits of this, and I'll hear from you on your

17   motion.

18          MR. WILSON:  Judge, I would first like to address

19   the issue with the ring.

20          Yeah.  Initially, the motion was predicated on the

21   fact that I had been notified by the Marshals Service that

22   she would not be transported and that no party, no --

23   whether the jail or the U.S. Marshals Service was in a

24   position to remove the ring from her finger.  That was the

25   development that prompted me to file the detention -- the

1    instant motion.

2         The information then came to light through the

3    discovery process; that is, encompassed in Mr. Meggs's

4    motion to be heard this afternoon.  I filed a statement of

5    adoption to try to adopt the arguments and facts in his

6    motion, simply because of the fact that they weren't

7    present; I didn't know that at the time that I filed the

8    motion for her.

9         The ring was removed.

10        She is still in Orlando, although I would concede

11   that for the last few days, she's there still because the

12   Court requested that they keep her there for purposes of

13   this hearing.  But even if she had been transported, she

14   would not be in Washington, D.C. at this point, based upon

15   the travel that Mr. Meggs engaged in.  But I think that with

16   respect to some of the Court's questions of the government

17   as to their filing and the information contained in the

18   filing, I can shed some light.

19        And in all candor to the Court, I did not see the

20   government's filing until this morning, it was brought to my

21   attention by the media, who I did not respond to.  However,

22   with respect to this firearms training, it was a two-hour

23   class on firearms safety.  The government would like to

24   transform it into some form of paramilitary training.

25   I'm not going to mention the name of the facility, but I'm

1    very familiar with it.  It's a very well-known firearms

2    safety training facility in this part of the state of

3    Florida.  It's not some secret, underground training at some

4    top-secret location.  They have a website.  They're very

5    well known, and it is firearms safety that's given, and it

6    just so happens that this was a two-hour training course.

7              Now, with respect to the $600, I likewise don't

8    know how much the actual two-hour training for both of them

9    was, but I also know that this particular facility requires

10   a membership if you're going to use their facility.  So that

11   may be part of it.

12             You know, there are some statements that are

13   attributed to the instructor in the government's filings.

14   There's no statements of violence or anything else that's

15   attributed to Mrs. Meggs.

16             And, in fact, if someone is undertaking a firearms

17   safety class and there's a component of self-defense in that

18   class, I'm sure that knowing where to shoot and where not to

19   shoot is probably part of the training.

20             But this was in September, and I think it probably

21   pre-dates -- and I haven't compared the date of the training

22   because I just found out what the dates of the

23   communications that the government is alleging led up to the

24   trip to Washington, D.C.

25             THE COURT:  And so --

1          MR. WILSON:  I suspect it was before.

2          THE COURT:  Well, it certainly pre-dates the

3    election.

4          MR. WILSON:  Correct.

5          THE COURT:  It must.

6          MR. WILSON:  So, you know, I am -- I do --

7    I disagree with the government and their analysis that

8    Ms. Meggs is in somewhat of a different place than the

9    Munchels.  The evidence that we have is that they went --

10   now the government refers to as a "stack"; I think that

11   we'll be able to easily dispel that down the road.

12          But the evidence that we've been provided in

13   discovery is that Mrs. Meggs did not participate in any

14   damage to the property at the Capitol.  The doors were

15   already open by the time that they went there.

16          So to the extent that the government is relying on

17   the presumption afforded to them by the charge of damage to

18   government property in excess of $1,000, I think the Court

19   can look at the weight of the evidence, in light of the fact

20   any evidence whatsoever, that Mrs. Meggs, or Mr. Meggs, for

21   that matter, but Mrs. Meggs herself participated in violent

22   acts against property or against individuals or that she was

23   involved in the planning of any violent attack against the

24   Capitol, against the property, or against any individuals.

25   She does not present an identified and articulable threat to

1   the community if she's released on bail.

2           And to the extent that the government says that

3   there's -- the fact that there are other people makes her a

4   danger, I'm not following that logic.  She has stable

5   residence, she has no prior criminal history, there is no

6   risk of flight, and I don't think that the government can

7   overcome her right to liberty at this point in the

8   proceedings.

9           THE COURT:  Okay.

10          Can you address, to the extent you're able, and I

11  leave it to you whether to comment on this or not, but the

12  government has extensively suggested that Ms. Meggs engaged

13  in deletion of messages from her cell phone after the 6th.

14          MR. WILSON:  Judge, I can't speak to that.

15          All I can speak to is the fact that she gave a

16  voluntary interview to law enforcement upon her arrest, she

17  waived her right to counsel, and she provided her phone to

18  the government agents.

19          I think that the -- there's a message that I saw

20  in the government's filing that indicated that one of the

21  individuals said in the message -- Mr. Meggs probably said

22  that the reason that they had not been arrested was that

23  they assisted a police officer, prevented him from being

24  attacked by the mob.

25          So if that was their belief, that they weren't

1    subject to arrest because they assisted a police officer who

2    was being threatened, then she would have no reason to think

3    that she was subject to arrest and no reason to delete

4    messages.

5              So, you know, I certainly delete messages on my

6    phone for no nefarious reason other than the fact that I

7    don't want 10,000 messages on my mobile phone.  So she's not

8    charged with obstruction of justice, she's not charged with

9    destroying any evidence.  I don't think it's of import, but

10   I really can't speak to whether she did or what messages she

11   did delete or when.

12             THE COURT:  Okay.

13             Mr. Nestler, do you want to add anything else at

14   this juncture?

15             MR. NESTLER:  Yes, Your Honor, just a couple of

16   points.

17             One, it is not accurate to say that Ms. Meggs,

18   like the Munchels, came upon the Capitol after the doors

19   were opened and walked inside.

20             The video that we provided to the Court, a link to

21   a YouTube video, and provided to defense counsel, shows that

22   the stack of individuals, including Ms. Meggs, walked up the

23   east side of the Capitol steps, while the crowd parted ways

24   for the Oath Keepers stack to go up.

25             They were on the landing, I don't have an estimate

1   in feet, but they were on the landing in front of the

2   Columbus Doors of the east side of the Capitol there, as the

3   crowd, for several minutes, violently attacked the officers

4   and tried to force the doors open.

5          The mob was yelling, "Take their shields, our

6   house, we want Trump."  Rioters are firing pepper spray at

7   officers.  Rioters who are there -- just in front of

8   Ms. Meggs, she wouldn't be able to miss this -- are

9   saying -- are beating the officers with flagpoles and with

10  their shields.  And they're throwing bottles and other

11  things at the officers in order to pull the officers away

12  from the door, because the officers are there protecting

13  that door, so that Ms. Meggs and the rest of her group are

14  then able to enter through those doors and enter into the

15  Capitol.  It is not correct to say that she just came upon

16  the Capitol later and waltzed inside.

17         With respect to the class Your Honor asked

18  Mr. Wilson about, it's true that a class that we indicated

19  was back in --

20         THE COURT:  I'm sorry, Counsel, if I can just

21  interrupt you.

22         MR. NESTLER:  Sure.

23         THE COURT:  And maybe I'm -- and I have to -- as

24  soon as this hearing is over, I will have to re-read this

25  decision, but it isn't clear to me that the Munchels,

1    Mr. Munchel and his mother, Ms. Eisenhart, they simply

2    walked through an open door after a large group of people

3    had already entered.

4           I mean, at least as described by the Circuit, and

5    maybe I'm missing this, I mean, they were a part of a group

6    that was attempting to enter all at once.  They weren't in

7    the front, but they were part of a larger crowd, and they

8    were able to enter as the front portion of the crowd moved

9    into the Capitol building.  Is that inaccurate?

10          MR. NESTLER:  I have not seen the video,

11   Your Honor, from *Munchel*.  I'm just going from what the

12   Circuit said on page 4, that Munchel and Eisenhart entered

13   the Capitol through an open door and stayed for

14   approximately 12 minutes.

15          Officers were standing to the right of the door

16   not blocking their entry.

17          THE COURT:  Yeah.  I mean, I just -- again, it's a

18   little -- it's not descriptive, but on page 3 it says that

19   "They pushed their way through the crowd to continue towards

20   the Capitol."  Again, "Munchel followed Eisenhart, often

21   holding on to a strap on her back, encouraged people along

22   the way," et cetera.

23          So anyway, you know.

24          MR. NESTLER:  That's right.

25          THE COURT:  And I don't want to leave with the

1   impression that somehow for minutes after the larger group

2   had entered, that the door was just propped open and they

3   walked through it.  I don't know that that's a fair

4   recitation of what happened.

5           MR. NESTLER:  Understood, Your Honor.

6           In *Munchel*, it does appear that the other

7   individuals broke through the doors and then the Munchels

8   were able to walk through the door without being sort of

9   stopped.  There was a line of people who appeared to have

10  walked through in that case.

11          THE COURT:  Right.

12          MR. NESTLER:  Unlike here where the mob physically

13  forced their way through the door, and Ms. Meggs was part of

14  that mob that forced their way through the door.

15          And then going to the destruction of evidence,

16  Your Honor, it is correct that right now, Ms. Meggs is not

17  charged with obstruction of evidence.  But as I indicated

18  before, the grand jury's investigation is continuing; she

19  did delete messages from her phone.  And, again, we believe

20  it's hers; no reason to think it's not her.  But the

21  circumstantial evidence is that she deleted messages from

22  the 6th.

23          And then we see that she and her husband got rid

24  of the clothing and the gear they were wearing and had with

25  them when they were at the Capitol.  And so to Mr. Wilson's

1   point that people delete messages from their phone all the

2   time, the government submits, one, that's not really likely

3   to be the case here, just deleting messages from the 1st to

4   the 6th of January, which is the critical time we're

5   concerned about here.  But then afterwards, they appear to

6   have gotten rid of the gear they were wearing that would

7   have captured them on video.  And so for Mrs. Meggs, and

8   Mr. Meggs later this afternoon, to say they thought they

9   weren't going to be arrested because they helped the police

10  officers, doesn't really hold any water.

11          And then we even see a text message, which we

12  cited in our supplemental pleading last night, that we just

13  located that Mr. Meggs and Ms. Meggs are making light of the

14  fact that Mr. Meggs, "lost his gear in a boating accident,"

15  and Ms. Meggs wrote "LOL."

16          That just doesn't really carry any credibility

17  with the government, Your Honor.  It appears that they threw

18  away or somehow got rid of their clothes maybe on the water,

19  for all we know.  The hat, the shirt, the helmet, the

20  backpack that Ms. Meggs had, the FBI did not locate it when

21  it searched their home when they were arrested.

22          THE DEFENDANT:  It's in my son's room.

23          MR. WILSON:  Ms. Meggs.

24          THE COURT:  Ms. Meggs, I'll just -- let me just

25  say, I understand the challenges that are here because you

 1  can't -- you're not sitting next to your lawyer in an

 2  ordinary world.

 3            THE DEFENDANT:  I hope you find it.

 4            THE COURT:  Hang on.

 5            I can understand in an ordinary world, you could

 6  whisper into his ear and he could speak on your behalf, and

 7  so we have those challenges here.

 8            But I just want you to be careful, because

 9  anything you say is being taken down by a court reporter and

10  can be considered evidence and used against you.

11            THE DEFENDANT:  Yes, sir.

12            THE COURT:  So I would ask you to be mindful of

13  your lawyer's instruction not to speak on the record, okay?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  And if you do want to talk to him, I

16  don't know whether we can make any arrangements to do that,

17  but just raise your hand and we can try to make that

18  arrangement during this hearing, okay?

19            THE DEFENDANT:  Yes, sir.

20            THE COURT:  All right.

21            All right.  Mr. Nestler, anything else?

22            MR. NESTLER:  No, Your Honor.

23            THE COURT:  Okay.

24            All right.  Give me a second, everybody.  I'll be

25  right back, okay?

1          (Pause)

2          THE COURT:  Okay, everyone.

3          All right.  Let me just address the motion for

4     release pending trial.

5          Just preliminarily, let me get out of the way that

6     I do think this detention hearing is appropriate.  The

7     government has charged Ms. Meggs with destruction of

8     government property under the Bail Reform Act.  That charge

9     is cross-referenced to, I think it's the sort of list of

10    terrorism crimes listed -- destruction of a number of

11    properties listed, and, therefore -- and because this

12    particular crime has a ten-year maximum penalty, it's ten

13    years or more, it's proper to hold the detention hearing,

14    Ms. Meggs is eligible for detention.

15         The fact that she's been charged for destruction

16    of property also gives rise to a rebuttable presumption that

17    no combination of conditions will ensure the safety of the

18    community and that she does present a danger.

19         That is just a presumption, and the burden is on

20    Ms. Meggs to come forward with evidence to rebut that

21    presumption.  She's done that here in numerous ways, not the

22    least of which is to reference the fact that she has no

23    prior criminal history and to emphasize what she did not do

24    on January 6th.

25         So the burden then shifts and remains with the

1    government.  It's not that it shifts.  The burden still

2    remains with the government or is with the government to

3    prove by clear and convincing evidence that no combination

4    of conditions will ensure the safety of the community or any

5    particular person were Ms. Meggs to be released.

6           Liberty is the norm under the Constitution, and

7    I am supposed to consider what lesser -- what conditions of

8    release would be appropriate to ensure the safety of the

9    community if, nevertheless, she does present some risk on

10   release.

11          And so among factors I need to consider here, and

12   we've talked about this at length, are the nature and

13   circumstances of the offense, the weight of the evidence,

14   the history and characteristics of the individual, and the

15   threat that the individual poses to any particular person or

16   to the community.

17          You know, again, I'll combine the first two as

18   I have in the past in some of these hearings.  And obviously

19   what Ms. Meggs has been charged with and what the grand jury

20   has found her to -- for there to be sufficient evidence to

21   charge her with probable cause is very serious.

22          As I've said before, this really was an attack on

23   the very fabric of our democracy, and Ms. Meggs and others

24   like her who joined in that day to enter the Capitol posed a

25   threat to the democracy.  And but for the brave actions of

1   police officers, things could have been far worse than they

2   were and turned out to be that day, although many -- some

3   number of lives perished and many officers were injured.

4           You know, in terms of the evidence against

5   Ms. Meggs, you know, I have the benefit of being -- of

6   presiding over these detention hearings for each of the

7   other nine individuals that have been charged in this case.

8   And the truth is, the evidence against Ms. Meggs is not

9   quite what it is against others.  There is not evidence of

10  the kind of extensive planning and preparation, particularly

11  in terms of communications with others, other Oath Keepers

12  or with other members of other groups, as we've now learned

13  with the case with Mr. Meggs, for example.

14          There's no indication that she herself was

15  involved in discussions about bringing weapons to the

16  District of Columbia or stationing a quick reaction force to

17  come into the District if things got heavy, as I think

18  Mr. -- his name is escaping me right now -- has said in his

19  text messages.  You know, she's not a recruiter of other

20  individuals, as Ms. Watkins seems to be, and is not a leader

21  frankly, like her husband is alleged to be.

22          And so the evidence in terms of against her

23  doesn't sort of -- it doesn't weigh quite as heavily in

24  terms of the threat assessment that I need to make to the

25  community and the forward-looking threat assessment.  In

1   this case, it is what the government suggests or has argued

2   it is, which is sort of a threat to engage in this kind of

3   behavior again and sort of engage in acts that would

4   threaten democratic institutions and democratic processes,

5   and whether Ms. Meggs, if released, would pose a threat to

6   that interest.

7           You know, to reiterate, she didn't -- there's no

8   evidence that day that she herself destroyed property,

9   although she is charged with aiding and abetting in the

10  destruction of property, but there's no evidence that she

11  herself did so, there's no evidence that she herself

12  assaulted any police officer or even made her way into the

13  Senate chamber, into the chamber of any particular

14  congressperson.

15          In terms of her nature and her own personal

16  circumstances, Ms. Meggs has no prior criminal convictions.

17  She is otherwise a law-abiding person who has strong ties to

18  her community, as I understand it.

19          I believe prior to this, she was employed; is that

20  right, Mr. Wilson?

21          MR. WILSON:  She actually was a volunteer at a

22  church thrift store.

23          THE COURT:  Okay.

24          But, nevertheless, no prior criminal convictions.

25          Look, the bottom line is that when I sort of

1    balance all these factors, I think Ms. Meggs is -- and to be

2    clear, I mean, I think what the Court -- the Circuit has

3    emphasized in *Munchel* is what I've been trying to

4    communicate through these various detention hearings, is

5    that, one, each of these evaluations I'm required to make

6    are individualized.  You know, the fact that there was a mob

7    there that day, I think, has instilled a lot of passion and

8    emotion even among the members on the bench.  But

9    ultimately, the question of detention is one that's

10   individualized and specific to the person that's before the

11   Court.

12            Second, you know, we are supposed to look at

13   specifically what that person did on January the 6th and

14   before and after.  But I think what *Munchel* emphasizes is

15   that there are certain acts that other -- certain types of

16   acts and certain types of associations on January the 6th

17   that differ in kind in terms of evaluating and predicting

18   somebody's threat to the community and risk of release --

19   risk on release.

20            And then finally I think what the Circuit has

21   emphasized, that the question here is a narrow one:  What is

22   a person's future risk?  What future risk does that person

23   pose to a particular person, individual, or, in this case,

24   to democratic institutions?

25            And when I'm confronted with the evidence I am

1   regarding Ms. Meggs and when I evaluate it against the

2   larger body of evidence that's been presented to me with

3   respect to others, I think once I balance that, particularly

4   in light of *Munchel*, I don't think there really is a basis

5   to hold Ms. Meggs or continue to hold Ms. Meggs.

6          Now, that said -- so I will grant the motion for

7   release.  Ms. Meggs, you will be released, but I am going to

8   release you on fairly strict conditions, at least at the

9   start.

10         And so you will be required to submit to

11  supervision and report to supervision for -- within the

12  district in which you reside and will be released.

13         She lives in Orlando, Mr. Wilson; is that right?

14         MR. WILSON:  No, Judge.  She lives in, I think,

15  either Marion or Citrus County.  She lives near Ocala.  So

16  she would be reporting to the Ocala division of the Middle

17  District of Florida.

18         THE COURT:  Okay.

19         So the Middle District of Florida is where we will

20  ask for courtesy supervision of Ms. Meggs.

21         Mr. Wilson, if she has a passport, she must

22  surrender that passport to the probation office in the

23  Middle District of Florida.

24         She must stay away from the District of Columbia.

25         She also must remain in the Middle District of

1  Florida and must report to Pretrial Services or the

2  probation office there weekly.  Any travel outside must be

3  approved by the Court before she's permitted to do that.

4      She shall have no contact with anyone associated

5  or affiliated with the Oath Keepers; the only exception to

6  that would be her husband.

7      She shall not possess any firearm, destructive

8  device, or any weapon.  That goes for any firearm or

9  destructive device or weapon that she has a legal --

10  otherwise legal entitlement to hold.  That is not something

11  that she may keep with her and possess with her -- have in

12  her actual or constructive possession while this case is

13  pending.

14      I am going to put her on 24 hours a day home

15  incarceration at the start.  She may leave for medical

16  necessities and court appearances or other activities

17  approved by the Court.  Whether continued home incarceration

18  is required as we move forward is something I can revisit in

19  the future.

20      She will be subject to location monitoring as

21  directed by Pretrial Services or a supervising officer and

22  comply with all the program requirements and instructions

23  that are provided.

24      In addition, she shall not have access to any

25  computer, smartphones, tablets or any kind of

1    electronic-communication device that would allow her to

2    communicate through either encrypted or non-encrypted

3    applications.  And those will be the conditions of release

4    for Ms. Meggs.

5            Any questions, Mr. Wilson, about those conditions

6    of release or what your client needs to do in light of my

7    order?

8            MR. WILSON:  No, Your Honor.  They're very

9    consistent with the conditions that are imposed in this

10   division routinely, so we're very familiar with them.

11           THE COURT:  Okay.

12           All right.  Anything further, folks, before we

13   adjourn?

14           MR. NESTLER:  Not from the government, Your Honor.

15   Thank you.

16           MR. WILSON:  Not on behalf of Ms. Meggs, Judge.

17           THE COURT:  All right.  Thank you, all, very much.

18           Ms. Meggs I'll give you the same warning I give to

19   others, and that is, you know, again, don't take this as a

20   reflection of how -- the seriousness of what you've been

21   accused of.  It is serious, but I do think that given what

22   the legal standards are, you are entitled to be released

23   pretrial.

24           However, these conditions, if they are violated,

25   could subject you to being placed back and incarcerated.

1          THE DEFENDANT:  Yes, sir.

2          MR. WILSON:  Judge, may I address one issue,

3     please?

4          THE COURT:  Yes, of course.

5          MR. WILSON:  In light of our prior -- the Court's

6     prior -- our discussion with respect to an additional

7     attorney to advise her with respect to the conflict issue, I

8     might suggest that -- Ms. Meggs was previously represented

9     by the Federal Defender's Office, and perhaps an attorney

10    from their office could discuss this matter with her --

11    because there is no conflict between their office and her,

12    and perhaps that might be a viable choice to advise her with

13    respect to the potential conflict.

14         THE COURT:  I thought you were going to go

15    somewhere else, but it's a fair suggestion.

16         Look, I'll just have to -- what I'm going to do is

17    call our Federal Defender, and whoever conflicts counsel is

18    doesn't need to actually speak to Ms. Meggs in person.

19         MR. WILSON:  Okay.

20         THE COURT:  So they can do that via Zoom or by

21    phone and have that discussion.

22         So I think I'll just go through our Federal

23    Defender and have somebody court-appointed here.  That'll

24    save us the bureaucratic challenge of having a Federal

25    Defender from another district appear.

1        MR. WILSON:  And that would presume that she would

2   be authorized to use an electronic device to communicate

3   with the attorney?

4        THE COURT:  Of course.

5        MR. WILSON:  Okay.

6        THE COURT:  As I said, yes, she can -- certainly

7   for legal communications and things of that nature, that

8   would certainly be acceptable and consistent with the

9   conditions of release.

10       MR. WILSON:  Thank you.

11       THE COURT:  Okay?

12       All right.  Thank you, all, very much.

13       (Proceedings concluded at 11:09 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__April 14, 2021_____    /S/__William P. Zaremba_____

                                William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. NESTLER: [31]** 4/9 4/17 4/20 4/23 6/2 7/10 7/13 7/24 8/2 8/9 8/15 8/21 9/6 9/16 10/14 11/1 11/6 11/16 11/21 11/23 12/3 13/19 17/8 22/15 23/22 24/10 24/24 25/5 25/12 27/22 35/14
**MR. WILSON: [22]** 4/11 14/8 15/2 15/10 15/17 15/21 17/18 20/1 20/4 20/6 21/14 26/23 31/21 33/14 35/8 35/16 36/2 36/5 36/19 37/1 37/5 37/10
**THE COURT: [57]**
**THE DEFENDANT: [8]** 3/16 11/22 26/22 27/3 27/11 27/14 27/19 36/1

**$**

**$1,000 [1]** 20/18
**$600 [2]** 9/9 19/7

**/**

**/S [1]** 38/10

**1**

**10,000 [1]** 22/7
**101 [1]** 1/20
**10:00 [1]** 1/6
**11:09 [1]** 37/13
**12 [1]** 24/14
**14 [2]** 9/15 38/10
**19 [2]** 4/24 38/6
**1st [1]** 26/3

**2**

**20001 [1]** 2/6
**201 [1]** 1/20
**202 [2]** 1/16 2/6
**2020 [2]** 7/14 9/10
**2021 [2]** 1/5 38/10
**20530 [1]** 1/15
**21-28-9 [2]** 1/4 3/3
**24 [1]** 34/14
**252-6928 [1]** 1/16
**26 [1]** 1/5
**2nd [1]** 1/20

**3**

**3249 [1]** 2/6
**333 [1]** 2/5
**34471 [1]** 1/21
**352 [1]** 1/21
**354-3249 [1]** 2/6
**3rd [1]** 10/9

**4**

**4466 [1]** 1/21

**5**

**555 [1]** 1/15
**5th [1]** 9/19

**6**

**629-4466 [1]** 1/21
**6928 [1]** 1/16
**6th [7]** 9/19 21/13 25/22 26/4 28/24 32/13 32/16

**A**

**a.m [2]** 1/6 37/13
**abetting [1]** 31/9
**abiding [1]** 31/17
**able [9]** 6/9 6/17 11/19 20/11 21/10 23/8 23/14 24/8 25/8
**about [18]** 3/12 4/25 5/1 7/6 7/8 7/18 8/10 9/21 10/5 12/4 12/17 13/14 15/6 23/18 26/5 29/12 30/15 35/5
**above [1]** 38/4
**above-titled [1]** 38/4
**absent [2]** 16/17 17/6
**acceptable [1]** 37/8
**access [1]** 34/24
**accident [1]** 26/14
**accurate [1]** 22/17
**accused [1]** 35/21
**Act [1]** 28/8
**actions [2]** 12/21 29/25
**activities [2]** 6/4 34/16
**acts [4]** 20/22 31/3 32/15 32/16
**actual [5]** 5/21 16/18 17/7 19/8 34/12
**actually [4]** 5/17 10/5 31/21 36/18
**ad [1]** 8/6
**add [2]** 12/2 22/13
**addition [1]** 34/24
**additional [2]** 12/10 36/6
**address [6]** 17/6 17/12 17/18 21/10 28/3 36/2
**addresses [1]** 11/10
**adjourn [1]** 35/13
**adopt [1]** 18/5
**adoption [1]** 18/5
**advance [4]** 5/14 7/1 7/2 7/12
**advanced [1]** 9/24
**advise [5]** 14/4 17/2 17/10 36/7 36/12
**advised [1]** 17/4
**affected [1]** 12/8
**affiliated [1]** 34/5
**afforded [1]** 20/17
**after [6]** 5/3 21/13 22/18 24/2 25/1 32/14 **afternoon [3]** 17/3 18/4 26/8
**afterwards [2]** 5/1 26/5
**again [8]** 12/8 14/2 24/17 24/20 25/19 29/17 31/3 35/19
**against [14]** 6/1 12/23 14/23 20/22 20/22 20/23 20/24 20/24 27/10 30/4 30/8 30/9

**agents [1]** 21/18
**agree [1]** 5/25
**ahead [2]** 4/19 4/21
**aided [2]** 2/8 5/7
**aiding [1]** 31/9
**all [22]** 3/10 3/17 4/13 4/16 11/25 17/15 18/19 21/15 24/6 26/1 26/19 27/20 27/21 27/24 28/3 32/1 34/22 35/12 35/17 35/17 37/12 37/12
**allegation [1]** 16/7
**alleged [2]** 7/9 30/21
**alleging [2]** 9/20 19/23
**allow [1]** 35/1
**allowed [1]** 6/12
**along [2]** 9/25 24/21
**already [2]** 20/15 24/3
**also [4]** 14/2 19/9 28/16 33/25
**although [4]** 14/3 18/10 30/2 31/9
**am [5]** 20/6 29/7 32/25 33/7 34/14
**ambiguous [1]** 10/8
**Amendment [1]** 13/8
**AMERICA [2]** 1/3 3/4
**AMIT [1]** 1/10
**among [3]** 8/6 29/11 32/8
**analysis [2]** 12/9 20/7
**another [2]** 7/15 36/25
**answer [1]** 15/3
**any [24]** 8/21 11/4 15/19 16/1 17/5 20/13 20/20 20/23 20/24 22/9 29/15 31/12 31/13 34/2 34/7 34/8 34/8 34/24 34/25 35/5
**anyone [1]** 34/4
**anything [7]** 7/8 12/1 19/14 22/13 27/9 27/21 35/12
**anyway [1]** 24/23
**apologies [1]** 3/18
**apparent [1]** 12/17
**apparently [1]** 11/10
**appeal [2]** 3/22 3/22
**appear [4]** 9/1 25/6 26/5 36/25
**appearances [3]** 1/12 2/1 34/16
**appeared [1]** 25/9
**appearing [1]** 3/8
**appears [2]** 7/17 26/17
**applications [1]** 35/3
**appointed [2]** 17/10 36/23
**appropriate [3]** 8/25 28/6 29/8
**approved [1]** 34/3 34/17
**approximately [1]** 24/14
**April [1]** 38/10
**are [32]** 5/8 5/12 5/13

**11/1 11/4 11/9 12/21 16/24 19/12 19/12 21/3 23/6 23/7 23/8 23/9 23/12 23/13 26/13 26/25 29/12 32/6 32/12 32/15 34/23 35/9 35/22 35/22 35/24
**argued [1]** 31/1
**arguments [2]** 9/23 18/5
**arraignment [1]** 13/4
**arrangement [2]** 17/18
**arrangements [1]** 27/16
**arrest [4]** 15/6 21/16 22/1 22/3
**arrested [2]** 21/22 26/9 26/21
**articulable [1]** 20/25
**as [36]** 3/22 4/6 5/11 5/13 6/3 6/4 6/4 6/21 6/9 10/8 12/18 12/19 12/23 14/19 14/19 17/1 17/5 18/17 20/10 23/2 23/23 23/24 24/4 24/8 25/17 29/17 29/22 30/12 30/17 30/20 30/23 31/18 34/18 34/20 35/19 37/6
**ascribe [1]** 10/21
**ask [5]** 4/14 10/7 15/23 27/12 33/20
**asked [1]** 23/17
**assaulted [2]** 5/3 31/12
**assaulting [1]** 5/22
**assessment [2]** 30/24 30/25
**assisted [2]** 21/23 22/1
**associated [1]** 34/4
**associations [2]** 32/16
**attack [4]** 5/7 7/22 20/23 29/22
**attacked [2]** 21/24 23/3
**attempting [1]** 24/6
**attention [1]** 18/21
**attorney [8]** 14/21 14/24 16/4 16/6 16/8 36/7 36/9 37/3
**ATTORNEY'S [1]** 1/14
**attributed [2]** 19/13 19/15
**author [1]** 10/13
**authority [1]** 13/8
**authorized [1]** 37/2
**Avenue [1]** 2/5
**aware [1]** 16/1
**away [4]** 15/8 23/11 26/18 33/24

**B**

**back [5]** 16/20 23/19 24/21 27/25 35/25
**backpack [1]** 26/20
**bail [2]** 21/1 28/8
**balance [2]** 32/1 33/3
**Barrett [1]** 2/5
**barricades [1]** 5/4

**based [2]** 9/2 18/14
**basis [1]** 33/4
**be [46]**
**beating [1]** 23/9
**because [17]** 6/5 6/6 6/10 6/17 7/4 9/22 13/3 18/6 18/11 19/22 22/1 23/12 26/9 26/25 27/8 28/11 36/11
**become [1]** 12/16
**been [12]** 11/14 17/21 18/13 20/12 21/22 28/15 29/19 30/1 30/7 32/3 33/2 35/20
**before [11]** 1/10 9/24 13/12 16/14 20/1 25/18 29/22 32/10 32/14 34/3 35/12
**begs [1]** 15/7
**behalf [3]** 3/7 27/6 35/16
**behavior [1]** 31/3
**being [7]** 12/19 21/23 22/2 25/8 27/9 30/5 35/25
**belief [2]** 10/2 21/25
**believe [5]** 6/5 11/15 12/24 25/19 31/19
**bench [1]** 32/8
**benefit [1]** 30/5
**between [2]** 12/18 36/11
**bit [2]** 9/13 14/4
**blocking [1]** 24/16
**boating [1]** 26/14
**body [1]** 33/2
**bond [2]** 9/23 12/15
**bond-review [2]** 9/23 12/15
**both [11]** 4/5 4/6 13/4 13/23 14/6 14/10 14/13 16/15 16/23 17/2 19/8
**bottles [1]** 23/10
**bottom [1]** 31/25
**brave [1]** 29/25
**break [1]** 5/17
**brief [3]** 13/21 13/24 16/10
**briefing [3]** 16/18 17/7
**bringing [1]** 30/15
**broke [1]** 25/7
**broken [2]** 5/3 5/4
**brought [1]** 18/20
**building [5]** 5/2 5/22 5/23 5/24 24/9
**burden [3]** 28/19 28/25 29/1
**bureaucratic [1]** 36/24
**business [1]** 9/2

**C**

**call [2]** 8/3 36/17
**came [7]** 5/1 5/2 8/7 8/10 18/2 22/18 23/6 **can [21]** 3/14 8/7 9/13 10/7 13/20 13/21 16/10 17/12 18/18 20/19 21/6 21/10 21/15 23/20 27/5

**C**

can... [6] 27/10 27/16 27/17 34/18 36/20 37/6
can't [5] 21/14 22/10 27/1
candor [1] 18/19
Capitol [22] 4/3 5/2 5/8 5/18 5/22 5/23 5/23 6/16 9/20 11/3 20/14 20/24 22/18 22/23 23/2 23/15 23/16 24/9 24/13 24/20 25/25 29/24
captured [1] 26/7
cards [1] 9/9
careful [1] 27/8
carried [1] 8/19
carry [1] 26/16
carrying [1] 5/16
case [20] 3/3 4/2 4/4 5/12 6/12 12/7 12/9 13/12 13/14 14/19 15/23 16/1 16/5 25/10 26/3 30/7 30/13 31/1 32/23 34/12
category [2] 5/8 5/10
cause [2] 5/18 29/21
caused [1] 3/25
cell [1] 21/13
certain [3] 32/15 32/15 32/16
certainly [9] 6/23 10/18 16/10 16/17 16/20 20/2 22/5 37/6 37/8
Certified [1] 2/4
certify [1] 38/2
cetera [1] 24/22
CH [1] 2/5
challenge [1] 36/24
challenges [2] 26/25 27/7
challenging [1] 14/4
chamber [2] 31/13 31/13
chance [1] 4/6
changes [1] 4/15
characteristics [1] 29/14
charge [4] 12/7 20/17 28/8 29/21
charged [11] 5/12 6/20 6/24 22/8 22/8 25/17 28/7 28/15 29/19 30/7 31/9
choice [2] 16/4 36/12
Christine [2] 2/2 3/7
church [1] 31/22
Circuit [9] 4/25 5/6 6/8 6/12 6/15 24/4 24/12 32/2 32/20
Circuit's [1] 4/1
circumstances [4] 15/22 15/24 29/13 31/16
circumstantial [2] 10/18 25/21
cited [1] 26/12
Citrus [1] 33/15
class [13] 7/7 7/12

7/21 8/3 18/23 19/17 19/18 23/17 23/18
classes [1] 9/3
clear [7] 3/21 5/6 10/23 15/18 23/25 29/3 32/2
client [1] 35/6
clients [1] 13/24
clients' [1] 14/6
closer [1] 5/15
clothes [1] 26/18
clothing [1] 25/24
co [2] 5/13 6/5
co-conspirators [2] 5/13 6/5
COLUMBIA [4] 1/1 1/14 30/16 33/24
Columbus [1] 23/2
combination [2] 28/17 29/3
combine [1] 29/17
come [2] 28/20 30/17
comment [1] 6/11
commit [4] 6/9 6/12 6/17 6/18
committed [1] 6/10
communicate [3] 32/4 35/2 37/2
communication [1] 35/1
communications [4] 7/2 19/23 30/11 37/7
community [8] 21/1 28/18 29/4 29/9 29/16 30/25 31/18 32/18
compared [1] 19/21
compel [2] 15/15 16/15
comply [1] 34/22
component [1] 19/17
computer [2] 2/8 34/25
computer-aided [1] 2/8
concede [1] 18/10
concern [3] 6/14 6/16 7/3
concerned [2] 14/19 26/5
concerns [1] 4/2
concert [1] 6/24
concluded [1] 37/13
conditions [9] 28/17 29/4 29/7 33/8 35/3 35/5 35/9 35/24 37/9
conducting [1] 8/12
confess [1] 13/11
conflict [16] 12/14 12/18 12/25 13/5 13/6 13/9 14/11 14/14 14/15 15/24 15/25 16/25 17/12 36/7 36/11 36/13
conflicts [3] 14/3 17/10 36/17
confronted [1] 32/25
congressman [1] 11/3
congressperson [1] 31/14
CONNIE [6] 1/6 3/4 9/17 12/16 12/18 12/24

12/16 12/24
consider [2] 29/7 29/11
considerations [1] 4/3
considered [1] 27/10
consistent [1] 35/9 37/8
conspiracy [4] 6/6 6/21 7/15 16/8
conspirators [2] 5/13 6/5
conspired [1] 5/7
Constitution [2] 2/5 16/2 29/6
constitutional [1] 16/4
constructive [1] 34/12
contact [2] 11/10 34/4
contained [1] 18/17
contending [1] 14/16
continue [4] 13/24 17/11 24/19 33/5
continued [2] 2/1 34/17
continues [1] 6/22
continuing [1] 25/18
contrary [1] 15/15
convictions [2] 31/16 31/24
convincing [1] 29/3
coordinated [2] 5/7 5/13
correct [5] 15/10 20/4 23/15 25/16 38/3
could [13] 5/15 5/15 7/3 13/15 13/24 15/8 15/15 17/11 27/5 27/6 30/1 35/25 36/10
counsel [13] 13/1 13/9 13/12 13/16 14/3 14/18 15/16 16/16 17/10 21/17 22/21 23/20 36/17
County [1] 33/15
couple [1] 22/15
course [4] 4/21 19/6 36/4 37/4
court [17] 1/1 2/3 2/4 16/9 16/10 18/12 18/19 20/18 22/20 27/9 32/2 32/11 34/3 34/16 34/17 36/23 38/7
Court's [3] 12/9 18/16 36/5
court-appointed [1] 36/23
courtesy [1] 33/20
COVID [1] 38/6
COVID-19 [1] 38/6
CR [1] 1/4
create [1] 14/12
credibility [1] 8/22 8/22 26/16
credit [1] 9/9
crime [1] 28/12
crimes [5] 6/9 6/13 6/17 6/18 28/10
criminal [3] 3/3 21/5

critical [1] 26/4
cross [1] 28/9
cross-referenced [1] 28/9
crowd [5] 22/23 23/3 24/7 24/8 24/19
CRR [2] 38/2 38/11
currently [2] 6/4 6/24

**D**

D.C [5] 1/5 1/15 2/6 18/14 19/24
damage [2] 20/14 20/17
danger [3] 6/25 21/4 28/18
date [3] 15/11 19/21 38/10
dates [3] 19/21 19/22 20/2
david [4] 1/19 1/19 1/22 3/6
day [6] 8/11 29/24 30/2 31/8 32/7 34/14
days [1] 18/11
de [1] 3/22
decision [2] 4/15 23/25
Defendant [4] 1/7 1/19 10/10 10/11
defendant's [1] 3/8
defendants [6] 4/3 5/11 5/15 6/12 16/11 16/19
Defender [3] 36/17 36/23 36/25
Defender's [1] 36/9
defense [3] 3/6 19/17 22/21
delay [2] 3/19 3/25
delete [5] 22/3 22/5 22/11 25/19 26/1
deleted [1] 25/21
deleting [1] 26/3
deletion [1] 21/13
democracy [2] 29/23 29/25
democratic [3] 31/4 31/4 32/24
describe [1] 8/7
described [1] 24/4
describing [1] 10/13
descriptive [1] 24/18
destroyed [1] 31/8
destroying [1] 22/9
destruction [6] 5/21 25/15 28/7 28/10 28/15 31/10
destructive [1] 34/7 34/9
detail [2] 7/20 14/10
detailed [1] 14/14
detain [1] 3/23
detained [1] 11/15
detention [14] 1/9 4/2 6/1 6/7 12/4 17/1 17/3 17/25 28/6 28/13 28/14 30/6 32/4 32/9

determination [6] 6/1
determined [1] 3/23
development [1] 17/25
device [4] 34/8 34/9 35/1 37/2
did [16] 6/3 7/1 7/2 8/23 12/19 13/3 18/19 18/21 20/13 22/10 22/11 25/19 26/20 28/23 31/11 32/13
didn't [6] 8/24 10/20 18/7 31/7
differ [1] 32/17
different [5] 5/8 6/14 20/8
directed [1] 34/21
directly [1] 4/2
disagree [1] 20/7
discovery [2] 18/3 20/13
discuss [1] 36/10
discussed [2] 14/8 14/12
discussion [2] 36/6 36/21
discussions [3] 30/15
dispel [1] 20/11
dissent [1] 12/5
district [13] 1/1 1/1 1/11 1/14 30/16 30/17 33/12 33/17 33/19 33/23 33/24 33/25 36/25
division [2] 33/16 35/10
do [32] 4/22 5/19 7/3 7/6 7/7 7/10 7/14 8/10 8/15 9/6 9/8 12/9 12/24 13/7 14/2 14/5 16/2 16/10 16/19 16/21 16/25 20/6 22/13 27/15 27/16 28/6 28/23 34/3 35/6 35/21 36/16 36/20
does [12] 4/17 9/1 9/2 11/2 11/3 12/24 13/18 20/25 25/6 28/18 29/9 32/22
doesn't [5] 26/10 26/16 30/23 30/23 36/18
doing [2] 9/19 10/6
don't [18] 8/9 8/16 9/10 10/16 13/14 14/15 15/4 16/9 19/7 21/6 22/7 22/9 22/25 24/25 25/3 27/16 33/4 35/19
done [4] 6/6 8/6 16/23 28/21
door [10] 5/15 23/12 23/13 24/2 24/13 24/15 25/2 25/8 25/13 25/14 25/7
doors [7] 5/4 20/14 22/18 23/2 23/4 23/14 25/7
Doty [1] 16/6
down [4] 5/3 14/17 20/11 27/9
dozens [1] 6/11
during [2] 27/18 38/5

**D**

dwilsonlaw.com [1]
1/22

**E**

each [3]  15/24 30/6
32/5
ear [1]  27/6
earlier [1]  13/3
easily [1]  20/11
east [2]  22/23 23/2
Eisenhart [3]  24/1
24/12 24/20
either [4]  13/16 16/15
33/15 35/2
elect [1]  13/16
election [1]  20/3
electronic [2]  35/1
37/2
electronic-communica
tion [1]  35/1
eligible [1]  28/14
else [6]  10/17 12/1
19/14 22/13 27/21
36/15
email [4]  1/16 1/17
1/22 11/10
emotion [1]  32/8
emphasize [1]  28/23
emphasized [2]  32/3
32/21
emphasizes [1]  32/14
employed [1]  31/19
encompassed [1]  18/3
encouraged [1]  24/21
encrypted [2]  35/2
35/2
enforcement [1]  21/16
engage [2]  31/2 31/3
engaged [2]  18/15
21/12
engaging [1]  5/21
ensure [4]  16/23 28/17
29/4 29/8
enter [5]  23/14 23/14
24/6 24/8 29/24
entered [3]  24/3 24/12
25/2
entering [1]  5/22
entitled [1]  35/22
entitlement [1]  34/10
entry [1]  24/16
escaping [1]  30/18
especially [1]  12/18
essentially [1]  13/16
estimate [1]  22/25
et [1]  24/22
et cetera [1]  24/22
evaluate [1]  33/1
evaluating [1]  32/12
evaluations [1]  32/5
even [5]  15/7 18/13
26/11 31/12 32/8
event [1]  7/8
ever [1]  16/5
everybody [3]  3/10
3/13 27/24
everyone [2]  3/12 28/2

9/14 10/16 10/19 12/19
12/23 20/9 20/12 20/19
20/20 22/9 25/15 25/17
25/21 27/10 28/20 29/3
29/13 29/20 30/4 30/8
30/9 30/22 31/8 31/10
31/11 32/25 33/2
example [2]  13/15
30/13
exception [1]  34/5
excess [1]  20/18
exist [1]  14/20
explain [1]  4/20
express [1]  15/16
extensive [1]  30/10
extensively [1]  21/12
extent [4]  15/14 20/16
21/2 21/10

**F**

fabric [1]  29/23
facility [5]  9/10 18/25
19/2 19/9 19/10
fact [16]  5/19 12/10
12/10 14/11 15/23
17/21 18/6 19/16 20/19
21/3 21/15 22/6 24/14
28/15 28/22 32/6
factors [3]  5/25 29/11
32/1
facts [1]  18/5
fair [2]  25/3 36/15
fairly [1]  33/8
familiar [2]  19/1 35/10
family [1]  9/9
far [5]  6/4 14/19 15/8
16/23 30/1
favor [1]  6/7
FBI [1]  26/20
Federal [4]  36/9 36/17
36/22 36/24
feet [1]  23/1
few [1]  18/11
file [2]  17/13 17/25
filed [2]  18/4 18/7
filing [5]  12/14 18/17
18/18 18/20 21/20
filings [1]  19/13
finally [1]  32/20
find [1]  27/3
finger [2]  11/20 17/24
firearm [4]  7/19 7/20
34/7 34/8
firearms [8]  7/7 7/12
7/16 18/22 18/23 19/1
19/5 19/16
firing [1]  23/6
first [2]  17/18 29/17
FL [1]  1/21
flagpoles [1]  23/9
flight [1]  21/6
Florida [9]  9/2 9/24
11/15 14/3 19/3 33/17
33/19 33/23 34/1
folks [1]  35/12
followed [1]  24/20
following [2]  10/4 21/4

forced [2]  25/13 25/14
foregoing [1]  38/3
form [1]  18/24
formal [2]  17/6 17/13
formalized [1]  13/19
forward [1]  28/20
30/25 34/18
forward-looking [1]
30/25
found [3]  3/23 19/22
29/20
Fourth [1]  1/15
frankly [1]  30/21
front [4]  23/1 23/7 24/7
24/8
full [1]  11/8
fully [2]  16/24 16/24
further [4]  4/20 6/17
11/4 35/12
future [4]  7/4 32/22
32/22 34/19

**G**

garb [1]  8/12
gather [1]  4/6
gave [2]  12/7 21/15
gear [5]  25/24 26/6
26/14
general [1]  13/13
get [5]  5/15 11/14
11/19 14/3 28/5
give [3]  27/24 35/18
35/18
given [2]  19/5 35/21
gives [1]  28/16
glad [1]  13/2
go [7]  4/19 4/21 7/18
10/4 22/24 36/14 36/22
Go ahead [2]  4/19 4/21
goes [1]  34/8
going [16]  6/17 9/19
10/5 10/6 10/6 16/17
16/20 18/25 19/10
24/11 25/15 26/9 33/7
34/14 36/14 36/16
good [5]  3/2 3/10 3/13
3/14 3/16
good morning [3]  3/10
3/13 3/14
got [3]  25/23 26/18
30/17
gotten [2]  14/25 26/6
government [34]  1/13
3/5 4/13 11/3 12/17
12/20 13/18 14/16
14/22 16/14 16/18
16/22 17/9 17/13 18/16
18/23 19/23 20/7 20/10
20/16 20/18 21/2 21/6
21/12 21/18 26/2 26/17
28/7 28/8 29/1 29/2
29/2 31/1 35/14
government's [10]
4/16 7/3 8/6 10/2 12/15
14/11 16/7 18/20 19/13
21/20
grand [2]  25/18 29/19

grant [1]  36/21
great [1]  14/10
group [16]  6/10 6/11
6/18 6/19 6/20 6/25 7/1
7/4 7/5 7/5 8/7 8/20
23/13 24/2 24/5 25/1
groups [1]  30/12
guess [3]  4/14 13/7
15/5
guns [1]  7/21

**H**

had [16]  4/5 4/7 5/3 5/3
5/4 13/11 14/13 15/22
15/22 17/21 18/13
21/22 24/3 25/2 25/24
26/20
hand [1]  27/17
Hang [2]  3/11 27/4
happened [1]  25/4
happens [1]  31/10
happy [3]  4/20 14/1
17/1
Harrelson [1]  7/16
has [20]  11/20 11/23
16/3 21/14 21/5 21/12
28/7 28/12 28/22 29/19
29/20 30/18 31/1 31/16
31/17 32/2 32/7 32/20
33/21 34/9
hat [1]  26/19
have [46]
haven't [2]  14/25 19/21
having [4]  7/7 12/25
14/3 36/24
he [2]  10/4 22/18
hear [3]  3/14 17/1
17/16
heard [1]  18/4
hearing [10]  1/9 3/9
17/1 17/3 18/13 23/24
27/18 28/6 28/13 38/5
hearings [3]  29/18
30/6 32/4
heavily [1]  30/23
heavy [1]  30/17
hedge [2]  10/12 10/15
helmet [1]  26/19
help [2]  5/17 9/13
helped [1]  26/9
her [49]
here [20]  3/18 4/16
5/10 5/20 6/14 6/19
8/17 11/14 12/9 15/13
16/20 25/12 26/3 26/5
26/25 27/7 28/21 29/11
32/21 36/23
hers [1]  25/20
herself [5]  20/21 30/14
31/8 31/11 31/11
him [2]  21/23 27/15
his [12]  5/1 5/9 6/9
13/17 13/23 16/7 18/5
24/1 26/14 27/6 30/18
30/18
history [3]  21/5 28/23
29/14
hoc [1]  8/6

hold [5]  26/10 28/13
33/5 33/5 34/10
holding [1]  24/15
home [3]  26/21 34/14
34/17
Honor [33]  3/2 3/16 4/9
4/17 4/25 5/11 6/22
7/13 7/17 8/10 9/7 9/16
10/3 10/14 11/6 11/16
12/3 12/6 12/13 13/19
13/20 13/24 13/25 17/8
22/15 23/17 24/11 25/5
25/16 26/17 27/22 35/8
35/14
HONORABLE [1]  1/10
hope [1]  27/3
hoping [1]  13/22
hour [3]  18/22 19/6
19/8
hours [1]  34/14
house [1]  23/6
how [8]  5/1 7/18 7/21
7/21 8/7 8/10 19/8
35/20
However [2]  18/21
35/24
hundreds [1]  6/11
husband [8]  7/15 8/13
10/1 10/4 13/11 25/23
30/21 34/6
husband-wife [1]
13/11

**I**

I also [1]  19/9
I am [5]  20/6 29/7
32/25 33/7 34/14
I believe [2]  11/15
31/19
I can [4]  18/18 21/15
27/5 34/18
I can't [1]  21/14
I did [3]  13/3 18/19
18/21
I disagree [1]  20/7
I don't think [1]  21/6
22/9 33/4
I guess [3]  4/14 13/7
15/5
I have [6]  13/7 13/11
14/8 15/21 24/10 29/18
I haven't [1]  19/21
I just [5]  10/23 12/12
15/19 19/22 24/17
I mean [10]  5/20 8/17
10/7 10/9 10/10 13/13
14/1 24/4 24/17 32/2
I should [1]  12/13
I think [17]  13/3 16/5
16/7 16/11 18/15 20/10
20/18 21/19 28/9 30/17
32/1 32/2 32/7 32/14
32/20 33/3 33/14
I thought [1]  36/14
I understand [4]  10/25
13/13 26/25 31/18
I want [1]  4/5
I wanted [1]  4/3

**I**

I will [2] 23/24 33/6
I would [1] 27/12
I'd [2] 4/21 14/2
I'll [8] 16/16 17/16 26/24 27/24 29/17 35/18 36/16 36/22
I'm [27] 3/21 4/20 7/11 8/1 8/4 8/21 12/13 13/2 14/1 15/18 15/19 16/1 16/17 16/20 16/25 17/5 18/25 18/25 19/18 21/4 23/20 23/23 24/5 24/11 32/5 32/25 36/16
I'm going [1] 36/16
I'm happy [1] 4/20
I'm just [2] 8/4 24/11
I'm not [6] 8/21 15/18 16/1 17/5 18/25 21/4
I'm sorry [4] 7/11 8/1 12/13 23/20
I'm sure [1] 19/18
I've [5] 13/11 15/22 16/5 29/22 32/3
identified [1] 20/25
identify [1] 8/25
import [1] 22/9
imposed [1] 35/9
impression [1] 25/1
inaccurate [1] 24/9
incarcerated [1] 35/25
incarceration [2] 34/15 34/17
include [1] 8/23
included [1] 9/22
including [3] 8/13 12/22 22/22
indicated [5] 6/21 14/2 21/20 23/18 25/17
indication [2] 9/17 30/14
individual [4] 16/3 29/14 29/15 32/23
individualized [2] 32/6 32/10
individuals [10] 6/11 8/7 15/22 20/22 20/24 21/21 22/22 25/7 30/7 30/20
informal [1] 8/20
information [3] 8/9 18/2 18/17
informed [2] 11/21 16/24
informing [1] 14/9
initially [2] 14/9 17/20
injured [1] 30/3
inside [2] 22/19 23/16
insight [1] 11/4
instant [1] 18/1
instead [1] 10/10
instilled [1] 32/7
institutions [2] 31/4 32/24
instruction [1] 27/13
instructions [1] 34/22
instructor [1] 19/13
intends [1] 14/22

intentional [1] 14/7
interest [1] 31/6
interrupt [1] 23/21
interview [1] 21/16
introduce [1] 14/22
investigating [1] 9/11
investigation [2] 6/22 25/18
involved [7] 5/5 9/18 9/25 16/8 16/11 20/23 30/15
is [100]
is there [2] 10/12 12/1
isn't [1] 23/25
issuance [1] 4/1
issue [11] 11/20 12/14 13/4 13/13 13/21 13/25 16/19 17/6 17/19 36/2 36/7
it [55]
it's [20] 6/25 12/16 14/17 14/18 15/4 16/19 19/1 19/3 22/9 23/18 24/17 24/18 25/20 25/20 26/22 28/9 28/12 28/13 29/1 36/15
itself [6] 6/19 6/25 11/7 11/20 11/23 13/22

**J**

jail [1] 17/23
January [6] 9/19 10/9 26/4 28/24 32/13 32/16
Jeffrey [1] 1/13 3/5
Jeffrey.Nestler [1] 1/18
John [1] 16/6
joined [1] 29/24
judge [12] 1/11 3/23 12/5 12/6 15/17 15/21 16/9 17/18 21/14 33/14 35/16 36/2
juncture [1] 22/14
jury [1] 29/19
jury's [1] 25/18
just [29] 3/21 5/5 8/4 10/3 10/23 12/5 12/12 15/19 19/6 19/22 22/15 23/7 23/15 23/20 24/11 24/17 25/2 26/3 26/12 26/16 26/24 26/24 27/8 27/17 28/3 28/5 28/19 36/16 36/22
justice [1] 22/8

**K**

Kathryn [1] 1/13
kathryn.rakoczy [1] 1/17
Katsas's [1] 12/5
keep [2] 18/12 34/11
Keepers [8] 6/20 8/12 8/20 9/18 12/22 22/24 30/11 34/5
Kelly [7] 7/15 8/13 9/8 12/16 12/18 12/19 12/22
Kenneth [1] 7/16

kind [4] 30/10 31/2 32/17 34/25
know [36] 7/6 7/8 7/10 7/14 7/24 8/10 8/15 9/6 9/12 9/10 13/14 14/2 15/5 15/7 15/19 16/1 16/9 16/22 18/7 19/8 19/9 19/12 20/6 22/5 24/23 25/3 26/19 27/16 29/17 30/4 30/5 30/19 31/7 32/6 32/12 35/19
knowing [1] 19/18
known [2] 19/1 19/5

**L**

landing [2] 22/25 23/1
large [1] 24/2
larger [3] 24/7 25/1 33/2
last [2] 18/11 26/12
late [1] 9/10
later [2] 23/16 26/8
law [5] 1/19 13/14 16/1 21/16 31/17
law-abiding [1] 31/17
lawyer [3] 14/7 17/4 27/1
lawyer's [1] 27/13
leader [1] 30/20
leading [1] 7/2
learned [1] 30/12
least [9] 4/4 5/20 8/11 9/8 9/23 13/5 24/4 28/22 33/8
leave [3] 21/11 24/25 34/15
led [1] 19/23
legal [4] 34/9 34/10 35/22 37/7
legitimate [1] 8/18
Leigh [1] 1/13
lend [1] 8/21
length [1] 29/12
less [1] 6/16
lesser [1] 29/7
let [6] 3/21 13/2 17/15 16/24 28/3 28/5
let's [1] 16/13
level [2] 12/24 14/15
liberty [2] 21/7 29/6
lifetime [1] 12/23
light [7] 18/2 18/18 20/19 26/13 33/4 35/6 36/5
like [10] 4/21 7/19 8/18 8/20 13/25 17/18 18/23 22/18 29/24 30/21
likely [1] 26/2
likewise [1] 19/7
limitations [1] 38/7
line [2] 25/9 31/25
link [1] 22/20
list [1] 28/9
listed [2] 28/10 28/11
little [4] 9/13 10/8 14/4 24/18
lives [4] 30/3 33/13

locate [1] 26/20
located [1] 26/13
location [2] 19/4 34/20
logic [1] 21/4
LOL [1] 26/15
longer [1] 6/15
look [5] 4/24 20/19 31/25 32/12 36/16
looking [2] 12/5 30/25
looky [1] 5/2
looky-loos [1] 5/2
looming [1] 15/12
loos [1] 5/2
lost [1] 26/14
lot [1] 32/7
loudly [1] 16/3

**M**

made [3] 14/23 15/6 31/12
magistrate [2] 3/23 9/24
majority's [1] 4/24
make [8] 4/5 5/19 17/2 17/3 27/16 27/17 30/24 32/5
makes [4] 5/6 12/6 14/4 21/3
making [1] 26/13
many [2] 30/2 30/3
March [1] 1/5
Marion [1] 33/15
marshals [3] 11/21 17/21 17/23
matter [6] 14/8 16/6 16/12 20/21 36/10 38/4
maximum [1] 28/12
may [6] 6/5 6/22 19/11 34/11 34/15 36/2
maybe [5] 15/1 15/3 23/23 24/5 26/18
me [23] 3/14 3/21 5/25 9/13 10/8 11/21 13/2 14/9 14/9 15/23 15/25 16/14 16/15 16/19 17/15 17/25 23/25 26/24 27/24 28/3 28/5 30/18 33/2
mean [12] 5/20 8/17 10/7 10/9 10/10 13/13 14/1 16/13 24/4 24/5 24/17 32/2
meant [1] 11/4
mechanical [1] 2/7
media [1] 18/21
medical [1] 34/15
MEGGS [75]
Meggs's [9] 3/19 7/6 8/13 9/23 10/10 11/14 12/22 17/2 18/3
MEHTA [1] 1/10
member [1] 7/15
members [3] 8/11 30/12 32/8
membership [2] 12/23 19/10
mention [2] 12/12

Merit [1] 2/3
merits [1] 17/16
message [3] 21/19 21/21 26/11
messages [10] 21/13 22/4 22/5 22/7 22/10 25/19 25/21 26/1 26/3 30/19
Middle [4] 33/16 33/19 33/23 33/25
might [2] 36/8 36/12
military [1] 7/19
mind [1] 13/7
mindful [1] 27/12
minutes [3] 23/3 24/14 25/1
miss [1] 23/8
missing [1] 24/5
mob [6] 6/15 21/24 23/5 25/12 25/14 32/6
mobile [1] 22/7
moment [1] 4/4
monitoring [1] 34/20
more [8] 9/13 12/3 12/16 12/16 13/20 14/4 16/25 28/13
morning [8] 3/2 3/10 3/13 3/14 3/16 3/18 3/25 18/20
mother [4] 5/1 5/9 6/9 24/1
motion [15] 3/19 9/23 12/15 16/14 16/18 17/6 17/13 17/17 17/20 18/1 18/4 18/6 18/8 28/3 33/6
move [2] 16/15 34/18
moved [1] 24/8
Mr [1] 30/18
Mr. [38] 4/8 4/10 4/14 4/19 5/1 5/8 6/9 11/9 12/1 13/5 13/16 13/17 13/23 14/6 14/18 14/21 14/23 15/18 16/24 17/2 17/15 18/3 18/15 20/20 21/21 22/13 23/18 24/1 25/25 26/8 26/13 26/14 27/21 30/13 31/20 33/13 33/21 35/5
Mr. and [3] 14/18 14/21
Mr. Meggs [10] 13/5 13/17 14/23 18/15 20/20 21/21 26/8 26/13 26/14 30/13
Mr. Meggs's [2] 17/2 18/3
Mr. Munchel [4] 5/1 5/8 6/9 24/1
Mr. Nestler [6] 4/8 4/14 4/19 12/1 22/13 27/21
Mr. Wilson [12] 4/10 11/9 13/16 13/23 14/6 15/18 17/15 23/18 31/20 33/13 33/21 35/5
Mr. Wilson's [1] 25/25
Mrs. [5] 19/15 20/13

## M

Mrs.... [3] 20/20 20/21 26/7
Mrs. Meggs [5] 19/15 20/13 20/20 20/21 26/7
Ms [1] 24/1
Ms. [52]
Ms. Meggs [46]
Ms. Meggs's [5] 3/19 7/6 8/13 9/23 11/14
Ms. Watkins [1] 30/20
much [4] 8/9 19/8 35/17 37/12
Munchel [16] 4/1 4/15 4/25 5/1 5/8 6/9 12/7 12/11 24/1 24/11 24/12 24/20 25/6 32/3 32/14 33/4
Munchels [4] 20/9 22/18 23/25 25/7
must [6] 20/5 33/21 33/24 33/25 34/1 34/2
my [8] 3/18 11/16 13/7 18/20 22/5 22/7 26/22 35/6

## N

name [3] 8/24 18/25 30/18
names [1] 11/9
napkin [1] 16/20
narrow [1] 32/21
nature [3] 29/12 31/15 37/7
near [1] 33/15
necessarily [1] 10/20
necessary [1] 13/21
necessities [1] 34/16
necessity [1] 14/20
need [4] 16/25 29/11 30/24 36/18
needs [1] 35/6
nefarious [1] 22/6
Nestler [8] 1/13 3/5 4/8 4/14 4/19 12/1 12/13 27/21
neutral [1] 17/4
nevertheless [2] 29/9 31/24
next [1] 27/1
night [1] 26/12
nine [1] 30/7
no [33] 1/4 3/3 5/20 6/15 10/14 10/15 11/6 12/7 15/25 16/14 17/22 17/22 19/14 21/5 21/5 22/2 22/3 22/6 25/20 27/22 28/17 28/22 29/3 30/14 31/7 31/10 31/11 31/16 31/24 33/14 34/4 35/8 36/11
non [2] 8/22 35/2
non-credibility [1] 8/22
non-encrypted [1] 35/2
norm [1] 29/6
not [60]

## O

note [11] 9/14 10/2 10/10 10/11 10/13 10/20 11/2 11/2 11/6 11/8 38/5
notes [1] 10/5
notified [1] 17/21
November [1] 9/10
novo [1] 3/22
now [10] 6/15 6/21 8/10 14/12 19/7 20/10 25/16 30/12 30/18 33/6
NRA [2] 8/18 9/1
number [2] 28/10 30/3
numbers [1] 5/16
numerous [1] 28/21
NW [2] 1/15 2/5

## O

Oath [8] 6/20 8/12 8/20 9/18 12/22 22/24 30/11 34/5
obstruction [3] 5/18 22/8 25/17
obviously [1] 29/18
Ocala [3] 1/21 33/15 33/16
occurred [1] 38/5
off [2] 11/19 11/19
offense [2] 7/19 29/13
office [7] 1/14 1/19 33/22 34/2 36/9 36/10 36/11
officer [6] 2/2 5/23 21/23 22/1 31/12 34/21
officers [11] 5/3 23/3 23/7 23/9 23/11 23/11 23/12 24/15 26/10 30/1 30/3
Official [1] 2/4
often [1] 24/20
okay [25] 3/12 3/15 4/12 4/18 8/14 9/4 9/12 10/22 11/12 11/17 17/7 17/14 21/9 22/12 27/13 27/18 27/23 27/25 28/2 31/23 33/18 35/11 36/19 37/5 37/11
once [2] 24/6 33/3
one [15] 3/11 6/8 10/15 10/16 10/20 12/4 15/25 16/2 21/20 22/17 26/2 32/5 32/9 32/21 36/2
ones [2] 5/13 5/14
only [4] 15/4 15/17 16/5 34/5
open [5] 20/15 23/4 24/2 24/13 25/2
opened [1] 22/19
opinion [1] 4/24
opportunity [1] 4/7
opposition [1] 12/15
order [6] 5/18 6/18 13/15 16/17 23/11 35/7
ordinary [2] 27/2 27/5
organization [4] 7/5 8/6 8/18 8/22
organization's [1] 8/24

## O

Orlando [2] 15/6 33/13
other [16] 5/11 6/11 10/24 12/12 16/2 21/3 22/6 23/10 25/6 30/7 30/11 30/12 30/12 30/19 32/15 34/16
others [9] 5/3 5/14 6/23 6/23 29/23 30/9 30/11 33/3 35/19
otherwise [3] 10/3 31/17 34/10
ought [1] 13/13
our [8] 8/24 23/5 26/12 29/23 36/5 36/6 36/17 36/22
out [4] 8/19 19/22 28/5 30/2
outlook [1] 4/16
outset [3] 3/21 4/15 12/14
outside [2] 5/23 34/2
over [2] 23/24 30/6
overcome [1] 21/7
override [1] 13/8
own [2] 16/16 31/15

## P

page [3] 4/24 24/12 24/18
paid [1] 9/9
pandemic [1] 38/6
parameters [1] 13/13
paramilitary [2] 7/18 18/24
part [9] 5/12 9/9 11/18 19/2 19/11 19/19 24/5 24/7 25/13
partake [1] 6/3
parted [2] 5/14 22/23
participate [1] 20/13
participated [4] 7/7 7/11 7/16 20/21
particular [7] 16/1 19/9 28/12 29/5 29/15 31/13 32/23
particularly [2] 30/10 33/3
parties [1] 16/10
party [1] 17/22
pass [1] 17/1
passion [1] 32/7
passport [2] 33/21 33/22
past [2] 15/21 29/18
pasted [1] 9/14
Pause [1] 28/1
payment [1] 9/11
penalty [1] 28/12
pending [2] 28/4 34/13
people [7] 7/22 11/10 21/3 24/2 24/21 25/9 26/1
pepper [1] 23/6
perhaps [2] 36/9 36/12
perished [1] 30/3
permitted [1] 34/3
persist [1] 17/11

## P

person [8] 29/21 31/2 31/17 32/10 32/13 32/22 32/23 36/13
person's [2] 13/8 32/22
personal [1] 31/15
personally [1] 6/3
phone [11] 10/10 10/17 10/17 10/24 21/13 21/17 22/6 22/7 25/19 26/1 36/21
photographs [1] 6/23
physically [1] 25/12
pieces [1] 6/8
pithy [1] 8/17
place [1] 20/9
placed [1] 35/25
Plaintiff [1] 1/4
plan [1] 14/5
planned [1] 5/7
planning [5] 9/18 9/20 9/21 20/23 30/10
plans [1] 9/21
pleading [3] 8/24 9/15 26/12
please [3] 3/11 36/3 38/5
point [6] 12/6 12/12 14/16 18/14 21/7 26/1
points [2] 12/3 22/16
police [6] 5/22 21/23 22/1 26/9 30/1 31/12
portion [2] 11/9 24/8
portions [1] 11/8
pose [2] 31/5 32/23
posed [1] 29/24
poses [1] 29/15
position [2] 15/20 17/24
possess [2] 34/7 34/11
possession [1] 34/12
possibility [1] 15/11
post [1] 15/6
post-arrest [1] 15/6
potential [5] 12/17 12/25 14/11 16/25 36/13
pre [2] 19/21 20/2
pre-dates [2] 19/21 20/2
predicated [1] 17/20
predicted [1] 14/12
predicting [1] 32/17
prefer [1] 17/9
preliminarily [1] 28/5
preparation [1] 30/10
prepared [3] 8/21 13/6 17/5
presence [5] 5/16 6/6 6/10 6/25
present [6] 8/11 12/10 18/7 20/25 28/18 29/9
presented [1] 33/2
presiding [1] 30/6
presume [1] 37/1
presumption [5] 12/8 20/17 28/16 28/19 28/21

## P

pretrial [7] 2/2 3/7 3/20 6/1 34/1 34/21 35/23
pretrial-detention [1] 6/1
Prettyman [1] 2/5
prevented [1] 21/23
previously [2] 6/21 36/8
prior [7] 21/5 28/23 31/16 31/19 31/24 36/5 36/6
probable [1] 29/21
probably [3] 19/19 19/20 21/21
probation [2] 33/22 34/2
probation office [1] 34/2
problem [1] 6/19
proceed [2] 14/7 17/9
proceedings [5] 1/10 2/7 21/8 37/13 38/4
process [1] 18/3
processes [1] 31/4
produced [1] 2/8
program [1] 34/22
prompted [2] 11/13 17/25
proper [1] 28/13
properties [1] 28/11
property [9] 5/21 20/14 20/18 20/22 20/24 28/8 28/16 31/8 31/10
propped [1] 25/2
protecting [1] 23/12
protective [1] 7/20
prove [1] 29/3
provide [1] 13/20
provided [6] 11/9 20/12 21/17 22/20 22/21 34/23
pull [1] 23/11
purposes [2] 14/20 18/12
pushed [1] 24/19
put [3] 9/2 16/13 34/14

## Q

question [5] 4/14 13/7 15/7 32/9 32/21
questions [2] 18/16 35/5
quick [1] 30/16
quickly [1] 4/4
quite [3] 10/3 30/9 30/23

## R

raise [2] 13/3 27/17
raised [2] 12/13 13/2
Rakoczy [1] 1/13
rally [1] 7/12
re [1] 23/24
re-read [1] 23/24
reaction [1] 30/16
read [4] 4/4 4/4 4/6 23/24
really [7] 9/25 22/10

**R**

really... [5]  26/2 26/10 26/16 29/22 33/4
Realtime [1]  2/4
reason [9]  9/22 10/12 10/15 11/18 21/22 22/2 22/3 22/6 25/20
rebut [1]  28/20
rebuttable [2]  12/8 28/16
recitation [1]  25/4
reconsideration [1] 3/19
record [3]  13/23 27/13 38/3
recorded [1]  2/7
recruiter [1]  30/19
redact [1]  15/8
redacted [2]  11/8 11/9
refer [1]  11/5
reference [2]  11/3 28/22
referenced [2]  6/8 28/9
referring [1]  15/5
refers [1]  20/10
reflection [1]  35/20
Reform [1]  28/8
regarding [1]  33/1
regardless [2]  14/20 14/24
Registered [1]  2/3
reiterate [1]  31/7
release [11]  3/20 28/4 29/8 29/10 32/18 32/19 33/7 33/8 35/3 35/6 37/9
released [6]  21/1 29/5 31/5 33/7 33/12 35/22
relying [1]  20/16
remain [1]  33/25
remains [3]  11/15 28/25 29/2
remotely [1]  38/7
remove [1]  17/24
removed [3]  15/25 16/6 18/9
renewed [1]  3/20
report [2]  33/11 34/1
reporter [5]  2/3 2/3 2/4 2/4 27/9
reporting [2]  33/16 38/7
represent [3]  13/17 14/10 15/23
represented [3]  12/25 13/12 36/8
representing [1]  14/21
request [1]  3/20
requested [1]  18/12
require [1]  16/15
required [3]  32/5 33/10 34/18
requirements [1]  34/22
requires [1]  19/9
research [1]  13/20
reside [1]  33/12
residence [1]  21/5
resolve [1]  13/22
resolved [1]
11/23
respect [10]  4/16 5/20 18/16 18/22 19/7 23/17 33/3 36/6 36/7 36/13
respond [1]  18/21
rest [1]  23/13
review [1]  4/7 9/23 12/15
reviewed [1]  14/13
revisit [1]  34/18
rid [3]  25/23 26/6 26/18
ride [1]  9/25
right [30]  3/10 3/17 4/13 6/21 8/9 11/15 11/25 13/8 14/12 15/2 15/12 16/4 17/15 21/7 21/17 24/15 24/24 25/11 25/16 27/20 27/21 27/24 27/25 28/3 30/18 31/20 33/13 35/12 35/17 37/12
ring [5]  11/18 11/19 17/19 17/24 18/9
riot [1]  4/3
Rioters [2]  23/6 23/7
rise [3]  12/8 12/24 28/16
rises [1]  13/9
rising [1]  14/15
risk [6]  21/6 29/9 32/18 32/19 32/22 32/22
RMR [2]  38/2 38/11
road [2]  14/17 20/11
room [1]  26/22
routinely [1]  35/10

**S**

safe [1]  7/21
safety [9]  7/20 7/20 18/23 19/2 19/5 19/17 28/17 29/4 29/8
said [11]  6/15 12/19 13/5 17/5 21/21 21/21 24/12 29/22 30/18 33/6 37/6
same [4]  13/1 13/12 15/22 35/18
save [1]  36/24
saved [2]  10/10 10/11
saving [1]  10/20
saw [1]  21/19
say [9]  5/6 8/18 8/21 16/11 22/17 23/15 26/8 26/25 27/9
saying [3]  10/11 10/19 23/9
says [3]  13/14 21/2 24/18
Schuck [2]  2/2 3/7
searched [1]  26/21
second [3]  3/11 27/24 32/12
secondarily [1]  16/22
secret [2]  19/3 19/4
see [5]  10/22 14/15 15/25 25/23 26/11
seeking [1]  16/15
seems [1]
19/16
seen [2]  16/5 24/10
self [1]  19/17
self-defense [1]  19/17
Senate [1]  31/13
separate [2]  15/16 16/16
September [2]  7/14 19/20
serious [2]  29/21 35/21
seriousness [1]  35/20
Service [2]  17/21 17/23
Services [3]  3/7 34/1 34/21
several [1]  23/3
severance [5]  13/15 14/17 14/18 14/18 14/24
shall [3]  34/4 34/7 34/24
she [60]
she's [10]  11/14 15/6 18/11 21/1 22/7 22/8 28/15 28/21 30/19 34/3
shed [1]  18/18
shields [2]  23/5 23/10
shifts [2]  28/25 29/1
shirt [1]  26/19
shoot [2]  19/18 19/19
short [1]  15/3
should [2]  12/13 16/11
shows [1]  6/4 10/3 22/21
side [2]  22/23 23/2
sides [2]  4/5 4/6
signed [1]  14/13
signing [1]  12/22
simply [2]  18/6 24/1
single [1]  14/7
sir [5]  4/11 27/11 27/14 27/19 36/1
sitting [1]  27/1
Sixth [1]  13/8
Sixth Amendment [1] 13/8
size [1]  7/4
small [1]  12/3
smartphones [1]  34/25
so [38]  3/18 3/25 4/3 4/13 4/24 5/14 6/6 6/11 7/24 11/2 13/12 16/14 16/20 19/6 19/10 19/25 20/6 20/16 21/25 22/5 22/7 23/13 24/23 25/25 26/7 27/7 27/12 28/25 29/11 30/22 31/11 33/6 33/10 33/15 33/19 35/10 36/20 36/22
So I think [1]  36/22
So the [1]  6/11
some [14]  6/5 7/18 9/18 10/24 11/13 18/16 18/18 18/24 19/3 19/3 19/12 29/9 29/18 30/2
somebody [1]  36/23
somebody's [1]  32/18
somehow [1]  16/8 25/1 26/18
someone [1]
19/16
something [9]  8/4 8/5 8/6 8/17 8/19 13/9 15/12 34/10 34/18
somewhat [1]  20/8
somewhere [1]  36/15
son's [1]  26/12
soon [1]  23/24
sorry [6]  3/12 7/11 8/1 8/2 12/13 23/20
sort [13]  3/19 4/2 5/2 5/25 7/18 8/16 9/18 25/8 28/9 30/23 31/2 31/3 31/25
sought [1]  15/25
sound [1]  8/16
speak [6]  21/14 21/15 22/10 27/6 27/13 36/18
speaking [1]  13/23
speaks [1]  16/3
specific [1]  32/10
specifically [1]  32/13
sponsored [4]  8/5 8/18 8/19 8/23
spouse [1]  8/6
spray [1]  23/6
stable [1]  21/4
stack [3]  20/10 22/22 22/24
standards [1]  35/22
standing [1]  24/15
start [2]  4/13 33/9 34/15
state [1]  19/2
statement [5]  14/22 15/4 15/5 15/6 18/4
statements [3]  12/21 19/12 19/14
STATES [5]  1/1 1/3 1/11 3/3 4/1
stationing [1]  30/16
stay [1]  33/24
stayed [1]  24/13
stenography [1]  2/7
steps [3]  15/19 17/5 22/23
still [6]  9/11 14/5 14/6 18/10 18/11 29/1
stopped [1]  25/9
store [1]  31/22
storming [1]  9/20
strap [1]  24/21
Street [2]  1/15 1/20
strict [1]  33/8
strong [2]  10/18 31/17
struck [1]  10/8
subject [5]  22/1 22/3 34/20 35/25 38/6
submit [1]  33/10
submits [1]  26/2
substantial [1]  16/19
such [1]  15/8
sufficient [1]  29/20
suggest [1]  36/8
suggested [1]  21/12
suggesting [2]  10/24 15/19
suggestion [1]  36/15
suggests [1]  31/1
Suite [1]  1/20
supervising [1]  34/21
supervision [3]  33/11 33/11 33/20
supplemental [1] 26/12
supposed [2]  29/7 32/12
sure [6]  4/5 4/23 17/2 17/3 19/18 23/22
surrender [1]  33/22
suspect [1]  20/1
SW [1]  1/20

**T**

tablets [1]  34/25
take [5]  4/4 16/16 17/5 23/5 35/19
taken [1]  27/9
taking [2]  10/5 15/19
talk [1]  27/15
talked [1]  29/12
talking [1]  15/6
talks [2]  4/25 4/25
technological [1]  38/7
ten [6]  6/20 6/24 28/12 28/12
ten-year [1]  28/12
terms [6]  30/4 30/11 30/22 30/24 31/15 32/17
terrorism [1]  28/10
testimonial [1]  15/4
text [2]  26/11 30/19
than [4]  5/8 20/8 22/6 30/1
Thank [4]  35/15 35/17 37/10 37/12
Thank you [3]  35/15 37/10 37/12
that [252]
That'll [1]  36/23
that's [17]  5/12 9/2 9/14 9/21 10/12 11/16 13/10 15/12 15/12 19/5 19/14 24/24 25/3 26/2 32/9 32/10 33/2
their [30]  5/16 5/16 5/17 7/4 7/4 7/9 9/9 9/21 14/19 14/24 15/16 16/3 16/4 16/11 16/16 18/17 19/10 20/7 21/25 23/5 23/10 24/16 24/19 25/13 25/14 26/1 26/18 26/21 36/10 36/11
them [17]  5/5 5/17 8/25 12/25 14/4 14/9 14/10 14/13 15/23 16/15 17/2 17/10 19/8 20/17 25/25 26/7 35/10
themselves [1]  7/4
then [16]  7/3 14/23 15/7 17/12 17/15 18/2 22/2 23/14 25/7 25/15 25/23 26/5 26/11 28/25 32/20

**T**

there [32] 5/5 6/20 6/22 7/24 10/12 10/24 11/18 12/1 12/7 13/9 13/15 14/17 14/25 15/23 18/11 18/12 19/12 20/15 21/3 21/5 23/2 23/7 23/12 25/9 29/20 30/9 32/6 32/7 32/15 33/4 34/2 36/11

there's [15] 5/20 6/14 6/16 10/18 12/6 16/14 16/25 19/14 19/17 21/3 21/19 30/14 31/7 31/10 31/11

therefore [2] 28/11 38/6

these [8] 5/15 6/24 29/18 30/6 32/1 32/4 32/5 35/24

they [49]

they're [5] 5/14 17/4 19/4 23/10 35/8

things [4] 23/11 30/1 30/17 37/7

think [31] 8/24 9/14 13/3 14/17 14/19 16/2 16/5 16/7 16/11 18/15 19/20 20/10 20/18 21/6 21/19 22/2 22/9 25/20 28/6 28/9 30/17 32/1 32/2 32/7 32/14 32/20 33/3 33/4 33/14 35/21 36/22

thinks [1] 16/23

this [64]

This is [1] 3/3

those [14] 5/6 5/25 6/4 6/12 6/15 6/16 11/4 12/21 12/21 15/24 23/14 27/7 35/3 35/5

thought [2] 26/8 36/14

threat [8] 20/25 29/15 29/25 30/24 30/25 31/2 31/5 32/18

threaten [1] 31/4

threatened [1] 22/2

threw [1] 26/17

thrift [1] 31/22

through [17] 4/5 4/6 5/4 18/2 23/14 24/2 24/13 24/19 25/3 25/7 25/8 25/10 25/13 25/14 32/4 35/2 36/22

throwing [1] 23/10

thus [1] 16/23

ties [1] 31/17

time [8] 10/17 10/18 14/16 16/8 18/7 20/15 26/2 26/4

titled [1] 38/4

today [3] 15/19 17/2 17/6

together [3] 5/12 8/8 8/10

told [1] 10/4

too [2] 8/17 16/19

top [1] 19/4

**U**

towards [1] 24/19

training [20] 5/17 7/1 7/5 7/7 7/12 7/16 7/19 7/20 7/21 8/4 8/13 8/23 18/22 18/24 19/2 19/3 19/6 19/8 19/19 19/21

transcript [3] 1/9 2/7 38/3

transcription [1] 2/8

transform [1] 18/24

transported [2] 17/22 18/13

travel [2] 18/15 34/2

treating [1] 3/22

trial [3] 14/20 14/23 28/4

tried [2] 11/14 23/4

trip [1] 19/24

true [1] 23/18

Trump [1] 23/6

truth [1] 30/8

try [2] 18/5 27/17

trying [3] 8/4 14/12 32/3

turn [1] 17/15

turned [1] 30/2

two [10] 5/5 6/12 6/15 6/16 8/11 12/3 18/22 19/6 19/8 29/17

two-hour [3] 18/22 19/6 19/8

types [2] 32/15 32/16

**U**

U.S [3] 1/14 11/3 17/23

ultimately [1] 32/9

under [2] 28/8 29/6

underground [1] 19/3

undersell [1] 7/17

understand [7] 8/5 9/13 10/25 13/13 26/25 27/5 31/18

understanding [3] 8/8 11/16 15/15

understood [2] 13/6 25/5

undertaking [1] 19/16

UNITED [5] 1/1 1/3 1/11 3/3 4/1

United States [1] 4/1

United States of [1] 3/3

Unlike [1] 25/12

until [1] 18/20

up [6] 7/2 12/22 16/16 19/23 22/22 22/24

upon [5] 14/9 18/14 21/16 22/18 23/15

us [2] 16/9 36/24

usdoj.gov [2] 1/17 1/18

use [3] 7/21 19/10 37/2

used [2] 6/17 10/12 12/19 27/10

user [2] 10/9 10/24

using [3] 10/16 10/17 12/21

**V**

various [2] 9/2 32/4

versus [3] 3/4 4/1 10/17

very [10] 16/3 19/1 19/1 19/4 29/21 29/23 35/8 35/10 35/17 37/12

via [3] 1/10 3/8 36/20

viable [1] 36/12

video [5] 6/23 22/20 22/21 24/10 26/7

videoconference [1] 3/8

view [3] 13/18 15/14 15/16

violated [1] 35/24

violence [1] 19/14

violent [2] 20/21 20/23

violently [1] 23/3

voluntary [1] 21/16

volunteer [1] 31/21

vs [1] 1/5

**W**

waivable [1] 13/10

waive [2] 13/6 17/12

waived [2] 15/24 21/17

waiver [1] 14/14

walk [1] 25/8

walked [5] 22/19 22/22 24/2 25/3 25/10

waltzed [1] 23/16

want [12] 4/5 8/16 10/20 12/1 12/12 15/19 22/7 22/13 23/6 24/25 27/8 27/15

wanted [3] 4/3 10/23 14/9

wanting [1] 17/11

wants [1] 16/9

warned [1] 13/5

warning [1] 15/18

warranted [1] 14/25

was [63]

Washington [5] 1/5 1/15 2/6 18/14 19/24

water [2] 26/10 26/18

Watkins [1] 30/20

way [13] 5/14 10/7 11/13 15/8 16/2 16/13 17/10 24/19 24/22 25/13 25/14 28/5 31/12

ways [2] 22/23 28/21

we [59]

we believe [2] 6/5 25/19

we will [1] 33/19

we'll [2] 4/13 20/11

we're [6] 3/18 5/10 9/11 15/8 26/4 35/10

we've [4] 16/23 20/12 29/12 30/12

weapon [2] 34/8 34/9

weapons [1] 30/15

wearing [3] 8/12 25/24 26/6

website [1] 19/4

wedding [1] 11/19

**X**

weigh [3] 6/1 6/7 30/23

weight [2] 20/19 29/13

well [11] 4/6 13/2 14/1 14/23 15/1 15/17 16/13 17/1 19/1 19/5 20/2

well-known [1] 19/1

went [3] 14/10 20/9 20/15

were [31] 5/2 5/5 5/5 5/16 6/9 8/11 8/12 9/19 9/21 10/5 10/6 13/5 13/6 13/22 20/14 22/19 22/25 23/1 24/5 24/7 24/8 24/15 25/8 25/24 25/25 26/6 26/21 29/5 30/2 30/3 36/14

weren't [6] 10/23 11/19 18/6 21/25 24/6 26/9

what [40]

What's [1] 15/14

whatsoever [1] 20/20

when [8] 8/3 22/11 25/25 26/20 26/21 31/25 32/25 33/1

where [9] 5/12 10/5 15/22 15/23 16/5 19/18 19/18 25/12 33/19

wherever [1] 10/4

whether [11] 4/15 13/14 15/7 15/15 17/12 17/23 21/11 22/10 27/16 31/5 34/17

which [8] 4/1 12/6 15/5 26/4 26/11 28/22 31/2 33/12

while [3] 8/12 22/23 34/12

whisper [1] 27/6

who [14] 5/2 5/6 5/13 5/14 6/24 8/11 14/21 14/24 18/21 22/1 23/7 25/9 29/24 31/17

whoever [1] 36/17

wife [2] 13/11 13/17

will [10] 23/24 28/17 29/4 33/6 33/7 33/10 33/12 33/19 34/20 35/3

William [2] 2/3 38/2 38/10 38/11

Wilson [15] 1/19 1/19 3/6 4/10 11/9 13/16 13/23 14/6 15/18 17/15 23/18 31/20 33/13 33/21 35/5

Wilson's [1] 25/25

windows [1] 33/11

within [1] 33/11

without [2] 10/19 25/8

witness [1] 10/19

worded [1] 10/8

working [1] 14/2

world [2] 27/2 27/5

worse [1] 30/1

would [27] 5/25 6/7 7/17 13/22 13/25 14/2 14/20 14/24 17/9 17/13 17/18 17/22 18/10

**T**

8/14 18/23 22/2 26/6 27/12 29/8 31/3 31/5 33/16 34/6 35/1 37/1 37/1 37/8

wouldn't [1] 23/8

write [1] 10/9

wrote [1] 26/15

**Y**

Yeah [3] 8/16 17/20 24/17

year [1] 28/12

years [1] 28/13

yelling [1] 23/5

yes [17] 3/16 4/9 4/11 6/2 7/13 9/6 9/16 11/22 11/24 17/8 22/15 27/11 27/14 27/19 36/1 36/4 37/6

yet [1] 9/10

you [56]

you know [3] 16/22 24/23 32/12

you're [6] 15/5 15/5 15/12 19/10 21/10 27/1

you've [2] 7/9 35/20

your [43]

Your Honor [31] 3/2 3/16 4/9 4/17 4/25 5/11 6/22 7/13 7/17 8/10 9/7 9/16 10/3 10/14 11/6 11/16 12/6 12/13 13/19 13/20 13/24 13/25 17/8 22/15 23/17 24/11 25/16 26/17 27/22 35/8 35/14

YouTube [1] 22/21

**Z**

Zaremba [4] 2/3 38/2 38/10 38/11

ZOOM [2] 1/10 36/20