IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                                        CASE NO: 21-cr-28(APM)

CONNIE MEGGS
_____/

**PROPOSED ORDER**

Connie Meggs' Unopposed Motion to Adopt Co-Defendant Caldwell's Motion to Dismiss is hereby granted.

_____

HONORABLE JUDGE AMIT P. MEHTA