IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  CASE NO: 21-cr-28(APM)

CONNIE MEGGS

_____/

**PROPOSED ORDER**

Upon the unopposed motion of the defendant, the deadline for filing non-discovery pre-trial motions under Fed. R. Crim. P. 12(b) is extended until _____, 2021. In the interim, as a motion is pending, the Speedy Trial Act is tolled pursuant to the statute.

_____

HONORABLE JUDGE AMIT P. MEHTA