IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:21-cr-00028-APM |
| v. ) | |
| CONNIE MEGGS, ) | |
| Defendant. ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Connie Meggs, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of Mary K. Anderson with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

[SIGNATURE ON NEXT PAGE]

Page **1**

Dated: August 9, 2021                        Respectfully submitted,

                                                                          */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Connie Meggs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| v. | ) Criminal No. 1:21-MJ-00269-GMH-1 |
| | ) |
| **FEDERICO GUILLERMO KLEIN**, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

On August 9, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

In addition, the undersigned will mail a copy of the foregoing motion to Defendant Connie Meggs, whom the undersigned has specifically consulted in the filing of this motion, consistent with the requirements of Local Rule 44.5(d) of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Connie Meggs*