# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) **Criminal No. 1:21-cr-00028-APM** |
| v. | ) ) |
| **CONNIE MEGGS,** | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Connie Meggs Motion for Substitution of Counsel in the above-captioned matter, it is, this ___ day of August, 2021, hereby:

**ORDERED** that Defendant Connie Meggs' Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court should note the withdrawal of Mary K. Anderson as counsel for Defendant Connie Meggs and note the appearance of Stanley E. Woodward, Jr. for Defendant Connie Meggs.

**SO ORDERED.**

Dated: _____

_____
The Honorable Amit Mehta
United States District Court Judge