**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal No. 1:21-cr-00028-APM** |
| **v.** | ) | |
| | ) | |
| **CONNIE MEGGS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will kindly note the Appearance of Julia Z. Haller, of the

Law Offices of Julia Haller, as counsel for *Defendant, Connie Meggs*, with Stanley Woodward

and his firm, Brand Woodward Law, LP, who will remain counsel in the above-captioned case.

CONNIE MEGGS

Respectfully Submitted,


       /s/
Julia Z. Haller, DC #466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 352-2615
Email: HallerJulia@outlook.com

## **CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that a copy of this Notice of Appearance was served on this 10th day of August 2021, via Electronic Case Filing notification to all counsel, including upon Assistant United States, Attorneys Jeffrey S. Nestler and Kathryn Leigh Rakoczy, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530:

                         /s/_____
                         Julia Z. Haller