# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| v. | ) **Criminal No. 1:21-cr-00028-APM** |
| **CONNIE MEGGS**, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Connie Meggs Motion to Dismiss in the above-captioned matter, it is, this ____ day of September, 2021, hereby:

**ORDERED** that Defendant Connie Meggs' Motion is **GRANTED**; and it is further

**ORDERED** that this matter shall be dismissed as to Defendant Connie Meggs.

**SO ORDERED.**

Dated:

                                                        The Honorable Amit Mehta
                                                      United States District Court Judge