# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>)<br>**CONNIE MEGGS,** )<br>)<br>**Defendant.** )<br>) | Criminal No. 1:21-cr-00028-APM |

## ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, enters his appearance as counsel for Defendant Connie Meggs.

Dated: September 7, 2021         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Stanley E. Woodward, Jr.
　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
　　　　　　　　　　　　　　　　　BRAND WOODWARD, ATTORNEYS AT LAW
　　　　　　　　　　　　　　　　　1808 Park Road NW
　　　　　　　　　　　　　　　　　Washington, DC 20010
　　　　　　　　　　　　　　　　　202-996-7447 (telephone)
　　　　　　　　　　　　　　　　　202-996-0113 (facsimile)
　　　　　　　　　　　　　　　　　Stanley@BrandWoodwardLaw.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Connie Meggs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) Criminal No. 1:21-cr-00028-APM ) ) |
| **CONNIE MEGGS,** | ) ) ) |
| **Defendant.** | ) ) |

## CERTIFICATE OF SERVICE

On September 7, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                                    */s/ Stanley E. Woodward, Jr.*
                                  Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                  BRAND WOODWARD, ATTORNEYS AT LAW
                                  1808 Park Road NW
                                  Washington, DC  20010
                                  202-996-7447 (telephone)
                                  202-996-0113 (facsimile)
                                  Stanley@BrandWoodwardLaw.com

                                  *Counsel for Defendant Connie Meggs*