IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    CR No. 21-28
                                    )    Washington, D.C.
        vs.                         )    September 16, 2021
                                    )    11:00 a.m.
THOMAS E. CALDWELL, ET AL.,         )
                                    )
          Defendants.               )
_____)


     TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
           UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:              David William Fischer, Sr.
                                 FISCHER & PUTZI, P.A.
                                 7310 Governor Ritchie Highway
                                 Empire Towers, Suite 300
                                 Glen Burnie, MD 21061-3065
                                 (410) 787-0826
                                 Email:
                                 fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:               Carmen D. Hernandez
                                 7166 Mink Hollow Road
                                 Highland, MD 20777
                                 (240) 472-3391
                                 Email: chernan7@aol.com

For Defendant
Jessica M. Watkins:              Michelle M. Peterson
                                 FEDERAL PUBLIC DEFENDER
                                 FOR THE DISTRICT OF COLUMBIA
                                 625 Indiana Avenue, NW
                                 Suite 550
                                 Washington, D.C. 20004
                                 (202) 208-7500
                                 Email: Shelli_peterson@fd.org

For Defendant
Sandra R. Parker:                John L. Machado
                                 LAW OFFICE OF JOHN MACHADO
                                 503 D Street, NW
                                 Suite 310
                                 Washington, D.C. 20001
                                 (703) 989-0840
                                 Email: johnlmachado@gmail.com

For Defendant
Bennie A. Parker:                Stephen F. Brennwald
                                 BRENNWALD & ROBERTSON, LLP
                                 922 Pennsylvania Avenue, SE
                                 Washington, D.C. 20003
                                 (301) 928-7727
                                 Email: sfbrennwald@cs.com
```

```
APPEARANCES CONTINUED:

For Defendant
Laura Steele:                    Peter A. Cooper
                                 PETER A. COOPER
                                 400 5th Street, NW
                                 Suite 350
                                 Washington, D.C. 20001
                                 (202) 400-1431
                                 Email:
                                 pcooper@petercooperlaw.com


For Defendant
Kelly Meggs:                     David A. Wilson
                                 LAW OFFICE OF DAVID A. WILSON
                                 201 SW 2nd Street
                                 Suite 101
                                 Ocala, FL 34471
                                 (352) 629-4466
                                 Email: david@dwilsonlaw.com



For Defendant
Connie Meggs:                    Julia Zsuzsa Haller
                                 LAW OFFICES OF JULIA HALLER
                                 601 Pennsylvania Avenue, NW
                                 Suite 900
                                 S. Building
                                 Washington, D.C. 20036
                                 (202) 352-2615
                                 Email: hallerjulia@outlook.com

                                 Stanley Edmund Woodward, Jr.
                                 BRAND WOODWARD LAW
                                 1808 Park Road NW
                                 Washington, D.C. 20010
                                 (202) 996-7447
                                 Email:
                                 stanley@brandwoodwardlaw.com
```

APPEARANCES CONTINUED:

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FormerFeds LLC
                                2006 Berwick Drive
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                Bradford@formerfedsgroup.com


For Defendant
Roberto A. Minuta:              Jenifer Wicks
                                BLIND JUSTICE
                                LEGAL SERVICES CORPORATION
                                PO Box 60585
                                Washington, D.C. 20039
                                (202) 839-5102
                                Email:
                                jenifer@blindjusticedc.org

```
APPEARANCES CONTINUED:

For Defendant
Joshua A. James:                Joni C. Robin
                                LAW OFFICE OF JONI C. ROBIN
                                114 North Alfred Street
                                Alexandria, VA 22314
                                (703) 349-1111
                                Email: joni@jonirobinlaw.com

                                Christopher R. K. Leibig
                                LAW OFFICES
                                OF CHRISTOPHER LEIBIG
                                114 N. Alfred Street
                                Alexandria, VA 22314
                                (703) 683-4310
                                Email:
                                chris@chrisleibiglaw.com

For Defendant
Jonathan Walden:                Thomas J. Spina
                                1330 21st Way South
                                Suite 200
                                Birmingham, AL 35205
                                (205) 939-1330
                                Email: tommy@tommyspina.com

For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org
```

```
APPEARANCES CONTINUED:

For Defendant
Jason Dolan:                    Michael T. Van Der Veen
                                VAN DER VEEN,
                                O'NEILL, HARTSHORN & LEVIN
                                1219 Spruce Street
                                Philadelphia, PA 19107
                                (215) 546-1000
                                Email: mtv@mtvlaw.com


For Defendant
William Isaacs:                 Eugene Rossi
                                CARLTON FIELDS P.A.
                                1025 Thomas Jeferson St., NW
                                Suite 400 West
                                Washington, D.C. 20007
                                (202) 965-8100
                                Email:
                                grossi@carltonfields.com

                                Natalie Napierala
                                CARLTON FIELDS P.A.
                                405 Lexington Avenue,
                                36th Floor
                                New York, NY 10174-3699
                                (212) 785-2747
                                Email:
                                nnapierala@carltonfields.com


For Defendant
David Moerschel:                Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
                                265 E. Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrwlegal.com


For Defendant
Brian Ulrich:                   Attilio Joseph Balbo
                                BALBO & GREGG,
                                ATTORNEYS AT LAW, P.C.
                                P.O. Box 1297
                                Richmond Hill, GA 31324
                                (912) 459-1776
                                Email: aj@balbogregg.com
```

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

8

1                    P R O C E E D I N G S

2              DEPUTY CLERK:  All rise.

3              THE COURT:  Good morning, everyone.  Please be

4    seated.

5              COURTROOM DEPUTY:  Your Honor, this is Criminal

6    Case No. 21-28, United States of America versus Defendant

7    No. 1, Thomas Edward Caldwell; Defendant No. 2, Donovan Ray

8    Crowl; Defendant 3, Jessica Marie Watkins, Defendant 4,

9    Sandra Ruth Parker; Defendant 5, Bennie Alvin Parker;

10   Defendant 7, Laura Steele; Defendant 8, Kelly Meggs;

11   Defendant 9, Connie Meggs; Defendant 10, Kenneth Harrelson;

12   Defendant 11, Roberto A. Minuta; Defendant 12, Joshua James;

13   Defendant 13, Jonathan Walden; Defendant 14, Joseph Hackett;

14   Defendant 15, Jason Dolan; Defendant 16, William Isaacs;

15   Defendant 17, David Moerschel; and Defendant 18,

16   Brian Ulrich.

17              David Fischer for Defendant Caldwell, Carmen

18   Hernandez for Defendant Crowl, Shelli Peterson for Defendant

19   Watkins, John Machado for Defendant Sandra Parker, Stephen

20   Brennwald for Defendant Bennie Parker, Peter Cooper for

21   Defendant Steele, David Wilson for Defendant Kelly Meggs;

22   Stanley Woodward for Defendant Connie Meggs, Bradford Geyer

23   for Defendant Harrelson; Jenifer Wicks for Defendant Minuta,

24   Joni Robin and Chris Leibig for Defendant James,

25   Thomas Spina for Defendant Walden, Angie Halim for Defendant

1    Hackett, Eugene Rossi and Natalie Napierala for Defendant

2    Isaacs, Michael Van Der Veen for Defendant Dolan, Scott

3    Weinberg for Defendant Moerschel, and Attilio Joseph Balbo

4    for Defendant Ulrich.

5            Defendants Jessica Watkins, Kelly Meggs, and

6    Kenneth Harrelson are appearing live in the courtroom.

7    All other defendants are appearing virtually.

8            And, Mr. Crowl, could you please mute your line.

9            MS. HALLER:  Jean-Claude, for the record,

10   Julia Haller for Connie Meggs.

11           COURTROOM DEPUTY:  Okay.  Thanks.

12           THE COURT:  Good morning again, everybody.  I hope

13   everybody is well.

14           To those defendants who are present, good morning

15   to you all.

16           All right.  So we're here for a status conference.

17   It's been about 30 days or so since our last conference

18   where we had everybody together, and the purpose of today is

19   to see where we are in terms of status of the case and where

20   we go and to make sure we're on track at least for that

21   first trial date.

22           So why don't we start with the status of

23   discovery.  Ms. Rakoczy and -- Ms. Rakoczy and the

24   government filed a rather lengthy description of where

25   things stand in terms of the discovery in this case that's

1    specific to these defendants, but also, more importantly,

2    what the status is of the larger scope, larger universe of

3    discovery that will involve setting up some defense-specific

4    databases.

5              And so I assume counsel has read all of this, but

6    I'm not going to assume that the defendants themselves have

7    read all of this, and maybe, you know, haven't even seen

8    this document.  So, Ms. Rakoczy, it may be useful, just for

9    the benefit of the defendants, to just provide a summary of

10   where things are with respect to discovery so that they have

11   some sense of where things are in terms of producing things

12   to their counsel.

13             MS. RAKOCZY:  Yes, Your Honor.

14             We continue to make good progress on the discovery

15   front.  And I'm hearing a little bit of feedback, so if

16   counsel have trouble understanding me, I trust they'll pipe

17   up.  I'll try to speak slowly so that the feedback doesn't

18   override what I'm saying.

19             THE COURT:  I'm not hearing any, Ms. Rakoczy, but

20   if everybody could please make sure their line is mute, and

21   let's make sure our line is mute, too.

22             MS. RAKOCZY:  Yes, Your Honor.

23             Since we were last before the Court -- and I think

24   that helped the feedback issue.

25             Since we were last before the Court, the

1    government has provided ongoing discovery in the instant

2    case.  We have provided additional FBI reports and

3    Grand Jury subpoena returns.  Due to the fact that it is an

4    ongoing investigation, we've provided some new reports and

5    subpoena returns that were generated since the last time we

6    made productions along that front.

7              We've provided interview reports from interviews

8    that were conducted with certain law enforcement officers at

9    the Capitol on January 6th.  We've provided some cell site

10   analysis that's in draft format that we hoped might be

11   useful to the defense in understanding what the location

12   data from certain defendants' cell phones show.

13             We have provided something that we hope will be

14   somewhat helpful in wading through all the Capitol

15   surveillance footage, which is a set of still shots that an

16   FBI analyst had put together for this case, showing the

17   defendants' movements, and it captures time stamps and

18   camera angles, tracking most of the defendants' movements

19   through the Capitol.  And we were hoping that while it may

20   not show everything that the defense would look at, it at

21   least identifies at least a general overview of the

22   defendants' movements through the Capitol, which we hope

23   will help the defense to narrow in on the certain camera

24   angles and time frames that might be most relevant to their

25   conduct.  And we've provided some additional materials from

1    certain search warrants that were carried out for some of
2    the defendants who were arrested in the later stages of this
3    case.
4          We have also engaged in several reverse proffers
5    with defense counsel and defendants and some less formal
6    phone conversations with defense attorneys to point them to
7    where some of the most pertinent discovery can be found
8    amongst the materials.  We have a few more reverse proffers
9    scheduled later this morning and in October and our door
10   remains open to talk either informally or more formally
11   through a reverse proffer with either the defendants or
12   their counsel to help understand these discovery materials.
13         And so this investigation is certainly ongoing,
14   but there are still a few outstanding items of discovery
15   that we'll need to provide as the investigation goes on.
16   But we're doing, I would say, pretty well in the instant
17   case in getting most of the discovery into the hands of
18   defense counsel.
19         The biggest item that we're working on producing
20   right now, which I think is one of the last major items of
21   discovery in the case-specific discovery, is the scoped
22   search warrant returns.  And we've talked about this
23   somewhat extensively with the Court, but obviously a lot of
24   digital devices and accounts were seized in this case.
25         We have provided the whole of these accounts to

1    all the defendants under an agreement amongst all the

2    defendants that they were willing to do that, under the

3    understanding that those materials were marked as highly

4    sensitive, but the goal there was to get that evidence into

5    the hands of the defendants and the attorneys as early as

6    possible.

7           But now we are completing the scoping of those

8    warrants, so the pulling out of just what the government had

9    deemed as relevant under the terms of attachment B of the

10   search warrants and we're going -- we've produced some of

11   those scoped search warrant returns through the FBI reports,

12   those that were small enough in size to load into Sentinel,

13   which is the FBI's report, data report storage system, those

14   have been provided to the defense.

15          But some of the cell phone extractions that -- the

16   scoped versions of the cell phone extractions and the iCloud

17   extractions are too large, so we're loading those on to hard

18   drives to provide to the defense.  And we think that might

19   be a very useful thing for the defense, because it will help

20   them to key in on what the government at least has

21   identified as being most relevant in those areas of

22   discovery.

23          THE COURT:  Ms. Rakoczy --

24          MS. RAKOCZY:  So that's the case-specific

25   discovery.

1           THE COURT:  Can I -- if I can just interrupt you.

2           A quick question on the scope of material,

3    Ms. Rakoczy.  When that's being produced, is it being

4    produced in a searchable format, given the volume of

5    material?  Is it being produced in a searchable format or on

6    a database that is itself searchable or is it just being

7    produced as raw data?

8           MS. RAKOCZY:  It's being produced somewhat as raw

9    data, but the cell phones are being produced with a program

10   called Cellebrite, and that program has a search function,

11   and that's with respect to the cell phone extractions.

12          With respect to something like a Facebook search

13   warrant return, those come back in PDF documents.  So those

14   are keyword searchable.

15          And so the answer is that each of these types of

16   digital data extractions come in a slightly different

17   format, but each of them is searchable in some way.  We have

18   not loaded them into some monster omnibus program that can

19   search across all of each search warrant return.  So you

20   have to sort of load up each one and do the keyword searches

21   that you'd like to do, but you can search through them.

22          THE COURT:  Okay.

23          MS. RAKOCZY:  And just to be upfront with the

24   Court, it's not that we, the government, have anything

25   better.  We're also doing the same thing.  We're loading up

1    individual defendant's cell phone extraction and searching

2    through each one by one.  If we had something, we would

3    produce it.

4            And I think -- I know, obviously, we're going to

5    turn to the office-wide discovery.  Right now, I know the

6    office is tackling how to produce all of the digital search

7    warrant returns across all 600 cases to the Defense Bar.

8    And I don't know the answer to exactly what software program

9    will be used for that bucket of evidence, but it's possible

10   that when we move in that direction, that may have an

11   answer.  It may also be that those also need to be produced

12   through individualized programs like Cellebrite or PDF or

13   what have you.

14           THE COURT:  So I think you actually anticipated my

15   next question, which was whether the search warrant returns

16   will be put into the relativity side of the two databases,

17   and sounds like that's still an open question.

18           MS. RAKOCZY:  It's certainly one that I don't know

19   the answer to just yet.

20           There are these two platforms -- and it makes

21   sense to talk about that.

22           So across all 600 of the Capitol breach cases, a

23   bunch of evidence has been recovered.  The government has

24   built, for its own processing and discovery productions, two

25   data platforms, and we're now making essentially instances

1   or versions of that available to the defense as well.  So

2   what the government is using and has to search through this

3   evidence and produce it in discovery, we're also going to

4   give an equivalent version to the defense now.

5           The two platforms, one is called Relativity, and

6   that's being used for documentary evidence.  So Grand Jury

7   subpoena returns, FBI reports, other documents that are sort

8   of full of words that can be keyword searched for going into

9   Relativity.

10          There's also in this case, though, a lot of

11  digital evidence.  There are many, many video files from

12  Capitol surveillance video, there are body-worn camera files

13  from the police officers who were there that day, some of

14  the police officers who were there that day, there's audio

15  files from radio communications.  And so Relativity is not a

16  great platform for that.  And so the government has worked

17  out a contract with Axon, who is the company who provides a

18  service called Evidence.com, and that is going to be used to

19  provide more of the digital video and audio discovery in

20  this case.

21          My understanding is that the defense instances are

22  platforms of both the Relativity document side and the

23  Evidence.com video and audio side, having created and exist,

24  the Evidence.com platform should be made available to the

25  defense by either tomorrow or a week from tomorrow, is the

1    latest estimate, and when that goes live for the defense, it

2    will have 2,000-plus hours of law enforcement body-worn

3    camera footage available, and that's the first digital

4    dataset that will be produced from the office-wide discovery

5    through Evidence.com.  My understanding is with respect to

6    the Relativity document database, a government platform

7    exists and we're using that to make government productions

8    already.  The digital platform for -- the Relativity

9    platform for the defense exists, but we are still engaged in

10   contract modifications in order to make that available to

11   the defense.  And so that's still forthcoming, but I think

12   the estimate is still that by late September or early

13   October, we hope that the defense's instance of Relativity

14   will be up and running.

15          In the meantime, we're not just waiting for that

16   to exist, we are starting to do office-wide productions from

17   the government's version of the Relativity database, we're

18   just providing it via services like USAfX, which is the

19   government's digital cloud-based file sharing system, rather

20   than putting into Relativity.  But we will, when the

21   defense's instance of Relativity is up and running, make

22   that stuff available through the defense's instance of

23   Relativity as well.

24          And the main example of that is, last Friday our

25   discovery team released about 850 pages of reports from the

1   U.S. Capitol Police internal investigations, looking into

2   whether any law enforcement officers on January 6th acted in

3   ways that might be considered inappropriate.  And so about

4   850 pages of reports, redacted reports from those

5   investigations were released to the AUSAs in these cases,

6   and the next day, Saturday, we made those reports available

7   to the defense counsel in this case.

8           And so until the discovery database, the

9   Relativity database for the defense is up and running,

10  we will continue to make productions in a slightly different

11  way.  And then when the system is up and running, everything

12  that had been produced will be there in there for the

13  defense.

14          THE COURT:  Okay.

15          MS. RAKOCZY:  And so the --

16          THE COURT:  Go ahead, Ms. Rakoczy.

17          MS. RAKOCZY:  I'm sorry, Your Honor.

18          THE COURT:  No.  Go ahead.

19          MS. RAKOCZY:  The question mark is the digital

20  search warrant returns across all 600-plus cases.

21          So many, if not most, of the defendants had cell

22  phones or social media accounts that were searched pursuant

23  to search warrants, and that dataset is a complicated one to

24  produce and share in a mass format, because each different

25  dataset, as I was explaining earlier, sort of comes in it

1   with a different set of technology.  So cell phones are

2   extracted using one tool, social media returns come back

3   often in a PDF or other tools.  And so it's going to be hard

4   to find one format to do that.  They also have mixed media.

5   So there are text messages that come in a -- they're sort of

6   documentary, but then there are, obviously, also video and

7   audio files, and those are more digital.

8           So I don't know the answer to the question of

9   whether they're all going to be produced in either

10  Evidence.com or Relativity or whether they're going to be

11  kind of split up between the two databases or whether

12  there's maybe a third way that's better to produce and

13  search those items.  And so that is a piece that I think is

14  going to take a little bit longer to get right.

15          THE COURT:  Okay.

16          Just a few questions as follow-up, just one

17  detailed question, and that is:  With respect to the

18  Evidence.com, Axon database that will contain largely video

19  and audio files, is that going to be searchable in some way?

20  From your report, it suggests that there was some coding

21  that the U.S. -- that the Department of Justice is doing

22  when it is uploading videos and audio that would enable

23  defense counsel, for example, to search for all video

24  related to a particular area on the Capitol grounds, for

25  example.

1        MS. RAKOCZY:  Yes, Your Honor.

2        There is a way to tag files within Evidence.com.

3    And so the defense, as they review, could tag.  And

4    depending on how the Defense Bar works this out, I think

5    there could be an ability to share tags.

6        But the government, as it has been reviewing this

7    evidence, has also been engaging in its own categorizing or

8    attempts to make sense of the vast amount of data, and it's

9    my understanding that we'll be sharing whatever we've come

10   up with with the defense, with the understanding that we may

11   not have tagged or flagged everything that the defense could

12   think might be relevant, but we're certainly trying to.  And

13   whatever tools we've developed to try to more easily digest

14   this data, we're going to be sharing with the defense.

15       So the system has some of its own tools that the

16   Defense Bar may be able to use in sorting through it, and

17   then we have developed, the government has developed some of

18   our own tools that we've been using to catalog and tag and

19   sort through and we'll be trying to share those materials

20   with the defense as well.

21       THE COURT:  Okay.

22       Yeah.  I mean, look, to state the obvious, turning

23   over thousands of hours of video is not terribly

24   user-friendly, unless there's some way in which people can

25   review those videos and sort through them.  And if the

government is building a back end of this that would enable

their defense counsel, for example, to search for videos

related to a particular time or a particular location, it

would seemingly be -- or even particular individuals, you

know, I think, obviously, if that's happening, then

disclosing the ability to search based on those kind of

parameters would really be important and critical in

ensuring that everybody understands how to use this database

and use it effectively.

          MS. RAKOCZY:  Yes, Your Honor.

          It is my understanding that that is what we are

trying to do, and it is probably also important to stress to

the Court that the government in this case has already

provided about 250 gigabytes' worth of data from U.S.

Capitol Police surveillance footage from the Capitol.  And

then as I was saying earlier, we provided still shots that,

I think, helped to isolate some of the most important camera

angles and time frames.

          And then with respect to the law enforcement

body-worn-camera footage, we have already provided a good

number of the officers' cameras' footage that would be most

relevant to the defendants at issue here.

          And obviously, we understand why the defense would

want to do a broader search and they may well have a sense

of something they're looking for that we can't anticipate

1    and that's why we're making the office-wide database

2    available.

3              But I think -- I'm hopeful that there won't be a

4    ton of searching that these defense counsel will have to do,

5    because we have already in this case been trying to produce

6    that already as we've been going along in this case.

7              THE COURT:  Okay.

8              And is the U.S. Attorney's Office -- and maybe

9    this is a better question posed to Ms. Peterson -- is there

10   any plan to provide trainings to defense counsel about how

11   to use these databases?

12             I mean, a large part, particularly in this case,

13   we've got lawyers, either solo practitioners or small firms,

14   who, perhaps, they've not had experience with these kind of

15   databases before, and if they have, maybe it's not that

16   extensive.

17             But is there a plan, place, or thoughts about

18   doing something like that to ensure that people will be able

19   to be trained or at least get some instruction on how to

20   work these databases?

21             MS. RAKOCZY:  I had understood that that was in

22   the works.

23             Ms. Peterson may know more than I do, but I think

24   the Court's concern is one that's obviously shared by and

25   anticipated by some of the folks who are leading these

1    larger efforts.

2            THE COURT:  Ms. Peterson, do you have any further

3    insight on that?

4            MS. PETERSON:  I hate to go out too far on a limb

5    here, but, yes, that certainly is the plan, it's the hope.

6    But until we actually have some evidence and a database to

7    use and know how to use it ourselves, it's very difficult to

8    train anyone else on it, and we're not at that point yet.

9            But we do have a plan to try to figure out how to

10   get licenses to all of the attorneys so they can use these

11   systems and then hopefully to get some training so people

12   can effectively use it.

13           THE COURT:  Okay.

14           MS. PETERSON:  I think it's important for us to

15   look at this more realistically at this stage of the game.

16   There is -- and perhaps I'm jumping the gun, but I don't

17   believe that there is any conceivable way we can be ready

18   for a trial in January in this case, given where we are on

19   the discovery process at this point, in addition to the

20   complications of getting the discovery in our hands and then

21   figuring out how to actually view it and share it and then

22   training all of the CJA lawyers and retained counsel and

23   everyone else involved in these cases.

24           We then have the complicating factor, for those of

25   us who have clients who are in custody, of trying to share

1    the information with the clients, and that is not going to

2    be an easy task.

3            The Court may be aware that right now, the jail is

4    in a posture where they have very limited numbers of laptops

5    that are available for all of the residents in the facility,

6    and it is a four-to-six-week wait, at a minimum, before one

7    can get the discovery after it's been sent to the jail, and

8    then there is a limit on the amount of time that any

9    particular client can have to review their discovery.  And

10   then the sheer vastness of the discovery that's about to be

11   dumped on the defense, it's impossible for us to be able to

12   get it in any meaningful manner to our clients for their

13   review.

14           THE COURT:  So, Ms. Peterson, I guess you've

15   touched on the two questions I was going to raise and

16   address to Ms. Rakoczy.

17           First is, what, if anything, is happening with

18   respect to getting retained -- excuse me, detained

19   defendants -- we have three in this case and there are many

20   others in other cases -- access to this material?

21           I mean, will there be, for example, dedicated

22   terminals at the jail that would allow defendants to have

23   access to these databases.  You know, it's just not

24   realistic to think a lawyer can bring a laptop over to one

25   of the visiting rooms -- I have no idea how good the WiFi is

1    in those visiting rooms -- and connect up to the database

2    and be able to sort of show some materials that might or

3    might not be relevant to their clients.  That's sort of

4    question one.

5              And then question two is what all this means for

6    our trial schedule.

7              MS. PETERSON:  Yeah.

8              THE COURT:  So, Ms. Rakoczy -- why don't we start

9    with the government -- to the extent Ms. Rakoczy has

10   anything to say about that, then I'll ask you, Ms. Peterson.

11             MS. PETERSON:  Fine.

12             MS. RAKOCZY:  I understand both from talking to

13   Ms. Peterson and then talking to some in our office who are

14   leading the discovery efforts, that there is a real problem

15   with getting access to the detained defendants.

16             And I know that I think our office and the Federal

17   Public Defender Service are in talks of trying to brainstorm

18   ideas and come up with a proposal to make to the jail in the

19   next couple weeks.  But I do think it's been a real problem

20   for the detained defendants especially to get access to the

21   data.

22             But, frankly, even from talking to attorneys in

23   this case who represent non-detained defendants, very few of

24   the attorneys live in the same place as their clients, and

25   so I think it's been a problem across the board.

1          And so I think I share Ms. Peterson's concerns

2     that I think a January trial date is looking less and less

3     realistic.  I think it's important for the Court to have

4     each defendant, through their counsel, weigh in on this

5     issue, but I would be surprised if more than a handful of

6     defense attorneys still really actually want to push

7     forward.

8          And, you know, I know the government is still

9     getting materials out, so I know we bear some of the

10    responsibility here, but we are trying, in every conceivable

11    way, to get as much materials in the hands of the defense

12    attorneys as quickly as possible.  I just think that this is

13    a very, very large case with a tremendous amount of data,

14    and I just think for everyone to get through it, it's been a

15    real challenge, and to get it in a meaningful way to the

16    defendants so that they can also understand the evidence,

17    it's been a legal challenge.  And so it does really feel

18    like January 31st is becoming ever more unrealistic.

19          MR. SPINA:  Your Honor, may I say something

20    relative to the discovery, although we've moved past that to

21    something else?

22          THE COURT:  Hang on, Mr. Spina.

23          I'm going to turn to individual counsel once we

24    get through some of these preliminaries here.

25          MR. SPINA:  Yes, sir.

1          THE COURT:  Look, I have to say the following,

2    which is -- it is -- I'm not prepared to move that

3    January 31st trial date today, but I will say this:  That

4    I've got three held defendants in this case.  And, you know,

5    they will have been held nearly 11 months, if not more, by

6    that point.

7          And while I appreciate that there is -- this is an

8    unprecedented case and the volume of material here that has

9    been collected by the government is unprecedented, you know,

10   not all of it relates to these defendants, and, in fact,

11   much of it does not.

12         And while I suppose it's easy in theory to say,

13   well, this may be relevant and this is not relevant, you

14   know, Rule 16 does talk about materiality.  And while it may

15   be easier and safer, from the government's standpoint, to

16   produce everything, you know, Rule 16 doesn't require the

17   production of everything.

18         And certainly when I'm weighing, you know, Speedy

19   Trial rights of detained defendants in particular, you know,

20   the government's desire to produce everything and defense

21   counsel's desire to have everything, even if it's remotely

22   material, is just something I've got to take into account.

23   And so the fact that there's video that hasn't been loaded

24   from a certain perspective or a certain side of the Capitol

25   that has absolutely no connection to this at all, doesn't

1    seem to me to be a reason to slow down our trial schedule.

2              Now, you know, logistically, I recognize and I do

3    appreciate that it may not be so easy to segregate out and

4    separate what's relevant and material in this case from the

5    rest of the mass of what you have, I understand that.  But,

6    you know, as I said, I've got three defendants who are held

7    at the government's request.  If the government wants to

8    walk back from that, then, you know, that changes the

9    equation.  But, you know, I've just got to keep their

10   liberty interests and their interests in a speedy trial in

11   mind here.  And, you know, I'm not at a point yet where

12   I'm going to make any decisions, but rest assured it's in

13   the back of my mind.

14             So at least with respect to the three defendants

15   who are held and who would otherwise be going at the end of

16   January, I think government counsel and those defense

17   counsel ought to be thinking about whether there are ways to

18   ensure that what it is that those defense counsel need to be

19   ready gets in their hands sooner than others, and that there

20   ought to be a priority for those who are scheduled for trial

21   and those who are detained.

22             That's just my observation; I'm just one judge on

23   this court.  But, you know, if the goal here is to get every

24   single scrap of evidence in the hands of defense lawyers

25   before we have a trial, that's going to take a very long

```
 1    time, and certainly, in the interest of those who are held,

 2    I don't think we can wait that long.

 3         MS. RAKOCZY:  We hear the Court's concerns, but we

 4    do encourage the Court to seek the feedback from the counsel

 5    for those defendants who are detained, because while,

 6    obviously, their liberty interests are paramount, they also

 7    want to have the best chance of mounting an effective

 8    defense.

 9         And I agree that not every scrap of evidence from

10    the 600 other cases that are pending is going to wind up

11    being relevant or probative, but certainly, you know, the

12    dozen or so people who were most close to these defendants

13    at the east Rotunda doors as they entered, we might want to

14    take a look at any videos filmed by those people, you know,

15    messages in the phones of defendants who may have

16    communicated with our defendants, if we can do a

17    cross-search for that and find that evidence that may be

18    relevant.

19         And it is not the easiest to try to seek out and

20    identify those other defendants whose body of evidence might

21    be most relevant.  We are trying, on the government end,

22    we're trying to form groups with other attorneys who have

23    defendants who are located in similar locations to these

24    defendants so that we can more quickly look through those

25    defendants' cell phone holdings and social media account
```

1   holdings, and that's the best way that we can think of to go

2   about this, and we assume the defense will do the same when

3   they're given access to the evidence.

4            But I think it would be prudent, because you just

5   don't know whether Defendant A, who was standing next to our

6   group, but when they entered, might have taken his phone out

7   and captured one of these defendants saying something that

8   might be pertinent.  And they might not have, but the fact

9   that they might have is the thing that gives the government

10  counsel in this case anxiety, and I think that's the reason

11  why a lot of defendants might not want to go to trial until

12  they've reviewed that body of evidence.

13           And so we do really think that this is the right

14  way to go to ensure that our discovery obligations are met

15  and that the defendants have all of the material evidence,

16  and we think that counsel's in favor of having, if

17  necessary, you know, a slightly later trial date, a couple

18  months later, we have the April date, we think that that

19  would be the most prudent course.

20           And even balancing it against the very weighty

21  liberty interest of the detained defendants, we think that

22  is the right thing to do, we think that in the grand scheme

23  of this case, it would not be an unconstitutional delay or

24  even really an unfair delay in light of the vast amount of

25  discovery and evidence that is at issue here, and we just

1   think that that's the most prudent course to make sure that

2   nothing is missed and someone lacks a key piece of evidence

3   for their case.

4            THE COURT:  Okay.

5            Well, look, as I said, I'm not prepared today to

6   make any decisions about that.  I just wanted to share with

7   you my thoughts about the importance of that trial date in

8   doing what we can, at least with respect to the three held

9   defendants in this case, and that is a small universe of the

10  overall number of defendants who've been arrested, and a

11  fraction -- even a small fraction of even those who remain

12  charged in this case.

13           Obviously, I'll look forward to hearing from

14  Ms. Peterson, Mr. Wilson, and Mr. Geyer about their clients

15  who are held and who are present here today, but, you know,

16  just know that I am concerned about a lengthy pretrial

17  detention period, and I for one don't think that every

18  single scrap of evidence that's been collected needs to be

19  uploaded and presented before we can have trials in these

20  cases, because, as I said, otherwise, we won't be having a

21  trial in any of those cases probably till 2023, and I just

22  don't think that's acceptable for those who have been held.

23           Okay.  Let's just talk about a few more things

24  before I turn to individual defense counsel.

25           I want to just talk quickly about motions.  There

1    are some motions that remain pending.  Obviously, there are

2    still the motions that I have not ruled on with respect to

3    Counts 1 and 2, and there's additional briefing scheduled

4    for that that is forthcoming in the next few weeks.

5              There are a series of other motions that were

6    filed by Mr. Meggs, Mr. Harrelson, Mr. Crowl, Ms. Meggs, and

7    Mr. Minuta, just to name a few.  There are some other

8    counsel who have asked for some more time.

9              There is a deadline, and I just want to confirm

10   with the government that that least with respect to those

11   motions that I've just identified, that the government will

12   be filing oppositions to those motions by September 30th,

13   which is the opposition date that we've set, and that the

14   replies for those particular motions will be due

15   October 14th.  Is that consistent with how everybody's

16   operating in terms of the motions schedule with respect to

17   those pending motions?

18             MS. RAKOCZY:  Yes, Your Honor, for the government.

19             THE COURT:  Okay.

20             And so just -- Mr. Meggs -- Mr. -- counsel for

21   Mr. Meggs, Mr. Harrelson, and Mr. Crowl, Ms. Meggs, and

22   Mr. Minuta, your reply dates for those motions, at least as

23   of right now, is October 14th.

24             Next thing I want to just raise at this point is,

25   if we are going to have a trial at the end of January, you

```
 1    all ought to start thinking about what voir dire is going to
 2    look like.  Maybe it's a little too soon to be thinking
 3    about this, but I just want everybody to know that if we are
 4    going to try a case at the end of January and you want to
 5    send out a questionnaire to the potential jury panel, I have
 6    asked generally for information about timing.  What that
 7    would mean is that we would be asking for a special jury
 8    panel, or at least what we call a special jury panel in this
 9    courthouse, and those summonses need to go out eight to ten
10    weeks before trial.  So if you back up that time frame,
11    we're looking at right before Thanksgiving to send out
12    summonses for any jury that's going to be impaneled in the
13    last week of January.
14            So if you all wish to have a questionnaire in this
15    case, and maybe you've got thoughts about whether one would
16    be useful, and, frankly, you know, whether there is a
17    standard January 6th defendant questionnaire, I don't know
18    whether there are thoughts about using such a document, it
19    ought to be something we think about.
20            I mean, I think this case probably has a higher
21    profile than most, and so maybe there are specific questions
22    to this case that really would not be relevant to other
23    January 6th defendant matters, but I just want everybody to
24    be aware of the timing of that.  So that regardless of when
25    this case goes to trial, we need at least to build in an
```

1  eight- to ten-week time period to get out summonses if we

2  intend to include a jury questionnaire with those summonses,

3  okay?

4          Ms. Rakoczy, has the government thought about that

5  issue at all and had any conversations to date about either

6  a standard jury questionnaire or a questionnaire that might

7  be specific to this case?

8          MS. RAKOCZY:  We definitely think this would be a

9  case that would be appropriate for a questionnaire and the

10 special jury panel.

11         I don't know yet if the government has started

12 drafting one that would be Capitol breach case-wide, but I

13 do think this case would definitely call for such a

14 questionnaire.

15         THE COURT:  Okay.

16         Well, look, we're not up against the deadline yet,

17 but I wanted to just put that down as a marker today so that

18 everybody keeps that in mind as we move forward.

19         Just a couple more matters before I turn to

20 defense counsel:

21         In terms of -- I have not yet issued a Pretrial

22 Order with respect to the January 31st trial date, and

23 I want to just ask the government whether it is prepared at

24 this point and knows whether it might call experts in its

25 case, and, if so, I just need to think about that in terms

1    of thinking about a Pretrial Order if and when it's

2    appropriate to enter one.

3              MS. RAKOCZY:  I would ask for a little more time

4    to make a final decision.

5              THE COURT:  Okay.

6              MS. RAKOCZY:  I think at this point we'd be

7    leaning against any expert witnesses, but if I could have

8    just a few more weeks to think about that.

9              THE COURT:  Sure.  Of course.

10             I think those are all the issues I wanted to raise

11   with the government.  So let me now turn -- and before I

12   conclude, Ms. Rakoczy, is there anything else that you

13   wanted to raise that we haven't covered?

14             MS. RAKOCZY:  No, Your Honor.  Thank you.

15             THE COURT:  Okay.

16             So let me then turn to individual defense counsel,

17   and we'll go down the list as we have in the past, feel free

18   to raise any issues that are specific to your clients.

19             With respect to Ms. Watkins, Mr. Meggs, and

20   Mr. Harrelson, I'll ask Ms. Peterson, Mr. Wilson, and

21   Mr. Geyer to just give me their preliminary thoughts about a

22   January 31st trial date for their clients.  As I've said,

23   those are the three that would almost certainly be included

24   in the early group if we have a trial at the end of --

25   January 31st.

1          I ought to also just make the following

2    observation for everyone's benefit, particularly those of

3    you who are not regular practitioners in this Court:  I have

4    no idea what this world is going to look like in January,

5    but what I can tell you right now is that we have fairly

6    strict procedures in place to hold trials in this

7    courthouse, those procedures include limitations on how many

8    trials can happen in the courthouse at once, where those

9    trials are taking place, and the number of defendants that

10   we can have in a particular courtroom, which is why when we

11   set this trial date when we did, it was with that in mind,

12   because I know what these limitations look like and how hard

13   it is going to be to set a trial date involving this many

14   lawyers, this many potential defendants, if we still are

15   going to be living with the restrictions that we're living

16   in right now.  If I were to guess, we'll certainly have

17   those restrictions in place through the end of the year and

18   perhaps into the start of next year.

19          And so, you know, just as an example, you know,

20   where I am right now in the Ceremonial Courtroom, which is

21   our largest courtroom, which is where we have been

22   conducting our voir dire for our jurors, even in a

23   single-defendant case, you know, right now if we were to

24   follow all of the restrictions that we have in place, our

25   individual courtrooms cannot accommodate multi-co-defendant

1    cases.  A multi co-defendant case would have to be tried in

2    this Ceremonial Courtroom.  You know, maybe we could squeeze

3    two defendants into a regular courtroom, but we would

4    probably be compromising some social-distancing

5    restrictions.

6            So if we have three or more, what that means is

7    not only will we be using the Ceremonial Courtroom, it also

8    means that I am ending up blocking off every single other

9    case that is scheduled to go to trial, because we can't

10   conduct jury voir dires in other courtrooms.  Maybe there

11   may be some way to do that, but the current way in which

12   we're doing it in which we bring 30 jurors into this

13   Ceremonial Courtroom in two stages, that's how we've been

14   doing it.  And if a judge is in the Ceremonial Courtroom for

15   four weeks, that means I'm bumping every other judge and

16   every other trial and every other defendant in this

17   courthouse.

18           So when I'm setting trial dates, it's with an eye

19   toward those other considerations that I think all of you

20   either need to be, A, know of, and b, mindful of.  And so

21   I just want everybody to be aware of that, which is why --

22   part of the reason why when I set the date when I did, it

23   was with an eye towards actually starting trial then and not

24   having a whole lot of flexibility in moving that date back.

25   But anyway.

1            Why don't we now turn to defense counsel.  And let

2       me start with Ms. Fischer on behalf of Ms. Caldwell and then

3       we'll go down the list.

4            MR. FISCHER:  Thank you, Your Honor.

5       David Fischer on behalf of Mr. Caldwell.

6            We have no issues.

7            THE COURT:  Thank you, Mr. Fischer.

8            Ms. Hernandez on behalf of Mr. Crowl.

9            MS. HERNANDEZ:  Your Honor, I have several issues

10      related to discovery in this sense:  With respect to two

11      counts, I'm concerned that we don't have discovery or that

12      we need to.  As the Court indicated, there may be a smaller

13      universe of discovery that we could focus on, rather than

14      the larger discovery.

15           But the 1361 count, destruction of property, which

16      is Count 3, the government has indicated that our clients

17      are aiders and abettors of some unknown group of people, and

18      they have not identified who those principals are.  So in

19      terms of discovery, I'm concerned that there's a universe of

20      discovery that we're not focused on because we don't know

21      who these principals are.

22           With respect to just the Count 1 and 2, I'm

23      concerned that we're going to get a superseding indictment

24      at some point, and I say for it for this reason:  Person

25      One, who's alleged to be the leader of the Oath Keeper, is

1    quoted all over Count 1.  Person Ten and Person Nineteen are

2    supposed to be the operations leaders of the events of

3    January 6th.  This is -- I'm quoting from the indictment.

4    Person Three is supposed to be the person who's handling the

5    QR -- QR -- call it QVC group -- the QRF group.  They have

6    not been indicted, as far as -- they have -- I mean, we know

7    who Person One is.

8            There's also the news report that the government

9    has searched the phone for the "Oath Keepers' lawyer," a

10   woman named Kellye SoRelle, and supposedly it's in

11   connection with the investigation of January 6th.  If those

12   four people are going to be added as co-conspirators and

13   we're going to get a whole lot of new discovery between now

14   and January, that's a problem.  Even if they're not named as

15   co-conspirators, under the evidentiary rules for

16   co-conspirators' statements, we're looking at -- at least

17   I'm looking at a universe of discovery that I have no clue

18   what I'm looking for or what's out there.

19           And given that these people are supposed to be key

20   personnel in this Oath Keepers group --

21           THE COURT:  If I can just interrupt, let me say

22   two things; one is, to the extent the government has not

23   identified who these folks are, you know, you ought to ask,

24   and if you need a bill of particulars to identify those

25   co-conspirators, file one.  But I don't think there ought to

40

```
 1    be any secret as to who the unindicted co-conspirators are,

 2    at least those who are named -- who are not named as

 3    defendants in the indictment or are simply identified as

 4    Co-conspirator One or Person One, et cetera.  I don't think

 5    there ought to be any real secret about that.

 6               Two --

 7               MS. HERNANDEZ:  My concern --

 8               THE COURT:  Two, in terms of evidence relating to

 9    those folks, look, you know, if they're indicted, they're

10    indicted, and we'll take that up when that happens.

11               But insofar as who the government considers to be

12    a co-conspirator and, therefore, whose statements might

13    constitute a co-conspirator statement, again, you know,

14    that's something you ought to ask the government, if they

15    haven't given you an answer, then let me know that and maybe

16    it's something I need to compel.

17               But, you know, the bottom line is, whether

18    somebody gets indicted or not is really not the key

19    question.  The key question is who the government considers

20    to be part of the conspiracy and whether you've got evidence

21    related to any statements that person has made.  If there's

22    evidence that comes in later, you know, that's a different

23    issue that I can't do anything about today.

24               MS. HERNANDEZ:  Well --

25               THE COURT:  But I think I ought to at least, in
```

1   the interim, address your concerns about co-conspirator

2   statements and preparing for any co-conspirator statements.

3           MS. HERNANDEZ:  Right.

4           Well, the thing is, these four people are clearly,

5   one would think, co-conspirators, because they're all over

6   the indictment.

7           But what I don't know that we have, I don't

8   believe we have, is their social media postings or whatever

9   other evidence may be in there.

10          THE COURT:  I guess I'll turn to Ms. Rakoczy.

11          I mean, has the government, to the extent it is

12  able, identified co-conspirators who are not named in the

13  indictment or who have not pleaded, are there such people,

14  and if there are, has any evidence relating to those folks

15  been turned over?

16          MS. RAKOCZY:  Yes, Your Honor.

17          I think we would agree that the individuals who

18  Ms. Hernandez is referring to would be properly viewed as

19  unindicted co-conspirators and we have provided some level

20  of information about those people.

21          I would think that it would be obvious from the

22  materials, the discovery materials that have been provided,

23  but I'm happy to talk to any of the defense counsel who are

24  having trouble deciphering that to walk them through that.

25          I think there could be evidence with respect to

1    some of those individuals that we might someday seek to

2    introduce at a trial, and if there is such evidence,

3    we would be aiming to provide it in the next six weeks.

4    I mean, we would definitely try to provide that well in

5    advance of any trial so that there would be ample time to

6    review it and assess it before we went to trial.

7              THE COURT:  Okay.

8              And then in terms of the aiding and abetting on

9    the destruction of property -- and, again -- and I think the

10   government's theory is aiding and abetting as part of a

11   larger group of people who were attempting to go through --

12   I forget -- through the doors of the Capitol that were

13   damaged -- you know, Ms. Hernandez, if you're looking for

14   the individual names of other people who were there, again,

15   you know, direct that to Ms. Rakoczy, and to the extent that

16   she's able, she'll be able to presumably identify who those

17   people are, and if there's information relating to them and

18   videos that those folks took or didn't take, you know,

19   you'll have access to it, okay?

20             MS. HERNANDEZ:  Okay.

21             And, Your Honor, I --

22             THE COURT:  Go ahead.

23             MS. HERNANDEZ:  Well, I mean, the government has

24   been responsive when a question is asked.  My concern is

25   that if we're talking -- which the Court started reviewing

1    the amount of discovery that's been produced and that may be

2    produced before trial, it seems to me that with respect to

3    the principals in the destruction count and with respect to

4    these four or five individuals that the government indicates

5    are unindicted co-conspirators, that's a whole lot of

6    discovery that is still pending and we don't know the volume

7    of it.

8              So I'm concerned --

9              THE COURT:  Well -- okay.

10             MS. HERNANDEZ:  That's the concern I have.

11             And if they already have, in their mind,

12   identified them as unindicted co-conspirators, then they

13   should be producing that.  I guess if I have to file a

14   motion, I will, but it seems to me they should be producing

15   that discovery at this point.

16             THE COURT:  Okay.

17             So I heard Ms. Rakoczy say two things; one is that

18   some of it has been produced already, and Ms. Rakoczy will

19   correct me if I am wrong; and, two, to the extent that it

20   hasn't been produced, it will be produced.

21             And what I hear her saying between the lines is,

22   is that there are likely ongoing investigations as to some

23   of these folks, and perhaps the government is not yet

24   prepared to disclose that evidence right now.  And if it

25   ultimately decides that it's something that they seek to

1    introduce at trial or they think is material to any defense

2    preparation in this case, then that'll be disclosed.

3              So am I missing anything here?

4              MS. RAKOCZY:  No, Your Honor.  That's correct.

5              And with respect to the destruction of property

6    issue, I think that we have identified the conduct at issue.

7    We've provided all of the video of that incident and damage

8    information from the architect of the Capitol that's in our

9    possession at this time.

10             As the Court stated, there could be additional

11   individuals who are at that door who have now become charged

12   defendants and whose cell phones or otherwise we've now

13   obtained -- we, the government, have obtained and searched

14   through, and that's part of the ongoing office-wide

15   discovery project, is to try to identify and help for

16   ourselves and help the defense identify who those defendants

17   are so that everyone can take a look at any evidence

18   recovered from those defendants that might help to show

19   different camera angles or pick up different statements that

20   might help get a bigger, more fulsome picture of what

21   occurred at those doors.

22             But I don't think there's really any question

23   about the nature of the damage that we're asserting here or

24   who generally committed the damage.  I don't know that we're

25   required to name a precise principal.  I think that the

1    conduct at issue and the theory has been articulated through

2    the indictment and through the discovery materials, but I am

3    happy to talk to any of the defendants if they have certain

4    follow-up from that.

5                THE COURT:  Okay.

6                MS. HERNANDEZ:  And the other --

7                THE COURT:  Ms. Hernandez, is there anything else

8    or can I move on to Ms. Watkins and Ms. Peterson?

9                MS. HERNANDEZ:  I think you can move on.

10                Your Honor, I don't mean -- you can always move

11   on, Your Honor, obviously.

12                Concerns about *Jencks* and experts, I guess I would

13   ask the Court to enter an order sooner rather than later,

14   just because if the government is going to identify experts,

15   then that means we need some time to identify and file our

16   own experts.

17                THE COURT:  Understood.

18                MS. HERNANDEZ:  I'm just concerned about the

19   broadness of this case and the amount of work that remains

20   before a January trial date.

21                THE COURT:  Well, understood.

22                I mean, that's why I raised the issue about

23   experts with Ms. Rakoczy today, and so she's sort of on

24   notice that the government needs to give some thought to

25   that question.

1          As far as *Jencks* goes, you know, we're still many

2    weeks out from a trial, and my Pretrial Order usually

3    requires the government to make *Jencks* disclosures in

4    advance of trial, to the extent that's feasible, and so

5    that'll be reflected in a Pretrial Order, okay?

6          MS. HERNANDEZ:  Thank you, Your Honor.

7          THE COURT:  All right.

8          Ms. Peterson, with respect to Ms. Watkins.

9          MS. PETERSON:  Yes, Your Honor.

10          I believe that I've already expressed my concerns

11   about a January trial date.  I don't believe it's feasible

12   just -- in large part because she is in custody, and,

13   therefore, I have no ability to get the discovery to her in

14   a timely fashion and in a comprehensive fashion.

15          We have had discussions.  Obviously, I share the

16   Court's concerns that because she's in custody that her

17   trial rights are more important than those of people who are

18   not in custody, because her liberty is stake; however, she

19   also has a right to effective representation of counsel, and

20   there's no way that I believe that I can give her that in a

21   January trial date, given the status of the current

22   discovery and the limitations of sharing any of that at the

23   D.C. jail.

24          THE COURT:  Okay.

25          Thank you, Ms. Peterson.

1          Mr. Machado on behalf of Ms. Parker.

2          MR. MACHADO:  Yes.  Thank you, Your Honor.

3          Your Honor, this morning we filed a motion to

4    extend time to file motions; I'm sure the Court will get to

5    it in short order.

6          The only other point that I would make,

7    Your Honor, just because I don't think that it's been spoken

8    out loud, but our preference, at least on behalf of

9    Ms. Sandra Parker, I'll let Mr. Brennwald speak as far as

10   Bennie Parker is concerned, but we have no desire to be part

11   of the January trial.

12         And so to the extent that the Court may decide to,

13   as an option, to just go down the indictment list of who is

14   and who isn't going to be going to trial at what times, it

15   is our preference -- I just want to state it now -- to have

16   it at a later time, just so we can fully review discovery

17   and just because of my calendar concerns as well.

18         But just wanted to make sure that that's out there

19   so that when the Court is deciding how to divvy up who is

20   going to go when, the Court understands that we're happy to

21   not be as part of the first group.

22         THE COURT:  Okay.

23         All right.

24         Mr. Brennwald on behalf of Mr. Parker.

25         MR. BRENNWALD:  Thank you, Your Honor.

1          I don't have any issues.

2          I didn't think that we were part of the January

3    trial; I thought we were part of the April trial.  I do have

4    a -- and I've told the Court at the hearing a couple months

5    ago, that I have a conflict civil trial that they will not

6    move in Baltimore, they don't care, it's in February, so --

7    but I don't think we're going to be part of the January

8    trial.  But other than that, I have no issues.

9               THE COURT:  Okay.

10              Mr. Cooper on behalf of Ms. Steele.

11              MR. COOPER:  Good morning, Your Honor.

12              I concur with everything that's been said thus far

13   by defense counsel.  I don't have any specific issues to

14   bring to the Court's attention at this point in time.

15   I know where the Court is should I need Court's assistance

16   on anything.

17              THE COURT:  Thank you, Mr. Cooper.

18              Mr. Wilson on behalf of Mr. Meggs.

19              MR. WILSON:  Thank you, Judge.

20              Just briefly, I do share some of Ms. Peterson's

21   concerns.

22              You know, I understand that there is a giant

23   universe of discovery, and in all likelihood, very little of

24   it is directly relevant to at least my client, Mr. Meggs.

25   The problem that we have is how do we make that

1    determination as to what is and what isn't, if we at least

2    don't have the ability to try to parse through it.

3              With respect to the trial dates, I suppose if the

4    government would consider speaking with us about what

5    potential release conditions might be appropriate, instead

6    of taking the position of absolutely not with respect to

7    pretrial release, I do think there are conditions that could

8    certainly warrant release that might alleviate some of the

9    time constraints that we have.  Obviously, the Court knows

10   I've tried to get my client out.  But I do think that if the

11   government would be willing to discuss those issues with us,

12   that might alleviate some of the pressure.

13             And one other matter is, I had recently filed a

14   motion to sever, obviously, based upon a statement of

15   Ms. Watkins or some statements, the Court has denied that.

16   And I understand the ruling.  And I also understand that if

17   a particular statement is, in fact, a co-conspirator

18   statement, it comes in and another defendant isn't

19   necessarily able to cross-examine on that statement.

20             The question I have for the Court is, is the

21   Court's ruling, does that constitute a determination that

22   the statements at issue by Ms. Watkins are, in fact,

23   co-conspirator statements, or is that something that still

24   we can raise, because I intended to raise that in a motion

25   in limine prior to the trial?

1            THE COURT:  The short answer is no, it's not a

2    ruling on whether it's a co-conspirator statement.  It's a

3    ruling on severance, based upon the assumption that the

4    statement is a co-conspirator statement, I think that's how

5    it was characterized in the motion.

6            MR. WILSON:  Yes, Judge.

7            I was trying to get ahead of the issue, but that's

8    accurate.

9            THE COURT:  Okay.

10           Yeah.  Look, I mean, you know, this is a

11   complicated case for a whole host of reasons, but one that

12   might end up becoming apparent is the issue of

13   co-conspirator statements.

14           And, you know, ordinarily, we go to trial, and in

15   the course of a trial, the government is able to establish a

16   prima facie conspiracy, and courts often don't need to worry

17   about whether a co-conspirator statement is admitted.

18           I mean, in theory if the government doesn't

19   establish its conspiracy, you can direct the jurors to

20   ignore those statements.  That seems a little unrealistic in

21   this case.  And so one of the features in this case pretrial

22   that we may need to include is some kind of pretrial

23   determination about conspiracy and scope of conspiracy and

24   co-conspirator statements just to avoid that potential

25   thorny issue.

1          Anything else, Mr. Wilson, at this point?

2          MR. WILSON:  No, sir.  That's all I have.

3    Thank you.

4          THE COURT:  Ms. Haller and Mr. Woodward on behalf

5    of Ms. Meggs.

6          MR. WOODWARD:  We share our colleagues concerns,

7    Your Honor, but we don't have any specific issues with

8    respect to Ms. Meggs.

9          THE COURT:  OKAY.

10          Mr. Geyer and Mr. Moseley on behalf of

11    Mr. Harrelson.

12          MR. GEYER:  Good morning, Your Honor.  Yes.

13          As you know, I've been on the case for a little

14    more than a week, maybe ten days thereabouts, and I feel as

15    if -- I kind of knew this coming into it, but I feel like

16    everything is pointing at Mount Everest and handing me a

17    shovel and saying, start digging.

18          To me, the trial date at the end of January is not

19    achievable, there's just too much.

20          The government, by the way, has been terrific.

21    Mr. Nestler and Ms. Rakoczy, they got me access to the -- at

22    least one of the databases yesterday, thank you for that,

23    that has the newest discovery information on it.  I'm going

24    to get the zip drive, I believe, by the middle of October.

25          I'm hearing references to databases today with

1    iClouds and telephone calls and body cameras, and all of

2    this contains *Brady* information -- or I should say -- is

3    likely to contain *Brady* information.

4           And I think that this compressed time to have all

5    these ticking time bombs and they're related to potentially

6    having *Brady* in there, that we have the right to have.  You

7    know, I've never -- I've only been able to get through the

8    most recent indictment.  There's five indictments.  There

9    were -- I'm sorry -- six in total, five amendments.  There

10   were changes made on each one.  And it wasn't always the

11   case that the charges got stricter.  Sometimes it reflected

12   changes that were made that may be *Brady* information for

13   certainly my client.

14          My client is under lockdown 24 hours a day.

15   I'm sorry, he gets about five and a half hours out,

16   I believe, per day.  I've met him for a total of about five

17   minutes at the last hearing.  He looked terrible to me.  He

18   hasn't had a haircut, he has a beard that is, you know -- he

19   can't get a shave or a haircut.

20          Some of this is under seal and I don't know how

21   far the seal exists, but I'm concerned about his medical

22   information.  I've shared it with a physician; the physician

23   shares my concerns.  But the physician doesn't want to jump

24   into this maelstrom.  It's too much to ask; there's too much

25   electricity around this.

1          And so, you know, we talk about liberty interests.

2     I mean, yeah, I'm concerned about that, too, but my client's

3     getting prejudiced twice.  You know, he's being put into a

4     trial --

5               THE COURT:  Well, let me --

6               MR. GEYER:  -- just a few months away.

7               THE COURT:  All right.

8          Well, let me just interrupt you, Mr. Geyer.

9               MR. GEYER:  Sure.

10              THE COURT:  I mean, look, your client, I think, is

11    now on his third counsel.  And everybody has a right to have

12    their own lawyer, and I understand that, the lawyer of their

13    choosing, so some of this is specific to him, let's put it

14    that way, in terms of access to defense preparation and

15    access to evidence.

16         All that said, you know, I hear you, I'm sensitive

17    to these issues and I just wanted to get your position, and

18    I think you've been heard.  And, you know, I think we'll

19    figure out at the next status conference exactly what I'm

20    going to do, okay?

21              MR. GEYER:  That's fair.

22         Thank you, Your Honor.

23              THE COURT:  All right.

24         Anything else you'd like to raise at this point,

25    Mr. Geyer?

1          MR. GEYER:  No, Your Honor.  That's it.

2          THE COURT:  Ms. Wicks on behalf of Mr. Minuta.

3          MS. WICKS:  Thank you, Your Honor.

4          The only thing specific to him and myself is just,

5     I continue to have a conflict with the January date.

6          THE COURT:  Okay.

7          MS. WICKS:  And I join in the concerns about the

8     amount of discovery, hoping that an April trial date is

9     realistic.

10          THE COURT:  All right.

11          Ms. Robin on behalf of Mr. James.

12          MS. ROBIN:  Thank you, Your Honor.

13          It's our impression that Mr. James should not be

14     part of the first trial, in large part because he's not

15     incarcerated.

16          But also, I do want to make it clear it's our

17     position that we simply can't be ready to effectively

18     represent him on a January 31st trial date, and that's based

19     largely on the volume of the discovery that has been

20     produced and is yet to be produced.

21          I will say, just to touch on briefly, in terms of

22     discovery about unnamed co-conspirators, I'm not aware of a

23     single unnamed co-conspirator's cell phone productions being

24     produced.  I'm aware of an interview with two alleged

25     unnamed co-conspirators, but apart from that, I'm not aware

1   of any.

2          Now, it's very easy that I could be overlooking

3   discovery with respect to unnamed co-conspirators, in large

4   part because it's -- the discovery is simply not organized

5   in that fashion to readily identify discovery associated

6   with Unnamed Co-conspirator, for instance, One, but I would

7   continue to have significant concerns about a January 31st

8   trial date.

9          THE COURT:  All right.

10         Thank you, Ms. Robin.

11         Mr. Spina on behalf of Mr. Walden.

12         MR. SPINA:  First, I would echo what's been said

13  before about the cooperation, that at least I've received

14  from both Ms. Rakoczy and Troy Edwards relative to

15  discovery.  They've been very helpful in pointing me to the

16  20-minute time segment which is related to my client.

17         I would also echo Ms. Robin's comments about the

18  January trial date, and we're on bond, as being

19  unmanageable, from a practical standpoint.

20         With respect to the discovery, we've been talking

21  about video.  What I believe is most important from my

22  perspective is not just the video but audio.  So I'm

23  anticipating that the production of the body cams from the

24  respective officers would have audio, because the Capitol

25  cameras don't have audio.

1              Audio is important to me because there's some
2    dialogue going on at the moment of entry.  What is the
3    government's ability and plan, especially when you have this
4    many people speaking at one time, you're going to have
5    multiple audios, I think, or, like, if we all spoke at one
6    time, everybody would -- you couldn't really decipher who
7    was saying what.
8              Does the government have a plan to extract the
9    audios from the respective body cams of each of the
10   respective Capitol police officers that are standing in the
11   doorway?  Is there a mechanism to address the audio?
12             THE COURT:  I'm not sure I follow, but I'll ask
13   Ms. Rakoczy.
14             MR. SPINA:  Audio --
15             THE COURT:  No, no.
16             I understand what audio is and I understand --
17   I'm not sure what you mean by "extract the audio."  I mean,
18   to the extent --
19             MR. SPINA:  Well, if --
20             THE COURT:  Hang on, Mr. Spina.
21             To the extent body cam has been introduced at
22   detention hearings, for example, the audio has always been
23   available on those body cams.  Those body cams capture both
24   audio and video.  I think there is -- depending upon the
25   agency, there may be some delay between when the video

```
 1    starts and when the audio begins, and I don't know if that's
 2    true here, but those -- that footage ought to have audio.
 3              But, Ms. Rakoczy, I'll turn it over to you if you
 4    have any further information or want to respond in any
 5    further way.
 6              MR. SPINA:  Judge, if I may be just a little bit
 7    clearer.
 8              What I was saying was, if two officers are
 9    standing next to each other and they're both speaking, does
10    the body cam capture each individual audio of each
11    individual officer or is there multiple voices coming
12    through the same microphone?  That's what I was wondering.
13              But you seem to have answered it, that it's per
14    officer.
15              THE COURT:  Ms. Rakoczy, I mean, do you want to
16    provide more detail?
17              But, I think, Mr. Spina, you should assume that
18    these body cams are a lot like the video you take on an
19    iPhone.  You know, if there's multiple people talking while
20    you're filming a video, those people's voices will be
21    captured.
22              So if an officer is speaking and there's an
23    officer standing next to him that's also speaking and that
24    person is within range, that audio is going to be captured.
25              But, Ms. Rakoczy.
```

1          MS. RAKOCZY:  That's correct, Your Honor.

2          There's a microphone attached to each individual

3     officer's camera.  So it will capture whatever is within

4     range.  So if two officers are right next to each other,

5     each of their body cameras will capture similar audio.

6     There may be multiple voices captured.  It's really whatever

7     is around that particular camera at the time.

8          And so sometimes it can be hard to hear because --

9     especially in the setting inside the Capitol, there were

10    lots of voices speaking, and so there's lots of audio

11    captured.  But I don't know that we have -- I mean, there

12    are some level of audio-enhancing tools that exist in the

13    world, I don't know that we have any ones that are

14    particularly better than anyone else's and that would be the

15    type of thing that would have to be separately requested.

16         MR. SPINA:  I just wanted to raise the audio

17    issue.  That's all.

18         THE COURT:  Thank you, Mr. Spina.

19         Ms. Halim on behalf of Mr. Hackett.

20         MR. HALIM:  Thank you.  Good afternoon,

21    Your Honor.

22         On behalf of Mr. Hackett, I don't have anything

23    additional to raise at this time.

24         THE COURT:  Thank you.

25         Mr. Rossi on behalf of Mr. Isaacs.

1          MR. ROSSI:  Yes, Your Honor.  I have a few things
2     to add, not too much.
3          I agree with all the counsel that say that the
4     January trial date is unrealistic, I agree with Ms. Rakoczy
5     that it is unrealistic.
6          The second thing I want to bring up is the whole
7     *Brady* obligation, and I want to echo what Ms. Robin and
8     Ms. Hernandez said.
9          I've got to respectfully disagree with
10    Ms. Rakoczy.  When it comes to *Brady* information, you can't
11    wait until a few weeks before trial to disclose the *Brady*
12    information.
13         At an initial appearance, Rule 5(f), you're
14    reminded of the obligation.  The United States Attorney's
15    Manual encourages *Brady* be disclosed immediately.
16         And here's my concern:  In the indictment, there's
17    Person One, who we all know who it is.  There are other
18    persons.  They are unindicted conspirators.  There's
19    probably going to be statements under Rule of Evidence 801.
20    We need to know ASAP, yesterday, who those people are, what
21    those statements are going to be, so we can make a motion
22    maybe to keep out those statements.
23         But more important, Mr. Isaacs, who fortunately is
24    not detained, Mr. Isaacs' argument, of course, is there's no
25    grand conspiracy to which he entered, and the best argument

```
 1   is that all these people, Person One, Two, Three, infinity

 2   that are unindicted conspirators, and I hope they are

 3   indicted eventually, if he doesn't know them -- and

 4   Mr. Robin has brought up a point, if there's no cell phone,

 5   email, or any communications between my client, Mr. Isaacs,

 6   and those other unindicted conspirators, that's classic

 7   Brady, it should be disclosed yesterday --

 8             THE COURT:  All right.

 9             MR. ROSSI:  Not a few weeks before trial.

10             THE COURT:  All right.

11             Well, Mr. Rossi, let me -- I'll just -- I think

12   you've said a couple of things there.

13             The first has to do with co-conspirator

14   statements.  And, as I said, if there's any doubt in any

15   lawyer's mind on this call who the unindicted

16   co-conspirators are, Ms. Rakoczy has said she will tell you,

17   okay?  So if you don't know who Person Ten is, for example,

18   give her a call, send her an email, and she'll say it's

19   so-and-so.  And then if you want to know whether you've got

20   the audio -- if you've got the cell phone information from

21   that person, if the government gathered it, ask Ms. Rakoczy.

22             The government is not -- I have not heard her

23   suggest that she's withholding or holding any of that back.

24   So there was not -- you know, I don't think there was any

25   suggestion in her response that the government is going to
```

1   hold back and disclose *Brady* on the eve of trial.

2          I mean, this prosecutor's office ought to know

3   better than others that this Court doesn't tolerate late

4   disclosure of *Brady*.  There's a Local Rule that makes that

5   explicit, that *Brady* needs to be disclosed once the

6   government learns of it, and it's not something that is to

7   be held until trial.

8          So I'm not --

9          MR. ROSSI:  What I heard -- may I say something,

10  Your Honor, please?

11         THE COURT:  Sure.

12         MR. ROSSI:  May I say something?

13         I heard that -- and maybe I misheard it,

14  I apologize.  I heard that Ms. Rakoczy was going to let us

15  know about conspirator statements several weeks before

16  trial.

17         THE COURT:  No, that's not what she said.

18         MR. ROSSI:  My point -- I'm sorry?

19         THE COURT:  That's not what she said, but -- what

20  she said was to the extent that there may be evidence that

21  hasn't yet been disclosed with respect to co-conspirators,

22  and the government intends to introduce it at trial, she

23  said that that's likely to be done within four to six weeks.

24  That's what she said.

25         MR. ROSSI:  Well, I make a request now that she

1    tell all counsel, not just me and Ms. Napierala, who these

2    persons are, the unindicted conspirators.

3              THE COURT:  Well, as I said, Mr. Rossi, if you

4    don't know who they are, send her a letter or an email and

5    she'll identify who those people are.

6              MR. ROSSI:  Okay.

7              That's my only comments.

8              THE COURT:  Okay.

9              On behalf of Mr. Moerschel, Mr. Weinberg and

10   Kibria.

11             MR. WEINBERG:  Judge, we have no additions to

12   raise.

13             THE COURT:  Thank you, Mr. Weinberg.

14             And then on behalf of Mr. Ulrich.

15             MR. BALBO:  Yes.  Thank you, Your Honor.

16             As the Court is aware, you've recently approved

17   our motion for additional time to file motions, and that is

18   much appreciated.

19             We'll be scheduling a reverse proffer with the

20   government which will hopefully resolve the further focusing

21   our inquiry of discovery.

22             No other issues, but I would echo what Mr. Machado

23   was saying earlier:  We are not on the January trial date.

24   To the extent the Court was inquiring about willingness of

25   defendants to take that date, we respectfully decline.

1          THE COURT:  Okay.

2          Well, look, you know, it was certainly not my

3   intention that anybody that's been added as recently as

4   Mr. Ulrich has to put them in a January trial.  So I don't

5   think that's anything you need to be concerned about,

6   Mr. Balbo, even if we were to proceed in January.

7          So we've gone through everyone.

8          Hang on, everybody.

9          Bear with me for one second.

10          Sorry for that, everyone.  I wanted to consult

11   with our Courtroom Deputy about the schedule moving forward.

12          We currently have the second trial that's set to

13   start in April 19th.  If, and this is an "if" at this point,

14   if that trial becomes the first trial, in other words, we

15   vacate the January date and the April date becomes the first

16   trial, I want to set down then today a second trial date so

17   everybody holds those dates on their calendars.

18          So I'm going to ask everybody to hold -- and this

19   ought not to be a problem for most, I hope, given that this

20   would only -- absent some exceptional circumstances, involve

21   defendants who are not held -- hold July 11th through that

22   first week in August.

23          Hang on for a second, everyone.  Let me scratch

24   that.

25          Let's just -- right now, let's hold January [sic]

64

1    11th through August the 5th for that second trial, unless

2    anybody knows right now that that is undoable and you've got

3    some conflict in that time period that you simply cannot

4    adjust.

5                MR. ROSSI:  Your Honor, you said January or July?

6                THE COURT:  If I said January, I meant to say

7    July.  July 11th, to run for four weeks, through the end of

8    August, that first week in August, August 5th, as a second

9    or, I guess, third trial period.

10               MR. ROSSI:  Thank you, Your Honor.

11               THE COURT:  Okay?

12               Is there anything else that anybody needs to

13   raise?

14               Let's do one more thing.  Today is September 16th.

15   Let's set something down in 30 days for another hearing.

16   Can everybody be available at 11:00 a.m. on October the

17   14th?  And only if you have an intractable conflict will I

18   consider a change in that date.

19               MS. PETERSON:  I'm sorry, could the Court repeat

20   that again?

21               THE COURT:  October 14th at 11:00 a.m.

22               MS. HERNANDEZ:  Your Honor, will that be virtual

23   again so we can join if we're not in town?

24               THE COURT:  It will be virtual unless you want to

25   be here.

1          MS. HERNANDEZ:  Thank you, Your Honor.

2          MR. ROSSI:  That's good for Mr. Isaacs,

3  Your Honor.

4          THE COURT:  All right.

5          Well, hearing no dissent, October 14th at

6  11:00 a.m. will be our next status conference.

7          What I will ask all of the counsel for the held

8  defendants to do by that date is, Ms. Peterson, Mr. Wilson,

9  and Mr. Geyer, is to confer with your clients, please make

10 sure you have an opportunity to talk with them before our

11 next status conference, and if you are prepared to move from

12 the end of January and they are prepared to move from

13 January -- our current trial date at the end of January,

14 that's January 31, and move it to our April trial date, then

15 I'll want that to be known on the record.  So I'll ask each

16 of you to make sure you have consulted with your clients

17 before then, okay?

18         Unless there's anything else, thank you all very

19 much, be well, and we'll look forward to seeing everybody in

20 about 30 days.

21         MR. COOPER:  Your Honor, I do have something

22 briefly.

23         THE COURT:  Mr. Cooper.

24         MR. COOPER:  Your Honor, I filed a motion to

25 reconsider Ms. Steele's conditions of release.  I guess

1    I'm just inquiring of the Court when we should handle that

2    issue.

3              THE COURT:  Well, I issued a Minute Order

4    yesterday that asked the government to indicate to me

5    whether they were going to oppose by tomorrow.  And if they

6    don't oppose, it's easy.  If they are going to oppose,

7    they're going to give me a date by which they'll file

8    something.

9              MS. RAKOCZY:  Your Honor, if I may be heard.

10             We oppose the request, but we don't have anything

11   to add beyond what we have put in papers and in arguments

12   about the issue of Ms. Steele's -- the (g) factors with

13   respect to the danger presented by Ms. Steele.

14             THE COURT:  Okay.

15             And everybody else can sign off if you'd like;

16   this only concerns one defendant.

17             MS. RAKOCZY:  Your Honor, just before everyone

18   signs off --

19             THE COURT:  Okay.

20             MS. RAKOCZY:  -- I know we still have pending

21   motions, but just for speedy trial purposes, does the Court

22   find that this matter is tolled in the interests of justice

23   until the next hearing?

24             THE COURT:  Yes, I can make that finding, because,

25   as you've noted, Ms. Rakoczy, there are motions that I think

1    everybody has joined have not been resolved, but,

2    nevertheless, I'll exclude time under the Speedy Trial Act

3    until our next date of October the 14th.

4            MS. HERNANDEZ:  I'm sorry, Your Honor.  This is

5    Carmen Hernandez.

6            Did the Court set another hearing date on the 1512

7    motion or just wanted papers on that?

8            THE COURT:  No, I have not set any further

9    hearings on motions.

10           So we set October 14th for our next status

11   hearing.

12           We'll exclude time under the Speedy Trial Act

13   through then, as the interests of justice outweigh the

14   interests of the defendants and the public in a speedy

15   trial.  Specifically, the exclusion of that time is

16   warranted in light of the extraordinary volume of discovery

17   that's been discussed and described in this case, much of

18   which has not yet been made available to the defense and to

19   defendants, and so the exclusion of time is warranted to

20   allow the government to make that discovery available to the

21   defense and for the defense to receive and review and

22   consider that discovery in preparing their defenses.

23           I think that's it.

24           Anything else?

25           Everybody else can sign off; let's just deal with

1    the motion on behalf of Ms. Steele.

2            So, Ms. Rakoczy, I think what I heard you saying

3    is that the government intends to oppose but not ask to file

4    anything; is that right?

5            MS. RAKOCZY:  That's correct, Your Honor.

6            THE COURT:  Well, I'll take that into

7    consideration then and I'll issue a ruling on the motion,

8    Mr. Cooper, okay?

9            MR. COOPER:  Very well.  Thank you, Your Honor.

10           THE COURT:  Thank you all very much.

11           (Proceedings concluded at 12:37 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.



Date:__September 24, 2021____ /S/__William P. Zaremba_____

                       William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [2] 8/5 9/11
DEPUTY CLERK: [1]
8/2
MR. BALBO: [1] 62/15
MR. BRENNWALD: [1]
47/25
MR. COOPER: [4]
48/11 65/21 65/24 68/9
MR. FISCHER: [1]
38/4
MR. GEYER: [5] 51/12
53/6 53/9 53/21 54/1
MR. HALIM: [1] 58/20
MR. MACHADO: [1]
47/2
MR. ROSSI: [10] 59/1
60/9 61/9 61/12 61/18
61/25 62/6 64/5 64/10
65/2
MR. SPINA: [7] 26/19
26/25 55/12 56/14
56/19 57/6 58/16
MR. WEINBERG: [1]
62/11
MR. WILSON: [3]
48/19 50/6 51/2
MR. WOODWARD: [1]
51/6
MS. HALLER: [1] 9/9
MS. HERNANDEZ:
[14] 38/9 40/7 40/24
41/3 42/20 42/23 43/10
45/6 45/9 45/18 46/6
64/22 65/1 67/4
MS. PETERSON: [6]
23/4 23/14 25/7 25/11
46/9 64/19
MS. RAKOCZY: [26]
10/13 10/22 13/24 14/8
14/23 15/18 18/15
18/17 18/19 20/1 21/10
22/21 25/12 29/3 32/18
34/8 35/3 35/6 35/14
41/16 44/4 58/1 66/9
66/17 66/20 68/5
MS. ROBIN: [1] 54/12
MS. WICKS: [2] 54/3
54/7
THE COURT: [83]

/
/S [1] 69/7

0
08077 [1] 4/4
0826 [1] 2/5
0840 [1] 2/18

1
10 [1] 8/11
1000 [1] 6/5
101 [1] 3/9
10174-3699 [1] 6/13
1025 [1] 6/8
11 [2] 8/12 27/5
1100 [1] 5/18

114 [3] 5/3 5/7 6/18
11:00 [3] 1/6 64/16
64/21
11:00 a.m [1] 65/6
11th [3] 63/21 64/1
64/7
12 [1] 8/12
1219 [1] 6/4
1297 [1] 6/22
12:37 [1] 68/11
13 [1] 8/13
1330 [2] 5/11 5/13
1361 [1] 38/15
14 [1] 8/13
1431 [1] 3/5
14th [7] 32/15 32/23
64/17 64/21 65/5 67/3
67/10
15 [1] 8/14
1512 [1] 67/6
16 [4] 1/5 8/14 27/14
27/16
16th [1] 64/14
17 [1] 8/15
1776 [1] 6/23
18 [1] 8/15
1808 [1] 3/18
19106 [1] 5/18
19107 [1] 6/4
19th [1] 63/13

2
2,000-plus [1] 17/2
20-minute [1] 55/16
200 [1] 5/12
20001 [3] 2/17 3/4 7/5
20003 [1] 2/21
20004 [1] 2/13
20007 [1] 6/9
20010 [1] 3/18
20036 [1] 3/15
20039 [1] 4/9
2006 [1] 4/3
201 [1] 3/8
202 [8] 1/15 2/13 3/5
3/15 3/19 4/9 6/9 7/5
2021 [2] 1/5 69/7
2023 [1] 31/21
205 [1] 5/13
20530 [1] 1/15
20777 [1] 2/8
208-7500 [1] 2/13
21-28 [2] 1/4 8/6
21061-3065 [1] 2/4
212 [1] 6/14
215 [2] 5/18 6/5
21st [1] 5/11
22314 [2] 5/4 5/8
24 [2] 52/14 69/7
240 [1] 2/8
250 [1] 21/14
252-6928 [1] 1/15
2615 [1] 3/15
265 [1] 6/17
2747 [1] 6/14
28 [2] 1/4 8/6
2nd [1] 3/8

30 [4] 9/17 37/12 64/15
65/20
300 [1] 2/4
301 [1] 2/22
3065 [1] 2/4
30th [1] 32/12
31 [1] 65/14
310 [1] 2/17
31324 [1] 6/23
31st [7] 26/18 27/3
34/22 35/22 35/25
54/18 55/7
3249 [1] 7/5
333 [1] 7/4
3391 [1] 2/8
33950 [1] 6/18
34471 [1] 3/9
349-1111 [1] 5/4
350 [1] 3/4
352 [1] 3/10
352-2615 [1] 3/15
35205 [1] 5/12
354-3249 [1] 7/5
3699 [1] 6/13
36th [1] 6/13

4
400 [2] 3/3 6/8
400-1431 [1] 3/5
405 [1] 6/12
410 [1] 2/5
4310 [1] 5/8
4466 [1] 3/10
459-1776 [1] 6/23
472-3391 [1] 2/8

5
501 [1] 5/17
503 [1] 2/16
5102 [1] 4/9
546-1000 [1] 6/5
550 [1] 2/12
555 [1] 1/14
5708 [1] 4/4
575-8000 [1] 6/19
5th [3] 3/3 64/1 64/8

6
600 [3] 15/7 15/22
29/10
600-plus [1] 18/20
601 [2] 3/13 5/17
60585 [1] 4/8
607-5708 [1] 4/4
625 [1] 2/12
629-4466 [1] 3/10
683-4310 [1] 5/8
6928 [1] 1/15
6th [6] 11/9 18/2 33/17
33/23 39/3 39/11

7
703 [3] 2/18 5/4 5/8
7166 [1] 2/7
7310 [1] 2/3
7447 [1] 3/19
7500 [1] 2/13

785-2747 [1] 6/14
787-0826 [1] 2/5

8
8000 [1] 6/19
801 [1] 59/19
8100 [1] 6/9
839-5102 [1] 4/9
850 [2] 17/25 18/4
856 [1] 4/4

9
900 [1] 3/14
912 [1] 6/23
922 [1] 2/21
928-1100 [1] 5/18
928-7727 [1] 2/22
939-1330 [1] 5/13
941 [1] 6/19
965-8100 [1] 6/9
989-0840 [1] 2/18
996-7447 [1] 3/19

A
a.m [4] 1/6 64/16 64/21
65/6
abetting [2] 42/8 42/10
abettors [1] 38/17
ability [5] 20/5 21/6
46/13 49/2 56/3
able [10] 20/16 22/18
24/11 25/2 41/12 42/16
42/16 49/19 50/15 52/7
about [60] 9/17 12/22
15/21 17/25 18/3 21/14
22/10 22/17 24/10
25/10 27/14 28/17 30/2
31/6 31/7 31/14 31/16
31/23 31/25 33/1 33/3
33/6 33/15 33/18 33/19
34/4 34/5 34/25 35/1
35/8 35/21 40/5 40/23
41/1 41/20 44/23 45/12
45/18 45/22 46/11 49/4
50/17 50/23 52/15
52/16 52/21 53/1 53/2
54/7 54/22 55/7 55/13
55/17 55/21 61/15
62/24 63/5 63/11 65/20
66/12
above [1] 69/4
above-titled [1] 69/4
absent [1] 63/20
absolutely [2] 27/25
49/6
acceptable [1] 31/22
access [9] 24/20 24/23
25/15 25/20 30/3 42/19
51/21 53/14 53/15
accommodate [1]
36/25
account [2] 27/22
29/25
accounts [3] 12/24
12/25 18/22
accurate [1] 50/8
achievable [1] 51/19

across [5] 14/19 15/7
15/22 18/20 25/25
Act [2] 67/2 67/12
acted [1] 18/2
actually [5] 15/14 23/6
23/21 26/6 37/23
add [2] 59/2 66/11
added [2] 39/12 63/3
addition [1] 23/19
additional [6] 11/2
11/25 32/3 44/10 58/23
62/17
additions [1] 62/11
address [3] 24/16 41/1
56/11
adjust [1] 64/4
admitted [1] 50/17
advance [2] 42/5 46/4
after [1] 24/7
afternoon [1] 58/20
again [6] 9/12 40/13
42/9 42/14 64/20 64/23
against [3] 30/20 34/16
35/7
agency [1] 56/25
ago [1] 48/5
agree [4] 29/9 41/17
59/3 59/4
agreement [1] 13/1
ahead [4] 18/16 18/18
42/22 50/7
aided [1] 7/7
aiders [1] 38/17
aiding [2] 42/8 42/10
aiming [1] 42/3
aj [1] 6/24
AL [2] 1/6 5/12
Alexandria [2] 5/4 5/8
Alfred [2] 5/3 5/7
all [55] 8/2 9/7 9/15
9/16 10/5 10/7 11/14
13/1 13/1 14/19 15/6
15/7 15/22 18/20 19/9
19/23 23/10 23/22 24/5
25/5 27/10 27/25 30/15
33/1 33/14 34/5 35/10
36/24 37/19 39/1 41/5
44/7 44/7 47/23 48/23
51/2 52/1 52/4 53/7
53/16 53/23 54/10 55/9
56/5 58/17 59/3 59/17
60/1 60/8 60/10 62/1
65/4 65/7 65/18 68/10
All other [1] 9/7
All right [6] 47/23 53/7
53/23 55/9 60/8 65/4
alleged [2] 38/25 54/24
alleviate [1] 49/8 49/12
allow [2] 24/22 67/20
almost [1] 35/23
along [2] 11/6 22/6
already [8] 17/8 21/13
21/20 22/5 22/6 43/11
43/18 46/10
also [21] 10/1 12/4
14/25 15/11 15/11 16/3
16/10 19/4 19/6 20/7
21/12 26/16 29/6 36/1

**A**

also... [7] 37/7 39/8 46/19 49/16 54/16 55/17 57/23

although [1] 26/20

Alvin [1] 8/9

always [3] 45/10 52/10 56/22

am [6] 31/16 36/20 37/8 43/19 44/3 45/2

amendments [1] 52/9

AMERICA [2] 1/3 8/6

AMIT [1] 1/10

amongst [2] 12/8 13/1

amount [7] 20/8 24/8 26/13 30/24 43/1 45/19 54/8

ample [1] 42/5

analysis [1] 11/10

analyst [1] 11/16

Angela [1] 5/15

angie [2] 5/19 8/25

angles [2] 11/18 11/24 21/18 44/19

another [3] 49/18 64/15 67/6

answer [7] 14/15 15/8 15/11 15/19 19/8 40/15 50/1

answered [1] 57/13

anticipate [1] 21/25

anticipated [2] 15/14 22/25

anticipating [1] 55/23

anxiety [1] 30/10

any [40] 10/19 18/2 22/10 23/2 23/17 24/8 24/12 28/12 29/14 31/6 31/21 33/12 34/5 35/7 35/18 40/1 40/5 40/21 41/2 41/14 41/23 42/5 44/1 44/17 44/22 45/3 46/22 48/1 48/13 51/7 55/1 57/4 57/4 58/13 60/5 60/14 60/14 60/23 60/24 67/8

anybody [3] 63/3 64/2 64/12

anyone [2] 23/8 58/14

anything [17] 14/24 24/17 25/10 35/12 40/23 44/3 45/7 48/16 51/1 53/24 58/22 63/5 64/12 65/18 66/10 67/24 68/4

anyway [1] 37/25

aol.com [1] 2/9

apart [1] 54/25

apologize [1] 61/14

apparent [1] 50/12

appearance [1] 59/13

APPEARANCES [7] 1/12 1/17 2/25 3/20 4/11 5/19 6/24

appearing [2] 9/6 9/7

appreciate [2] 27/7 28/3

appreciated [1] 62/18

appropriate [3] 30/3 35/12 49/5

approved [1] 62/16

April [6] 30/18 48/3 54/8 63/13 63/15 65/14

architect [1] 44/8

are [106]

area [1] 19/24

areas [1] 13/21

argument [2] 59/24 59/25

arguments [1] 66/11

around [2] 52/25 58/7

arrested [1] 12/2 31/10

articulated [1] 45/1

as [64] 12/15 13/3 13/5 13/5 13/9 13/21 14/7 14/8 16/11 17/23 18/25 19/16 20/3 20/6 20/20 21/16 22/6 25/24 26/11 26/12 26/12 28/6 29/13 31/5 31/20 32/22 34/17 34/18 35/17 35/22 36/19 38/12 39/6 39/6 39/12 39/14 40/1 40/2 40/3 40/11 41/18 42/10 43/12 43/22 44/10 46/1 46/1 47/9 47/9 47/13 47/17 47/21 49/1 51/13 51/14 55/18 60/14 62/3 62/16 63/3 63/3 64/8 66/25 67/13

ASAP [1] 59/20

ask [14] 25/10 34/23 35/3 35/20 39/23 40/14 45/13 52/24 56/12 60/21 63/18 65/7 65/15 68/3

asked [4] 32/8 33/6 42/24 66/4

asking [1] 33/7

asserting [1] 44/23

assess [1] 42/6

assistance [1] 48/15

associated [1] 55/5

assume [4] 10/5 10/6 30/2 57/17

assumption [1] 50/3

assured [1] 28/12

attached [1] 58/2

attachment [1] 13/9

attempting [1] 42/11

attempts [1] 20/8

attention [1] 48/14

Attilio [2] 6/21 9/3

ATTORNEY'S [3] 1/13 22/8 59/14

attorneys [9] 6/22 12/6 13/5 23/10 25/22 25/24 26/6 26/12 29/22

audio [25] 16/14 16/19 16/23 19/7 19/19 19/22 55/22 55/24 55/25 56/1 56/11 56/14 56/16 56/17 56/22 56/24 57/1 57/2 57/10 57/24 58/5 58/10 58/12 58/16 60/20

audio-enhancing [1] 58/12

audios [2] 56/5 56/9

August [5] 63/22 64/1 64/8 64/8 64/8

AUSAs [1] 18/5

available [12] 16/1 16/24 17/3 17/10 17/22 18/6 22/2 24/5 56/23 64/16 67/18 67/20

Avenue [6] 2/12 2/21 3/13 6/12 6/17 7/4

avoid [1] 50/24

aware [7] 24/3 33/24 37/21 54/22 54/24 54/25 62/16

away [1] 53/6

Axon [2] 16/17 19/18

**B**

back [9] 14/13 19/2 21/1 28/8 28/13 33/10 37/24 60/23 61/1

balancing [1] 30/20

Balbo [4] 6/21 6/21 9/3 63/6

balbogregg.com [1] 6/24

Baltimore [1] 48/6

Bar [3] 15/7 20/4 20/16

Barrett [1] 7/4

based [5] 17/19 21/6 49/14 50/3 54/18

be [145]

bear [2] 26/9 63/9

beard [1] 52/18

because [23] 13/19 18/24 22/5 29/5 30/4 31/20 36/12 37/9 38/20 41/5 45/14 46/12 46/16 46/18 47/7 47/17 49/24 54/14 55/4 55/24 56/1 58/8 66/24

become [1] 44/11

becomes [2] 63/14 63/15

becoming [2] 26/18 50/12

been [47] 9/17 13/14 15/23 18/12 20/6 20/7 20/18 22/5 22/6 24/7 25/19 25/25 26/14 26/17 27/5 27/9 27/23 31/10 31/18 31/22 36/21 37/13 39/6 41/15 41/22 42/24 43/1 43/18 43/20 45/1 47/7 48/12 51/13 51/20 52/7 53/18 54/19 55/12 55/15 55/20 56/21 56/22 61/21 63/3 67/1 67/17 67/18

before [22] 1/10 10/23 10/25 22/15 24/6 28/25 31/19 31/24 33/10 33/11 34/19 35/11 42/6 43/2 45/20 55/13 59/11 60/9 61/16 65/10 65/17

begins [1] 57/1

behalf [19] 38/2 38/5 38/8 47/1 47/8 47/24 48/10 48/18 51/4 51/10 54/2 54/11 55/11 58/19 58/22 58/25 62/9 62/14 68/1

being [12] 13/21 14/3 14/3 14/5 14/6 14/8 14/9 16/6 29/11 53/3 54/23 55/18

believe [8] 23/17 41/8 46/10 46/11 46/20 51/24 52/16 55/21

benefit [2] 10/9 36/2

Bennie [4] 2/20 8/9 8/20 47/10

Berwick [1] 4/3

best [3] 29/7 30/1 59/25

better [5] 14/25 19/12 22/9 58/14 61/3

between [5] 19/11 39/13 43/21 56/25 60/5

beyond [1] 66/11

bigger [1] 44/20

biggest [1] 12/19

bill [1] 39/24

Birmingham [1] 5/12

bit [3] 10/15 19/14 57/6

BLIND [1] 4/7

blindjusticedc.org [1] 4/10

blocking [1] 37/8

board [1] 25/25

body [14] 16/12 17/2 21/20 29/20 30/12 52/1 55/23 56/9 56/21 56/23 56/23 57/10 57/18 58/5

body-worn [2] 16/12 17/2

body-worn-camera [1] 21/20

bombs [1] 52/5

bond [1] 55/18

both [5] 16/22 25/12 55/14 56/23 57/9

bottom [1] 40/17

Box [2] 4/8 6/22

Bradford [3] 4/2 4/5 8/22

Brady [12] 52/2 52/3 52/6 52/12 59/7 59/10 59/11 59/15 60/7 61/1 61/4 61/5

brainstorm [1] 25/17

BRAND [1] 3/17

brandwoodwardlaw.com [1] 3/20

breach [2] 15/22 34/12

Brennwald [5] 2/20 2/20 8/20 47/9 47/24

Brian [2] 6/21 8/16

Brian Ulrich [1] 8/16

briefing [1] 32/3

briefly [3] 48/20 54/21 65/22

**B** (continued column)

biting [4] 24/24 37/12 48/14 59/6

broader [1] 21/24

broadness [1] 45/19

brought [1] 60/4

BROWN [1] 6/17

bsrwlegal.com [1] 6/19

bucket [1] 15/9

build [1] 33/25

building [2] 3/14 21/1

built [1] 15/24

bumping [1] 37/15

bunch [1] 15/23

Burnie [1] 2/4

**C**

CALDWELL [6] 1/6 2/2 8/7 8/17 38/2 38/5

calendar [1] 47/17

calendars [1] 63/17

call [6] 33/8 34/13 34/24 39/5 60/15 60/18

called [3] 14/10 16/5 16/18

calls [1] 52/1

cam [2] 56/21 57/10

camera [9] 11/18 11/23 16/12 17/3 21/17 21/20 44/19 58/3 58/7

cameras [3] 52/1 55/25 58/5

cameras' [1] 21/21

cams [5] 55/23 56/9 56/23 56/23 57/18

can [39] 12/7 14/1 14/1 14/18 14/21 16/8 20/24 23/10 23/12 23/17 24/7 24/9 24/24 26/16 29/2 29/16 29/24 30/1 31/8 31/19 36/5 36/8 36/10 39/21 44/17 45/8 45/9 45/24 50/19 58/8 59/21 64/16 64/23 66/15 66/24 67/25

can't [6] 21/25 37/9 40/23 52/19 54/17 59/10

cannot [2] 36/25 64/3

Capitol [17] 11/9 11/14 11/19 11/22 15/22 16/12 18/1 19/24 21/15 21/15 27/24 34/12 42/12 44/8 55/24 56/10 58/9

capture [4] 56/23 57/10 58/3 58/5

captured [5] 30/7 57/21 57/24 58/6 58/11

captures [1] 11/17

care [1] 48/6

CARLTON [2] 6/7 6/12

carltonfields.com [2] 6/10 6/15

Carmen [3] 2/7 8/17 8/23

Carmen Hernandez [1]

**C**

Carmen Hernandez...
[1] 67/5
carried [1] 12/1
case [50] 8/6 9/19 9/25
11/2 11/16 12/3 12/17
12/21 12/24 13/24
16/10 16/20 18/7 21/13
22/5 22/6 22/12 23/18
24/19 25/23 26/13 27/4
27/8 28/4 30/10 30/23
31/3 31/9 31/12 33/4
33/15 33/20 33/22
33/25 34/7 34/9 34/12
34/13 34/25 36/23 37/1
37/9 44/2 45/19 50/11
50/21 50/21 51/13
52/11 67/17
case-specific [2] 12/21
13/24
case-wide [1] 34/12
cases [10] 15/7 15/22
18/5 18/20 23/23 24/20
29/10 31/20 31/21 37/1
catalog [1] 20/18
categorizing [1] 20/7
cell [14] 11/9 11/12
13/15 13/16 14/9 14/11
15/1 18/21 19/1 29/25
44/12 54/23 60/4 60/20
Cellebrite [2] 14/10
15/12
Ceremonial [5] 36/20
37/2 37/7 37/13 37/14
certain [7] 11/8 11/12
11/23 12/1 27/24 27/24
45/3
certainly [12] 12/13
15/18 20/12 23/25 27/18
29/1 29/11 35/23 36/16
49/8 52/13 63/2
Certified [1] 7/3
certify [1] 69/2
cetera [1] 40/4
CH [1] 7/4
challenge [2] 26/15
26/17
chance [1] 29/7
change [1] 64/18
changes [3] 28/8 52/10
52/12
characterized [1] 50/5
charged [2] 31/12
44/11
charges [1] 52/11
chernan7 [1] 2/9
choosing [1] 53/13
chris [2] 5/9 8/24
chrisleibiglaw.com [1]
5/9
Christopher [2] 5/6 5/7
Cinnaminson [1] 4/4
circumstances [1]
63/20
civil [1] 48/5
CJA [1] 23/22
classic [1] 60/6
Claude [1] 9/9

clearer [1] 57/7
clearly [1] 41/4
client [8] 24/9 48/24
49/10 52/13 52/14
53/10 55/16 60/5
client's [1] 53/2
clients [11] 23/25 24/1
24/12 25/3 25/24 31/14
35/18 35/22 38/16 65/9
65/16
close [1] 29/12
cloud [1] 17/19
cloud-based [1] 17/19
clue [1] 39/17
co [32] 36/25 37/1
39/12 39/15 39/16
39/25 40/1 40/4 40/12
40/13 41/1 41/2 41/5
41/12 41/19 43/5 43/12
49/17 49/23 50/2 50/4
50/13 50/17 50/24 50/4
54/22 54/23 54/25 55/3
55/6 60/13 60/16 61/21
co-conspirator [14]
40/4 40/12 40/13 41/1
41/2 49/17 49/23 50/2
50/4 50/17 50/24 50/4
55/6 60/13
co-conspirator's [1]
54/23
co-conspirators [14]
39/12 39/15 39/25 40/1
41/5 41/12 41/19 43/5
43/12 54/22 54/25 55/3
60/16 61/21
co-conspirators' [1]
39/16
co-defendant [1] 37/1
coding [1] 19/20
colleagues [1] 51/6
collected [2] 27/9
31/18
COLUMBIA [3] 1/1
1/14 2/11
come [6] 14/13 14/16
19/2 19/5 20/9 25/18
comes [4] 18/25 40/22
49/18 59/10
coming [2] 51/15 57/11
comments [2] 55/17
62/7
committed [1] 44/24
communicated [1]
29/16
communications [2]
16/15 60/5
COMMUNITY [1] 5/16
company [1] 16/17
compel [1] 40/16
completing [1] 13/7
complicated [2] 18/23
50/11
complicating [1] 23/24
complications [1]
23/20
comprehensive [1]
46/14

compressed [1] 17/8
compromising [1]
37/4
computer [1] 7/7
computer-aided [1]
7/7
conceivable [2] 23/17
26/10
concern [5] 22/24 40/7
42/24 43/10 59/16
concerned [10] 31/16
38/11 38/19 38/23 43/8
45/18 47/10 52/21 53/2
63/5
concerns [13] 26/1
29/3 41/1 45/12 46/10
46/16 47/17 48/21 51/6
52/23 54/7 55/7 66/16
conclude [1] 35/12
concluded [1] 68/11
concur [1] 48/12
conditions [3] 49/5
49/7 65/25
conduct [4] 11/25
37/10 44/6 45/1
conducted [1] 11/8
conducting [1] 36/22
confer [1] 65/9
conference [5] 9/16
9/17 53/19 65/6 65/11
confirm [1] 32/3
conflict [4] 48/5 54/5
64/3 64/17
connect [1] 25/1
connection [2] 27/25
39/11
Connie [4] 3/12 8/11
8/22 9/10
consider [3] 49/4
64/18 67/22
consideration [1] 68/7
considerations [1]
37/19
considered [1] 18/3
considers [2] 40/11
40/19
consistent [1] 32/15
conspiracy [6] 40/20
50/16 50/19 50/23
50/23 59/25
conspirator [15] 40/4
40/12 40/13 41/1 41/2
49/17 49/23 50/2 50/4
50/13 50/17 50/24 55/6
60/13 61/15
conspirator's [1] 54/23
conspirators [18]
39/12 39/15 39/25 40/1
41/5 41/12 41/19 43/5
43/12 54/22 54/25 55/3
59/18 60/2 60/6 60/16
61/21 62/2
conspirators' [1] 39/16
constitute [2] 40/13
49/21
Constitution [1] 7/4
constraints [1] 49/9
consult [1] 63/10

contain [2] 19/18 52/3
contains [1] 52/2
continue [4] 10/14
18/10 54/5 55/7
CONTINUED [6] 2/1
3/1 4/1 5/1 6/1 7/1
contract [2] 16/17
17/10
conversations [2] 12/6
34/5
Cooper [7] 3/2 3/3 8/20
48/10 48/17 65/23 68/8
cooperation [1] 55/13
CORPORATION [1]
4/8
correct [5] 43/19 44/4
58/1 68/5 69/3
could [13] 9/8 10/20
20/3 20/5 20/11 35/7
37/2 38/13 41/25 44/10
49/7 55/2 64/19
couldn't [1] 56/6
counsel [32] 10/5
10/12 10/16 12/5 12/12
12/18 18/7 19/23 21/2
22/4 22/10 23/22 26/4
26/23 28/16 28/17
28/18 29/4 30/10 31/24
32/8 32/20 34/20 35/16
38/1 41/23 46/19 48/13
53/11 59/3 62/1 65/7
counsel's [2] 27/21
30/16
count [5] 38/15 38/16
38/22 39/1 43/3
Count 1 [2] 38/22 39/1
Count 3 [1] 38/16
counts [2] 32/3 38/11
Counts 1 [1] 32/3
couple [2] 25/19 30/17
34/19 48/4 60/12
course [5] 30/19 31/1
35/9 50/15 59/24
court [33] 1/1 7/2 7/3
10/23 10/25 12/23
14/24 21/13 24/3 26/3
28/23 29/4 36/3 38/12
42/25 44/10 45/13 47/4
47/12 47/19 47/20 48/4
48/15 49/9 49/15 49/20
61/3 62/16 62/24 64/19
66/1 66/21 67/6
Court's [6] 22/24 29/3
46/16 48/14 48/15
49/21
courthouse [4] 33/9
36/7 36/8 37/17
courtroom [10] 9/6
36/10 36/20 36/21 37/2
37/3 37/7 37/13 37/14
63/11
courtrooms [2] 36/25
37/10
courts [1] 50/16
covered [1] 35/13
CR [1] 1/4
created [1] 16/23

Criminal [1] 8/5
critical [1] 21/7
cross [2] 29/17 49/19
cross-examine [1]
49/19
cross-search [1] 29/17
Crowl [7] 2/7 8/8 8/18
9/8 32/6 32/21 38/8
CRR [2] 69/2 69/8
cs.com [1] 2/22
current [3] 37/11 46/21
65/13
currently [1] 63/12
custody [4] 23/25
46/12 46/16 46/18

**D**

D.C [12] 1/5 1/15 2/13
2/17 2/21 3/4 3/15 3/18
4/9 6/9 7/5 46/23
damage [3] 44/7 44/23
44/24
damaged [1] 42/13
danger [1] 66/13
data [11] 11/12 13/13
14/7 14/9 14/16 15/25
20/8 20/14 21/14 25/21
26/13
database [10] 14/6
17/6 17/17 18/8 18/9
19/18 21/8 22/1 23/6
25/1
databases [9] 10/4
15/16 19/11 22/11
22/15 22/20 24/23
51/22 51/25
dataset [3] 17/4 18/23
18/25
date [37] 9/21 26/2
27/3 30/17 30/18 31/7
32/13 34/5 34/22 35/22
36/11 36/13 37/22
37/24 45/20 46/11
46/21 51/18 54/5 54/8
54/18 55/8 55/18 59/4
62/23 62/25 63/15
63/15 63/16 64/18 65/8
65/13 65/14 66/7 67/3
67/6 69/7
dates [4] 32/22 37/18
49/3 63/17
david [9] 2/2 3/7 3/8
3/10 6/16 8/15 8/17
8/21 38/5
David Fischer [1] 38/5
day [5] 16/13 16/14
18/6 52/14 52/16
days [4] 9/17 51/14
64/15 65/20
deadline [2] 32/9 34/16
deal [1] 67/25
decide [1] 47/12
decides [1] 43/25
deciding [1] 47/19
decipher [1] 56/6
deciphering [1] 41/24
decision [1] 35/4
decisions [2] 28/12

**D**

decisions... [1] 31/6
decline [1] 62/25
dedicated [1] 24/21
deemed [1] 13/9
defendant [61] 2/2 2/6
2/10 2/15 2/19 3/2 3/7
3/12 4/2 4/6 5/2 5/10
5/15 6/2 6/6 6/16 6/20
8/6 8/7 8/8 8/8 8/9 8/10
8/10 8/11 8/11 8/12
8/12 8/13 8/13 8/14
8/14 8/15 8/15 8/17
8/18 8/18 8/19 8/20
8/21 8/21 8/22 8/23
8/23 8/24 8/25 8/25 9/1
9/2 9/3 9/4 26/4 30/5
33/17 33/23 36/23
36/25 37/1 37/16 49/18
66/16
defendant's [1] 15/1
defendants [52] 1/7
9/5 9/7 9/14 10/1 10/6
10/9 12/2 12/5 12/11
13/1 13/2 13/5 18/21
21/22 24/19 24/22
25/15 25/20 25/23
26/16 27/4 27/10 27/19
28/6 28/14 29/5 29/12
29/15 29/16 29/20
29/23 29/24 30/7 30/11
30/15 30/21 31/9 31/10
36/9 36/14 37/3 40/3
44/12 44/16 44/18 45/3
62/25 63/21 65/8 67/14
67/19
defendants' [5] 11/12
11/17 11/18 11/22
29/25
DEFENDER [3] 2/11
5/16 25/17
defense [54] 10/3
11/11 11/20 11/23 12/5
12/6 12/18 13/14 13/18
13/19 15/7 16/1 16/4
16/21 16/25 17/1 17/9
17/11 18/7 18/9 18/13
19/23 20/3 20/4 20/10
20/11 20/14 20/16
20/20 21/2 21/23 22/4
22/10 24/11 26/6 26/11
27/20 28/16 28/18
28/24 29/8 30/2 31/24
44/1 44/16 48/13 53/14
67/18 67/21 67/21
defense's [3] 17/13
17/21 17/22
defense-specific [1]
10/3
defenses [1] 67/22
definitely [1] 34/8
34/13 42/4
delay [3] 30/23 30/24
56/25
denied [1] 49/15
Department [1] 19/21
depending [2] 20/4

Deputy [1] 63/11
Der [3] 6/2 6/3 9/2
described [1] 67/17
description [1] 9/24
desire [3] 27/20 27/21
47/10
destruction [4] 38/15
42/9 43/3 44/5
detail [1] 57/16
detailed [1] 19/17
detained [9] 24/18
25/15 25/20 25/23
27/19 28/21 29/5 30/21
59/24
detention [2] 31/17
56/22
determination [3] 49/1
49/21 50/23
developed [3] 20/13
20/17 20/17
devices [1] 12/24
dialogue [1] 56/2
did [3] 36/11 37/22
67/6
didn't [2] 42/18 48/2
different [7] 14/16
18/10 18/24 19/1 40/22
44/19 44/19
difficult [1] 23/7
digest [1] 20/13
digging [1] 51/17
digital [10] 12/24 14/16
15/6 16/11 16/19 17/3
17/8 17/19 18/19 19/7
dire [2] 33/1 36/22
direct [2] 42/15 50/19
direction [1] 15/10
directly [1] 48/24
dires [1] 37/10
disagree [1] 59/9
disclose [3] 43/24
59/11 61/1
disclosed [5] 44/2
59/15 60/7 61/5 61/21
disclosing [1] 21/6
disclosure [1] 61/4
disclosures [1] 46/3
discovery [61] 9/23
9/25 10/3 10/10 10/14
11/1 12/7 12/12 12/14
12/17 12/21 12/21
13/22 13/25 15/5 15/24
16/3 16/19 17/4 17/25
18/8 23/19 23/20 24/7
24/9 24/10 25/14 26/20
30/14 30/25 38/10
38/11 38/13 38/14
38/19 38/20 39/13
39/17 41/22 43/1 43/6
43/15 44/15 45/2 46/13
46/22 47/16 48/23
51/23 54/8 54/19 54/22
55/3 55/4 55/5 55/15
55/20 62/21 67/16
67/20 67/22
discuss [1] 49/11
discussed [1] 67/17

discussions [1] 54/4
dissent [1] 65/5
distancing [1] 37/4
DISTRICT [5] 1/1 1/1
1/10 1/14 2/11
divvy [1] 47/10
do [33] 13/2 14/20
14/21 17/16 19/4 21/12
21/24 22/4 22/23 23/2
23/9 25/19 28/2 29/4
29/16 30/2 30/13 30/22
34/13 37/11 40/23 48/3
48/20 48/25 49/7 49/10
53/20 54/16 57/15
60/13 64/14 65/8 65/21
do you have [1] 23/2
document [4] 10/8
16/22 17/6 33/18
documentary [1] 16/6
19/6
documents [2] 14/13
16/7
does [7] 26/17 27/11
27/14 49/21 56/8 57/9
66/21
doesn't [7] 10/17 27/16
27/25 50/18 52/23 60/3
61/3
doing [7] 12/16 14/25
19/21 22/18 31/8 37/12
37/14
Dolan [3] 6/2 8/14 9/2
don't [44] 9/22 15/8
15/18 19/8 23/16 25/8
29/2 30/5 31/17 31/22
33/17 34/11 38/1 38/11
38/20 39/25 40/4 41/7
41/7 43/6 44/22 44/24
45/10 46/11 47/7 48/1
48/6 48/7 48/13 49/2
50/16 51/7 52/20 55/25
57/1 58/11 58/13 58/22
60/17 60/24 62/4 63/4
66/6 66/10
done [1] 61/23
Donovan [2] 2/7 8/7
door [2] 12/9 44/11
doors [3] 29/13 42/12
44/21
doorway [1] 56/11
doubt [1] 60/14
down [7] 28/1 34/17
35/17 38/3 47/13 63/16
64/15
dozen [1] 29/12
draft [1] 11/10
drafting [1] 34/12
drive [2] 4/3 51/24
drives [1] 13/18
due [2] 11/3 32/14
dumped [1] 24/11
dwilsonlaw.com [1]
3/10

**E**

each [16] 14/15 14/17
14/19 14/20 15/2 18/24
26/4 52/10 56/9 57/9

58/5 65/15
earlier [3] 18/25 21/16
62/23
early [3] 13/5 17/12
35/24
easier [1] 27/15
easiest [1] 29/19
easily [1] 20/13
east [1] 29/13
easy [5] 24/2 27/12
28/3 55/2 66/6
echo [4] 55/12 55/17
59/7 62/22
Edmund [1] 3/17
Edward [1] 8/7
Edwards [1] 55/14
effective [2] 29/7 46/19
effectively [1] 21/9
23/12 54/17
efforts [2] 23/1 25/14
eight [2] 33/9 34/1
either [7] 12/10 12/11
16/25 19/9 22/13 34/5
37/20
electricity [1] 52/25
else [12] 23/8 23/23
26/21 35/12 45/7 51/1
53/24 64/12 65/18
66/15 67/24 67/25
else's [1] 58/14
email [24] 1/16 2/5 2/9
2/14 2/18 2/22 3/5 3/10
3/16 3/19 4/5 4/10 5/5
5/9 5/13 5/19 6/5 6/10
6/14 6/19 6/24 60/5
60/18 62/4
Empire [1] 2/4
enable [2] 19/22 21/1
encourage [1] 29/4
encourages [1] 59/15
end [12] 21/1 28/15
29/21 32/25 33/4 35/24
36/17 50/12 51/18 64/7
65/12 65/13
ending [1] 37/8
enforcement [4] 11/8
17/2 18/2 21/19
engaged [2] 12/4 17/9
engaging [1] 20/7
enhancing [1] 58/12
enough [1] 13/12
ensure [3] 22/18 28/18
30/14
ensuring [1] 21/8
enter [2] 35/2 45/13
entered [3] 29/13 30/6
59/25
entry [1] 56/2
equation [1] 28/9
equivalent [1] 16/4
especially [3] 25/20
56/3 58/9
essentially [1] 15/25
establish [2] 50/15
50/19
estimate [2] 17/1 17/12
et [2] 1/6 40/4

etcetera [1] 40/4
Eugene [2] 6/7 9/1
eve [1] 61/1
even [11] 10/7 21/4
25/22 27/21 30/20
30/24 31/11 31/11
36/22 39/14 63/6
events [1] 39/2
eventually [1] 60/3
ever [1] 26/18
Everest [1] 51/16
every [8] 26/10 28/23
29/9 31/17 37/8 37/15
37/16 37/16
everybody [19] 9/12
9/13 9/18 10/20 21/8
33/3 33/23 34/18 37/21
53/11 56/6 63/8 63/17
63/18 64/16 65/19
66/15 67/1 67/25
everybody's [1] 32/15
everyone [8] 8/3 23/23
26/14 44/17 63/7 63/10
63/23 66/17
everyone's [1] 36/2
everything [9] 11/20
18/11 20/11 27/16
27/17 27/20 27/21
48/12 51/16
evidence [31] 13/4
15/9 15/23 16/3 16/6
16/11 20/7 23/6 26/16
28/24 29/9 29/17 29/20
30/3 30/12 30/15 30/25
31/2 31/18 40/8 40/20
40/22 41/9 41/14 41/25
42/2 43/24 44/17 53/15
59/19 61/20
Evidence.com [7]
16/18 16/23 16/24 17/5
19/10 19/18 20/2
evidentiary [1] 39/15
exactly [2] 15/8 53/19
examine [1] 49/19
example [8] 17/24
19/23 19/25 21/2 24/21
36/19 56/22 60/17
exceptional [1] 63/20
exclude [2] 67/2 67/12
exclusion [2] 67/15
67/19
excuse [1] 24/18
exist [3] 16/23 17/16
58/12
exists [3] 17/7 17/9
52/21
experience [1] 22/14
expert [1] 35/7
experts [5] 34/24 45/12
45/14 45/16 45/23
explaining [1] 18/25
explicit [1] 61/5
expressed [1] 46/10
extend [1] 47/4
extensive [1] 22/16
extensively [1] 12/23
extent [11] 25/9 39/22
41/12 42/15 43/19 46/4

**E**

extent... [5]  47/12
56/18 56/21 61/20
62/24
extract [2]  56/8 56/17
extracted [1]  19/2
extraction [1]  15/1
extractions [5]  13/15
13/16 13/17 14/11
14/16
extraordinary [1]
67/16
eye [2]  37/18 37/23

**F**

Facebook [1]  14/12
facie [1]  50/16
facility [1]  24/5
fact [6]  11/3 27/10
27/23 30/8 49/17 49/22
factor [1]  23/24
factors [1]  66/12
fair [1]  53/21
fairly [1]  36/5
far [6]  23/4 39/6 46/1
47/9 48/12 52/21
fashion [3]  46/14 46/14
55/5
favor [1]  30/16
FBI [4]  11/2 11/16
13/11 16/7
FBI's [1]  13/13
fd.org [2]  2/14 5/19
feasible [2]  46/4 46/11
features [1]  50/21
February [1]  48/6
FEDERAL [3]  2/11
5/16 25/16
feedback [4]  10/15
10/17 10/24 29/4
feel [4]  26/17 35/17
51/14 51/15
few [12]  12/8 12/14
19/16 25/23 31/23 32/4
32/7 35/8 53/6 59/1
59/11 60/9
FIELDS [2]  6/7 6/12
figure [2]  23/9 53/19
figuring [1]  23/21
file [8]  17/19 39/25
43/13 45/15 47/4 62/17
66/7 68/3
filed [5]  9/24 32/6 47/3
49/13 65/24
files [6]  16/11 16/12
16/15 19/7 19/19 20/2
filing [1]  32/12
filmed [1]  29/14
filming [1]  57/20
final [1]  35/4
find [3]  19/4 29/17
66/22
finding [1]  66/24
Fine [1]  25/11
firms [1]  22/13
first [11]  9/21 17/3
24/17 47/21 54/14
55/12 60/13 63/14
Fischer [6]  2/2 2/3 8/17
38/2 38/5 38/7
fischerandputzi [1]  2/6
five [5]  43/4 52/8 52/9
52/15 52/16
FL [2]  3/9 6/18
flagged [1]  20/11
flexibility [1]  37/24
Floor [1]  6/13
focus [1]  38/13
focused [1]  38/20
focusing [1]  62/20
folks [6]  22/25 39/23
40/9 41/14 42/18 43/23
follow [4]  19/16 36/24
45/4 56/12
follow-up [2]  19/16
45/4
following [2]  27/1 36/1
footage [6]  11/15 17/3
21/15 21/20 21/21 57/2
foregoing [1]  69/3
forget [1]  42/12
form [1]  29/22
formal [1]  12/5
formally [1]  12/10
format [6]  11/10 14/4
14/5 14/17 18/24 19/4
FormerFeds [1]  4/3
formerfedsgroup.com
[1]  4/5
forthcoming [2]  17/11
32/4
fortunately [1]  59/23
forward [5]  26/7 31/13
34/18 63/11 65/19
found [1]  12/7
four [7]  24/6 37/15
39/12 41/4 43/4 61/23
64/7
four-to-six-week [1]
24/6
Fourth [1]  1/14
fraction [2]  31/11
31/11
frame [1]  33/10
frames [1]  11/24 21/18
frankly [2]  25/22 33/16
free [1]  35/17
Friday [1]  17/24
friendly [1]  20/24
front [2]  10/15 11/6
full [1]  16/8
fully [1]  47/16
fulsome [1]  44/20
function [1]  14/10
further [5]  23/2 57/4
57/5 62/20 67/8

**G**

GA [1]  6/23
game [1]  23/15
gathered [1]  60/21
general [1]  11/21
generally [2]  33/6
44/24
generated [1]  11/5
22/19 23/10 23/11 24/7
24/12 25/20 26/11
26/14 26/15 26/24
28/23 34/1 38/23 39/13
44/20 46/13 47/4 49/10
50/7 51/24 52/7 52/19
53/17
gets [3]  28/19 40/18
52/15
getting [6]  12/17 23/20
24/18 25/15 26/9 53/3
Geyer [8]  4/2 8/22
31/14 35/21 51/10 53/8
53/25 65/9
giant [1]  48/22
gigabytes' [1]  21/14
give [6]  16/4 35/21
45/24 46/20 60/18 66/7
given [7]  14/4 23/18
30/3 39/19 40/15 46/21
63/19
gives [1]  30/9
Glen [1]  2/4
gmail.com [1]  2/18
go [16]  9/20 18/16
18/18 23/4 30/1 30/11
30/14 33/9 35/17 37/9
38/3 42/11 42/22 47/13
47/20 50/14
Go ahead [3]  18/16
18/18 42/22
goal [2]  13/4 28/23
goes [2]  12/15 17/1
33/25 46/1
going [48]  10/6 13/10
15/4 16/3 16/8 16/18
19/3 19/9 19/10 19/14
19/19 20/14 22/6 24/1
24/15 26/23 28/12
28/15 28/25 29/10
32/25 33/1 33/4 33/12
36/4 36/13 36/15 38/23
39/12 39/13 45/14
47/14 47/14 47/20 48/7
51/23 53/20 56/2 56/4
57/24 59/19 59/21
60/25 61/14 63/18 66/5
66/6 66/7
gone [1]  63/7
good [10]  8/3 9/12
9/14 10/14 21/20 24/25
48/11 51/12 58/20 65/2
good morning [5]  8/3
9/12 9/14 48/11 51/12
Gorda [1]  6/18
got [13]  22/13 27/4
27/22 28/6 28/9 33/15
40/20 51/21 52/11 59/9
60/19 60/20 64/2
government [58]  1/13
22/24 11/1 13/8 13/20
14/24 15/23 16/2 16/16
17/6 17/7 20/6 20/17
21/1 21/13 25/9 26/8
27/9 28/7 28/16 29/21
30/9 32/10 32/11 32/18
34/4 34/11 34/23 35/11
40/14 40/19 41/11
42/23 43/4 43/23 44/13
45/14 45/24 46/3 49/4
49/11 50/15 50/18
51/20 56/8 60/21 60/22
60/25 61/6 61/22 62/20
66/4 67/20 68/5
government's [7]
17/17 17/19 27/15
27/20 28/7 42/10 56/3
Governor [2]  2/3
grand [4]  11/3 16/6
30/22 59/25
Grand Jury [2]  11/3
16/6
great [1]  16/16
GREGG [1]  6/21
grossi [1]  6/10
grounds [1]  19/24
group [8]  30/6 35/24
38/17 39/5 39/5 39/20
42/11 47/21
groups [1]  29/22
guess [7]  24/14 36/16
41/10 43/13 45/12 64/9
65/25
gun [1]  23/16

**H**

Hackett [5]  5/15 8/13
9/1 58/19 58/22
had [2]  9/18 11/16
13/8 15/2 18/12 18/21
22/14 22/21 34/5 46/15
49/13 52/18
haircut [2]  52/18 52/19
half [1]  52/15
halim [4]  5/15 5/19
8/25 58/19
Haller [4]  3/12 3/13
9/10 51/4
hallerjulia [1]  3/16
handful [1]  26/5
handing [1]  51/16
handle [1]  66/1
handling [1]  39/4
hands [6]  12/17 13/5
23/20 26/11 28/19
28/24
Hang [4]  26/22 56/20
63/8 63/23
happen [1]  36/8
happening [2]  21/5
24/17
happens [1]  40/10
happy [3]  41/23 45/3
47/20
hard [4]  13/17 19/3
36/12 58/8
Harrelson [8]  4/2 8/11
8/23 9/6 32/6 32/21
35/20 51/11
HARTSHORN [1]  6/3
has [43]  10/5 11/1
13/20 14/10 15/23
15/23 16/2 16/16 20/6
20/15 20/17 21/13 21/20
40/14 40/19 41/11
42/23 43/4 43/23 44/13
45/14 45/24 46/3 49/4
49/11 50/15 50/18
51/20 56/8 60/21 60/22
60/25 61/6 61/22 62/20
66/4 67/20 68/5
hasn't [4]  27/23 43/20
52/18 61/21
hate [1]  23/4
have [132]
haven't [3]  10/7 35/13
40/15
having [6]  16/23 30/16
31/20 37/24 41/24 52/6
he [7]  52/15 52/17
52/17 52/18 52/18
59/25 60/3
he's [2]  53/3 54/14
hear [4]  29/3 43/21
53/16 58/8
heard [8]  43/17 53/18
60/22 61/9 61/13 61/14
66/9 68/2
hearing [12]  1/9 10/15
10/19 31/13 48/4 51/25
52/17 54/15 65/5 66/23
67/6 67/11
hearings [2]  56/22
67/9
held [11]  27/4 27/5
28/6 28/15 29/1 31/8
31/15 31/22 61/7 63/21
65/7
help [7]  11/23 12/12
13/19 44/15 44/16
44/18 44/20
helped [2]  10/24 21/17
helpful [2]  11/14 55/15
her [10]  43/21 46/13
46/16 46/18 46/20
60/18 60/18 60/22
60/25 62/4
here [14]  9/16 21/22
23/25 26/10 26/24 27/8
28/11 28/23 30/25
31/15 44/3 44/23 57/2
64/25
here's [1]  59/16
Hernandez [8]  2/7 8/18
38/8 41/18 42/13 45/7
59/8 67/5
higher [1]  33/20
Highland [1]  2/8
highly [1]  13/3
Highway [1]  2/3
Hill [1]  6/13
him [5]  52/16 53/13
54/4 54/18 57/23
his [3]  30/6 52/21
53/11
hold [5]  36/6 61/1
63/18 63/21 63/25
holding [1]  60/23
holdings [2]  29/25
30/1

**H**

holds [1] 63/17
Hollow [1] 2/7
Honor [46] 8/5 10/13
10/22 18/17 20/1 21/10
26/19 32/18 35/14 38/4
38/9 41/16 42/21 44/4
45/10 45/11 46/6 46/9
47/2 47/3 47/7 47/25
48/11 51/7 51/12 53/22
54/1 54/3 54/12 58/1
58/21 59/1 61/10 62/15
64/5 64/10 64/22 65/1
65/3 65/21 65/24 66/9
66/17 67/4 68/5 68/9
HONORABLE [1] 1/10
hope [2] 9/12 11/13
11/22 17/13 23/5 60/2
63/19
hoped [1] 11/10
hopeful [1] 22/3
hopefully [2] 23/11
62/20
hoping [2] 11/9 54/8
host [1] 50/11
hotmail.com [1] 2/6
hours [4] 17/2 20/23
52/14 52/15
how [17] 15/6 20/4
21/8 22/10 22/19 23/7
23/9 23/21 24/25 32/15
36/7 36/12 37/13 47/19
48/25 50/4 52/20
however [1] 46/18

**I**

I also [1] 49/16
I am [4] 31/16 36/20
37/8 45/2
I apologize [1] 61/14
I assume [1] 10/5
I believe [3] 46/20
51/24 52/16
I can [3] 36/5 46/20
66/24
I can't [1] 40/23
I don't [10] 23/16 29/2
39/25 40/4 41/7 44/22
46/11 48/7 60/24 63/4
I don't have [3] 48/1
48/13 58/22
I guess [6] 24/14 41/10
43/13 45/12 64/9 65/25
I have [15] 24/25 27/1
32/2 33/5 34/21 36/3
39/17 43/10 46/13 48/5
48/8 51/2 59/1 60/22
67/8
I hope [2] 9/12 60/2
I just [10] 26/12 31/6
31/21 32/9 33/3 33/23
34/25 37/21 47/15
58/16
I know [6] 15/5 25/16
26/9 36/12 48/15 66/20
I mean [13] 22/12
24/21 33/20 41/11 42/4
42/23 50/10 50/18 53/2

58/11
I say [4] 26/19 38/24
61/9 61/12
I think [36] 10/23 12/20
15/4 17/11 19/13 20/4
21/5 22/3 22/23 23/14
25/16 26/2 26/3 28/16
30/10 33/20 35/6 35/10
37/19 40/25 41/17
41/25 44/6 44/25 45/9
50/4 52/4 53/10 53/18
53/18 56/5 56/24 57/17
66/25 67/23 68/2
I thought [1] 48/3
I understand [4] 28/5
48/22 53/12 56/16
I want [5] 31/25 32/24
34/23 59/7 63/16
I wanted [3] 34/17
35/10 63/10
I was [5] 18/25 21/16
24/15 57/8 57/12
I will [4] 27/3 43/14
54/21 65/7
I'll [14] 10/17 25/10
31/13 35/20 41/10 47/9
56/12 57/3 60/1 65/15
65/15 67/2 68/6 68/7
I'll look [1] 31/13
I'm [46] 10/6 10/15
10/18 10/19 18/17 22/3
23/16 26/23 27/2 27/18
28/11 28/12 28/22 31/5
37/15 37/18 38/11
38/19 38/22 39/3 39/17
39/18 41/23 43/8 45/18
47/4 51/23 51/25 52/9
52/15 52/21 53/2 53/16
53/19 54/22 54/24
54/25 55/22 56/12
56/17 61/8 61/18 63/18
64/19 66/1 67/4
I'm going [4] 26/23
28/12 51/23 63/18
I'm just [3] 28/22 45/18
66/1
I'm not [7] 10/6 10/19
27/2 28/11 31/5 54/22
61/8
I'm not sure [2] 56/12
56/17
I'm sorry [5] 18/17
52/9 52/15 64/19 67/4
I'm sure [1] 47/4
I've [16] 27/4 27/22
28/6 28/9 32/11 35/22
46/10 48/4 49/10 51/13
52/7 52/7 52/16 52/22
55/13 59/9
iCloud [1] 13/16
iClouds [1] 7/12
idea [2] 24/25 36/4
ideas [1] 25/18
identified [8] 13/21
32/11 38/18 39/23 40/3
41/12 43/12 44/6
identifies [1] 11/21

42/16 44/15 44/16
45/14 45/15 55/5 62/5
ignore [1] 50/20
immediately [1] 59/15
impaneled [1] 33/12
importance [1] 31/7
important [9] 21/7
21/12 21/17 23/14 26/3
46/17 55/21 56/1 59/23
importantly [1] 10/1
impossible [1] 24/11
impression [1] 54/13
inappropriate [1] 18/3
incarcerated [1] 54/15
incident [1] 44/7
include [3] 34/2 36/7
50/22
included [1] 35/23
Indiana [1] 2/12
indicate [1] 66/4
indicated [2] 38/12
38/16
indicates [1] 43/4
indicted [5] 39/6 40/9
40/10 40/18 60/3
indictment [9] 38/23
39/3 40/3 41/6 41/13
45/2 47/13 52/8 59/16
indictments [1] 52/8
individual [9] 15/1
26/23 31/24 35/16
36/25 42/14 57/10
57/11 58/2
individualized [1]
15/12
individuals [5] 21/4
41/17 42/1 43/4 44/11
infinity [1] 60/1
informally [1] 12/10
information [14] 24/1
33/6 41/20 42/17 44/8
51/23 52/2 52/3 52/12
52/22 57/4 59/10 59/12
60/20
initial [1] 59/13
inquiring [1] 62/24
66/1
inquiry [1] 62/21
inside [1] 58/9
insight [1] 23/3
insofar [1] 40/11
instance [4] 17/13
17/21 17/22 55/6
instances [2] 15/25
16/21
instant [2] 11/1 12/16
instead [1] 49/5
instruction [1] 22/19
intend [1] 34/2
intended [1] 49/24
intends [2] 61/22 68/3
intention [1] 63/3
interest [2] 29/1 30/21
interests [2] 28/10
28/10 29/6 53/1 66/22
67/13 67/14
interim [1] 41/1

interrupt [2] 14/1 39/21
53/8
interview [2] 11/7
54/24
interviews [1] 11/7
intractable [1] 64/17
introduce [3] 42/2 44/1
61/22
introduced [1] 56/21
investigation [4] 11/4
12/13 12/15 39/11
investigations [3] 18/1
18/5 43/22
involve [2] 10/3 63/20
involved [1] 12/13
involving [1] 36/13
iPhone [1] 57/19
is [208]
is there [7] 22/9 22/17
35/12 45/7 56/11 57/11
64/12
Isaacs [7] 6/7 8/14 9/2
58/25 59/23 60/5 65/2
Isaacs' [1] 59/24
isn't [3] 47/14 49/1
49/18
isolate [1] 21/17
issue [18] 10/24 21/22
26/5 30/25 34/5 40/23
44/6 44/6 45/1 45/22
49/22 50/7 50/12 50/25
58/17 66/2 66/12 68/7
issued [2] 34/21 66/3
issues [11] 35/10
35/18 38/6 38/9 48/1
48/8 48/13 49/11 51/7
53/17 62/22
it [100]
it would be [2] 30/4
41/21
it's [44] 9/17 14/8
14/24 15/9 15/18 19/3
20/8 22/15 23/5 23/7
23/14 24/7 24/11 24/23
25/19 25/25 26/3 26/14
26/17 27/12 27/21
28/12 33/2 35/1 37/18
39/10 40/16 43/25
46/11 47/7 48/6 50/1
50/2 50/2 52/24 54/13
54/16 55/2 55/4 57/13
58/6 60/18 61/6 66/6
item [1] 12/19
items [3] 12/14 12/20
19/13
its [5] 15/24 20/7 20/15
34/24 50/19
itself [1] 14/6

**J**

jail [5] 24/3 24/7 24/22
25/18 46/23
James [5] 5/2 8/12
8/24 54/11 54/13
January [42] 11/9 18/2
28/16 26/2 26/18 27/3
28/16 32/25 33/4 33/13

33/17 33/23 34/22
35/22 35/25 36/4 39/3
39/11 39/14 45/20
46/11 46/21 47/11 48/2
48/7 51/18 54/5 54/18
55/7 55/18 59/4 62/23
63/4 63/6 63/15 63/25
64/5 64/6 65/12 65/13
65/13 65/14
January 31st [1] 27/3
January 6th [1] 39/11
Jason [2] 6/2 8/14
Jean [1] 9/9
Jean-Claude [1] 9/9
Jeferson [1] 6/8
Jencks [3] 45/12 46/1
46/3
jenifer [3] 4/7 4/10 8/3
Jessica [3] 2/10 8/8
9/5
Jessica Marie [1] 8/8
Jessica Watkins [1]
9/5
John [3] 2/15 2/16 8/19
johnlmachado [1] 2/18
join [2] 54/7 64/23
joined [1] 67/1
Jonathan [2] 5/11 8/13
Jonathan Walden [1]
8/13
joni [4] 5/2 5/3 5/5 8/24
jonirobinlaw.com [1]
5/5
Joseph [4] 5/15 6/21
8/13 9/3
Joshua [2] 5/2 8/12
Jr [1] 3/17
judge [8] 1/10 28/22
37/14 37/15 48/19 50/6
57/6 62/11
Julia [3] 3/12 3/13 9/10
Julia Haller [1] 9/10
July [4] 63/21 64/5
64/7 64/7
jump [1] 52/23
jumping [1] 23/16
jurors [3] 36/22 37/12
50/19
jury [10] 11/3 16/6 33/5
33/7 33/8 33/12 34/2
34/6 34/10 37/10
just [71]
justice [4] 4/7 19/21
66/22 67/13

**K**

Kathryn [1] 1/13
kathryn.rakoczy [1]
1/16
keep [2] 28/9 59/22
Keeper [1] 38/25
Keepers [1] 39/20
Keepers' [1] 39/9
keeps [1] 14/18
Kelly [4] 3/7 8/10 8/21
9/5
Kellye [1] 39/10
Kenneth [3] 4/2 8/11

**K**

Kenneth... [1] 9/6
key [5] 13/20 31/2
39/19 40/18 40/19
keyword [3] 14/14
14/20 16/8
Kibria [1] 62/10
kind [5] 19/11 21/6
22/14 50/22 51/15
knew [1] 51/15
know [84]
known [1] 65/15
knows [3] 34/24 49/9
64/2

**L**

lacks [1] 31/2
laptop [1] 24/24
laptops [1] 24/4
large [6] 13/17 22/12
26/13 46/12 54/14 55/3
largely [2] 19/18 54/19
larger [5] 10/2 10/2
23/1 38/14 42/11
largest [1] 36/21
last [8] 9/17 10/23
10/25 11/5 12/20 17/24
33/13 52/17
late [2] 17/12 61/3
later [7] 12/2 12/9
30/17 30/18 40/22
45/13 47/16
latest [1] 17/1
Laura [2] 3/2 8/10
law [11] 2/16 3/8 3/13
3/17 5/3 5/6 6/22 11/8
17/2 18/2 21/19
lawyer [4] 24/24 39/9
53/12 53/12
lawyer's [1] 60/15
lawyers [4] 22/13
23/22 28/24 36/14
leader [1] 38/25
leaders [1] 39/2
leading [2] 22/25 25/14
leaning [1] 35/7
learns [1] 61/6
least [19] 9/20 11/21
11/21 13/20 22/19
28/14 31/8 32/10 32/22
33/8 33/25 39/16 40/2
40/25 47/8 48/24 49/1
51/22 55/13
legal [2] 4/8 26/17
Leibig [3] 5/6 5/7 8/24
Leigh [1] 1/13
lengthy [2] 9/24 31/16
less [3] 12/5 26/2 26/2
let [11] 35/11 35/16
38/1 39/21 40/15 47/9
53/5 53/8 60/11 61/14
63/23
let's [8] 10/21 31/23
53/13 63/25 63/25
64/14 64/15 67/25
letter [1] 62/4
level [2] 41/19 58/12
LEVIN [1] 6/3

Lexington... [1] 6/12
liberty [5] 28/10 29/6
30/21 46/18 53/1
licenses [1] 23/10
light [2] 30/24 67/16
like [15] 14/12 14/21
15/12 15/17 17/18
22/18 26/18 33/2 36/4
36/12 51/15 53/24 56/5
57/18 66/15
likelihood [1] 48/23
likely [3] 43/22 52/3
61/23
limb [1] 23/4
limine [1] 49/25
limit [1] 24/8
limitations [3] 36/7
36/12 46/22
limited [1] 24/4
line [4] 9/8 10/20 10/21
40/17
lines [1] 43/21
list [3] 35/17 38/3
47/13
little [8] 10/15 19/14
33/2 35/3 48/23 50/20
51/13 57/6
live [3] 9/6 17/1 25/24
living [2] 36/15 36/15
LLC [1] 4/3
LLP [1] 2/20
load [2] 13/12 14/20
loaded [2] 14/18 27/23
loading [2] 13/17
14/25
Local [1] 61/4
located [1] 29/23
location [2] 11/11 21/3
locations [1] 29/23
lockdown [1] 52/14
logistically [1] 28/2
long [2] 28/25 29/2
longer [1] 19/14
look [18] 11/20 20/22
23/15 27/1 29/14 29/24
31/5 31/13 33/2 34/16
36/4 36/12 40/9 44/17
50/10 53/10 63/2 65/19
looked [1] 52/17
looking [8] 18/1 21/25
26/2 33/11 39/16 39/17
39/18 42/13
lot [7] 12/23 16/10
30/11 37/24 39/13 43/5
57/18
lots [2] 58/10 58/10
loud [1] 47/8

**M**

Machado [5] 2/15 2/16
8/19 47/1 62/22
made [1] 11/6 16/24
18/6 40/21 52/10 52/12
67/18
maelstrom [1] 52/24
main [1] 17/24
major [1] 12/20
make [26] 9/20 10/14

medal... [1] 17/21
17/21 11/10 20/8 25/18
28/12 31/1 31/6 35/4
36/1 46/3 47/6 47/18
48/25 54/16 59/21
61/25 65/9 65/16 66/24
67/20
makes [2] 15/20 61/4
making [1] 15/25 22/1
manner [1] 24/12
Manual [1] 59/15
many [9] 16/11 16/11
18/21 24/19 36/7 36/13
36/14 46/1 56/4
Marie [1] 8/8
Marion [1] 6/17
mark [1] 18/19
marked [1] 13/3
marker [1] 34/17
mass [2] 18/24 28/5
material [8] 14/2 14/5
24/20 27/8 27/22 28/4
30/15 44/1
materiality [1] 27/14
materials [11] 11/25
12/8 12/12 13/3 20/19
25/2 26/9 26/11 41/22
41/22 45/2
matter [3] 49/13 66/22
69/4
matters [3] 33/23
34/19
may [29] 10/8 11/19
15/10 15/11 20/10
20/16 21/24 22/23 24/3
26/19 27/13 27/14 28/3
29/15 29/17 37/11
38/12 41/9 43/1 47/12
50/22 52/12 56/25 57/6
58/6 61/9 61/12 61/20
66/9
maybe [13] 10/7 19/12
22/8 22/15 33/2 33/15
33/21 37/2 37/10 40/15
51/14 59/22 61/13
MD [2] 2/4 2/8
me [26] 10/16 24/18
28/1 35/11 35/16 35/21
38/2 39/21 40/15 43/2
43/14 43/19 51/16
51/18 51/21 52/17 53/5
53/8 55/15 56/1 60/11
62/1 63/9 63/23 66/4
66/7
mean [20] 20/22 22/12
24/21 33/7 33/20 39/6
41/11 42/4 42/23 45/10
45/22 50/10 50/18 53/2
53/10 56/17 56/17
57/15 58/11 61/2
meaningful [2] 24/12
26/15
means [5] 25/5 37/6
37/8 37/15 45/15
meant [1] 64/6
meantime [1] 17/15
mechanical [1] 7/6
mechanism [1] 56/11

medal... [1] 52/21
19/4 29/25 41/8
medical [1] 52/21
Meggs [18] 3/7 3/12
8/10 8/11 8/21 8/22 9/5
9/10 32/6 32/6 32/20
32/21 32/21 35/19
48/18 48/24 51/5 51/8
MEHTA [1] 1/10
Merit [1] 7/2
messages [2] 19/5
29/15
met [2] 30/14 52/16
Michael [1] 6/2 9/2
Michelle [1] 2/10
microphone [2] 57/12
58/2
middle [1] 51/24
might [24] 11/10 11/24
13/18 18/3 20/12 25/2
25/3 29/13 29/20 30/6
30/8 30/8 30/9 30/11
34/6 34/24 40/12 42/1
44/18 44/20 49/5 49/8
49/12 50/12
mind [6] 28/11 28/13
34/18 36/11 43/11
60/15
mindful [1] 37/20
minimum [1] 24/6
Mink [1] 2/7
Minuta [6] 4/7 8/12
8/23 32/7 32/22 54/2
minute [2] 55/16 66/3
minutes [1] 52/17
misheard [1] 61/13
missed [1] 31/2
missing [1] 44/3
mixed [1] 19/4
modifications [1]
17/10
Moerschel [4] 6/16
8/15 9/3 62/9
moment [1] 56/2
monster [1] 14/18
months [4] 27/5 30/18
48/4 53/6
more [24] 10/1 12/8
12/10 16/19 19/7 20/13
22/23 23/15 26/5 26/18
27/5 29/24 31/23 32/8
34/19 35/3 35/8 37/6
44/20 46/17 51/14
57/16 59/23 64/14
morning [7] 8/3 9/12
9/14 12/9 47/3 48/11
51/12
Moseley [1] 51/10
most [16] 11/18 11/24
12/7 12/17 13/21 18/21
21/17 21/21 29/12
29/21 30/19 31/1 33/21
52/8 55/21 63/19
motion [11] 43/14 47/3
49/14 49/24 50/5 59/21
62/17 65/24 67/7 68/1
68/7
motions [15] 31/25

M/1 32/2 32/5 32/11
32/12 32/14 32/16
32/17 32/22 47/4 62/17
66/21 66/25 67/9
Mount [1] 51/16
mounting [1] 29/7
move [10] 15/10 27/2
34/18 45/8 45/9 45/10
48/6 65/11 65/12 65/14
moved [1] 26/20
movements [3] 11/17
11/18 11/22
moving [2] 37/24 63/11
Mr [1] 32/20
Mr. [67] 9/8 26/22
31/14 31/14 32/6 32/6
32/6 32/7 32/20 32/21
32/21 32/21 32/22
35/19 35/20 35/20
35/21 38/5 38/7 38/8
47/1 47/9 47/24 47/24
48/10 48/17 48/18
48/18 48/24 51/1 51/4
51/10 51/10 51/11
51/21 53/8 53/25 54/2
54/11 54/13 55/11
55/11 56/20 57/17
58/18 58/19 58/22
58/25 58/25 59/23
59/24 60/4 60/5 60/11
62/3 62/9 62/9 62/13
62/14 62/22 63/4 63/6
65/2 65/8 65/9 65/23
68/8
Mr. Balbo [1] 63/6
Mr. Brennwald [2]
47/9 47/24
Mr. Caldwell [1] 38/5
Mr. Cooper [4] 48/10
48/17 65/23 68/8
Mr. Crowl [4] 9/8 32/6
32/21 38/8
Mr. Fischer [1] 38/7
Mr. Geyer [6] 31/14
35/21 51/10 53/8 53/25
65/9
Mr. Hackett [2] 58/19
58/22
Mr. Harrelson [4] 32/6
32/21 35/20 51/11
Mr. Isaacs [4] 58/25
59/23 60/5 65/2
Mr. Isaacs' [1] 59/24
Mr. James [2] 54/11
54/13
Mr. Machado [2] 47/1
62/22
Mr. Meggs [6] 32/6
32/20 32/21 35/19
48/18 48/24
Mr. Minuta [3] 32/7
32/22 54/2
Mr. Moerschel [1] 62/9
Mr. Moseley [1] 51/10
Mr. Nestler [1] 51/21
Mr. Parker [1] 47/24
Mr. Robin [1] 60/4
Mr. Rossi [3] 58/25

# M

**Mr. Rossi... [2]** 60/11 62/3
**Mr. Spina [5]** 26/22 55/11 56/20 57/17 58/18
**Mr. Ulrich [2]** 62/14 63/4
**Mr. Walden [1]** 55/11
**Mr. Weinberg [2]** 62/9 62/13
**Mr. Wilson [5]** 31/14 35/20 48/18 51/1 65/8
**Mr. Woodward [1]** 51/4
**Ms. [75]**
**Ms. Caldwell [1]** 38/2
**Ms. Fischer [1]** 38/2
**Ms. Halim [1]** 58/19
**Ms. Haller [1]** 51/4
**Ms. Hernandez [5]** 38/8 41/18 42/13 45/7 59/8
**Ms. Meggs [4]** 32/6 32/21 51/5 51/8
**Ms. Napierala [1]** 62/1
**Ms. Parker [1]** 47/1
**Ms. Peterson [12]** 22/9 22/23 23/2 24/14 25/10 25/13 31/14 35/20 45/8 46/8 46/25 65/8
**Ms. Peterson's [2]** 26/1 48/20
**Ms. Rakoczy [30]** 9/23 9/23 10/8 10/19 13/23 14/3 18/16 24/16 25/8 25/9 34/4 35/12 41/10 42/15 43/17 43/18 45/23 51/21 55/14 56/13 57/3 57/15 57/25 59/4 59/10 60/16 60/21 61/14 66/25 68/2
**Ms. Robin [3]** 54/11 55/10 59/7
**Ms. Robin's [1]** 55/17
**Ms. Sandra [1]** 47/9
**Ms. Steele [3]** 48/10 66/13 68/1
**Ms. Steele's [2]** 65/25 66/12
**Ms. Watkins [5]** 35/19 45/8 46/8 49/15 49/22
**Ms. Wicks [1]** 54/2
**mtv [1]** 6/5
**mtvlaw.com [1]** 6/5
**much [10]** 26/11 27/11 51/19 52/24 52/24 59/2 62/18 65/19 67/17 68/10
**multi [2]** 36/25 37/1
**multi-co-defendant [1]** 36/25
**multiple [4]** 56/5 57/11 57/19 58/6
**mute [3]** 9/8 10/20 10/21
**my [26]** 15/14 16/21 17/5 20/9 21/11 28/13

46/2 46/10 47/17 48/24 49/10 52/13 52/14 52/23 53/2 55/16 55/21 59/16 60/5 61/18 62/7 63/2
**myself [1]** 54/4

# N

**name [2]** 32/7 44/25
**named [5]** 39/10 39/14 40/2 40/2 41/12
**names [1]** 42/14
**Napierala [2]** 6/11 9/1 62/1
**narrow [1]** 11/23
**Natalie [2]** 6/11 9/1
**nature [1]** 44/23
**nearly [1]** 27/5
**necessarily [1]** 49/19
**necessary [1]** 30/17
**need [16]** 12/15 15/11 28/18 33/9 33/25 34/25 37/20 38/12 39/24 40/16 45/15 48/15 50/16 50/22 59/20 63/5
**needs [4]** 31/18 45/24 61/5 64/12
**Nestler [1]** 51/21
**never [1]** 52/7
**nevertheless [1]** 67/2
**new [3]** 6/13 11/4 39/13
**newest [1]** 51/23
**news [1]** 39/8
**next [17]** 15/15 18/6 25/19 30/5 32/4 32/24 36/18 42/3 53/19 57/9 57/23 58/4 65/6 65/11 66/23 67/3 67/10
**Nineteen [1]** 39/1
**NJ [1]** 4/4
**nnapierala [1]** 6/15
**no [28]** 1/4 8/6 8/7 8/7 18/18 24/25 27/25 35/14 36/4 38/6 39/17 44/4 46/13 46/20 47/10 48/8 50/1 51/2 54/1 56/15 56/15 59/24 60/4 61/17 62/11 62/22 65/5 67/8
**non [1]** 25/23
**non-detained [1]** 25/23
**North [1]** 5/3
**not [81]**
**noted [1]** 66/25
**nothing [1]** 31/2
**notice [1]** 45/24
**now [24]** 12/20 13/7 15/5 15/25 16/4 24/3 28/2 32/23 35/11 36/5 36/16 36/20 36/23 38/1 39/13 43/24 44/11 44/12 47/15 53/11 55/2 61/25 63/25 64/2
**number [3]** 21/21 31/10 36/9
**numbers [1]** 24/4

3/3 3/13 3/18 6/8 7/4
**NY [1]** 6/13

# O

**O'NEILL [1]** 6/3
**Oath [3]** 38/25 39/9 39/20
**obligation [2]** 59/7 59/14
**obligations [1]** 30/14
**observation [2]** 28/22 36/2
**obtained [2]** 44/13 44/13
**obvious [2]** 20/22 41/21
**obviously [13]** 12/23 15/4 19/6 21/5 21/23 22/24 29/6 31/13 32/1 45/11 46/15 49/9 49/14
**Ocala [1]** 3/9
**occurred [1]** 44/21
**October [10]** 12/9 17/13 32/15 32/23 51/24 64/16 64/21 65/5 67/3 67/10
**October 14th [1]** 32/15
**off [4]** 37/8 66/15 66/18 67/25
**office [15]** 1/13 2/16 3/8 5/3 5/16 15/5 15/6 17/4 17/16 22/1 22/8 25/13 25/16 44/14 61/2
**office-wide [5]** 15/5 17/4 17/16 22/1 44/14
**officer [4]** 57/11 57/14 57/22 57/23
**officer's [1]** 58/3
**officers [8]** 11/8 16/13 16/14 18/2 55/24 56/10 57/8 58/4
**officers' [1]** 21/21
**OFFICES [2]** 3/13 5/6
**Official [1]** 7/3
**often [2]** 19/3 50/16
**okay [37]** 9/11 14/22 18/14 19/15 20/21 22/7 23/13 31/4 31/23 32/19 34/3 34/15 35/5 35/15 42/7 42/19 42/20 43/9 43/16 45/5 46/5 46/24 47/22 48/9 50/9 51/9 53/20 54/6 60/17 62/6 62/8 63/1 64/11 65/17 66/14 66/19 68/8
**omnibus [1]** 14/18
**once [3]** 26/23 36/8 61/5
**one [41]** 12/20 14/20 15/2 15/2 15/18 16/5 18/23 19/2 19/4 19/16 22/24 24/6 24/24 25/4 28/22 30/7 31/17 33/15 34/12 35/2 38/25 39/7 39/22 39/25 40/4 40/4 41/5 43/17 49/13 50/11 50/21 51/22 52/22 55/11

63/9 64/14 66/16
**ones [1]** 58/13
**ongoing [5]** 11/1 11/4 12/13 43/22 44/14
**only [8]** 37/7 47/6 52/7 54/4 62/7 63/20 64/17 66/16
**open [2]** 12/10 15/17
**operating [1]** 32/16
**operations [1]** 39/2
**opportunity [1]** 65/10
**oppose [5]** 66/5 66/6 66/6 66/10 68/3
**opposition [1]** 32/13
**oppositions [1]** 32/12
**option [1]** 47/13
**order [8]** 17/10 34/22 35/1 45/13 46/2 46/5 47/5 66/3
**ordinarily [1]** 50/14
**organized [1]** 55/4
**other [26]** 9/7 16/7 19/3 24/20 29/10 29/20 29/22 32/5 32/7 33/22 37/8 37/10 37/15 37/16 37/16 37/19 41/9 42/14 45/6 47/6 48/8 49/13 57/9 58/4 59/17 60/6 62/22 63/14
**others [3]** 24/20 28/19 61/3
**otherwise [3]** 28/15 31/20 44/12
**ought [13]** 28/17 28/20 33/1 33/19 36/1 39/23 39/25 40/5 40/14 40/25 57/2 61/2 63/19
**our [35]** 9/17 10/21 12/9 17/24 20/18 23/20 24/12 25/6 25/13 25/16 28/1 29/16 30/5 30/14 36/21 36/22 36/22 36/24 38/16 44/8 45/15 47/8 47/15 51/6 54/13 54/16 62/17 62/21 63/11 65/6 65/10 65/13 65/14 67/3 67/10
**ourselves [2]** 23/7 44/16
**out [23]** 12/1 13/8 16/17 20/4 23/4 23/9 23/21 26/9 28/3 29/19 30/6 33/5 33/9 33/11 34/1 39/18 46/2 47/8 47/18 49/10 52/15 53/19 59/22
**outlook.com [1]** 3/16
**outstanding [1]** 12/14
**outweigh [1]** 67/13
**over [6]** 20/23 24/24 39/1 41/5 41/15 57/3
**overall [1]** 31/10
**overlooking [1]** 55/2
**override [1]** 10/18
**overview [1]** 11/21
**own [6]** 15/24 20/7 20/15 20/18 45/16

# P

**P.A [3]** 2/3 6/7 6/12
**P.C [1]** 6/22
**p.m [1]** 68/11
**P.O [1]** 6/22
**PA [2]** 5/18 6/4
**pages [2]** 17/25 18/4
**panel [4]** 33/5 33/8 33/8 34/10
**papers [2]** 66/11 67/7
**parameters [1]** 21/7
**paramount [1]** 29/6
**Park [1]** 3/18
**Parker [10]** 2/15 2/20 8/9 8/9 8/19 8/20 47/1 47/9 47/10 47/24
**parse [1]** 49/2
**part [14]** 22/12 37/22 40/20 42/10 44/14 46/12 47/10 47/21 48/2 48/3 48/7 54/14 54/14 55/4
**particular [10]** 19/24 21/3 21/3 21/4 24/9 27/19 32/14 36/10 49/17 58/7
**particularly [3]** 22/12 36/2 58/14
**particulars [1]** 39/24
**past [2]** 26/20 35/17
**pcooper [1]** 3/6
**PDF [3]** 14/13 15/12 19/3
**pending [5]** 29/10 32/1 32/17 43/6 66/20
**Pennsylvania [2]** 2/21 3/13
**people [20]** 20/24 22/18 23/11 29/12 29/14 38/17 39/12 39/19 41/4 41/13 41/20 42/11 42/14 42/17 46/17 56/4 57/19 59/20 60/1 62/5
**people's [1]** 57/20
**per [2]** 52/16 57/13
**perhaps [4]** 22/14 23/16 36/18 43/23
**period [4]** 31/17 34/1 64/3 64/9
**person [13]** 38/24 39/1 39/1 39/4 39/4 39/7 40/4 40/21 57/24 59/17 60/1 60/17 60/21
**personnel [1]** 39/20
**persons [2]** 59/18 62/2
**perspective [2]** 27/24 55/22
**pertinent [2]** 12/7 30/8
**Peter [3]** 3/2 3/3 8/20
**petercooperlaw.com [1]** 3/6
**peterson [15]** 2/10 2/14 8/18 22/9 22/23 31/14 35/20 45/8 46/8

**P**

peterson... [2] 46/25
65/8
Peterson's [2] 26/1
48/20
Philadelphia [2] 5/18
6/4
phone [11] 12/6 13/15
13/16 14/11 15/1 29/25
30/6 39/9 54/23 60/4
60/20
phones [6] 11/12 14/9
18/22 19/1 29/15 44/12
physician [3] 52/22
52/22 52/23
pick [1] 44/19
picture [1] 44/20
piece [2] 19/13 31/2
pipe [1] 10/16
place [6] 22/17 25/24
36/6 36/9 36/17 36/24
Plaintiff [1] 1/4
plan [6] 22/10 22/17
23/5 23/9 56/3 56/8
platform [5] 16/16
16/24 17/6 17/8 17/9
platforms [4] 15/20
15/25 16/5 16/22
pleaded [1] 41/13
please [5] 8/3 9/8
10/20 61/10 65/9
plus [2] 17/2 18/20
PO [1] 4/8
point [17] 12/6 23/8
23/19 27/6 28/11 32/24
34/24 35/6 38/24 43/15
47/6 48/14 51/1 53/24
60/4 61/18 63/13
pointing [2] 51/16
55/15
police [5] 16/13 16/14
18/1 21/15 56/10
posed [1] 22/9
position [3] 49/6 53/17
54/17
possession [1] 44/9
possible [3] 13/6 15/9
26/12
postings [1] 41/8
posture [1] 24/4
potential [4] 33/5
36/14 49/5 50/24
potentially [1] 52/5
practical [1] 55/19
practitioners [2] 22/13
36/3
precise [1] 44/25
preference [2] 47/8
47/15
prejudiced [1] 53/3
preliminaries [1] 26/24
preliminary [1] 35/21
preparation [2] 44/2
53/14
prepared [6] 27/2 31/5
34/23 43/24 65/11
65/12
preparing [2] 41/2

present [2] 9/14 31/15
presented [2] 31/19
66/13
pressure [1] 49/12
presumably [1] 42/16
pretrial [8] 31/16 34/21
35/1 46/2 46/5 49/7
50/21 50/22
pretty [1] 12/16
Prettyman [1] 7/4
prima [1] 50/16
principal [1] 44/25
principals [3] 38/18
38/21 43/3
prior [1] 49/25
priority [1] 28/20
probably [5] 21/12
31/21 33/20 37/4 59/19
probative [1] 29/11
problem [6] 25/14
25/19 25/25 39/14
48/25 63/19
procedures [2] 36/6
36/7
proceed [1] 63/6
proceedings [4] 1/9
7/6 68/11 69/4
process [1] 23/19
processing [1] 15/24
produce [8] 15/3 15/6
16/3 18/24 19/12 22/5
27/16 27/20
produced [20] 7/7
13/10 14/3 14/4 14/5
14/7 14/8 14/9 15/11
17/4 18/12 19/9 43/1
43/2 43/18 43/20 43/20
54/20 54/20 54/24
producing [4] 10/11
12/19 43/13 43/14
production [2] 27/17
55/23
productions [6] 11/6
15/24 17/7 17/16 18/10
54/23
proffer [2] 12/11 62/19
proffers [2] 12/4 12/8
profile [1] 33/21
program [4] 14/9 14/10
14/18 15/8
programs [1] 15/12
progress [1] 10/14
project [1] 44/15
properly [1] 41/18
property [3] 38/15 42/9
44/5
proposal [1] 25/18
prosecutor's [1] 61/2
provide [8] 10/9 12/15
13/18 16/19 22/10 42/3
42/4 57/16
provided [15] 11/1
11/2 11/4 11/7 11/9
11/13 11/25 12/25
13/14 21/14 21/16
21/20 41/19 41/22 44/7
provides [1] 16/17

providing [1] 10/3
prudent [3] 30/4 30/19
31/1
public [3] 2/11 25/17
67/14
pulling [1] 13/8
Punta [1] 6/18
purpose [1] 9/18
purposes [1] 66/21
pursuant [1] 18/22
push [1] 26/6
put [7] 11/16 15/16
34/17 53/3 53/13 63/4
66/11
putting [1] 17/20
PUTZI [1] 2/3

**Q**

QR [2] 39/5 39/5
QRF [1] 39/5
question [15] 14/2
15/15 15/17 18/19 19/8
19/17 22/9 25/4 25/5
40/19 40/19 42/24
44/22 45/25 49/20
questionnaire [8] 33/5
33/14 33/17 34/2 34/6
34/6 34/9 34/14
questions [3] 19/16
24/15 33/21
quick [1] 14/2
quickly [3] 26/12 29/24
31/25
quoted [1] 39/1
quoting [1] 39/3
QVC [1] 39/5

**R**

radio [1] 16/15
raise [12] 24/15 32/24
35/10 35/13 35/18
49/24 49/24 53/24
58/16 58/23 62/12
64/13
raised [1] 45/22
Rakoczy [31] 1/13 9/23
9/23 10/8 10/19 13/23
14/3 18/16 24/16 25/8
25/9 34/4 35/12 41/10
42/15 43/17 43/18
45/23 51/21 55/14
56/13 57/3 57/15 57/25
59/4 59/10 60/16 60/21
61/14 66/25 68/2
range [2] 57/24 58/4
rather [4] 9/24 17/19
38/13 45/13
raw [2] 14/7 14/8
Ray [2] 2/7 8/7
read [2] 10/5 10/7
readily [1] 55/5
ready [3] 23/17 28/19
54/17
real [4] 25/14 25/19
26/15 40/5
realistic [3] 24/24 26/3
54/9
realistically [1] 23/15

really [10] 29/19 32/3
26/17 30/13 30/24
33/22 40/18 44/22 56/6
58/6
Realtime [1] 7/3
reason [4] 28/1 30/10
37/22 38/24
reasons [1] 50/11
receive [1] 67/21
received [1] 55/13
recent [1] 52/8
recently [3] 49/13
62/16 63/3
recognize [1] 28/2
reconsider [1] 65/25
record [3] 9/9 65/15
69/3
recorded [1] 7/6
recovered [2] 15/23
44/18
redacted [1] 18/4
references [1] 51/25
referring [1] 41/18
reflected [2] 46/5
52/11
regardless [1] 33/24
Registered [1] 7/2
regular [2] 36/3 37/3
related [6] 19/24 21/3
38/10 40/21 52/5 55/16
relates [1] 27/10
relating [3] 40/8 41/14
42/17
relative [2] 26/20 55/14
relativity [14] 15/16
16/5 16/9 16/15 16/22
17/6 17/8 17/13 17/17
17/20 17/21 17/23 18/9
19/10
release [4] 49/5 49/7
49/8 65/25
released [2] 17/25 18/5
relevant [14] 11/24
13/9 13/21 20/12 21/22
25/3 27/13 27/13 28/4
29/11 29/18 29/21
33/22 48/24
remain [2] 31/11 32/1
remains [2] 12/10
45/19
reminded [1] 59/14
remotely [1] 27/21
repeat [1] 64/19
replies [1] 32/22
reply [1] 32/22
report [4] 13/13 13/13
19/20 39/8
Reporter [4] 7/2 7/2
7/3 7/3
reports [9] 11/2 11/4
11/7 13/11 16/7 17/25
18/4 18/4 18/6
represent [2] 25/23
54/18
representation [1]
46/19
request [3] 28/7 61/25
66/10

requested [1] 58/15
require [1] 27/16
required [1] 44/25
requires [1] 46/3
residents [1] 24/5
resolve [1] 62/20
resolved [1] 67/1
respect [28] 10/10
14/11 14/12 17/5 19/17
21/19 24/18 28/14 31/8
32/2 32/10 32/16 34/22
35/19 38/10 38/22
41/25 43/2 43/3 44/5
46/8 49/3 49/6 51/8
55/3 55/20 61/21 66/13
respectfully [2] 59/9
62/25
respective [3] 55/24
56/9 56/10
respond [1] 57/4
response [1] 60/25
responsibility [1]
26/10
responsive [1] 42/24
rest [2] 28/5 28/12
restrictions [4] 36/15
36/17 36/24 37/5
retained [2] 23/22
24/18
return [2] 14/13 14/19
returns [9] 11/3 11/5
12/22 13/11 15/7 15/15
16/7 18/20 19/2
reverse [4] 12/4 12/8
12/11 62/19
review [7] 20/3 20/25
24/9 24/13 42/6 47/16
67/21
reviewed [1] 30/12
reviewing [2] 20/6
42/25
Richmond [1] 6/23
right [31] 9/16 12/20
15/5 19/14 24/3 30/13
30/22 32/23 33/11 36/5
36/16 36/20 36/23 41/3
43/24 46/7 46/19 47/23
52/6 53/7 53/11 53/23
54/10 55/9 58/4 60/8
60/10 63/25 64/2 65/4
68/4
rights [2] 27/19 46/17
RIOS [1] 6/17
rise [1] 8/2
Ritchie [1] 2/3
RMR [2] 69/2 69/8
Road [2] 2/7 3/18
Roberto [2] 4/7 8/12
ROBERTSON [1] 2/20
Robin [2] 5/2 5/3 8/24
54/11 55/10 59/7 60/4
Robin's [1] 55/17
rooms [2] 24/25 25/1
Rossi [5] 6/7 9/1 58/25
60/11 62/3
Rotunda [1] 29/13
Rule [5] 27/14 27/16
59/13 59/19 61/4

**R**

**ruled** [1]  32/2
**rules** [1]  39/15
**ruling** [5]  49/16 49/21
50/2 50/3 68/7
**run** [1]  64/7
**running** [4]  17/14
17/21 18/9 18/11
**Ruth** [1]  8/9

**S**

**safer** [1]  27/15
**said** [19]  28/6 31/5
31/20 35/22 48/12
53/16 55/12 59/8 60/12
60/14 60/16 61/17
61/19 61/20 61/23
61/24 62/3 64/5 64/6
**same** [4]  14/25 25/24
30/2 57/12
**Sandra** [4]  2/15 8/9
8/19 47/9
**Saturday** [1]  18/6
**say** [16]  12/16 25/10
26/19 27/1 27/3 27/12
38/24 39/21 43/17 52/2
54/21 59/3 60/18 61/9
61/12 64/6
**saying** [9]  10/18 21/16
30/7 43/21 51/17 56/7
57/8 62/23 68/2
**schedule** [4]  25/6 28/1
32/16 63/11
**scheduled** [4]  12/9
28/20 32/3 37/9
**scheduling** [1]  62/19
**scheme** [1]  30/22
**scope** [3]  10/2 14/2
50/23
**scoped** [3]  12/21 13/11
13/16
**scoping** [1]  13/7
**scott** [3]  6/16 6/19 9/2
**scrap** [3]  28/24 29/9
31/18
**scratch** [1]  63/23
**SE** [1]  2/21
**seal** [2]  52/20 52/21
**search** [20]  12/1 12/22
13/10 13/11 14/10
14/12 14/19 14/19
14/21 15/6 15/15 16/2
18/20 18/23 19/13
19/23 21/2 21/6 21/24
29/17
**searchable** [6]  14/4
14/5 14/6 14/14 14/17
19/19
**searched** [4]  16/8
18/22 39/9 44/13
**searches** [1]  14/20
**searching** [2]  15/1
22/4
**seated** [1]  8/4
**second** [7]  59/6 63/9
63/12 63/16 63/23 64/1
64/8
**secret** [2]  40/1 40/5

**seeing** [1]  65/19
**seek** [4]  29/4 29/19
42/1 43/25
**seem** [2]  28/1 57/13
**seemingly** [1]  21/4
**seems** [3]  43/2 43/14
50/20
**seen** [1]  10/7
**segment** [1]  55/16
**segregate** [1]  28/3
**seized** [1]  12/24
**send** [4]  33/5 33/11
60/18 62/4
**sense** [5]  10/11 15/21
20/8 21/24 38/10
**sensitive** [2]  13/4
53/16
**sent** [1]  24/7
**Sentinel** [1]  13/12
**separate** [1]  28/4
**separately** [1]  58/15
**September** [5]  1/5
17/12 32/12 64/14 69/7
**series** [1]  32/5
**service** [2]  16/18 25/17
**services** [2]  4/8 17/18
**set** [12]  11/15 19/1
32/13 36/11 36/13
37/22 63/12 63/16
64/15 67/6 67/8 67/10
**setting** [3]  10/3 37/18
58/9
**sever** [1]  49/14
**several** [3]  12/4 38/9
61/15
**severance** [1]  50/3
**sfbrennwald** [1]  2/22
**share** [10]  18/24 20/5
20/19 23/21 23/25 26/1
31/6 46/15 48/20 51/6
**shared** [2]  22/24 52/22
**shares** [1]  52/23
**sharing** [4]  17/19 20/9
20/14 46/22
**shave** [1]  52/19
**she** [9]  46/12 46/18
60/16 61/17 61/19
61/20 61/22 61/24
61/25
**she'll** [3]  42/16 60/18
62/5
**she's** [4]  42/16 45/23
46/16 60/23
**sheer** [1]  24/10
**Shelli** [2]  2/14 8/18
**short** [2]  47/5 50/1
**shots** [2]  11/15 21/16
**should** [9]  16/24 43/13
43/14 48/15 52/2 54/13
57/17 60/7 66/1
**shovel** [1]  51/17
**show** [4]  11/12 11/20
25/2 44/18
**showing** [1]  11/16
**sic** [1]  63/25
**side** [4]  15/16 16/22
16/23 27/24

**significant** [1]  55/7
**signs** [1]  66/18
**similar** [2]  29/23 58/5
**simply** [4]  40/3 54/17
55/4 64/3
**since** [4]  9/17 10/23
10/25 11/5
**single** [5]  28/24 31/18
36/23 37/8 54/23
**single-defendant** [1]
36/23
**sir** [2]  26/25 51/2
**site** [1]  11/9
**six** [4]  24/6 42/3 52/9
61/23
**size** [1]  13/12
**slightly** [3]  14/16 18/10
30/17
**slow** [1]  28/1
**slowly** [1]  17/1
**small** [4]  13/12 22/13
31/9 31/11
**smaller** [1]  38/12
**so** [97]
**so I think** [2]  15/14
26/1
**social** [5]  18/22 19/2
29/25 37/4 41/8
**social-distancing** [1]
37/4
**software** [1]  15/8
**solo** [1]  22/13
**some** [52]  10/3 10/11
11/4 11/9 11/25 12/1
12/5 12/7 13/10 13/15
14/17 14/18 16/13
19/19 19/20 20/15
20/17 20/24 21/17
22/19 22/25 23/6 23/11
25/2 25/13 26/9 26/24
32/1 32/7 32/8 37/4
37/11 38/17 38/24
41/19 42/1 43/18 43/22
45/15 45/24 48/20 49/8
49/12 49/15 50/22 50/2
52/20 53/13 56/1 56/25
58/12 63/20 64/3
**somebody** [1]  40/18
**someday** [1]  42/1
**someone** [1]  31/2
**something** [20]  11/13
14/12 15/2 21/25 22/18
26/19 26/21 27/22 30/7
33/19 40/14 40/16
43/25 49/23 61/6 61/9
61/12 64/15 65/21 66/8
**sometimes** [2]  52/11
58/8
**somewhat** [3]  11/14
12/23 14/8
**soon** [1]  38/2
**sooner** [2]  28/19 45/13
**SoRelle** [1]  39/10
**sorry** [7]  18/17 52/9
52/15 61/18 63/10
64/19 67/4
**sort** [9]  14/20 16/7

**sorting** [1]  20/16
**sounds** [1]  15/17
**South** [1]  5/11
**speak** [2]  10/17 47/9
**speaking** [6]  49/4 56/4
57/9 57/22 57/23 58/10
**special** [3]  33/7 33/8
34/10
**specific** [11]  10/1 10/3
12/21 13/24 33/21 34/7
35/18 48/13 51/7 53/13
54/4
**Specifically** [1]  67/15
**speedy** [6]  27/18 28/10
66/21 67/2 67/12 67/14
**Speedy Trial Act** [2]
67/2 67/12
**Spina** [7]  5/11 8/25
26/22 55/11 56/20
57/17 58/18
**split** [1]  19/11
**spoke** [1]  56/5
**spoken** [1]  47/7
**Spruce** [1]  6/4
**squeeze** [1]  37/2
**Sr** [1]  2/2
**St** [1]  6/8
**stage** [1]  23/15
**stages** [2]  12/2 37/13
**stake** [1]  46/18
**stamps** [1]  11/17
**stand** [1]  9/25
**standard** [2]  33/17
34/6
**standing** [4]  30/5
56/10 57/9 57/23
**standpoint** [2]  27/15
55/19
**stanley** [3]  3/17 3/20
8/22
**start** [7]  9/22 25/8 33/1
36/18 38/2 51/17 63/13
**started** [2]  34/1 42/25
**starting** [2]  17/16
37/23
**starts** [1]  57/1
**state** [2]  22/20 47/15
**stated** [1]  44/10
**statement** [9]  40/13
49/14 49/17 49/18
49/19 50/2 50/4 50/4
50/17
**statements** [17]  39/16
40/12 40/21 41/2 41/2
44/19 49/15 49/22
49/23 50/13 50/20
50/24 59/19 59/21
59/22 60/14 61/15
**STATES** [5]  1/1 1/3
1/10 8/6 59/14
**status** [10]  1/9 9/16
9/19 9/22 10/2 46/21
53/19 65/6 65/11 67/10
**Steele** [6]  3/2 8/10 8/21
48/10 66/13 68/1
**Steele's** [2]  65/25

**stenography** [1]  7/6
**Stephen** [2]  2/20 8/19
**still** [15]  11/15 12/14
15/17 17/9 17/11 17/12
21/16 26/6 26/8 32/2
36/14 43/6 46/1 49/23
66/20
**storage** [1]  13/13
**Street** [8]  1/14 2/16 3/3
3/8 5/3 5/7 5/17 6/4
**stress** [1]  21/12
**strict** [1]  36/6
**stricter** [1]  52/11
**stuff** [1]  17/22
**SUAREZ** [1]  6/17
**subpoena** [3]  11/3
11/5 16/7
**such** [4]  33/18 34/13
41/13 42/2
**suggest** [1]  60/23
**suggestion** [1]  60/25
**suggests** [1]  19/10
**Suite** [10]  2/4 2/12 2/17
3/4 3/9 3/14 5/12 5/17
6/8 6/18
**summary** [1]  10/9
**summonses** [4]  33/9
33/12 34/1 34/2
**superseding** [1]  38/23
**suppose** [2]  27/12 49/3
**supposed** [3]  39/2
39/4 39/19
**supposedly** [1]  39/10
**sure** [13]  9/20 10/20
10/21 31/1 35/9 47/4
47/18 53/9 56/12 56/17
61/11 65/10 65/16
**surprised** [1]  26/5
**surveillance** [3]  11/15
16/12 21/15
**SW** [1]  3/8
**system** [4]  13/13 17/19
18/11 20/15
**systems** [1]  23/11

**T**

**tackling** [1]  15/6
**tag** [3]  20/2 20/3 20/18
**tagged** [1]  20/11
**tags** [1]  20/5
**take** [10]  19/14 27/22
28/25 29/14 40/10
42/18 44/17 57/18
62/25 68/6
**taken** [1]  30/6
**taking** [2]  36/9 49/6
**talk** [9]  12/10 15/21
27/14 31/23 31/25
41/23 45/3 53/1 65/10
**talked** [1]  12/22
**talking** [6]  25/12 25/13
25/22 42/25 55/20
57/19
**talks** [1]  25/17
**task** [1]  24/2
**team** [1]  17/25
**technology** [1]  19/1

## T

**telephone [1]** 52/1
**tell [3]** 36/5 60/16 62/1
**ten [5]** 33/9 34/1 39/1 51/14 60/17
**ten-week [1]** 34/1
**terminals [1]** 24/22
**terms [12]** 9/19 9/25 10/11 13/9 32/16 34/21 34/25 38/19 40/8 42/8 53/14 54/21
**terrible [1]** 52/17
**terribly [1]** 20/23
**terrific [1]** 51/20
**text [1]** 19/5
**than [12]** 17/20 22/23 26/5 28/19 33/21 38/13 45/13 46/17 48/8 51/14 58/14 61/3
**thank [25]** 35/14 38/4 38/7 46/6 46/25 47/2 47/25 48/17 48/19 51/3 51/22 53/22 54/3 54/12 55/10 58/18 58/20 58/24 62/13 62/15 64/10 65/1 65/18 68/9 68/10
**Thank you [17]** 35/14 38/4 38/7 46/6 46/25 47/25 48/17 51/3 53/22 54/3 55/10 58/18 58/20 58/24 62/13 64/10 68/9
**Thanks [1]** 9/11
**Thanksgiving [1]** 33/11
**that [379]**
**that'll [2]** 44/2 46/5
**that's [62]** 9/25 11/10 13/24 14/3 14/11 15/17 16/6 17/3 17/11 19/12 21/5 22/1 22/24 24/10 25/3 28/22 28/25 30/1 30/10 31/1 31/18 31/22 33/12 37/13 39/14 40/14 40/22 43/1 43/5 43/10 44/4 44/8 44/14 45/22 46/4 47/18 48/12 50/4 50/7 51/2 53/21 54/1 54/18 57/1 57/12 57/23 58/1 58/17 60/6 61/17 61/19 61/23 61/24 62/7 63/3 63/5 63/12 65/2 65/14 67/17 67/23 68/5
**their [25]** 10/12 10/20 11/24 12/12 21/2 24/9 24/12 25/3 25/24 26/4 28/9 28/10 28/19 29/6 31/3 31/14 35/21 35/22 41/8 43/11 53/12 53/12 58/5 63/17 67/22
**them [12]** 12/6 13/20 14/17 14/18 14/21 20/25 41/24 42/17 43/12 60/3 63/4 65/10
**themselves [1]** 10/6
**then [31]** 18/11 19/6 20/17 21/5 21/16 21/19

23/24 24/8 24/10 25/5 25/10 25/13 28/8 35/16 37/23 38/2 40/15 42/8 43/12 44/2 45/15 60/19 62/14 63/16 65/14 65/17 67/13 68/7
**theory [4]** 27/12 42/10 45/1 50/18
**there [70]**
**there's [27]** 16/10 16/14 19/12 20/24 27/23 32/3 38/19 39/8 40/21 42/17 44/22 46/20 51/19 52/8 52/24 56/1 57/19 57/22 58/2 58/10 59/16 59/18 59/24 60/4 60/14 61/4 65/18
**thereabouts [1]** 51/14
**therefore [2]** 40/12 46/13
**these [32]** 10/1 12/12 12/25 14/15 15/20 18/5 22/4 22/11 22/14 22/20 22/25 23/10 23/23 24/23 26/24 27/10 29/12 29/23 30/7 31/19 36/12 38/21 39/19 39/23 41/4 43/4 43/23 52/5 53/17 57/18 60/1 62/1
**they [35]** 10/10 13/2 19/4 20/3 21/24 22/15 23/10 24/4 26/16 27/5 29/6 29/13 30/6 30/8 30/9 38/18 39/5 39/6 40/14 43/11 43/12 43/14 43/25 44/1 45/3 48/5 48/6 51/21 59/18 60/2 62/4 65/12 66/5 66/5 66/6
**they'll [2]** 10/16 66/7
**they're [12]** 19/5 19/9 19/10 21/25 30/3 39/14 40/9 40/9 41/5 52/5 57/9 66/7
**they've [3]** 22/14 30/12 55/15
**thing [10]** 13/19 14/25 30/9 30/22 32/24 41/4 54/4 58/15 59/6 64/14
**things [9]** 9/25 10/10 10/11 10/11 31/23 39/22 43/17 59/1 60/12
**think [77]**
**thinking [4]** 28/17 33/1 33/2 35/1
**third [3]** 19/12 53/11 64/9
**this [105]**
**THOMAS [6]** 1/6 2/2 5/11 6/8 8/7 8/25
**Thomas Spina [1]** 8/25
**thorny [1]** 50/25
**those [72]**
**though [1]** 16/10
**thought [3]** 34/4 45/24

**thoughts [5]** 22/17 31/7 33/15 33/18 35/21
**thousands [1]** 20/23
**three [9]** 24/19 27/4 28/6 28/14 31/8 35/23 37/6 39/4 60/1
**through [33]** 11/14 11/19 11/22 12/11 13/11 14/21 15/2 15/12 16/2 17/5 17/22 20/16 20/19 20/25 26/4 26/14 26/24 29/24 36/17 41/24 42/11 42/12 44/14 45/1 45/2 49/2 52/7 57/12 63/7 63/21 64/1 64/7 67/13
**thus [1]** 48/12
**ticking [1]** 52/5
**till [1]** 31/21
**time [31]** 11/5 11/17 11/24 21/3 21/18 24/8 29/1 32/8 33/10 34/1 35/3 42/5 44/9 45/15 47/4 47/16 48/14 49/9 52/4 52/5 55/16 56/4 56/6 58/7 58/23 62/17 64/3 67/2 67/12 67/15 67/19
**timely [1]** 46/14
**times [1]** 47/14
**timing [2]** 33/6 33/24
**titled [1]** 69/4
**today [10]** 9/18 27/3 31/5 31/15 34/17 40/23 45/23 51/25 63/16 64/14
**together [2]** 9/18 11/16
**told [1]** 48/4
**tolerate [1]** 61/3
**tolled [1]** 66/22
**tommy [1]** 5/13
**tommyspina.com [1]** 5/13
**tomorrow [3]** 16/25 16/25 66/5
**ton [1]** 22/4
**too [9]** 10/21 13/17 23/4 33/2 51/19 52/24 52/24 53/2 59/2
**took [1]** 42/18
**tool [1]** 19/2
**tools [5]** 19/3 20/13 20/15 20/18 58/12
**total [2]** 52/9 52/16
**touch [1]** 54/21
**touched [1]** 24/15
**toward [1]** 37/19
**towards [1]** 37/23
**Towers [1]** 2/4
**town [1]** 64/23
**track [1]** 9/20
**tracking [1]** 11/18
**train [1]** 23/8
**trained [1]** 22/19
**training [2]** 23/11 23/22
**trainings [1]** 22/10

## transcript

69/3
**transcription [1]** 7/7
**tremendous [1]** 26/13
**trial [76]**
**trials [4]** 31/19 36/6 36/8 36/9
**tried [2]** 37/1 49/10
**trouble [2]** 10/16 41/24
**Troy [1]** 55/14
**true [1]** 57/2
**trust [1]** 10/16
**try [8]** 10/17 20/13 23/9 29/19 33/4 42/4 44/15 49/2
**trying [10]** 20/12 20/19 21/12 22/5 23/25 25/17 26/10 29/21 29/22 50/7 67/3
**turn [9]** 15/5 26/23 31/24 34/19 35/11 35/16 38/1 41/10 57/3
**turned [1]** 41/15
**turning [1]** 20/22
**twice [1]** 53/3
**two [19]** 15/16 15/20 15/24 16/5 19/11 24/15 25/5 37/3 37/13 38/10 39/22 40/6 40/8 43/17 43/19 54/24 57/8 58/4 60/1
**type [1]** 58/15
**types [1]** 14/15

## U

**U.S [4]** 1/13 18/1 19/21 21/14
**U.S. [1]** 22/8
**U.S. Attorney's Office [1]** 22/8
**Ulrich [5]** 6/21 8/16 9/4 62/14 63/4
**ultimately [1]** 43/25
**unconstitutional [1]** 30/23
**under [9]** 13/1 13/2 13/9 39/15 52/14 52/20 59/19 67/2 67/12
**understand [11]** 12/12 21/23 25/12 26/16 28/5 48/22 49/16 49/16 53/12 56/16 56/16
**understanding [8]** 10/16 11/11 13/3 16/21 17/5 20/9 20/10 21/11
**understands [2]** 21/8 47/20
**understood [3]** 22/21 45/17 45/21
**undoable [1]** 64/2
**unfair [1]** 30/24
**unindicted [9]** 40/1 41/19 43/5 43/12 59/18 60/2 60/6 60/15 62/2
**UNITED [1]** 1/1 1/3 1/10 8/6 59/14
**United States [1]** 59/14
**United States of [1]**

**universe [6]** 10/2 31/9 38/13 38/19 39/17 48/23
**unknown [1]** 38/17
**unless [4]** 20/24 64/1 64/24 65/18
**unmanageable [1]** 55/19
**unnamed [5]** 54/22 54/23 54/25 55/3 55/6
**unprecedented [2]** 27/8 27/9
**unrealistic [4]** 26/18 50/20 59/4 59/5
**until [7]** 18/8 23/6 30/11 59/11 61/7 66/23 67/3
**up [24]** 10/3 10/17 14/20 14/25 17/14 17/21 18/9 18/11 19/11 19/16 20/10 25/1 25/18 29/10 33/10 34/16 37/8 40/10 44/19 45/4 47/19 50/12 59/6 60/4
**upfront [1]** 14/23
**uploaded [1]** 31/19
**uploading [1]** 19/22
**upon [3]** 49/14 50/3 56/24
**us [6]** 23/14 23/25 24/11 49/4 49/11 61/14
**USAfX [1]** 17/18
**usdoj.gov [1]** 1/16
**use [8]** 20/16 21/8 21/9 22/11 23/7 23/7 23/10 23/12
**used [3]** 15/9 16/6 16/18
**useful [4]** 10/8 11/11 13/19 33/16
**user [1]** 20/24
**user-friendly [1]** 20/24
**using [6]** 16/2 17/7 19/2 20/18 33/18 37/7
**usually [1]** 46/2

## V

**VA [2]** 5/4 5/8
**vacate [1]** 63/15
**Van [3]** 6/2 6/3 9/2
**vast [2]** 20/8 30/24
**vastness [1]** 24/10
**Veen [3]** 6/2 6/3 9/2
**version [2]** 16/4 17/17
**versions [2]** 13/16 16/1
**versus [1]** 8/6
**very [14]** 13/19 23/7 24/4 25/23 26/13 26/13 28/25 30/20 48/23 55/2 55/15 65/18 68/9 68/10
**via [2]** 1/9 17/18
**video [16]** 16/11 16/12 16/19 16/23 19/6 19/18 19/23 20/23 27/23 44/7 55/21 55/22 56/24 56/25 57/18 57/20
**videos [5]** 19/22 20/25

**V**

videos... [3] 21/2 29/14
42/18
view [1] 23/21
viewed [1] 41/18
virtual [1] 64/22 64/24
virtually [1] 9/7
visiting [2] 24/25 25/1
voices [4] 57/11 57/20
58/6 58/10
voir [3] 33/1 36/22
37/10
volume [5] 14/4 27/8
43/6 54/19 67/16
vs [1] 1/5

**W**

wading [1] 11/14
wait [3] 24/6 29/2
59/11
waiting [1] 17/15
Walden [4] 5/11 8/13
8/25 55/11
walk [2] 28/8 41/24
Walnut [1] 5/17
want [24] 21/24 26/6
29/7 29/13 30/11 31/25
32/9 32/24 33/3 33/4
33/23 34/23 37/21
47/15 52/23 54/16 57/4
57/15 59/6 59/7 60/19
63/16 64/24 65/15
wanted [9] 31/6 34/17
35/10 35/13 47/18
53/17 58/16 63/10 67/7
wants [1] 28/7
warrant [8] 12/22
13/11 14/13 14/19 15/7
15/15 18/20 49/8
warranted [2] 67/16
67/19
warrants [4] 12/1 13/8
13/10 18/23
was [23] 13/4 15/15
18/25 19/20 21/16
22/21 24/15 30/5 36/11
37/23 50/5 50/7 56/7
57/8 57/8 57/12 60/24
60/24 61/14 61/20
62/23 62/24 63/2
Washington [11] 1/5
1/15 2/13 2/17 2/21 3/4
3/15 3/18 4/9 6/9 7/5
wasn't [1] 52/10
Watkins [9] 2/10 8/8
8/19 9/5 35/19 45/8
46/8 49/15 49/22
way [18] 5/11 14/17
18/11 19/12 19/19 20/2
20/24 23/17 26/11
26/15 30/1 30/14 37/11
37/11 46/20 51/20
53/14 57/5
ways [2] 18/3 28/17
we [150]
We have [1] 12/25
we will [2] 17/20 18/10
we would [2] 37/3 42/3

we'll [11] 12/15 20/9
20/19 35/17 36/16 38/3
40/10 53/18 62/19
65/19 67/12
we're [35] 9/16 9/20
12/16 12/19 13/10
13/17 14/25 14/25 15/4
15/25 16/3 17/7 17/15
17/17 20/12 20/14 22/1
23/8 29/22 33/11 34/16
36/15 37/12 38/20
38/23 39/13 39/16
42/25 44/23 44/24 46/1
47/20 48/7 55/18 64/23
we've [18] 11/4 11/7
11/9 11/25 12/22 13/10
20/9 20/13 20/18 22/6
22/13 26/20 32/13
37/13 44/7 44/12 55/20
63/7
week [7] 16/25 24/6
33/13 34/1 51/14 63/22
64/8
weeks [12] 25/19 32/4
33/10 35/8 37/15 42/3
46/2 59/11 60/9 61/15
61/23 64/7
weigh [1] 26/4
weighing [1] 27/18
weighty [1] 30/20
Weinberg [5] 6/16 6/17
9/3 62/9 62/13
well [28] 9/13 12/16
16/1 17/23 20/20 21/24
27/13 31/5 34/16 40/24
41/4 42/4 42/23 43/9
45/21 47/17 53/5 53/8
56/19 60/11 61/25 62/3
63/2 65/5 65/19 66/3
68/6 68/9
went [1] 42/6
were [30] 10/23 10/25
11/5 11/8 11/19 12/1
12/2 12/24 13/2 13/3
13/12 16/13 16/14 18/5
18/22 29/12 32/5 36/16
36/23 42/11 42/12
42/14 48/2 48/3 52/9
52/10 52/12 58/9 63/6
66/5
West [2] 5/17 6/8
what [48] 10/2 10/18
11/11 13/8 13/20 15/8
15/13 16/2 21/11 24/17
25/5 28/5 28/18 31/8
33/1 33/6 33/8 36/4
36/5 36/12 37/6 39/18
41/7 43/21 44/20 47/14
49/1 49/1 49/4 53/19
55/21 56/2 56/7 56/16
56/17 57/8 57/12 59/7
59/20 61/9 61/17 61/19
61/19 61/24 62/22 65/7
66/11 68/2
what's [3] 28/4 39/18
55/12
whatever [5] 20/9

when [25] 14/3 15/10
17/1 17/20 18/11 19/22
27/18 30/2 30/6 33/24
35/1 36/10 36/11 37/18
37/22 37/22 40/10
42/24 47/19 47/20 56/3
56/25 57/1 59/10 66/1
where [14] 9/18 9/19
9/19 9/24 10/10 10/11
12/7 23/18 24/4 28/11
36/8 36/20 36/21 48/15
whether [18] 15/15
18/2 19/9 19/10 19/11
28/17 30/5 33/15 33/16
33/18 34/23 34/24
40/17 40/20 50/2 50/17
60/19 66/5
which [22] 11/15 11/22
12/20 13/13 15/15
17/18 20/24 27/2 32/13
36/10 36/20 36/21
37/11 37/12 37/21
38/15 42/25 55/16
59/25 62/20 66/7 67/18
while [6] 11/19 27/7
27/12 27/14 29/5 57/19
who [65] 9/14 12/2
16/13 16/14 16/17
16/17 22/14 22/25
23/25 23/25 25/13
25/23 28/6 28/15 28/15
28/20 28/21 29/1 29/5
29/12 29/15 29/22
29/23 30/5 31/11 31/15
31/15 31/22 32/8 36/3
38/18 38/21 39/7 39/23
40/1 40/2 40/2 40/11
40/19 41/12 41/13
41/17 41/23 42/11
42/14 42/16 44/11
44/11 44/16 44/24
46/17 47/13 47/14
47/19 56/6 59/17 59/17
59/20 59/23 60/15
60/17 62/1 62/4 62/5
63/21
who's [2] 38/25 39/4
who've [1] 31/10
whole [6] 12/25 37/24
39/13 43/5 50/11 59/6
whose [5] 29/20 40/12
44/12
why [10] 9/22 21/23
22/1 25/8 30/11 36/10
37/21 37/22 38/1 45/22
Wicks [3] 4/7 8/23 54/2
wide [6] 15/5 17/4
17/16 22/1 34/12 44/14
WiFi [1] 24/25
will [38] 10/3 11/13
11/23 13/19 15/9 15/16
17/2 17/4 17/14 17/20
18/10 18/12 19/18 22/4
22/18 24/21 27/3 27/5
30/2 32/11 32/14 37/7
43/14 43/18 43/20 47/4
48/5 54/21 57/20 58/3

64/22 64/24 65/6 65/7
William [7] 2/2 6/7 7/2
8/14 69/2 69/7 69/8
willing [2] 13/2 49/11
willingness [1] 62/24
Wilson [8] 3/7 3/8 8/21
31/14 35/20 48/18 51/1
65/8
wind [1] 29/10
wish [1] 33/14
withholding [1] 60/23
within [4] 20/2 57/24
58/3 61/23
witnesses [1] 35/7
woman [1] 39/10
won't [2] 22/3 31/20
wondering [1] 57/12
Woodward [4] 3/17
3/17 8/22 51/4
words [2] 16/8 63/14
work [2] 22/20 45/19
worked [1] 16/16
working [1] 12/19
works [2] 20/4 22/22
world [2] 36/4 58/13
worn [3] 16/12 17/2
21/20
worry [1] 50/16
worth [1] 21/14
would [48] 11/20 12/16
15/2 19/22 21/1 21/4
21/7 21/21 21/23 24/22
26/5 28/15 30/4 30/19
30/23 33/7 33/7 33/15
33/22 34/8 34/9 34/12
34/13 35/3 35/23 37/1
37/3 41/5 41/17 41/18
41/21 41/21 42/3 42/4
42/5 45/12 47/6 49/4
49/11 55/6 55/12 55/17
55/24 56/6 58/14 58/15
62/22 63/20
wrong [1] 43/19

**Y**

yeah [4] 20/22 25/7
50/10 53/2
year [2] 36/17 36/18
yes [15] 10/13 10/22
20/1 21/10 23/5 26/25
32/18 41/16 46/9 47/2
50/6 51/12 59/1 62/15
66/24
yesterday [4] 51/22
59/20 60/7 66/4
yet [10] 15/19 23/8
28/11 34/11 34/16
34/21 43/23 54/20
61/21 67/18
York [1] 6/13
you [125]
you know [5] 27/4 28/8
33/16 40/13 50/10
you'd [3] 14/21 53/24
66/15
you'll [1] 42/19
you're [4] 42/13 56/4

you've [10] 24/14
33/15 40/20 53/18
60/12 60/19 60/20
62/16 64/2 66/25
your [55] 8/5 9/8 10/13
10/22 18/17 19/20 20/1
21/10 26/19 32/18
32/22 35/14 35/18 38/4
38/9 41/1 41/16 42/21
44/4 45/10 45/11 46/6
46/9 47/2 47/3 47/7
47/25 48/11 51/7 51/12
53/10 53/17 53/22 54/1
54/3 54/12 58/1 58/21
59/1 61/10 62/15 64/5
64/10 64/22 65/1 65/3
65/9 65/16 65/21 65/24
65/24 66/9 66/17 67/4
68/5 68/9
Your Honor [46] 8/5
10/13 10/22 18/17 20/1
21/10 26/19 32/18
35/14 38/4 38/9 41/16
42/21 44/4 45/10 45/11
46/6 46/9 47/2 47/3
47/7 47/25 48/11 51/7
51/12 53/22 54/1 54/3
54/12 58/1 58/21 59/1
61/10 62/15 64/5 64/10
64/22 65/1 65/3 65/21
65/24 66/9 66/17 67/4
68/5 68/9

**Z**

Zaremba [4] 7/2 69/2
69/7 69/8
zip [1] 51/24
ZOOM [1] 1/10
Zsuzsa [1] 3/12