IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 1:21-cr-00028-APM ) ) |
| CONNIE MEGGS, | ) ) ) |
| Defendant. | ) ) |

# ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to travel to another county in Florida, and good cause having been shown, it is this _____ day of October, 2021, by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie Meggs to travel on November 4, 2021 through November 5, 2021 to visit her senior parents to bring supplies in anticipation of her father's 94th birthday.

2. Between November 4 through November 5, 2021, Mrs. Connie Meggs shall not be required to submit to location monitoring services but instead shall report by telephone to Pretrial Services once a day. Upon her return to her residence, Mrs. Meggs shall notify her Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Dated: