# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA    )

    )      Case No.  21-cr-00028 (APM)

v.    )

    )

KENNETH HARRELSON,    )

    )

    Defendant.    )

### ORDER GRANTING DEFENDANT'S MOTION MOTION FOR ENLARGEMENT OF PAGE LIMIT

Upon Consideration of Defendant Kenneth Harrelson's and Defendant Kelly Meggs'

Motion to Withdraw the enlarge the page limit, the **MOTION IS GRANTED.**

SO ORDERED this _____ day of _____, 2021.

_____

THE HONORABLE AMIT P. MEHTA
United States District Judge