# Motion for Temporary Restraining Order and Preliminary Injunction by Pre-Trial Defendants

## Outline


I. Introduction (p.3)

- a. The DOC Policy (p.6)
- b. Federal Policy for Protecting Human Subjects ('Common Rule') (p.8)
  - i. Codification and Requirements (pp.9-11)
  - ii. DOC Lines of Control and Legal Authority (p.12)
- c. Informed Consent (p.17)

II. The C19VHE (p.24)

- a. Regulatory Status and Sleights of Hand (p.24)
- b. Legal Analysis of the C19 Vaccine Program: Mandates and Jacobson (p.36)
  - i. Material Differences in Today's Diseases, Vaccines and Risks (p.39)
  - ii. That Was Then; This is Now (p.46)
    1. SCOTUS Could Not Have Foreseen the Holocaust (p.46)
    2. Undisclosed Ingredients (p.47)
    3. Patents Hinting at Undisclosed Ingredients (p.54)
    4. Effect of Patents Upon Informed Consent (p.61)

III. The TRO and Preliminary Injunction is Legally Justified and Necessary (p.65)

- a. The Legal Standard for Pretrial Detention (p.66)
- b. Current Standards Required in Federal Custody (p.68)
- c. Federal Standards (p.68)
- d. DOJ Slip Opinion Disgraces Constitutional Right to Informed Consent (p.71)

  - i. Irreparable injury (p.76)

    1. Long-Term Risks Unknown (p.76)
    2. Short-Term Risk Signals (p.78)
       - a. FDA Publications (p.79)
       - b. Myocarditis (p.81)
       - c. Allergic Reactions (p.83)
       - d. Blood Clotting (p.83)
       - e. ADE (p.84)
       - f. Drug Interactions (p.84)
       - g. VAERS (p.85)
       - h. WHO (p.84)
       - i. Sum of All Other Risks (p.89)
       - j. Conclusion (p.91)

    3. Decimation of Prior Immunity from "Live Vax" (p.92)

IV. Balance of Equities (Hardships) and the Public Interest (p.101)

a. Unapproved Product (p.103)
b. Warnings by Officials (p.104)
c. Cytotoxicity of C19 mRNA Code (p.105)
d. Anomalies (p.109)

V. Forced or Coerced Medical Experimentation on Prisoners is Forbidden (p.113)

VI. A Human Experiment Unlike Any Other (p.115)

a. Formation and Early Stages (p.116)
b. Predictions (p.119)
c. Medical Ethics MIA (p.120)
d. Equal Treatment / Equal Opportunity MIA (p.121)
e. Pseudo-Science Displaces Science (p.121)
f. Mandatory Everything (p.121)
g. C19 Conspiracy Structure (p.122)

VII. Conclusion (p.129)