11/9/21, 11:29 AM  Case 1:21-cr-00028-APM   Document 480-2   Filed 11/16/21   Page 1 of 2
Over 200 protesters arrested during Kavanaugh hearings | TheHill

The Wayback Machine - http://web.archive.org/web/20180907131849/http://thehill.com/homenews/senate/405500-212-protesters-total-arrested-during-kavanaugh-hearings



# Over 200 protesters arrested during Kavanaugh hearings

BY EMILY BIRNBAUM - 09/06/18 11:24 PM EDT

**130** SHARES

**Just In...**

**Trump on Obama speech: 'I fell asleep'**
ADMINISTRATION — 7M 11S AGO

**Trump says he is expecting new letter from Kim Jong Un**
INTERNATIONAL — 7M 51S AGO

**Watch live: Trump speaks at GOP fundraiser in North Dakota**
IN THE NEWS — 11M 30S AGO

**Hill.TV poll: Voters split on whether Mueller has proof Trump colluded with Russia**
WHAT AMERICA'S THINKING — 15M 19S AGO

**Kavanaugh could destroy Kennedy's LGBTQ legacy**
OPINION — 16M 31S AGO

**Police arrest suspect in double murder of North**


© Greg Nash

U.S. Capitol Police arrested more than 200 people over three days this week amid protests surrounding Supreme Court nominee Brett Kavanaugh's confirmation hearings.

Sixty-nine demonstrators were arrested on Thursday, a slight decrease from the 73 arrested on Wednesday and 70 arrested on Tuesday, according to figures released by the Capitol Police. In total, 212 people were arrested.

The Senate Judiciary Committee hearings with Kavanaugh lasted from Tuesday to Thursday and were met with aggressive protests, with individuals shouting intermittently throughout the hearings.

11/9/21, 11:29 AM
Case 1:21-cr-00028-APM Document 489-2 Filed 11/16/21 Page 2 of 2
Over 200 protesters arrested during Kavanaugh hearings | TheHill

a protest on Thursday against the Judiciary Committee chairman and Kavanaugh.

One adult male on Thursday was also arrested in the Judiciary Committee room and charged with disorderly conduct, resisting arrest, simple assault and disruption of Congress.

The actress Piper Perabo was one of the hundreds arrested during the demonstrations earlier in the week.





THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2018 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.