

ADVERTISEMENT

  

**Trending News**  Climate  Coronavirus pandemic  Ahmaud Arbery  Kyle Rittenhouse

**RELATED TOPICS**

Supreme courts
Kavanaugh nomination
Politics
North America
Arrests
Courts
Confirmation hearings

# Protesters continue to interrupt Kavanaugh hearings

By ASHRAF KHALIL       September 6, 2018



ADVERTISEMENT



Trending News    Climate    Coronavirus pandemic    Ahmaud Arbery    Kyle Rittenhouse

shouting slogans like "You're making a mockery of democracy!" or "Senators: Do your jobs and stop this hearing!" The police then warn that he or she will be arrested for any further disruptions.

involving coach

Pompeii dig yields rare window on daily life of enslaved

and is hustled out a side door.

Missing Oregon mom dead, daughter alive in Idaho forest

ADVERTISEMENT

by Taboola

Then another person repeats the process.

Eventually, the back two rows of the hearing room, which are reserved for the public, are empty, and another 20 or so visitors are escorted in from a line outside. They wait for their turn to shout and be arrested.

Overall, 70 people were arrested Tuesday and charged with disorderly conduct on the first day of the Kavanaugh confirmation hearings. The second day of hearings on Wednesday was marked by the same sort of shout-and-arrest pattern.

The Capitol Police can't close the room to the public and can't keep out people who look like they might disrupt the

Trending News    Climate    Coronavirus pandemic    Ahmaud Arbery    Kyle Rittenhouse

groups, including abortion rights groups, gun control organizations and labor unions, has converged on Washington. The demonstrators fear that Kavanaugh's confirmation would

years on issues like abortion rights, LGBT freedoms and gun control.

"My goal is for this nomination to not go through," said Alison Dreith, executive director of NARAL Pro-Choice Missouri, who was arrested Tuesday. "The stakes have never been higher."

It may be a quixotic goal. Republicans have the votes to confirm Kavanaugh and are expected to do so. The protesters are adding their voices to the outnumbered committee Democrats, who tried to delay the hearings, arguing that important documents about Kavanaugh have been withheld.

Dreith acknowledged that the numbers are on Kavanaugh's side but said she and other protesters are hoping to bolster Democrats on the committee and possibly sway one or two Republicans. They are also conducting phone call campaigns in each senator's home state.

ADVERTISEMENT

Caller, he called the protests "embarrassing for the country" and wondered why the disruptions were allowed to continue.

"In the old days, we used to throw them out. Today, I guess they just keep screaming," Trump said.

Dreith said she and the other arrestees were hustled down to the building's basement while wearing plastic zip-tie handcuffs and kept in a garage-like holding area. After about five hours, they were charged and released after waiving their right to a trial and paying a $35 fee.

A second group chose a different form of protest Tuesday. Nine women were arrested in the nearby Dirksen Senate Office Building for staging a protest dressed as characters from "The Handmaid's Tale," a novel and TV series that depicts a dystopian future where women are controlled by the government and forcibly used for breeding purposes. All protests are against the law in the Capitol and its related buildings, and the demonstrators were charged under a D.C. statute for "crowding, obstructing, or incommoding."

Lacy MacAuley, a longtime Washington-based activist and one of the people arrested, said she joined the costumed protest "to remind everyone that it can happen here. It's not just fiction. Our rights could slip through our fingers unless we act now to defend them."

Candy was an extremely limited release of genetics and is one of the rarest strains on the market. O…





**No charges for officer who kille…**

DENVER (AP) — No criminal …

today

## Ad Content

**Forbes is Raving About "The Warby Parker …**
Promoted: listenlively.com

**30 of the Most Impressive Nature Photos…**
Promoted: Yeah Motor

**Amazon Has Millions of Prime Subscribers — B…**
Promoted: Capital One Shopping

**Inslee: WSU coach 'just…**

November 6, 2021

### Former Idaho lawmaker plead...

BOISE, Idaho (AP) — A former Idah...

yesterday

## Ad Content

**Dr. Kellyann: "Weight Loss After 50 Comes Down To This One Thing"**
Promoted: Dr. Kellyann

**Springfield: Startup Is Changing the Way People Retire**
Promoted: SmartAsset

**Can You Identify These Gangster Movies From One Screenshot?**
Promoted: bonvoyaged.com

### Washington looking at...

SEATTLE (AP) — The University of...

November 7, 2021

### Pompeii dig yields rare...

MILAN (AP) — Archeologists in ...

November 6, 2021

ADVERTISEMENT

11/9/21, 11:32 AM
Case 1:21-cr-00028-APM   Document 489-3   Filed 11/16/21   Page 7 of 7
Protesters continue to interrupt Kavanaugh hearings



Connect with the definitive source for global and local news

### MORE FROM AP

ap.org

AP Insights

AP Definitive Source Blog

AP Images Spotlight

AP Explore

AP Books

### FOLLOW AP

**THE ASSOCIATED PRESS**

About    Contact    Customer Support    Careers    Terms & Conditions    Privacy

All contents © copyright 2021 The Associated Press. All rights reserved.