It is difficult to imagine that in the United States of America would subject its own citizens to illegal incarceration and torture without even being convicted of a crime.  The Medieval conditions of confinement that we are subject to are torture.

This is not a correctional facility, this is an evisceration facility, designed to break the body, mind, and soul, of men whom are presumed innocent until proven guilty.  Democracies do not behave this way.  Totalitarian governments that jail and murder their political opponents do.  DC-Gitmo is an abomination in the site of the law, Lady Justice, and the monuments to our Founding Fathers just a few blocks away.

Nothing is "correct' in the walls of this facility. Inside, it's woeful captives are slowly murdered in every way.  The only thing you not yet taken from us is our souls which lay within the weakened bones of our famished chests.  Us prisoners have witnessed a multitude of horrendous horrors and have been deeply afflicted by the hellacious conditions this jail, which insists on tormenting us, its defenseless and traumatized guests.

Words will always fall short of the accurate depiction of torment and pandemonium that every prisoner, especially the January Sixth Prisoner, within these walls has had to endure. If this pale dungeon of human rights violations dared to summon the Spirit of Honesty, even for a second, the leaders of this iron maiden would be forced to erect a banner above its unforgiving doors that says: "Abandon All hope, Ye who enter here."

Therefore, let it be recorded and published, on this 30th day of October 2021, that in order to memorialize the tortures, we face on a daily basis, the destitute and desperate prisoners held captive at 1901 D Street SE, Washington DC, 20003, have written down the list of the most common and repeated offenses inflicted upon us by the leadership and officers at that seek to break us.  In that vein, we proclaim, the following constitutional, human, and civil rights violations, to the world:

1. We must beg for help of any kind
2. We must beg for water
3. We must beg for medical aid,
4. We must beg for mercy through a four-inch window of cold metal doors
5. We are not allowed any visitors
6. We are not allowed religious services
7. There is no reasonably attorney access
8. Our mail is delayed three to four months prior to delivery
9. Our laundry is returned with brown stains pubic hair and a reeking of fresh urine
10. Worms are routinely found in the salad of our meals
11. There is an inadequate calorie count of meals
12. There is a complete lack of nourishment in meals
13. Many of us have are losing the hair on our head hair due to malnourishment
14. Many of us have loss of eyesight due to malnourishment
15. We are suffering from Scurvy due to malnourishment
16. The only way we are able to maintain health and or body weight is by eating with commissary
17. The drinking water has rust
18. There is sharp edges and rust in our beds and desks
19. There is rust on metal cages near face on small windows of cell

20. There is black mold on walls of our cells
21. There is black mold on floors of cells
22. There is black mold in vents of cells
23. The sinks in our cells are broken
24. The toilets in our cells do not flush and repeatedly explode
25. Our cells are cockroaches infested
26. Our pod is cockroach infested
27. Our cells have mice in them
28. Our pod has mice in it
29. There is black mold on the floors and walls of showers
30. There is black mold on the floors and walls of our pod
31. There is black sewer flies in the shower
32. We are denied basic cleaning equipment to sanitize our living space
33. We are denied personal grooming necessities
34. We are forced to use Nair on head and face that leaves chemical burns on skin
35. We are stuck in cells in solitary confinement for nine days without shower
36. There is improper medical care
37. "Medical care" arrives months later, or not at all!
38. There is lead paint inside cell and cellblock
39. We have no access to our discovery
40. We have no laptops, printers, or copiers
41. Our legal motions are denied
42. No vaccine means to visits of any kind
43. No vaccine means no haircut
44. No vaccine means no religious services
45. We are force fed CRT propaganda on tablets
46. We are force fed reeducation propaganda on tablets
47. There is a lack of legal documentation on our tablets
48. There is anti-White Racial messaging on our tablets
49. Our internet access is routinely removed so we cannot communicate with lawyers
50. Our internet access is routinely removed so we cannot communicate with family
51. Our internet access is routinely removed so we cannot research cases
52. We are held in Solitary confinement for 25 1/2 hours or more at a time
53. Our outdoor recreation arbitrarily denied
54. Our congressmen and women who came to check on us are denied entry
55. We are repeatedly mocked and or insulted us for our skin color and "Religious" documentation
56. We are compared to "Beast", "Dogs" and "Hogs"
57. We are force fed the racist "The Final Call" newspaper that states Whites are sub-human and evil
58. Staff wear political clothing with BLM, Kamala Harris, Joe Biden, and the Vote Democrat on it
59. We are sent to "The Hole" if we express any political views whatsoever
60. We are racially profiled by guards
61. The guards regularly sleep through their shifts when we are locked up alone
62. We are denied hot water by guards
63. We are prevented from attending court dates by guards
64. There have been many homosexual and verbal assaults made by the guards
65. We have been maced by guards
66. We have been physically harassed by guards

67. We have been assaulted by guards
68. The night guards routinely invade our cells in the middle of the night
69. We have endured egregious beatings by the guards
70. We have been threatened with 12-inch knives
71. Some of us have almost been stabbed with 12-inch knives
72. Our trials postponed for at least six months+, almost a year
73. Our Bond/ bail is continually denied
74. We have had our access to attorneys removed
75. We have had our access to the law libraries removed
76. We have had our access to worship services taken away
77. We are no longer able to file tier two grievances on our tablets

We are compelled to alert the world of the Diabolical conditions in this "Correctional Facility" which continues to crush all of its detainees.  We are Political Prisoners on American soil who have been unjustly an unfairly incarcerated.  We are relentlessly burdened by selective prosecution.  We are slandered and vilified by mainstream media.  We are repeatedly accosted.  We receive death threats from within the jail.  We receive death threats upon our homes and families through the mail. ALL because of our political affiliation.

Guantanamo Bay Cuba is a detention facility that actually provides nutritional meals, routine sunlight exposure, top notch medical care, and is respectful of Religious Requirements.  It has centers for exercise, and entertainment for the detainees, even though those detainees are Al Qaeda, ISIS, and Taliban that have actually killed American citizens.

Therefore, if the Government is going to continue to illegally hold us in DC-Guantanamo, under the abovementioned horrific conditions, subjecting us to cruel and unusual punishment, and various tortures.  We hereby, make the following request:  Let us spend our precious and limited days in Guantanamo Bay Cuba, where the enemies of the United States of America are treated better than us group of January Sixers, who have merely been accused of crimes.

Authored by,

Robert A. Morss      and      Ryan Nichols.

DCDC#: 377890            DCDC#: 376795