IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )   CR No. 21-28
                                )   Washington, D.C.
      vs.                       )   November 2, 2021
                                )   1:05 p.m.
KELLY MEGGS (8),                )
KENNETH HARRELSON (10),         )
                                )
          Defendants.           )
_____)


     TRANSCRIPT OF MOTION HEARING VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Jeffrey S. Nestler
                           U.S. ATTORNEY'S OFFICE
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-7277
                           Email:
                           jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Kelly Meggs:                    David A. Wilson
                                LAW OFFICE OF DAVID A. WILSON
                                201 SW 2nd Street
                                Suite 101
                                Ocala, FL 34471
                                (352) 629-4466
                                Email: david@dwilsonlaw.com

                                Jonathon Alden Moseley
                                JONATHAN MOSELEY
                                ATTORNEY AT LAW
                                5765-F Burke Centre Parkway
                                #337
                                Burke, VA 22015
                                (703) 656-1230
                                Email: contact@jonmoseley.com

For Defendant
Kenneth Harrelson:              Bradford L. Geyer
                                FORMERFEDSGROUP.COM LCC
                                141 I Route 130 South
                                Suite 303
                                Cinnaminson, NJ 08077
                                (856) 607-5708
                                Email:
                                bradford.geyer
                                @formerfedsgroup.com

APPEARANCES CONTINUED:

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY:  Good afternoon, Your Honor.
This is Criminal Case No. 21-28, United States of America
versus Defendant No. 8, Kelly Meggs, and Defendant No. 10,
Kenneth Harrelson.

Jeffrey Nestler on behalf of the government.

David Wilson and Jon Moseley for Defendant
Kelly Meggs.

Bradford Geyer for Defendant Harrelson.

Both defendants are appearing remotely for this
hearing.

THE COURT:  Okay, Counsel, good afternoon.

Mr. Harrelson, Mr. Meggs, good afternoon to the
both of you.

If you can hear me, just please give me a
thumbs-up to confirm that.

DEFENDANT KELLY MEGGS:  (Thumbs-up.)

DEFENDANT KENNETH HARRELSON:  (Thumbs-up.)

THE COURT:  Okay.  Terrific.  Thank you, both.

So we're here this afternoon because a motion was
filed, both by Mr. Wilson -- a motion was filed by
Mr. Wilson seeking to withdraw, based upon the fact that
Mr. Meggs had -- apparently, has retained new counsel,
that's Mr. Moseley.

The question was raised about that substitution of

counsel, I think, by the government, because I didn't -- I

had entered an order approving that substitution.  I didn't

realize that Mr. Moseley had already entered an appearance

on behalf of Mr. Harrelson, and I think the government

rightly raised concerns about the substitution.  So that's

what we're here for this afternoon.

Let me just make the following observation, and

I'll get everybody's reaction:  Based on the affidavit or

the papers that Mr. Moseley filed, I think it was yesterday,

describing his role in representing Mr. Harrelson -- let me

back up:

I had -- after I realized that Mr. Moseley also

was -- had entered an appearance on behalf of Mr. Harrelson,

I had sort of two concerns; one was that if Mr. Moseley were

to represent Mr. Meggs, whether there would be a risk of

sort of disclosure of confidential information that

Mr. Harrelson might have provided to Mr. Moseley that would

create a problem, that's one; and then two is whether

somehow his representation of Mr. Harrelson, particularly if

it was intended to be joint, would create a conflict if he

were to then represent Mr. Meggs.

Mr. Moseley's first -- Mr. Moseley's submission

yesterday seems to have answered the first question; that

is, he has represented that he hasn't had any conversations

with Mr. Harrelson; that he was simply acting as someone to

1     sponsor Mr. Geyer as a pro hac into this case; has had no

2     communications with Mr. Harrelson, and, therefore, has not

3     received any confidences from Mr. Harrelson that might spill

4     into any representation of Mr. Meggs, that's one.

5             And, two, if, in fact, as Mr. Moseley has

6     represented, that his role here has been limited in terms of

7     his representation of Mr. Harrelson, the second concern

8     I have about the conflict is substantially mitigated.

9             So that's kind of where my thinking is.  So what I

10    wanted to give you all an opportunity to be heard; and if

11    your thinking is different, I'd like to hear that.

12            So, Mr. Nestler, why don't we start with you, and

13    then we'll turn to defense counsel, if there's a need for

14    further comment.

15            Mr. Nestler.

16            MR. NESTLER:  Yes, Judge.

17            And seeing what Mr. Moseley filed yesterday, the

18    government tends to agree with Your Honor that that should

19    address most of the concerns.

20            I think the -- what Mr. Moseley said is that he

21    had never spoke with Mr. Harrelson, so it's unlikely he, of

22    course, obtained any confidences from Mr. Harrelson.

23    I suppose it's possible he obtained confidences via

24    Mr. Geyer, and so I think that might be one thing to just

25    clarify; that Mr. Moseley --

1            THE COURT:  Right.

2            MR. NESTLER:  -- did not learn anything about

3    Mr. Harrelson's case from Mr. Geyer, which he certainly

4    would have been entitled to if that had occurred.

5    So I think that's the sort of the first preliminary question

6    we had.

7            And then just as a matter of prudence, we would

8    suggest that Mr. Harrelson and Mr. Meggs just be advised of

9    the situation up until now and make sure they're both aware

10   and will proceed knowingly and voluntarily, if they wanted

11   to proceed with the counsel they wanted.

12           THE COURT:  Right.

13           MR. NESTLER:  That's on this one topic.

14           There is then sort of a related issue of a

15   potential conflict with Mr. Meggs related to a civil case

16   also pending before Your Honor with some of these same

17   counsel, and I can flag that for Your Honor now if

18   Your Honor would like.

19           THE COURT:  Yeah, why don't you just put it out on

20   the table now.  Then we can discuss it.

21           MR. NESTLER:  Sure, Judge.

22           So it's come to our attention that there's a civil

23   suit styled *Smith versus Trump*, the case number is

24   21-CV-2265.  It's also pending in front of Your Honor.

25   I don't know if it was a related case to this one or not or

1   if it was randomly assigned to Your Honor.

2            THE COURT:  It was related to earlier suits filed

3   arising out of the events of January 6th.

4            You can't cross-relate case number to case number,

5   but in any event.

6            MR. NESTLER:  Understood.

7            So it's also in front of Your Honor.

8            It also arises out of the events of January 6th,

9   and Ms. Kelly Meggs is also a defendant in that case.

10            THE COURT:  Right.

11            MR. NESTLER:  In that case, he's represented by an

12   attorney named Julia Haller, who is also counsel for

13   Mr. Meggs's wife in this case.  And she represents Connie

14   Meggs in this criminal case, and Kelly Meggs in that civil

15   case.  And so that is a potential conflict.  We do not know

16   if there is a conflict or not, but that is an issue just to

17   put out there.

18            And then another related piece of that is there

19   was another defendant in the *Smith versus Trump* case, whose

20   name is Zachary Rehl, R-e-h-l, who is also a criminal

21   defendant in a case, I believe, not in front of Your Honor.

22   And Mr. Rehl is represented by Mr. Moseley in both his

23   criminal case, in front of a different judge in this

24   courthouse, and also in the civil case.  And so if we're

25   filling this all in correctly, in the civil case, Mr. Meggs

1    is a defendant, he's co-defendants with Mr. Rehl, and

2    Mr. Rehl has counsel as Mr. Moseley, who would be now

3    counsel for Mr. Meggs in the criminal case.

4            So that's how we see it in terms of the lay of the

5    land.  I'm not sure if there are conflicts, and if there

6    are, if they're waivable.  But I wanted to put that out

7    there as we puzzle through these various permutations.

8            THE COURT:  Thank you.  I appreciate it.

9            I have not -- I'll confess to not sort of

10   carefully scrutinizing who has been entering appearances.

11   The civil cases seem to get a filing a day in that case, so

12   I haven't picked up on somebody overlapping you've just

13   identified, Mr. Nestler.  Thank you.

14           Before we talk about the civil cases -- I'll just,

15   my one reaction and my observation is, I think the issue of

16   joint representation in a civil context is less of a concern

17   than it is in a criminal case.  There are obvious

18   constitutional issues that arise in the context of a

19   criminal case that aren't present in a civil case, and

20   so I think the joint representation and conflict issue in a

21   civil case is, arguably, less significant than it is in a

22   criminal case, but that's just my reaction.

23           Now, that said, Ms. Haller is also representing

24   Ms. Meggs in the civil matter.  You know, that, arguably --

25   excuse me, is representing Mr. Meggs in the civil case, and

1    is representing Ms. Meggs in the criminal matter.  That,

2    arguably, raises some concerns.  But in any event, we'll get

3    to that in a moment.

4          MR. MOSELEY:  Your Honor -- Oh, I'm sorry, I

5    didn't mean do.  I just thought --

6          THE COURT:  That's okay.

7          Why don't we turn to you, Mr. Moseley.  And

8    I think the first order of business is:  You've already

9    confirmed in your written submission that you've not had any

10   direct communications with Mr. Harrelson, and, therefore --

11   at least not directly received any confidences from

12   Mr. Harrelson.

13         I don't recall whether, in your written

14   submission, you mentioned any indirect confidences that you

15   may have received through Mr. Geyer.

16         MR. MOSELEY:  Okay.

17         THE COURT:  If you can start there.

18         MR. MOSELEY:  All right.

19         Yeah, my understanding was that I was only

20   sponsoring him, not entering an appearance.  The procedures

21   are a little bit different in every area, and maybe I think

22   I over -- perhaps it was my error to put my name on the

23   pleadings, because some jurisdictions require that for a

24   sponsoring attorney, it might have created a misimpression.

25         But many of the attorneys are discussing concept

1  of strategy while we're interested in the

2  18 U.S.C. 1512(c)(2) dismissals.  So I've discussed with

3  Brad Geyer the same kinds of legal strategies that I happen

4  to have with other attorneys, like Julia Haller, but not --

5  and maybe -- well, I guess there are two different issues,

6  but the clients are here on the line, which might be

7  important for them to speak to that, but I have dealt with

8  legal issue -- talked about legal strategies and concepts,

9  but not about Kenneth Harrelson himself.

10             And, you know, I --

11             THE COURT:  Well, let me --

12             MR. MOSELEY:  -- I'm always -- go ahead.

13             THE COURT:  If I can just interrupt you,

14  Mr. Moseley.  My apologies.

15             Maybe the better -- the question is better posed

16  directly to Mr. Geyer, who would have, in theory, been the

17  conduit for any information.

18             So, Mr. Geyer, let me just ask you directly:  To

19  your knowledge and recollection, do you a member or have you

20  passed on -- and obviously I'm not asking for any specifics,

21  but have you passed on or shared any client confidences that

22  you've learned from Mr. Harrelson with Mr. Moseley?

23             MR. GEYER:  No.  No, I wouldn't do that.

24             We have a weekly conference call with -- well,

25  it's kind of evolved into a weekly conference call with all

1   the -- most of the defense counsel on this case.  We discuss

2   legal issues, Your Honor, but I would never share -- no,

3   that didn't happen.

4          THE COURT:  Okay.

5          If the answer is no, and I think that's what

6   Mr. Nestler was asking, that's a fair question.

7          If the answer is no, then I think that does

8   address what I sort of framed this issue on, which is a

9   concern of passing confidences along or having confidences

10  disclosed in a new representation.

11         So, Mr. Nestler, does that satisfy the government

12  at least that issue one is taken off the table?

13         MR. NESTLER:  Yes.

14         THE COURT:  Okay.

15         I guess the other issue then is just to confirm

16  that Mr. Meggs and Mr. Harrelson are aware of this

17  situation.  Both are present here and, therefore, have been

18  listening in.

19         Mr. Harrelson is the one who, in theory, is losing

20  a lawyer, although it doesn't sound like Mr. Moseley really

21  has intended to enter an appearance on behalf of

22  Mr. Harrelson.

23         But, nevertheless, let me just turn to

24  Mr. Harrelson and make sure he understands what's happening

25  and that -- what's happened here is that the lawyer,

1    Mr. Moseley, who has sponsored your current lawyer,

2    Mr. Geyer, to serve as your lawyer in this case, is asking

3    to become counsel for Mr. Meggs.

4              Do you understand that, Mr. Harrelson?

5              DEFENDANT HARRELSON:  Yes.

6              THE COURT:  Okay.

7              And do you have any objection or concern --

8    do you have any objection to that, Mr. Harrelson?

9              DEFENDANT HARRELSON:  No, sir.

10             THE COURT:  Do you have any questions or concerns

11   about that, Mr. Harrelson?

12             DEFENDANT HARRELSON:  Not at this time,

13   Your Honor.

14             THE COURT:  Okay.

15             Then let me just turn to Mr. Meggs.

16             Mr. Meggs, you too have been on during these

17   proceedings, and I understand you wish to retain Mr. Moseley

18   as your counsel; is that right; sir?

19             DEFENDANT KELLY MEGGS:  Yes, Your Honor.

20             THE COURT:  And your lawyer, Mr. Moseley, has

21   served as counsel in some capacity in this case for

22   Mr. Harrelson; at a minimum, he's sponsored Mr. Geyer as a

23   lawyer for Mr. Harrelson in this case.

24             You're aware of that, sir?

25             DEFENDANT KELLY MEGGS:  Yes, Your Honor.

1          THE COURT:  And are you prepared to, knowing that,

2   move forward with Mr. Moseley as your counsel?

3          DEFENDANT KELLY MEGGS:  Yes, Your Honor.

4          THE COURT:  Okay.

5          Mr. Nestler, I don't know if that's sufficient in

6   your mind.

7          You know, I don't think I can be in a position to

8   provide advice in terms of ethics and conflicts, but I think

9   given the representations that have been made, it's not --

10  I don't think we need a conflicts counsel, as we've had in

11  the case with Mr. Meggs and his wife, for example, to advise

12  these two gentlemen.  I think what we've done so far is

13  sufficient, but I'm happy to hear from you if you think

14  otherwise.

15         MR. NESTLER:  I believe that's sufficient for the

16  issue about Mr. Harrelson's pro hac sponsor.

17         THE COURT:  Okay.

18         MR. NESTLER:  So I believe that's sufficient for

19  the first two issues Your Honor addressed.

20         I think the civil case might pose some thornier

21  questions, but I think that's -- we're satisfied with that.

22         THE COURT:  Okay.

23         MR. MOSELEY:  May I add to that, though?

24         Because in consultations, I do believe that

25  we will -- that we'll have Brad Geyer find another sponsor.

1   I've never heard of that procedure, how that would happen,

2   but I think --

3           THE COURT:  Well, I don't know that -- I mean,

4   it's up to you, but I don't know that we need another

5   sponsor.

6           I mean, I've never read our Local Rules to require

7   a sponsoring lawyer to enter an appearance.  They just

8   simply need to have a sponsor to have an out-of-jurisdiction

9   lawyer appear pro hac, and so I don't -- and I don't think

10  there's any currency that's required by a sponsor, so

11  I don't think that's necessary.

12          MR. MOSELEY:  Well, I just want to have it on the

13  record that I think it's probably better for me to do that,

14  to ask -- to have another person sponsor him.

15          THE COURT:  You know, he's already been admitted,

16  so I don't think there's any further sponsorship required.

17          I mean, Mr. Geyer may do something at some point

18  in this case that requires further sponsorship, but that

19  hasn't happened yet.

20          All right.  So I think that means, Mr. Wilson, you

21  are relieved of your duties.  I'll accept Mr. Moseley's

22  entry of his appearance, and, Mr. Wilson, you'll be relieved

23  of your duties in representing Mr. Meggs.  I trust that

24  you'll provide whatever file you have, Mr. Moseley, and I

25  thank you for your representation of Mr. Meggs.  And if

1    there's anything you want to add before you sign off, I'm

2    happy to hear from you.

3               MR. WILSON:  Thank you very much.  Thank you.

4               THE COURT:  All right.  Thank you, Mr. Wilson.

5               Okay.  Let's then turn to this issue of the civil

6    representations.

7               I think the only one we can really address is

8    Mr. Moseley's representation of Zach Rehl.  But even then, I

9    don't know if that's something we can address in Mr. Rehl's

10   absence, and, frankly, I'm not sure it's something that is

11   addressable in this case.  In other words, I mean, I suppose

12   the argument could be made that because he represents

13   Mr. Rehl in the civil case and Mr. Harrelson is a defendant

14   in the civil case, that he can't represent Mr. Harrelson in

15   the criminal case, but I'm happy to hear counsel's thoughts

16   about that issue.

17              MR. MOSELEY:  Well -- yeah.

18              THE COURT:  Let me just -- what's Mr. Harrelson's

19   status in the criminal case?  Is he -- I mean, in the civil

20   case?  Is he a defendant in that case?

21              MR. GEYER:  Your Honor, my understanding is --

22   I know literally nothing about this.  I do not think that

23   he's a part of that.

24              Can I ask Mr. Harrelson if he knows anything?

25              THE COURT:  That's all right.  You don't need to

1  ask.  We can check the docket.

2          MR. NESTLER:  It was Kelly Meggs who's the

3  defendant in the civil case, Judge --

4          THE COURT:  Right.

5          MR. NESTLER:  -- not Mr. Harrelson.

6          THE COURT:  Oh, right, right, right.

7          So Mr. Moseley is now going to represent

8  Mr. Meggs.

9          And, Mr. Moseley, I mean, let me just ask, are

10  you -- is it the intention of your client to also have you

11  represent him in the civil matter or just in the criminal

12  case?

13          MR. MOSELEY:  Well, that's certainly not the plan.

14          I mean, Mr. Nestler is raising the question, but

15  the current arrangement is for Julia Haller to represent him

16  in the civil lawsuit.

17          And I just know that I've heard the comment that

18  the Meggs financially would be affected the same.  They

19  have, you know -- but, again, she's not here, and I don't

20  know about -- but it's not my intention to be involved in

21  that, although, you know, I realize that questions have been

22  raised.  So I don't know what to think about that.

23          THE COURT:  Well, Mr. Moseley --

24          MR. MOSELEY:  I mean, I don't --

25          THE COURT:  Well, have you looked into this or

```
1   gotten any guidance from your office as to whether -- to
2   what extent this presents a conflict that's waivable or not
3   waivable?
4           MR. MOSELEY:  The conflict being between the civil
5   and the criminal case; is that correct?
6           I mean, because I don't think I would -- oh --
7   I never contemplated being involved in the civil lawsuit
8   with Kelly Meggs, so I haven't really given that any
9   thought.
10          THE COURT:  Yeah, I think the conflict, frankly,
11  is less -- I think the conflict, in a sense, doesn't involve
12  Mr. Moseley, it involves Haller, and whether she can kind of
13  play the dual-role hat of representing Mr. Meggs in the
14  civil case and representing his wife in the criminal case.
15  I mean, that's the conflict.
16          And absent -- without Ms. Haller here and without
17  Ms. Meggs here, you know, I don't know that I can
18  appropriately address the conflict, even if it's one that
19  needs to be addressed, even if just to get consent,
20  particularly if we need some kind of waivers.
21          MR. MOSELEY:  Yes.
22          Your Honor, I mean -- because also a lot of the
23  defendants in the civil case before you are asking for a
24  stay.
25          THE COURT:  Right.
```

1          MR. MOSELEY:  And I don't think I would want to do

2    both simultaneously just because of the workload in this

3    case.

4          THE COURT:  Okay.

5          MR. MOSELEY:  So I helped Zachary Rehl not have a

6    default and then asked for a stay.  And everybody -- there's

7    a lot of motions in front of Your Honor for -- precisely

8    because it's a criminal case.  So I don't know how that

9    plays out, but just FYI.

10          THE COURT:  Yeah.

11          I mean, I don't think your representation of

12    Mr. Rehl presents a conflict with your representation of

13    Mr. Meggs.

14          I mean, at least -- you know, maybe Mr. Nestler

15    might have a better sense of that than I would, if he thinks

16    that there's some conflict between those two individuals,

17    but I'm certainly not aware of any.  And I don't know much

18    at all about Mr. Rehl's conduct, let alone his relationship,

19    if any, to Mr. Meggs.

20          MR. MOSELEY:  But, like I say, if the civil

21    lawsuit is ready to roar ahead, I would not want to

22    personally handle both because of just the workload issue

23    and that sort of thing.

24          THE COURT:  Mr. Nestler, are you aware of any

25    potential ties between Mr. Meggs and Mr. Rehl that could

1   give rise to conflict issues?

2        MR. NESTLER:  I'm not aware of any potential ties.

3        I'm aware of what the complaint in the case says

4   and seeking to hold some individuals involved in January 6th

5   liable for some of the damages that day.

6        And so there could be an incentive for Mr. Rehl

7   and/or Mr. Meggs to point the finger at one another if that

8   case were to proceed.  And I think if that were to occur,

9   that would pose a conflict for Mr. Moseley representing

10  Mr. Rehl in the civil case and Mr. Meggs in the criminal

11  case.

12       THE COURT:  Right.

13       MR. NESTLER:  I don't know what's going to happen

14  there or what their defenses are going to be, obviously.

15  All I know is the allegations in the complaint.

16       THE COURT:  Right.

17       I mean, it's -- yeah.

18       Although we're sort of a long ways away, I think,

19  in that case from having any defendant make a statement that

20  might be used by the government and prosecutors named here

21  Mr. Meggs here or Mr. Rehl in his case.

22       Okay.

23       MR. MOSELEY:  Well, Your Honor, that's pretty much

24  the reason for the stay, the request for a stay.

25       THE COURT:  Yeah, I know, I -- I know.

1              Well, I guess what we ought to do is as follows:

2              Let me just say:  Mr. Nestler, what is your

3     request then?  And to the extent that you have been given

4     guidance or thought through this issue in terms of

5     Ms. Haller, what is the current thinking of your office and

6     your team?

7              MR. NESTLER:  We believe that if Ms. Haller and

8     Mrs. Meggs were present in front of Your Honor and

9     Your Honor had a similar colloquy that you just had with

10    Mr. Meggs and Mr. Harrelson, that if there was any conflict,

11    that they could waive the conflict.  They just need to be

12    aware of it so they can do this knowingly.  I'm not sure

13    about everyone's status about how aware they are.

14             THE COURT:  The only issue with -- I mean, again,

15    I didn't think in this case there was a real concern about

16    conflict.

17             I always hate bringing lawyers in to serve as

18    conflicts counsel just because it's cumbersome, but I don't

19    think a judge ought to be in a position of trying to advise

20    individuals about all the potential conflicts that could

21    arise from these types of representations and then getting a

22    waiver on the record.  It risks being incomplete, or,

23    frankly, risks being unduly influencing of the individuals,

24    and so I don't want to put myself in that position.

25             Let me see what I can do.  I probably should get a

1  conflicts counsel to advise both me and those who are

2  involved here about potential conflicts and get some sense

3  of whether this is waivable, if we need waivers get those on

4  the record, et cetera.

5          So let me go ahead and do that.  I'll figure out

6  who I can call on to do this.  But give me a few days and

7  I'll figure that out and we'll have the conflicts counsel

8  reach out to everyone.

9          MR. GEYER:  Your Honor, you got to the point where

10  I feel like I should disclose something.  It's a non-issue,

11  but just so I get it on the record real quick.

12          Some time back when I was talking to Mr. Moseley,

13  he mentioned he needed a power of attorney for his client,

14  Jacob Rehl [sic].  I went in to Philadelphia and met with

15  him for about ten minutes so that he could sign this -- it

16  was a power of attorney for -- so his partner could, you

17  know, do some financial stuff.

18          But we're kind of at the point where I feel like

19  I should just disclose that.  Did not discuss his case;

20  I know nothing about that case.  It was an accommodation;

21  I would do that professional courtesy for anybody.

22          THE COURT:  Okay.

23          Yeah.  I mean, that doesn't strike me as an issue.

24          So I think the way to proceed is this.  I'll see

25  if I can line up conflicts counsel to talk to the various

23

```
1   counsel that are affected by these representations, and then

2   I'll -- once those consultations have been had, we'll have

3   to just circle back to get this resolved on the record.

4              Does that sound acceptable to everyone?

5              MR. MOSELEY:  Yes, Your Honor.

6              MR. NESTLER:  Yes for the government.  Thank you.

7              THE COURT:  Thank you, everyone.

8              And is there anything else we need to take up this

9   afternoon?

10             MR. MOSELEY:  No.  Thank you, Your Honor.

11             MR. GEYER:  Thank you.  Have a nice day.

12             THE COURT:  Thank you, everyone.

13             (Proceedings concluded at 1:31 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__November 4, 2021_____   /S/__William P. Zaremba_____

                        William P. Zaremba, RMR, CRR

Case 1:21-cr-000384-APM   Document 506-1   Filed 12/31/21   Page 25 of 29

25

COURTROOM DEPUTY: [1] 4/2
DEFENDANT HARRELSON: [3] 13/5 13/9 13/12
DEFENDANT KELLY MEGGS: [4] 4/17 13/19 13/25 14/3
DEFENDANT KENNETH HARRELSON: [1] 4/18
MR. GEYER: [4] 11/23 16/21 22/9 23/11
MR. MOSELEY: [17] 10/4 10/16 10/18 11/12 14/23 15/12 16/17 17/13 17/24 18/4 18/21 19/1 19/5 19/20 20/23 23/5 23/10
MR. NESTLER: [15] 6/16 7/2 7/13 7/21 8/6 8/11 12/13 14/15 14/18 17/2 17/5 20/2 20/13 21/7 23/6
MR. WILSON: [1] 16/3
THE COURT: [43]

/

/S [1] 24/10

**0**

08077 [1] 2/13

**1**

10 [2] 1/7 4/4
101 [1] 2/4
1230 [1] 2/9
130 [1] 2/12
141 [1] 2/12
1512 [1] 11/2
18 U.S.C. 1512 [1] 11/2
19 [1] 24/6
1:05 [1] 1/6
1:31 [1] 23/13

**2**

20001 [1] 3/5
201 [1] 2/3
202 [2] 1/15 3/5
2021 [2] 1/5 24/10
20530 [1] 1/14
21-28 [2] 1/4 4/3
21-CV-2265 [1] 7/24
22015 [1] 2/9
2265 [1] 7/24
252-7277 [1] 1/15
28 [2] 1/4 4/3
2nd [1] 2/3

**3**

303 [1] 2/13
3249 [1] 3/5
333 [1] 3/4
337 [1] 2/8
34471 [1] 2/4
352 [1] 2/5

**4**

4466 [1] 2/5

**5**

555 [1] 1/14
5708 [1] 2/14
5765-F [1] 2/8

**6**

607-5708 [1] 2/14
629-4466 [1] 2/5
656-1230 [1] 2/9
6th [3] 8/3 8/8 20/4

**7**

703 [1] 2/9
7277 [1] 1/15

**8**

856 [1] 2/14

**A**

about [21] 4/25 5/5 6/8 7/2 9/14 11/8 11/9 13/11 14/16 16/16 16/22 17/20 17/22 19/18 21/13 21/13 21/15 21/20 22/2 22/15 22/20
above [1] 24/4
above-titled [1] 24/4
absence [1] 16/10
absent [1] 18/16
accept [1] 15/21
acceptable [1] 23/4
accommodation [1] 22/20
acting [1] 5/25
add [2] 14/23 16/1
address [5] 6/19 12/8 16/7 16/9 18/18
addressable [1] 16/11
addressed [2] 14/19 18/19
admitted [1] 15/15
advice [1] 14/8
advise [3] 14/11 21/19 22/1
advised [1] 7/8
affected [2] 17/18 23/1
affidavit [1] 5/8
after [1] 5/12
afternoon [6] 4/2 4/12 4/13 4/20 5/6 23/9
again [2] 17/19 21/14
agree [1] 6/18
ahead [3] 11/12 19/21 22/5
aided [1] 3/7
Alden [1] 2/6
all [10] 6/10 8/25 10/18 11/25 15/20 16/4 16/25 19/18 20/15 21/20
allegations [1] 20/15
alone [1] 19/18
along [1] 12/9
already [3] 5/3 10/8

also [12] 5/12 7/16 7/24 8/7 8/8 8/9 8/12 8/20 8/24 9/23 17/10 18/22
although [3] 12/20 17/21 20/18
always [2] 11/12 21/17
AMERICA [2] 1/3 4/3
AMIT [1] 1/10
another [6] 8/18 8/19 14/25 15/4 15/14 20/7
answer [2] 12/5 12/7
answered [1] 5/23
any [25]
anybody [1] 22/21
anything [4] 7/2 16/1 16/24 23/8
apologies [1] 11/14
apparently [1] 4/23
appear [1] 15/9
appearance [6] 5/3 5/13 10/20 12/21 15/7 15/22
appearances [4] 1/12 1/17 2/19 9/10
appearing [1] 4/10
appreciate [1] 9/8
appropriately [1] 18/18
approving [1] 5/2
are [19] 4/10 9/5 9/6 9/17 10/21 10/25 11/5 11/6 12/16 12/17 14/1 15/21 17/9 18/23 19/24 20/14 21/13 22/1 23/1
area [1] 10/21
aren't [1] 9/19
arguably [3] 9/21 9/24 10/2
argument [1] 16/12
arise [2] 9/18 21/21
arises [1] 8/8
arising [1] 8/3
arrangement [1] 17/15
as [16] 5/25 6/1 6/5 7/7 9/2 9/7 13/2 13/18 13/21 13/22 14/2 14/10 18/1 21/1 21/17 22/23
ask [5] 11/18 15/14 16/24 17/1 17/9
asked [1] 19/6
asking [4] 11/20 12/6 13/2 18/23
assigned [1] 8/1
attention [1] 7/22
attorney [5] 2/7 8/12 10/24 22/13 22/16
ATTORNEY'S [1] 1/13
attorneys [2] 10/25 11/4
Avenue [1] 3/4
aware [5] 7/9 12/16 13/24 19/17 19/24 20/2 20/3 21/12 21/13
away [1] 20/18

**B**

back [3] 5/11 22/12

Barrett [1] 3/4
based [2] 4/22 5/8
be [18] 5/15 5/20 6/10 6/24 7/8 9/2 11/6 14/7 15/22 16/12 17/18 17/20 18/19 20/6 20/14 20/20 21/11 21/19
because [11] 4/20 5/1 10/23 14/24 16/12 18/6 18/22 19/2 19/8 19/22 21/18
become [1] 13/3
been [11] 6/6 7/4 9/10 11/16 12/17 13/16 14/9 15/15 17/21 21/3 23/2
before [5] 1/10 7/16 9/14 16/1 18/23
behalf [4] 4/6 5/4 5/13 12/21
being [4] 18/4 18/7 21/22 21/23
believe [5] 8/21 14/15 14/18 14/24 21/7
better [4] 11/15 11/15 15/13 19/15
between [3] 18/4 19/16 19/25
bit [1] 10/21
both [10] 4/10 4/14 4/19 4/21 7/9 8/22 12/17 19/2 19/22 22/1
Brad [2] 11/3 14/25
Bradford [2] 2/11 4/9
bradford.geyer [1] 2/15
bringing [1] 21/17
Burke [2] 2/8 2/9
business [1] 10/8

**C**

call [3] 11/24 11/25 22/6
can [16] 4/15 7/17 7/20 10/17 11/13 14/7 16/7 16/9 16/24 17/1 18/12 18/17 21/12 21/25 22/6 22/25
can't [2] 8/4 16/14
capacity [1] 13/21
carefully [1] 9/10
case [57]
cases [2] 9/11 9/14
Centre [1] 2/8
certainly [2] 7/3 17/13 19/17
Certified [1] 3/3
certify [1] 24/2
cetera [1] 22/4
CH [1] 3/4
check [1] 17/1
Cinnaminson [1] 2/13
circle [1] 23/3
civil [26]
clarify [1] 6/25
client [3] 11/21 17/10 22/13
clients [1] 11/6

co-defendants [1] 9/1
colloquy [1] 21/9
COLUMBIA [1] 1/1
come [1] 7/22
comment [2] 6/14 17/17
communications [2] 6/2 10/10
complaint [2] 20/3 20/15
computer [1] 3/7
computer-aided [1] 3/7
concept [1] 10/25
concepts [1] 11/8
concern [5] 6/7 9/16 12/9 13/7 21/15
concerns [5] 5/5 5/14 6/19 10/2 13/10
concluded [1] 23/13
conduct [1] 19/18
conduit [1] 11/17
conference [2] 11/24 11/25
confess [1] 9/9
confidences [8] 6/22 6/23 10/11 10/14 11/21 12/9 12/9
confidential [1] 5/16
confirm [2] 4/16 12/15
confirmed [1] 10/9
conflict [19] 5/20 6/8 7/15 8/15 8/16 9/20 18/2 18/4 18/10 18/11 18/15 18/18 19/12 19/16 20/1 20/9 21/10 21/11 21/16
conflicts [9] 9/5 14/8 14/10 21/18 21/20 22/1 22/2 22/7 22/25
Connie [1] 8/13
consent [1] 18/19
Constitution [1] 3/4
constitutional [1] 9/18
consultations [2] 14/24 23/2
contact [1] 2/10
contemplated [1] 18/7
context [2] 9/16 9/18
CONTINUED [2] 2/1 3/1
conversations [1] 5/24
correct [2] 18/5 24/3
correctly [1] 8/25
could [7] 16/12 19/25 20/6 21/11 21/20 22/15 22/16
counsel [20] 4/12 4/23 5/1 6/13 7/11 7/17 8/12 9/2 9/3 12/1 13/3 13/18 13/21 14/2 14/10 21/18 22/1 22/7 22/25 23/1
counsel's [1] 16/15
course [1] 6/22
court [4] 1/1 3/2 3/3 24/7
courtesy [1] 22/21

**C**

courthouse [1] 8/24
COVID [1] 24/6
COVID-19 [1] 24/6
CR [1] 1/4
create [2] 5/18 5/20
created [1] 10/24
criminal [16] 4/3 8/14
8/20 8/23 9/3 9/17 9/19
9/22 10/1 16/15 16/19
17/11 18/5 18/14 19/8
20/10
cross [1] 8/4
cross-relate [1] 8/4
CRR [2] 24/2 24/11
cumbersome [1] 21/18
currency [1] 15/10
current [3] 13/1 17/15
21/5
CV [1] 7/24

**D**

D.C [3] 1/5 1/14 3/5
damages [1] 20/5
Date [1] 24/10
david [4] 2/2 2/3 2/5
4/7
day [3] 9/11 20/5 23/11
days [1] 22/6
dealt [1] 11/7
default [1] 19/6
defendant [14] 2/2
2/11 4/4 4/4 4/4 4/7 4/9 8/9
8/19 8/21 9/1 16/13
16/20 17/3 20/19
defendants [4] 1/8
4/10 9/1 18/23
defense [2] 6/13 12/1
defenses [1] 20/14
describing [1] 5/10
did [2] 7/2 22/19
didn't [5] 5/1 5/2 10/5
12/3 21/15
different [4] 6/11 8/23
10/21 11/5
direct [1] 10/10
directly [3] 10/11 11/16
11/18
disclose [2] 22/10
22/19
disclosed [1] 12/10
disclosure [1] 5/16
discuss [3] 7/20 12/1
22/19
discussed [1] 11/2
discussing [1] 10/25
dismissals [1] 11/2
DISTRICT [3] 1/1 1/1
1/11
do [20] 8/15 10/5 11/19
11/23 13/4 13/7 13/8
13/10 14/24 15/13
15/17 16/22 19/1 21/1
21/12 21/25 22/5 22/6
22/17 22/21
do you have [3] 13/7
13/8 13/10
Do you understand
that [1] 13/4

**does [3]** 12/7 12/11
23/4
doesn't [3] 12/20 18/11
22/23
don't [28]
done [1] 14/12
dual [1] 18/13
dual-role [1] 18/13
during [2] 13/16 24/5
duties [2] 15/21 15/23
dwilsonlaw.com [1]
2/5

**E**

earlier [1] 8/2
else [1] 23/8
Email [4] 1/15 2/5 2/10
2/14
enter [2] 12/21 15/7
entered [3] 5/2 5/3
5/13
entering [2] 9/10 10/20
entitled [1] 7/4
entry [1] 15/22
error [1] 10/22
et [1] 22/4
et cetera [1] 22/4
ethics [1] 14/8
even [3] 16/8 18/18
18/19
event [2] 8/5 10/2
events [2] 8/3 8/8
every [1] 10/21
everybody [1] 19/6
everybody's [1] 5/8
everyone [4] 22/8 23/4
23/7 23/12
everyone's [1] 21/13
evolved [1] 11/25
example [1] 14/11
excuse [1] 9/25
extent [2] 18/2 21/3

**F**

fact [2] 4/22 6/5
fair [1] 12/6
far [1] 14/12
feel [2] 22/10 22/18
few [1] 22/6
figure [2] 22/5 22/7
file [1] 15/24
filed [5] 4/21 4/21 5/9
6/17 8/2
filing [1] 9/11
filling [1] 8/25
financial [1] 22/17
financially [1] 17/18
find [1] 14/25
finger [1] 20/7
first [5] 5/22 5/23 7/5
10/8 14/19
FL [1] 2/4
flag [1] 7/17
following [1] 5/7
follows [1] 21/1
foregoing [1] 24/3
formerfedsgroup.com
[2] 2/12 2/15

**Fourth [1]** 1/14
framed [1] 12/8
frankly [5] 16/10 18/10
21/23
front [6] 7/24 8/7 8/21
8/23 19/7 21/8
further [2] 6/14 15/16
15/18
FYI [1] 19/9

**G**

gentlemen [1] 14/12
get [9] 5/8 9/11 10/2
18/19 21/25 22/2 22/3
22/11 23/3
getting [1] 21/21
Geyer [13] 2/11 4/9 6/1
6/24 7/3 10/15 11/3
11/16 11/18 13/2 13/22
14/25 15/17
give [4] 4/15 6/10 20/1
22/6
given [3] 14/9 18/8
21/3
go [2] 11/12 22/5
go ahead [2] 11/12
22/5
going [3] 17/7 20/13
20/14
good [3] 4/2 4/12 4/13
got [1] 22/9
gotten [1] 18/1
government [8] 1/13
4/6 5/1 5/4 6/18 12/11
20/20 23/6
guess [3] 11/5 12/15
22/1
guidance [2] 18/1 21/4

**H**

hac [3] 6/1 14/16 15/9
had [16] 4/23 5/2 5/3
5/12 5/13 5/14 5/24 6/1
6/21 7/4 7/6 10/9 14/10
21/9 21/9 23/2
Haller [8] 8/12 9/23
11/4 17/15 18/12 18/16
21/5 21/7
handle [1] 19/22
happen [4] 11/3 12/3
15/1 20/13
happened [2] 12/25
15/19
happening [1] 12/24
happy [3] 14/13 16/2
16/15
HARRELSON [35]
Harrelson's [3] 7/3
14/16 16/18
has [11] 4/23 5/24 6/1
6/2 6/5 6/6 9/2 9/10
12/21 13/1 13/20
hasn't [2] 5/24 15/19
hat [1] 18/13
hate [1] 21/17
have [36]
haven't [1] 9/12 18/8

**he [18]** 5/20 5/24 5/24
5/25 6/20 6/21 6/23 7/3
12/24 16/12 16/14
16/19 16/20 16/24
19/15 22/13 22/13
22/15
he's [5] 8/11 9/1 13/22
15/15 16/23
hear [5] 4/15 6/11
14/13 16/2 16/15
heard [5] 6/10 15/1
17/17
hearing [1] 1/10 4/11
24/5
helped [1] 19/5
here [12] 4/20 5/6 6/6
11/6 12/17 12/25 17/19
18/16 18/17 20/20
20/21 22/2
him [5] 10/20 15/14
17/11 17/15 22/15
himself [1] 11/9
his [13] 5/10 5/19 6/6
6/7 8/22 14/11 15/22
18/14 19/18 20/21
22/13 22/16 22/19
hold [1] 20/4
Honor [25]
HONORABLE [1] 1/10
how [4] 9/4 15/1 19/8
21/13

**I**

I believe [3] 8/21 14/15
14/18
I can [5] 7/17 14/7
18/17 21/25 22/6
I didn't [2] 5/1 5/2
I don't [11] 7/25 14/7
14/10 15/9 15/11 15/16
17/24 18/6 19/1 19/11
21/18
I don't recall [1] 10/13
I guess [3] 11/5 12/15
21/1
I have [4] 6/8 9/9 11/7
I haven't [1] 9/12 18/8
I just [1] 17/17
I know [4] 16/22 20/15
20/25 22/20
I mean [12] 15/3 15/17
16/11 16/19 17/9 18/6
18/15 18/22 19/11
19/14 20/17 22/23
I never [1] 18/7
I should [2] 22/10
22/19
I suppose [1] 6/23
I think [18] 5/1 5/4 5/9
6/20 9/15 10/8 10/21
12/5 12/7 14/8 14/12
14/20 14/21 15/2 15/13
16/7 20/8 20/18
I understand [1] 13/17
I was [1] 10/19
I went [1] 22/14
I would [1] 19/1 22/21

**wouldn't [1]** 11/23
I'd [1] 6/11
I'll [8] 5/8 9/9 9/14
15/21 22/5 22/7 22/24
23/2
I'm [12] 9/5 10/4 11/12
11/20 14/13 16/1 16/10
16/15 19/17 20/2 20/3
21/12
I'm not [2] 11/20 20/2
I'm not sure [2] 9/5
21/12
I'm sorry [1] 10/4
I've [4] 11/2 15/1 15/6
17/17
identified [1] 9/13
important [1] 11/7
incentive [1] 20/6
incomplete [1] 21/22
indirect [1] 10/14
individuals [4] 19/16
20/4 21/20 21/23
influencing [1] 21/23
information [2] 5/16
11/17
intended [2] 5/20
12/21
intention [2] 17/10
17/20
interested [1] 11/1
interrupt [1] 11/13
involve [1] 18/11
involved [4] 17/20 18/7
20/4 22/2
involves [1] 18/12
is [62]
is that correct [1] 18/5
is there [1] 23/8
issue [16] 7/14 8/16
9/15 9/20 11/8 12/8
12/12 12/15 14/16 16/5
16/16 19/22 21/4 21/14
22/10 22/23
issues [5] 9/18 11/5
12/2 14/19 20/1
it [24] 5/9 5/20 7/19
7/20 7/25 8/1 8/2 8/8
9/4 9/8 9/17 9/21 10/22
10/24 12/20 15/12 17/2
17/10 18/12 21/12
21/22 22/11 22/15
22/20
it's [16] 6/21 6/23 7/22
7/24 8/7 11/25 14/9
15/4 15/13 16/10 17/20
18/18 19/8 20/17 21/18
22/10

**J**

Jacob [1] 22/14
January [3] 8/3 8/8
20/4
Jeffrey [2] 1/13 4/6
jeffrey.nestler [1] 1/16
joint [3] 5/20 9/16 9/20
Jon [1] 4/7
Jon Moseley [1] 4/7
JONATHAN [1] 2/7

**J**

**Jonathon [1]** 2/6
**jonmoseley.com [1]**
2/10
**judge [6]** 1/11 6/16
7/21 8/23 17/3 21/19
**Julia [3]** 8/12 11/4
17/15
**Julia Haller [1]** 11/4
**jurisdiction [1]** 15/8
**jurisdictions [1]** 10/23
**just [33]**

**K**

**KELLY [8]** 1/6 2/2 4/4
4/8 8/9 8/14 17/2 18/8
**Kelly Meggs [1]** 4/8
**KENNETH [4]** 1/7 2/11
4/5 11/9
**kind [5]** 6/9 11/25
18/12 18/20 22/18
**kinds [1]** 11/3
**know [27]**
**knowing [1]** 14/1
**knowingly [2]** 7/10
21/12
**knowledge [1]** 11/19
**knows [1]** 16/24

**L**

**land [1]** 9/5
**LAW [2]** 2/3 2/7
**lawsuit [3]** 17/16 18/7
19/21
**lawyer [8]** 12/20 12/25
13/1 13/2 13/20 13/23
15/7 15/9
**lawyers [1]** 21/17
**lay [1]** 9/4
**LCC [1]** 2/12
**learn [1]** 7/2
**learned [1]** 11/22
**least [3]** 10/11 12/12
19/14
**legal [4]** 11/3 11/8 11/8
12/2
**less [3]** 9/16 9/21
18/11
**let [12]** 5/7 5/10 11/11
11/18 12/23 13/15
16/18 17/9 19/18 21/2
21/25 22/5
**Let's [1]** 16/5
**liable [1]** 20/7
**like [7]** 6/11 7/18 11/4
12/20 19/20 22/10
22/18
**limitations [1]** 24/7
**limited [1]** 6/6
**line [2]** 11/6 22/25
**listening [1]** 12/18
**literally [1]** 16/22
**little [1]** 10/21
**Local [1]** 15/6
**long [1]** 20/18
**looked [1]** 17/25
**losing [1]** 12/19
**lot [2]** 18/22 19/7

**M**

**made [2]** 14/9 16/12
**make [4]** 5/7 7/9 12/24
20/19
**many [1]** 10/25
**matter [5]** 7/7 9/24
10/1 17/11 24/4
**may [3]** 10/15 14/23
15/17
**maybe [4]** 10/21 11/5
11/15 19/14
**me [18]** 4/15 4/15 5/7
5/10 9/25 11/11 11/18
12/23 13/15 15/13
16/18 17/9 21/2 21/25
22/1 22/5 22/6 22/23
**mean [17]** 10/5 15/3
15/6 15/17 16/11 16/19
17/9 17/14 17/24 18/6
18/15 18/22 19/11
19/14 20/17 21/14
22/23
**means [1]** 15/20
**mechanical [1]** 3/6
**MEGGS [40]**
**Meggs's [1]** 8/13
**MEHTA [1]** 1/10
**member [1]** 11/19
**mentioned [2]** 10/14
22/13
**Merit [1]** 3/2
**met [1]** 22/14
**might [8]** 5/17 6/3 6/24
10/24 11/6 14/20 19/15
20/20
**mind [1]** 14/6
**minimum [1]** 13/22
**minutes [1]** 22/15
**misimpression [1]**
10/24
**mitigated [1]** 6/8
**moment [1]** 10/3
**Moseley [30]**
**Moseley's [4]** 5/22
5/22 15/21 16/8
**most [2]** 6/19 12/1
**motion [3]** 1/10 4/20
4/21
**motions [1]** 19/7
**move [1]** 14/2
**Mr. [126]**
**Mr. Geyer [9]** 6/1 6/24
7/3 10/15 11/16 11/18
13/2 13/22 15/17
**Mr. Harrelson [30]**
**Mr. Harrelson's [3]** 7/3
14/16 16/18
**Mr. Meggs [26]**
**Mr. Meggs's [1]** 8/13
**Mr. Moseley [27]**
**Mr. Moseley's [4]** 5/22
5/22 15/21 16/8
**Mr. Nestler [10]** 6/12
6/15 9/13 12/6 12/11
14/5 17/14 19/14 19/24
21/2
**Mr. Rehl [9]** 8/22 9/1
9/2 16/13 19/12 19/25

**Mr. Rehl's [2]** 16/9
19/18
**Mr. Wilson [5]** 4/21
4/22 15/20 15/22 16/4
**Mrs. [1]** 21/8
**Mrs. Meggs [1]** 21/8
**Ms. [8]** 8/9 9/23 9/24
10/1 18/16 18/17 21/5
21/7
**Ms. Haller [4]** 9/23
18/16 21/5 21/7
**Ms. Kelly [1]** 8/9
**Ms. Meggs [1]** 9/24
10/1 18/17
**much [1]** 16/3 19/17
20/23
**my [10]** 6/9 9/15 9/15
9/22 10/19 10/22 10/22
11/14 16/21 17/20
**myself [1]** 21/24

**N**

**name [2]** 8/20 10/22
**named [2]** 8/12 20/20
**necessary [1]** 15/11
**need [9]** 6/13 14/10
15/4 15/8 16/25 18/20
21/11 22/3 23/8
**needed [2]** 22/13
**needs [1]** 18/19
**Nestler [12]** 1/13 4/6
6/12 6/15 9/13 12/6
12/11 14/5 17/14 19/14
19/24 21/2
**never [5]** 6/21 12/2
15/1 15/6 18/7
**nevertheless [1]** 12/23
**new [2]** 4/23 12/10
**nice [1]** 23/11
**NJ [1]** 2/13
**no [12]** 1/4 4/3 4/4 4/4
6/1 11/23 11/23 12/2
12/5 12/7 13/9 23/10
**non [1]** 22/10
**non-issue [1]** 22/10
**not [30]**
**note [1]** 24/5
**nothing [1]** 16/22
22/20
**November [2]** 1/5
24/10
**now [6]** 7/9 7/17 7/20
9/2 9/23 17/7
**number [2]** 7/23 8/4
8/4
**NW [2]** 1/14 3/4

**O**

**objection [2]** 13/7 13/8
**observation [2]** 5/7
9/15
**obtained [2]** 6/22 6/23
**obvious [1]** 9/17
**obviously [1]** 11/20
20/14
**Ocala [1]** 2/4
**occur [1]** 20/8

**off [2]** 12/12 16/1
**office [4]** 1/13 2/3 18/1
21/5
**Official [1]** 3/3
**oh [3]** 10/4 17/6 18/6
**okay [15]** 4/12 4/19
10/6 10/16 12/4 12/14
13/6 13/14 14/4 14/17
14/22 16/5 19/4 20/22
22/22
**once [1]** 23/2
**one [12]** 5/14 5/18 6/4
6/24 7/13 7/25 9/15
12/12 12/19 16/7 18/18
20/7
**only [3]** 10/19 16/7
21/14
**opportunity [1]** 6/10
**order [2]** 5/2 10/8
**other [3]** 11/4 12/15
16/11
**otherwise [1]** 14/14
**ought [2]** 21/1 21/19
**our [2]** 7/22 15/6
**out [10]** 7/19 8/3 8/8
8/17 9/6 15/8 19/9 22/5
22/7 22/8
**over [1]** 10/22
**overlapping [1]** 9/12

**P**

**p.m [2]** 1/6 23/13
**pandemic [1]** 24/6
**papers [1]** 5/9
**Parkway [1]** 2/8
**part [1]** 16/23
**particularly [2]** 5/19
18/20
**partner [1]** 22/16
**passed [2]** 11/20 11/21
**passing [1]** 12/9
**pending [2]** 7/16 7/24
**perhaps [1]** 10/22
**permutations [1]** 9/7
**person [1]** 15/14
**personally [1]** 19/22
**Philadelphia [1]** 22/14
**picked [1]** 9/12
**piece [1]** 8/18
**Plaintiff [1]** 1/4
**plan [1]** 17/13
**play [1]** 18/13
**plays [1]** 19/9
**pleadings [1]** 10/23
**please [2]** 4/15 24/5
**point [4]** 15/17 20/7
22/9 22/18
**pose [2]** 14/20 20/9
**posed [1]** 11/15
**position [3]** 14/7 21/19
21/24
**possible [1]** 6/23
**potential [6]** 7/15 8/15
19/25 20/2 21/20 22/2
**power [2]** 22/13 22/16
**precisely [1]** 19/7
**preliminary [1]** 7/5

**prepared [1]** 14/1
**present [3]** 9/19 12/17
21/8
**presents [2]** 18/2
19/12
**pretty [1]** 20/23
**Prettyman [1]** 3/4
**pro [3]** 6/1 14/16 15/9
**probably [2]** 15/13
21/25
**problem [1]** 5/18
**procedure [1]** 15/1
**procedures [1]** 15/4
**proceed [4]** 7/10 7/11
20/8 22/24
**proceedings [5]** 1/10
3/6 13/17 23/13 24/4
**produced [1]** 3/7
**professional [1]** 22/21
**prosecutors [1]** 20/20
**provide [2]** 14/8 15/24
**provided [1]** 5/17
**prudence [1]** 7/7
**put [5]** 7/19 8/17 9/6
10/22 21/24
**puzzle [1]** 9/7

**Q**

**question [6]** 4/25 5/23
7/5 11/15 12/6 17/14
**questions [3]** 13/10
14/21 17/21
**quick [1]** 22/11

**R**

**R-e-h-l [1]** 8/20
**raised [3]** 4/25 5/5
17/22
**raises [1]** 10/2
**raising [1]** 17/14
**randomly [1]** 8/1
**reach [1]** 22/8
**reaction [3]** 5/8 9/15
9/22
**read [1]** 15/6
**ready [1]** 19/12
**real [2]** 21/15 22/11
**realize [2]** 5/3 17/21
**realized [1]** 5/12
**really [2]** 12/20 16/7
18/8
**Realtime [1]** 3/3
**reason [1]** 20/24
**recall [1]** 10/13
**received [3]** 6/3 10/11
10/15
**recollection [1]** 11/19
**record [6]** 15/13 21/22
22/4 22/11 23/3 24/3
**recorded [1]** 3/6
**Registered [1]** 3/2
**Rehl [13]** 8/20 8/22 9/1
9/2 16/8 16/13 19/5
19/12 19/25 20/6 20/10
20/21 22/14
**Rehl's [2]** 16/9 19/18
**relate [1]** 8/4
**related [5]** 7/14 7/15

## R

**related... [3]** 7/25 8/2 8/18
**relationship [1]** 19/18
**relieved [2]** 15/21 15/22
**remotely [2]** 4/10 24/7
**Reporter [4]** 3/2 3/2 3/3 3/3
**reporting [1]** 24/7
**represent [6]** 5/15 5/21 16/14 17/7 17/11 17/15
**representation [10]** 5/19 6/4 6/7 9/16 9/20 12/10 15/25 16/8 19/11 19/12
**representations [4]** 14/9 16/6 21/21 23/1
**represented [4]** 5/24 6/6 8/11 8/22
**representing [8]** 5/10 9/23 9/25 10/11 15/23 18/13 18/14 20/9
**represents [2]** 8/13 16/12
**request [2]** 20/24 21/3
**require [2]** 10/23 15/6
**required [2]** 15/10 15/16
**requires [1]** 15/18
**resolved [1]** 23/3
**retain [1]** 13/17
**retained [1]** 4/23
**right [15]** 7/1 7/12 8/10 10/18 13/18 15/20 16/4 16/25 17/4 17/6 17/6 17/6 18/25 20/12 20/16
**rightly [1]** 5/5
**rise [1]** 20/1
**risk [1]** 5/15
**risks [2]** 21/22 21/23
**RMR [2]** 24/2 24/11
**roar [1]** 19/21
**role [3]** 5/10 6/6 18/13
**Route [1]** 2/12
**Rules [1]** 15/6

## S

**said [2]** 6/20 9/23
**same [3]** 7/16 11/3 17/18
**satisfied [1]** 14/21
**satisfy [1]** 12/11
**say [2]** 19/20 21/2
**says [1]** 20/3
**scrutinizing [1]** 9/10
**second [1]** 6/7
**see [3]** 9/4 21/25 22/24
**seeing [1]** 6/17
**seeking [2]** 4/22 20/4
**seem [1]** 9/11
**seems [1]** 5/23
**sense [3]** 18/11 19/15 22/2
**serve [2]** 13/2 21/17
**served [1]** 13/21
**share [1]** 12/2
**shared [1]** 11/21

**she's [1]** 17/19
**should [4]** 6/18 21/25 22/10 22/19
**sic [1]** 22/14
**sign [2]** 16/1 22/15
**significant [1]** 9/21
**similar [1]** 21/9
**simply [2]** 5/25 15/8
**simultaneously [1]** 19/2
**sir [3]** 13/9 13/18 13/24
**situation [2]** 7/9 12/17
**Smith [2]** 7/23 8/19
**so [37]**
**so I think [5]** 6/24 7/5 9/20 15/20 22/24
**So it's [1]** 7/22
**some [13]** 7/16 10/2 10/23 13/21 14/20 15/17 18/20 19/16 20/4 20/5 22/2 22/12 22/17
**somebody [1]** 9/12
**somehow [1]** 5/19
**someone [1]** 5/25
**something [4]** 15/17 16/9 16/10 22/10
**sorry [1]** 10/4
**sort [8]** 5/14 5/16 7/5 7/14 9/9 12/8 19/23 20/18
**sound [2]** 12/20 23/4
**South [1]** 2/12
**speak [1]** 11/7
**specifics [1]** 11/20
**spill [1]** 6/3
**spoke [1]** 6/21
**sponsor [7]** 6/1 14/16 14/25 15/5 15/8 15/10 15/14
**sponsored [2]** 13/1 13/22
**sponsoring [3]** 10/20 10/24 15/7
**sponsorship [2]** 15/16 15/18
**start [2]** 6/12 10/17
**statement [1]** 20/19
**STATES [4]** 1/1 1/3 1/11 4/3
**status [2]** 16/19 21/13
**stay [4]** 18/24 19/6 20/24 20/24
**stenography [1]** 3/6
**strategies [2]** 11/3 11/8
**strategy [1]** 11/1
**Street [2]** 1/14 2/3
**strike [1]** 22/23
**stuff [1]** 22/17
**styled [1]** 7/23
**subject [1]** 24/6
**submission [5]** 5/22 10/9 10/14
**substantially [1]** 6/8
**substitution [3]** 4/25 5/2 5/5
**sufficient [4]** 14/5

**suggest [1]** 7/8
**suit [1]** 7/23
**Suite [2]** 2/4 2/13
**suits [1]** 8/2
**suppose [2]** 6/23 16/11
**sure [6]** 7/9 7/21 9/5 12/24 16/10 21/12
**SW [1]** 2/3

## T

**table [2]** 7/20 12/12
**take [1]** 23/8
**taken [1]** 12/12
**talk [2]** 9/14 22/25
**talked [1]** 11/8
**talking [1]** 22/12
**team [1]** 21/6
**technological [1]** 24/7
**ten [1]** 22/15
**tends [1]** 6/18
**terms [4]** 6/6 9/4 14/8 21/4
**Terrific [1]** 4/19
**than [3]** 9/17 9/21 19/15
**thank [12]** 4/19 9/8 9/13 15/25 16/3 16/3 16/4 23/6 23/7 23/10 23/11 23/12
**Thank you [8]** 4/19 9/8 9/13 16/3 16/3 16/4 23/6 23/7
**that [119]**
**that's [24]** 4/24 5/5 5/18 6/4 6/9 7/5 7/13 9/4 9/22 10/6 12/5 12/6 14/5 14/15 14/18 14/21 15/10 15/11 16/9 16/25 17/13 18/2 18/15 20/23
**their [1]** 20/14
**them [1]** 11/7
**then [16]** 5/18 5/21 6/13 7/7 7/14 7/20 8/18 12/7 12/15 13/5 16/5 16/8 19/6 21/3 21/21 23/1
**theory [2]** 11/16 12/19
**there [16]** 5/15 7/14 8/16 8/17 8/18 9/5 9/5 9/7 9/17 10/17 11/5 20/6 20/14 21/10 21/15 23/8
**there's [7]** 6/13 7/22 15/10 15/16 16/1 19/6 19/16
**therefore [4]** 6/2 10/10 12/17 24/6
**these [6]** 7/16 9/7 13/16 14/12 21/21 23/1
**they [8]** 7/10 7/11 15/7 17/18 21/11 21/11 21/12 21/13
**they're [2]** 7/9 9/6
**thing [2]** 6/24 19/23
**think [38]**
**thinking [2]** 6/9 6/11 21/5

**this [35]**
**thornier [1]** 14/20
**those [4]** 19/16 22/1 22/3 23/2
**though [1]** 14/23
**thought [3]** 10/5 18/9 21/4
**thoughts [1]** 16/15
**through [3]** 9/7 10/15 21/4
**thumbs [3]** 4/16 4/17 4/18
**thumbs-up [3]** 4/16 4/17 4/18
**ties [2]** 19/25 20/2
**time [2]** 13/12 22/12
**titled [1]** 24/4
**too [1]** 13/16
**topic [1]** 7/13
**transcript [3]** 1/10 3/6 24/3
**transcription [1]** 3/7
**Trump [2]** 7/23 8/19
**trust [1]** 15/23
**trying [1]** 21/19
**turn [5]** 6/13 10/7 12/23 13/15 16/5
**two [7]** 5/14 5/16 6/5 11/5 14/12 14/19 19/16
**types [1]** 21/21

## U

**U.S [1]** 1/13
**U.S.C. [1]** 11/2
**understand [2]** 13/4 13/17
**understanding [2]** 10/19 16/21
**understands [1]** 12/24
**Understood [1]** 8/6
**unduly [1]** 21/23
**UNITED [4]** 1/1 1/3 1/11 4/3
**United States of [1]** 4/3
**unlikely [1]** 6/21
**until [1]** 7/9
**up [9]** 4/16 4/17 4/18 5/11 7/9 9/12 15/4 22/25 23/8
**upon [1]** 4/22
**usdoj.gov [1]** 1/16
**used [1]** 20/20

## V

**VA [1]** 2/9
**various [2]** 9/7 22/25
**versus [3]** 4/4 7/23 8/19
**very [1]** 16/3
**via [2]** 1/10 6/23
**voluntarily [1]** 7/10
**vs [1]** 1/5

## W

**waivable [4]** 9/6 18/2 18/3 22/3

**waive [1]** 21/11
**waiver [1]** 21/22
**waivers [2]** 18/20 22/3
**want [5]** 15/12 16/1 19/1 19/21 21/24
**wanted [6]** 4/10 7/10 7/11 9/6
**was [22]** 4/20 4/21 4/25 5/9 5/13 5/14 5/20 10/19 10/19 10/22 12/6 17/2 21/10 21/15 22/12 22/16 22/20
**Washington [3]** 1/5 1/14 3/5
**way [1]** 22/24
**ways [1]** 20/18
**we [22]** 6/12 7/6 7/7 7/20 8/15 9/4 9/7 9/14 10/7 11/24 12/1 14/10 14/25 15/4 16/7 16/9 17/1 18/20 21/1 21/7 22/3 23/8
**We believe [1]** 21/7
**we will [1]** 14/25
**we'll [3]** 6/13 10/2 14/25 22/7 23/2
**we're [7]** 4/20 5/6 8/24 11/1 14/21 20/8 23/8
**we've [2]** 14/10 14/12
**weekly [1]** 11/24 11/25
**well [11]** 11/5 11/11 11/24 15/3 15/12 16/17 17/13 17/23 17/25 20/23 21/1
**went [1]** 22/11
**were [5]** 5/14 5/21 20/8 20/8 21/8
**what [15]** 5/6 6/9 6/17 6/20 12/5 12/8 14/12 17/22 18/2 20/3 20/14 21/1 21/2 21/5 21/25
**what's [4]** 12/24 12/25 16/18 20/13
**whatever [1]** 15/24
**when [1]** 22/12
**where [3]** 6/9 22/9 22/18
**whether [6]** 5/15 5/18 10/13 18/1 18/12 22/3
**which [3]** 7/3 11/6 12/8
**while [1]** 11/1
**who [9]** 8/12 8/20 9/2 9/10 11/16 12/19 13/1 22/1 22/6
**who's [1]** 17/2
**whose [3]** 8/19
**why [3]** 6/12 7/19 10/7
**wife [3]** 8/13 14/11 18/14
**will [2]** 7/10 14/25
**William [4]** 3/2 24/2 24/10 24/11
**Wilson [8]** 2/2 2/3 4/7 4/21 4/22 15/20 15/22 16/4
**wish [1]** 13/17
**withdraw [1]** 4/22

**W**

**without [2]** 18/16
18/16
**words [1]** 16/11
**workload [2]** 19/2
19/22
**would [17]** 5/15 5/17
5/20 7/4 7/7 7/18 9/2
11/16 12/2 15/1 17/18
18/6 19/1 19/15 19/21
20/9 22/21
**wouldn't [1]** 11/23
**written [2]** 10/9 10/13

**Y**

**yeah [8]** 7/19 10/19
16/17 18/10 19/10
20/17 20/25 22/23
**Yes [9]** 6/16 12/13 13/5
13/19 13/25 14/3 18/21
23/5 23/6
**yesterday [3]** 5/9 5/23
6/17
**yet [1]** 15/19
**you [60]**
**you'll [2]** 15/22 15/24
**You're [1]** 13/24
**you've [4]** 9/12 10/8
10/9 11/22
**your [45]**
**Your Honor [25]**

**Z**

**Zach [1]** 16/8
**Zachary [2]** 8/20 19/5
**Zaremba [4]** 3/2 24/2
24/10 24/11
**ZOOM [1]** 1/10