IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>v.   )<br>)<br>**CONNIE MEGGS,**   )<br>)<br>**Defendant.**   )<br>) | Criminal No. 1:21-cr-00028-APM |

# ORDER

Upon consideration of the Motion to Clarify and Rescind (and/or vacate) the Minute Order of November 12, 2021, in which the court appointed conflicts counsel in the matter relating to the common representation of KELLY MEGGS (8) and CONNIE MEGGS (9) in this case and in the civil case, *Smith v. Trump*, 21-cv-2265, any opposition thereto, and further Reply, and oral hearing, pursuant to Rule 47, and good cause having been shown, it is this _____ day of December, 2021, by the United States District Court for the District of Columbia

ORDERED:   That the Minute Order of November 12, 2021 in which Conflicts Counsel appointed over the common representation of KELLY MEGGS (8) and CONNIE MEGGS (9) in this case and in the civil case, *Smith v. Trump*, 21-cv-2265, is clarified and hereby rescinded and/or vacated.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Dated: