# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 21-cr-00028 (APM)** |
| **v.** | ) | |
| | ) | |
| **KENNETH HARRELSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENDANT HARRELSON'S REPLY MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE** filed by Kenneth Harrelson, good cause having been shown, it is this _____ day of December, 2021, by the United States District Court for the District of Columbia,

**ORDERED: That the Motion is hereby GRANTED.**

Dated: December 5, 2021

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE