# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No. 21-cr-00028 (APM)** |
| **v.** ) | |
| ) | |
| **KENNETH HARRELSON,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the UNOPPOSED MOTION TO EXTEND TIME FOR KENNETH HARRELSON TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR RELEASE ON HUMANITARIAN GROUNDS filed by Kenneth Harrelson, good cause having been shown, it is this _____ day of December, 2021, by the United States District Court for the District of Columbia,

ORDERED: That the Motion is hereby GRANTED.

Dated: December 5, 2021

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE