# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) Criminal No. 1:21-cr-00028-APM |
| v. | ) ) |
| CONNIE MEGGS, | ) ) |
| Defendant. | ) ) ) |

# ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to travel to another county in Florida, and good cause having been shown, it is this _____ day of December, 2021, by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie Meggs to travel on December 26, 2021 through December 29, 2021 to visit her senior parents.

2. Between December 26, 2021 through December 29, 2021, Mrs. Connie Meggs shall not be required to report by telephone to Pretrial Services once a day, but shall maintain her monitoring device. Upon her return to her residence, Mrs. Meggs shall notify her Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Dated: