IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-cr-00028-APM |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

1. Defendant Connie Meggs, by and through the undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Connie Meggs to attend a Telehealth Medical Appointment via ZOOM tomorrow, January 5, 2022, at 11:45 AM with her family doctor in Ocala, Florida.

2. The government does not oppose this request.

3. Counsel has provided the doctor's details and address to government counsel and to Pretrial Services.

4. All other conditions shall remain the same.

WHEREFORE, Connie Meggs respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mrs. Meggs to attend a Telehealth Medical Appointment via ZOOM tomorrow January 5, 2022, at 11:45 AM with her family doctor in Ocala Florida.

[signature next page]

Dated: January 4, 2022                    Respectfully submitted,


                                                                              */s/* Juli Z. Haller
                                         Juli Z. Haller, (D.C. Bar No.466921)
                                         The Law Offices of Julia Haller
                                         601 Pennsylvania Avenue, N.W.,
                                         S. Building, Suite 900
                                         Washington, DC 20004
                                         Telephone: (202) 729-2201
                                         HallerJulia@outlook.com

                                         *Counsel for Defendant Connie Meggs*


## CERTIFICATE OF SERVICE

On January 4, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.


                                         Respectfully submitted,


                                         */s/* Juli Z. Haller
                                         Juli Z. Haller