IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:21-cr-00028-APM** |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to attend a medical appointment with her family doctor via a Telehealth Appointment via ZOOM services at 11:45 AM on January 5, 2022, and good cause having been shown, it is this _____ day of January, 2022 , by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie to attend a Telehealth Medical Appointment via ZOOM tomorrow January 5, 2022, at 11:45 AM with her family doctor in Ocala, Florida.

2. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____

The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*