IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:21-cr-00028-APM |
| v. ) | |
| CONNIE MEGGS, ) | |
| Defendant. ) | |

**CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

1. Defendant Connie Meggs, by and through the undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Connie Meggs to travel to Boynton Beach Florida to visit with her senior parents from Monday February 14, 2022 – Thursday, February 17, 2022. She is planning to be back at work back on Friday, February 18, 2022.

2. The undersigned conferred with Mr. Nestler and the government consents to this request.

3. Pretrial Services approves this request.

4. Connie Meggs is planning to travel by automobile, about three-three and half hours, to her parents' home in Boynton Beach, Florida where she would spend three nights.

5. Connie Meggs' parents are senior, her father is ninety-four (94) years old and now on Hospice. Connie would visit as well as assist her mom.

6. Between Monday February 14, 2022 – Thursday, February 17, 2022, Mrs. Connie Meggs shall not be required to submit to location monitoring services but instead shall report by telephone to Pretrial Services. Upon her return to her residence, Mrs. Meggs shall notify her Pretrial Services Officer.

7. All other conditions shall remain the same.

WHEREFORE, Connie Meggs respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mrs. Meggs to travel out of town from Monday February 14, 2022 – Thursday, February 17, 2022 to stay with her parents in Florida.

Dated: February 7, 2022              Respectfully submitted,

                                     _____/s/ Juli Z. Haller_____
                                     Juli Z. Haller, (D.C. Bar No.466921)
                                     The Law Offices of Julia Haller
                                     601 Pennsylvania Avenue, N.W., Suite 900
                                     Washington, DC 20004
                                     Telephone: (202) 729-2201
                                     HallerJulia@outlook.com

                                     *Counsel for Defendant Connie Meggs*

## CERTIFICATE OF SERVICE

On February 7, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

_____/s/ Juli Z. Haller_____
Juli Z. Haller