# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Criminal No. 1:21-cr-00028-APM** <br> ) |
| v. | ) <br> ) |
| **CONNIE MEGGS,** | ) <br> ) |
| Defendant. | ) <br> ) |

# ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release to travel to another county in Florida, and good cause having been shown, it is this _____ day of February, 2022 by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie Meggs to travel on Monday February 14, 2022 – Thursday, February 17, 2022 to visit and assist her senior parents.

2. Between Monday February 14, 2022 – Thursday, February 17, 2022, Mrs. Connie Meggs shall not be required to submit to location monitoring services but instead shall report by telephone to Pretrial Services once a day. Upon her return to her residence, Mrs. Meggs shall notify her Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

Dated: