IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 1:21-cr-00028-APM ) ) |
| DONOVAN RAY CROWL, | ) ) |
| SANDRA RUTH PARKER, | ) ) |
| BENNIE ALVIN PARKER, | ) ) |
| LAURA STEELE, | ) ) |
| CONNIE MEGGS, | ) ) |
| and | ) ) |
| WILLIAM ISAACS, | ) ) |
| Defendants. | ) ) |

**CONSENT MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE**

On January 26, 2022, the Court set a Pretrial Motions deadline of February 11, 2022, in the above-captioned matter. On February 10, 2022, the government filed its latest Discovery Status Report in which it advised that: "Upon this filing, the government intends to consult with defense counsel in this case about how this status report may impact the parties' readiness to proceed with the trial currently scheduled for April 19, 2022, in light of the time frames set forth above." Discovery Status Report at 21-22 (Feb. 10, 2022) (ECF No. 620). So as to permit defense counsel and the government to engage in substantive discussions concerning the status of discovery in this matter and the feasibility of the April 19, 2022, trial date, the parties jointly request a brief extension of the time within which to file their pretrial motions until Tuesday, February 15, 2022.

Dated:  February 11, 2022

Respectfully submitted,

| | |
|---|---|
| _/s/ Kathryn L. Rakoczy_<br>Kathryn L. Rakoczy (D.C. Bar No. 994559)<br>555 4th Street, NW<br>Washington, DC 20530<br>202-252-6988 (telephone)<br>Kathryn.Rakoczy@usdoj.gov<br><br>*Assistant United States Attorney* | _/s/ Stanley E. Woodward, Jr._<br>Stanley E. Woodward, Jr. (D.C. Bar No. 997320)<br>Brand Woodward Law, LP<br>1808 Park Road NW<br>Washington, DC 20010<br>202-996-7447 (telephone)<br>Stanley@BrandWoodwardLaw.com |
| _/s/ Carmen Hernandez_<br>Carmen D. Hernandez (MD Bar No. 03366)<br>7166 Mink Hollow Road<br>Highland, MD 20777<br>240-427-3391 (telephone)<br>chernan7@aol.com<br><br>*Counsel for Defendant Donovan Ray Crowl* | _/s/ Juli Z. Haller_<br>Juli Z. Haller, (D.C. Bar No.466921)<br>The Law Offices of Julia Haller<br>601 Pennsylvania Avenue, N.W., Suite 900<br>Washington, DC 20004<br>202-729-2201 (telephone)<br>HallerJulia@outlook.com<br><br>*Counsel for Defendant Connie Meggs* |
| _/s/ John L. Machado_<br>John L. Machado (D.C. Bar No. 449961)<br>503 D Street, NW, Suite 310<br>Washington, DC 20001<br>703-989-0840 (telephone)<br>johnlmachado@gmail.com<br><br>*Counsel for Defendant Sandra Ruth Parker* | _/s/ Gene Rossi_<br>Gene Rossi (VA Bar No. 93136)<br>Carlton Fields, P.A.<br>1025 Thomas Jefferson St, NW, Suite 400 W<br>Washington, DC 20007<br>202-965-8119 (telephone)<br>grossi@carltonfields.com |
| _/s/ Stephen F. Brennwald_<br>Stephen F. Brennwald (D.C. Bar No. 398319)<br>922 Pennsylvania Avenue, SE<br>Washington, DC 20003<br>301-928-7727 (telephone)<br>sfbrennwald@cs.com<br><br>*Counsel for Defendant Bennie Alvin Parker* | _/s/ Natalie A. Napierala_<br>Natalie A. Napierala (NY Bar No. 2445468)<br>Carlton Fields, P.A.<br>405 Lexington Avenue, 36th Floor<br>New York, NY 10174-0002<br>212-785-2747 (telephone)<br>nnapierala@carltonfields.com |
| _/s/ Peter A. Cooper_<br>Peter A. Cooper (D.C. Bar No. 478082)<br>400 5th Street, NW, Suite 350<br>Washington, DC 20001<br>202-400-1431 (telephone)<br>pcooper@petercooperlaw.com<br><br>*Counsel for Defendant Laura Steele* | _/s/ Charles M. Greene_<br>Charles M. Greene (FL Bar No. 938963)<br>Law Offices of Charles M. Greene, P.A.<br>55 East Pine Street<br>Orlando, FL 32801<br>407-648-1700 (telephone)<br>cmg@cmgpa.com<br><br>*Counsel for Defendant William Isaacs* |

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) |
| v. | ) Criminal No. 1:21-cr-00028-APM <br> ) <br> ) |
| **CONNIE MEGGS,** | ) <br> ) |
| **Defendant.** | ) <br> ) |

### CERTIFICATE OF SERVICE

On February 11, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Dated: February 11, 2022

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Connie Meggs*