IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) |
| v. | ) ) ) |
| **DONOVAN RAY CROWL, et al.**, | ) ) ) |
| Defendants. | ) ) |

**Criminal No. 1:21-cr-00028-APM**

**[PROPOSED] ORDER**

Upon consideration of the Parties' Consent Motion to extend the deadline within which to file pretrial motions, it is, this ___ day of February, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Parties shall have until February 15, 2022, to file Pretrial Motions.

**SO ORDERED.**

The Honorable Amit Mehta
United States District Court Judge