IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-00028-APM |
| ) | |
| CONNIE MEGGS, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

1. Defendant Connie Meggs, by and through the undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Connie Meggs to repeatedly weekly travel to Boynton Beach Florida to visit with her senior parents, she assists her mother because her father is now on Hospice. Mrs. Meggs seeks modification to allow her travel, beginning with this week for four days and repeating each week for four (4) days for the next four weeks, after which Defendant would seek to renew renew the motion. She returns home for each Friday to work on Fridays.

2. The undersigned conferred with AUSA Kathryn L. Rakoczy and the government does not oppose to this request.

3. Pretrial Services approves this request.

4. Connie Meggs is planning to travel by automobile, about three-three and half hours, to her parents' home in Boynton Beach, Florida where she would spend four nights.

5. Connie Meggs' parents are senior, her father is ninety-four (94) years old and now on Hospice. Connie visits to assist her mom.

6. All other conditions shall remain the same.

WHEREFORE, Connie Meggs respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mrs. Meggs to travel out of town beginning with this week for four days and repeating each week for four (4) days for the next four weeks, to stay those four nights a week, with her parents in Florida.

Dated: February 20, 2022        Respectfully submitted,

            /s/ Juli Z. Haller
Juli Z. Haller, (D.C. Bar No.466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

*Counsel for Defendant Connie Meggs*

## CERTIFICATE OF SERVICE

On February 20, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Respectfully submitted,

_____*/s/* Juli Z. Haller_____
Juli Z. Haller