IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) Criminal No. 1:21-cr-00028-APM |
| v. | ) ) |
| CONNIE MEGGS, | ) ) |
| Defendant. | ) ) ) |

# ORDER

Upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to allow Mrs. Connie Meggs to travel to her parents' residence in Boynton Beach, Florida from her residence in Florida, beginning with this coming week, Monday February 21, 2022, for four days a week, repeating each week, for four weeks, and good cause having been shown, it is this

_____ day of February, 2022 , by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie Meggs to allow her to travel to her parents residence in Boynton Beach Florida, beginning with this week for four days and repeating each week for four (4) days for the next four weeks.

2. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*