IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-cr-00028-APM |
| v. ) | |
| ) | |
| **CONNIE MEGGS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# ORDER

Having previously granted ECF Motion 628, and upon consideration of the Unopposed Motion to Modify Conditions of Pretrial Release to allow Mrs. Connie Meggs to travel to her parents' residence in Boynton Beach, Florida from her residence in Florida, for three to four days a week, repeating each week, on a continuing basis, with no specific end date, and good cause having been shown, it is this _____ day of March, 2022 , by the United States District Court for the District of Columbia ORDERED:

1. That the Conditions of Pretrial Release are hereby MODIFIED to allow Mrs. Connie Meggs to allow her to travel to her parents residence in Boynton Beach Florida, for three to four days a week to continue on an open ended basis.

2. All other Conditions of Release shall remain in force.

Respectfully Submitted,

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*