IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CR No. 21-28
) Washington, D.C.
vs. ) July 2, 2021
) 10:44 a.m.
THOMAS E. CALDWELL, ET AL., )
)
Defendants. )
___________________________________)

TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Kathryn Leigh Rakoczy
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-6928
Email:
kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:

David William Fischer, Sr.
FISCHER & PUTZI, P.A.
7310 Governor Ritchie Highway
Empire Towers, Suite 300
Glen Burnie, MD 21061-3065
(410) 787-0826
Email: fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:

Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391
Email: chernan7@aol.com

For Defendant
Jessica M. Watkins:

Michelle M. Peterson
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, D.C. 20004
(202) 208-7500
Email: Shelli_peterson@fd.org

For Defendant
Sandra R. Parker:

John L. Machado
LAW OFFICE OF JOHN MACHADO
503 D Street, NW
Suite 310
Washington, D.C. 20001
(703) 989-0840
Email: johnlmachado@gmail.com

For Defendant
Bennie A. Parker:

Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, D.C. 20003
(301) 928-7727
Email: sfbrennwald@cs.com

APPEARANCES CONTINUED:

For Defendant Laura Steele:

Peter A. Cooper
PETER A. COOPER
400 5th Street, NW
Suite 350
Washington, D.C. 20001
(202) 400-1431
Email:
pcooper@petercooperlaw.com

For Defendant Kelly Meggs:

David A. Wilson
LAW OFFICE OF DAVID A. WILSON
201 SW 2nd Street
Suite 101
Ocala, FL 34471
(352) 629-4466
Email: david@dwilsonlaw.com

For Defendant Connie Meggs:

Julia Zsuzsa Haller
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW
Suite 900
S. Building
Washington, D.C. 20036
(202) 352-2615
Email: hallerjulia@outlook.com

Stanley Edmund Woodward, Jr.
BRAND WOODWARD LAW
1808 Park Road NW
Washington, D.C. 20010
(202) 996-7447
Email:
stanley@brandwoodwardlaw.com

APPEARANCES CONTINUED:

For Defendant Kenneth Harrelson:

Nina J. Ginsberg
DIMURO GINSBERG, PC
1101 King Street
Suite 610
Alexandria, VA 22314
(703) 684-4333
Email: nginsberg@dimuro.com

Jeffrey Daniel Zimmerman
Jeffrey Zimmerman, PLLC
First Floor
108 N. Alfred Street
Alexandria, VA 22314
(703) 548-8911
Email: zimpacer@gmail.com

John M. Pierce
JOHN PIERCE LAW
21550 Oxnard Street
3rd Floor OMB #172
Woodland Hills, CA 91367
(213) 279-7648
Email:
jpierce@johnpiercelaw.com

For Defendant Roberto A. Minuta:

Jenifer Wicks
BLIND JUSTICE
LEGAL SERVICES CORPORATION
PO Box 60585
Washington, D.C. 20039
(202) 839-5102
Email:
jenifer@blindjusticedc.org

APPEARANCES CONTINUED:

For Defendant Joshua A. James:

Joni C. Robin
LAW OFFICE OF JONI C. ROBIN
114 North Alfred Street
Alexandria, VA 22314
(703) 349-1111
Email: joni@jonirobinlaw.com

Christopher R. K. Leibig
LAW OFFICES
OF CHRISTOPHER LEIBIG
114 N. Alfred Street
Alexandria, VA 22314
(703) 683-4310
Email:
chris@chrisleibiglaw.com

For Defendant Jonathan Walden:

Thomas J. Spina
1330 21st Way South
Suite 200
Birmingham, AL 35205
(205) 939-1330
Email: tommy@tommyspina.com

For Defendant Jason Dolan:

Elizabeth Lauren Van Pelt
LIBBEY VAN PELT LAW, PLLC
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
(571) 356-9066
Email:
libbey@libbeyvanpeltlaw.com

Michael T. Van Der Veen
VAN DER VEEN,
O'NEILL, HARTSHORN & LEVIN
1219 Spruce Street
Philadelphia, PA 19107
(215) 546-1000
Email: mtv@mtvlaw.com

APPEARANCES CONTINUED:

For Defendant William Isaacs:

Eugene Rossi
CARLTON FIELDS P.A.
1025 Thomas Jefferson St., NW
Suite 400 West
Washington, D.C. 20007
(202) 965-8100
Email:
grossi@carltonfields.com

Natalie Napierala
CARLTON FIELDS P.A.
405 Lexington Avenue,
36th Floor
New York, NY 10174-3699
(212) 785-2747
Email:
nnapierala@carltonfields.com

APPEARANCES CONTINUED:

Court Reporter: William P. Zaremba
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
E. Barrett Prettyman CH
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY: Good morning, Your Honor. This is Criminal Case No. 21-28, the United States of America versus Defendant No. 1, Thomas Edward Caldwell; Defendant No. 2, Donovan Ray Crowl; Defendant No. 3, Jessica Marie Watkins; Defendant No. 4, Sandra Ruth Parker; Defendant No. 5, Bennie Alvin Parker; Defendant No. 7, Laura Steele; Defendant 8, Kelly Meggs; Defendant 9, Connie Meggs; Defendant 10, Kenneth Harrelson; Defendant 11, Roberto Minuta; Defendant 12, Joshua A. James; Defendant 13, Jonathan Walden; Defendant 15, Jason Dolan; and Defendant 16, William Isaacs.

Kathryn Rakoczy for the government.

David Fischer on behalf of Defendant Caldwell.

Carmen Hernandez on behalf of Defendant Crowl.

Michelle Peterson on behalf of Defendant Watkins.

John Machado for Ms. Sandra Parker.

Stephen Brennwald for Mr. Bennie Parker.

Peter Cooper for Defendant Steele.

David Wilson for Defendant Kelly Meggs.

Mary Anderson for Defendant Connie Meggs.

Nina Ginsberg, Jeffrey Zimmerman, and John Pierce for Defendant Kenneth Harrelson.

Jenifer Wicks for Defendant Minuta.

Joan Robin and Christopher Leibig for Defendant

Joshua James.

Thomas Spina for Defendant Walden.

Elizabeth Van Pelt and Michael Van Der Veen for Defendant Jason Dolan.

Gene Rossi and Natalie Napierala for Defendant Isaacs.

All defendants are appearing remotely for this hearing.

THE COURT: Okay, everyone. Good morning. It's nice to be with all of you and see everyone. I hope everybody is doing well.

So we are here about 30 days from where we were last to get an update on where things are and figure out a path forward.

So why don't we start at the -- before we do that, let me just -- I want to make sure all of the defendants are able to hear me and are able to follow these proceedings. So I am just going to go down the list of defendants from top to bottom as they appear in the indictment, and I'll just ask you to confirm that you're able to hear the Court and hear these proceedings, starting with Mr. Caldwell.

DEFENDANT CALDWELL: Yes, Your Honor.

THE COURT: Mr. Crowl?

DEFENDANT CROWL: Yes, sir.

THE COURT: Ms. Watkins?

DEFENDANT WATKINS: Yes, Your Honor.

THE COURT: Ms. Parker?

DEFENDANT SANDRA PARKER: Yes, Your Honor.

THE COURT: Mr. Parker?

DEFENDANT BENNIE PARKER: Yes, Your Honor.

THE COURT: Ms. Steele?

DEFENDANT STEELE: Yes, sir.

THE COURT: Mr. Meggs?

DEFENDANT CONNIE MEGGS: Yes, Your Honor.

THE COURT: Ms. Meggs?

DEFENDANT KELLY MEGGS: Yes, Your Honor.

THE COURT: Mr. Harrelson?

DEFENDANT HARRELSON: Yes, Your Honor.

THE COURT: Mr. Minuta?

DEFENDANT MINUTA: Yes, Your Honor.

THE COURT: Mr. James?

Do we have Mr. James?

COURTROOM DEPUTY: Mr. James is currently speaking into his mic, but his microphone is not working.

THE COURT: Okay.

But Mr. James is present?

Can counsel confirm that Mr. James is present for this hearing?

MS. ROBIN: Yes, Mr. James is present. I saw him just a moment ago.

COURTROOM DEPUTY: This is Jean-Claude, the Courtroom Deputy.

MS. ROBIN: And I can text him just to confirm that he's able to hear. But I believe he's -- Mr. James, if you can hear, can you put your thumbs up?

DEFENDANT JAMES: (Indicating thumbs up.)

MS. ROBIN: Okay. He's here.

THE COURT: Mr. Walden?

MR. SPINA: Your Honor, he is present.

THE COURT: Mr. Hackett?

Oh, Mr. Hackett is coming this afternoon.

Mr. Dolan?

DEFENDANT DOLAN: Yes, Your Honor.

THE COURT: And Mr. Isaacs?

DEFENDANT ISAACS: Yes, Your Honor.

THE COURT: Okay. Very good.

All right. I'll just ask everyone to please keep your line on mute if you're not addressing me. That way, we can avoid any feedback.

All right. Let's start with where things stand in terms of discovery.

So, Ms. Rakoczy, if you're on behalf of the government, the floor is yours.

I'll ask you to address status of discovery, status of potential dispositions, to the extent you're able

to share that. And then I have a couple of other things I want to raise with you, but let's start with those two.

MS. RAKOCZY: Yes, Your Honor.

In terms of discovery for this particular case, we have continued to provide discovery materials since the last hearing, and at this point, there is remaining discovery that needs to be provided, but not a terrible amount.

We do -- for the 12 defendants who were charged initially, I think most of what remains is a small amount of FBI reports that have been generated since the last production of FBI reports, so reports for the ongoing investigation. And then there is a handful of search warrant returns for large amounts of data from iCloud accounts that we've not been able to get to the defense yet because they are, I think, too large to put on USAfx. And so we hope to get those on external drives or thumb drives and get those to the defense within the next week or two.

We do have then for the four newly added defendants, some search warrant returns and subpoena returns that we need to provide to the entire roster of attorneys for the defendants in these cases.

And then there are a few small items --

THE COURT: I'm sorry, Ms. Rakoczy, I was a little confused by that last statement.

You had started by saying, that with respect to

the last four defendants, are they up to -- have they caught up with everyone else?

MS. RAKOCZY: Oh, yes, Your Honor.

We provided -- I think within the first week or two of those defendants entering this case, we provided them with hard drives that included a copy of all the discovery previously provided in this case.

You know, in terms of the ongoing investigation, there were some subpoenas issued with returns received. And then since those defendants' arrests, there were some search warrants executed on devices, and that's the body of evidence for those new defendants that we need to provide to both them and to counsel for the co-defendants.

THE COURT: All right. Go ahead. I'm sorry, I interrupted you.

MS. RAKOCZY: Yes, Your Honor.

We provided the bulk of the CCTV footage from the Capitol that we have found and identified as showing these defendants' movements through the Capitol, with the exception of a few external cameras, and my understanding is we'll get that final footage today or early next week, and that should cover the bulk or all of the Capitol footage that we have found showing these defendants to date, and we'll get that out the door next week.

We do still need to arrange for Capitol tours for

some of the new defense attorneys and I think a couple of the attorneys who were not able to attend the prior tours. And my understanding is that that should happen later this summer. And I apologize that that has not happened to date, but we are working with the Capitol Police to try to find a time when Congress is not in session; it's my understanding that that's their reference, because then it's easier from a security standpoint. And so I am very hopeful that that will occur, hopefully, in early August, but I don't have firm dates yet for those tours.

And then with the exception of *Jencks* and *Giglio* materials that would be provided closer to the time of trial, I think that is a general summary of what remains to be provided. There is obviously an ongoing investigation, and I think as we approach the end of the summer, we need to do a review of evidence gathered in the ongoing investigation and just make sure that there's nothing in there that may relate to other subjects but that could be relevant to these defendants that we would need to provide.

And so just in terms of timing, I think we are moving towards, by the end of the summer, reaching something of a conclusion with the discovery for the defendants in this particular case or for evidence gathered in this particular aspect of the Capitol attacks investigation. Obviously, again, the investigation is ongoing, and so we'll

need to continuously review what we receive and see if there's relevance and discoverability for that evidence for these particular defendants. But that's sort of where we stand with respect to the discovery for these particular defendants.

There is then the body of evidence with respect to the larger Capitol attack investigation. There's obviously over 400 people who've been charged at this point, and I can speak to the plan and timing for that discovery as well if the Court is interested.

THE COURT: Yes, I'd like to understand that.

And then, I guess the other question is how that plays a role in terms of our thinking of scheduling and potential trials, but go ahead, Ms. Rakoczy.

MS. RAKOCZY: Yes, Your Honor.

And we think it does and that's why we're trying to be mindful of that and provide the Court and counsel updates.

So the United States Attorney's Office has been working with a third-party vendor to try to create a centralized database or holding space for the evidence gathered across all of these Capitol-attack-related investigations, and we've also been meeting with the Defense Bar, primarily representatives from the Federal Public Defender Service, since January, to try to make sure that we

approach this in a way that is going to be useful for the Defense Bar as well.

And it's my understanding that we have now a contract in place with a third-party vendor and we have started moving data to this third-party vendor to create this centralized database of evidence gathered across all the cases.

The first piece of that involves video. There's obviously thousands and thousands of hours of Capitol CCTV footage. There's body-worn-camera footage from primarily Metropolitan Police Department officers who responded to this crime scene. And then there's also a large body of what we would call public-source video. So news video and also video that was submitted to the FBI through tips or otherwise provided to government from public sources.

That video is all being put into this database. And it's my understanding that, with some exceptions, almost the entirety of that video is going to be in this database and then going to be made available to the defense attorneys for all the Capitol attack defendants later this summer; I think that they're targeting early August for a date for that.

The other pieces of this centralized holding of evidence include all the FBI reports and evidence that's been gathered in the course of all these investigations;

search warrant returns, primarily digital evidence retrieved from defendants' phones or tablets that could show videos from inside the Capitol, for example. Radio runs. So there were a number of law enforcement officers who responded to the crime scene and there are recorded communications from those law enforcement officers. And then materials obtained by way of grand jury subpoena.

That body of evidence is also being centralized by the government. And there needs to be a little bit more of an extensive review of that evidence to make sure that there's nothing that's, I guess I would say, for lack of a better word, sensitive, that should not be provided, but we are hoping to provide as much as humanly possible within that set of holdings to the Defense Bar for all the defendants as well.

But because of the need to review that data, I think that will be -- I think the date for making all that available will be likely the fall, although we are going to make that available on a rolling basis. So I don't mean to say that nothing within that set of holdings will be provided this summer, but I think in terms of some of that data, it might not be until the fall that we get to near the end date of that set of data being turned over.

We obviously continue to arrest and charge defendants in these cases, beyond this one as well, and so

obviously there's an ongoing need to review that evidence and add it to the database and provide it to the defense as well.

THE COURT: Let me ask a point of just knowledge, interest, and understanding. Once all this stuff is on up on this database, is the database searchable in a way that it's at all useful?

I mean, for example, are the videos tagged with people's names or how are videos searched? How would it all be at all useful to a defense lawyer that may be looking for relevant information to prepare for trial?

MS. RAKOCZY: So this is where we are getting a little beyond my area of expertise, both because I am not on the team that is working on this and because when this information is made available to the defense, it is my understanding that the government has been working with representatives of the Federal Public Defender Service, and that the Federal Public Defender Service is assisting in generating a database that the defense will have access to.

And I certainly don't want to put Ms. Peterson on the spot, but I know she's been privy to some of these conversations. But my understanding is, at least with respect to the Federal Public Defenders who are representing defendants in this case and CJA-appointed attorneys who are representing defendants in this case, that that particular

database will be made available, and I have to assume that FPD, like our office, would be working on mechanisms for tagging that data.

I will say also, Your Honor --

THE COURT: I'm sorry.

Just to be clear, the Federal Public Defender, and Ms. Peterson may be in a better position to address this, but that office is working on its own separate database to make available to defense counsel across the hundreds of cases that have been filed?

MS. PETERSON: Your Honor, I can jump in and give a little bit of clarity but not much, because we were originally under the impression that the government was going to share its database with all of the defendants' attorneys across the 500-now-plus defendants, and we've recently learned that that's not going to be possible. So they have their vendor and their database and we're going to have to come up with a vendor and a database to match it to be able to receive the discovery.

So what Ms. Rakoczy has been speaking of is how they're getting their information to the vendor but they can't get it to us because we can't receive it. It's too big. It's -- we don't have the capability of receiving it and figuring out how to get it to other -- available to other CJA lawyers, other FPD offices. And then there's the

separate question of whether that can be used for retained counsel.

THE COURT: Yeah, we don't need to spend a lot of time on this, but -- maybe I don't understand, but wouldn't all this just be available? I mean, once a database is set up, I assume it would be set up in a cloud server somewhere and then be accessible by anybody that has credentials to access it. Is that not how it's going to work?

MS. PETERSON: Well, we have to prepare -- I mean, this gets a little bit above my pay grade as well, but the national office is preparing us. We have to prepare a budget that will have to come to the Court. This is going to cost a tremendous amount of money, and that's money that the Court has to somehow, I think, make available to our office and/or -- I don't know exactly how it all works, but it's in the process of happening, but it's going to take time and it's going to take a lot of money.

THE COURT: I mean, maybe I'm just not getting this, but I understand that the government is developing a database. That database, the government intends to load all the evidence that Ms. Rakoczy has described. Is that not the database that people will be accessing?

MS. PETERSON: No.

That's the way the government is going to store the information. And then the government needs us -- what

they've told us is we need to have our own vendor in place for -- I can use an example that I do understand, and that is the government uses Evidence.com to share the body-worn-camera footage. So we need to have a license with -- any attorney who wants to see the information that is in Evidence.com would need to have a license through that same vendor to be able to see it.

So we have to have that contract in place with the Evidence.com vendor, but that's just the body-worn-camera footage. Then we have to have a separate vendor in place that can receive the volume of information. It's not just a database. Again, I'm getting above my level of understanding of technology, but the national office, through the AO, is working on it, and, you know, I'm happy to point the Court in touch with people that can explain it better.

THE COURT: Am I misunderstanding then that whatever the government is providing or intends to provide through this database, that that database itself will not be searchable or will just be a cloud storage data repository from which data will then need to be downloaded and included in defense counsels' separate databases or maybe one large database that all defense counsel can access?

MS. RAKOCZY: I don't think it's correct to say that the database that the government is creating is not a

litigation-assistance database that could allow tagging. I think that there are either technological or security reasons why it has been decided that that database just cannot be turned around and made accessible to the entire Defense Bar and why it has to be transferred from that database to a separate database.

And, again, I think Ms. Peterson and I are both not directly privy to those conversations. But the understanding is that, yes, that data needs to be transferred to a third location where it can be accessible to the entire Defense Bar.

MS. PETERSON: I'm privy to the conversations, I just don't understand them.

MR. SPINA: Your Honor, if I may speak, Tommy Spina on behalf of Jonathan Walden.

At arraignment, and subsequent to arraignment, there were discussions about the production of this large amount of data. Through no fault of the government, that data was produced to me yesterday.

It is my understanding that the Court instructed the government to not send us on this deep dive and to provide each individual defendant with at least some direction as to the evidence that relates to each individual defendant.

And I think what -- Your Honor remembers saying

those words, I'm sure, and is getting at, why can't I go in and put in my client's name and have something that shows me the evidence that relates to his name? Did I miss that at arraignment when you said something along those terms? That's what I understood.

THE COURT: Well, let's hold on for a moment.

I mean, I think what I've said in the past, and I can't recall everything I've said at these various arraignments and hearings we've had in this matter.

But the bottom line is, I think the government, as a matter of course, has been identifying evidence that's specific to each defendant, at least I believe that that's the case, correct, Ms. Rakoczy, that the government has been, among the mass of evidence that's disclosable, you have been identifying for each defendant that which is specific to each defendant?

MS. RAKOCZY: I think certainly on a rolling basis as this case has progressed, we have been highlighting things as we have been providing and explaining what it is that we are providing.

Mr. Spina has just received a hard drive with all of the discovery that has been provided in this case to date.

We're happy to sit down with Mr. Spina and talk about where he might find evidence that pertains just to his

client. That's not a difficult conversation to have. But I think we're talking now about a broader discovery in all 400-something cases that have been charged.

THE COURT: Right?

MS. RAKOCZY: But, yes, we have been trying, on a rolling basis, to explain to defense counsel what it is we are providing and sort of the significance of it so that people have an understanding of what it is that they're getting.

THE COURT: Right. Okay.

MS. PETERSON: And, Your Honor, I was just going to say, the national office is preparing a brief that will be filed with the Court in some fashion, a budget, if you will, for doing what needs to be done to make this larger database happen, and I would anticipate that that would be coming to the Court. I'm not sure in what fashion yet. I know Mr. Kramer has begun discussions with the Chief Judge about how exactly to do this. But the Court should be getting some additional information within the next week or so.

THE COURT: Okay.

MS. RAKOCZY: And the bottom line that I would want to express to the Court and to counsel is that we are really trying here to do the broadest possible discovery, but also we want to be helpful.

And so we're definitely very open to sitting down and talking with counsel, as I know people above my grade have been doing with people at the Federal Public Defender Service. But I'm happy to do it, we're happy to do it with counsel in this particular case. If people have ideas for how to structure discovery in a way that would be useful, we're happy to talk about it.

There is just, unfortunately, by the nature of this case, a very, very large amount of data. And we're doing everything we can to make this discovery as broad as possible and as easily accessible as possible.

Those two things prompt -- sometimes run a little bit at loggerheads. But we really do want to try to help to make this a process where defense counsel can find what they need. And we're all ears and very open to talking about the process.

THE COURT: All right.

All right. So that's helpful in terms of discovery.

Mr. Spina, we can talk specifics when we get to you in a moment, but I think the bottom line is, your concerns are specific to your client, and understandably so. But I think that the bottom line is that to the extent that you need direction in identifying where on that hard drive material that's directly relevant to your client can be

found, you know, I think you just need to pick up the phone --

MR. SPINA: Yeah --

THE COURT: -- and set up a meeting.

MR. SPINA: -- I gathered that. Thank you.

THE COURT: All right.

So, Ms. Rakoczy, can you then address, to the extent that you're able, the status of any potential narrowing of the case in terms of resolutions with any defendants, if you're in a position to discuss that at this point?

MS. RAKOCZY: Yes, Your Honor.

We have initiated discussions with all of the defendants, the four new defendants not really very much, but the 12 defendants who were in this case before the last superseding indictment, certainly we have at least begun the discussion.

Many, if not most, of those conversations, are both productive and still ongoing. And so we do think that within the next -- over the course of the summer, we think that we can have some meaningful discussions and that there may be some additional dispositions beyond the two that occurred in the last two weeks.

Obviously, the defendants and their counsel have a lot to think about in that department. And so we can't say

for certain that there will be additional guilty pleas, but I think we are having some ongoing and productive conversations.

And so we do think it would be productive for all parties to have a few weeks to continue those discussions to see where we are at in terms of the exact scope or size and number of defendants in this case.

THE COURT: And in terms of particular defendants, I mean, let's -- you know, I mean, I am most concerned about the status of the four defendants that are currently held; that is, Ms. Watkins, Mr. Meggs, Mr. Harrelson, and then Mr. Hackett, I believe, is held.

MS. RAKOCZY: Yes.

THE COURT: Although he's fairly recent.

But those first three defendants have been held for some period of time, and you've just described a timeline that is fairly long potentially.

And so with respect to those three defendants, have you thought about, or with counsel, and I'll ask those individual counsel in terms of where we are with them in thinking about trial dates, if they're not going to plea in these cases?

MS. RAKOCZY: Yes, Your Honor.

I mean, no, we have not discussed specific trial dates. We expressed this week in an email to all counsel an

openness to talking about that, but that was just earlier this week, and so we've not had the opportunity to talk about that.

I can tell the Court that from the government's perspective, we are mindful of needing to get these cases to trial as soon as possible. I think counsel for all four of those defendants have -- are on the side of having requested another 60 days for motions, and so I think it's not just --

THE COURT: Well, everyone has except for Mr. Meggs. I mean, we tried to keep track of this, and I think everyone other than Mr. Meggs has filed a request for extension of time. And Mr. Wilson will correct me if I am wrong about that.

MR. WILSON: We have not filed a request for an extension of time. We're kind of caught in the middle of new discovery coming out.

And, in fact, I needed to bring to the Court's attention that I don't know what discovery has been disclosed because it has turned out that I was not included in the government's emails, because there's another attorney who has --

THE COURT: Mr. Wilson, I'm going to interrupt you. And I'm not trying to cut this line off. I want to stay at sort of the level we're at this point where that applies to everybody, and then I will go to each defense

counsel to, if you've got particular issues with respect to your client, that would be the time to do it. So I want to try and do this in a somewhat organized fashion, instead of allowing everybody to raise their own individual client's matters at the start. So hang on to that thought for a moment; we'll get back to it in a second.

All right. Well, for those defendants who are -- excuse me, counsel, who are representing detained defendants, that's one of the things I will want to ask you, when I do turn it over to each individual defense counsel, in terms of your thinking about trial for your clients, all of whom presently are detained, because I do want to be very sensitive to that issue.

Okay. I think the last thing I want to raise with Ms. Rakoczy at this point, I guess two things; one is whether the government -- there have been some motions filed, Rule 12 motions filed, many of them have been joined by various defense counsel, and I want to make sure the government is going to be on course for answering those motions. I think the date is somewhere at the end of the month; I don't remember the exact date.

MS. RAKOCZY: We are on course for that, Your Honor.

I did just want to make sure that -- or we would ask, through the Court, if the Court could inquire of

counsel for, I think, almost all the defendants except Mr. Minuta, and then, I think, Mr. Hackett and Mr. Dolan and Mr. Walden and Mr. Isaacs, the four new defendants, I think those five defendants have not yet joined on to the existing motions. And so we're happy to keep on the briefing schedule that exists for those motions, but we do want to make sure that there's no objection from counsel who have not joined that.

And I --

THE COURT: Yeah, I was going to -- that's okay. I'm sorry to interrupt you.

I was going to raise that with each of the counsel, or at least at the start, because I do want to make sure that those four defendants or five defendants, in particular, the four that have been recently added, I told their counsel that the motions deadline would not apply to them.

On the other hand, given that these motions that have been filed are, at least with respect to the motions to dismiss, are the kind of motions that are dispositive. And so I don't want those lawyers to sort of get boxed out by decisions I may be making on these earlier motions.

So I do think they will need to decide sooner rather than later at a minimum whether they want to join in these motions so that they have an opportunity to be heard

at -- not only join in the arguments but also to make sure their clients have a chance to be heard at whatever motions hearing we might have. So I'll talk to them about that as we go through, but thank you for raising that, Ms. Rakoczy.

MR. SPINA: Your Honor, may I raise a general statement about that point or you want me to wait until later?

THE COURT: No. Go ahead, if it's something general that applies to the motions schedule.

MR. SPINA: I talked to Mr. MacMahon, and I've been in other cases that are large, and I don't want to just bury the Court with paper or electronic filings, but is it possible to have -- somebody filed a motion to adopt filings of all co-defendants. Is it possible to have some sort of ruling that all motions filed that are applicable to all defendants can be adopted unless that defendant opts out of that motion?

THE COURT: So this is what we're going to do. And I was going to raise this before I talked to -- turned the floor over to defense counsel.

What my practice has been in large multi-co-defendant cases is to ask defense counsel to file a "me too" notice. I don't like the idea of a presumption, because I think it gets very confusing, and I'd rather actually have an affirmative opt-in, rather than a

presumption of opt-in, and I think that's, frankly, cleaner for the Court of Appeals if anything ever gets up there.

But for -- as we move to -- as we go into the future, defense counsel do not need to file motions to join other folks' motions. What you can simply do is file a notice indicating that you're joining the motion of another defendant. That way, it will be noted for the record. And we will obviously keep track of all of this internally to make sure we know who's joining in what.

There's obviously not much of a difference between a motion and a notice. But the difference is twofold; one, you don't have to call the government and ask for their consent; and, two, I don't have to go through the process of filing Minute Orders.

So just filing a minute notice is fine. As we go forward, defense counsel can simply file notices indicating that they are joining the defense motion of another defendant, okay?

MR. SPINA: Thank you, Judge.

THE COURT: All right.

All right. So, Ms. Rakoczy, government's on course for responding to those motions and we have that schedule in place. Is there anything else you'd like to raise on behalf of the government before I turn to individual defense counsel?

MS. RAKOCZY: Just to complete a thought from earlier, Your Honor.

We are in favor of setting a trial date, if the Court would like to at this point, given the Court's concerns about speedy trial issues. We do have thoughts about when that would be realistic. But we would also just, if the course is on track for that, we would ask that the Court -- if the Court sets a trial date, that the Court ask all counsel to keep that date open and that we hold off in deciding which defendants would be in that first trial date until later in the summer, because we are -- I just don't think we have all the information right now, given that there are ongoing plea negotiations and the motions that are currently pending could potentially affect some defendants' decisions about how to resolve their cases.

THE COURT: Right.

MS. RAKOCZY: It just would seem prudent to delay the precise selection of defendants for a first trial date until the end of the summer.

THE COURT: I think, you know, I actually was going to raise that and I do think, at a minimum, we ought to, at this point, set a block of time down.

I mean, we have, right now, 15 defendants, at least 15 defense counsel, and people's calendars are going to be very challenging to accommodate for these cases.

So what I would -- one thing we may want to do here today is at least block off two different trial dates and trial periods, and I've done this in the past, so that we can at least think, going forward, that counsel will be available and keep those dates clear.

So, Ms. Rakoczy, I'm happy to hear your thoughts on timing and length of trial. That obviously will depend upon number of defendants, et cetera, but your estimates at this point would be helpful.

MS. RAKOCZY: Your Honor, if -- this depends a little bit on the Court's views on the motions briefing schedule for the Rule 12(b) motions. But if the Court were to give counsel until roughly September 1st for the filing of Rule 12(b) motions, it would seem that those motions would not be ripe then until mid to late October for a decision by the Court.

After that, the parties will need to engage in the more standard pretrial filings, such as motions in limine, expert notice, other crimes evidence motions, exchanges of exhibits lists and witness lists and things of that like, in addition to the Court preparing to do voir dire in this case, which it would seem that this might be a case, given the notoriety, that might -- counsel in favor of questionnaires a month or so before trial, and then obviously extensive voir dire.

So if 12(b) motions are not going to be ripe until mid to late October and then there needs to be a certain large amount of pretrial work that needs to be done, it would seem to the government that sometime in the next year, late January, February of 2022 would really realistically be the earliest that these cases could be ready for trial.

I know that's some time from now, but the government is trying to be realistic and set a date where both discovery obligations can be complied with, all counsel can be prepared, and these motions can be properly briefed.

And so for a first trial date, that's what the government would think would be prudent at this point, and I think really February is much more realistic than late January even.

With respect to amount of time, it's a little bit hard to say, not knowing the number of defendants who are going to be in the case. But I don't think this is the world's largest trial. I do think even with a significant number of defense counsel, the government could probably get through its case in two to three weeks. So maybe setting aside five weeks for a trial, just in an abundance of caution, would be a reasonable amount of time.

And then I think the government would ask for some leeway, a few weeks at least, between trials, for regrouping and preparing for the next set of trials.

THE COURT: Well, that's helpful.

Let's come back to that issue at the end. And I want -- as we go around to each defense counsel, I'd like your thoughts on the schedule that Ms. Rakoczy has proposed, which would have a first trial set, I think, more realistically, from my perspective, mid-January, and so I'll ask you to address that.

And in particular, for those defendants who have detained clients, I'd like to get your thoughts on that kind of trial schedule, because that would mean your clients, absent a change of detention status, would be detained for quite an extensive period of time.

All right. So anything else on behalf of the government, Ms. Rakoczy?

MS. RAKOCZY: No, Your Honor. Thank you.

THE COURT: All right.

All right. So I'm going to now turn this over to each counsel for each defendant, and we'll just go -- at least I believe I'm going down the order of the defendants as they're listed in the indictment.

But before we do that, let me just sort of recap or just ask you to address the following things when you are -- when you do address the Court; one, any discovery matters you want to raise; two, position with respect to motions. All of you -- many of you have filed motions to

continue the deadline for Rule 12 motions. I'd like you to also address your position with respect to a trial date in January. And then finally, anything else you want to raise, I'm happy to hear.

So why don't we start with Mr. Fischer on behalf of Mr. Caldwell.

MR. FISCHER: Good morning, Your Honor.

As to discovery matters, I believe the government has done a very good job of providing discovery; we have no issues as to that.

As to the position on motions, we have filed -- Mr. Caldwell has filed three motions; one is a motion to dismiss; we've also filed a motion to transfer venue; and we've also filed a motion to extend the deadline for filing of motions.

Your Honor, as to the trial date in this case in January, I certainly can make myself available in January. I would just advise the Court, and other defense counsel can chime in on this, because of the re-opening, because of COVID, I think a lot of -- myself and a lot of defense counsel have had a lot of cases that were dormant for about a year because of COVID, and everything -- all these cases are now coming to fruition. I'm sure the government probably isn't in a different position on that issue. And so I believe it is not uncommon for federal defense counsel

to be highly busy right now with multiple cases that are all being set for trial at about the same time.

Again, I can make myself available. I was anticipating, you know, probably predicting a trial date would be more likely in the spring or summer of next year. But Mr. Caldwell would have no objection to having a trial date that far out, but I can understand if other defense counsel disagree with that, we can be flexible. Thank you, Your Honor.

THE COURT: All right. Thank you, Mr. Fischer.

Ms. Hernandez.

MS. HERNANDEZ: Your Honor, I agree with a number of things that Mr. Fischer just told the Court.

With respect to discovery, I don't need the Court to -- we don't need the Court to interfere, but -- or intercede, I'm sorry, but there are some outstanding discovery requests that I've made that the government is trying to produce.

I think the biggest problem with respect to filing motions and proceedings is that the government continues to produce discovery. You know, ordinarily, defense counsel are screaming that they're not producing. They are producing, but it is difficult to keep up.

The discovery that comes in, particularly the videos and particularly the ones that are open sourced,

they're not identified as to anybody. As the Court can understand, there's just hoards of people in these videos. My client doesn't know most of the defendants in the case, so it's not like I can go to him and say, do you know who this person is or that person is? So that is a problem.

I know I was in a large case, a RICO case, some years ago in Federal Court in Maryland, not in any way of the scope of this case. And it turned out that the government's ability to access their discovery was much easier than the way the defense was receiving its discovery.

And in that case, Judge Hollander ordered the government to just produce the program they were using, load it onto my laptop, and, thereafter, was much easier, because if you get 100 separate PDF files, it's impossible to search. It's like the amount of time required to stay on top of this discovery is immense and probably unnecessary.

So I don't know whether -- I'll talk to the government about that, but that may be something that's more -- that applies to more across the board to this case and all cases that the government is handling and not something that I can resolve directly with the line prosecutor.

My client is out. I do believe that there's probably room or I'm likely to come back and ask the Court for even more freedom so he can have greater work release

opportunities. It's difficult for someone who has no huge financial resources to continue to support themselves without being able to work. So other than that, I don't have any other issues to raise with the Court.

And as far as trial, again, I agree with a number of things Mr. Fischer said. I do have a four-defendant case scheduled before Judge Boasberg, scheduled in September, that's been continued since two years ago. I'm sure that's going to take some precedence. I'm not sure if we're going to go forward because it's a four-defendant case, so that may jeopardize things.

THE COURT: Well, that's not going to conflict.

Okay. So that works.

All right. Who's next? Mr. Peterson?

MS. PETERSON: Yes, Your Honor.

I don't have any issues to raise. I would note that I will be in trial already January 10th for a two-week trial, followed by February 7th for a two-week trial.

The February 7th one, where I'm hoping for a plea offer, it is a Capitol case. If that plea offer comes to fruition, I should be available after January -- right around January 31st but not before that.

THE COURT: All right. Thank you, Ms. Peterson.

Mr. Machado?

MR. MACHADO: All right. Yes, Your Honor.

Fine. With regard to Sandra Parker, we're pretty much in the same position. We filed two motions; one to join, one for an extension of 60 days. The only thing with regard to the date, I'll make myself available pretty much. At this point, my calendar is open, but there will be things coming up. But if we set something now, I would be -- I would prefer that.

THE COURT: Okay.

Thank you Mr. Machado.

Mr. Brennwald on behalf of Mr.Parker.

MR. BRENNWALD: Your Honor, no issues with discovery at this point; there's an lawful lot of it.

As far as trial dates, I have a one-week trial that I absolutely cannot move February 15th of next year. It may not go, but if it does, I cannot move it.

But I would imagine that the Court would set a trial date -- I mean, there's no way we're going to try 15 people at once, I would think. So I would imagine that the Court would probably break it up into the groups. And I would also imagine that the defendants who are detained, if they're still detained, that if they go to trial, those would be first to go. So I don't imagine that that trial I have, that would be a conflict.

THE COURT: Okay. Thank you, Mr. Brennwald.

Mr. Cooper on behalf of Ms. Steele.

MR. COOPER: Thank you, Your Honor.

With respect to discovery, I don't have any specific issues and I don't envision anything that I can't work out between myself and the government.

With respect to trial dates, I agree with everything that's been said thus far. I think we have to understand what's realistic and just kind of roll with the punches.

The only thing I would raise with respect to the motion schedule is just for my own record, the Court understands that the discovery is ongoing and we are in a position where we're dependent upon discovery being complete before we're in a position to, I think, make --

THE COURT: Mr. Cooper, you're breaking up, so I'm having trouble hearing you.

MR. COOPER: I'm sorry.

I was just going to say that, I guess a clip shot, we have no problem at this point. So we're ready to set a trial date that's reasonable for all involved.

THE COURT: All right. Thank you, Mr. Cooper.

Mr. Wilson on behalf of Mr. Meggs.

MR. WILSON: Yes, Judge.

As I was saying earlier, with respect to discovery, it turned out that I was being left off of the

group emails that were being sent out with discovery by the government, because they had the wrong email address for me.

I think that they've tried to -- they rectified that, but I just don't know if there is some discovery that I missed prior to my determination that I wasn't receiving discovery. So, you know, I may have to speak with the government about that, and that's the only concern that I have.

I will be filing a notice to adopt the Rule 12 extension, but I think that's about where we are with this.

THE COURT: And what about a trial date for you in January?

MR. WILSON: Well, you know, given Mr. Meggs' custody status, we certainly would like this matter to be addressed as quickly as possible.

I will tell the Court that I do intend to -- I've told the government I intend to address with the Court his custody status by motion, I just haven't put that into paper form yet. But we certainly would like a trial date as early as possible, given the fact that he's been in jail since January of this year.

THE COURT: Okay.

All right. Thank you, Mr. Wilson.

All right, Ms. Anderson on behalf of Ms. Meggs?

MS. ANDERSON: Hello.

Your Honor, we don't have any discovery issues. We filed a motion for the 60 days extension for the pretrial motions, filed the motion to join and the motion to dismiss, and I'm good with the January trial date.

THE COURT: All right. Thank you, Ms. Anderson.

Ms. Ginsberg and Mr. Zimmerman on behalf of Mr. Harrelson.

MS. GINSBERG: Good morning, Your Honor.

We have several things I think that need to be taken up with the Court.

We were advised late yesterday that Mr. Harrelson has retained new counsel, John Pierce, who is on this Zoom. So Mr. Zimmerman and I will be seeking leave to withdraw. But I would like to make a few comments, because Mr. Pierce hasn't had the benefit of involvement up to this point.

With respect to discovery, the government has been very forthcoming; however, I would echo Ms. Hernandez's concerns about the lack of ability to search the information that has been produced. The government has put separate files together with respect to each of the defendants, at least as far as some of the information is concerned, but there is an enormous volume of information that has just been produced without any attribution to which defendant it applies. And the fact that Mr. Harrelson has been in

custody has made it exceedingly difficult to share that discovery with him. So he has not had access to most of that discovery.

We have made several specific *Brady* requests, which have not -- I assume the government is endeavoring to answer. But to date, I don't believe that any information has been disclosed that's been identified as *Brady*. And I have to imagine that there is substantial *Brady* material as it relates to individual defendants, many of whom don't even know each other. So questions of whether we're talking about one conspiracy or multiple conspiracies, I think, is an issue that needs to be addressed in terms of *Brady*, in addition to any pretrial motions. I think that's probably it.

We had anticipated filing a motion to reconsider Mr. Harrelson's status, detained status. We intended to do that. I assume that Mr. Pierce will be addressing that. But as far as his ability to get up to speed and to set a trial date, I think the Court will have to address that with him directly.

THE COURT: Mr. Pierce, are you on the line? I'll just ask at this juncture whether a January trial date -- whether you have any conflicts with a potential January trial date?

MR. PIERCE: Your Honor, yes, I am on the line.

In terms of calendar, I don't have any conflicts with a January trial date.

I would like to just kind of give the Court a heads-up that, you know, as we come up to speed on certain facts with respect to what happened on January 6th broadly, you know, we do intend to mount a vigorous public authority defense, and, you know, that is going to obviously involve needing to review every shred of evidence and video of discovery that's out there; it may involve very targeted sort of discovery, you know, requests to ensure we can mount that defense. So all that's obviously going to take some time.

You know, Mr. Harrelson is detained, and obviously we want the trial resolved as soon as we can because of that. But this is getting more complex by the day in terms of what happened on January 6th. And so, you know, we may be seeking revisitation of his detention status, so I'll just stop there. But obviously, I need to get up to speed on the case.

THE COURT: Okay.

Ms. Rakoczy or somebody on behalf of the government, I don't know who the point person has been for Mr. Harrelson, any sense of when you'll be responding to Ms. Ginsberg's specific *Brady* requests?

MS. RAKOCZY: I think within the coming weeks. There are some materials that have been requested that we're still working to get, but I think that we can respond to her requests and Ms. Hernandez's requests as well, hopefully, within the next few weeks.

THE COURT: Okay.

All right. Let me then turn to Ms. Wicks on behalf of Mr. Minuta.

JC, do we have her?

MR. WICKS: I don't have specific --

THE COURT: Ms. Wicks, you have to unmute.

MS. WICKS: There was -- I don't have any specific discovery requests to deal with here today. I did just receive some more information responsive to my concerns, I believe.

I will be filing a notice, as the Court instructed. We will be joining some of the motions already filed and anticipate other motions being filed if the Court grants our motion for leave.

And in terms of a January trial date, I actually have a trial date in the federal court in Baltimore on January 24th that's scheduled for, I believe, three months, till the end of March, so I would be unavailable in January. But I'm available before then and after that trial; I don't have anything else currently scheduled.

THE COURT: All right. Thank you, Ms. Wicks.

And if you would -- because you are one of the counsel that does represent somebody who hadn't filed a joinder notice or a motion, and if you would do that with respect to the existing motions, that would be helpful.

All right. Then, Ms. Robin and -- Mr. Robin and Mr. Leibig or Leibig, I'm sorry if I'm mispronouncing your last name, on behalf of Mr. James.

MS. ROBIN: Yes. Good afternoon, Your Honor.

In terms of discovery, we are still making our way through discovery. I do also echo Ms. Hernandez's concerns about discovery, as voiced by Ms. Ginsberg as well, in terms of the inability to search some of the many dozens of, maybe hundreds, of videos.

I also would note part of the delay -- part of what's delaying also in terms of getting the discovery is that a number of the files require proprietary software. So it's -- you know, it is a slow process; we're continuing to make our way through it. But certainly as we have issues, we'll be raising them with the government.

So for that reason, Your Honor, we would request an additional 60 days for the Rule (b) -- I'm sorry, Rule 12 motions. And I think particularly in terms of filing any sort of motion to sever, it's necessary to be able to really assess the evidence against each of the defendants,

particularly since we have four relatively new defendants, whose discovery is really coming in, to really, I think, thoroughly address those issues in a severance motion is going to require us to be able to review those search warrant returns with those new defendants as well.

So in terms of a trial date, Your Honor, I have a multi-defendant -- multi-co-defendant drug trial scheduled in EDVA the week of January 10th. It's scheduled to last one week. And so I will say a trial date in January would be pretty difficult for us. We would ask for a trial date in February. Thank you.

THE COURT: Thank you, Counsel.

On behalf of Mr. Walden, Mr. Spina and Mr. MacMahon.

MR. SPINA: Yes, Your Honor.

I've addressed the discovery issues, and I will open some dialogue with the prosecutors about pointing me in the right direction.

Of course, Mr. Walden is on bond, so we're not feeling any urge to be the first to go. We also anticipate engaging the Court's consideration of a severance issue along the lines of Mr. James's counsel.

I do know that Mr. MacMahon is scheduled for a trial beginning in January through mid March.

I know I have a fairly significant healthcare

fraud case here in Alabama that's set currently in October that's probably going to get pushed into January as well. So I don't think we're in the first clump of defendants, for lack of a better expression. So the later, the better for me and Mr. MacMahon.

I do have one motion that may or may not be able to be answered, but it has been circulated by defense counsel in their own communications amongst each other. We are the fourth superseding indictment. Are there any more superseding indictments foreseeable from the government? Because that could change things as well. And with that, I have nothing else.

THE COURT: Ms. Rakoczy, if you're in a position to address that, I'll welcome the answer to that myself.

MS. RAKOCZY: I'm sorry, Your Honor, I'm not in a position to address that. I think that it is possible, but it is beyond my control to say at this point.

THE COURT: Okay.

All right. Let's turn -- oh, Mr. Spina, do you intend to file a -- join in the motion with respect to the motions to dismiss or the motions for venue transfer that have been filed?

MR. SPINA: The motion to dismiss, definitely.

THE COURT: Okay.

I'll just ask you to please make sure you file

some notice indicating your joinder.

MR. SPINA: I've made a note.

THE COURT: Okay. All right.

And then --

MR. SPINA: As soon as I get someone that's not working on a Friday or a holiday that knows how to actually do that. It will be there by Tuesday, I feel like, Judge.

THE COURT: All right.

MR. SPINA: Ed and I are technologically challenged.

THE COURT: We all do the best we can.

All right. Mr. Van Der Veen and Ms. Van Pelt for Mr. Dolan?

MS. VAN PELT: Good morning, Your Honor. Libby Van Pelt here for Mr. Dolan.

He was arraigned three weeks ago on June 11th. So we're three weeks in. We have no specific complaints about the discovery at this point, but it's a lot, and we need additional time to review it and file our pretrial motions. So Your Honor will see that we did file a motion to extend the time for 60 days.

We'll also file notices to join other defendants' motions as the Court directed, as we see fit. And we'll be ready for trial in January 2022, Your Honor.

THE COURT: Okay. Perfect. Thank you,

Ms. Van Pelt.

All right. Last but not least, Mr. Rossi and Ms. Napierala.

MR. ROSSI: Last but not least.

Your Honor, we have absolutely no discovery issues. The prosecutors have been very generous in providing discovery. Although at times, it's like drinking water from a fire hydrant. And like Mr. Spina, I am technologically challenged.

Regarding the "me too" notice, we would ask for two weeks, Your Honor, to file a "me too" notice regarding various motions.

Regarding trial date, Your Honor -- and we probably will most likely file a motion to sever, just to alert the Court.

Regarding a trial, Your Honor, I have trials in November, January, February, April 14. And we have the benefit of having Mr. Isaac on bond. So I have the utmost respect to the attorneys who represent those who are detained. But I think it was Mr. Fischer that mentioned that maybe spring, May or June, would be okay for the Isaac team. I cannot do January and I cannot do February.

THE COURT: All right. Thank you, Mr. Isaacs -- I'm sorry, Mr. Rossi, I appreciate that.

MR. ROSSI: Thank you, sir.

THE COURT: All right. Just a few things that have come out of the discussions with counsel.

Look, to the extent that folks are having difficulty with searchability, you know, I'd obviously urge you, in the first instance, to talk to the government. If you need my -- me to intercede in some way, I'm happy to try and do that, but I just simply don't know enough and it, frankly, hasn't been a specific ask of me at this point to do that. And, again, if it's something that continues to hinder trial preparation, then you all will need to let me know that. And if it becomes something that the court needs to weigh in on, I'm happy to do it. So that's one.

Two, in terms of motions, all right, just to be clear so there's no confusion, with respect to those motions that have been filed, the Rule 12 motions filed by Mr. Harrelson, Mr. Caldwell, and Mr. James, as well as -- no, those are the actual motions that have been filed, there have been a number of joinders with respect to those motions. What's the reply -- can somebody tell me what the reply date is on those -- on that initial round of motions?

MS. RAKOCZY: I think it's July 28th, Your Honor.

THE COURT: That's the reply date?

MS. RAKOCZY: Oh, I'm sorry. It was August.

THE COURT: Yeah. When the motions will be ripe. So when the last replies, I set that to be filed?

MR. COOPER: I see August 19th, Your Honor.

THE COURT: I'm sorry, what's that, August 19th?

MR. COOPER: I saw August 19th, yeah.

THE COURT: Okay.

Bear with me, everyone.

(Pause)

THE COURT: All right.

I'm going to ask everyone to please make yourselves available on September the 10th at 1:00 p.m. for hearings on those motions. Those will all be --

MS. ROBIN: On behalf --

THE COURT: Sorry, did someone want to add something, say something?

MS. ROBIN: On behalf of Mr. James, Mr. Leibig and I are scheduled to be upstate on September 10th.

MR. ROSSI: Your Honor, may I respond?

THE COURT: Well, if -- look, I want to make sure -- hang on. If Ms. Robin and her counsel can't be there, particularly since Mr. James has actually drafted a motion, let me pick another date, because I want to get a hearing down today when everybody can be available.

Are you out that full week, Ms. Robin, or just that day?

MS. ROBIN: That day and the entire following week. Actually, I'm scheduled to return on the 16th.

THE COURT: All right.

So would you then be available September 8th?

MS. ROBIN: Let me just check with Ms. Leibig.

(Defendant James counsel conferred off the record.)

MS. ROBIN: Yes.

MR. SPINA: Would this be in person, Judge?

THE COURT: Not necessarily. I mean, if you want it to be -- we can talk about that in a moment.

But let me just say -- let me make sure that Mr. Fischer is available, and then new counsel, Mr. Pierce, for Mr. Harrelson, would be available on September the 8th.

MR. FISCHER: Your Honor, on behalf of Mr. Caldwell, I'm available.

MR. PIERCE: Yes, Your Honor. This is John pierce. I'd be available.

THE COURT: All right.

So let's set down.

COURTROOM DEPUTY: Your Honor --

MR. ROSSI: Your Honor, Gene Rossi -- I'm sorry, did somebody --

THE COURT: Go ahead.

MR. ROSSI: Gene Rossi for Mr. Isaacs.

Your Honor, that is a very bad day for me. I have a trial that is going to bleed into that week possibly, and

then I have a trial set for the 14th of September. Very bad.

THE COURT: So, Mr. Rossi, I mean, would Ms. Napierala, to be able to cover that, your co-counsel be able to cover that?

MR. ROSSI: I'll defer to her.

MS. NAPIERALA: Good afternoon, Your Honor. I actually have a mediation that week as well, so I would not be able to do so on that date.

THE COURT: All right.

Look, I ought to tell you, folks, if I'm going to try and accommodate the government and 15 different defense lawyers, it's going to be a near impossibility.

So I'm going to set a date down. And the lawyers that are going to matter the most to me here primarily are those that have drafted these motions; those are the ones I'm expecting to hear argument from, and I will give the rest an opportunity to be heard as well.

But if you're not a drafter of one of these motions, your schedule is not going to be a primary concern of mine. And I don't mean to be difficult, but, you know, that's just going to be the reality of how we're going to have to schedule with this many different lawyers and everybody's very complicated schedules.

MR. ROSSI: Fair enough, Your Honor.

THE COURT: Given that all the counsel who have drafted motions are available on September the 8th are available, I'm going to set down 2:00 p.m. on September the 8th for oral arguments on the motions.

COURTROOM DEPUTY: Your Honor, I apologize. If this will be a Zoom hearing, we won't have a line for Mr. Harrelson at the jail.

THE COURT: We can bring him here.

COURTROOM DEPUTY: Okay.

THE COURT: So, you know, in terms of how we do it and who wants to be here, I won't require any defendant or any particular counsel, except for -- to be here live, although I would certainly welcome having the counsel who have drafted these motions here in court to actually argue them.

As we get closer to that date, we can talk about how exactly this will be done. But the bottom line is, we'll do it in a hybrid fashion. My preference would be for counsel who've actually drafted the motions and will be asked to argue them primarily to be present and physically available for the September 8th hearing. Anyone else, you know, you can be there by Zoom.

I will ask all defense counsel whether they wish to add anything to what the arguments that have been made by the counsel that have thus far drafted just so there's no

question about your client's rights being preserved and an opportunity to be heard. But those are the three lawyers that I primarily want to make sure are in the courtroom. And if their clients want to be physically present, they're, of course, welcome, anybody's physically present to be welcomed.

But, again, just to be clear as we proceed in these cases, physical presence for a defendant, you should let me know if that's something you want to have happen; otherwise, I'm okay with defendants appearing by Zoom and telephone.

So I don't want there to be any question about defendants' personal appearances. If you want to be here, let me know. If your client's detained, you need to let us know so that we can make those arrangements to have them brought over from the jail. If your client is out but would like to be here physically, obviously, they're welcome to do that. On the other hand, if you don't, if your client wants to be via Zoom, that's okay, too, no problems with that, okay? But just, of course, understand that your client is proceeding and waiving any right to appear for any hearing in which they participate via Zoom.

Okay. Last thing I want to talk about is trial dates.

MS. HERNANDEZ: I'm sorry, Your Honor.

THE COURT: Ms. Hernandez?

MS. HERNANDEZ: This is Carmen Hernandez.

With respect to the motions and the motions hearing, if the Court grants the continuances and their additional 12(b) motions --

THE COURT: I'll worry about that when that happens.

MS. HERNANDEZ: And if we want to supplement the motions that have been filed, if we do it quickly so that the government can have enough time to respond?

THE COURT: Get your papers in. If you want to supplement your "me too" motions, then get your papers in.

MR. ROSSI: Your Honor, may I bring up a point, sir, Your Honor.

THE COURT: Yes. Go ahead, sir.

MR. ROSSI: Gene Rossi for Mr. Isaacs.

At the last status hearing, Your Honor, you did not set a deadline for the filing of motions for Mr. Mr. Isaacs, so this is truly just a status for us.

Given what I call the fire hydrant of information that the prosecutor is saying may not be completed fully for several weeks --

THE COURT: Mr. Rossi, let me interrupt you, because I'm going to deal with all of this in a moment, okay?

MR. ROSSI: Okay. Thank you.

THE COURT: And if there's still some issues about scheduling when I've gone through all of this, then everybody will have an opportunity to be heard.

So -- I guess really two things left. First is, just in terms of housekeeping, everyone's motions to join those -- join the motions to dismiss and the motions for venue transfer, to the extent that you've indicated a desire to join those motions, all those motions are granted; I will enter a Minute Order that reflects that all of those motions are granted. Again, going forward, I don't need motions from you, I just want notices that reflect which motions you're joining. That'll be easier administratively for everyone and make for a clean record.

Two, insofar as the motions to extend time to file Rule 12 motions go, those are granted as well. And, again, Mr. Wilson, I'm taking your motion to -- or your statements today to be an oral motion to extend that time as well. Please let me know if I'm misunderstanding what you've said.

Those motions will need to be filed within -- the general request has been for 60 days, so I will grant the 60-day request. So that puts us, I guess, at the start of September for those motions. So those 60 day -- the time will be extended to September the 2nd for those motions, Rule 12 -- any additional Rule 12 motions till September the

2nd.

It seems to me, for the most recent defendants who have been added, that is, Walden, Hackett, Isaacs, and Mr. Minuta -- and Mr. James -- I'm sorry, Mr. Dolan, that is a reasonable new -- that is a reasonable deadline for you to file any Rule 12 motions.

If, again, you need more time because the discovery has been slow in coming to you, you'll let me know, but at least as an initial deadline, you have September the 2nd to file those motions. As I said, we can always be flexible if you need more time, but I'd really like to get everybody as much as possible on the same schedule, given how many defendants we have.

The government's oppositions will be due, to any additional Rule 12 motions that are filed, by September 30th, and any replies will be due by October the 14th.

Insofar as trial dates, I'm going to ask everyone, and even if you've got a conflict on your schedule, just please do as I'm requesting. And I think, you know, look, we've all been in this business long enough to know that schedules change regularly. But I'm going ask you all to do the following: I'm going to ask you to keep your calendars free for a trial, for a first trial -- Ms. Peterson, when did you say you would be available for trial in January?

MS. PETERSON: I have a two-week trial that begins

on January 10th. So the earliest I would be available would be January 24th. But I think it would be safer to say January 31st. It's a multi-defendant fraud case.

THE COURT: So January 31. I'm going to ask everybody to keep January 31 through February the 2nd free. So as you go forward and you're dealing with other cases -- excuse me, February 22nd, so that's a four-week period, the month of February, for trial phase 1, the first trial.

So if other judges are asking you to schedule during that time, please tell them that Judge Mehta has asked you to hold off on scheduling any trials during February until we can figure out where things stand in this case. If for some reason you've got a judge who's being unreasonable or is insisting that you set something in February, just please contact chambers and let us know.

The second set of defendants we'll set -- I'm going to ask -- we're going to start the second trial on August the 4th. So I'm going to ask everybody to keep August 4th through August 29th -- hang on, everyone -- I just need to plug in here -- August 4th through August 29th set for a second phase trial, assuming we have one. And, again, this is primarily to keep your calendars open as you move forward and other judges are asking you to start scheduling dates and times.

MS. WICKS: Your Honor, do you mean April?

THE COURT: What did I say, August? I meant April.

MS. WICKS: Yes.

THE COURT: The other month that starts with "A." Yes, April.

Those of you who are out of town, I understand that this is going to be challenging for you in terms of your local judges who may want to set times, but, again, you've got a judge here in the District of Columbia, and this is the best I'm able to do, because, otherwise, if we don't set these dates and times down now, it will be impossible to do so.

Obviously, there's a lot of moving parts to this as we move forward, defendants are likely to drop out, and so who actually ends up in these trials will remain to be seen. But particularly those of you who have currently detained defendants -- those of you who have currently detained defendants, all of you can expect to be in that first trial.

So for those of you who represent -- just make sure I have these right -- Mr. Harrelson, Ms. Watkins, Mr. Meggs, and right now I don't have Mr. Hackett's counsel here, but I'll advise her of this when we see him this afternoon. But all of you should expect to be in a trial in January if your clients do not resolve this matter before

then, okay?

All right.

MR. ROSSI: Your Honor, even if the person is on bond?

THE COURT: No. I said if your client has not resolved it before January and your client is detained, you will be in the January trial, period.

MR. ROSSI: Okay.

THE COURT: If your client is out and on bond, it remains to be seen whether you're going to be in the January group or the later group, okay?

MR. ROSSI: Okay. Thank you, Your Honor.

THE COURT: All right.

Okay. I think that is everything from my perspective.

Speedy trial time is tolled for everyone because the motion has been filed and everybody has joined.

And do I understand that -- I guess that's not true. We have an official joinder from Mr. Meggs and he said he's going to file something. But Mr. Walden and Mr. Hackett and Mr. Isaacs and Mr. Minuta -- I think Mr. Minuta's counsel indicated joinder, but let me just ask for Mr. Dolan, Mr. Walden, and Mr. Isaacs, counsel on their behalf have not officially filed something, whether you consent to the exclusion of time through the date at least

of the hearing on the present motions, on the assumption that you all are going to be joining the motions?

MR. ROSSI: Yes, Your Honor.

Gene Rossi for Mr. Isaacs.

Yes, we waive the speedy.

Your Honor, could we have until July 9th to file the "me too" notice?

THE COURT: That's fine.

MR. ROSSI: Thank you.

THE COURT: All right.

How about for Mr. Dolan?

MS. VAN PELT: Yes, Your Honor, as to Mr. Dolan.

THE COURT: And on behalf of Mr. Walden?

MR. SPINA: I think that's fine.

THE COURT: All right.

So speedy trial will be excluded, at a minimum, for everybody through the motions hearing date which we set for September, if somebody would kindly remind me.

COURTROOM DEPUTY: September 8th at 2:00 p.m.

THE COURT: September 8th, 2:00 p.m.

Right. So speedy trial is excluded for all defendants through September the 8th because of the pending motions, which everybody has either formally joined or has indicated they do intend to join. And so under the Speedy Trial Act, that time will be excluded.

All right. Is there anything else anybody wants to raise before we sign off here?

I guess the last thing is the next status conference. Can everybody please be available on August the 10th at 10:00 a.m.?

MS. ROBIN: Your Honor, on behalf of Mr. James, I'm scheduled to be in Fredericksburg state court for -- it's supposed to be a trial on the schedule at 9:00 a.m. There is a possibility that it could be resolved, but I don't have enough information yet to know if that'll happen.

THE COURT: Unless Mr. Leibig is not available for a status hearing, Ms. Robin, I'm sure counsel, Mr. Leibig, can take over.

MS. ROBIN: That's fine.

THE COURT: All right.

MS. RAKOCZY: Your Honor, would the Court consider filing Status Reports by that date so that if it's necessary, Counsel can raise any issues they're having with discovery, which I would imagine is the Court's primary concern here. But then if there are not issues, we don't need to get everyone together again.

THE COURT: Yeah, look, I mean, I usually don't do this, but -- a Status Report in criminal cases because I think it's important for the defendants to be able to

participate and hear what's going on in a case.

So while I do that as a matter of routine in civil cases, I'm disinclined to do that here, particularly since we're not having in-person appearances, and I think it's important that the defendants do appear and understand what's happening in their cases. So I appreciate the suggestion, but I'm going to do this live again. I know it takes about an hour, hour and a half of everybody's day, but I think it's important to do.

So we'll see everybody then on August 10th at 10:00. We'll continue to do this via Zoom. And with that, is there anything else anybody wants to raise before we sign off?

MS. RAKOCZY: Your Honor --

MR. COOPER: Yes, Your Honor.

We had filed a motion to review conditions of release on behalf of Ms. Steele. I didn't know whether the Court wanted to address that now.

THE COURT: Mr. Cooper, why don't you hang on and why don't you stay on the line and we can discuss that.

Anyone else that wants to raise something that's not specific to your client?

MS. RAKOCZY: I think if Mr. Dolan's counsel could remain on the line as well, Your Honor, there was a pretrial issue with respect to him as well.

THE COURT: Okay.

MR. ZIMMERMAN: Your Honor, briefly so the record's clear, Ms. Ginsberg and I have discussed the substitution of Mr. Pierce in for us, and it is something he desires, they've retained Mr. Pierce. I would ask the Court for a formal ruling allowing Ms. Ginsberg and I to withdraw from the case.

THE COURT: So I'll issue a notice that allows you to withdraw once Mr. Pierce has entered his formal notice of appearance.

MR. PIERCE: Your Honor, I have actually entered the notice of appearance already.

THE COURT: You have?

MR. PIERCE: Yes, sir.

THE COURT: All right. Well, forgive me, I don't keep track of everything that comes across the transit.

So in light of that, then, yes, Mr. Ginsberg and Mr. Zimmerman, you are relieved of your responsibilities and we'll make sure that you're no longer identified as counsel of record in this case.

MR. ZIMMERMAN: Thank you, Your Honor.

THE COURT: Anything else? Okay.

Unless you have something additional you want to raise specifically about your client, I know Mr. Cooper does, I think there's an issue regarding Mr. Dolan,

everybody else is welcome to sign off. Thank you, all, very much.

All right. Who's left? We've got Mr. Cooper. Why don't we start with you on behalf of Ms. Steele.

MR. COOPER: Steele.

THE COURT: Yes. Excuse me. Sorry.

MR. COOPER: Thank you, Your Honor.

Very simply, Ms. Steele and her family have had a vacation that's been booked and planned for well since before Christmas, since before the events that underlie why we're all here.

I checked with her supervision officer in North Carolina, Mr. Campbell. Mr. Campbell related to me that he had no issues himself with Ms. Campbell -- I'm sorry, Ms. Steele going on vacation. She's been completely fine on pretrial with her conditions thus far.

THE COURT: Well, let me just interrupt you, Mr. Cooper.

Mr. Cooper, can I interrupt you?

Two things, for whatever reason, I'm having trouble hearing you. Your Internet connection is breaking up and I'm not getting a very clear -- hearing you clearly. But be that as it may, what's the government's position on the request for the modification?

MS. RAKOCZY: We do object, Your Honor.

Ms. Steele is charged with very serious crimes and is under incredibly restrictive conditions because of the danger that she poses because of these crimes, and we, frankly, have only agreed to modifications where it's been necessary for medical treatment or for employment, and we don't see this as one of those circumstances.

THE COURT: All right.

Let me put a pause on this for a moment. Let me see if there's somebody else's issue I can deal with more quickly.

Ms. Van Pelt, you're still on on behalf of Mr. Dolan?

MS. VAN PELT: Yeah, I defer to the government, Your Honor. I don't know what the issue is.

THE COURT: Okay.

MS. RAKOCZY: Your Honor, Pretrial filed a report trying to make Mr. Dolan or asking the Court to order Mr. Dolan to seek employment or obtain employment, but he is on home confinement and cannot do that. And so we would just ask the Court to clarify for Pretrial that he's just not able to do that with his conditions right now.

MS. VAN PELT: Well, it's not only on home confinement, but he's rated at 90 percent disabled as a result of his service to the country.

THE COURT: Yeah. No, I think that was the issue

that Pretrial flagged. And to the extent that there's any conflict with his -- if there is some requirement that he obtain employment, we'll make sure that that's dropped as a condition, given his disability. So I think that should resolve it, okay?

All right. So, Ms. Van Pelt, you and Mr. Dolan are free to go.

All right. So that then just leaves Mr. Cooper and the issue of his client's release on vacation.

Look, let me do this. I'm going to have to go back and let me just take a look at the evidence as it stands against Ms. Steele, and let me make a determination.

I mean, Mr. Cooper, I'll take you to renew your motion orally, I will take a look at the motion.

Ms. Rakoczy, if you want to add anything at this point, you don't need to file a written response, I understand the government's position, but it's been a while since I've looked at the facts as they relate to Ms. Steele and I can go back and look at that and then make a determination of whether the requested modification would be appropriate.

MS. RAKOCZY: We have nothing to add, Your Honor. Thank you.

THE COURT: All right.

MR. COOPER: Nothing to add.

THE COURT: Anything else, folks?

MR. COOPER: No, thank you. Have a good day.

MS. RAKOCZY: Thank you, Your Honor, no.

THE COURT: Thank you, all, very much.

(Proceedings concluded at 12:39 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__April 6, 2022________

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [7]** 8/2 10/18 11/1 55/19 57/5 57/9 65/19
**DEFENDANT BENNIE PARKER: [1]** 10/5
**DEFENDANT CALDWELL: [1]** 9/22
**DEFENDANT CONNIE MEGGS: [1]** 10/9
**DEFENDANT CROWL: [1]** 9/24
**DEFENDANT DOLAN: [1]** 11/13
**DEFENDANT HARRELSON: [1]** 10/13
**DEFENDANT ISAACS: [1]** 11/15
**DEFENDANT JAMES: [1]** 11/6
**DEFENDANT KELLY MEGGS: [1]** 10/11
**DEFENDANT MINUTA: [1]** 10/15
**DEFENDANT SANDRA PARKER: [1]** 10/3
**DEFENDANT STEELE: [1]** 10/7
**DEFENDANT WATKINS: [1]** 10/1
**MR. BRENNWALD: [1]** 41/12
**MR. COOPER: [9]** 42/2 42/17 54/1 54/3 67/15 69/5 69/7 71/25 72/2
**MR. FISCHER: [2]** 37/7 55/13
**MR. MACHADO: [1]** 40/25
**MR. PIERCE: [4]** 45/25 55/15 68/11 68/14
**MR. ROSSI: [15]** 52/4 52/25 54/16 55/20 55/23 56/6 56/25 59/13 59/16 60/1 64/3 64/8 64/12 65/3 65/9
**MR. SPINA: [14]** 11/9 22/14 26/3 26/5 31/5 31/10 32/19 49/15 50/23 51/2 51/5 51/9 55/7 65/14
**MR. WICKS: [1]** 47/10
**MR. WILSON: [3]** 28/14 42/23 43/13
**MR. ZIMMERMAN: [2]** 68/2 68/21
**MS. ANDERSON: [1]** 43/25
**MS. GINSBERG: [1]** 44/9
**MS. HERNANDEZ: [4]** 38/12 58/25 59/2 59/8
**MS. NAPIERALA: [1]** 56/7
**MS. PETERSON: [7]** 19/11 20/9 20/23 22/12 24/11 40/15 61/25
**MS. RAKOCZY: [28]** 12/3 13/3 13/16 15/15 18/12 21/24 23/17 24/5 24/22 26/12 27/13 27/23 29/22 33/1 33/17 34/10 36/15 47/1 50/15 53/21 53/23 66/17 67/14 67/23 69/25 70/16 71/22 72/3
**MS. ROBIN: [11]** 10/24 11/3 11/7 48/9 54/11 54/14 54/24 55/3 55/6 66/6 66/15
**MS. VAN PELT: [4]** 51/14 65/12 70/13 70/22
**MS. WICKS: [3]** 47/12 62/25 63/3
**THE COURT: [118]**

**0**

**0826 [1]** 2/5
**0840 [1]** 2/18

**1**

**10 [1]** 8/9
**100 [1]** 39/14
**1000 [1]** 5/22
**101 [1]** 3/9
**10174-3699 [1]** 6/9
**1025 [1]** 6/3
**108 [1]** 4/8
**10:00 [2]** 66/5 67/11
**10:44 [1]** 1/6
**10th [7]** 40/17 49/8 54/9 54/15 62/1 66/5 67/10
**11 [1]** 8/9
**1101 [1]** 4/3
**1111 [1]** 5/4
**114 [2]** 5/3 5/7
**11th [1]** 51/16
**12 [17]** 8/10 12/8 26/15 29/17 34/12 34/14 35/1 37/1 43/9 48/22 53/15 59/5 60/16 60/25 60/25 61/6 61/15
**1219 [1]** 5/21
**12:39 [1]** 72/5
**13 [1]** 8/10
**1330 [2]** 5/11 5/13
**14 [1]** 52/17
**1431 [1]** 3/5
**14th [2]** 56/1 61/16
**15 [5]** 8/11 33/23 33/24 41/18 56/12
**15th [1]** 41/15
**16 [1]** 8/12
**16th [1]** 54/25
**172 [1]** 4/12
**1808 [1]** 3/18
**19 [1]** 73/6
**19107 [1]** 5/21
**19th [3]** 54/1 54/2 54/3
**1:00 [1]** 54/9
**1st [1]** 34/13

**2**

**200 [1]** 5/12
**20001 [3]** 2/17 3/4 7/5
**20003 [1]** 2/21
**20004 [1]** 2/13
**20007 [1]** 6/4
**20010 [1]** 3/18
**20036 [1]** 3/15
**20039 [1]** 4/17
**201 [1]** 3/8
**202 [8]** 1/15 2/13 3/5 3/15 3/19 4/18 6/5 7/5
**2021 [1]** 1/5
**2022 [3]** 35/5 51/24 73/10
**205 [1]** 5/13
**20530 [1]** 1/15
**20777 [1]** 2/8
**208-7500 [1]** 2/13
**21-28 [2]** 1/4 8/3
**21061-3065 [1]** 2/4
**212 [1]** 6/9
**213 [1]** 4/13
**215 [1]** 5/22
**21550 [1]** 4/11
**21st [1]** 5/11
**22201 [1]** 5/17
**22314 [4]** 4/4 4/8 5/4 5/8
**22nd [1]** 62/7
**240 [1]** 2/8
**24th [2]** 47/22 62/2
**252-6928 [1]** 1/15
**2615 [1]** 3/15
**2747 [1]** 6/9
**279-7648 [1]** 4/13
**28 [2]** 1/4 8/3
**28th [1]** 53/21
**29th [2]** 62/19 62/21
**2:00 [3]** 57/3 65/19 65/20
**2nd [5]** 3/8 60/24 61/1 61/10 62/5

**3**

**30 days [1]** 9/12
**300 [1]** 2/4
**301 [1]** 2/22
**3033 [1]** 5/16
**3065 [1]** 2/4
**30th [1]** 61/16
**31 [2]** 62/4 62/5
**310 [1]** 2/17
**31st [2]** 40/22 62/3
**3249 [1]** 7/5
**333 [1]** 7/4
**3391 [1]** 2/8
**34471 [1]** 3/9
**349-1111 [1]** 5/4
**350 [1]** 3/4
**352 [1]** 3/10
**352-2615 [1]** 3/15
**35205 [1]** 5/12
**354-3249 [1]** 7/5
**356-9066 [1]** 5/17
**3699 [1]** 6/9
**36th [1]** 6/8
**3rd [1]** 4/12

**4**

**400 [3]** 3/3 6/4 15/8
**400-1431 [1]** 3/5
**400-something [1]** 24/3
**405 [1]** 6/8
**410 [1]** 2/5
**4310 [1]** 5/8
**4333 [1]** 4/5
**4466 [1]** 3/10
**472-3391 [1]** 2/8
**4th [3]** 62/18 62/19 62/20

**5**

**500-now-plus [1]** 19/15
**503 [1]** 2/16
**5102 [1]** 4/18
**546-1000 [1]** 5/22
**548-8911 [1]** 4/9
**550 [1]** 2/12
**555 [1]** 1/14
**571 [1]** 5/17
**5th [1]** 3/3

**6**

**60 [2]** 48/22 60/23
**60 days [5]** 28/8 41/4 44/3 51/21 60/21
**60-day [1]** 60/22
**601 [1]** 3/13
**60585 [1]** 4/17
**610 [1]** 4/4
**625 [1]** 2/12
**629-4466 [1]** 3/10
**683-4310 [1]** 5/8
**684-4333 [1]** 4/5
**6928 [1]** 1/15
**6th [2]** 46/6 46/17

**7**

**700 [1]** 5/16
**703 [5]** 2/18 4/5 4/9 5/4 5/8
**7166 [1]** 2/7
**7310 [1]** 2/3
**7447 [1]** 3/19
**7500 [1]** 2/13
**7648 [1]** 4/13
**7727 [1]** 2/22
**785-2747 [1]** 6/9
**787-0826 [1]** 2/5
**7th [2]** 40/18 40/19

**8**

**8100 [1]** 6/5
**839-5102 [1]** 4/18
**8911 [1]** 4/9
**8th [8]** 55/2 55/12 57/2 57/4 57/21 65/19 65/20 65/22

**9**

**90 [1]** 70/23
**900 [1]** 3/14
**9066 [1]** 5/17
**91367 [1]** 4/12
**922 [1]** 2/21
**928-7727 [1]** 2/22
**939-1330 [1]** 5/13
**965-8100 [1]** 6/5
**989-0840 [1]** 2/18
**996-7447 [1]** 3/19
**9:00 [1]** 66/8
**9th [1]** 65/6

**A**

**a.m [3]** 1/6 66/5 66/8
**ability [3]** 39/9 44/19 45/18
**able [20]** 9/17 9/17 9/20 11/4 11/25 12/14 14/2 19/19 21/7 26/8 40/3 48/24 49/4 50/6 56/4 56/5 56/9 63/10 66/25 70/21
**about [41]** 9/12 22/17 23/25 24/2 24/18 25/7 25/15 26/25 27/9 27/19 27/21 28/1 28/3 28/13 29/11 31/3 31/6 33/5 33/6 33/15 37/21 38/2 39/18 43/7 43/10 43/11 44/19 45/11 48/12 49/17 51/18 55/9 57/16 58/1 58/12 58/23 59/6 60/2 65/11 67/8 68/24
**above [4]** 20/10 21/12 25/2 73/4
**above-titled [1]** 73/4
**absent [1]** 36/11
**absolutely [2]** 41/15 52/5
**abundance [1]** 35/21
**access [5]** 18/19 20/8 21/23 39/9 45/2
**accessible [4]** 20/7 22/4 22/10 25/11
**accessing [1]** 20/22
**accommodate [2]** 33/25 56/12
**accounts [1]** 12/14
**across [6]** 15/22 16/6 19/9 19/15 39/19 68/16
**Act [1]** 65/25
**actual [1]** 53/17
**actually [11]** 31/25 33/20 47/20 51/6 54/19 54/25 56/8 57/14 57/19 63/15 68/11
**add [6]** 18/2 54/12 57/24 71/15 71/22 71/25
**added [3]** 12/18 30/15 61/3
**addition [2]** 34/21 45/13
**additional [9]** 24/19 26/22 27/1 48/22 51/19 59/5 60/25 61/15 68/23
**address [14]** 11/24 19/7 26/7 36/7 36/22 36/23 37/2 43/2 43/17

**A**

**address... [5]** 45/19 49/3 50/14 50/16 67/18
**addressed [3]** 43/15 45/12 49/16
**addressing [2]** 11/18 45/17
**administratively [1]** 60/13
**adopt [2]** 31/13 43/9
**adopted [1]** 31/16
**advise [2]** 37/18 63/23
**advised [1]** 44/12
**affect [1]** 33/14
**affirmative [1]** 31/25
**after [3]** 34/17 40/21 47/24
**afternoon [4]** 11/11 48/9 56/7 63/24
**again [14]** 14/25 21/12 22/7 38/3 40/5 53/9 58/7 60/11 60/16 61/7 62/22 63/8 66/22 67/7
**against [2]** 48/25 71/12
**ago [4]** 10/25 39/7 40/8 51/16
**agree [3]** 38/12 40/5 42/6
**agreed [1]** 70/4
**ahead [5]** 13/14 15/14 31/8 55/22 59/15
**aided [1]** 7/7
**AL [2]** 1/6 5/12
**Alabama [1]** 50/1
**alert [1]** 52/15
**Alexandria [4]** 4/4 4/8 5/4 5/8
**Alfred [3]** 4/8 5/3 5/7
**all [109]**
**all right [4]** 43/24 51/12 53/13 66/16
**allow [1]** 22/1
**allowing [2]** 29/4 68/6
**allows [1]** 68/8
**almost [2]** 16/17 30/1
**along [2]** 23/4 49/22
**already [3]** 40/17 47/17 68/12
**also [17]** 15/23 16/12 16/14 17/8 19/4 24/25 31/1 33/6 37/2 37/13 37/14 41/21 48/11 48/15 48/16 49/20 51/22
**although [4]** 17/18 27/14 52/7 57/13
**Alvin [1]** 8/7
**always [1]** 61/11
**am [8]** 9/18 14/8 18/13 21/17 27/9 28/13 46/1 52/8
**AMERICA [2]** 1/3 8/4
**AMIT [1]** 1/10
**among [1]** 23/14
**amongst [1]** 50/8
**amount [9]** 12/7 12/9 20/13 22/18 25/9 35/3 35/15 35/22 39/15
**amounts [1]** 12/13
**Anderson [3]** 8/21 43/24 44/6
**another [5]** 28/8 28/20 32/6 32/17 54/20
**answer [2]** 45/6 50/14
**answered [1]** 50/7
**answering [1]** 29/19
**anticipate [3]** 24/15 47/18 49/20
**anticipated [1]** 45/15
**anticipating [1]** 38/4
**any [32]** 11/19 21/5 26/8 26/9 36/23 39/7 40/4 40/16 42/3 44/2 44/24 45/6 45/13 45/23 46/2 46/24 47/12 48/23 49/20 50/9 57/11 57/12 58/12 58/21 58/21 60/25 61/6 61/14 61/16 62/11 66/19 71/1
**anybody [4]** 20/7 39/1 66/1 67/12
**anybody's [1]** 58/5
**Anyone [2]** 57/21 67/21
**anything [12]** 32/2 32/23 36/13 37/3 42/4 47/25 57/24 66/1 67/12 68/22 71/15 72/1
**AO [1]** 21/14
**aol.com [1]** 2/9
**apologize [2]** 14/4 57/5
**Appeals [1]** 32/2
**appear [3]** 9/19 58/21 67/5
**appearance [2]** 68/10 68/12
**appearances [9]** 1/12 1/17 2/25 3/20 4/19 5/23 6/11 58/13 67/4
**appearing [2]** 9/7 58/10
**applicable [1]** 31/15
**applies [4]** 28/25 31/9 39/19 44/25
**apply [1]** 30/16
**appointed [1]** 18/24
**appreciate [2]** 52/24 67/6
**approach [2]** 14/15 16/1
**appropriate [1]** 71/21
**April [5]** 52/17 62/25 63/2 63/5 73/10
**are [89]**
**area [1]** 18/13
**argue [2]** 57/14 57/20
**argument [1]** 56/17
**arguments [3]** 31/1 57/4 57/24
**Arlington [1]** 5/17
**around [3]** 22/4 36/3 40/22
**arraigned [1]** 51/16
**arraignment [3]** 22/16 22/16 23/4
**arraignments [1]** 23/9
**arrange [1]** 13/25
**arrangements [1]** 58/15
**arrest [1]** 17/24
**arrests [1]** 13/10
**as [94]**
**aside [1]** 35/21
**ask [31]** 9/20 11/17 11/24 18/4 27/19 29/9 29/25 31/22 32/12 33/7 33/8 35/23 36/7 36/22 39/24 45/22 49/10 50/25 52/10 53/8 54/8 57/23 61/17 61/21 61/22 62/4 62/17 62/18 64/22 68/5 70/20
**asked [2]** 57/20 62/11
**asking [3]** 62/9 62/23 70/17
**aspect [1]** 14/24
**assess [1]** 48/25
**assistance [1]** 22/1
**assisting [1]** 18/18
**assume [4]** 19/1 20/6 45/5 45/17
**assuming [1]** 62/21
**assumption [1]** 65/1
**attack [3]** 15/7 15/22 16/20
**attacks [1]** 14/24
**attend [1]** 14/2
**attention [1]** 28/18
**attorney [2]** 21/5 28/20
**ATTORNEY'S [2]** 1/13 15/19
**attorneys [7]** 12/20 14/1 14/2 16/19 18/24 19/15 52/19
**attribution [1]** 44/24
**August [14]** 14/9 16/21 53/23 54/1 54/2 54/3 62/18 62/19 62/19 62/20 62/21 63/1 66/4 67/10
**August 29th [1]** 62/21
**authority [1]** 46/7
**available [29]** 16/19 17/18 17/19 18/15 19/1 19/9 19/24 20/5 20/14 34/5 37/17 38/3 40/21 41/5 47/24 54/9 54/21 55/2 55/11 55/12 55/14 55/16 57/2 57/3 57/21 61/24 62/1 66/4 66/12
**Avenue [5]** 2/12 2/21 3/13 6/8 7/4
**avoid [1]** 11/19

**B**

**back [5]** 29/6 36/2 39/24 71/11 71/19
**bad [2]** 55/24 56/2
**Baltimore [1]** 47/21
**Bar [5]** 15/24 16/2 17/14 22/5 22/11
**Barrett [1]** 7/4
**basis [3]** 17/19 23/17 24/6
**be [173]**
**Bear [1]** 54/5
**because [33]** 12/15 14/7 17/16 18/13 18/14 19/12 19/22 28/19 28/20 29/12 30/13 31/24 33/11 36/10 37/19 37/19 37/22 39/13 40/10 43/2 44/15 46/15 48/2 50/11 54/20 59/24 61/7 63/10 64/16 65/22 66/24 70/2 70/3
**becomes [1]** 53/11
**been [57]** 12/10 12/14 15/8 15/19 15/23 16/25 18/16 18/21 19/10 19/20 22/3 23/11 23/14 23/15 23/18 23/19 23/22 24/3 24/5 25/3 27/15 28/18 29/16 29/17 30/15 30/19 31/11 31/21 40/8 42/7 43/20 44/17 44/20 44/24 44/25 45/7 45/7 46/23 47/2 50/7 50/22 52/6 53/8 53/15 53/17 53/18 57/24 59/9 60/21 61/3 61/8 61/20 64/17 69/9 69/15 70/4 71/17
**before [17]** 1/10 9/15 26/15 31/19 32/24 34/24 36/21 40/7 40/22 42/14 47/24 63/25 64/6 66/2 67/12 69/10 69/10
**beginning [1]** 49/24
**begins [1]** 61/25
**begun [2]** 24/17 26/16
**behalf [26]** 8/14 8/15 8/16 11/22 22/15 32/24 36/13 37/5 41/11 42/1 42/22 43/24 44/7 46/22 47/8 48/8 49/13 54/11 54/14 55/13 64/24 65/13 66/6 67/17 69/4 70/11
**being [11]** 16/16 17/8 17/23 38/2 40/3 42/13 42/25 43/1 47/18 58/1 62/13
**believe [10]** 11/4 23/12 27/12 36/19 37/8 37/25 39/23 45/6 47/15 47/22
**benefit [2]** 44/16 52/18
**Bennie [3]** 2/20 8/7 8/18
**best [2]** 51/11 63/10
**better [5]** 17/12 19/7 21/16 50/4 50/4
**between [3]** 32/10 35/24 42/5
**beyond [4]** 17/25 18/13 26/22 50/17
**big [1]** 19/23
**biggest [1]** 38/19
**Birmingham [1]** 5/12
**bit [6]** 17/9 19/12 20/10 25/13 34/11 35/15
**bleed [1]** 55/25
**BLIND [1]** 4/16
**blindjusticedc.org [1]** 4/19
**block [2]** 33/22 34/2
**board [1]** 39/19
**Boasberg [1]** 40/7
**body [7]** 13/11 15/6 16/10 16/12 17/8 21/4 21/9
**body-worn-camera [3]** 16/10 21/4 21/9
**bond [4]** 49/19 52/18 64/4 64/9
**booked [1]** 69/9
**both [5]** 13/13 18/13 22/7 26/19 35/9
**bottom [6]** 9/19 23/10 24/22 25/21 25/23 57/17
**Boulevard [1]** 5/16
**Box [1]** 4/17
**boxed [1]** 30/21
**Brady [5]** 45/4 45/7 45/8 45/12 46/25
**BRAND [1]** 3/17
**brandwoodwardlaw.com [1]** 3/20
**break [1]** 41/20
**breaking [2]** 42/15 69/21
**Brennwald [5]** 2/20 2/20 8/18 41/11 41/25
**brief [1]** 24/12
**briefed [1]** 35/10
**briefing [2]** 30/5 34/11
**briefly [1]** 68/2
**bring [3]** 28/17 57/8 59/13
**broad [1]** 25/10
**broader [1]** 24/2
**broadest [1]** 24/24
**broadly [1]** 46/6
**brought [1]** 58/16
**budget [2]** 20/12 24/13
**Building [1]** 3/14
**bulk [2]** 13/17 13/22
**Burnie [1]** 2/4
**bury [1]** 31/12
**business [1]** 61/20
**busy [1]** 38/1

**C**

**CA [1]** 4/12
**CALDWELL [10]** 1/6 2/2 8/4 8/14 9/21 37/6 37/12 38/6 53/16 55/14
**calendar [2]** 41/6 46/2
**calendars [3]** 33/24 61/22 62/22
**call [3]** 16/13 32/12 59/20
**camera [3]** 16/10 21/4 21/9
**cameras [1]** 13/20
**Campbell [3]** 69/13 69/13 69/14
**can [58]** 10/22 11/3 11/5 11/5 11/19 15/8

## C


**can... [52]** 19/11 20/1 21/2 21/11 21/15 21/23 22/10 25/10 25/14 25/20 25/25 26/7 26/21 28/4 31/16 32/5 32/16 34/4 35/9 35/10 35/10 37/17 37/18 38/3 38/7 38/8 39/1 39/4 39/21 39/25 46/11 46/15 47/3 51/11 53/19 54/21 55/9 57/8 57/16 57/22 58/15 59/10 61/10 62/12 63/18 66/4 66/14 66/19 67/20 69/19 70/9 71/19
**can't [7]** 19/22 19/22 23/1 23/8 26/25 42/4 54/18
**cannot [6]** 22/4 41/15 41/16 52/22 52/22 70/19
**capability [1]** 19/23
**Capitol [12]** 13/18 13/19 13/22 13/25 14/5 14/24 15/7 15/22 16/9 16/20 17/3 40/20
**Capitol-attack-related [1]** 15/22
**CARLTON [2]** 6/3 6/7
**carltonfields.com [2]** 6/6 6/10
**Carmen [3]** 2/7 8/15 59/2
**Carolina [1]** 69/13
**case [36]** 8/3 12/4 13/5 13/7 14/23 18/24 18/25 23/13 23/18 23/22 25/5 25/9 26/9 26/15 27/7 34/22 34/22 35/17 35/20 37/16 39/3 39/6 39/6 39/8 39/11 39/19 40/6 40/10 40/20 46/20 50/1 62/3 62/13 67/1 68/7 68/20
**cases [21]** 12/21 16/7 17/25 19/10 24/3 27/22 28/5 31/11 31/22 33/15 33/25 35/6 37/21 37/22 38/1 39/20 58/8 62/6 66/24 67/3 67/6
**caught [2]** 13/1 28/15
**caution [1]** 35/22
**CCTV [2]** 13/17 16/9
**centralized [4]** 15/21 16/6 16/23 17/8
**certain [3]** 27/1 35/2 46/5
**certainly [8]** 18/20 23/17 26/16 37/17 43/14 43/19 48/19 57/13
**Certified [1]** 7/3
**certify [1]** 73/2
**cetera [1]** 34/8
**CH [1]** 7/4
**challenged [2]** 51/10 52/9
**challenging [2]** 33/25
68/7
**chambers [1]** 62/15
**chance [1]** 31/2
**change [3]** 36/11 50/11 61/21
**charge [1]** 17/24
**charged [4]** 12/8 15/8 24/3 70/1
**check [1]** 55/3
**checked [1]** 69/12
**chernan7 [1]** 2/9
**Chief [1]** 24/17
**chime [1]** 37/19
**chris [1]** 5/9
**chrisleibiglaw.com [1]** 5/9
**Christmas [1]** 69/10
**Christopher [3]** 5/6 5/7 8/25
**circulated [1]** 50/7
**circumstances [1]** 70/6
**civil [1]** 67/2
**CJA [2]** 18/24 19/25
**CJA-appointed [1]** 18/24
**clarify [1]** 70/20
**clarity [1]** 19/12
**Claude [1]** 11/1
**clean [1]** 60/14
**cleaner [1]** 32/1
**clear [6]** 19/6 34/5 53/14 58/7 68/3 69/22
**clearly [1]** 69/22
**client [14]** 24/1 25/22 25/25 29/2 39/3 39/23 58/16 58/18 58/20 64/5 64/6 64/9 67/22 68/24
**client's [5]** 23/2 29/4 58/1 58/14 71/9
**clients [6]** 29/11 31/2 36/9 36/10 58/4 63/25
**clip [1]** 42/18
**closer [2]** 14/12 57/16
**cloud [2]** 20/6 21/20
**clump [1]** 50/3
**co [5]** 13/13 31/14 31/22 49/7 56/4
**co-counsel [1]** 56/4
**co-defendants [2]** 13/13 31/14
**COLUMBIA [4]** 1/1 1/14 2/11 63/9
**come [6]** 19/18 20/12 36/2 39/24 46/5 53/2
**comes [3]** 38/24 40/20 68/16
**coming [8]** 11/11 24/16 28/16 37/23 41/7 47/1 49/2 61/8
**comments [1]** 44/15
**communications [2]** 17/5 50/8
**complaints [1]** 51/17
**complete [2]** 33/1 42/13
**completed [1]** 59/21
**completely [1]** 69/15
**complex [8]** 46/16
**complicated [1]** 56/24
**complied [1]** 35/9
**computer [1]** 7/7
**computer-aided [1]** 7/7
**concern [3]** 43/7 56/20 66/21
**concerned [2]** 27/9 44/22
**concerns [5]** 25/22 33/5 44/19 47/14 48/11
**concluded [1]** 72/5
**conclusion [1]** 14/22
**condition [1]** 71/4
**conditions [4]** 67/16 69/16 70/2 70/21
**conference [1]** 66/4
**conferred [1]** 55/4
**confinement [2]** 70/19 70/23
**confirm [3]** 9/20 10/22 11/3
**conflict [4]** 40/12 41/24 61/18 71/2
**conflicts [2]** 45/23 46/2
**confused [1]** 12/24
**confusing [1]** 31/24
**confusion [1]** 53/14
**Congress [1]** 14/6
**connection [1]** 69/21
**Connie [3]** 3/12 8/8 8/21
**consent [2]** 32/13 64/25
**consider [1]** 66/17
**consideration [1]** 49/21
**conspiracies [1]** 45/11
**conspiracy [1]** 45/11
**Constitution [1]** 7/4
**contact [1]** 62/15
**continuances [1]** 59/4
**continue [5]** 17/24 27/5 37/1 40/2 67/11
**continued [8]** 2/1 3/1 4/1 5/1 6/1 7/1 12/5 40/8
**continues [2]** 38/20 53/9
**continuing [1]** 48/18
**continuously [1]** 15/1
**contract [2]** 16/4 21/8
**control [1]** 50/17
**conversation [1]** 24/1
**conversations [5]** 18/22 22/8 22/12 26/18 27/3
**Cooper [13]** 3/2 3/3 8/19 42/1 42/15 42/21 67/19 68/24 69/3 69/18 69/19 71/8 71/13
**copy [1]** 13/6
**CORPORATION [1]** 4/16
**correct [4]** 21/24 23/13 28/12 73/3
**cost [1]** 20/13
**could [11]** 14/8 17/2 22/1 29/25 33/14 35/6 35/19 50/11 65/6 66/9 67/23
**counsel [66]** 10/22 13/13 15/17 19/9 20/2 21/23 24/6 24/23 25/2 25/5 25/14 26/24 27/19 27/20 27/25 28/6 29/1 29/8 29/10 29/18 30/1 30/7 30/13 30/16 31/20 31/22 32/4 32/16 32/25 33/9 33/24 34/4 34/13 34/23 35/9 35/19 36/3 36/18 37/18 37/21 37/25 38/8 38/21 44/13 48/3 49/12 49/22 50/8 53/2 54/18 55/4 55/11 56/4 57/1 57/12 57/13 57/19 57/23 57/25 63/22 64/22 64/23 66/13 66/19 67/23 68/19
**counsels' [1]** 21/22
**country [1]** 70/24
**couple [2]** 12/1 14/1
**course [10]** 16/25 23/11 26/20 29/19 29/22 32/22 33/7 49/19 58/5 58/20
**court [58]** 1/1 7/2 7/3 9/20 15/10 15/17 20/12 20/14 21/15 22/20 24/13 24/16 24/18 24/23 28/4 29/25 29/25 31/12 32/2 33/4 33/8 33/8 33/8 34/12 34/16 34/21 36/23 37/18 38/13 38/14 38/15 39/1 39/7 39/24 40/4 41/17 41/20 42/11 43/16 43/17 44/11 45/19 46/4 47/16 47/18 47/21 51/23 52/15 53/11 57/14 59/4 66/7 66/17 67/18 68/5 70/17 70/20 73/7
**Court's [5]** 28/17 33/4 34/11 49/21 66/20
**courtroom [2]** 11/2 58/3
**cover [3]** 13/22 56/4 56/5
**COVID [3]** 37/20 37/22 73/6
**COVID-19 [1]** 73/6
**CR [1]** 1/4
**create [2]** 15/20 16/5
**creating [1]** 21/25
**credentials [1]** 20/7
**crime [2]** 16/12 17/5
**crimes [3]** 34/19 70/1 70/3
**criminal [2]** 8/3 66/24
**Crowl [4]** 2/7 8/5 8/15 9/23
**CRR [2]** 73/2 73/11
**cs.com [1]** 2/22
**currently [7]** 10/18 27/10 33/14 47/25 50/1 63/16 63/17
**custody [3]** 43/14 43/18 45/1
**cut [1]** 28/23


## D


**D.C [11]** 1/5 1/15 2/13 2/17 2/21 3/4 3/15 3/18 4/17 6/4 7/5
**danger [1]** 70/3
**Daniel [1]** 4/6
**data [12]** 12/13 16/5 17/16 17/22 17/23 19/3 21/20 21/21 22/9 22/18 22/19 25/9
**database [27]** 15/21 16/6 16/16 16/18 18/2 18/6 18/6 18/19 19/1 19/8 19/14 19/17 19/18 20/5 20/20 20/20 20/22 21/12 21/19 21/19 21/23 21/25 22/1 22/3 22/6 22/6 24/15
**databases [1]** 21/22
**date [46]** 13/23 14/4 16/21 17/17 17/23 23/23 29/20 29/21 33/3 33/8 33/9 33/10 33/18 35/8 35/11 37/2 37/16 38/4 38/7 41/5 41/18 42/20 43/11 43/19 44/5 45/6 45/19 45/23 45/24 46/3 47/20 47/21 49/6 49/9 49/10 52/13 53/20 53/22 54/20 56/9 56/14 57/16 64/25 65/17 66/18 73/10
**dates [11]** 14/10 27/21 27/25 34/2 34/5 41/14 42/6 58/24 61/17 62/24 63/11
**david [6]** 2/2 3/7 3/8 3/10 8/14 8/20
**day [8]** 46/16 54/23 54/24 55/24 60/22 60/23 67/8 72/2
**days [7]** 9/12 28/8 41/4 44/3 48/22 51/21 60/21
**deadline [6]** 30/16 37/1 37/14 59/18 61/5 61/9
**deal [3]** 47/13 59/24 70/9
**dealing [1]** 62/6
**decide [1]** 30/23
**decided [1]** 22/3
**deciding [1]** 33/10
**decision [1]** 34/16
**decisions [2]** 30/22 33/15
**deep [1]** 22/21
**defendant [59]** 2/2 2/6 2/10 2/15 2/19 3/2 3/7 3/12 4/2 4/15 5/2 5/10 5/14 6/2 8/4 8/5 8/5 8/6 8/7 8/7 8/8 8/8 8/9 8/9 8/10 8/10 8/11 8/11

D

**defendant... [31]** 8/14 8/15 8/16 8/19 8/20 8/21 8/23 8/24 8/25 9/2 9/4 9/5 22/22 22/24 23/12 23/15 23/16 31/16 31/22 32/7 32/18 36/18 40/6 40/10 44/24 49/7 49/7 55/4 57/11 58/8 62/3
**defendants [67]** 1/7 9/7 9/16 9/18 12/8 12/19 12/21 13/1 13/5 13/12 13/13 13/23 14/19 14/22 15/3 15/5 16/20 17/15 17/25 18/24 18/25 19/15 26/10 26/14 26/14 26/15 26/24 27/7 27/8 27/10 27/15 27/18 28/7 29/7 29/9 30/1 30/3 30/4 30/14 30/14 31/14 31/16 33/10 33/18 33/23 34/8 35/16 36/8 36/19 39/3 41/21 44/21 45/9 48/25 49/1 49/5 50/3 58/10 61/2 61/13 62/16 63/14 63/17 63/18 65/22 66/25 67/5
**defendants' [7]** 13/10 13/19 17/2 19/14 33/14 51/22 58/13
**DEFENDER [6]** 2/11 15/25 18/17 18/18 19/6 25/3
**Defenders [1]** 18/23
**defense [41]** 12/14 12/17 14/1 15/23 16/2 16/19 17/14 18/2 18/10 18/15 18/19 19/9 21/22 21/23 22/5 22/11 24/6 25/14 28/25 29/10 29/18 31/20 31/22 32/4 32/16 32/17 32/25 33/24 35/19 36/3 37/18 37/20 37/25 38/7 38/21 39/10 46/8 46/12 50/7 56/12 57/23
**defer [2]** 56/6 70/13
**definitely [2]** 25/1 50/23
**delay [2]** 33/17 48/15
**delaying [1]** 48/16
**department [2]** 16/11 26/25
**depend [1]** 34/7
**dependent [1]** 42/13
**depends [1]** 34/10
**Deputy [1]** 11/2
**Der [4]** 5/19 5/20 9/3 51/12
**described [2]** 20/21 27/16
**desire [1]** 60/8
**desires [1]** 68/5
**detained [13]** 29/8 29/12 36/9 36/11 41/21 41/22 45/16 46/14
52/20 53/4 63/17 63/18 64/6
**detention [2]** 36/11 46/18
**determination [3]** 43/5 71/12 71/20
**developing [1]** 20/19
**devices [1]** 13/11
**dialogue [1]** 49/17
**did [9]** 23/3 29/24 47/13 51/20 54/12 55/21 59/17 61/24 63/1
**didn't [1]** 67/17
**difference [2]** 32/10 32/11
**different [4]** 34/2 37/24 56/12 56/23
**difficult [6]** 24/1 38/23 40/1 45/1 49/10 56/21
**difficulty [1]** 53/4
**digital [1]** 17/1
**DIMURO [1]** 4/3
**dimuro.com [1]** 4/5
**dire [2]** 34/21 34/25
**directed [1]** 51/23
**direction [3]** 22/23 25/24 49/18
**directly [4]** 22/8 25/25 39/21 45/20
**disability [1]** 71/4
**disabled [1]** 70/23
**disagree [1]** 38/8
**disclosable [1]** 23/14
**disclosed [2]** 28/19 45/7
**discoverability [1]** 15/2
**discovery [55]** 11/21 11/24 12/4 12/5 12/6 13/6 14/22 15/4 15/9 19/19 23/22 24/2 24/24 25/6 25/10 25/19 28/16 28/18 35/9 36/23 37/8 37/9 38/14 38/17 38/21 38/24 39/9 39/10 39/16 41/13 42/3 42/12 42/13 42/25 43/1 43/4 43/6 44/2 44/17 45/2 45/3 46/10 46/11 47/13 48/10 48/11 48/12 48/16 49/2 49/16 51/18 52/5 52/7 61/8 66/20
**discuss [2]** 26/10 67/20
**discussed [2]** 27/24 68/3
**discussion [1]** 26/17
**discussions [6]** 22/17 24/17 26/13 26/21 27/5 53/2
**disinclined [1]** 67/3
**dismiss [6]** 30/20 37/13 44/4 50/21 50/23 60/7
**dispositions [2]** 11/25 26/22
**dispositive [1]** 30/20
**DISTRICT [6]** 1/1 1/1
1/10 1/11 1/13 1/19
**dive [1]** 22/21
**do [74]**
**do you [1]** 50/19
**do you know [1]** 39/4
**does [4]** 15/16 41/16 48/3 68/25
**doesn't [1]** 39/3
**doing [4]** 9/11 24/14 25/3 25/10
**Dolan [16]** 5/15 8/11 9/4 11/12 30/2 51/13 51/15 61/4 64/23 65/11 65/12 68/25 70/12 70/17 70/18 71/6
**Dolan's [1]** 67/23
**don't [55]** 9/15 14/9 17/19 18/20 19/23 20/3 20/4 20/15 21/24 22/13 28/18 29/21 30/21 31/11 31/23 32/12 32/13 33/11 35/17 37/5 38/14 38/15 39/17 40/4 40/16 41/23 42/3 42/4 43/4 44/2 45/6 45/9 46/2 46/23 47/10 47/12 47/25 50/3 53/7 56/21 58/12 58/18 60/11 63/11 63/22 66/10 66/21 66/23 67/19 67/20 68/15 69/4 70/6 70/14 71/16
**done [5]** 24/14 34/3 35/3 37/9 57/17
**Donovan [2]** 2/7 8/5
**door [1]** 13/24
**dormant [1]** 37/21
**down [10]** 9/18 23/24 25/1 33/22 36/19 54/21 55/18 56/14 57/3 63/11
**downloaded [1]** 21/21
**dozens [1]** 48/13
**drafted [6]** 54/19 56/16 57/2 57/14 57/19 57/25
**drafter [1]** 56/19
**drinking [1]** 52/7
**drive [2]** 23/21 25/24
**drives [3]** 12/16 12/16 13/6
**drop [1]** 63/14
**dropped [1]** 71/3
**drug [1]** 49/7
**due [2]** 61/14 61/16
**during [3]** 62/10 62/11 73/5
**dwilsonlaw.com [1]** 3/10

E

**each [15]** 22/22 22/23 23/12 23/15 23/16 28/25 29/10 30/12 36/3 36/18 36/18 44/21 45/10 48/25 50/8
**earlier [4]** 28/1 30/22 33/2 42/24
**earliest [2]** 35/6 62/1
**early [4]** 13/21 14/9
16/22 43/13
**ears [1]** 25/15
**easier [4]** 14/7 39/10 39/13 60/13
**easily [1]** 25/11
**echo [2]** 44/18 48/11
**Ed [1]** 51/9
**Edmund [1]** 3/17
**EDVA [1]** 49/8
**Edward [1]** 8/4
**either [2]** 22/2 65/23
**electronic [1]** 31/12
**Elizabeth [2]** 5/15 9/3
**else [13]** 13/2 32/23 36/13 37/3 47/25 50/12 57/21 66/1 67/12 67/21 68/22 69/1 72/1
**else's [1]** 70/9
**email [23]** 1/16 2/5 2/9 2/14 2/18 2/22 3/5 3/10 3/16 3/19 4/5 4/9 4/13 4/18 5/5 5/9 5/13 5/18 5/22 6/5 6/10 27/25 43/2
**emails [2]** 28/20 43/1
**Empire [1]** 2/4
**employment [4]** 70/5 70/18 70/18 71/3
**end [7]** 14/15 14/21 17/23 29/20 33/19 36/2 47/23
**endeavoring [1]** 45/5
**ends [1]** 63/15
**enforcement [2]** 17/4 17/6
**engage [1]** 34/17
**engaging [1]** 49/21
**enormous [1]** 44/23
**enough [5]** 53/7 56/25 59/10 61/20 66/10
**ensure [1]** 46/11
**enter [1]** 60/10
**entered [2]** 68/9 68/11
**entering [1]** 13/5
**entire [4]** 12/20 22/4 22/11 54/24
**entirety [1]** 16/18
**envision [1]** 42/4
**estimates [1]** 34/8
**et [2]** 1/6 34/8
**et cetera [1]** 34/8
**Eugene [1]** 6/2
**even [6]** 35/14 35/18 39/25 45/10 61/18 64/3
**events [1]** 69/10
**ever [1]** 32/2
**every [1]** 46/9
**everybody [14]** 9/11 28/25 29/4 54/21 60/4 61/12 62/5 62/18 64/17 65/17 65/23 66/4 67/10 69/1
**everybody's [2]** 56/24 67/8
**everyone [13]** 9/9 9/10 11/17 13/2 28/9 28/11 54/5 54/8 60/14 61/17 62/19 64/16 66/22
**everyone's [1]** 60/6
**everything [6]** 23/8 25/10 37/22 42/7 64/14 68/16
**evidence [23]** 13/12 14/16 14/23 15/2 15/6 15/21 16/6 16/24 16/24 17/1 17/8 17/10 18/1 20/21 22/23 23/3 23/11 23/14 23/25 34/19 46/9 48/25 71/11
**Evidence.com [3]** 21/3 21/6 21/9
**exact [2]** 27/6 29/21
**exactly [3]** 20/15 24/18 57/17
**example [3]** 17/3 18/8 21/2
**exceedingly [1]** 45/1
**except [3]** 28/9 30/1 57/12
**exception [2]** 13/20 14/11
**exceptions [1]** 16/17
**exchanges [1]** 34/19
**excluded [3]** 65/16 65/21 65/25
**exclusion [1]** 64/25
**excuse [3]** 29/8 62/7 69/6
**executed [1]** 13/11
**exhibits [1]** 34/20
**existing [2]** 30/4 48/5
**exists [1]** 30/6
**expect [2]** 63/18 63/24
**expecting [1]** 56/17
**expert [1]** 34/19
**expertise [1]** 18/13
**explain [2]** 21/15 24/6
**explaining [1]** 23/19
**express [1]** 24/23
**expressed [1]** 27/25
**expression [1]** 50/4
**extend [4]** 37/14 51/21 60/15 60/18
**extended [1]** 60/24
**extension [5]** 28/12 28/15 41/4 43/10 44/3
**extensive [3]** 17/10 34/25 36/12
**extent [6]** 11/25 25/23 26/8 53/3 60/8 71/1
**external [2]** 12/16 13/20

F

**fact [3]** 28/17 43/20 44/25
**facts [2]** 46/6 71/18
**Fair [1]** 56/25
**fairly [3]** 27/14 27/17 49/25
**fall [2]** 17/18 17/22
**family [1]** 69/8
**far [8]** 38/7 40/5 41/14 42/7 44/22 45/18 57/25 69/16
**fashion [4]** 24/13 24/16

**F**

**fashion... [2]** 29/3 57/18
**fault [1]** 22/18
**favor [2]** 33/3 34/23
**FBI [4]** 12/10 12/11 16/14 16/24
**fd.org [1]** 2/14
**February [13]** 35/5 35/13 40/18 40/19 41/15 49/11 52/17 52/22 62/5 62/7 62/8 62/12 62/15
**federal [10]** 2/11 15/24 18/17 18/18 18/23 19/6 25/3 37/25 39/7 47/21
**feedback [1]** 11/19
**feel [1]** 51/7
**feeling [1]** 49/20
**few [7]** 12/22 13/20 27/5 35/24 44/15 47/5 53/1
**FIELDS [2]** 6/3 6/7
**figure [2]** 9/13 62/12
**figuring [1]** 19/24
**file [17]** 31/22 32/4 32/5 32/16 50/20 50/25 51/19 51/20 51/22 52/11 52/14 60/15 61/6 61/10 64/20 65/6 71/16
**filed [32]** 19/10 24/13 28/11 28/14 29/17 29/17 30/19 31/13 31/15 36/25 37/11 37/12 37/13 37/14 41/3 44/3 44/4 47/18 47/18 48/3 50/22 53/15 53/15 53/17 53/25 59/9 60/20 61/15 64/17 64/24 67/16 70/16
**files [3]** 39/14 44/21 48/17
**filing [11]** 32/14 32/15 34/13 37/14 38/19 43/9 45/15 47/16 48/23 59/18 66/18
**filings [3]** 31/12 31/13 34/18
**final [1]** 13/21
**finally [1]** 37/3
**financial [1]** 40/2
**find [3]** 14/5 23/25 25/14
**fine [6]** 32/15 41/2 65/8 65/14 66/15 69/16
**fire [2]** 52/8 59/20
**firm [1]** 14/10
**first [16]** 4/7 13/4 16/8 27/15 33/10 33/18 35/11 36/5 41/23 49/20 50/3 53/5 60/5 61/23 62/8 63/19
**Fischer [9]** 2/2 2/3 8/14 37/5 38/10 38/13 40/6 52/20 55/11
**fischerandputzi [1]** 2/6
**fit [1]** 51/23
**five [3]** 30/4 30/14 35/21
**FL [1]** 3/9
**flagged [1]** 71/1
**flexible [2]** 38/8 61/11
**floor [5]** 4/7 4/12 6/8 11/23 31/20
**folks [3]** 53/3 56/11 72/1
**folks' [1]** 32/5
**follow [1]** 9/17
**followed [1]** 40/18
**following [3]** 36/22 54/24 61/22
**footage [7]** 13/17 13/21 13/22 16/10 16/10 21/4 21/10
**foregoing [1]** 73/3
**foreseeable [1]** 50/10
**forgive [1]** 68/15
**form [1]** 43/19
**formal [2]** 68/6 68/9
**formally [1]** 65/23
**forthcoming [1]** 44/18
**forward [8]** 9/14 32/16 34/4 40/10 60/11 62/6 62/23 63/14
**found [3]** 13/18 13/23 26/1
**four [12]** 12/18 13/1 26/14 27/10 28/6 30/3 30/14 30/15 40/6 40/10 49/1 62/7
**four-defendant [2]** 40/6 40/10
**four-week [1]** 62/7
**fourth [2]** 1/14 50/9
**FPD [2]** 19/2 19/25
**frankly [3]** 32/1 53/8 70/4
**fraud [2]** 50/1 62/3
**Fredericksburg [1]** 66/7
**free [3]** 61/23 62/5 71/7
**freedom [1]** 39/25
**Friday [1]** 51/6
**fruition [2]** 37/23 40/21
**full [1]** 54/22
**fully [1]** 59/21
**future [1]** 32/4

**G**

**gathered [6]** 14/16 14/23 15/22 16/6 16/25 26/5
**Gene [5]** 9/5 55/20 55/23 59/16 65/4
**general [4]** 14/13 31/5 31/9 60/21
**generated [1]** 12/10
**generating [1]** 18/19
**generous [1]** 52/6
**get [27]** 9/13 12/14 12/16 12/17 13/21 13/24 17/22 19/22 19/24 25/20 28/5 29/6 30/21 35/19 36/9 39/14 45/18 46/19 47/3 50/2 51/5 54/20 57/16 59/11 59/12 61/12 65/22
**gets [3]** 20/10 31/24 32/2
**getting [10]** 18/12 19/21 20/18 21/12 23/1 24/9 24/19 46/16 48/16 69/22
**Giglio [1]** 14/11
**Ginsberg [8]** 4/2 4/3 8/22 44/7 48/12 68/3 68/6 68/17
**Ginsberg's [1]** 46/25
**give [4]** 19/11 34/13 46/4 56/17
**given [10]** 30/18 33/4 33/12 34/22 43/13 43/20 57/1 59/20 61/13 71/4
**Glen [1]** 2/4
**gmail.com [2]** 2/18 4/9
**go [25]** 9/18 13/14 15/14 23/1 28/25 31/4 31/8 32/3 32/13 32/15 36/3 36/18 39/4 40/10 41/16 41/22 41/23 49/20 55/22 59/15 60/16 62/6 71/7 71/10 71/19
**go ahead [4]** 13/14 15/14 31/8 59/15
**going [64]** 9/18 16/1 16/18 16/19 17/18 19/14 19/16 19/17 20/8 20/12 20/16 20/17 20/24 24/11 27/21 28/22 29/19 30/10 30/12 31/18 31/19 33/21 33/24 34/4 35/1 35/17 36/17 36/19 40/9 40/9 40/12 41/18 42/18 46/8 46/12 49/4 50/2 54/8 55/25 56/11 56/13 56/14 56/15 56/20 56/22 56/22 57/3 59/24 60/11 61/17 61/21 61/22 62/4 62/17 62/17 62/18 63/7 64/10 64/20 65/2 67/1 67/7 69/15 71/10
**gone [1]** 60/3
**good [11]** 8/2 9/9 11/16 37/7 37/9 44/5 44/9 48/9 51/14 56/7 72/2
**Good morning [4]** 9/9 37/7 44/9 51/14
**got [5]** 29/1 61/18 62/13 63/9 69/3
**government [49]** 1/13 8/13 11/23 16/15 17/9 18/16 19/13 20/19 20/20 20/24 20/25 21/3 21/18 21/25 22/18 22/21 23/10 23/13 29/16 29/19 32/12 32/24 35/4 35/8 35/12 35/19 35/23 36/14 37/8 37/23 38/17 38/20 39/12 39/18 39/20 42/5 43/2 43/7 43/17 44/17 44/20 45/5 46/23 48/20 50/11 53/5 56/12 59/10 70/13
**government's [7]** 28/4 28/20 32/21 39/9 61/14 69/23 71/17
**Governor [1]** 2/3
**grade [2]** 20/10 25/2
**grand [1]** 17/7
**grant [1]** 60/21
**granted [3]** 60/9 60/11 60/16
**grants [2]** 47/19 59/4
**greater [1]** 39/25
**grossi [1]** 6/6
**group [3]** 43/1 64/11 64/11
**groups [1]** 41/20
**guess [8]** 15/12 17/11 29/15 42/18 60/5 60/22 64/18 66/3
**guilty [1]** 27/1

**H**

**Hackett [6]** 11/10 11/11 27/12 30/2 61/3 64/21
**Hackett's [1]** 63/22
**had [11]** 12/25 23/9 28/2 37/21 43/2 44/16 45/2 45/15 67/16 69/8 69/14
**hadn't [1]** 48/3
**half [1]** 67/8
**Haller [2]** 3/12 3/13
**hallerjulia [1]** 3/16
**hand [2]** 30/18 58/18
**handful [1]** 12/12
**handling [1]** 39/20
**hang [4]** 29/5 54/18 62/19 67/19
**happen [4]** 14/3 24/15 58/9 66/11
**happened [3]** 14/4 46/6 46/17
**happening [2]** 20/16 67/6
**happens [1]** 59/7
**happy [10]** 21/14 23/24 25/4 25/4 25/7 30/5 34/6 37/4 53/6 53/12
**hard [4]** 13/6 23/21 25/24 35/16
**Harrelson [14]** 4/2 8/9 8/23 10/12 27/11 44/8 44/12 44/25 46/14 46/24 53/16 55/12 57/7 63/21
**Harrelson's [1]** 45/16
**HARTSHORN [1]** 5/20
**has [46]** 14/4 15/19 18/16 19/20 20/7 20/14 20/21 22/3 22/5 23/11 23/13 23/18 23/21 23/22 24/17 28/9 28/11 28/18 28/19 28/21 31/21 36/4 37/9 37/12 40/1 44/13 44/17 44/20 44/20 44/23 44/25 45/1 45/2 45/7 46/23 50/7 54/19 60/21 61/8 62/10 64/5 64/17 64/17 65/23 65/23 68/9
**hasn't [2]** 44/16 53/8
**have [152]**
**haven't [1]** 43/18
**having [10]** 27/2 28/7 38/6 42/16 52/18 53/3 57/13 66/19 67/4 69/20
**he [10]** 11/9 23/25 39/25 45/2 51/16 64/19 68/4 69/14 70/18 71/2
**he's [8]** 11/4 11/4 11/7 27/14 43/20 64/20 70/20 70/23
**heads [1]** 46/5
**heads-up [1]** 46/5
**healthcare [1]** 49/25
**hear [9]** 9/17 9/20 9/21 11/4 11/5 34/6 37/4 56/17 67/1
**heard [5]** 30/25 31/2 56/18 58/2 60/4
**hearing [18]** 1/9 9/8 10/23 12/6 31/3 42/16 54/21 57/6 57/21 58/21 59/4 59/17 65/1 65/17 66/13 69/21 69/22 73/5
**hearings [2]** 23/9 54/10
**held [3]** 27/10 27/12 27/15
**Hello [1]** 43/25
**help [1]** 25/13
**helpful [5]** 24/25 25/18 34/9 36/1 48/5
**her [8]** 47/3 47/9 54/18 56/6 63/23 69/8 69/12 69/16
**here [21]** 9/12 11/7 24/24 34/2 47/13 50/1 51/15 56/15 57/8 57/11 57/12 57/14 58/13 58/17 62/20 63/9 63/23 66/2 66/21 67/3 69/11
**Hernandez [5]** 2/7 8/15 38/11 59/1 59/2
**Hernandez's [3]** 44/18 47/4 48/11
**Highland [1]** 2/8
**highlighting [1]** 23/18
**highly [1]** 38/1
**Highway [1]** 2/3
**Hills [1]** 4/12
**him [8]** 10/24 11/3 39/4 45/2 45/20 57/8 63/23 67/25
**himself [1]** 69/14
**hinder [1]** 53/10
**his [13]** 10/19 10/19 23/3 23/25 43/17 45/18 46/18 68/9 70/21 70/24 71/2 71/4 71/9
**hoards [1]** 39/2

## H

**hold [3]** 23/6 33/9 62/11
**holding [2]** 15/21 16/23
**holdings [2]** 17/14 17/20
**holiday [1]** 51/6
**Hollander [1]** 39/11
**Hollow [1]** 2/7
**home [2]** 70/19 70/22
**Honor [86]**
**HONORABLE [1]** 1/10
**hope [2]** 9/10 12/16
**hopeful [1]** 14/8
**hopefully [2]** 14/9 47/4
**hoping [2]** 17/13 40/19
**hotmail.com [1]** 2/6
**hour [2]** 67/8 67/8
**hours [1]** 16/9
**housekeeping [1]** 60/6
**how [16]** 15/12 18/9 18/9 19/20 19/24 20/8 20/15 24/18 25/6 33/15 51/6 56/22 57/10 57/17 61/13 65/11
**however [1]** 44/18
**huge [1]** 40/1
**humanly [1]** 17/13
**hundreds [2]** 19/9 48/14
**hybrid [1]** 57/18
**hydrant [2]** 52/8 59/20

## I

**I actually [1]** 56/8
**I also [1]** 48/15
**I am [6]** 9/18 14/8 18/13 27/9 46/1 52/8
**I apologize [1]** 14/4
**I assume [3]** 20/6 45/5 45/17
**I believe [7]** 11/4 23/12 27/12 37/8 37/25 47/15 47/22
**I can [9]** 15/8 19/11 21/2 38/3 38/7 39/4 39/21 70/9 71/19
**I can't [1]** 42/4
**I cannot [3]** 41/16 52/22 52/22
**I did [1]** 47/13
**I don't [11]** 21/24 31/23 35/17 38/14 41/23 42/4 45/6 50/3 60/11 68/15 70/14
**I don't have [9]** 14/9 32/13 40/4 40/16 42/3 47/10 47/25 63/22 66/10
**I guess [8]** 15/12 17/11 29/15 42/18 60/5 60/22 64/18 66/3
**I have [15]** 12/1 19/1 41/14 41/24 43/8 45/8 49/6 49/25 50/12 52/16 52/18 55/24 56/1 61/25 68/11
**I hope [1]** 9/10
**I interrupted [1]** 13/15
**I just [5]** 22/13 33/11 43/18 53/7 62/20
**I know [8]** 18/21 24/17 25/2 35/7 39/6 49/25 67/7 68/24
**I mean [8]** 18/8 20/18 27/9 27/9 27/24 28/10 56/3 66/23
**I say [1]** 63/1
**I should [1]** 40/21
**I think [61]** 12/9 12/15 13/4 14/1 14/13 14/15 14/20 16/21 17/17 17/17 17/21 20/14 22/2 22/7 22/25 23/7 23/10 23/17 24/2 25/21 25/23 26/1 28/6 28/11 29/14 29/20 30/1 30/2 31/24 32/1 33/20 35/13 36/5 37/20 38/19 42/7 42/14 43/3 43/10 44/10 45/11 45/13 45/19 47/1 47/3 48/23 49/2 50/16 52/20 53/21 61/19 62/2 64/14 64/21 65/14 66/25 67/4 67/9 67/23 68/25 70/25
**I told [1]** 30/15
**I understand [4]** 20/19 63/6 64/18 71/17
**I want [8]** 12/2 28/23 29/2 29/18 36/3 54/17 54/20 58/23
**I was [7]** 28/19 31/19 38/3 39/6 42/18 42/24 42/25
**I will [14]** 19/4 28/25 29/9 40/17 43/9 43/16 47/16 49/9 49/16 56/17 57/23 60/9 60/21 71/14
**I would [1]** 41/8
**I'd [8]** 15/11 31/24 36/3 36/9 37/1 53/4 55/16 61/11
**I'll [17]** 9/19 11/17 11/24 27/19 31/3 36/6 39/17 41/5 45/22 46/18 50/14 50/25 56/6 59/6 63/23 68/8 71/13
**I'll just [1]** 45/22
**I'm [67]** 12/23 13/14 19/5 20/18 21/12 21/14 22/12 23/1 24/16 25/4 28/22 28/23 30/11 34/6 36/17 36/19 37/4 37/23 38/16 39/24 40/8 40/9 40/19 42/15 42/17 44/5 47/24 48/7 48/7 48/22 50/15 50/15 52/24 53/6 53/12 53/23 54/2 54/8 54/25 55/14 55/20 56/11 56/14 56/17 57/3 58/10 58/25 59/24 60/17 60/19 61/4 61/17 61/19 61/21 61/22 62/4 62/17 62/18 63/10 66/7 66/13 67/3 67/7 69/14 69/20 69/22 71/10
**I'm going [12]** 36/17 36/19 56/14 57/3 59/24 61/17 61/22 62/4 62/17 62/18 67/7 71/10
**I'm just [1]** 20/18
**I'm not [3]** 28/23 50/15 69/22
**I'm not sure [2]** 24/16 40/9
**I'm sorry [12]** 12/23 13/14 19/5 38/16 42/17 48/7 48/22 52/24 53/23 54/2 55/20 61/4
**I'm sure [4]** 23/1 37/23 40/8 66/13
**I've [10]** 23/7 23/8 31/10 34/3 38/17 43/16 49/16 51/2 60/3 71/18
**iCloud [1]** 12/13
**idea [1]** 31/23
**ideas [1]** 25/5
**identified [4]** 13/18 39/1 45/7 68/19
**identifying [3]** 23/11 23/15 25/24
**imagine [6]** 41/17 41/19 41/21 41/23 45/8 66/20
**immense [1]** 39/16
**important [3]** 66/25 67/5 67/9
**impossibility [1]** 56/13
**impossible [2]** 39/14 63/12
**impression [1]** 19/13
**inability [1]** 48/13
**include [1]** 16/24
**included [3]** 13/6 21/21 28/19
**incredibly [1]** 70/2
**Indiana [1]** 2/12
**indicated [3]** 60/8 64/22 65/24
**indicating [4]** 11/6 32/6 32/16 51/1
**indictment [4]** 9/19 26/16 36/20 50/9
**indictments [1]** 50/10
**individual [7]** 22/22 22/23 27/20 29/4 29/10 32/25 45/9
**information [15]** 18/11 18/15 19/21 20/25 21/5 21/11 24/19 33/12 44/19 44/22 44/23 45/6 47/14 59/20 66/10
**initial [2]** 53/20 61/9
**initially [1]** 12/9
**initiated [1]** 26/13
**inquire [1]** 29/25
**inside [1]** 17/3
**insisting [1]** 62/14
**insofar [2]** 60/15 61/17
**instance [1]** 53/5
**instead [1]** 29/3
**instructed [2]** 22/20 47/17
**intend [5]** 43/16 43/17 46/7 50/20 65/24
**intended [1]** 45/16
**intends [2]** 20/20 21/18
**intercede [2]** 38/16 53/6
**interest [1]** 18/5
**interested [1]** 15/10
**interfere [1]** 38/15
**internally [1]** 32/8
**Internet [1]** 69/21
**interrupt [5]** 28/22 30/11 59/23 69/17 69/19
**interrupted [1]** 13/15
**investigation [7]** 12/12 13/8 14/14 14/17 14/24 14/25 15/7
**investigations [2]** 15/23 16/25
**involve [2]** 46/8 46/10
**involved [1]** 42/20
**involvement [1]** 44/16
**involves [1]** 16/8
**is [159]**
**Is there [2]** 32/23 66/1
**Isaac [2]** 52/18 52/21
**Isaacs [13]** 6/2 8/12 9/6 11/14 30/3 52/23 55/23 59/16 59/19 61/3 64/21 64/23 65/4
**isn't [1]** 37/24
**issue [12]** 29/13 36/2 37/24 45/12 49/21 67/25 68/8 68/25 70/9 70/14 70/25 71/9
**issued [1]** 13/9
**issues [16]** 29/1 33/5 37/10 40/4 40/16 41/12 42/4 44/2 48/20 49/3 49/16 52/6 60/2 66/19 66/21 69/14
**it [84]**
**it remains [1]** 64/10
**it would be [3]** 20/6 27/4 62/2
**it's [39]** 9/10 14/6 14/7 16/3 16/17 18/7 19/22 19/23 20/8 20/16 20/16 20/17 21/11 21/24 28/8 31/8 35/15 39/4 39/14 39/15 40/1 40/10 48/18 48/24 49/8 51/18 52/7 53/9 53/21 56/13 62/3 66/8 66/18 66/25 67/4 67/9 70/4 70/22 71/17
**It's like [1]** 39/15
**It's nice [1]** 9/10
**items [1]** 12/22
**its [4]** 19/8 19/14 35/20 39/10
**itself [1]** 21/19

## J

**jail [3]** 43/20 57/7 58/16
**James [17]** 5/2 8/10 9/1 10/16 10/17 10/18 10/21 10/22 10/24 11/4 48/8 53/16 54/14 54/19 55/4 61/4 66/6
**James's [1]** 49/22
**January [38]** 15/25 35/5 35/14 36/6 37/3 37/17 37/17 40/17 40/21 40/22 43/12 43/21 44/5 45/22 45/24 46/3 46/6 46/17 47/20 47/22 47/23 49/8 49/9 49/24 50/2 51/24 52/17 52/22 61/24 62/1 62/2 62/3 62/4 62/5 63/25 64/6 64/7 64/11
**Jason [3]** 5/15 8/11 9/4
**JC [1]** 47/9
**Jean [1]** 11/1
**Jean-Claude [1]** 11/1
**Jefferson [1]** 6/3
**Jeffrey [3]** 4/6 4/7 8/22
**Jencks [1]** 14/11
**jenifer [3]** 4/15 4/19 8/24
**jeopardize [1]** 40/11
**Jessica [2]** 2/10 8/6
**Jessica Marie [1]** 8/6
**Joan [1]** 8/25
**job [1]** 37/9
**John [8]** 2/15 2/16 4/10 4/11 8/17 8/22 44/13 55/16
**John pierce [1]** 55/16
**johnlmachado [1]** 2/18
**johnpiercelaw.com [1]** 4/14
**join [11]** 30/24 31/1 32/4 41/4 44/4 50/20 51/22 60/6 60/7 60/9 65/24
**joinder [4]** 48/4 51/1 64/19 64/22
**joinders [1]** 53/18
**joined [5]** 29/17 30/4 30/8 64/17 65/23
**joining [6]** 32/6 32/9 32/17 47/17 60/13 65/2
**Jonathan [3]** 5/11 8/11 22/15
**Jonathan Walden [1]** 8/11
**joni [3]** 5/2 5/3 5/5
**jonirobinlaw.com [1]** 5/5
**Joshua [3]** 5/2 8/10 9/1
**jpierce [1]** 4/14
**Jr [1]** 3/17
**judge [11]** 1/10 24/17 32/19 39/11 40/7 42/23 51/7 55/7 62/10 62/13 63/9
**Judge Boasberg [1]** 40/7
**Judge Mehta [1]** 62/10
**judges [3]** 62/9 62/23 63/8
**Julia [2]** 3/12 3/13
**July [3]** 1/5 53/21 65/6

**J**

**jump [1]** 19/11
**juncture [1]** 45/22
**June [2]** 51/16 52/21
**jury [1]** 17/7
**just [75]**
**JUSTICE [1]** 4/16

**K**

**Kathryn [2]** 1/13 8/13
**Kathryn Rakoczy [1]** 8/13
**kathryn.rakoczy [1]** 1/16
**keep [12]** 11/17 28/10 30/5 32/8 33/9 34/5 38/23 61/22 62/5 62/18 62/22 68/16
**Kelly [3]** 3/7 8/8 8/20
**Kenneth [3]** 4/2 8/9 8/23
**kind [5]** 28/15 30/20 36/9 42/8 46/4
**kindly [1]** 65/18
**King [1]** 4/3
**know [51]** 13/8 18/21 20/15 21/14 24/17 25/2 26/1 27/9 28/18 32/9 33/20 35/7 38/4 38/21 39/3 39/4 39/6 39/17 43/4 43/6 43/13 45/10 46/5 46/7 46/8 46/11 46/14 46/17 46/23 48/18 49/23 49/25 53/4 53/7 53/11 56/21 57/10 57/22 58/9 58/14 58/15 60/19 61/9 61/19 61/20 62/15 66/10 67/7 67/17 68/24 70/14
**knowing [1]** 35/16
**knowledge [1]** 18/4
**knows [1]** 51/6
**Kramer [1]** 24/17

**L**

**lack [3]** 17/11 44/19 50/4
**laptop [1]** 39/13
**large [10]** 12/13 12/15 16/12 21/22 22/17 25/9 31/11 31/21 35/3 39/6
**larger [2]** 15/7 24/14
**largest [1]** 35/18
**last [16]** 9/13 12/5 12/10 12/24 13/1 26/15 26/23 29/14 48/8 49/8 52/2 52/4 53/25 58/23 59/17 66/3
**late [5]** 34/15 35/2 35/5 35/13 44/12
**later [7]** 14/3 16/20 30/24 31/7 33/11 50/4 64/11
**Laura [2]** 3/2 8/7
**Lauren [1]** 5/15
**law [10]** 2/16 3/8 3/13 3/17 4/11 5/3 5/6 5/15 17/4 17/6
**lawful [1]** 41/13
**lawyer [1]** 18/10
**lawyers [6]** 19/25 30/21 56/13 56/14 56/23 58/2
**learned [1]** 19/16
**least [16]** 18/22 22/22 23/12 26/16 30/13 30/19 33/24 34/2 34/4 35/24 36/19 44/22 52/2 52/4 61/9 64/25
**leave [2]** 44/14 47/19
**leaves [1]** 71/8
**leeway [1]** 35/24
**left [3]** 42/25 60/5 69/3
**LEGAL [1]** 4/16
**Leibig [9]** 5/6 5/7 8/25 48/7 48/7 54/14 55/3 66/12 66/13
**Leigh [1]** 1/13
**length [1]** 34/7
**let [23]** 9/16 18/4 36/21 47/7 53/10 54/20 55/3 55/10 55/10 58/9 58/14 58/14 59/23 60/19 61/8 62/15 64/22 69/17 70/8 70/8 71/10 71/11 71/12
**let's [7]** 11/20 12/2 23/6 27/9 36/2 50/19 55/18
**level [2]** 21/12 28/24
**LEVIN [1]** 5/20
**Lexington [1]** 6/8
**libbey [2]** 5/15 5/18
**libbeyvanpeltlaw.com [1]** 5/18
**Libby [1]** 51/15
**Libby Van [1]** 51/15
**license [2]** 21/4 21/6
**light [1]** 68/17
**like [20]** 15/11 19/2 31/23 32/23 33/4 34/20 36/3 36/9 37/1 39/4 39/15 43/14 43/19 44/15 46/4 51/7 52/7 52/8 58/17 61/12
**likely [5]** 17/18 38/5 39/24 52/14 63/14
**limine [1]** 34/18
**limitations [1]** 73/7
**line [13]** 11/18 23/10 24/22 25/21 25/23 28/23 39/21 45/21 46/1 57/6 57/17 67/20 67/24
**lines [1]** 49/22
**list [1]** 9/18
**listed [1]** 36/20
**lists [2]** 34/20 34/20
**litigation [1]** 22/1
**litigation-assistance [1]** 22/1
**little [8]** 12/23 17/9 18/13 19/12 20/10 25/12 34/11 35/15
**live [2]** 57/12 67/7
**LLP [1]** 2/20
**load [2]** 20/20 39/12
**local [1]** 63/8
**location [1]** 22/10
**loggerheads [1]** 25/13
**long [2]** 27/17 61/20
**longer [1]** 68/19
**look [9]** 53/3 54/17 56/11 61/19 66/23 71/10 71/11 71/14 71/19
**looked [1]** 71/18
**looking [1]** 18/10
**lot [9]** 20/3 20/17 26/25 37/20 37/20 37/21 41/13 51/18 63/13

**M**

**Machado [5]** 2/15 2/16 8/17 40/24 41/10
**MacMahon [4]** 31/10 49/14 49/23 50/5
**made [9]** 16/19 18/15 19/1 22/4 38/17 45/1 45/4 51/2 57/24
**make [35]** 9/16 14/17 15/25 17/10 17/19 19/9 20/14 24/14 25/10 25/14 29/18 29/24 30/7 30/13 31/1 32/9 37/17 38/3 41/5 42/14 44/15 48/19 50/25 54/8 54/17 55/10 58/3 58/15 60/14 63/20 68/19 70/17 71/3 71/12 71/19
**making [3]** 17/17 30/22 48/10
**many [7]** 26/18 29/17 36/25 45/9 48/13 56/23 61/13
**March [2]** 47/23 49/24
**Marie [1]** 8/6
**Mary [1]** 8/21
**Maryland [1]** 39/7
**mass [1]** 23/14
**match [1]** 19/18
**material [2]** 25/25 45/8
**materials [4]** 12/5 14/12 17/6 47/2
**matter [7]** 23/9 23/11 43/14 56/15 63/25 67/2 73/4
**matters [3]** 29/5 36/24 37/8
**may [22]** 14/18 18/10 19/7 22/14 26/22 30/22 31/5 34/1 39/18 40/11 41/16 43/6 46/10 46/17 50/6 50/6 52/21 54/16 59/13 59/21 63/8 69/23
**maybe [6]** 20/4 20/18 21/22 35/20 48/13 52/21
**MD [2]** 2/4 2/8
**me [48]** 9/16 9/17 11/18 18/4 22/19 23/2 28/12 29/8 31/6 31/23 36/21 43/2 47/7 49/17 50/5 52/10 52/11 53/6 53/8 53/10 53/19 54/5 54/20 55/3 55/10 55/10 55/24 56/15 58/9 58/14 59/12 59/23 60/19 61/2 61/8 62/7 64/22 65/7 65/18 68/15 69/6 69/13 69/17 70/8 70/8 71/10 71/11 71/12
**mean [19]** 17/19 18/8 20/5 20/9 20/18 23/7 27/9 27/9 27/24 28/10 33/23 36/10 41/18 55/8 56/3 56/21 62/25 66/23 71/13
**meaningful [1]** 26/21
**meant [1]** 63/1
**mechanical [1]** 7/6
**mechanisms [1]** 19/2
**mediation [1]** 56/8
**medical [1]** 70/5
**meeting [2]** 15/23 26/4
**Meggs [15]** 3/7 3/12 8/8 8/8 8/20 8/21 10/8 10/10 27/11 28/10 28/11 42/22 43/24 63/22 64/19
**Meggs' [1]** 43/13
**MEHTA [2]** 1/10 62/10
**mentioned [1]** 52/20
**Merit [1]** 7/2
**Metropolitan [1]** 16/11
**mic [1]** 10/19
**Michael [2]** 5/19 9/3
**Michelle [2]** 2/10 8/16
**microphone [1]** 10/19
**mid [4]** 34/15 35/2 36/6 49/24
**mid-January [1]** 36/6
**middle [1]** 28/15
**might [5]** 17/22 23/25 31/3 34/22 34/23
**mindful [2]** 15/17 28/5
**mine [1]** 56/21
**minimum [3]** 30/24 33/21 65/16
**Mink [1]** 2/7
**Minuta [8]** 4/15 8/10 8/24 10/14 30/2 47/8 61/4 64/21
**Minuta's [1]** 64/22
**minute [3]** 32/14 32/15 60/10
**mispronouncing [1]** 48/7
**miss [1]** 23/3
**missed [1]** 43/5
**misunderstanding [2]** 21/17 60/19
**modification [2]** 69/24 71/20
**modifications [1]** 70/4
**moment [7]** 10/25 23/6 25/21 29/6 55/9 59/24 70/8
**money [3]** 20/13 20/13 20/17
**month [4]** 29/21 34/24 62/8 63/4
**months [1]** 47/22
**more [14]** 17/9 34/18 35/13 36/5 38/5 39/19 39/19 39/25 46/16 47/14 50/10 61/7 61/11 70/9
**morning [5]** 8/2 9/9 37/7 44/9 51/14
**most [8]** 12/9 26/18 27/9 39/3 45/2 52/14 56/15 61/2
**motion [30]** 31/13 31/17 32/6 32/11 32/17 37/12 37/13 37/14 42/11 43/18 44/3 44/4 44/4 45/15 47/19 48/4 48/24 49/3 50/6 50/20 50/23 51/20 52/14 54/20 60/17 60/18 64/17 67/16 71/14 71/14
**motions [87]**
**mount [2]** 46/7 46/11
**move [5]** 32/3 41/15 41/16 62/23 63/14
**movements [1]** 13/19
**moving [3]** 14/21 16/5 63/13
**Mr. [147]**
**Mr. Bennie [1]** 8/18
**Mr. Brennwald [2]** 41/11 41/25
**Mr. Caldwell [6]** 9/21 37/6 37/12 38/6 53/16 55/14
**Mr. Campbell [2]** 69/13 69/13
**Mr. Cooper [10]** 42/1 42/15 42/21 67/19 68/24 69/3 69/18 69/19 71/8 71/13
**Mr. Crowl [1]** 9/23
**Mr. Dolan [13]** 11/12 30/2 51/13 51/15 61/4 64/23 65/11 65/12 68/25 70/12 70/17 70/18 71/6
**Mr. Dolan's [1]** 67/23
**Mr. Fischer [6]** 37/5 38/10 38/13 40/6 52/20 55/11
**Mr. Ginsberg [1]** 68/17
**Mr. Hackett [5]** 11/10 11/11 27/12 30/2 64/21
**Mr. Hackett's [1]** 63/22
**Mr. Harrelson [11]** 10/12 27/11 44/8 44/12 44/25 46/14 46/24 53/16 55/12 57/7 63/21
**Mr. Harrelson's [1]** 45/16
**Mr. Isaac [1]** 52/18
**Mr. Isaacs [8]** 11/14 30/3 52/23 55/23 59/16 64/21 64/23 65/4
**Mr. James [13]** 10/16 10/17 10/18 10/21 10/22 10/24 11/4 48/8 53/16 54/14 54/19 61/4 66/6

## M

**Mr. James's [1]** 49/22
**Mr. Kramer [1]** 24/17
**Mr. Leibig [4]** 48/7 54/14 66/12 66/13
**Mr. Machado [2]** 40/24 41/10
**Mr. MacMahon [4]** 31/10 49/14 49/23 50/5
**Mr. Meggs [7]** 10/8 27/11 28/10 28/11 42/22 63/22 64/19
**Mr. Meggs' [1]** 43/13
**Mr. Minuta [5]** 10/14 30/2 47/8 61/4 64/21
**Mr. Minuta's [1]** 64/22
**Mr. Mr. Isaacs [1]** 59/19
**Mr. Parker [1]** 10/4
**Mr. Peterson [1]** 40/14
**Mr. Pierce [7]** 44/15 45/17 45/21 55/11 68/4 68/5 68/9
**Mr. Robin [1]** 48/6
**Mr. Rossi [4]** 52/2 52/24 56/3 59/23
**Mr. Spina [6]** 23/21 23/24 25/20 49/13 50/19 52/8
**Mr. Van [1]** 51/12
**Mr. Walden [7]** 11/8 30/3 49/13 49/19 64/20 64/23 65/13
**Mr. Wilson [5]** 28/12 28/22 42/22 43/23 60/17
**Mr. Zimmerman [3]** 44/7 44/14 68/18
**Mr.Parker [1]** 41/11
**Ms [1]** 59/1
**Ms. [63]** 8/17 9/25 10/2 10/6 10/10 11/22 12/23 15/14 18/20 19/7 19/20 20/21 22/7 23/13 26/7 27/11 29/15 31/4 32/21 34/6 36/4 36/14 38/11 40/23 42/1 43/24 43/24 44/6 44/7 44/18 46/22 46/25 47/4 47/7 47/11 48/1 48/6 48/11 48/12 50/13 51/12 52/1 52/3 54/18 54/22 55/3 56/4 61/23 63/21 66/13 67/17 68/3 68/6 69/4 69/8 69/14 69/15 70/1 70/11 71/6 71/12 71/15 71/19
**Ms. Anderson [2]** 43/24 44/6
**Ms. Campbell [1]** 69/14
**Ms. Ginsberg [4]** 44/7 48/12 68/3 68/6
**Ms. Ginsberg's [1]** 46/25
**Ms. Hernandez [1]** 38/11
**Ms. Hernandez's [3]** 44/18 47/4 48/11
**Ms. Leibig [1]** 55/3
**Ms. Meggs [2]** 10/10 43/24
**Ms. Napierala [2]** 52/3 56/4
**Ms. Parker [1]** 10/2
**Ms. Peterson [5]** 18/20 19/7 22/7 40/23 61/23
**Ms. Rakoczy [16]** 11/22 12/23 15/14 19/20 20/21 23/13 26/7 29/15 31/4 32/21 34/6 36/4 36/14 46/22 50/13 71/15
**Ms. Robin [4]** 48/6 54/18 54/22 66/13
**Ms. Sandra [1]** 8/17
**Ms. Steele [9]** 10/6 42/1 67/17 69/4 69/8 69/15 70/1 71/12 71/19
**Ms. Van [3]** 51/12 70/11 71/6
**Ms. Van Pelt [1]** 52/1
**Ms. Watkins [3]** 9/25 27/11 63/21
**Ms. Wicks [3]** 47/7 47/11 48/1
**mtv [1]** 5/22
**mtvlaw.com [1]** 5/22
**much [12]** 17/13 19/12 26/14 32/10 35/13 39/9 39/13 41/3 41/5 61/12 69/2 72/4
**multi [4]** 31/22 49/7 49/7 62/3
**multi-co-defendant [2]** 31/22 49/7
**multi-defendant [2]** 49/7 62/3
**multiple [2]** 38/1 45/11
**mute [1]** 11/18
**my [26]** 13/20 14/3 14/6 16/3 16/17 18/13 18/15 18/22 20/10 21/12 22/20 23/2 25/2 31/21 36/6 39/3 39/13 39/23 41/6 42/11 43/5 47/14 50/17 53/6 57/18 64/14
**myself [6]** 37/17 37/20 38/3 41/5 42/5 50/14

## N

**name [3]** 23/2 23/3 48/8
**names [1]** 18/9
**Napierala [4]** 6/7 9/5 52/3 56/4
**narrowing [1]** 26/9
**Natalie [2]** 6/7 9/5
**national [3]** 20/11 21/13 24/12
**nature [1]** 25/8
**near [2]** 17/22 56/13
**necessarily [1]** 55/8
**necessary [3]** 48/24 66/19 70/5
**need [34]** 12/20 13/12 13/25 14/15 14/19 15/1 17/16 18/1 20/3 21/1 21/4 21/6 21/21 25/15 25/24 26/1 30/23 32/4 34/17 38/14 38/15 44/10 46/19 51/19 53/6 53/10 58/14 60/11 60/20 61/7 61/11 62/20 66/22 71/16
**needed [1]** 28/17
**needing [2]** 28/5 46/9
**needs [9]** 12/7 17/9 20/25 22/9 24/14 35/2 35/3 45/12 53/11
**negotiations [1]** 33/13
**new [11]** 6/9 13/12 14/1 26/14 28/16 30/3 44/13 49/1 49/5 55/11 61/5
**newly [1]** 12/18
**news [1]** 16/13
**next [12]** 12/17 13/21 13/24 24/19 26/20 35/4 35/25 38/5 40/14 41/15 47/5 66/3
**nginsberg [1]** 4/5
**nice [1]** 9/10
**Nina [2]** 4/2 8/22
**nnapierala [1]** 6/10
**no [32]** 1/4 8/3 8/4 8/5 8/5 8/6 8/7 8/7 20/23 22/18 27/24 30/7 31/8 36/15 37/9 38/6 40/1 41/12 41/18 42/19 51/17 52/5 53/14 53/17 57/25 58/19 64/5 68/19 69/14 70/25 72/2 72/3
**North [2]** 5/3 69/13
**North Carolina [1]** 69/13
**not [75]**
**note [4]** 40/16 48/15 51/2 73/5
**noted [1]** 32/7
**nothing [6]** 14/17 17/11 17/20 50/12 71/22 71/25
**notice [15]** 31/23 32/6 32/11 32/15 34/19 43/9 47/16 48/4 51/1 52/10 52/11 65/7 68/8 68/9 68/12
**notices [3]** 32/16 51/22 60/12
**notoriety [1]** 34/23
**November [1]** 52/17
**now [14]** 16/3 19/15 24/2 33/12 33/23 35/7 36/17 37/23 38/1 41/7 63/11 63/22 67/18 70/21
**number [9]** 17/4 27/7 34/8 35/16 35/19 38/12 40/5 48/17 53/18
**NW [8]** 1/14 2/12 2/16 3/3 3/13 3/18 6/3 7/4
**NY [1]** 6/9

## O

**O'NEILL [1]** 5/20
**object [1]** 69/25
**objection [2]** 30/7 38/6
**obligations [1]** 35/9
**obtain [2]** 70/18 71/3
**obtained [1]** 17/6
**obviously [18]** 14/14 14/25 15/7 16/9 17/24 18/1 26/24 32/8 32/10 34/7 34/25 46/8 46/12 46/14 46/19 53/4 58/17 63/13
**Ocala [1]** 3/9
**occur [1]** 14/9
**occurred [2]** 26/23 73/5
**October [4]** 34/15 35/2 50/1 61/16
**off [9]** 28/23 33/9 34/2 42/25 55/4 62/11 66/2 67/13 69/1
**offer [2]** 40/20 40/20
**office [11]** 1/13 2/16 3/8 5/3 15/19 19/2 19/8 20/11 20/15 21/13 24/12
**officer [1]** 69/12
**officers [3]** 16/11 17/4 17/6
**offices [3]** 3/13 5/6 19/25
**official [2]** 7/3 64/19
**officially [1]** 64/24
**oh [4]** 11/11 13/3 50/19 53/23
**okay [37]** 9/9 10/20 11/7 11/16 24/10 24/21 29/14 30/10 32/18 40/13 41/9 41/25 43/22 46/21 47/6 50/18 50/24 51/3 51/25 52/21 54/4 57/9 58/10 58/19 58/20 58/23 59/25 60/1 64/1 64/8 64/11 64/12 64/14 68/1 68/22 70/15 71/5
**OMB [1]** 4/12
**once [4]** 18/5 20/5 41/19 68/9
**one [20]** 17/25 21/22 29/9 29/15 32/11 34/1 36/23 37/12 40/19 41/3 41/4 41/14 45/11 48/2 49/9 50/6 53/12 56/19 62/22 70/6
**one-week [1]** 41/14
**ones [2]** 38/25 56/16
**ongoing [10]** 12/11 13/8 14/14 14/16 14/25 18/1 26/19 27/2 33/13 42/12
**only [6]** 31/1 41/4 42/10 43/7 70/4 70/22
**open [7]** 25/1 25/15 33/9 38/25 41/6 49/17 62/23
**opening [1]** 37/19
**openness [1]** 28/1
**opportunities [1]** 40/1
**opportunity [5]** 28/2 30/25 56/18 58/2 60/4
**oppositions [1]** 61/14
**opt [2]** 31/25 32/1
**opt-in [2]** 31/25 32/1
**opts [1]** 31/16
**oral [2]** 57/4 60/18
**orally [1]** 71/14
**order [3]** 36/19 60/10 70/17
**ordered [1]** 39/11
**Orders [1]** 32/14
**ordinarily [1]** 38/21
**organized [1]** 29/3
**originally [1]** 19/13
**other [25]** 12/1 14/18 15/12 16/23 19/24 19/25 19/25 28/11 30/18 31/11 32/5 34/19 37/18 38/7 40/3 40/4 45/10 47/18 50/8 51/22 58/18 62/6 62/9 62/23 63/4
**otherwise [3]** 16/15 58/10 63/10
**ought [2]** 33/21 56/11
**our [8]** 15/13 19/2 20/14 21/1 47/19 48/10 48/19 51/19
**out [21]** 9/13 13/24 19/24 28/16 28/19 30/21 31/16 38/7 39/8 39/23 42/5 42/25 43/1 46/10 53/2 54/22 58/16 62/12 63/6 63/14 64/9
**outlook.com [1]** 3/16
**outstanding [1]** 38/16
**over [8]** 15/8 17/23 26/20 29/10 31/20 36/17 58/16 66/14
**own [5]** 19/8 21/1 29/4 42/11 50/8
**Oxnard [1]** 4/11

## P

**P.A [3]** 2/3 6/3 6/7
**p.m [5]** 54/9 57/3 65/19 65/20 72/5
**PA [1]** 5/21
**pandemic [1]** 73/6
**paper [2]** 31/12 43/18
**papers [2]** 59/11 59/12
**Park [1]** 3/18
**Parker [9]** 2/15 2/20 8/6 8/7 8/17 8/18 10/2 10/4 41/2
**part [2]** 48/15 48/15
**participate [2]** 58/22 67/1
**particular [12]** 12/4 14/23 14/24 15/3 15/4 18/25 25/5 27/8 29/1 30/15 36/8 57/12
**particularly [7]** 38/24 38/25 48/23 49/1 54/19 63/16 67/3
**parties [2]** 27/5 34/17

**P**

**parts [1]** 63/13
**party [3]** 15/20 16/4 16/5
**past [2]** 23/7 34/3
**path [1]** 9/14
**pause [2]** 54/6 70/8
**pay [1]** 20/10
**PC [1]** 4/3
**pcooper [1]** 3/6
**PDF [1]** 39/14
**Pelt [8]** 5/15 5/15 9/3 51/12 51/15 52/1 70/11 71/6
**pending [2]** 33/14 65/22
**Pennsylvania [2]** 2/21 3/13
**people [9]** 15/8 20/22 21/15 24/8 25/2 25/3 25/5 39/2 41/19
**people's [2]** 18/9 33/24
**percent [1]** 70/23
**Perfect [1]** 51/25
**period [4]** 27/16 36/12 62/7 64/7
**periods [1]** 34/3
**person [6]** 39/5 39/5 46/23 55/7 64/3 67/4
**personal [1]** 58/13
**perspective [3]** 28/5 36/6 64/15
**pertains [1]** 23/25
**Peter [3]** 3/2 3/3 8/19
**petercooperlaw.com [1]** 3/6
**peterson [9]** 2/10 2/14 8/16 18/20 19/7 22/7 40/14 40/23 61/23
**phase [2]** 62/8 62/21
**Philadelphia [1]** 5/21
**phone [1]** 26/2
**phones [1]** 17/2
**physical [1]** 58/8
**physically [4]** 57/20 58/4 58/5 58/17
**pick [2]** 26/1 54/20
**piece [1]** 16/8
**pieces [1]** 16/23
**pierce [12]** 4/10 4/11 8/22 44/13 44/15 45/17 45/21 55/11 55/16 68/4 68/5 68/9
**place [5]** 16/4 21/1 21/8 21/10 32/23
**Plaintiff [1]** 1/4
**plan [1]** 15/9
**planned [1]** 69/9
**plays [1]** 15/13
**plea [4]** 27/21 33/13 40/19 40/20
**pleas [1]** 27/1
**please [9]** 11/17 50/25 54/8 60/19 61/19 62/10 62/15 66/4 73/5
**PLLC [2]** 4/7 5/15
**plug [1]** 62/20
**plus [1]** 19/15
**PO [1]** 4/17
**point [22]** 12/6 15/8 18/4 21/15 26/11 28/24 29/15 31/6 33/4 33/22 34/9 35/12 41/6 41/13 42/19 44/16 46/23 50/17 51/18 53/8 59/13 71/16
**pointing [1]** 49/17
**Police [2]** 14/5 16/11
**poses [1]** 70/3
**position [13]** 19/7 26/10 36/24 37/2 37/11 37/24 41/3 42/13 42/14 50/13 50/16 69/23 71/17
**possibility [1]** 66/9
**possible [12]** 17/13 19/16 24/24 25/11 25/11 28/6 31/13 31/14 43/15 43/20 50/16 61/12
**possibly [1]** 55/25
**potential [4]** 11/25 15/14 26/8 45/23
**potentially [2]** 27/17 33/14
**practice [1]** 31/21
**precedence [1]** 40/9
**precise [1]** 33/18
**predicting [1]** 38/4
**prefer [1]** 41/8
**preference [1]** 57/18
**preparation [1]** 53/10
**prepare [3]** 18/11 20/9 20/11
**prepared [1]** 35/10
**preparing [4]** 20/11 24/12 34/21 35/25
**presence [1]** 58/8
**present [8]** 10/21 10/22 10/24 11/9 57/20 58/4 58/5 65/1
**presently [1]** 29/12
**preserved [1]** 58/1
**presumption [2]** 31/23 32/1
**pretrial [10]** 34/18 35/3 44/3 45/13 51/19 67/24 69/16 70/16 70/20 71/1
**pretty [3]** 41/2 41/5 49/10
**Prettyman [1]** 7/4
**previously [1]** 13/7
**primarily [7]** 15/24 16/10 17/1 56/15 57/20 58/3 62/22
**primary [2]** 56/20 66/20
**prior [2]** 14/2 43/5
**privy [3]** 18/21 22/8 22/12
**probably [9]** 35/19 37/24 38/4 39/16 39/24 41/20 45/13 50/2 52/14
**problem [3]** 38/19 39/5 42/19
**problems [1]** 58/19
**proceed [1]** 56/7
**proceeding [1]** 58/21
**proceedings [7]** 1/9 7/6 9/17 9/21 38/20 72/5 73/4
**process [5]** 20/16 25/14 25/16 32/13 48/18
**produce [3]** 38/18 38/21 39/12
**produced [4]** 7/7 22/19 44/20 44/24
**producing [2]** 38/22 38/23
**production [2]** 12/11 22/17
**productive [3]** 26/19 27/2 27/4
**program [1]** 39/12
**progressed [1]** 23/18
**prompt [1]** 25/12
**properly [1]** 35/10
**proposed [1]** 36/4
**proprietary [1]** 48/17
**prosecutor [2]** 39/22 59/21
**prosecutors [2]** 49/17 52/6
**provide [9]** 12/5 12/20 13/12 14/19 15/17 17/13 18/2 21/18 22/22
**provided [11]** 12/7 13/4 13/5 13/7 13/17 14/12 14/14 16/15 17/12 17/21 23/22
**providing [6]** 21/18 23/19 23/20 24/7 37/9 52/7
**prudent [2]** 33/17 35/12
**public [10]** 2/11 15/24 16/13 16/15 18/17 18/18 18/23 19/6 25/3 46/7
**public-source [1]** 16/13
**punches [1]** 42/9
**pushed [1]** 50/2
**put [8]** 11/5 12/15 16/16 18/20 23/2 43/18 44/20 70/8
**puts [1]** 60/22
**PUTZI [1]** 2/3

**Q**

**question [4]** 15/12 20/1 58/1 58/12
**questionnaires [1]** 34/24
**questions [1]** 45/10
**quickly [3]** 43/15 59/9 70/10
**quite [1]** 36/12

**R**

**Radio [1]** 17/3
**raise [18]** 12/2 29/4 29/14 30/12 31/5 31/19 32/24 33/21 36/2 37/5 40/4 40/16 42/10 66/2 66/19 67/12 67/21 68/24
**raising [2]** 31/4 48/20
**Rakoczy [18]** 1/13 8/13 11/22 12/23 15/14 19/20 20/21 23/13 26/7 29/15 31/4 32/21 34/6 36/4 36/14 46/22 50/13 71/15
**rated [1]** 70/23
**rather [3]** 30/24 31/24 31/25
**Ray [2]** 2/7 8/5
**re [1]** 37/19
**re-opening [1]** 37/19
**reaching [1]** 14/21
**ready [3]** 35/6 42/19 51/24
**realistic [4]** 33/6 35/8 35/13 42/8
**realistically [2]** 35/5 36/6
**reality [1]** 56/22
**really [10]** 24/24 25/13 26/14 35/5 35/13 48/24 49/2 49/2 60/5 61/11
**Realtime [1]** 7/3
**reason [3]** 48/21 62/13 69/20
**reasonable [4]** 35/22 42/20 61/5 61/5
**reasons [1]** 22/3
**recall [1]** 23/8
**recap [1]** 36/21
**receive [5]** 15/1 19/19 19/22 21/11 47/14
**received [2]** 13/9 23/21
**receiving [3]** 19/23 39/10 43/5
**recent [2]** 27/14 61/2
**recently [2]** 19/16 30/15
**reconsider [1]** 45/15
**record [6]** 32/7 42/11 55/5 60/14 68/20 73/3
**record's [1]** 68/3
**recorded [2]** 7/6 17/5
**rectified [1]** 43/3
**reference [1]** 14/7
**reflect [1]** 60/12
**reflects [1]** 60/10
**regard [2]** 41/2 41/5
**regarding [5]** 52/10 52/11 52/13 52/16 68/25
**Registered [1]** 7/2
**regrouping [1]** 35/24
**regularly [1]** 61/21
**relate [2]** 14/18 71/18
**related [2]** 15/22 69/13
**relates [3]** 22/23 23/3 45/9
**relatively [1]** 49/1
**release [3]** 39/25 67/17 71/9
**relevance [1]** 15/2
**relevant [3]** 14/19 18/11 25/25
**relieved [1]** 68/18
**remain [2]** 63/15 67/24
**remaining [1]** 12/6
**remains [3]** 12/9 14/13 64/10
**remember [1]** 29/21
**remembers [1]** 22/25
**remind [1]** 65/18
**remotely [2]** 9/7 73/7
**renew [1]** 71/13
**replies [2]** 53/25 61/16
**reply [3]** 53/19 53/20 53/22
**report [2]** 66/24 70/16
**Reporter [4]** 7/2 7/2 7/3 7/3
**reporting [1]** 73/7
**reports [5]** 12/10 12/11 12/11 16/24 66/18
**repository [1]** 21/20
**represent [3]** 48/3 52/19 63/20
**representatives [2]** 15/24 18/17
**representing [3]** 18/23 18/25 29/8
**request [6]** 28/11 28/14 48/21 60/21 60/22 69/24
**requested [3]** 28/7 47/2 71/20
**requesting [1]** 61/19
**requests [7]** 38/17 45/4 46/11 46/25 47/4 47/4 47/13
**require [3]** 48/17 49/4 57/11
**required [1]** 39/15
**requirement [1]** 71/2
**resolutions [1]** 26/9
**resolve [4]** 33/15 39/21 63/25 71/5
**resolved [3]** 46/15 64/6 66/9
**resources [1]** 40/2
**respect [26]** 12/25 15/4 15/6 18/23 27/18 29/1 30/19 35/15 36/24 37/2 38/14 38/19 42/3 42/6 42/10 42/24 44/17 44/21 46/6 48/5 50/20 52/19 53/14 53/18 59/3 67/25
**respond [3]** 47/3 54/16 59/10
**responded [2]** 16/11 17/4
**responding [2]** 32/22 46/24
**response [1]** 71/16
**responsibilities [1]** 68/18
**responsive [1]** 47/14
**rest [1]** 56/18
**restrictive [1]** 70/2
**result [1]** 70/24

## R


**retained [3]** 20/1 44/13 68/5
**retrieved [1]** 17/1
**return [1]** 54/25
**returns [6]** 12/13 12/19 12/19 13/9 17/1 49/5
**review [9]** 14/16 15/1 17/10 17/16 18/1 46/9 49/4 51/19 67/16
**revisitation [1]** 46/18
**RICO [1]** 39/6
**right [60]** 11/17 11/20 13/14 24/4 24/10 25/17 25/18 26/6 29/7 32/20 32/21 33/12 33/16 33/23 36/13 36/16 36/17 38/1 38/10 40/14 40/21 40/23 41/1 42/21 43/23 43/24 44/6 47/7 48/1 48/6 49/18 50/19 51/3 51/8 51/12 52/2 52/23 53/1 53/13 54/7 55/1 55/17 56/10 58/21 63/21 63/22 64/2 64/13 65/10 65/15 65/21 66/1 66/16 68/15 69/3 70/7 70/21 71/6 71/8 71/24
**rights [1]** 58/1
**ripe [3]** 34/15 35/1 53/24
**Ritchie [1]** 2/3
**RMR [2]** 73/2 73/11
**Road [2]** 2/7 3/18
**Roberto [2]** 4/15 8/9
**ROBERTSON [1]** 2/20
**Robin [8]** 5/2 5/3 8/25 48/6 48/6 54/18 54/22 66/13
**role [1]** 15/13
**roll [1]** 42/8
**rolling [3]** 17/19 23/17 24/6
**room [1]** 39/24
**Rossi [10]** 6/2 9/5 52/2 52/24 55/20 55/23 56/3 59/16 59/23 65/4
**roster [1]** 12/20
**roughly [1]** 34/13
**round [1]** 53/20
**routine [1]** 67/2
**Rule [13]** 29/17 34/12 34/14 37/1 43/9 48/22 48/22 53/15 60/16 60/25 60/25 61/6 61/15
**Rule 12 [11]** 29/17 34/14 37/1 43/9 48/22 53/15 60/16 60/25 60/25 61/6 61/15
**ruling [2]** 31/15 68/6
**run [1]** 25/12
**runs [1]** 17/3
**Ruth [1]** 8/6


## S


**safer [1]** 62/2
**said [9]** 23/4 23/7 23/8 40/6 42/7 60/19 61/10 64/5 64/20
**same [4]** 21/7 38/2 41/3 61/12
**Sandra [4]** 2/15 8/6 8/17 41/2
**saw [2]** 10/24 54/3
**say [16]** 17/11 17/20 19/4 21/24 24/12 26/25 35/16 39/4 42/18 49/9 50/17 54/13 55/10 61/24 62/2 63/1
**saying [4]** 12/25 22/25 42/24 59/21
**scene [2]** 16/12 17/5
**schedule [13]** 30/6 31/9 32/23 34/12 36/4 36/10 42/11 56/20 56/23 61/13 61/18 62/9 66/8
**scheduled [10]** 40/7 40/7 47/22 47/25 49/7 49/8 49/23 54/15 54/25 66/7
**schedules [2]** 56/24 61/21
**scheduling [4]** 15/13 60/3 62/11 62/24
**scope [2]** 27/6 39/8
**screaming [1]** 38/22
**SE [1]** 2/21
**search [8]** 12/12 12/19 13/10 17/1 39/15 44/19 48/13 49/4
**searchability [1]** 53/4
**searchable [2]** 18/6 21/20
**searched [1]** 18/9
**second [4]** 29/6 62/16 62/17 62/21
**security [2]** 14/8 22/2
**see [12]** 9/10 15/1 21/5 21/7 27/6 51/20 51/23 54/1 63/23 67/10 70/6 70/9
**seek [1]** 70/18
**seeking [2]** 44/14 46/18
**seem [4]** 33/17 34/14 34/22 35/4
**seems [1]** 61/2
**seen [2]** 63/16 64/10
**selection [1]** 33/18
**send [1]** 22/21
**sense [1]** 46/24
**sensitive [2]** 17/12 29/13
**sent [1]** 43/1
**separate [7]** 19/8 20/1 21/10 21/22 22/6 39/14 44/20
**September [19]** 34/13 40/7 54/9 54/15 55/2 55/12 56/1 57/2 57/3 57/21 60/23 60/24 60/25 61/10 61/15 65/18 65/19 65/20 65/22
**serious [1]** 70/1
**server [1]** 20/6
**service [5]** 15/25 18/17 18/18 25/4 70/24
**SERVICES [1]** 4/16
**session [1]** 14/6
**set [29]** 17/14 17/20 17/23 20/5 20/6 26/4 33/22 35/8 35/25 36/5 38/2 41/7 41/17 42/19 45/18 50/1 53/25 55/18 56/1 56/14 57/3 59/18 62/14 62/16 62/16 62/21 63/8 63/11 65/17
**sets [1]** 33/8
**setting [2]** 33/3 35/20
**sever [2]** 48/24 52/14
**several [3]** 44/10 45/4 59/22
**severance [2]** 49/3 49/21
**sfbrennwald [1]** 2/22
**share [4]** 12/1 19/14 21/3 45/1
**she [1]** 70/3
**she's [2]** 18/21 69/15
**Shelli [1]** 2/14
**shot [1]** 42/18
**should [8]** 13/22 14/3 17/12 24/18 40/21 58/8 63/24 71/4
**show [1]** 17/2
**showing [2]** 13/18 13/23
**shows [1]** 23/2
**shred [1]** 46/9
**side [1]** 28/7
**sign [3]** 66/2 67/12 69/1
**significance [1]** 24/7
**significant [2]** 35/18 49/25
**simply [4]** 32/5 32/16 53/7 69/8
**since [12]** 12/5 12/10 13/10 15/25 40/8 43/20 49/1 54/19 67/3 69/9 69/10 71/18
**sir [6]** 9/24 10/7 52/25 59/14 59/15 68/14
**sit [1]** 23/24
**sitting [1]** 25/1
**size [1]** 27/6
**slow [2]** 48/18 61/8
**small [2]** 12/9 12/22
**so [124]**
**so I think [2]** 28/8 71/4
**so it's [2]** 39/4 48/18
**So they [1]** 19/17
**so this is [3]** 18/12 31/18 59/19
**So we're [1]** 51/17
**software [1]** 48/17
**some [35]** 12/19 13/9 13/10 14/1 16/17 17/21 18/21 22/22 24/13 24/19 26/21 26/22 27/2 27/16 29/16 31/14 33/14 35/7 35/23 38/16 39/6 40/9 43/4 44/22 46/12 47/2 47/14 47/17 48/13 49/17 51/1 53/6 60/2 62/13 71/2
**somebody [7]** 31/13 46/22 48/3 53/19 55/21 65/18 70/9
**somehow [1]** 20/14
**someone [3]** 40/1 51/5 54/12
**something [19]** 14/21 23/2 23/4 24/3 31/8 39/18 39/21 41/7 53/9 53/11 54/13 54/13 58/9 62/14 64/20 64/24 67/21 68/4 68/23
**sometime [1]** 35/4
**sometimes [1]** 25/12
**somewhat [1]** 29/3
**somewhere [2]** 20/6 29/20
**soon [3]** 28/6 46/15 51/5
**sooner [1]** 30/23
**sorry [18]** 12/23 13/14 19/5 30/11 38/16 42/17 48/7 48/22 50/15 52/24 53/23 54/2 54/12 55/20 58/25 61/4 69/6 69/15
**sort [8]** 15/3 24/7 28/24 30/21 31/14 36/21 46/11 48/24
**source [1]** 16/13
**sourced [1]** 38/25
**sources [1]** 16/15
**South [1]** 5/11
**space [1]** 15/21
**speak [3]** 15/9 22/14 43/6
**speaking [2]** 10/18 19/20
**specific [12]** 23/12 23/16 25/22 27/24 42/4 45/4 46/25 47/10 47/12 51/17 53/8 67/22
**specifically [1]** 68/24
**specifics [1]** 25/20
**speed [3]** 45/18 46/5 46/19
**speedy [6]** 33/5 64/16 65/5 65/16 65/21 65/25
**Speedy Trial Act [1]** 65/25
**spend [1]** 20/3
**Spina [9]** 5/11 9/2 22/15 23/21 23/24 25/20 49/13 50/19 52/8
**spot [1]** 18/21
**spring [2]** 38/5 52/21
**Spruce [1]** 5/21
**Sr [1]** 2/2
**St [1]** 6/3
**stand [3]** 11/20 15/4 62/12
**standard [1]** 34/18
**standpoint [1]** 14/8
**stands [1]** 71/12
**stanley [2]** 3/17 3/20
**start [10]** 9/15 11/20 12/2 29/5 30/13 37/5 60/22 62/17 62/24 69/4
**started [2]** 12/25 16/5
**starting [1]** 9/21
**starts [1]** 63/4
**state [1]** 66/7
**statement [2]** 12/24 31/6
**statements [1]** 60/17
**STATES [5]** 1/1 1/3 1/10 8/3 15/19
**status [17]** 1/9 11/24 11/25 26/8 27/10 36/11 43/14 43/18 45/16 45/16 46/18 59/17 59/19 66/3 66/13 66/18 66/24
**stay [3]** 28/24 39/15 67/20
**Steele [13]** 3/2 8/8 8/19 10/6 42/1 67/17 69/4 69/5 69/8 69/15 70/1 71/12 71/19
**stenography [1]** 7/6
**Stephen [2]** 2/20 8/18
**still [7]** 13/25 26/19 41/22 47/3 48/10 60/2 70/11
**stop [1]** 46/19
**storage [1]** 21/20
**store [1]** 20/24
**Street [10]** 1/14 2/16 3/3 3/8 4/3 4/8 4/11 5/3 5/7 5/21
**structure [1]** 25/6
**stuff [1]** 18/5
**subject [1]** 73/6
**subjects [1]** 14/18
**submitted [1]** 16/14
**subpoena [2]** 12/19 17/7
**subpoenas [1]** 13/9
**subsequent [1]** 22/16
**substantial [1]** 45/8
**substitution [1]** 68/4
**such [1]** 34/18
**suggestion [1]** 67/7
**Suite [10]** 2/4 2/12 2/17 3/4 3/9 3/14 4/4 5/12 5/16 6/4
**summary [1]** 14/13
**summer [9]** 14/4 14/15 14/21 16/20 17/21 26/20 33/11 33/19 38/5
**superseding [3]** 26/16 50/9 50/10
**supervision [1]** 69/12
**supplement [2]** 59/8 59/12
**support [1]** 40/2
**supposed [1]** 66/8
**sure [23]** 9/16 14/17 15/25 17/10 23/1 24/16 29/18 29/24 30/7 30/14 31/1 32/9 37/23 40/8 40/9 50/25 54/18 55/10 58/3 63/21 66/13 68/19

**S**

**sure... [1]** 71/3
**SW [1]** 3/8

**T**

**tablets [1]** 17/2
**tagged [1]** 18/8
**tagging [2]** 19/3 22/1
**take [8]** 20/16 20/17 40/9 46/12 66/14 71/11 71/13 71/14
**taken [1]** 44/11
**takes [1]** 67/8
**taking [1]** 60/17
**talk [10]** 23/24 25/7 25/20 28/2 31/3 39/17 53/5 55/9 57/16 58/23
**talked [2]** 31/10 31/19
**talking [5]** 24/2 25/2 25/15 28/1 45/10
**targeted [1]** 46/10
**targeting [1]** 16/21
**team [2]** 18/14 52/22
**technological [2]** 22/2 73/7
**technologically [2]** 51/9 52/9
**technology [1]** 21/13
**telephone [1]** 58/11
**tell [5]** 28/4 43/16 53/19 56/11 62/10
**terms [26]** 11/21 12/4 13/8 14/20 15/13 17/21 23/4 25/18 26/9 27/6 27/8 27/20 29/11 45/12 46/2 46/16 47/20 48/10 48/12 48/16 48/23 49/6 53/13 57/10 60/6 63/7
**terrible [1]** 12/7
**text [1]** 11/3
**than [6]** 28/11 30/24 31/25 35/13 39/10 40/3
**thank [29]** 26/5 31/4 32/19 36/15 38/8 38/10 40/23 41/10 41/25 42/2 42/21 43/23 44/6 48/1 49/11 49/12 51/25 52/23 52/25 60/1 64/12 65/9 68/21 69/1 69/7 71/23 72/2 72/3 72/4
**thank you [21]** 26/5 31/4 36/15 38/8 38/10 40/23 41/10 41/25 42/2 43/23 44/6 48/1 49/11 51/25 52/23 52/25 60/1 64/12 68/21 69/7 71/23
**that [394]**
**that'll [2]** 60/13 66/10
**that's [52]** 13/11 14/7 15/3 15/16 16/24 17/11 19/16 20/13 20/24 21/9 23/5 23/11 23/12 23/14 24/1 25/18 25/25 29/9 30/10 32/1 35/7 35/11 36/1 39/18 40/8 40/8 40/12 42/7 42/20 43/7 43/10 45/7 45/13 46/10 46/12 47/22 50/1 50/2 51/5 53/12 53/22 56/22 58/9 58/19 62/7 64/18 65/8 65/14 66/15 67/21 69/9 71/3
**their [16]** 14/7 19/17 19/17 19/21 26/24 29/4 30/16 31/2 32/12 33/15 39/9 50/8 58/4 59/4 64/23 67/6
**them [12]** 13/5 13/13 22/13 27/20 29/17 30/17 31/3 48/20 57/15 57/20 58/15 62/10
**themselves [1]** 40/2
**then [43]** 12/1 12/12 12/18 12/22 13/10 14/7 14/11 15/6 15/12 16/12 16/19 17/6 19/25 20/7 20/25 21/10 21/17 21/21 26/7 27/11 28/25 30/2 34/15 34/24 35/2 35/23 37/3 47/7 47/24 48/6 51/4 53/10 55/2 55/11 56/1 59/12 60/3 64/1 66/21 67/10 68/17 71/8 71/19
**there [42]** 12/6 12/12 12/22 13/9 13/10 14/14 14/18 15/6 17/3 17/5 17/9 22/2 22/17 25/8 26/21 27/1 29/16 32/2 32/23 33/13 35/2 38/16 41/6 43/4 44/23 45/8 46/10 46/19 47/2 47/12 50/9 51/7 53/17 54/19 57/22 58/12 66/1 66/9 66/21 67/12 67/24 71/2
**there's [23]** 14/17 15/2 15/7 16/8 16/10 16/12 17/11 18/1 19/25 28/20 30/7 32/10 39/2 39/23 41/13 41/18 53/14 57/25 60/2 63/13 68/25 70/9 71/1
**thereafter [1]** 39/13
**therefore [1]** 73/6
**these [31]** 9/17 9/21 12/21 13/18 13/23 14/19 15/3 15/4 15/22 16/25 17/25 18/21 23/8 27/22 28/5 30/18 30/22 30/25 33/25 35/6 35/10 37/22 39/2 56/16 56/19 57/14 58/8 63/11 63/15 63/21 70/3
**they [20]** 9/19 12/15 13/1 13/1 19/17 19/21 25/14 30/23 30/24 30/25 32/17 38/22 39/12 41/22 43/2 43/3 57/23 58/22 65/24 71/18
**they're [11]** 16/21 19/21 24/8 27/21 36/20 38/22 39/1 41/22 58/4 58/17 66/19
**they've [3]** 21/1 43/3 68/5
**thing [6]** 29/14 34/... 41/4 42/10 58/23 66/3
**things [19]** 9/13 11/20 12/1 23/19 25/12 29/9 29/15 34/20 36/22 38/13 40/6 40/11 41/6 44/10 50/11 53/1 60/5 62/12 69/20
**think [81]**
**thinking [3]** 15/13 27/21 29/11
**third [4]** 15/20 16/4 16/5 22/10
**third-party [3]** 15/20 16/4 16/5
**this [117]**
**This is [1]** 8/3
**THOMAS [6]** 1/6 2/2 5/11 6/3 8/4 9/2
**thoroughly [1]** 49/3
**those [58]** 12/2 12/16 12/17 13/5 13/10 13/12 14/10 17/6 22/8 23/1 23/4 25/12 26/18 27/5 27/15 27/18 27/19 28/7 29/7 29/19 30/4 30/6 30/14 30/21 32/22 34/5 34/14 36/8 41/22 49/3 49/4 49/5 52/19 53/14 53/17 53/18 53/20 54/10 54/10 56/16 56/16 58/2 58/15 60/7 60/9 60/9 60/10 60/16 60/20 60/23 60/23 60/24 61/10 63/6 63/16 63/17 63/20 70/6
**thought [3]** 27/19 29/5 33/1
**thoughts [4]** 33/5 34/6 36/4 36/9
**thousands [2]** 16/9 16/9
**three [8]** 27/15 27/18 35/20 37/12 47/22 51/16 51/17 58/2
**through [20]** 13/19 16/14 21/6 21/14 21/19 22/18 29/25 31/4 32/13 35/20 48/11 48/19 49/24 60/3 62/5 62/19 62/20 64/25 65/17 65/22
**thumb [1]** 12/16
**thumbs [2]** 11/5 11/6
**thus [3]** 42/7 57/25 69/16
**till [2]** 47/23 60/25
**time [28]** 14/6 14/12 20/4 20/17 27/16 28/12 28/15 29/2 33/22 35/7 35/15 35/22 36/12 38/2 39/15 46/13 51/19 51/21 59/10 60/15 60/18 60/23 61/7 61/11 62/10 64/16 64/25 65/25
**timeline [1]** 27/17
**times [4]** 52/7 62/24 63/8 63/11
**timing [3]** 14/20 15/9 34/7
**tips [1]** 16/14
**titled [1]** 73/4
**today [5]** 13/21 34/2 47/13 54/21 60/18
**together [2]** 44/21 66/22
**told [4]** 21/1 30/15 38/13 43/17
**tolled [1]** 64/16
**tommy [2]** 5/13 22/15
**Tommy Spina [1]** 22/15
**tommyspina.com [1]** 5/13
**too [8]** 12/15 19/22 31/23 52/10 52/11 58/19 59/12 65/7
**top [2]** 9/19 39/16
**touch [1]** 21/15
**tours [3]** 13/25 14/2 14/10
**towards [1]** 14/21
**Towers [1]** 2/4
**town [1]** 63/6
**track [4]** 28/10 32/8 33/7 68/16
**transcript [3]** 1/9 7/6 73/3
**transcription [1]** 7/7
**transfer [3]** 37/13 50/21 60/8
**transferred [2]** 22/5 22/10
**transit [1]** 68/16
**treatment [1]** 70/5
**tremendous [1]** 20/13
**trial [77]**
**trials [6]** 15/14 35/24 35/25 52/16 62/11 63/15
**tried [2]** 28/10 43/3
**trouble [2]** 42/16 69/21
**true [1]** 64/19
**truly [1]** 59/19
**try [8]** 14/5 15/20 15/25 25/13 29/3 41/18 53/7 56/12
**trying [7]** 15/16 24/5 24/24 28/23 35/8 38/18 70/17
**Tuesday [1]** 51/7
**turn [5]** 29/10 32/24 36/17 47/7 50/19
**turned [6]** 17/23 22/4 28/19 31/19 39/8 42/25
**two [21]** 12/2 12/17 13/5 25/12 26/22 26/23 29/15 32/13 34/2 35/20 36/24 40/8 40/17 40/18 41/3 52/11 53/13 60/5 60/15 61/25 69/20
**two-week [3]** 40/17 40/18 61/25
**twofold [1]** 32/11

**U**

**U.S [1]** 1/13
**unavailable [1]** 47/23
**uncommon [1]** 37/25
**under [3]** 19/13 65/24 70/2
**underlie [1]** 69/10
**understand [13]** 15/11 20/4 20/19 21/2 22/13 38/7 39/2 42/8 58/20 63/6 64/18 67/5 71/17
**understandably [1]** 25/22
**understanding [12]** 13/20 14/3 14/6 16/3 16/17 18/5 18/16 18/22 21/13 22/9 22/20 24/8
**understands [1]** 42/12
**understood [1]** 23/5
**unfortunately [1]** 25/8
**UNITED [5]** 1/1 1/3 1/10 8/3 15/19
**United States of [1]** 8/3
**unless [3]** 31/16 66/12 68/23
**unmute [1]** 47/11
**unnecessary [1]** 39/16
**unreasonable [1]** 62/14
**until [9]** 17/22 31/6 33/11 33/19 34/13 34/15 35/1 62/12 65/6
**up [24]** 11/5 11/6 13/1 13/2 18/5 19/18 20/6 20/6 26/1 26/4 32/2 38/23 41/7 41/20 42/15 44/11 44/16 45/18 46/5 46/5 46/19 59/13 63/15 69/22
**update [1]** 9/13
**updates [1]** 15/18
**upon [2]** 34/8 42/13
**upstate [1]** 54/15
**urge [2]** 49/20 53/4
**us [12]** 19/22 20/11 20/25 21/1 22/21 49/4 49/10 58/14 59/19 60/22 62/15 68/4
**USAfx [1]** 12/15
**usdoj.gov [1]** 1/16
**use [1]** 21/2
**used [1]** 20/1
**useful [4]** 16/1 18/7 18/10 25/6
**uses [1]** 21/3
**using [1]** 39/12
**usually [1]** 66/23
**utmost [1]** 52/18

**V**

**VA [5]** 4/4 4/8 5/4 5/8 5/17
**vacation [3]** 69/9 69/15 71/9
**Van [12]** 5/15 5/15 5/19 5/20 9/3 9/3 51/12 51/12 51/15 52/1 70/11

3/15 3/18 4/17 6/4 7/5
69/23
17/13 17/20 24/18
26/20 47/1 47/5 60/20
73/11

**V**

**Van... [1]** 71/6
**various [3]** 23/8 29/18 52/12
**Veen [4]** 5/19 5/20 9/3 51/12
**vendor [10]** 15/20 16/4 16/5 19/17 19/18 19/21 21/1 21/7 21/9 21/10
**venue [3]** 37/13 50/21 60/8
**versus [1]** 8/4
**very [22]** 11/16 14/8 25/1 25/9 25/9 25/15 26/14 29/12 31/24 33/25 37/9 44/18 46/10 52/6 55/24 56/1 56/24 69/1 69/8 69/22 70/1 72/4
**via [4]** 1/9 58/19 58/22 67/11
**video [7]** 16/8 16/13 16/13 16/14 16/16 16/18 46/9
**videos [6]** 17/2 18/8 18/9 38/25 39/2 48/14
**views [1]** 34/11
**vigorous [1]** 46/7
**voiced [1]** 48/12
**voir [2]** 34/21 34/25
**volume [2]** 21/11 44/23
**vs [1]** 1/5

**W**

**wait [1]** 31/6
**waive [1]** 65/5
**waiving [1]** 58/21
**Walden [12]** 5/11 8/11 9/2 11/8 22/15 30/3 49/13 49/19 61/3 64/20 64/23 65/13
**want [40]** 9/16 12/2 18/20 24/23 24/25 25/13 28/23 29/2 29/9 29/12 29/14 29/18 29/24 30/6 30/13 30/21 30/24 31/6 31/11 34/1 36/3 36/24 37/3 46/15 54/12 54/17 54/20 55/8 58/3 58/4 58/9 58/12 58/13 58/23 59/8 59/11 60/12 63/8 68/23 71/15
**wanted [1]** 67/18
**wants [6]** 21/5 57/11 58/18 66/1 67/12 67/21
**warrant [4]** 12/13 12/19 17/1 49/5
**warrants [1]** 13/11
**was [25]** 12/23 16/14 19/13 22/19 24/11 28/1 28/19 30/10 30/12 31/19 33/20 38/3 39/6 39/9 39/10 39/13 42/18 42/24 42/25 47/12 51/16 52/20 53/23 67/24 70/25
**Washington [11]** 1/5 1/15 2/13 2/17 2/21 3/4
**wasn't [1]** 43/5
**water [1]** 52/8
**Watkins [6]** 2/10 8/6 8/16 9/25 27/11 63/21
**way [14]** 5/11 11/18 16/1 17/7 18/6 20/24 25/6 32/7 39/7 39/10 41/18 48/10 48/19 53/6
**we [173]**
**We are [1]** 50/9
**we will [2]** 32/8 47/17
**we'll [14]** 13/21 13/24 14/25 29/6 36/18 48/20 51/22 51/23 57/18 62/16 67/10 67/11 68/19 71/3
**we're [29]** 15/16 19/17 23/24 24/2 25/1 25/4 25/7 25/9 25/15 28/15 28/24 30/5 31/18 40/9 41/2 41/18 42/13 42/14 42/19 45/10 47/2 48/18 49/19 50/3 51/17 56/22 62/17 67/4 69/11
**we've [9]** 12/14 15/23 19/15 23/9 28/2 37/13 37/14 61/20 69/3
**week [18]** 12/17 13/4 13/21 13/24 24/19 27/25 28/2 40/17 40/18 41/14 49/8 49/9 54/22 54/25 55/25 56/8 61/25 62/7
**weeks [11]** 26/23 27/5 35/20 35/21 35/24 47/1 47/5 51/16 51/17 52/11 59/22
**weigh [1]** 53/12
**welcome [5]** 50/14 57/13 58/5 58/17 69/1
**welcomed [1]** 58/6
**well [31]** 9/11 15/9 16/2 17/15 17/25 18/3 20/9 20/10 23/6 28/9 29/7 36/1 40/12 43/13 47/4 48/12 49/5 50/2 50/11 53/16 54/17 56/8 56/18 60/16 60/18 67/24 67/25 68/15 69/9 69/17 70/22
**were [14]** 9/12 12/8 13/9 13/10 14/2 17/4 19/12 22/17 26/15 34/12 37/21 39/12 43/1 44/12
**West [1]** 6/4
**what [31]** 12/9 14/13 15/1 16/13 19/20 20/25 22/25 23/5 23/7 23/19 24/6 24/8 24/14 24/16 25/14 28/18 31/18 31/21 32/5 32/9 34/1 35/11 43/11 46/6 46/17 53/19 57/24 59/20 60/19 63/1 70/14
**what's [7]** 42/8 48/16 53/19 54/2 67/1 67/6
**whatever [3]** 21/18 31/2 69/20
**when [16]** 14/6 18/14 23/4 25/20 29/10 33/6 36/22 36/23 46/24 53/24 53/25 54/21 59/6 60/3 61/23 63/23
**where [18]** 9/12 9/13 11/20 15/3 18/12 22/10 23/25 25/14 25/24 27/6 27/20 28/24 35/8 40/19 42/13 43/10 62/12 70/4
**whether [12]** 20/1 29/16 30/24 39/17 45/10 45/22 45/23 57/23 64/10 64/24 67/17 71/20
**which [12]** 21/21 23/15 33/10 34/22 36/5 44/24 45/5 58/22 60/12 65/17 65/23 66/20
**while [2]** 67/2 71/18
**who [32]** 12/8 14/2 16/11 17/4 18/23 18/24 21/5 26/15 28/21 29/7 29/8 30/7 35/16 36/8 39/4 40/1 41/21 44/13 46/23 48/3 52/19 52/19 57/1 57/11 57/13 61/2 63/6 63/8 63/15 63/16 63/17 63/20
**who's [4]** 32/9 40/14 62/13 69/3
**who've [2]** 15/8 57/19
**whom [2]** 29/12 45/9
**whose [1]** 49/2
**why [10]** 9/15 15/16 22/3 22/5 23/1 37/5 67/19 67/20 69/4 69/10
**Wicks [5]** 4/15 8/24 47/7 47/11 48/1
**will [59]** 14/9 17/17 17/18 17/20 18/19 19/1 19/4 20/12 20/22 21/19 21/20 21/21 24/12 24/14 27/1 28/12 28/25 29/9 30/23 32/7 32/8 34/4 34/7 34/17 40/17 41/6 43/9 43/16 44/14 45/17 45/19 47/16 47/17 49/9 49/16 51/7 51/20 52/14 53/10 53/24 54/10 56/17 57/6 57/17 57/19 57/23 60/4 60/9 60/20 60/21 60/24 61/14 61/16 63/11 63/15 64/7 65/16 65/25 71/14
**William [6]** 2/2 6/2 7/2 8/12 73/2 73/11
**Wilson [9]** 3/7 3/8 5/16 8/20 28/12 28/22 42/22 43/23 60/17
**wish [1]** 57/23
**withdraw [3]** 44/14 68/6 68/9
**within [9]** 12/17 13/4 17/13 17/20 24/18 26/20 47/1 47/5 60/20
**without [2]** 40/3 44/24
**witness [1]** 34/20
**won't [2]** 57/6 57/11
**Woodland [1]** 4/12
**Woodward [2]** 3/17 3/17
**word [1]** 17/12
**words [1]** 23/1
**work [5]** 20/8 35/3 39/25 40/3 42/5
**working [10]** 10/19 14/5 15/20 18/14 18/16 19/2 19/8 21/14 47/3 51/6
**works [2]** 20/15 40/13
**world's [1]** 35/18
**worn [3]** 16/10 21/4 21/9
**worry [1]** 59/6
**would [84]**
**wouldn't [1]** 20/4
**written [1]** 71/16
**wrong [2]** 28/13 43/2

**Y**

**yeah [8]** 20/3 26/3 30/10 53/24 54/3 66/23 70/13 70/25
**year [5]** 35/4 37/22 38/5 41/15 43/21
**years [2]** 39/7 40/8
**yes [41]** 9/22 9/24 10/1 10/3 10/5 10/7 10/9 10/11 10/13 10/15 10/24 11/13 11/15 12/3 13/3 13/16 15/11 15/15 22/9 24/5 26/12 27/13 27/23 40/15 41/1 42/23 46/1 48/9 49/15 55/6 55/15 59/15 63/3 63/5 65/3 65/5 65/12 67/15 68/14 68/17 69/6
**yesterday [2]** 22/19 44/12
**yet [6]** 12/14 14/10 24/16 30/4 43/19 66/10
**York [1]** 6/9
**you [153]**
**you know [2]** 27/9 46/8
**you'd [1]** 32/23
**you'll [2]** 46/24 61/8
**you're [15]** 9/20 11/18 11/22 11/25 26/8 26/10 32/6 42/15 50/13 56/19 60/13 62/6 64/10 68/19 70/11
**you've [7]** 27/16 29/1 60/8 60/19 61/18 62/13 63/9
**your [127]**
**Your Honor [81]**
**yours [1]** 11/23
**yourselves [1]** 54/9

**Z**

**Zaremba [3]** 7/2 73/2 73/11
**Zimmerman [6]** 4/6 4/7 8/22 44/7 44/14 68/18
**zimpacer [1]** 4/9
**ZOOM [8]** 1/9 44/13 57/6 57/22 58/10 58/19 58/22 67/11
**Zsuzsa [1]** 3/12