IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )      CR No. 21-28
                                   )      Washington, D.C.
      vs.                          )      March 4, 2022
                                   )      2:27 p.m.
DONOVAN R. CROWL, ET AL.,          )
                                   )
          Defendants.              )
_____)
```

TRANSCRIPT OF STATUS HEARING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES VIA ZOOM:

For the Government:          Kathryn L. Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED.

For Defendant Crowl:            Carmen D. Hernandez
                                7166 Mink Hollow Road
                                Highland, MD 20777
                                (240) 472-3391
                                Email: chernan7@aol.com


For Defendants
Sandra and Bennie Parker:       Stephen F. Brennwald
                                BRENNWALD & ROBERTSON, LLP
                                922 Pennsylvania Avenue, SE
                                Washington, D.C. 20003
                                (301) 928-7727
                                Email: sfbrennwald@cs.com


For Defendant Steele:           Peter A. Cooper
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1434
                                Email:
                                pcooper@petercooperlaw.com

For Defendant Connie Meggs:     Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

                                Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

```
APPEARANCES CONTINUED:

For Defendant Isaacs:          Eugene Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jeferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email: grossi@carltonfields.com

                               Natalie A. Napierala
                               CARLTON FIELDS, P.A.
                               405 Lexington Avenue
                               36th Floor
                               New York, NY 10174
                               (212) 785-2747
                               Email:
                               nnapierala@carltonfields.com


For Defendant Beeks:           Jessica Arden Ettinger
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN
                               22 East Mifflin Street
                               Suite 1000
                               Madison, WI 53703
                               (608) 260-9900
                               Email: jessica_ettinger@fd.org

                               Joshua Uller
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN, INC.
                               411 East Wisconsin Avenue
                               Suite 2310
                               Milwaukee, WI 53202
                               (414) 221-9900
                               Email: joshua_uller@fd.org


Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2              COURTROOM DEPUTY:  Your Honor, this is Criminal
3    Case No. 21-28, United States of America versus Defendant
4    No. 2, Donovan Ray Crowl; Defendant No. 4, Sandra Ruth
5    Parker; Defendant No. 5, Bennie Alvin Parker; Defendant 7,
6    Laura Steele; Defendant 9, Connie Meggs; Defendant 16,
7    William Isaacs; and Defendant 19, James Beeks.
8              THE COURT:  Okay.
9              COURTROOM DEPUTY:  Kate Rakoczy for the
10   government.
11             Carmen Hernandez for Defendant Crowl.
12             Steven Brennwald standing in for John Machado for
13   Defendant Sandra Parker; Stephen Brennwald for Defendant
14   Bennie Parker.
15             Peter Cooper for Defendant Steele.
16             Julie Haller and Stanley Woodward for Defendant
17   Connie Meggs.
18             Eugene Ross any Natalie Napierala for Defendant
19   Isaacs.
20             Jessica Ettinger and Joshua Uller for
21   Defendant Beeks.
22             All defendants are appearing remotely for this
23   matter.
24             THE COURT:  Okay.  Good afternoon, everyone.
25             First, thank you for your patience.  The Rhodes
```

1   hearing started at 1:00 and went a little late.  So that's

2   the reason for the delay and thank you for your patience.

3   I apologize about that.

4          All right.  We're here for a status conference in

5   this matter.  And instead of starting where I traditionally

6   do with asking the government to update me about discovery,

7   I've sort of heard that on behalf of -- in the Rhodes

8   matter.  And unless any defense counsel would like

9   Ms. Rakoczy to summarize things for their clients, I would

10  simply propose we move forward and figure out scheduling for

11  this case.  Okay.

12         So let's talk about trial dates.  I had, at the

13  request of both sides, vacated the April trial date and

14  indicated that everyone should reserve November 28 moving

15  forward for trial, I guess the question is whether that is a

16  problem for anyone.

17         MS. HALLER:  No objection, Your Honor.

18         THE COURT:  Okay.

19         MR. ULLER:  Not from Mr. Beeks' team, Your Honor.

20         THE COURT:  Okay.

21         So hearing no objection, we will set November 28th

22  as the trial date for this case to move forward.  In terms

23  of whether we need a second trial in this case, I think

24  we'll let the dust settle and see where things are as we

25  move forward.  But in any event, all counsel at this point

1    should reserve November 28th and basically the month of

2    December to try this case.  We'll get out a -- well, I don't

3    know that we need to issue a Pretrial Order just yet,

4    I don't think that's necessary, given that the deadlines

5    will be some point away.

6            But let me at least take the opportunity, while we

7    have everybody here, just to ask defense counsel -- well,

8    let me first start with the government and just ask

9    Ms. Rakoczy if there's anything she'd like to start with

10   before I turn to defense counsel in this case?

11           MS. RAKOCZY:  No, Your Honor.  Thank you.  I don't

12   think the government has anything additional to supplement

13   the record with.

14           THE COURT:  Okay.

15           So why don't I just go down the list here of

16   defense counsel and you'll let me know if there's anything

17   that you want to bring to my attention or anything that you

18   think is coming down the pike soon.

19           So, Ms. Hernandez, you've now been relieved of the

20   April trial date so you can try your case in front of

21   Judge Boasberg.

22           MS. HERNANDEZ:  Right, Your Honor.

23           Of course, that trial got continued also, so...

24           THE COURT:  Not to November, I hope.

25           MS. HERNANDEZ:  No, no.

1          Your Honor, the only thing -- I know that it

2  looked like the first trial, the Rhodes case, looked like

3  they were going to be rescheduling.  If you think our

4  November date is going to be changed, I just would ask the

5  Court to give us dates so we can set those dates aside

6  so when we appear before other judges, we can say we're not

7  available on a particular date.  Other than that, everything

8  is --

9          THE COURT:  Okay.  Good.

10         MS. HERNANDEZ:  -- the discovery in this case is

11  daunting.  That's all I will say, Your Honor.  When you open

12  Relativity or Evidence.com, it's daunting.  But we've got

13  time now.

14         THE COURT:  It may make sense to have counsel hold

15  on to a second trial date, if for no other reason than -- if

16  we've got too many defendants in this case, we may need a

17  separate date.

18         So February 1st of 2023.

19         MR. ROSSI:  Judge, Gene Rossi for William Isaacs.

20         Other than that's my son's birthday, I'm fine, I'm

21  fine.

22         THE COURT:  All right.

23         So let's just -- we'll block off -- I'll ask

24  everybody to reserve the month of February, if need be, but

25  I hope it does not come to that, I really hope it doesn't

1    come to that.

2              Okay.  Mr. Machado is not here on behalf of

3    Ms. Parker.  He did send an email.  Mr. Brennwald is

4    standing in.  And his email, I haven't had a chance tried

5    it, he indicated that he would be available for a November

6    trial.

7              Mr. Brennwald, is there anything you want to add

8    on behalf of Mr. Machado?

9              MR. BRENNWALD:  No, other than both clients, both

10   Mr. Parker and Ms. Parker, agree to appear remotely and

11   waive speedy trial between now and this court date.

12             THE COURT:  Okay.

13             I think the one thing I should have asked each

14   defense counsel, I failed to do so, because I did ask at the

15   last hearing is just, can you update me on your status as to

16   Evidence.com and Relativity.com and just let me know whether

17   you have access to those databases.

18             Ms. Hernandez?

19             MS. HERNANDEZ:  I have access to both.  As I say

20   it's daunting, the amount of evidence in there.

21             THE COURT:  Mr. Brennwald, do you have access to

22   both?

23             MR. BRENNWALD:  Yes, Your Honor.

24             THE COURT:  Okay.

25             Mr. Cooper on behalf of Ms. Steele?

```
1              MR. COOPER:  Your Honor --

2              THE COURT:  Mr. Cooper, we are not able to hear

3    you.

4              I mean, it's not -- we don't -- it's just too

5    muffled to make you out clearly.

6              MR. COOPER:  Can you hear me now, Your Honor?

7              THE COURT:  It's little bit better, Your Honor.

8              MR. COOPER:  Okay.

9              I can say that --

10             THE COURT:  Okay.

11             I think what I heard you say is that you consent

12   to exclusion of time and that you have access to both

13   databases?

14             MR. COOPER:  Yes, Your Honor, that is correct.

15             THE COURT:  Okay.

16             See, after all this time of doing hearings on

17   Zoom, I can understand what people are saying even though

18   when they're not clear.

19             Ms. Haller on behalf of Mr. Meggs?  Ms. Meggs,

20   I'm sorry.

21             MS. HALLER:  Yes, Your Honor.

22             Well, let me say, yes, I have the licenses for

23   Evidence.com.  I find that unworkable; I haven't figured it

24   out yet.

25             I can say that, as far as the case-specific
```

1   discovery goes, I would raise with Your Honor some concerns.

2          But as far as the licensing on Relativity, I am in

3   process.  I say "in process."  I can tell you Mr. Woodward

4   has his license.

5          I am asking them questions about what I see as

6   very overly broad language on the agreement I have to sign

7   off on to be licensed.  I'm a little concerned, because it

8   says I have to waive privilege and confidentiality while on

9   the system.  I am asking them what that actually means,

10  because I'm worried.  I have a lot of different clients, so

11  I don't feel comfortable if it means that -- you know, how

12  broad is this waiver we're talking about or is it only as to

13  the work I do while in the system that I'm waiving my

14  defense privilege?  Do I have to waive my defense privilege

15  is my main question.

16         So I'm asking them that question right now,

17  because in order to agree to get the license, I have to sign

18  that document.  And I don't know to what extent I can object

19  to it because it's kind of a form we've been given.  So

20  that's where I am on Relativity.

21         THE COURT:  Well, this is the first I've heard of

22  that, Ms. Haller.

23         MS. HALLER:  Okay.

24         THE COURT:  I don't have an answer for you;

25  I don't know if Ms. Rakoczy does.

1          I'm a little surprised.  I mean, I did -- anyway,

2     I'd be curious what the intent is behind that, because the

3     mere fact that -- even if you are searching that database,

4     I'm not quite sure why you have to waive anything.  But

5     anyway, I'll leave it to you to figure that out in the first

6     instance, and if there's an issue, let me know.

7          MS. HERNANDEZ:  Your Honor, I'll second

8     Ms. Haller's concern with those waivers.  It's like the

9     code-of-conduct form.  It's like one of those things when

10    you download an app and it tells you do you agree.

11    I contacted Shelli Peterson about that when it first came on

12    and she was going to look into it.  I just agreed because

13    I wanted access.  But it is a very broad request for waiver.

14          THE COURT:  Okay.

15          Well, as I said, if it's something that you can't

16    get clarification on and it becomes an issue, let me know.

17    I mean, I certainly wouldn't treat any use of a database

18    that's shared among defense counsel, for purposes of looking

19    at discovery, as a waiver of anything.  But I don't know

20    what their thought process was in including something like

21    that.

22          MS. HALLER:  Thank you, Your Honor.  We will

23    update and we'll confer with government and see what we can

24    do.

25          To the case-specific discovery on USAfx, I've had

1   IT help.  I conferred with the government about getting that

2   assistance.

3           And I can tell you that, now that I have

4   everything, my assistant who helped me, explained to me that

5   it was -- it took him over a week, with high bandwidth, with

6   extremely high bandwidth Internet.  He said what happens is

7   when you download -- and I did this with him, we did it

8   together, so I can attest to it -- that high bandwidth

9   information, if you have a delay, it corrupts the file so

10  then you have to go back and you have to start again.  This

11  is when you download from Box.  This is the case-specific

12  discovery.  This is not the discovery that's on Evidence.com

13  or Relativity.

14          And I bring it to Your Honor's attention because

15  in the old days, I would file a motion to compel because of

16  a document dump.  In current status that we're challenging

17  because of the --

18          (Telephone operator interference)

19          THE COURT:  What is happening?

20          Sorry about that.  That happened at the last

21  hearing.  It's been happening periodically in this courtroom

22  for reasons that none of us know.

23          Sorry about that, Ms. Haller.

24          MS. HALLER:  Thank you, Your Honor.

25          I would just point out on the case-specific

1    discovery on Box, that there is a lot of extra large files,
2    so you do need a very strong network connection.  I think
3    that is one of the challenges.

4            I would also point out that just by analogy, you
5    have -- so you have what is 100 gigabytes.  And just for
6    comparison, a Netflix movie is one gigabyte.  So in order to
7    download that, you do need a stable connection or it will
8    corrupt the file.

9            So part of the challenge in downloading this
10   information is that if you're on regular connection, as
11   I am, I have to go back and start again, because you then
12   you can't open it.

13           And then there's zip files inside of zip files.
14   So you have to figure out how to get to the inside zip
15   files.  So I did it, 11 zip files that were inside 105 zips
16   or had 105 zips inside 11.

17           The other challenge is that all these documents on
18   Box are not named.  And this goes a little bit to the
19   challenge that we have that, I believe, Mr. Geyer brought up
20   in your earlier hearing about being able to organize or
21   understand discovery based on identification.

22           Within the Box information, there will be more
23   selective productions like No. 8 for defendants or No. 9 for
24   Rhodes.

25           But the files themselves are not named.  And so

1   when you download, sometimes they have extraordinarily long

2   names, which can also create a problem in downloading.

3            But the other challenge is just organization.  For

4   example, a PDF will be produced to us in ten images, just

5   one document.  So you have to open each image and then you

6   will have a PDF and then you have to figure out that that

7   PDF actually belongs to each other, that that's actually

8   pages 1 through 10 of one document.  But you have now spent

9   time trying to open ten images, where you may have

10  challenges because of technical challenges.  So it's

11  extremely cumbersome, and I think that that's the

12  case-specific discovery.

13           Now, the Relativity we're waiting on, as we

14  discussed.  And Evidence.com, I just find unworkable.  So

15  I will leave those comments at this point.  And we do have a

16  lot of time now, Your Honor, thank you, so that we can get a

17  better hold of what we are dealing with.  And thank you for

18  your time.

19           Oh, and, Your Honor, just while I have

20  Your Honor's attention, I would ask a clerical question.

21  Would it be possible for us to enter our appearances in the

22  Rhodes case just so that we're getting the information they

23  get, even though we're not actually in that case?

24           THE COURT:  Yeah, I'm told that there's a way you

25  can get notices without entering an appearance.  I don't

1    know how to do that.  But I know, for example, the media

2    gets notices that way.  So if you have any questions, you

3    can reach out to the Courtroom Deputy or call our Clerk's

4    Office; they may be able to provide you with some further

5    direction on that.

6              MS. HALLER:  Thank you, Your Honor.

7              THE COURT:  Sure.

8              Okay.  Mr. Rossi on behalf of Mr. Isaacs.

9              MR. ROSSI:  Your Honor, on behalf of Mr. Isaacs,

10   we have applied for a Relativity license.  We have the

11   ability in our firm to use Relativity.  And we also have

12   access to Evidence.com.  And we don't have any concerns yet.

13   If we do, we'll bring them to the Court's attention.

14             THE COURT:  Okay.

15             Ms. Ettinger on behalf of Mr. Beeks.

16             MR. ULLER:  Judge, I think I'll pipe in --

17             THE COURT:  Oh, I'm sorry.

18             MR. ULLER:  -- on behalf of Mr. Beeks.

19             THE COURT:  I didn't see you, Mr. Uller, because

20   my camera feed of myself is superimposed on your face, so

21   I did not see you.  Sorry about that.

22             MR. ULLER:  No problem.

23             With respect to Evidence.com, Relativity, we have

24   all the licenses for both, Ms. Ettinger and myself, and

25   we're working through it.  We're working through the

1    remainder of the discovery.

2            We obviously have a motion deadline that was reset

3    to next Friday, so we'll file our motions by then.  We have

4    some -- a couple bond issues that are going to be coming the

5    Court's way with respect to Mr. Beeks moving and some other

6    matters.  So those will be coming to the Court within the

7    next few days, at least the move issue.

8            I just have one question.  And I know originally

9    the case had been anticipated to be, I think, a four-week

10   trial, and the individuals who are now in the Rhodes

11   indictment were also on the case.  I'm wondering if

12   Ms. Rakoczy has any idea what the length of trial might be.

13   It's -- obviously we're trying, I know it's early, but we're

14   trying to figure out accommodations in the District and just

15   some of the logistics.  And, of course, it's around the

16   holidays as well.

17           MS. RAKOCZY:  I hope, Your Honor, that this will

18   be a little bit short than the other case.  I think there is

19   definitely some overlapping evidence.  And there could be up

20   to seven attorneys engaging in cross-examination of

21   witnesses, and so I don't think it will be a short trial.

22   But I think there's a chance that it's a little bit closer

23   to three than four weeks, but I'm not also not 100 percent

24   sure, because we need to see how the trial goes.  So it's

25   probably safer to budget the month, but there's a chance

1    this is a little bit shorter than originally anticipated.

2              THE COURT:  Okay.

3              Well, you know, let's hope for brevity, but

4    I understand sometimes the best-laid plans don't work out.

5              And, you know, Mr. Uller, as we get closer in

6    time, we'll see if we can find you a nice AirBnb to stay in

7    or something like that.

8              All right.  We've going down the list of defense

9    counsel.

10             There are no pending motions, I believe, for any

11   of these defendants.  Am I wrong about that, Ms. Hernandez?

12             MS. HERNANDEZ:  Your Honor, as part of our motion

13   to continue the trial, I believe you vacated the

14   pretrial-motions deadline for us?

15             THE COURT:  I did.  There's no pending --

16             MS. HERNANDEZ:  I know Mr. Crowl is saying he's

17   got --

18             THE COURT:  No, there's no pending motions

19   deadline except as to Mr. Beeks.  And I think the reason for

20   that is, in some sense, an -- historical artifact in that he

21   came in late and we set a deadline for any additional

22   motions that -- Rule 12 motions he wanted to file.

23             I suppose in a sense that motions deadline could

24   now be kicked out, but it sounds like you all are well on

25   your way to filing something, so I'm happy to get something

1   sooner rather than later.

2          MS. HERNANDEZ:  Your Honor, and something else --

3          THE COURT:  Go ahead, Ms. Hernandez.

4          MS. HERNANDEZ:  Something else Mr. Uller

5   mentioned.

6          You know, all of our clients, I think all of our

7   clients are from out of town.  Most of them -- I represent

8   an indigent client; I'm not sure how we're going to handle a

9   month trial in D.C. in terms of living arrangements.  I've

10  talked to Mr. Kramer about that.  I'm not sure.  Maybe we

11  can get a large B&B for all the clients.

12         THE COURT:  I will leave that to you and your

13  clients, Ms. Hernandez and Mr. Kramer to figure out.

14  My capacities only go so far.

15         Okay.  Let's set down another date in this case.

16  Frankly, I'm not sure we need to be back in 30 days.

17  Why don't we just check back in 60.  So that puts us into

18  early May.

19         Oh, I was wondering why my May is so open; because

20  we vacated this trial date.

21         All right.  So how about, everybody available

22  May the 6th at 10:00 a.m.?

23         MR. ROSSI:  Yes, Your Honor.

24         THE COURT:  Okay.

25         And are there any objections from any clients --

1  or any defendants, I should say, to the exclusion of time

2  through May the 6th?

3         All right.  Hearing none then, I will find that

4  the interests of justice outweigh the interests of the

5  public and the defendants in a speedy trial.  I'll toll time

6  through May the 6th because the discovery in this case and

7  its production is ongoing.  Defense counsel has indicated

8  further need for more time to review that discovery, both

9  for themselves and for their clients and to prepare their

10 defenses and to prepare for trial.

11        Okay.  With that, is there anything else anybody

12 wants to raise before we adjourn for the afternoon?

13        MR. COOPER:  Did you say 11:00 a.m., Your Honor?

14        THE COURT:  I think I said 10:00 a.m.

15        MR. COOPER:  10:00 a.m.  Okay.

16        THE COURT:  Okay.

17        All right.  Thank you, everybody.  We'll see you

18 in a couple months.

19        (Proceedings concluded at 2:55 p.m.)

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__April 29, 2022_____       

                                   William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [2]** 4/2 4/9
**MR. BRENNWALD: [2]** 8/9 8/23
**MR. COOPER: [6]** 9/1 9/6 9/8 9/14 19/13 19/15
**MR. ROSSI: [3]** 7/19 15/9 18/23
**MR. ULLER: [4]** 5/19 15/16 15/18 15/22
**MS. HALLER: [6]** 5/17 9/21 10/23 11/22 12/24 15/6
**MS. HERNANDEZ: [9]** 6/22 6/25 7/10 8/19 11/7 17/12 17/16 18/2 18/4
**MS. RAKOCZY: [2]** 6/11 16/17
**THE COURT: [33]**

**1**

**10 [1]** 14/8
**100 [2]** 13/5 16/23
**1000 [1]** 3/12
**10174 [1]** 3/8
**1025 [1]** 3/3
**105 [2]** 13/15 13/16
**10:00 [3]** 18/22 19/14 19/15
**11 [2]** 13/15 13/16
**11:00 [1]** 19/13
**12 [1]** 17/22
**1434 [1]** 2/12
**16 [1]** 4/6
**1808 [1]** 2/20
**19 [1]** 4/7
**1:00 [1]** 5/1
**1st [1]** 7/18

**2**

**20001 [2]** 2/12 3/22
**20003 [1]** 2/7
**20007 [1]** 3/4
**20010 [1]** 2/20
**20036 [1]** 2/17
**202 [6]** 1/15 2/12 2/17 2/21 3/4 3/23
**2022 [2]** 1/5 20/7
**2023 [1]** 7/18
**20530 [1]** 1/15
**20777 [1]** 2/3
**21-28 [2]** 1/4 4/3
**212 [1]** 3/8
**22 [1]** 3/12
**221-9900 [1]** 3/18
**2310 [1]** 3/17
**240 [1]** 2/3
**252-6928 [1]** 1/15
**260-9900 [1]** 3/13
**2615 [1]** 2/17
**2747 [1]** 3/8
**28 [3]** 1/4 4/3 5/14
**28th [2]** 5/21 6/1
**29 [1]** 20/7
**2:27 [1]** 1/6

**3**

**30 [1]** 18/16
**301 [1]** 2/8
**3249 [1]** 3/23
**333 [1]** 3/22
**3391 [1]** 2/3
**350 [1]** 2/11
**352-2615 [1]** 2/17
**354-3249 [1]** 3/23
**36th [1]** 3/7

**4**

**400 [2]** 2/11 3/3
**400-1434 [1]** 2/12
**405 [1]** 3/7
**411 [1]** 3/16
**414 [1]** 3/18
**472-3391 [1]** 2/3

**5**

**53202 [1]** 3/17
**53703 [1]** 3/13
**5th [1]** 2/11

**6**

**60 [1]** 18/17
**601 [2]** 1/14 2/15
**608 [1]** 3/13
**6928 [1]** 1/15
**6th [3]** 18/22 19/2 19/6

**7**

**7166 [1]** 2/2
**7447 [1]** 2/21
**7727 [1]** 2/8
**785-2747 [1]** 3/8

**8**

**8100 [1]** 3/4

**9**

**900 [1]** 2/16
**922 [1]** 2/7
**928-7727 [1]** 2/8
**965-8100 [1]** 3/4
**9900 [2]** 3/13 3/18
**996-7447 [1]** 2/21

**A**

**a.m [4]** 18/22 19/13 19/14 19/15
**ability [1]** 15/11
**able [3]** 9/2 13/20 15/4
**about [14]** 5/3 5/6 5/12 10/5 10/12 11/11 12/1 12/20 12/23 13/20 15/21 17/11 18/10 18/21
**above [1]** 20/4
**above-titled [1]** 20/4
**access [6]** 8/17 8/19 8/21 9/12 11/13 15/12
**accommodations [1]** 16/14
**actually [4]** 10/9 14/7 14/7 14/23
**add [1]** 8/7

**ant'onioni [2]** 17/21
**adjourn [1]** 19/12
**after [1]** 9/16
**afternoon [2]** 4/24 19/12
**again [2]** 12/10 13/11
**agree [3]** 8/10 10/17 11/10
**agreed [1]** 11/12
**agreement [1]** 10/6
**ahead [1]** 18/3
**aided [1]** 3/25
**AirBnb [1]** 17/6
**AL [1]** 1/6
**all [16]** 4/22 5/4 5/25 7/11 7/22 9/16 13/17 15/24 17/8 17/24 18/6 18/6 18/11 18/21 19/3 19/17
**also [6]** 6/23 13/4 14/2 15/11 16/11 16/23
**Alvin [1]** 4/5
**am [6]** 10/2 10/5 10/9 10/20 13/11 17/11
**AMERICA [2]** 1/3 4/3
**AMIT [1]** 1/10
**among [1]** 11/18
**amount [1]** 8/20
**analogy [1]** 13/4
**another [1]** 18/15
**answer [1]** 10/24
**anticipated [2]** 16/9 17/1
**any [12]** 4/18 5/8 5/25 11/17 15/2 15/12 16/12 17/10 17/21 18/25 18/25 19/1
**anybody [1]** 19/11
**anyone [1]** 5/16
**anything [8]** 6/9 6/12 6/16 6/17 8/7 11/4 11/19 19/11
**anyway [2]** 11/1 11/5
**aol.com [1]** 2/4
**apologize [1]** 5/3
**app [1]** 11/10
**appear [2]** 7/6 8/10
**appearance [1]** 14/25
**appearances [4]** 1/12 1/17 2/23 14/21
**appearing [1]** 4/22
**applied [1]** 15/10
**April [3]** 5/13 6/20 20/7
**Arden [1]** 3/10
**are [14]** 4/22 5/24 9/2 9/17 11/3 13/18 13/25 14/17 16/4 16/10 17/10 17/24 18/7 18/25
**around [1]** 16/15
**arrangements [1]** 18/9
**artifact [1]** 17/20
**as [18]** 5/22 5/24 8/15 8/19 9/25 9/25 10/2 10/2 10/5 10/12 11/15 11/19 13/10 14/13 16/16 17/5 17/12 17/19 19/8
**aside [1]** 7/5

**antonioni [2]** 6/4
**8/14 14/20
**asked [1]** 8/13
**asking [4]** 5/6 10/5 10/9 10/16
**assistance [1]** 12/2
**assistant [1]** 12/4
**attention [4]** 6/17 12/14 14/20 15/13
**attest [1]** 12/8
**ATTORNEY'S [1]** 1/13
**attorneys [1]** 16/20
**available [3]** 7/7 8/5 18/21
**Avenue [5]** 2/7 2/15 3/7 3/16 3/22
**away [1]** 6/5

**B**

**back [4]** 12/10 13/11 18/16 18/17
**bandwidth [3]** 12/5 12/6 12/8
**Barrett [1]** 3/21
**based [1]** 13/21
**basically [1]** 6/1
**be [20]** 6/5 7/3 7/4 7/24 8/5 10/7 11/2 13/22 14/4 14/21 15/4 16/4 16/6 16/9 16/12 16/18 16/19 16/21 17/24 18/16
**because [16]** 8/14 10/7 10/10 10/17 10/19 11/2 11/12 12/14 12/15 12/17 13/11 14/10 15/19 16/24 18/19 19/6
**becomes [1]** 11/16
**Beeks [7]** 3/10 4/7 4/21 15/15 15/18 16/5 17/19
**Beeks' [1]** 5/19
**been [4]** 6/19 10/19 12/21 16/9
**before [4]** 1/10 6/10 7/6 19/12
**behalf [9]** 5/7 8/2 8/8 8/25 9/19 15/8 15/9 15/15 15/18
**behind [1]** 11/2
**being [1]** 13/20
**believe [3]** 13/19 17/10 17/13
**belongs [1]** 14/7
**Bennie [2]** 2/6 4/5 4/14
**best [1]** 17/4
**best-laid [1]** 17/4
**better [2]** 9/7 14/17
**between [1]** 8/11
**birthday [1]** 7/20
**bit [5]** 9/7 13/18 16/18 16/22 17/1
**block [1]** 7/23
**Boasberg [1]** 6/21
**bond [1]** 16/4
**both [8]** 5/13 8/9 8/9 8/19 8/22 9/12 15/24 19/8
**Box [4]** 12/11 13/1

**8/14 13/22
**BRAND [1]** 2/19
**brandwoodwardlaw.com [1]** 2/22
**Brennwald [7]** 2/6 2/6 4/12 4/13 8/3 8/7 8/21
**brevity [1]** 17/3
**bring [3]** 6/17 12/14 15/13
**broad [3]** 10/6 10/12 11/13
**brought [1]** 13/19
**budget [1]** 16/25
**Building [1]** 2/16

**C**

**call [1]** 15/3
**came [2]** 11/11 17/21
**camera [1]** 15/20
**can [19]** 6/20 7/5 7/6 8/15 9/6 9/9 9/9 9/17 9/25 10/3 10/18 11/23 12/3 12/8 14/2 14/16 14/25 15/3 17/6 18/11
**can't [2]** 11/15 13/12
**capacities [1]** 18/14
**CARLTON [2]** 3/2 3/6
**carltonfields.com [2]** 3/5 3/9
**Carmen [2]** 2/2 4/11
**case [22]**
**case-specific [5]** 9/25 11/25 12/11 12/25 14/12
**certainly [1]** 11/17
**Certified [1]** 3/20
**certify [1]** 20/2
**CH [1]** 3/21
**challenge [4]** 13/9 13/17 13/19 14/3
**challenges [3]** 13/3 14/10 14/10
**challenging [1]** 12/16
**chance [3]** 8/4 16/22 16/25
**changed [1]** 7/4
**check [1]** 18/17
**chernan7 [1]** 2/4
**clarification [1]** 11/16
**clear [1]** 9/18
**clearly [1]** 5/9
**clerical [1]** 14/20
**Clerk's [1]** 15/3
**client [1]** 18/8
**clients [9]** 5/9 8/9 10/10 18/6 18/7 18/11 18/13 18/25 19/9
**closer [2]** 16/22 17/5
**code [1]** 11/9
**COLUMBIA [2]** 1/1 1/14
**come [2]** 7/25 8/1
**comfortable [1]** 10/11
**coming [3]** 6/18 16/4 16/6
**comments [1]** 14/15
**comparison [1]** 13/6
**compel [1]** 12/15

## C

computer [1] 3/25
computer-aided [1] 3/25
concern [1] 11/8
concerned [1] 10/7
concerns [2] 10/1 15/12
concluded [1] 19/19
conduct [1] 11/9
confer [1] 11/23
conference [1] 5/4
conferred [1] 12/1
confidentiality [1] 10/8
connection [3] 13/2 13/7 13/10
Connie [3] 2/14 4/6 4/17
consent [1] 9/11
Constitution [1] 3/22
contacted [1] 11/11
continue [1] 17/13
continued [2] 2/1 3/1 6/23
Cooper [5] 2/10 2/10 4/15 8/25 9/2
correct [2] 9/14 20/3
corrupt [1] 13/8
corrupts [1] 12/9
could [2] 16/19 17/23
counsel [10] 5/8 5/25 6/7 6/10 6/16 7/14 8/14 11/18 17/9 19/7
couple [2] 16/4 19/18
course [2] 6/23 16/15
court [6] 1/3 3/19 3/21 7/5 8/11 16/6
Court's [2] 15/13 16/5
courtroom [2] 12/21 15/3
CR [1] 1/4
create [1] 14/2
Criminal [1] 4/2
cross [1] 16/20
cross-examination [1] 16/20
CROWL [5] 1/6 2/2 4/4 4/11 17/16
CRR [2] 20/2 20/8
cs.com [1] 2/8
cumbersome [1] 14/11
curious [1] 11/2
current [1] 12/16

## D

D.C [9] 1/5 1/15 2/7 2/12 2/17 2/20 3/4 3/22 18/9
database [2] 11/3 11/17
databases [2] 8/17 9/13
date [11] 5/13 5/22 6/20 7/4 7/7 7/15 7/17 8/11 18/15 18/20 20/7
dates [3] 5/12 7/5 7/5
daunting [3] 7/11 7/12 8/20

days [2] 4/16 18/16
deadline [5] 16/2 17/14 17/19 17/21 17/23
deadlines [1] 6/4
dealing [1] 14/17
December [1] 6/2
Defendant [19] 2/2 2/10 2/14 3/2 3/10 4/3 4/4 4/5 4/5 4/6 4/6 4/7 4/11 4/13 4/13 4/15 4/16 4/18 4/21
Defendant Beeks [1] 4/21
defendants [8] 1/7 2/5 4/22 7/16 13/23 17/11 19/1 19/5
DEFENDER [2] 3/11 3/15
defense [10] 5/8 6/7 6/10 6/16 8/14 10/14 10/14 11/18 17/8 19/7
defenses [1] 19/10
definitely [1] 16/19
delay [2] 5/2 12/9
Deputy [1] 15/3
did [9] 8/3 8/14 11/1 12/7 12/7 13/15 15/21 17/15 19/13
didn't [1] 15/19
different [1] 10/10
direction [1] 15/5
discovery [13] 5/6 7/10 10/1 11/19 11/25 12/12 12/12 13/1 13/21 14/12 16/1 19/6 19/8
discussed [1] 14/14
DISTRICT [5] 1/1 1/1 1/10 1/14 16/14
do [12] 5/6 8/14 8/21 10/13 10/14 11/10 11/24 13/2 13/7 14/15 15/1 15/13
do you [1] 11/10
document [4] 10/18 12/16 14/5 14/8
documents [1] 13/17
does [2] 7/25 10/25
doesn't [1] 7/25
doing [1] 9/16
don't [15] 6/2 6/4 6/11 6/15 9/4 10/11 10/18 10/24 10/25 11/19 14/25 15/12 16/21 17/4 18/17
DONOVAN [2] 1/6 4/4
down [6] 6/15 6/18 17/8 18/15
download [5] 11/10 12/7 12/11 13/7 14/1
downloading [2] 13/9 14/2
dump [1] 12/16
dust [1] 5/24

## E

each [3] 8/13 14/5 14/7
earlier [1] 13/20

18/16
East [2] 3/12 3/16
Edmund [1] 2/19
else [3] 18/2 18/4 19/11
email [11] 2/4 2/8 2/13 2/18 2/21 3/5 3/9 3/14 3/18 8/3 8/4
engaging [1] 16/20
enter [1] 14/21
entering [1] 14/15
ET [1] 1/6
ettinger [5] 3/10 3/14 4/20 15/15 15/24
Eugene [2] 3/2 4/18
even [3] 9/17 11/3 14/23
event [1] 5/25
everybody [4] 6/7 7/24 18/21 19/17
everyone [2] 4/24 5/14
everything [2] 7/7 12/4
evidence [2] 8/20 16/19
Evidence.com [7] 7/12 8/16 9/23 12/12 14/14 15/12 15/23
examination [1] 16/20
example [4] 14/4 15/1
except [1] 17/19
exclusion [2] 9/12 19/1
explained [1] 12/4
extent [1] 10/18
extra [1] 13/1
extraordinarily [1] 14/1
extremely [2] 12/6 14/11

## F

face [1] 15/20
fact [1] 11/3
failed [1] 8/14
far [3] 9/25 10/2 18/14
fd.org [2] 3/14 3/18
February [2] 7/18 7/24
FEDERAL [2] 3/11 3/15
feed [1] 15/20
feel [1] 10/11
few [1] 16/7
FIELDS [2] 3/2 3/6
figure [6] 5/10 11/5 13/14 14/6 16/14 18/13
figured [1] 9/23
file [5] 12/9 12/15 13/8 16/3 17/22
files [6] 13/1 13/13 13/13 13/15 13/15 13/25
filing [1] 17/25
find [4] 9/23 14/14 17/6 19/3
fine [2] 7/20 7/21
firm [1] 15/11
first [6] 4/25 6/8 7/2 10/21 11/5 11/11
Floor [1] 3/7

form [2] 10/19 11/9
forward [4] 5/10 5/15 5/22 5/25
four [2] 16/9 16/23
four-week [1] 16/9
Frankly [1] 18/16
Friday [1] 16/3
front [1] 6/20
further [2] 15/4 19/8

## G

Gene [1] 7/19
get [10] 6/2 10/17 11/16 13/14 14/16 14/23 14/25 17/5 17/25 18/11
gets [1] 15/2
getting [2] 12/1 14/22
Geyer [1] 13/19
gigabyte [1] 13/6
gigabytes [1] 13/5
give [1] 7/5
given [2] 6/4 10/19
go [5] 6/15 12/10 13/11 18/3 18/14
Go ahead [1] 18/3
goes [3] 10/1 13/18 16/24
going [6] 7/3 7/4 11/12 16/4 17/8 18/8
Good [2] 4/24 7/9
got [4] 6/23 7/12 7/16 17/17
government [7] 1/13 4/10 5/6 6/8 6/12 11/23 12/1
grossi [1] 3/5
guess [1] 5/15

## H

had [5] 5/12 8/4 11/25 13/16 16/9
Haller [6] 2/14 2/15 4/16 9/19 10/22 12/23
Haller's [1] 11/8
hallerjulia [1] 2/18
handle [1] 18/8
happened [1] 12/20
happening [2] 12/19 12/21
happens [1] 12/6
happy [1] 17/25
has [4] 6/12 10/4 16/12 19/7
have [41]
haven't [2] 8/4 9/23
he [6] 8/3 8/5 8/5 12/6 17/20 17/22
he's [1] 17/16
hear [2] 9/2 9/6
heard [3] 5/7 9/11 10/21
hearing [7] 1/9 5/1 5/21 8/15 12/21 13/20 19/3
hearings [1] 9/16
help [1] 12/1

helped [1] 12/4
here [4] 5/4 6/7 6/15 8/2
Hernandez [7] 2/2 4/11 6/19 8/18 17/11 18/3 18/13
high [3] 12/5 12/6 12/8
Highland [1] 2/3
him [2] 12/5 12/7
his [2] 8/4 10/4
historical [1] 17/20
hold [2] 7/14 14/17
holidays [1] 16/16
Hollow [1] 2/2
Honor [26]
Honor's [2] 12/14 14/20
HONORABLE [1] 1/10
hope [5] 6/24 7/25 7/25 16/17 17/3
how [6] 10/11 13/14 15/1 16/24 18/8 18/21

## I

I am [4] 10/2 10/5 10/9 13/11
I apologize [1] 5/3
I believe [3] 13/19 17/10 17/13
I can [5] 9/17 9/25 10/18 12/3 12/8
I contacted [1] 11/11
I did [6] 8/14 11/1 12/7 13/15 15/21 17/15
I don't [4] 6/4 6/11 10/25 16/21
I don't have [1] 10/24
I have [8] 8/19 10/6 10/8 10/10 10/14 10/17 12/3 13/11
I haven't [2] 8/4 9/23
I hope [2] 7/25 16/17
I just [6] 6/15 7/4 11/12 14/14 16/8
I know [5] 7/1 15/11 16/8 16/13 17/16
I mean [1] 9/4
I say [2] 8/19 10/3
I should [2] 8/13 19/1
I think [11] 5/23 8/13 9/11 13/12 14/11 15/16 16/9 16/18 17/19 18/6 19/14
I understand [1] 17/4
I wanted [1] 11/13
I will [4] 7/11 14/15 18/12 19/3
I would [2] 5/9 10/1
I'd [1] 17/2
I'll [5] 7/23 11/5 11/7 15/16 19/5
I'm [17] 7/20 7/20 9/20 10/7 10/10 10/13 10/16 11/1 11/4 14/24 15/17 16/11 16/23 17/25 18/8 18/10 18/16
I'm not sure [2] 18/8 18/16

## I

I'm sorry [2]  9/20
15/17
I've [4]  5/7 10/21 11/25
18/9
idea [1]  16/12
identification [1]  13/21
image [1]  14/5
images [2]  14/4 14/9
INC [1]  3/16
including [1]  11/20
indicated [3]  5/14 8/5
19/7
indictment [1]  16/11
indigent [1]  18/8
individuals [1]  16/10
information [4]  12/9
13/10 13/22 14/2/24
inside [4]  13/13 13/14
13/15 13/16
instance [1]  11/6
instead [1]  5/5
intent [1]  11/2
interests [2]  19/4 19/4
interference [1]  12/18
Internet [1]  12/6
is [40]
is there [1]  19/11
Isaacs [6]  3/2 4/7 4/19
7/19 15/8 15/9
issue [4]  6/3 11/6
11/16 16/7
issues [1]  16/4
it [30]
it's [16]  7/12 8/20 9/4
9/4 9/7 10/19 11/8 11/9
11/15 12/21 14/10
16/13 16/13 16/15
16/22 16/24
It's like [2]  11/8 11/9
its [1]  19/7

## J

James [1]  4/7
James Beeks [1]  4/7
Jeferson [1]  3/3
jessica [3]  3/10 3/14
4/20
John [1]  4/12
joshua [3]  3/15 3/18
4/20
Jr [1]  2/19
JUDGE [4]  1/10 6/21
7/19 15/16
Judge Boasberg [1]
6/21
judges [1]  7/6
Juli [1]  2/14
JULIA [1]  2/15
Julie [1]  4/16
just [21]
justice [1]  19/4

## K

Kate [1]  4/9
Kate Rakoczy [1]  4/9
Kathryn [1]  1/13
kathryn.rakoczy [1]

## (col 2)

kicked [1]  17/24
kind [1]  10/19
know [19]  6/3 6/16 7/1
8/16 10/11 10/18 10/25
11/6 11/16 11/19 12/22
15/1 15/1 16/8 16/13
17/3 17/5 17/16 18/6
Kramer [2]  18/10 18/13

## L

laid [1]  17/4
language [1]  10/6
large [1]  13/1 18/11
last [2]  8/15 12/20
late [2]  5/1 17/21
later [1]  18/1
Laura [1]  4/8
LAW [2]  2/15 2/19
least [2]  6/6 16/7
leave [3]  11/5 14/15
18/12
length [1]  16/12
let [8]  5/24 6/6 6/8 6/16
8/16 9/22 11/6 11/16
let's [4]  5/12 7/23 17/3
18/15
Lexington [1]  3/7
license [1]  10/4 10/17
15/10
licensed [1]  10/7
licenses [2]  9/22 15/24
licensing [1]  10/2
like [10]  5/8 6/9 7/2 7/2
11/8 11/9 11/20 13/23
17/7 17/24
list [2]  6/15 17/8
little [8]  5/1 9/7 10/7
11/1 13/18 16/18 16/22
17/1
living [1]  18/9
LLP [1]  2/6
logistics [1]  16/15
long [1]  14/1
look [1]  11/12
looked [2]  7/2 7/2
looking [1]  11/18
lot [3]  10/10 13/1 14/16

## M

Machado [3]  4/12 8/2
8/8
Madison [1]  3/13
main [1]  10/15
make [2]  7/14 9/5
many [1]  7/16
March [1]  1/5
matter [4]  4/23 5/5 5/8
20/4
matters [1]  16/6
may [9]  7/14 7/16 14/9
15/4 18/18 18/19 18/22
19/2 19/6
May the [1]  18/22
Maybe [1]  18/10
MD [1]  1/2
me [12]  5/6 6/6 6/8
6/16 8/15 8/16 9/6 9/22

## (col 3)

mean [3]  9/4 11/1
11/17
means [2]  10/9 10/11
mechanical [1]  3/24
media [1]  15/1
Meggs [5]  2/14 4/6
4/17 9/19 9/19
MEHTA [1]  1/10
mentioned [1]  18/5
mere [1]  17/1
Merit [1]  3/20
Mifflin [1]  3/12
might [1]  16/12
Milwaukee [1]  3/17
Mink [1]  2/2
month [4]  6/1 7/24
16/25 18/9
months [1]  19/18
more [2]  13/22 19/8
Most [1]  18/7
motion [3]  12/15 16/2
17/12
motions [7]  16/3 17/10
17/14 17/18 17/22
17/22 17/23
move [4]  5/10 5/22
5/25 16/7
movie [1]  13/6
moving [2]  5/14 16/5
Mr [1]  9/2
Mr. [24]
Mr. Beeks [4]  15/15
15/18 16/5 17/19
Mr. Beeks' [1]  5/19
Mr. Brennwald [3]  8/3
8/7 8/21
Mr. Cooper [1]  8/25
Mr. Crowl [1]  17/16
Mr. Geyer [1]  13/19
Mr. Isaacs [2]  15/8
15/9
Mr. Kramer [2]  18/10
18/13
Mr. Machado [2]  8/2
8/8
Mr. Meggs [1]  9/19
Mr. Parker [1]  8/10
Mr. Rossi [1]  15/8
Mr. Uller [3]  15/19 17/5
18/4
Mr. Woodward [1]
10/3
Ms. [19]  5/9 6/9 6/19
8/3 8/10 8/18 8/25 9/19
9/19 10/22 10/25 11/8
12/23 15/15 15/24
16/12 17/11 18/3 18/13
Ms. Ettinger [2]  15/15
15/24
Ms. Haller [3]  9/19
10/22 12/23
Ms. Haller's [1]  11/8
Ms. Hernandez [5]
6/19 8/18 17/11 18/3
18/13
Ms. Meggs [1]  9/19
Ms. Parker [2]  8/3 8/10

## (col 4)

6/9 10/25 16/12
Ms. Steele [1]  8/25
muffled [1]  9/5
my [9]  6/17 7/20 10/13
10/14 10/15 12/4 15/20
18/14 18/19
My capacities [1]
18/14
myself [2]  15/20 15/24

## N

named [2]  13/18 13/25
names [1]  14/2
Napierala [2]  3/6 4/18
Natalie [2]  3/6 4/18
necessary [1]  6/4
need [5]  5/23 6/3 7/16
7/24 13/2 13/7 16/24
18/16 19/8
Netflix [1]  13/6
network [1]  13/2
New [1]  3/8
next [2]  16/3 16/7
nice [1]  17/6
nnapierala [1]  3/9
no [19]  1/4 4/3 4/4 4/4
4/5 5/17 5/21 6/11 6/25
6/25 7/15 8/9 13/23
13/23 15/22 17/10
17/15 17/18 17/18
none [2]  12/22 19/3
not [19]  5/19 6/24 7/6
7/25 8/2 9/12 9/4 9/18
11/4 12/12 13/18 13/25
14/23 15/21 16/23
16/23 18/18 18/10 18/16
notices [2]  14/25 15/2
November [6]  5/14
5/21 6/1 6/24 7/4 8/5
now [11]  6/19 7/13
8/11 9/6 10/16 12/3
14/8 14/13 14/16 16/10
17/24
NW [6]  1/14 2/11 2/15
2/20 3/3 3/22
NY [1]  3/8

## O

object [1]  10/18
objection [2]  5/17 5/21
objections [1]  18/25
obviously [2]  16/2
16/13
off [2]  7/23 10/7
OFFICE [2]  1/13 15/4
OFFICES [2]  2/15
Official [1]  3/21
Oh [3]  14/19 15/17
18/19
Okay [23]
old [1]  12/15
one [7]  8/13 11/9 13/3
13/6 14/5 14/8 16/8
ongoing [1]  19/7
only [3]  7/1 10/12
18/14
open [5]  7/11 13/12

## (col 5)

operator [1]  12/18
opportunity [1]  6/6
order [3]  6/3 10/17
13/6
organization [1]  14/3
organize [1]  13/20
originally [2]  16/8 17/1
other [10]  7/6 7/7 7/15
7/20 8/9 13/17 14/3
14/7 16/5 16/18
our [8]  7/3 14/21 15/3
15/11 16/3 17/12 18/6
18/6
out [15]  5/10 6/2 9/5
9/24 11/5 12/25 13/4
13/14 14/6 15/3 16/14
17/4 17/24 18/7 18/13
outlook.com [1]  2/18
outweigh [1]  19/4
over [1]  12/5
overlapping [1]  16/19
overly [1]  10/6

## P

P.A [2]  3/2 3/6
p.m [2]  1/6 19/19
pages [1]  14/7
Park [1]  2/20
Parker [8]  2/6 4/5 4/5
4/13 4/14 8/3 8/10 8/10
part [2]  13/9 17/12
particular [1]  7/7
patience [2]  4/25 5/2
pcooper [1]  2/13
PDF [3]  14/4 14/6 14/7
pending [3]  17/10
17/15 17/18
Pennsylvania [2]  2/7
2/15
people [1]  9/17
percent [1]  16/23
periodically [1]  12/21
Peter [3]  2/10 2/10
4/15
petercooperlaw.com
[1]
Peterson [1]  11/11
pike [1]  6/18
pipe [1]  15/16
Plaintiff [1]  1/4
plans [1]  17/4
point [5]  5/25 6/5
12/25 13/4 14/15
possible [1]  14/21
prepare [2]  19/9 19/10
pretrial [2]  6/3 17/14
pretrial-motions [1]
17/14
Prettyman [1]  3/21
privilege [3]  10/8 10/14
10/14
probably [1]  16/25
problem [3]  5/16 14/2
15/22
proceedings [4]  1/9
3/24 19/19 20/4
process [3]  10/3 10/13

**P**

process... [1]  11/20
produced [2]  3/25 14/4
production [1]  19/7
productions [1]  13/23
propose [1]  5/10
provide [1]  15/4
public [1]  19/5
purposes [1]  11/18
puts [1]  18/17

**Q**

question [5]  5/15
10/15 10/16 14/20 16/8
questions [2]  10/5
15/2
quite [1]  11/4

**R**

raise [2]  10/1 19/12
Rakoczy [6]  1/13 4/9
5/9 6/9 10/25 16/12
rather [1]  18/1
Ray [1]  4/4
reach [1]  15/3
really [1]  7/25
Realtime [1]  3/20
reason [3]  5/2 7/15
17/19
reasons [1]  12/22
record [2]  6/13 20/3
recorded [1]  3/24
Registered [1]  3/20
regular [1]  13/10
Relativity [8]  7/12 10/2
10/20 12/13 14/13
15/10 15/11 15/23
Relativity.com [1]  8/16
relieved [1]  6/19
remainder [1]  16/1
remotely [2]  4/22 8/10
Reporter [4]  3/19 3/20
3/20 3/21
represent [1]  18/7
request [2]  5/13 11/13
rescheduling [1]  7/3
reserve [3]  5/14 6/1
7/24
reset [1]  16/2
respect [2]  15/23 16/5
review [1]  19/8
Rhodes [6]  4/25 5/7
5/7 13/24 14/22 16/10
right [8]  5/4 6/22 7/22
10/16 17/8 18/21 19/3
19/17
RMR [2]  20/2 20/8
Road [2]  2/2 2/20
ROBERTSON [1]  2/6
Ross [1]  4/18
Rossi [3]  3/2 7/19 15/8
Rule [1]  17/22
Rule 12 [1]  17/22
Ruth [1]  4/4

**S**

safer [1]  16/25
said [3]  11/15 12/6

Sandra [3]  2/6 4/4 4/13
say [10]  7/6 7/11 8/19
9/9 9/11 9/22 9/25 10/3
19/1 19/13
saying [2]  9/17 17/16
says [1]  10/8
scheduling [1]  5/10
SE [1]  2/7
searching [1]  11/3
second [5]  5/23 7/15
11/7
see [9]  5/24 9/16 10/5
11/23 15/19 15/21
16/24 17/6 19/17
selective [1]  13/23
send [1]  8/3
sense [3]  7/14 17/20
17/23
separate [1]  7/17
SERVICES [2]  3/11
3/15
set [4]  5/21 7/5 17/21
18/15
settle [1]  5/24
seven [1]  16/20
sfbrennwald [1]  2/8
shared [1]  11/18
she [1]  11/12
she'd [1]  6/9
Shelli [1]  11/11
short [2]  16/18 16/21
shorter [1]  17/1
should [4]  5/14 6/1
8/13 19/1
sides [1]  5/13
sign [2]  10/6 10/17
simply [1]  5/10
so [40]
So it's [1]  16/24
so when [1]  7/6
some [8]  6/5 10/1 15/4
16/4 16/5 16/15 16/19
17/20
something [1]  11/15
11/20 17/7 17/25 17/25
18/2 18/4
sometimes [1]  14/1
17/4
son's [1]  7/20
soon [1]  6/18
sooner [1]  18/1
sorry [5]  9/20 12/20
12/23 15/17 15/21
sort [1]  5/7
sounds [1]  17/24
specific [5]  9/25 11/25
12/11 12/25 14/12
speedy [2]  8/11 19/5
spent [1]  14/8
St [1]  3/3
stable [1]  13/7
standing [2]  4/12 8/4
stanley [3]  2/19 2/22
4/16
start [4]  6/8 6/9 12/10
13/11
started [1]  5/1

start... [1]  5/5
STATES [4]  1/1 1/3
1/10 4/3
status [1]  1/9 5/4 8/15
12/16
stay [1]  17/6
Steele [4]  2/10 4/6 4/15
8/25
stenography [1]  3/24
Stephen [2]  2/6 4/13
Steven [1]  4/12
Street [3]  1/14 2/11
3/12
strong [1]  13/2
Suite [5]  2/11 2/16 3/3
3/12 3/17
summarize [1]  5/9
superimposed [1]
15/20
supplement [1]  6/12
suppose [1]  17/23
sure [6]  11/4 15/7
16/24 18/8 18/10 18/16
surprised [1]  11/1
system [2]  10/9 10/13

**T**

take [1]  6/6
talk [1]  5/12
talked [1]  18/10
talking [1]  10/12
team [1]  5/19
technical [1]  14/10
Telephone [1]  12/18
tell [2]  10/3 12/3
tells [1]  11/10
ten [1]  14/4 14/9
terms [2]  5/22 18/9
than [8]  7/7 7/15 7/20
8/9 16/18 16/23 17/1
18/1
thank [9]  4/25 5/2 6/11
11/22 12/24 14/16
14/17 15/6 19/17
thank you [9]  4/25 5/2
6/11 11/22 12/24 14/16
14/17 15/6 19/17
that [81]
that's [9]  5/1 6/4 7/11
7/20 10/20 11/18 12/12
14/7 14/11
their [4]  5/9 11/20 19/9
19/9
them [5]  10/5 10/9
10/16 15/13 18/7
themselves [2]  13/25
19/9
then [7]  12/10 13/11
13/13 14/5 14/6 16/3
19/3
there [9]  8/7 8/20 13/1
13/22 16/18 16/19
17/10 18/25 19/11
there's [9]  6/9 6/16
11/6 13/13 14/24 16/22
16/25 17/15 17/18
these [2]  13/17 17/11
they [4]  7/3 14/1 14/22

they're [1]  9/18
thing [2]  7/1 8/13
things [3]  5/9 5/24
11/9
think [17]  5/23 6/4 6/12
6/18 7/3 8/13 9/11 13/2
14/11 15/16 16/9 16/18
16/21 16/22 17/19 18/6
19/14
this [28]
Thomas [1]  3/3
those [6]  7/5 8/17 11/8
11/9 14/15 16/6
though [2]  9/17 14/23
thought [1]  11/20
three [1]  16/23
through [5]  14/8 15/25
15/25 19/2 19/6
time [10]  7/13 9/12
9/16 14/9 14/16 14/18
17/6 19/1 19/5 19/8
titled [1]  20/4
together [1]  12/8
told [1]  14/24
toll [1]  19/5
too [2]  7/16 9/4
took [1]  12/5
town [1]  14/1
traditionally [1]  5/5
transcript [3]  1/9 3/24
20/3
transcription [1]  3/25
treat [1]  11/17
trial [20]  5/12 5/13 5/15
5/22 5/23 6/20 6/23 7/2
7/15 8/6 8/11 16/10
16/12 16/21 16/24
17/13 18/9 18/20 19/5
19/10
tried [1]  8/4
try [2]  6/2 6/20
trying [3]  14/9 16/13
16/14
turn [1]  6/10

**U**

U.S [1]  1/13
uller [6]  3/15 3/18 4/20
15/19 17/5 18/4
understand [3]  9/17
13/21 17/4
UNITED [4]  1/1 1/3
1/10 4/3
United States of [1]
4/3
unless [1]  5/8
unworkable [2]  9/23
14/14
up [2]  13/19 16/19
update [3]  5/6 8/15
11/23
us [6]  7/5 12/22 14/4
14/21 17/14 18/14
USAfx [1]  11/25
usdoj.gov [1]  1/16
use [2]  11/17 15/11

vacated [3]  5/13 17/13
18/20
versus [1]  4/3
very [3]  10/6 11/13
13/2
VIA [1]  1/12
vs [1]  1/5

**W**

waiting [1]  14/13
waive [4]  8/11 10/8
10/14 11/4
waiver [3]  10/12 11/13
11/19
waivers [1]  11/8
waiving [1]  10/13
want [2]  6/17 8/7
wanted [2]  11/13 17/22
wants [1]  19/12
was [5]  11/12 11/20
12/5 16/2 18/19
Washington [8]  1/5
1/15 2/7 2/12 2/17 2/20
3/4 3/22
way [4]  14/24 15/2
16/5 17/25
we [37]
we will [2]  5/21 11/22
we'll [8]  5/24 6/2 7/23
11/23 15/13 16/3 17/6
19/17
we're [12]  5/4 7/6
10/12 12/16 14/13
14/22 14/23 15/25
15/25 16/13 16/13 18/8
we've [4]  7/12 7/16
10/19 17/8
week [2]  12/5 16/9
weeks [1]  16/23
well [8]  6/2 6/7 9/22
10/21 11/15 16/16 17/3
17/24
went [1]  5/1
were [4]  7/3 13/15
16/11
West [1]  3/3
what [13]  9/11 9/17
10/5 10/9 10/18 11/2
11/20 11/23 12/6 12/19
13/5 14/17 16/12
when [8]  7/6 7/11 9/18
11/9 11/11 12/7 12/11
14/1
where [4]  5/5 5/24
10/20 14/9
whether [2]  5/15 5/23
8/16
which [1]  14/2
while [4]  6/6 10/8
10/13 14/19
who [2]  12/4 16/10
why [4]  6/15 11/4
18/17 18/19
Why don't [1]  18/17
WI [2]  3/13 3/17
will [14]  5/21 6/5 7/11
11/22 13/7 13/22 14/4

**W**

**will... [7]**  14/6 14/15
16/6 16/17 16/21 18/12
19/3
**William [5]**  3/19 4/7
7/19 20/2 20/8
**WISCONSIN [3]**  3/11
3/16 3/16
**within [2]**  13/22 16/6
**without [1]**  14/25
**witnesses [1]**  16/21
**wondering [2]**  16/11
18/19
**Woodward [4]**  2/19
2/19 4/16 10/3
**work [2]**  10/13 17/4
**working [2]**  15/25
15/25
**worried [1]**  10/10
**would [10]**  5/8 5/9 7/4
8/5 10/1 12/15 12/25
13/4 14/20 14/21
**wouldn't [1]**  11/17
**wrong [1]**  17/11

**Y**

**Yeah [1]**  14/24
**yes [5]**  8/23 9/14 9/21
9/22 18/23
**yet [3]**  6/3 9/24 15/12
**York [1]**  3/8
**you [68]**
**you'll [1]**  6/16
**you're [1]**  13/10
**you've [1]**  6/19
**your [37]**
**Your Honor [25]**
**Your Honor's [2]**  12/14
14/20

**Z**

**Zaremba [3]**  3/19 20/2
20/8
**zip [4]**  13/13 13/13
13/14 13/15
**zips [2]**  13/15 13/16
**ZOOM [2]**  1/12 9/17
**Zsuzsa [1]**  2/14