## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 21-CR-28 |
| | ) | |
| v. | ) | Trial: February 1, 2023 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
| Defendant | ) | |

### NOTICE OF INTENT TO INTRODUCE EXPERT EVIDENCE

COMES NOW Defendant William Isaacs, by and through his counsel, and hereby files a notice of intent to introduce expert evidence relating to a mental condition bearing on the issue of guilt. This notice is filed pursuant to Fed. R. Crim. P. 12.2(b)(1).

Respectfully submitted,

Gene Rossi, Esquire
D.C Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## CERTIFICATE OF SERVICE

I hereby certify that the **NOTICE OF INTENT TO INTRODUCE EXPERT**

**EVIDENCE** was filed with the Clerk of the Court via ECF on Monday, August 15, 2022.

Respectfully submitted,

Gene Rossi, Esquire