# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 21-cr-28 (APM) |
| v. | : |
| **DONOVAN CROWL,** | : |
| **SANDRA PARKER,** | : |
| **BENNIE PARKER,** | : |
| **LAURA STEELE,** | : |
| **CONNIE MEGGS,** | : |
| **WILLIAM ISAACS,** | : |
| **JAMES BEEKS, and** | : |
| **MICHAEL GREENE,** | : |
| **Defendants.** | : |

## [PROPOSED] ORDER

Having reviewed the government's Motion for Leave to Late File Notice of Intent to Introduce Evidence Pursuant to Rule 404(b) it is hereby ORDERED that the Government's motion is GRANTED, and the Clerk of the Court shall docket the notice on the record in the above-captioned case.

---

AMIT P. MEHTA
United States District Judge
U.S. District Court for the District of Columbia