IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONNIE MEGGS, MICHAEL GREENE,<br>WILLIAM ISAACS, LAURA STEELE,<br>BENNIE PARKER,<br><br>Defendants | )<br>)<br>) Criminal No. 1:21-cr-00028-APM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Based upon Defendants Connie Meggs, Michael Greene, William Isaacs, Laura Steele and Bennie Parker's Joint Motion in Limine to bar alleged co-conspirator anticipated statements identified in "key chats," the "Go-to Meeting" of November 9 and any Go-To Meetings, and North Carolina OK chats, identified by the government to date without any adoptive statements made by these Defendants; such that therefore, these statements should not come in as co-conspirator statements until a sufficient amount of evidence is shown knowing joinder in criminal activity; and, therefore, without such a showing become hearsay, and further because of the lack of participation by these Defendants, these statements are prejudicial, while not genuinely probative, and irrelevant under FRE 403 and 404, therefore, are HEREBY barred.

It is therefore, hereby Ordered that, the Defendants' motion in limine is GRANTED.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*