IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal No. 1:21-cr-00028-APM |
| v. | ) |
| | ) |
| **CONNIE MEGGS, MICHAEL GREENE,** | ) |
| **WILLIAM ISAACS,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

# ORDER

Based upon Defendants Connie Meggs, Michael Greene and William Isaacs' Motion in Limine, and Memorandum of Points and Authorities in Support thereof, to bar the introduction by the government of only single selected messages from Chats unless they include the full Chats in support thereof, pursuant to the Best Evidence Rule, FRE 1002, and pursuant to the rule of Completeness, FRE 106. It is therefore, hereby Ordered that, the Defendants' Joint Motion in Limine is GRANTED.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*