IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 21-cr-28 (APM) |
| v. | : |
| (1) DONOVAN CROWL, | : |
| (2) SANDRA PARKER, | : |
| (3) BENNIE PARKER, | : |
| (4) LAURA STEELE, | : |
| (5) CONNIE MEGGS, | : |
| (6) WILLIAM ISAACS, | : |
| (7) JAMES BEEKS, and | : |
| (8) MICHAEL GREENE, | : |
| Defendants. | : |

## **VERDICT FORM**

**Count One: Conspiracy to Obstruct an Official Proceeding**

   A.  **Verdict as to each defendant:**

        **(1)** *Donovan Crowl*

        Guilty \_\_\_\_\_ Not Guilty _____

        **(2)** *Sandra Parker*

        Guilty \_\_\_\_\_ Not Guilty _____

        **(3)** *Bennie Parker*

        Guilty \_\_\_\_\_ Not Guilty _____

        **(4)** *Laura Steele*

        Guilty \_\_\_\_\_ Not Guilty _____

        **(5)** *Connie Meggs*

        Guilty \_\_\_\_\_ Not Guilty _____

        **(6)** *William Isaacs*

        Guilty \_\_\_\_\_ Not Guilty _____

**(7) *James Beeks***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**(8) *Michael Greene***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

---

**Count Two: Obstruction of an Official Proceeding**

    **(1) *Donovan Crowl***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(2) *Sandra Parker***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(3) *Bennie Parker***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(4) *Laura Steele***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(5) *Connie Meggs***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(6) *William Isaacs***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(7) *James Beeks***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **(8) *Michael Greene***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

   A.  **Verdict as to each defendant:**

      **(1)** *Donovan Crowl*

Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

      i.  **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

      \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

      \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

      **(2)** *Sandra Parker*

Guilty \_\_\_\_\_  Not Guilty \_\_\_\_\_

      i.  **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

      \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

      \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(3)** *Bennie Parker*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

    **i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed


**(4)** *Laura Steele*

Guilty \_\_\_\_\_   Not Guilty \_\_\_\_\_

    **i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(5)** *Connie Meggs*

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

       \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

       \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed


**(6)** *William Isaacs*

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    **i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

       \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

       \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(7) *James Beeks***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    i.    **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed


**(8) *Michael Greene***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

    i.    **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        \_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

        \_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

    **(1) *Donovan Crowl***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**(2) *Sandra Parker***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**(4) *Laura Steele***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**(5) *Connie Meggs***

Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

**(6)** *William Isaacs*

Guilty _____ Not Guilty _____

**(7)** *James Beeks*

Guilty _____ Not Guilty _____

**Count Five: Entering or Remaining Restricted Building or Grounds**

**(1)** *Donovan Crowl*

Guilty _____ Not Guilty _____

**(2)** *Sandra Parker*

Guilty _____ Not Guilty _____

**(3)** *Bennie Parker*

Guilty _____ Not Guilty _____

**(4)** *Laura Steele*

Guilty _____ Not Guilty _____

**(5)** *Connie Meggs*

Guilty _____ Not Guilty _____

**(6)** *William Isaacs*

Guilty _____ Not Guilty _____

**(7)** *James Beeks*

Guilty _____ Not Guilty _____

**(8)** *Michael Greene*

Guilty _____ Not Guilty _____

**Count Six: Obstructing Officers During a Civil Disorder**

7

**(6) *William Isaacs***

Guilty _____ Not Guilty _____

**Count Seven: Obstructing Officers During a Civil Disorder**

**(1) *Donovan Crowl***

Guilty _____ Not Guilty _____

**(2) *Sandra Parker***

Guilty _____ Not Guilty _____

**(4) *Laura Steele***

Guilty _____ Not Guilty _____

**(6) *William Isaacs***

Guilty _____ Not Guilty _____

**(7) *James Beeks***

Guilty _____ Not Guilty _____

**Count Eight: Tampering with Documents or Proceedings**

**(4) *Laura Steele***

Guilty _____ Not Guilty _____

**Count Nine: Tampering with Documents or Proceedings**

    **(8)** *Michael Greene*

    Guilty \_\_\_\_\_ Not Guilty \_\_\_\_\_

Date: February \_\_\_, 2023

                                                                  Signature of Foreperson