```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )    CR No. 21-28
                                 )    Washington, D.C.
     vs.                         )    August 25, 2022
                                 )    11:06 a.m.
DONOVAN R. CROWL, ET AL.,        )
                                 )
        Defendants.              )
_____)


      TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Kathryn Leigh Rakoczy
                            Jeffrey S. Nestler
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-6928
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov
```

```
APPEARANCES CONTINUED:

For the Defendant Crowl:      Carmen D. Hernandez
                              7166 Mink Hollow Road
                              Highland, MD 20777
                              (240) 472-3391
                              Email: chernan7@aol.com

For Defendant Sandra Parker:  John L. Machado
                              LAW OFFICE OF JOHN MACHADO
                              503 D Street, NW
                              Suite 310
                              Washington, D.C. 20001
                              (703) 989-0840
                              Email: johnlmachado@gmail.com

For Defendant Bennie Parker:  John L. Machado
                              LAW OFFICE OF JOHN MACHADO
                              503 D Street, NW
                              Suite 310
                              Washington, D.C. 20001
                              (703) 989-0840
                              Email: johnlmachado@gmail.com

For Defendant Laura Steele:   Peter A. Cooper
                              LAW OFFICE OF
                              PETER A. COOPER
                              400 5th Street, NW
                              Suite 350
                              Washington, D.C. 20001
                              (202) 400-1434
                              Email:
                              pcooper@petercooperlaw.com

For Defendant Connie Meggs:   Stanley Edmund Woodward, Jr.
                              BRAND WOODWARD LAW
                              1808 Park Road NW
                              Washington, D.C. 20010
                              (202) 996-7447
                              Email:
                              stanley@brandwoodwardlaw.com

                              Juli Zsuzsa Haller
                              LAW OFFICES OF JULIA HALLER
                              601 Pennsylvania Avenue, NW
                              Suite 900
                              S. Building
                              Washington, D.C. 20036
                              (202) 352-2615
                              Email: hallerjulia@outlook.com
```

```
APPEARANCES CONTINUED:

For Defendant Isaacs:        Eugene Joseph Rossi
                             CARLTON FIELDS P.A.
                             1025 Thomas Jefferson St., NW
                             Suite 400 West
                             Washington, D.C. 20007
                             (202) 965-8100
                             Email:
                             grossi@carltonfields.com

                             Natalie A. Napierala
                             CARLTON FIELDS, P.A.
                             405 Lexington Avenue
                             36th Floor
                             New York, NY 10174
                             (212) 785-2747
                             Email:
                             nnapierala@carltonfields.com

For Defendant James Beeks:   Joshua Uller
                             FEDERAL DEFENDER SERVICES
                             OF WISCONSIN, INC.
                             411 East Wisconsin Avenue
                             Suite 2310
                             Milwaukee, WI 53202
                             (414) 221-9900
                             Email: joshua_uller@fd.org

                             Jessica Arden Ettinger
                             FEDERAL DEFENDER SERVICES
                             OF WISCONSIN
                             22 East Mifflin Street
                             Suite 1000
                             Madison, WI 53703
                             (608) 260-9900
                             Email: jessica_ettinger@fd.org

For Defendant
Michael L. Greene:           Britt Redden
                             REDDEN LAW, PLLC
                             3300 Oak Lawn Avenue
                             Suite 700
                             Dallas, TX 75219
                             (214) 699-8429
                             Email:
                             bredden@reddenlawtexas.com
```

APPEARANCES CONTINUED:

Court Reporter:				William P. Zaremba
						Registered Merit Reporter
						Certified Realtime Reporter
						Official Court Reporter
						E. Barrett Prettyman CH
						333 Constitution Avenue, NW
						Washington, D.C. 20001
						(202) 354-3249


Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

P R O C E E D I N G S

COURTROOM DEPUTY: Good morning, Your Honor. This is Criminal Case No. 21-28, the United States of America versus Defendant No. 2, Donovan Ray Crowl; Defendant No. 4, Sandra Ruth Parker; Defendant 5, Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 9, Connnie Meggs; Defendant 16, William Isaacs; Defendant 19, James Beeks, and Defendant 20, Michael L. Greene.

Kathryn Rakoczy and Jeffrey Nestler for the government.

Carmen Hernandez for Defendant Crowl.

John Machado for Defendant Parker and standing in for Stephen Brennwald on behalf of Defendant Bennie Parker.

Peter Cooper on behalf of Laura Steele.

Stanley Woodward and Juli Haller on behalf of Defendant Meggs.

Eugene Rossi and Natalie Napierala on behalf of Defendant Isaacs.

Joshua Uller and Jessica Ettinger on behalf of the Defendant Beeks.

And Britt Redden on behalf of Defendant Greene.

Defendants Crowl, Steele, and Meggs are appearing via teleconference for this hearing.

Defendants Sandra Parker, Bennie Parker, William Isaacs, James Beeks, and Michael Greene are

appearing via videoconference.

THE COURT: Okay. Good morning, everyone; I hope everybody is doing well.

So we're here today just to check in on progress, make sure we continue to be on track for our trial date and just discuss any issues that may have arisen in the interim.

So why don't we start with government counsel. Ms. Rakoczy, anything you'd like to bring us up to date on and then we'll turn to individual defense counsel.

MS. RAKOCZY: Yes, Your Honor.

Since we were last before the Court, we have, I think, in this case and the related Rhodes case, shifted somewhat from the investigation and discovery phase into the trial preparation phase.

We do continue to make some discovery productions to the defense, but they have started to shift into something more of a *Jencks* and *Giglio* focused series of disclosures we're working on, and evidence viewing, physical evidence viewing, and some things along those lines. And so from the government's perspective, we are shifting a little bit away from discovery and more into the trial preparation phase.

The government did have two questions that we don't necessarily need to address now but just to flag for the Court. We did hope today to address with the Court both

1   the question of whether the Court is going to keep October
2   7th as a hearing date for Rule 12 motions.  I know at least
3   I think Ms. Hernandez on behalf Mr. Crowl had asked for an
4   extension of the Rule 12 deadline and I don't know if
5   everything will be fully ripe in time for an October 7th
6   hearing, so we just were hoping to get some clarity on
7   whether that date might be postponed.
8              And I think we were also hoping, from the Court,
9   to potentially get a deadline set by the Court for expert
10  notice that has to do with the topic of any defenses
11  stemming around not quite an insanity defense but a mental
12  state defense.  We've heard from at least one counsel for
13  one of the defendants, that they may pursue a defense along
14  the lines of mental state.
15             And we received just very general notice, but
16  because that type of expert notice entitles the government
17  to potentially seek an examination of the defendant, we
18  think that the current expert deadline, expert notice
19  deadline, might not provide enough time to fully explore
20  that issue.  And so we were hoping to set a deadline of
21  ideally sometime in September for more fulsome notice if any
22  defendants expect to pursue a defense along the lines of
23  mental capacity.
24             I think those were the only updates that the
25  government had for the Court.

1          THE COURT:  Okay.

2          As far as the October 7th date goes, I mean, there
3  have not been any motions filed, additional Rule 12 motions
4  filed, and so if -- I know Ms. Hernandez has asked for an
5  extension, but if that October date comes and goes -- well,
6  let's put it differently, which is that, I think she's the
7  only one that's asked for an extension at this point and no
8  one else has.

9          And so if somebody seeks to late file or asks me
10 to reconsider the deadline, I'll take that up.  But I think
11 as far as the October 7th date goes, if something gets
12 filed, then we'll see where we are in terms of needing a
13 hearing date on October 7th, let alone a hearing date at
14 all.

15         MS. HERNANDEZ:  Your Honor, I'll be in the middle
16 of trial in front of Judge Boasberg.  It's a
17 multi-defendant -- I don't know.

18         THE COURT:  Ms. Hernandez, I'm only seeing the top
19 of your head.

20         MS. HERNANDEZ:  I said I'll be in the middle of
21 trial on October 7th in front of Judge Boasberg,
22 four-defendant mandatory life sentence is the sentence on
23 the line, so...

24         THE COURT:  All right.  Well, I mean, you're not
25 in trial now, I haven't gotten a motion from you now.  So as

1  of today, there's no reason we need an October 7th hearing.

2          MS. HERNANDEZ:  Right.  The Court granted my

3  extension, though, my motion.

4          THE COURT:  Ms. Hernandez, I know.

5          But you've asked for multiple extensions, I've

6  granted them because they've been without objection.  And if

7  you're going to file something at some point, you're going

8  to have to file it.  And we're not just going to continue

9  having continuances.

10         So, as of right now, there's nothing to even worry

11  about an October 7th.  If somebody files a Rule 12 motion,

12  we'll see, okay?

13         As far as.

14         MR. ULLER:  On that issue on behalf of Mr. Beeks,

15  we do have Rule 12 motions that have been filed and briefed.

16         THE COURT:  I am well-aware of that, Mr. Uller.

17  And I promise you -- I'm aware of it, let's just put it that

18  way.  And I'm trying to sequence as much as I possibly can

19  and hope to get to it as soon as I can.  I just haven't had

20  an opportunity to turn to them.

21         As far as the expert disclosure concerning any

22  mental state defense, I'm not sure which defendant is

23  contemplating it.  Ms. Rakoczy, you don't need to identify

24  who it is, but have you discussed any potential dates with

25  counsel for such disclosure?

1          MS. RAKOCZY:  We have not.

2          We responded to the initial notice to say that we
3    were looking for some more guidance, and I think there was a
4    response that they still had some more time under the
5    Court's pretrial scheduling order to provide that, which
6    prompted us to take another look at that and consider that.
7    We thought the deadline that is currently in place might
8    just be a little too close to trial for this particular
9    defense.

10         MR. ROSSI:  Your Honor, I confess, it was
11   William Isaacs' attorneys, Gene Rossi and Natalie Napierala.
12   On August 15th, document 728, we filed a notice of intent to
13   introduce expert evidence under 12.2(b)(1).

14         And I understand the prosecutor's desire, but
15   we're still trying to find an expert on this issue at a
16   reasonable price.  And we would ask, respectfully,
17   Your Honor, that we have until November 1 to file this --
18   the more fulsome notice with the expert's name, conclusions
19   and résumé.  We think November 1, three months before trial,
20   would give Mr. Nestler and Ms. Rakoczy and her team enough
21   time to interview our expert and do whatever they have to
22   do.

23         THE COURT:  Ms. Rakoczy, is that an acceptable
24   date?

25         MS. RAKOCZY:  We would ask for the middle of

```
1    October, I think that would be a little more helpful, just
2    given the holidays.  That would be our request.
3    October 15th or thereabouts would be our request.
4              THE COURT:  Okay.
5              Well, look, I mean the government's expert
6    disclosures aren't due until November 1, and so I think,
7    just to be consistent here, why don't we make those
8    disclosures due November 1.
9              So bottom line is for any defendant -- and this
10   isn't limited to Mr. Rossi's client -- for any defendant
11   that may be contemplating any sort of mental health defense,
12   should provide the requisite notice, and any expert
13   disclosures need to be made by November 1st, okay?
14             MR. ROSSI:  Thank you, Your Honor.
15             THE COURT:  Thank you, Mr. Rossi.
16             All right.  Anything else then, Ms. Rakoczy, on
17   behalf of the government?
18             MS. RAKOCZY:  No, Your Honor.  Thank you.
19             THE COURT:  All right.
20             Why don't we just go down the list here then in
21   terms of defense counsel, starting with Ms. Hernandez on
22   behalf of Mr. Crowl.
23             MS. HERNANDEZ:  I don't have anything to add,
24   Your Honor.
25             THE COURT:  Okay.
```

1           Mr. Machado on behalf of the Parkers?
2           MR. MACHADO:  Can Your Honor hear me?
3           THE COURT:  I can, yes.
4           MR. MACHADO:  Okay.  Sorry, I'm having some
5  technical issues but I'm not going to let it defeat me.
6           Your Honor, the Parkers have nothing further
7  either on behalf of Sandra Parker or on behalf of
8  Bennie Parker; I'm standing in for Mr. Brennwald in that
9  regard.
10          THE COURT:  Okay.
11          Mr. Cooper on behalf of Ms. Steele.
12          MR. COOPER:  Your Honor, I have nothing further to
13 add.
14          I will be filing here shortly just a motion to
15 reconsider conditions of release, but I'll get that in as
16 soon as I've spoken to Ms. Steele's Pretrial Services
17 Officer, and then that will allow the government to get some
18 time to respond.  But other than that, I've got nothing
19 further.
20          THE COURT:  Okay.
21          Ms. Haller, Mr. Woodward on behalf of Ms. Meggs.
22          MR. WOODWARD:  Nothing from us, Your Honor.
23          THE COURT:  Okay.
24          And I think we have a date, don't we, on the
25 calendar, to talk to Ms. Meggs?

1             MR. WOODWARD:  Tomorrow morning, Your Honor.
2    Three days in a row for us.
3             THE COURT:  I think you're getting tired of seeing
4    me.
5             MR. WOODWARD:  I was thinking the same.
6             THE COURT:  All right.
7             Mr. Rossi, Ms. Napierala.
8             MR. ROSSI:  Your Honor, nothing to add.
9             THE COURT:  Okay.
10            Mr. Uller, Ms. Ettinger.
11            MR. ULLER:  No, Judge.  Thank you.
12            THE COURT:  All right.
13            And then Ms. Redden on behalf of Mr. Greene.
14            MS. REDDEN:  Yes, Your Honor.
15            I do not believe that we are listed on the trial
16   schedule yet.  So we would request to get a trial date and
17   be added to the trial list.
18            THE COURT:  Well, this group is set for trial
19   in -- I can't remember what the date is, hang on, it's
20   February -- the defendants in this case are scheduled for
21   trial February 1.  So Mr. Greene is presumptively scheduled
22   for February 1.
23            Now, I've said this before, I think, Ms. Redden,
24   you may not have been here for it, which is that if we still
25   have eight defendants, we're going to trial on February 1 or

1   early February, we may need to set another trial date for a
2   smaller group.  We really have a limit of about five, really
3   no more than six, that we can try at once due to space
4   constraints and marshal resources.
5           So we've kept everybody on the February 1
6   calendar, or moving toward a February 1 date, but, again,
7   we'll just have to sort of wait and see where things are at
8   the start of next year, if some smaller number from this
9   group need to be pushed back to a later date.
10          MS. REDDEN:  Thank you, Your Honor.
11          THE COURT:  Sure.
12          Okay.  All right.  Anything else then we need to
13  talk about?
14          All right.  So I think -- why don't we just set
15  something out, just to make sure we're sort of keeping in
16  touch here, how about October 28th at 1:00 p.m.?
17  Ms. Rakoczy and Mr. Nestler, your lunch break will be cut
18  short.
19          MS. RAKOCZY:  I think that's a Friday; I think
20  that's half-day.
21          THE COURT:  Right.
22          If we end at 12:30, then I guess we'll -- why
23  don't we just say 1:00 and we can work with the schedule.
24  Does that work for everybody?
25          All right.  I understand we are tolled through

1  today.  Is there any objection to continuing to toll through
2  the next status conference on the 28th?
3          All right.  Hearing no objection, then I'll find
4  that the interests of justice outweigh the interests of the
5  defendants and the public in a speedy trial and exclude time
6  through October the 28th; specifically, the exclusion of
7  that time is warranted to allow defense counsel to continue
8  to prepare for trial.  This is a complex case with multiple
9  defendants and quite a bit of discovery, and the exclusion
10 of that time is warranted to give adequate time to prepare
11 for the defense and to prepare for trial.
12         Okay.  Is there anything else we need to discuss
13 before we adjourn?
14         MS. RAKOCZY:  Not for the government, Your Honor.
15 Thank you.
16         THE COURT:  Okay.
17         Thank you, all, be well, we'll see you soon.
18         (Proceedings concluded at 11:20 a.m.)
19
20
21
22
23
24
25

C E R T I F I C A T E

  I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

  Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__January 17, 2023_____  

         William P. Zaremba, RMR, CRR

| | | | | |
|---|---|---|---|---|
| **COURTROOM DEPUTY: [1]** 5/2<br>**MR. COOPER: [1]** 12/12<br>**MR. MACHADO: [2]** 12/2 12/4<br>**MR. ROSSI: [3]** 10/10 11/14 13/8<br>**MR. ULLER: [2]** 9/14 13/11<br>**MR. WOODWARD: [3]** 12/22 13/1 13/5<br>**MS. HERNANDEZ: [4]** 8/15 8/20 9/2 11/23<br>**MS. RAKOCZY: [6]** 6/10 10/1 10/25 11/18 14/19 15/14<br>**MS. REDDEN: [2]** 13/14 14/10<br>**THE COURT: [23]**<br>**0**<br>**0840 [2]** 2/7 2/11<br>**1**<br>**1000 [1]** 3/17<br>**10174 [1]** 3/8<br>**1025 [1]** 3/3<br>**11:06 [1]** 1/6<br>**11:20 [1]** 15/18<br>**12 [5]** 7/2 7/4 8/3 9/11 9/15<br>**12.2 [1]** 10/13<br>**12:30 [1]** 14/22<br>**1434 [1]** 2/16<br>**15th [2]** 10/12 11/3<br>**16 [1]** 5/7<br>**17 [1]** 16/10<br>**1808 [1]** 2/19<br>**19 [2]** 5/7 16/6<br>**1:00 [2]** 14/16 14/23<br>**1st [1]** 11/13<br>**2**<br>**20 [1]** 5/8<br>**20001 [4]** 2/7 2/11 2/15 4/5<br>**20007 [1]** 3/4<br>**20010 [1]** 2/19<br>**20036 [1]** 2/24<br>**202 [6]** 1/16 2/16 2/20 2/25 3/4 4/5<br>**2022 [1]** 1/5<br>**2023 [1]** 16/10<br>**20530 [1]** 1/15<br>**20777 [1]** 2/3<br>**21-28 [2]** 1/4 5/3<br>**212 [1]** 3/9<br>**214 [1]** 3/23<br>**22 [1]** 3/17<br>**221-9900 [1]** 3/14<br>**2310 [1]** 3/13<br>**240 [1]** 2/3<br>**25 [1]** 1/5<br>**252-6928 [1]** 1/16<br>**260-9900 [1]** 3/18<br>**2615 [1]** 2/25 | **2747 [1]** 3/9<br>**28 [2]** 1/4 5/3<br>**28th [3]** 14/16 15/2 15/6<br>**3**<br>**310 [2]** 2/6 2/10<br>**3249 [1]** 4/5<br>**3300 [1]** 3/21<br>**333 [1]** 4/4<br>**3391 [1]** 2/3<br>**350 [1]** 2/15<br>**352-2615 [1]** 2/25<br>**354-3249 [1]** 4/5<br>**36th [1]** 3/8<br>**4**<br>**400 [2]** 2/14 3/3<br>**400-1434 [1]** 2/16<br>**405 [1]** 3/7<br>**411 [1]** 3/12<br>**414 [1]** 3/14<br>**472-3391 [1]** 2/3<br>**5**<br>**503 [2]** 2/6 2/10<br>**53202 [1]** 3/13<br>**53703 [1]** 3/18<br>**555 [1]** 1/15<br>**5th [1]** 2/14<br>**6**<br>**601 [1]** 2/23<br>**608 [1]** 3/18<br>**6928 [1]** 1/16<br>**699-8429 [1]** 3/23<br>**7**<br>**700 [1]** 3/22<br>**703 [2]** 2/7 2/11<br>**7166 [1]** 2/2<br>**728 [1]** 10/12<br>**7447 [1]** 2/20<br>**75219 [1]** 3/22<br>**785-2747 [1]** 3/9<br>**7th [8]** 7/2 7/5 8/2 8/11 8/13 8/21 9/1 9/11<br>**8**<br>**8100 [1]** 3/4<br>**8429 [1]** 3/23<br>**9**<br>**900 [1]** 2/23<br>**965-8100 [1]** 3/4<br>**989-0840 [2]** 2/7 2/11<br>**9900 [2]** 3/14 3/18<br>**996-7447 [1]** 2/20<br>**A**<br>**a.m [2]** 1/6 15/18<br>**about [4]** 9/11 14/2 14/13 14/16<br>**above [1]** 16/4<br>**above-titled [1]** 16/4<br>**acceptable [1]** 10/23<br>**add [3]** 11/23 12/13 13/8<br>**added [1]** 13/17 | **additional [1]** 2/6<br>**address [2]** 6/24 6/25<br>**adequate [1]** 15/10<br>**adjourn [1]** 15/13<br>**again [1]** 14/6<br>**aided [1]** 4/7<br>**AL [1]** 1/6<br>**all [11]** 8/14 8/24 11/16 11/19 13/6 13/12 14/12 14/14 14/25 15/3 15/17<br>**All right [2]** 13/12 15/3<br>**allow [2]** 12/17 15/7<br>**alone [1]** 8/13<br>**along [3]** 6/19 7/13 7/22<br>**also [1]** 7/8<br>**Alvin [1]** 5/5<br>**am [1]** 9/16<br>**AMERICA [2]** 1/3 5/4<br>**AMIT [1]** 1/10<br>**another [2]** 10/6 14/1<br>**any [11]** 6/6 7/10 7/21 8/3 9/21 9/24 11/9 11/10 11/11 11/12 15/1<br>**anything [5]** 6/8 11/16 11/23 14/12 15/12<br>**aol.com [1]** 2/4<br>**APPEARANCES [4]** 1/12 1/19 3/1 3/24<br>**appearing [2]** 5/22 6/1<br>**Arden [1]** 3/15<br>**are [8]** 5/22 5/25 6/20 8/12 13/15 13/20 14/7 14/25<br>**aren't [1]** 11/6<br>**arisen [1]** 6/6<br>**around [1]** 7/11<br>**as [17]**<br>**ask [2]** 10/16 10/25<br>**asked [4]** 7/3 8/4 8/7 9/5<br>**asks [1]** 8/9<br>**ATTORNEY'S [1]** 1/14<br>**attorneys [1]** 10/11<br>**August [2]** 1/5 10/12<br>**Avenue [5]** 2/23 3/7 3/12 3/21 4/4<br>**aware [2]** 9/16 9/17<br>**away [1]** 6/21<br>**B**<br>**back [1]** 14/9<br>**Barrett [1]** 4/4<br>**be [17]**<br>**because [2]** 7/16 9/6<br>**Beeks [5]** 3/11 5/7 5/20 5/25 9/14<br>**been [4]** 8/3 9/6 9/15 13/24<br>**before [5]** 1/10 6/11 10/19 13/23 15/13<br>**behalf [16]** 5/13 5/14 5/15 5/17 5/19 5/21 7/3 9/14 11/17 11/22 12/1 12/7 12/7 12/11 12/21 13/13<br>**believe [1]** 13/15<br>**Bennie [5]** 2/9 5/5 5/13 | **Bennie Parker [3]** 5/13 5/24 12/8<br>**bit [2]** 6/21 15/9<br>**Boasberg [2]** 8/16 8/21<br>**both [1]** 6/25<br>**bottom [1]** 11/9<br>**BRAND [1]** 2/18<br>**brandwoodwardlaw.com [1]** 2/21<br>**break [1]** 14/17<br>**bredden [1]** 3/24<br>**Brennwald [2]** 5/13 12/8<br>**briefed [1]** 9/15<br>**bring [1]** 6/8<br>**Britt [2]** 3/20 5/21<br>**Building [1]** 2/24<br>**C**<br>**calendar [2]** 12/25 14/6<br>**can [6]** 9/18 9/19 12/2 12/3 14/3 14/23<br>**can't [1]** 13/19<br>**capacity [1]** 7/23<br>**CARLTON [2]** 3/2 3/7<br>**carltonfields.com [2]** 3/5 3/10<br>**Carmen [2]** 2/2 5/11<br>**Carmen Hernandez [1]** 5/11<br>**case [5]** 5/3 6/12 6/12 13/20 15/8<br>**Certified [1]** 4/3<br>**certify [1]** 16/2<br>**CH [1]** 4/4<br>**check [1]** 6/4<br>**chernan7 [1]** 2/4<br>**clarity [1]** 7/6<br>**client [1]** 11/10<br>**close [1]** 10/8<br>**COLUMBIA [2]** 1/1 1/14<br>**comes [1]** 8/5<br>**complex [1]** 15/8<br>**computer [1]** 4/7<br>**computer-aided [1]** 4/7<br>**concerning [1]** 9/21<br>**concluded [1]** 15/18<br>**conclusions [1]** 10/18<br>**conditions [1]** 12/15<br>**conference [2]** 1/9 15/2<br>**confess [1]** 10/10<br>**Connie [1]** 2/18<br>**Connnie [1]** 5/6<br>**Connnie Meggs [1]** 5/6<br>**consider [1]** 10/6<br>**consistent [1]** 11/7<br>**Constitution [1]** 4/4<br>**constraints [1]** 14/4<br>**contemplating [2]** 9/23 11/11<br>**continuances [1]** 9/9<br>**continue [4]** 6/5 6/15 9/8 15/7 | **CONTINUED [3]** 2/1 3/1 4/1<br>**continuing [1]** 15/1<br>**Cooper [4]** 2/13 2/14 5/14 12/11<br>**correct [1]** 16/3<br>**counsel [6]** 6/7 6/9 7/12 9/25 11/21 15/7<br>**court [12]** 1/1 4/2 4/3 6/11 6/25 6/25 7/1 7/8 7/9 7/25 9/2 16/7<br>**Court's [1]** 10/5<br>**COVID [1]** 16/6<br>**COVID-19 [1]** 16/6<br>**CR [1]** 1/4<br>**Criminal [1]** 5/3<br>**CROWL [7]** 1/6 2/2 5/4 5/11 5/22 7/3 11/22<br>**CRR [2]** 16/2 16/11<br>**current [1]** 7/18<br>**currently [1]** 10/7<br>**cut [1]** 14/17<br>**D**<br>**D.C [9]** 1/5 1/15 2/7 2/11 2/15 2/19 2/24 3/4 4/5<br>**Dallas [1]** 3/22<br>**date [17]**<br>**dates [1]** 9/24<br>**day [1]** 14/20<br>**days [1]** 13/2<br>**deadline [7]** 7/4 7/9 7/18 7/19 7/20 8/10 10/7<br>**defeat [1]** 12/5<br>**defendant [29]**<br>**Defendant Beeks [1]** 5/20<br>**defendants [9]** 1/7 5/22 5/24 7/13 7/22 13/20 13/25 15/5 15/9<br>**DEFENDER [2]** 3/11 3/16<br>**defense [12]** 6/9 6/16 7/11 7/12 7/13 7/22 9/22 10/9 11/11 15/7 15/11<br>**defenses [1]** 7/10<br>**desire [1]** 10/14<br>**did [2]** 6/23 6/25<br>**differently [1]** 8/6<br>**disclosure [2]** 9/21 9/25<br>**disclosures [4]** 6/18 11/6 11/8 11/13<br>**discovery [4]** 6/13 6/15 6/21 15/9<br>**discuss [2]** 6/6 15/12<br>**discussed [1]** 9/24<br>**DISTRICT [4]** 1/1 1/1 1/10 1/14<br>**do [6]** 6/15 7/10 9/15 10/21 10/22 13/15<br>**document [1]** 10/12<br>**Does [1]** 14/24<br>**doing [1]** 6/3<br>**don't [11]** 6/7 6/24 7/4 |

| D | focused [1] 6/17<br>foregoing [1] 16/3<br>four [1] 8/22<br>four-defendant [1] 8/22<br>Fourth [1] 1/15<br>Friday [1] 14/19<br>front [2] 8/16 8/21<br>fully [2] 7/5 7/19<br>fulsome [2] 7/21 10/18<br>further [3] 12/6 12/12 12/19 | meet [6] 4/4 12/14 13/24 14/16<br>Hernandez [7] 2/2 5/11 7/3 8/4 8/18 9/4 11/21<br>Highland [1] 2/3<br>holidays [1] 11/2<br>Hollow [1] 2/2<br>Honor [17]<br>HONORABLE [1] 1/10<br>hope [3] 6/2 6/25 9/19<br>hoping [3] 7/6 7/8 7/20<br>how [1] 14/16 | Jeffrey [2] 1/16 1/17<br>Jeffrey Nestler [1] 5/9<br>jeffrey.nestler [1] 1/18<br>Jencks [1] 6/17<br>jessica [3] 3/15 3/19 5/19<br>John [5] 2/5 2/5 2/9 2/9 5/12<br>johnlmachado [2] 2/8 2/12<br>Joseph [1] 3/2<br>joshua [3] 3/11 3/14 5/19<br>Jr [1] 2/18<br>JUDGE [4] 1/10 8/16 8/21 13/11<br>Judge Boasberg [2] 8/16 8/21<br>Juli [2] 2/22 5/15<br>JULIA [1] 2/22<br>just [17]<br>justice [1] 15/4 | Madison [1] 3/18<br>make [4] 6/5 6/15 11/7 14/15<br>mandatory [1] 8/22<br>marshal [1] 14/4<br>matter [1] 16/4<br>may [5] 6/6 7/13 11/11 13/24 14/1<br>MD [1] 2/3<br>me [4] 8/9 12/2 12/5 13/4<br>mean [3] 8/2 8/24 11/5<br>mechanical [1] 4/7<br>Meggs [6] 2/18 5/6 5/16 5/22 12/21 12/25<br>MEHTA [1] 1/10<br>mental [5] 7/11 7/14 7/23 9/22 11/11<br>Merit [1] 4/2<br>Michael [3] 3/20 5/8 5/25<br>Michael Greene [1] 5/25<br>middle [3] 8/15 8/20 10/25<br>Mifflin [1] 3/17<br>might [3] 7/7 7/19 10/7<br>Milwaukee [1] 3/13<br>Mink [1] 2/2<br>months [1] 10/19<br>more [8] 6/17 6/21 7/21 10/3 10/4 10/18 11/1 14/3<br>morning [3] 5/2 6/2 13/1<br>motion [4] 8/25 9/3 9/11 12/14<br>motions [4] 7/2 8/3 8/3 9/15<br>moving [1] 14/6<br>Mr. [16] 7/3 9/14 9/16 10/20 11/10 11/15 11/22 12/1 12/8 12/11 12/21 13/7 13/10 13/13 13/21 14/17<br>Mr. Beeks [1] 9/14<br>Mr. Brennwald [1] 12/8<br>Mr. Cooper [1] 12/11<br>Mr. Crowl [2] 7/3 11/22<br>Mr. Greene [2] 13/13 13/21<br>Mr. Machado [1] 12/1<br>Mr. Nestler [2] 10/20 14/17<br>Mr. Rossi [2] 11/15 13/7<br>Mr. Rossi's [1] 11/10<br>Mr. Uller [2] 9/16 13/10<br>Mr. Woodward [1] 12/21<br>Ms [1] 8/18<br>Ms. [19]<br>Ms. Ettinger [1] 13/10<br>Ms. Haller [1] 12/21<br>Ms. Hernandez [4] 7/3 8/4 9/4 11/21<br>Ms. Meggs [2] 12/21 |
| don't... [8] 8/17 9/23 11/7 11/20 11/23 12/24 14/14 14/23<br>DONOVAN [2] 1/6 5/4<br>down [1] 11/20<br>due [3] 11/6 11/8 14/3<br>during [1] 16/5 | | | |
| **E** | **G** | **I** | |
| early [1] 14/1<br>East [2] 3/12 3/17<br>Edmund [1] 2/18<br>eight [1] 13/25<br>either [1] 12/7<br>else [4] 8/8 11/16 14/12 15/12<br>Email [13] 1/16 1/17 2/4 2/8 2/12 2/16 2/20 2/25 3/5 3/9 3/14 3/19 3/23<br>end [1] 14/22<br>enough [2] 7/19 10/20<br>entitles [1] 7/16<br>ET [1] 1/6<br>ettinger [4] 3/15 3/19 5/19 13/10<br>Eugene [2] 3/2 5/17<br>even [1] 9/10<br>everybody [3] 6/3 14/5 14/24<br>everyone [1] 6/2<br>everything [1] 7/5<br>evidence [3] 6/18 6/19 10/13<br>examination [1] 7/17<br>exclude [1] 15/5<br>exclusion [2] 15/6 15/9<br>expect [1] 7/22<br>expert [10] 7/9 7/16 7/18 7/18 9/21 10/13 10/15 10/21 11/5 11/12<br>expert's [1] 10/18<br>explore [1] 7/19<br>extension [4] 7/4 8/5 8/7 9/3<br>extensions [1] 9/5 | Gene [1] 10/11<br>general [1] 7/15<br>get [6] 7/6 7/9 9/19 12/15 12/17 13/16<br>gets [1] 8/11<br>getting [1] 13/3<br>Giglio [1] 6/17<br>give [2] 10/20 15/10<br>given [1] 11/2<br>gmail.com [2] 2/8 2/12<br>go [1] 11/20<br>goes [3] 8/2 8/5 8/11<br>going [6] 7/1 9/7 9/7 9/8 12/5 13/25<br>Good [2] 5/2 6/2<br>Good morning [1] 6/2<br>got [1] 12/18<br>gotten [1] 8/25<br>government [9] 1/13 5/10 6/7 6/23 7/16 7/25 11/17 12/17 15/14<br>government's [2] 6/20 11/5<br>granted [2] 9/2 9/6<br>Greene [6] 3/20 5/8 5/21 5/25 13/13 13/21<br>grossi [1] 3/5<br>group [3] 13/18 14/2 14/9<br>guess [1] 14/22<br>guidance [1] 10/3 | I am [1] 9/16<br>I can [2] 9/19 12/3<br>I don't have [1] 11/23<br>I guess [1] 14/22<br>I have [1] 12/12<br>I haven't [1] 8/25<br>I just [1] 9/19<br>I know [2] 7/2 8/4<br>I mean [2] 8/2 11/5<br>I think [12] 6/12 7/3 7/8 7/24 8/6 8/10 10/3 11/1 12/24 13/3 13/23 14/19<br>I understand [1] 10/14<br>I was [1] 13/5<br>I will [1] 12/14<br>I'll [5] 8/10 8/15 8/20 12/15 15/3<br>I'm [7] 8/18 9/17 9/18 9/22 12/4 12/5 12/8<br>I'm not [1] 12/5<br>I've [4] 9/5 12/16 12/18 13/23<br>ideally [1] 7/21<br>identify [1] 9/23<br>INC [1] 3/12<br>individual [1] 6/9<br>initial [1] 10/2<br>insanity [1] 7/11<br>intent [1] 10/12<br>interests [2] 15/4 15/4<br>interim [1] 6/6<br>interview [1] 10/21<br>introduce [1] 10/13<br>investigation [1] 6/13<br>is [21]<br>Is there [2] 15/1 15/12<br>Isaacs [4] 3/2 5/7 5/18 5/25<br>Isaacs' [1] 10/11<br>isn't [1] 11/10<br>issue [3] 7/20 9/14 10/15<br>issues [2] 6/6 12/5<br>it [10] 8/6 9/8 9/17 9/17 9/19 9/23 9/24 10/10 12/5 13/24<br>it's [2] 8/16 13/19 | |
| **F** | **H** | | |
| far [4] 8/2 8/11 9/13 9/21<br>fd.org [2] 3/14 3/19<br>February [7] 13/20 13/21 13/22 13/25 14/1 14/5 14/6<br>FEDERAL [2] 3/11 3/16<br>FIELDS [2] 3/2 3/7<br>file [4] 8/9 9/7 9/8 10/17<br>filed [5] 8/3 8/4 8/12 9/15 10/12<br>files [1] 9/11<br>filing [1] 12/14<br>find [2] 10/15 15/3<br>five [1] 14/2<br>flag [1] 6/24<br>Floor [1] 3/8 | had [4] 7/3 7/25 9/19 10/4<br>half [1] 14/20<br>half-day [1] 14/20<br>Haller [4] 2/22 2/22 5/15 12/21<br>hallerjulia [1] 2/25<br>hang [1] 13/19<br>has [3] 7/10 8/4 8/8<br>have [20]<br>haven't [2] 8/25 9/19<br>having [2] 9/9 12/4<br>head [1] 8/19<br>health [1] 11/11<br>hear [1] 12/2<br>heard [1] 7/12<br>hearing [8] 5/23 7/2 7/6 8/13 8/13 9/1 15/3 16/5<br>helpful [1] 11/1<br>her [1] 10/20 | **J**<br>James [3] 3/11 5/7 5/25<br>James Beeks [1] 5/7<br>January [1] 16/10<br>Jefferson [1] 3/3 | **K**<br>Kathryn [2] 1/13 5/9<br>Kathryn Rakoczy [1] 5/9<br>kathryn.rakoczy [1] 1/17<br>keep [1] 7/1<br>keeping [1] 14/15<br>kept [1] 14/5<br>know [5] 7/2 7/4 8/4 8/17 9/4<br>**L**<br>last [1] 6/11<br>late [1] 8/9<br>later [1] 14/9<br>Laura [3] 2/13 5/6 5/14<br>Laura Steele [2] 5/6 5/14<br>LAW [6] 2/5 2/9 2/13 2/18 2/22 3/21<br>Lawn [1] 3/21<br>least [2] 7/2 7/12<br>Leigh [1] 1/13<br>let [2] 8/13 12/5<br>let's [2] 8/6 9/17<br>Lexington [1] 3/7<br>life [1] 8/22<br>like [1] 6/8<br>limit [1] 14/2<br>limitations [1] 16/7<br>limited [1] 11/10<br>line [2] 8/23 11/9<br>lines [3] 6/19 7/14 7/22<br>list [2] 11/20 13/17<br>listed [1] 13/15<br>little [3] 6/20 10/8 11/1<br>look [2] 10/6 11/5<br>looking [1] 10/3<br>lunch [1] 14/17<br>**M**<br>Machado [6] 2/5 2/5 2/9 2/9 5/12 12/1<br>made [1] 11/13 | |

**M**

**Ms. Meggs... [1]** 12/25
**Ms. Napierala [1]** 13/7
**Ms. Rakoczy [6]** 6/8
 9/23 10/20 10/23 11/16
 14/17
**Ms. Redden [2]** 13/13
 13/23
**Ms. Steele [1]** 12/11
**Ms. Steele's [1]** 12/16
**much [1]** 9/18
**multi [1]** 8/17
**multi-defendant [1]**
 8/17
**multiple [2]** 9/5 15/8
**my [2]** 9/2 9/3

**N**

**name [1]** 10/18
**Napierala [4]** 3/6 5/17
 10/11 13/7
**Natalie [3]** 3/6 5/17
 10/11
**necessarily [1]** 6/24
**need [8]** 6/24 9/1 9/23
 11/13 14/1 14/9 14/12
 15/12
**needing [1]** 8/12
**Nestler [4]** 1/13 5/9
 10/20 14/17
**New [1]** 3/8
**next [2]** 14/8 15/2
**nnapierala [1]** 3/10
**no [10]** 1/4 5/3 5/4 5/5
 8/7 9/1 11/18 13/11
 14/3 15/3
**not [11]** 7/11 7/19 8/3
 8/24 9/8 9/22 10/1 12/5
 13/15 13/24 15/14
**note [1]** 16/5
**nothing [6]** 9/10 12/6
 12/12 12/18 12/22 13/8
**notice [9]** 7/10 7/15
 7/16 7/18 7/21 10/2
 10/12 10/18 11/12
**November [5]** 10/17
 10/19 11/6 11/8 11/13
**now [5]** 6/24 8/25 8/25
 9/10 13/23
**number [1]** 14/8
**NW [8]** 1/15 2/6 2/10
 2/14 2/19 2/23 3/3 4/4
**NY [1]** 3/8

**O**

**Oak [1]** 3/21
**objection [3]** 9/6 15/1
 15/3
**occurred [1]** 16/5
**October [13]** 7/1 7/5
 8/2 8/5 8/11 8/13 8/21
 9/1 9/11 11/1 11/3
 14/16 15/6
**October 15th [1]** 11/3
**OFFICE [4]** 1/14 2/5
 2/9 2/13
**Officer [1]** 12/17
**OFFICES [1]** 2/22

**Official [1] 4/3**
**okay [14]** 6/2 8/1 9/12
 11/4 11/13 11/25 12/4
 12/10 12/20 12/23 13/9
 14/12 15/12 15/16
**once [1]** 14/3
**one [4]** 7/12 7/13 8/7
 8/8
**only [3]** 7/24 8/7 8/18
**opportunity [1]** 9/20
**order [1]** 10/5
**other [1]** 12/18
**our [4]** 6/5 10/21 11/2
 11/3
**out [1]** 14/15
**outlook.com [1]** 2/25
**outweigh [1]** 15/4

**P**

**P.A [2]** 3/2 3/7
**p.m [1]** 14/16
**pandemic [1]** 16/6
**Park [1]** 2/19
**Parker [10]** 2/5 2/9 5/5
 5/5 5/12 5/13 5/24 5/24
 12/7 12/8
**Parkers [2]** 12/1 12/6
**particular [1]** 10/8
**pcooper [1]** 2/17
**Pennsylvania [1]** 2/23
**perspective [1]** 6/20
**Peter [3]** 2/13 2/14
 5/14
**petercooperlaw.com**
 **[1]** 2/17
**phase [3]** 6/13 6/14
 6/22
**physical [1]** 6/18
**place [1]** 10/7
**Plaintiff [1]** 1/4
**Please [1]** 16/5
**PLLC [1]** 3/21
**point [2]** 8/7 9/7
**possibly [1]** 9/18
**postponed [1]** 7/7
**potential [1]** 9/24
**potentially [2]** 7/9 7/17
**preparation [2]** 6/14
 6/21
**prepare [3]** 15/8 15/10
 15/11
**presumptively [1]**
 13/21
**pretrial [2]** 10/5 12/16
**Prettyman [1]** 4/4
**price [1]** 10/16
**proceedings [4]** 1/9
 4/7 15/18 16/4
**produced [1]** 4/7
**productions [1]** 6/15
**progress [1]** 6/4
**promise [1]** 9/17
**prompted [1]** 10/6
**prosecutor's [1]** 10/14
**provide [3]** 7/19 10/5
 11/12
**public [1]** 15/5
**pursue [2]** 7/13 7/22

**pushed [1] 14/3**
**put [2]** 8/6 9/17

**Q**

**question [1]** 7/1
**questions [1]** 6/23
**quite [2]** 7/11 15/9

**R**

**Rakoczy [8]** 1/13 5/9
 6/8 9/23 10/20 10/23
 11/16 14/17
**Ray [1]** 5/4
**really [2]** 14/2 14/2
**Realtime [1]** 4/3
**reason [1]** 9/1
**reasonable [1]** 10/16
**received [1]** 7/15
**reconsider [2]** 8/10
 12/15
**record [1]** 16/3
**recorded [1]** 4/7
**Redden [5]** 3/20 3/21
 5/21 13/13 13/23
**reddenlawtexas.com**
 **[1]** 3/24
**regard [1]** 12/9
**Registered [1]** 4/2
**related [1]** 6/12
**release [1]** 12/15
**remember [1]** 13/19
**remotely [1]** 16/7
**Reporter [4]** 4/2 4/2
 4/3 4/3
**reporting [1]** 16/7
**request [3]** 11/2 11/3
 13/16
**requisite [1]** 11/12
**resources [1]** 14/4
**respectfully [1]** 10/16
**respond [1]** 12/18
**responded [1]** 10/2
**response [1]** 10/4
**Rhodes [1]** 6/12
**right [12]** 8/24 9/2 9/10
 11/16 11/19 13/6 13/12
 14/12 14/14 14/21
 14/25 15/3
**ripe [1]** 7/5
**RMR [2]** 16/2 16/11
**Road [2]** 2/2 2/19
**Rossi [5]** 3/2 5/17
 10/11 11/15 13/7
**Rossi's [1]** 11/10
**row [1]** 13/2
**Rule [5]** 7/2 7/4 8/3
 9/11 9/15
**Rule 12 [5]** 7/2 7/4 8/3
 9/11 9/15
**Ruth [1]** 5/5
**résumé [1]** 10/19

**S**

**said [2]** 8/20 13/23
**same [1]** 13/5
**Sandra [4]** 2/5 5/5 5/24
 12/7
**Sandra Parker [1]** 12/7

**say [2]** 10/22 14/21
**schedule [2]** 13/16
 14/23
**scheduled [2]** 13/20
 13/21
**scheduling [1]** 10/5
**see [4]** 8/12 9/12 14/7
 15/17
**seeing [2]** 8/18 13/3
**seek [1]** 7/17
**seeks [1]** 8/9
**sentence [2]** 8/22 8/22
**September [1]** 7/21
**sequence [1]** 9/18
**series [1]** 6/17
**SERVICES [3]** 3/11
 3/16 12/16
**set [5]** 7/9 7/20 13/18
 14/1 14/14
**she's [1]** 8/6
**shift [1]** 6/16
**shifted [1]** 6/12
**shifting [1]** 6/20
**short [1]** 14/18
**shortly [1]** 12/14
**should [1]** 11/12
**Since [1]** 6/11
**six [1]** 14/3
**smaller [2]** 14/2 14/8
**so [16]** 6/4 6/7 6/19 7/6
 7/20 8/4 8/9 8/23 8/25
 9/10 11/6 11/9 13/16
 13/21 14/5 14/14
**so I think [2]** 11/6
 14/14
**some [9]** 6/15 6/19 7/6
 9/7 10/3 10/4 12/4
 12/17 14/8
**somebody [2]** 8/9 9/11
**something [4]** 6/17
 8/11 9/7 14/15
**sometime [1]** 7/21
**somewhat [1]** 6/13
**soon [3]** 9/19 12/16
 15/17
**Sorry [1]** 12/4
**sort [3]** 11/11 14/7
 14/15
**space [1]** 14/3
**specifically [1]** 15/6
**speedy [1]** 15/5
**spoken [1]** 12/16
**St [1]** 3/3
**standing [2]** 5/12 12/8
**stanley [3]** 2/18 2/21
 5/15
**start [2]** 6/7 14/8
**started [1]** 6/16
**starting [1]** 11/21
**state [3]** 7/12 7/14 9/22
**STATES [4]** 1/1 1/3
 1/10 5/3
**status [2]** 1/9 15/2
**Steele [5]** 2/13 5/6 5/14
 5/22 12/11
**Steele's [1]** 12/16
**stemming [1]** 7/11
**stenography [1]** 4/7

**Stephen [1]** 5/13
**still [3]** 10/4 10/15
 13/24
**Street [5]** 1/15 2/6 2/10
 2/14 3/17
**subject [1]** 16/6
**such [1]** 9/25
**Suite [8]** 2/6 2/10 2/15
 2/23 3/3 3/13 3/17 3/22
**sure [4]** 6/5 9/22 14/11
 14/15

**T**

**take [2]** 8/10 10/6
**talk [2]** 12/25 14/13
**team [1]** 10/20
**technical [1]** 12/5
**technological [1]** 16/7
**teleconference [1]**
 5/23
**terms [2]** 8/12 11/21
**than [2]** 12/18 14/3
**Thank [7]** 11/14 11/15
 11/18 13/11 14/10
 15/15 15/17
**Thank you [7]** 11/14
 11/15 11/18 13/11
 14/10 15/15 15/17
**that [39]**
**that's [3]** 8/7 14/19
 14/20
**them [2]** 9/6 9/20
**then [9]** 6/9 8/12 11/16
 11/20 12/17 13/13
 14/12 14/22 15/3
**there [4]** 8/2 10/3 15/1
 15/12
**there's [2]** 9/1 9/10
**thereabouts [1]** 11/3
**therefore [1]** 16/6
**they [4]** 6/16 7/13 10/4
 10/21
**they've [1]** 9/6
**things [2]** 6/19 14/7
**think [17]**
**thinking [1]** 13/5
**this [14]** 5/3 5/23 6/12
 8/7 10/8 10/15 10/17
 11/9 13/18 13/20 13/23
 14/8 15/8 16/5
**This is [1]** 5/3
**Thomas [1]** 3/3
**those [3]** 6/19 7/24
 11/7
**though [1]** 9/3
**thought [1]** 10/7
**three [2]** 10/19 13/2
**through [3]** 14/25 15/1
 15/6
**time [9]** 7/5 7/19 10/4
 10/21 12/18 15/5 15/7
 15/10 15/10
**tired [1]** 13/3
**titled [1]** 16/4
**today [4]** 6/4 6/25 9/1
 15/1
**toll [1]** 15/1
**tolled [1]** 14/25

**T**

**Tomorrow [1]** 13/1
**too [1]** 10/8
**top [1]** 8/18
**topic [1]** 7/10
**touch [1]** 14/16
**toward [1]** 14/6
**track [1]** 6/5
**transcript [3]** 1/9 4/7 16/3
**transcription [1]** 4/7
**trial [18]**
**try [1]** 14/3
**trying [2]** 9/18 10/15
**turn [2]** 6/9 9/20
**two [1]** 6/23
**TX [1]** 3/22
**type [1]** 7/16

**U**

**U.S [1]** 1/14
**uller [5]** 3/11 3/14 5/19 9/16 13/10
**under [2]** 10/4 10/13
**understand [2]** 10/14 14/25
**UNITED [4]** 1/1 1/3 1/10 5/3
**United States of [1]** 5/3
**until [2]** 10/17 11/6
**up [2]** 6/8 8/10
**updates [1]** 7/24
**us [4]** 6/8 10/6 12/22 13/2
**usdoj.gov [2]** 1/17 1/18

**V**

**versus [1]** 5/4
**very [1]** 7/15
**via [3]** 1/9 5/23 6/1
**videoconference [1]** 6/1
**viewing [2]** 6/18 6/19
**vs [1]** 1/5

**W**

**wait [1]** 14/7
**warranted [2]** 15/7 15/10
**was [3]** 10/3 10/10 13/5
**Washington [9]** 1/5 1/15 2/7 2/11 2/15 2/19 2/24 3/4 4/5
**way [1]** 9/18
**we [43]**
**we'll [6]** 6/9 8/12 9/12 14/7 14/22 15/17
**we're [6]** 6/4 6/18 9/8 10/15 13/25 14/15
**we've [2]** 7/12 14/5
**well [7]** 6/3 8/5 8/24 9/16 11/5 13/18 15/17
**well-aware [1]** 9/16
**were [6]** 6/11 7/6 7/8 7/20 7/24 10/3

**what [1]** 13/19
**whatever [1]** 10/21
**where [2]** 8/12 14/7
**whether [2]** 7/1 7/7
**which [4]** 8/6 9/22 10/5 13/24
**who [1]** 9/24
**why [5]** 6/7 11/7 11/20 14/14 14/22
**WI [2]** 3/13 3/18
**will [4]** 7/5 12/14 12/17 14/17
**William [6]** 4/2 5/7 5/25 10/11 16/2 16/11
**William Isaacs [1]** 5/25
**William Isaacs' [1]** 10/11
**WISCONSIN [3]** 3/12 3/12 3/16
**without [1]** 9/6
**Woodward [4]** 2/18 2/18 5/15 12/21
**work [2]** 14/23 14/24
**working [1]** 6/18
**worry [1]** 9/10
**would [7]** 10/16 10/20 10/25 11/1 11/2 11/3 13/16

**Y**

**year [1]** 14/8
**yes [3]** 6/10 12/3 13/14
**yet [1]** 13/16
**York [1]** 3/8
**you [13]** 8/25 9/17 9/23 9/24 11/14 11/15 11/18 13/11 13/24 14/10 15/15 15/17 15/17
**you'd [1]** 6/8
**you're [4]** 8/24 9/7 9/7 13/3
**you've [1]** 9/5
**your [19]**
**Your Honor [16]** 5/2 6/10 8/15 10/10 10/17 11/14 11/18 11/24 12/6 12/12 12/22 13/1 13/8 13/14 14/10 15/14

**Z**

**Zaremba [3]** 4/2 16/2 16/11
**ZOOM [1]** 1/9
**Zsuzsa [1]** 2/22