IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 21-28
                                    )     Washington, D.C.
        vs.                         )     October 28, 2022
                                    )     1:08 p.m.
DONOVAN R. CROWL, ET AL.,           )
                                    )
          Defendants.               )
_____ )


     TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             Jeffrey S. Nestler
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant Crowl:       Carmen D. Hernandez
                               7166 Mink Hollow Road
                               Highland, MD 20777
                               (240) 472-3391
                               Email: chernan7@aol.com


For Defendant Sandra Parker:   John L. Machado
                               LAW OFFICE OF JOHN MACHADO
                               503 D Street, NW
                               Suite 310
                               Washington, D.C. 20001
                               (703) 989-0840
                               Email: johnlmachado@gmail.com


For Defendant Bennie Parker:   Stephen F. Brennwald
                               BRENNWALD & ROBERTSON, LLP
                               922 Pennsylvania Avenue, SE
                               Washington, D.C. 20003
                               (301) 928-7727
                               Email: sfbrennwald@cs.com


For Defendant Laura Steele:    Peter A. Cooper
                               LAW OFFICE OF
                               PETER A. COOPER
                               400 5th Street, NW
                               Suite 350
                               Washington, D.C. 20001
                               (202) 400-1434
                               Email:
                               pcooper@petercooperlaw.com


For Defendant Connie Meggs:    Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com
```

APPEARANCES CONTINUED:

For Defendant Isaacs:          Eugene Joseph Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jefferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email:
                               grossi@carltonfields.com

                               Natalie A. Napierala
                               CARLTON FIELDS, P.A.
                               405 Lexington Avenue
                               36th Floor
                               New York, NY 10174
                               (212) 785-2747
                               Email:
                               nnapierala@carltonfields.com

For Defendant James Beeks:     Joshua Uller
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN, INC.
                               411 East Wisconsin Avenue
                               Suite 2310
                               Milwaukee, WI 53202
                               (414) 221-9900
                               Email: joshua_uller@fd.org

                               Jessica Arden Ettinger
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN
                               22 East Mifflin Street
                               Suite 1000
                               Madison, WI 53703
                               (608) 260-9900
                               Email: jessica_ettinger@fd.org

For Defendant
Michael L. Greene:             Britt Redden
                               REDDEN LAW, PLLC
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 699-8429
                               Email:
                               bredden@reddenlawtexas.com

APPEARANCES CONTINUED:

Pretrial Services Officer:      John Copes

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1              P R O C E E D I N G S

2          COURTROOM DEPUTY:  Good afternoon, Your Honor.

3  This is Criminal Case No. 21-28, United States of America

4  versus Defendant No. 2, Donovan Ray Crowl; Defendant 4,

5  Sandra Ruth Parker; and Defendant 5, Bennie Alvin Parker;

6  Defendant 7, Laura Steele; Defendant 9, Connie Meggs;

7  Defendant 16, William Isaacs; Defendant 19, James Beeks; and

8  Defendant 20, Michael L. Greene.

9          Kathryn Rakoczy, Jeffrey Nestler, and Troy Edwards

10  for the government.

11          Carmen Hernandez for Defendant Crowl.

12          John Machado for Defendant Sandra Parker.

13          Stephen Brennwald for Defendant Bennie Parker, and

14  standing in for Peter Cooper for Defendant Larry Steele.

15          Juli Haller for Defendant Meggs.

16          Eugene Rossi and Natalie Napierala for Defendant

17  Isaacs.

18          Joshua Uller and Jessica Ettinger for

19  Defendant Beeks.

20          And Britt Redden for Defendant Greene.

21          All named defendants are appearing remotely for

22  these proceedings.

23          THE COURT:  All right.  Good afternoon, everyone.

24          Can everybody hear me okay?

25          MR. MACHADO:  Yes, Your Honor.

1      MS. HERNANDEZ:  Yes, Your Honor.

2      THE COURT:  All right.

3      So we're just here for our status conference, see

4  how things are progressing, make sure we're on track for our

5  February trial date.

6      So, Ms. Rakoczy, why don't you kick things off and

7  then I'll turn to defense counsel.

8      MS. RAKOCZY:  Yes, Your Honor.  Thank you.

9      We do not have too many updates from the

10  government's side.

11      Since we were last before the Court in, I think,

12  August, there have been a few additional discovery

13  productions, mostly from the global discovery productions

14  across these January 6th related cases.

15      But we are essentially wrapping up the discovery

16  phase and moving to the trial-preparation phase of the

17  cases.  I know I think one of our first pretrial deadlines

18  is the expert-notice deadline next week, I believe, November

19  1st.  And so from the government's perspective, we are

20  solidly shifting into trial preparing, and it seems, from

21  our perspective, that we are on track for a February trial.

22      THE COURT:  Okay.

23      All right.  Well, all that sounds promising.

24      Are there any discovery disputes that are

25  outstanding from your perspective?

1          MS. RAKOCZY:  Not from the government's

2   perspective.

3          I know we had a physical evidence viewing over the

4   summer that not all of the counsel on this case, I think

5   maybe only one or two were able to attend, and so we will

6   get another date on the books soon for that.  But that is

7   one of the few outstanding -- it's not a dispute, but

8   outstanding issues from the government's perspective.

9   I'm not aware, unless I'm just missing something, of any

10  government discovery-related disputes right now.

11         THE COURT:  Okay.

12         All right.  With that then, let me turn to defense

13  counsel.  We'll start with Ms. Hernandez on behalf of

14  Mr. Crowl.

15         MS. HERNANDEZ:  Good afternoon, Your Honor.

16         So on the discovery disputes, I don't know of any.

17  But I think they're still in the background that notion that

18  there may be transcripts coming out of the January 6th

19  Committee.  I don't know if any of them pertain to us.  And,

20  of course, I guess we will be reviewing, I guess, all the

21  trial testimony from the two seditious conspiracy cases will

22  be discovery for our cases, so I don't know how extensive

23  that's going to be.

24         As far as the February 1st schedule, I'm just

25  coming off of a five-week trial, I start the Proud Boys

1    conspiracy case on December 12th.  The schedule for that

2    case is supposed to end before February 1st, but I just

3    alert the Court that that's a five-co-defendant case, first

4    Proud Boys case, there's an immense amount of discovery, I

5    guess similar to what's in this Proud Boys case -- in the

6    Oath Keepers case that Your Honor is trying.

7                THE COURT:  Okay.

8                MS. HERNANDEZ:  So just letting the Court know.

9    I don't know if it's going to bleed into February 1st.

10               THE COURT:  I'll tell Judge Kelly to keep things

11   moving.

12               All right.  Mr. Machado on behalf of Ms. Parker.

13               MR. MACHADO:  Yes, a couple things, minor.

14               We tried to see the physical viewing.  The

15   government and I have coordinated for a date in mid-November

16   to -- where I was able -- apparently, I didn't get the --

17   I didn't RSVP or didn't get the RSVP, but Ms. Rakoczy and I

18   took care of that.  I thank for her that.

19               The second thing is, and I don't know to what

20   extent the Court is going to be getting into it, we're ready

21   with the February date, and I'll just -- I had accidentally

22   scheduled something earlier, I had a misunderstanding of

23   some scheduling.  And so I just want to make sure -- I'm

24   planning to ask for that case to be continued because of the

25   immensity of the things that -- people involved in this

1    case.  It's a bench trial.  But is the Court still believing

2    that at least my client, Sandra Parker, will be going to

3    trial February 1st?  I know there was talk of maybe

4    splitting up the two groups or splitting up this group.  So

5    I'm sorry to bring it up; I don't know if it's an issue.

6              THE COURT:  So what I'll tell you is this, is that

7    I think we will have to make some decisions as we move

8    closer to trial.  That's all I can tell you.

9              I mean, we are right now on the cusp of November;

10   we're still three months out.  Everyone should assume

11   they're in that fist trial group.  But as you all may know,

12   the most we were able to accommodate in the Rhodes matter

13   was five.  And if it turns out that we have more than five

14   who are prepared to go trial in early February, we may need

15   to split some folks off and do a subsequent trial.

16             I mean, I would like to avoid that, but trial of

17   eight people is -- presents not only capacity problems but

18   real logistical challenges, primarily with the Marshals, who

19   would need to have -- they would need to commit a tremendous

20   number of resources to that one case, which would impact

21   their ability to assist other courts in other trials.  So

22   we'll just to wait and see, is the bottom line.

23             MS. HERNANDEZ:  Your Honor, if the Court splits

24   into two trials, I would obviously ask to be put in the

25   second trial just to give me more time between the earlier

1    trial and this one.

2         THE COURT:  I'm saying everybody should assume

3    they're going to trial on February 1.  And if we find

4    ourselves in a position where there are eight defendants who

5    wish to go to trial on February 1, we'll make some decisions

6    about who's in that first trial group.

7         MR. MACHADO:  Okay.

8         In that case, Your Honor, with the assumption that

9    we're going to February 1st, then I'll file a motion -- an

10   appropriate motion in the other case and explain that I

11   expect to be going February 1st.  And that's fine, that's on

12   me.  Thank you, Your Honor.

13        THE COURT:  Okay.

14        Mr. Brennwald.

15        MR. BRENNWALD:  Your Honor, the only question

16   I have is just a logistical one.

17        I know that the Rhodes trial is going on.  And

18   I know that although our clients are not charged with

19   seditious conspiracy, some of the -- and Ms. Rakoczy

20   obviously can answer this -- some of the testimony will be

21   somewhat similar, and my question is about transcripts.

22        I'm assuming that people have ordered dailies of

23   those transcripts but I'm just wondering what the Court's

24   view is on us ordering copies of various witness's testimony

25   so that we have that well ahead of trial.  I know that has

1  to be turned over at *Jencks* at some point, but I'd rather

2  get the transcripts sooner rather than later.  So I know

3  it's kind of getting ahead of the game here, but I'm

4  inquiring about the price, the cost, what the Court thinks

5  about all that.

6         THE COURT:  I don't have a thought about it one

7  way or another.  I mean, if you want to get transcripts

8  sooner rather than later before the government's *Jencks*

9  deadline, contact our court reporter, Bill Zaremba --

10        MR. BRENNWALD:  Right.

11        THE COURT:  -- and he will guide you on all of

12  those questions.

13        I know dailies have been ordered and are being

14  prepared.  And so we actually have three different court

15  reporters in the mix, and so you may need to contact three.

16  But given that dailies are being prepared, I would think

17  that, you know, producing another copy would not be all that

18  challenging.

19        MR. BRENNWALD:  I'm just worried about the cost to

20  the Court.  I'll try to keep that in mind, but I'll see what

21  I can do.  That's all I have.

22        THE COURT:  All right.

23        Mr. Cooper.

24        MR. BRENNWALD:  I'm standing in for Mr. Cooper

25  unless he's here now.

1          THE COURT:  Oh, I see him in the square right

2    below you.

3          MR. BRENNWALD:  Sorry about that.

4          MR. COOPER:  I am here.  Thank you, Mr. Brennwald.

5          I apologize, Your Honor.  I had a detention

6    hearing dropped on me with one of the magistrate judges.

7          As usual from the little I just heard, my

8    colleagues have pre-assuaged any concerns that I have.

9          I'll just let the Court know that, as far as I'm

10   concerned, February 1st, I've warned off most of your

11   colleagues I've come into contact with respect to setting

12   trials, that they cannot come anywhere near February because

13   that has your name written all over it.  We've just got our

14   hat down and getting ready for trial, Your Honor.

15         THE COURT:  Okay.

16         All right.  Thank you, Mr. Cooper.

17         And I'll ask you to stay on after we're done with

18   everybody to address your motion to modify conditions of

19   release.

20         All right.  Ms. Haller on behalf of Ms. Meggs.

21         MS. HALLER:  Good afternoon, Your Honor.

22         I guess I just have a question about something

23   Kate said.  She said we have an upcoming expert deadline in

24   this case.

25         I guess I've been so busy with the Rhodes trial,

1    I haven't actually realized we have a November expert date;

2    is that right?

3              THE COURT:  The government has a November 1 expert

4    date.  The defense expert date is December 1.

5              MS. HALLER:  December 1.  Okay.  Thank you,

6    Your Honor.

7              I'm sorry for not being on top of that.

8              And otherwise, I have no issues for Ms. Meggs at

9    this time.

10             THE COURT:  Okay.

11             Mr. Rossi and Ms. Napierala on behalf of

12   Mr. Isaacs.

13             MR. ROSSI:  Yes, Gene Rossi and Ms. Napierala.

14   Mr. Isaacs is here.

15             Did Your Honor just say that the notice of experts

16   for the defense is December 1st, the deadline?

17             THE COURT:  Yes.

18             MR. ROSSI:  Oh, okay.  All right.

19             We have just two issues; one, if Ms. Rakoczy could

20   just give a sense, I know she's extremely busy, as to when

21   she would set up the review of the evidence for the

22   attorneys who didn't have that.

23             And the second issue is, and I hope there could be

24   another tour of the Capitol, I've done it twice,

25   Ms. Napierala has done it, but my co-counsel, Chuck Greene,

1    he's in Orlando, I was wondering if there's going to be

2    another date.  If there's not another date, I can

3    understand.

4            MS. RAKOCZY:  I could address that briefly,

5    Your Honor.

6            Just first before I forget, for some reason the

7    government had had in our minds that November 1st might be

8    an expert for the defense as well, so a colleague of mine is

9    checking the pretrial scheduling order.

10           It may just have been that there was a deadline

11   for notice of any defenses related to physical or mental

12   medical conditions, that may have been our confusion, but

13   I just wanted to put that out there.

14           THE COURT:  Yeah, I'm just reading from the

15   Pretrial Order.

16           Government's expert disclosure by November 1.  Any

17   reciprocal expert disclosure shall be made -- by any

18   defendant shall be made by December 1.

19           MS. RAKOCZY:  I think it may have been then the

20   Rule 12(b) notice of any insanity or mental incapacity

21   defenses.

22           I think we had sort of raised the issue that we

23   had never received notice of that.

24           And I think Mr. Rossi on behalf of Mr. Isaacs had

25   expressed an interest in potentially putting such notice out

1    there.

2         So I think that's why both we and Mr. Rossi had

3    November 1st as more of a government and defense deadline.

4         MR. ROSSI:  Can I respond, Your Honor?

5         THE COURT:  Sure.  Let me just comment.

6         MR. ROSSI:  Oh.

7         THE COURT:  You'll forgive me if I don't recall,

8    but the Pretrial Order itself doesn't have a specific date

9    for that type of pretrial disclosure simply because

10   I'm not sure I ever anticipated that there would be such a

11   defense advanced.

12        But if I said on a prior hearing that that

13   would -- that that kind of disclosure would need to be made

14   by December 1, that certainly that that holds.

15        MS. RAKOCZY:  And then, Your Honor, with respect

16   to the evidence scheduling, the evidence viewing, I had

17   discussed a date or some dates with Mr. Machado in November.

18   I know we also have to do an evidence viewing -- (telephone

19   interference) -- I'm not sure what that noise is I'm

20   hearing -- but we also discussed doing an evidence viewing

21   with counsel for the second U.S. versus Rhodes trial.

22        And so we will definitely have a date before

23   Thanksgiving in November, and I will let all counsel in this

24   case know that as well.  It would be ideal to do all

25   remaining counsel in that one physical evidence viewing, but

```
 1   we can see if that doesn't work out.  We can arrange

 2   alternate dates closer to the February trial date.

 3            And with respect to the Capitol tours, I am not

 4   aware of any dates that are upcoming for tours, but I can

 5   inquire through the person in our office who has coordinated

 6   with the Capitol Police on that.  I know it is all just

 7   contingent upon Congress's scheduling in terms of when those

 8   are made available and also how many new cases are coming

 9   into the system such that there's a need for more tours, and

10   so I will ask and alert counsel in this case.

11            THE COURT:  Okay.

12            So, Mr. Rossi, does anybody think that I've set,

13   at least orally, a different disclosure deadline for --

14            MR. ROSSI:  Yes.

15            Your Honor, as an officer of the Court,

16   Ms. Rakoczy is right, okay?

17            I think you said December -- I mean November 1st

18   for the Rule 12.1 -- I don't know the subsection.  So

19   Ms. Rakoczy is right.  But we would be more than willing to

20   take December 1st.

21            We are in the process of having our expert gather

22   information and interview our client and others.  So

23   although Ms. Rakoczy is right, we would like December 1st,

24   Your Honor.

25            THE COURT:  Okay.
```

1          Is there any objection to extending that deadline,

2  Ms. Rakoczy?

3          MS. RAKOCZY:  It's just challenging because

4  I think that from conversations that we had had with

5  Mr. Rossi, I think that what they are suggesting that

6  they're exploring in this department, I think, is not a

7  simple issue for the government to look into and be able to

8  respond to.  And so December 1st is only two months before,

9  with a holiday in between, and the government has obviously

10  other cases related to this one that we'll be in trial on at

11  that time.

12          So I think, you know, the deadline for this was

13  some time ago when the Rule 12 motions deadline passed.  And

14  we understand the Court has extended that until November

15  1st, but for us it really is important, I think if there is

16  going to be such a defense, to have some notice of it sooner

17  rather than later.

18          MR. ROSSI:  Your Honor, could we have November 18?

19          THE COURT:  I'll give you till November 15, which

20  is a two-week extension.

21          MR. ROSSI:  Okay.  Thank you, Your Honor.

22  November 15th.  Thank you.

23          THE COURT:  All right.

24          Mr. Rossi, is there anything else then on behalf

25  of Mr. Isaacs?

```
1            MR. ROSSI:  Other than the review session for the
2   evidence and I can't hear.
3            THE COURT:  Could everybody make sure their feeds
4   are on mute.  It looks like everybody's is, but who knows.
5            Mr. Rossi, go ahead.
6            MR. ROSSI:  Judge, the review session, Your Honor.
7   And also, if she's answered this, if Ms. Rakoczy could tell
8   us if we're going to have another tour.
9            MS. RAKOCZY:  I'll look into it and let you know.
10           MR. ROSSI:  Thank you so much.
11           That's it, Your Honor.
12           THE COURT:  All right.  Thank you, Mr. Rossi.
13           All right.  Mr. Uller and Ms. Ettinger on behalf
14  of Mr. Beeks.
15           And before you remind me, Mr. Uller, I'm
16  well-aware that your motions are still spending, but so is
17  there anything else?
18           MR. ULLER:  No, Judge.  Thank you.
19           THE COURT:  Okay.
20           Ms. Redden on behalf of Mr. Greene.
21           MS. REDDEN:  Yes, Your Honor.  Just a couple of
22  things.
23           I know that there was a discovery -- the latest
24  discovery, I think, request, it was like discovery 20, I
25  wasn't a contributor -- listed contributor on it, and
```

```
1   so I think AUSA Hernandez [sic] was looking into that.

2           And then also getting a discovery -- being able to

3   have a discovery review date is what we are looking for.

4   Other than that, we are ready for the February 1st trial

5   date.

6           THE COURT:  Okay.

7           Ms. Hernandez is smirking because --

8           MS. HERNANDEZ:  I have not been holding myself out

9   as an AUSA, Your Honor.

10          THE COURT:  No one would mistake you for one,

11  Ms. Hernandez.

12          MS. HERNANDEZ:  But if I have that privilege, I'll

13  file the dismissal notice before the hearing is over.

14          MS. REDDEN:  I apologize.  It was AUSA Alexandra.

15  My apologies.

16          THE COURT:  No problem.

17          Okay.  All right.  Well, I think that's everyone.

18          Look, let me just raise the issue that is probably

19  unspoken in all of this, which is, you know, as we approach

20  this trial date, there are other proceedings happening, and

21  however those proceedings shake out, it could affect

22  people's thinking about how they want to proceed.  And I'm

23  hopeful that whatever the outcome is, that everyone will

24  be -- consider what their options are before moving to a

25  February trial date.
```

1          Now, as I said, if everybody wants to go, we'll

2   figure it out.  But, you know, everybody will have a fair

3   amount of information and data before then about the risks

4   and rewards.  And this is true for the government, too,

5   about proceeding with a full trial in February.

6          And so I'll just throw that out there and

7   hopefully everybody is mindful of that and the government is

8   amenable to having conversations if, if, and that's a big

9   if, if anyone is desirous of having it, okay?

10          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

11          THE COURT:  All right.

12          Let us then -- so given that we need to

13   potentially set trial groups, we obviously need to do that

14   in advance of February 1.

15          So are you all available on January 6th -- no,

16   I'm not even supposed to -- in any event, January 6 at

17   3:00 p.m.?

18          MS. RAKOCZY:  That's a good date for the

19   government, Your Honor.

20          MR. MACHADO:  Your Honor, that's a good date for

21   me for Sandra Parker, although they've asked if they need to

22   be present in person or can they appear via Zoom?

23          THE COURT:  No, we'll continue to proceed by Zoom.

24   Obviously anybody who would like to be in person can be.

25   But absent a request, we'll presume -- well, let me put it

1    differently.  I'm going to presume we're going by Zoom, but

2    if your client wants to be there, please let me know.

3              MR. MACHADO:  Thank you.

4              MS. HERNANDEZ:  Your Honor, January 6th is a

5    Friday; is that correct?

6              THE COURT:  It is, yes.

7              MS. HERNANDEZ:  So I'm available.

8              Judge Kelly is going to sit, as you have been,

9    half days on Friday.

10             So you are setting the standard for these cases,

11   Your Honor.

12             THE COURT:  For better or for worse.

13             MS. HERNANDEZ:  So be kind.

14             THE COURT:  All right.

15             MR. ULLER:  Judge, the 6th works for us.

16             THE COURT:  All right.

17             So let's set down January 6th at 3:00 p.m. for a

18   next status conference.

19             JC, can you remind me if we're tolled through the

20   trial or only through today?

21             COURTROOM DEPUTY:  Your Honor, my understanding is

22   that we're only tolled through today.

23             THE COURT:  Okay.

24             Anybody object to the tolling of speedy trial

25   through the trial date of February 1?

1          MS. HALLER:  No, Your Honor.

2          MS. HERNANDEZ:  Are Mr. Uller's motions tolling

3    for us all?

4          MR. ULLER:  I think they are.

5          THE COURT:  I'm not going to make any predictions

6    about whether I have ruled on those in a reasonable amount

7    of time such that they continue to toll.  So if anyone is

8    inclined to object, please speak now or forever hold your

9    peace.

10         Okay.  So I'll exclude time through February 1 as

11   the interests of justice outweigh the interests of the

12   public and the defendants in a speedy trial; specifically,

13   the exclusion of time is warranted for the parties to

14   continue to meet the deadlines that are set forth in the

15   Pretrial Order; for the government to make any continued

16   discovery disclosures that may arise, including those that

17   arise from the Rhodes trial, as well as to afford the

18   defendants and their counsel additional time to continue to

19   prepare for trial.

20         All right.  With that, is there anything else

21   anybody would like to raise?

22         MR. MACHADO:  Your Honor, John Machado on behalf

23   of Sandra Parker.

24         I just wanted to let all the parties know that the

25   rescheduling of the physical-evidence viewing is

1    November 14th at 9:00 a.m.  So I'm sure that that's probably

2    a convenient date for other people to also have their

3    viewing at that time.  Thank you.

4           THE COURT:  All right.

5           So if there's nothing else that affects everybody

6    globally, then everybody can log out except for Mr. Cooper

7    and Ms. Steele.

8           (Pause)

9           COURTROOM DEPUTY:  Judge, this is JC, the

10   Courtroom Deputy.

11          I just wanted to notify you that I believe

12   Mr. Cooper left our hearing and is currently before

13   Magistrate Judge Upadhyaya.  I'll send the Courtroom Deputy

14   a note to notify Mr. Cooper.

15          THE COURT:  Okay.

16          Well, let me just ask.  I mean, it's not critical

17   that he be here for this response, which is:  Is the

18   government taking a position on the request?

19          MS. RAKOCZY:  We oppose just in light of the

20   nature of the allegations and charges in this case,

21   Your Honor.

22          THE COURT:  Okay.

23          PRETRIAL SERVICES OFFICER:  Also, this is John

24   Copes, Pretrial Services.

25          THE COURT:  Hi, Mr. Copes.

1          PRETRIAL SERVICES OFFICER:  Hello.

2          Pretrial Services will defer to the Court on any

3   change in the defendant's conditions of release.

4          THE COURT:  Okay.

5          Ms. Rakoczy, does the government intend to file

6   anything or just stand on its motion?

7          MS. RAKOCZY:  No, Your Honor.

8          THE COURT:  All right.

9          So I'll just take a look at the motion, and I

10  don't know that we need to drag Mr. Cooper out of his bond

11  hearing and I'll -- yes, Mr. Copes?

12         PRETRIAL SERVICES OFFICER:  Yes, Your Honor,

13  I'm sorry.

14         We also -- the Middle District of North Carolina

15  also had a request to add mental health treatment, as

16  directed by Pretrial Services, to the defendant's

17  conditions, which was mainly to allow the defendant

18  resources for treatment, paid for by Probation.

19         THE COURT:  So that is something I need Mr. Cooper

20  for.

21         So, Mr. Douyon, do you know whether we can pull

22  him out for a second or is he in the middle of a hearing?

23         COURTROOM DEPUTY:  I'll give the Courtroom Deputy

24  a call.  Just one moment.

25         THE COURT:  I guess otherwise what we can just ask

1  him is whether he would just -- well, find out if you can

2  pull him out quickly.  If you can't, then we'll figure out

3  another way to do this.

4          (Pause)

5          THE COURT:  All right.  JC, if you can't get ahold

6  of him, let's do this.

7          We'll bring him up to date about the request, he

8  can consult with Ms. Steele, and then he can just let us

9  know whether there's an objection to the request --

10  requested modification or not, okay?

11          COURTROOM DEPUTY:  Yes, Your Honor.

12          THE COURT:  Okay.

13          So we'll take care of that.

14          And then, Mr. Copes, we'll get back to you on that

15  based on what we hear back from counsel and Ms. Steele,

16  okay?

17          PRETRIAL SERVICES OFFICER:  Yes, Your Honor.

18  Thank you.

19          THE COURT:  All right.  Thank you, everybody.

20          (Proceedings concluded at 1:36 p.m.)

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:___January 19, 2023____     

William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5]   5/2 21/21
23/9 24/23 25/11
MR. BRENNWALD: [5]
10/15 11/10 11/19
11/24 12/3
MR. COOPER: [1]
12/4
MR. MACHADO: [6]
5/25 8/13 10/7 20/20
21/3 22/22
MR. ROSSI: [10]
13/13 13/18 15/4 15/6
16/14 17/18 17/21 18/1
18/6 18/10
MR. ULLER: [3]   18/18
21/15 22/4
MS. HALLER: [3]
12/21 13/5 22/1
MS. HERNANDEZ:
[10]   6/1 7/15 8/8 9/23
19/8 19/12 21/4 21/7
21/13 22/2
MS. RAKOCZY: [11]
6/8 7/1 14/4 14/19
15/15 17/3 18/9 20/10
20/18 23/19 24/7
MS. REDDEN: [2]
18/21 19/14
PRETRIAL SERVICES
OFFICER: [2]   23/23
24/1 24/12 25/17
THE COURT: [49]

0
0840 [1]   2/7

1
1000 [1]   3/17
10174 [1]   3/8
1025 [1]   3/3
12 [2]   14/20 17/13
12.1 [1]   16/18
12th [1]   8/1
1434 [1]   2/16
14th [1]   23/1
15 [1]   17/19
15th [1]   17/22
16 [1]   5/7
18 [1]   17/18
19 [2]   5/7 26/7
1:08 [1]   1/6
1:36 [1]   25/20
1st [17]   6/19 7/24 8/2
8/9 9/3 10/9 10/11
12/10 13/16 14/7 15/3
16/17 16/20 16/23 17/8
17/15 19/4

2
20 [2]   5/8 18/24
20001 [3]   2/7 2/15 4/6
20003 [1]   2/10
20007 [1]   3/4
20036 [1]   2/20
202 [5]   1/16 2/16 2/21
3/4 4/6

2023 [1]   26/7
20530 [1]   1/16
20777 [1]   2/3
21-28 [2]   1/4 5/3
212 [1]   3/9
214 [1]   3/23
22 [1]   3/17
221-9900 [1]   3/14
2310 [1]   3/13
240 [1]   2/3
252-6928 [1]   1/16
260-9900 [1]   3/18
2615 [1]   2/21
2747 [1]   3/9
28 [3]   1/4 1/5 5/3

3
301 [1]   2/11
310 [1]   2/6
3249 [1]   4/6
3300 [1]   3/21
333 [1]   4/5
3391 [1]   2/2
350 [1]   2/15
352-2615 [1]   2/21
354-3249 [1]   4/6
36th [1]   3/8
3:00 [1]   21/17
3:00 p.m [1]   20/17

4
400 [2]   2/14 3/3
400-1434 [1]   2/16
405 [1]   3/7
411 [1]   3/12
414 [1]   3/14
472-3391 [1]   2/3

5
503 [1]   2/6
53202 [1]   3/13
53703 [1]   3/18
555 [1]   1/15
5th [1]   2/14

6
601 [1]   2/19
608 [1]   3/18
6928 [1]   1/16
699-8429 [1]   3/23
6th [6]   6/14 7/18 20/15
21/4 21/15 21/17

7
700 [1]   3/22
703 [1]   2/7
7166 [1]   2/2
75219 [1]   3/22
7727 [1]   2/11
785-2747 [1]   3/9

8
8100 [1]   3/4
8429 [1]   3/23

9
900 [1]   2/19
922 [1]   2/10

965-8100 [1]   3/4
989-0840 [1]   2/7
9900 [2]   3/14 3/18
9:00 [1]   23/1

A
a.m [1]   23/1
ability [1]   9/21
able [5]   7/5 8/16 9/12
17/7 19/2
about [13]   10/6 10/21
11/4 11/5 11/6 11/19
12/3 12/22 19/22 20/3
20/5 22/6 25/7
above [1]   26/4
above-titled [1]   26/4
absent [1]   20/25
accidentally [1]   8/21
accommodate [1]   9/12
across [1]   6/14
actually [2]   11/14 13/1
add [2]   24/15
additional [2]   6/12
22/18
address [2]   12/18 14/4
advance [1]   20/14
advanced [1]   15/11
affect [1]   19/21
affects [1]   23/5
afford [1]   22/17
after [1]   12/17
afternoon [4]   5/2 5/23
7/15 12/21
ago [1]   17/13
ahead [3]   10/25 11/3
18/5
ahold [1]   25/5
aided [1]   4/8
AL [1]   1/6
alert [2]   8/3 16/10
Alexandra [1]   19/14
all [39]
All right [2]   21/14 24/8
allegations [1]   23/20
allow [1]   24/17
also [9]   15/18 15/20
16/8 18/7 19/2 23/2
23/23 24/14 24/15
alternate [1]   16/2
although [3]   10/18
16/23 20/21
Alvin [1]   5/5
am [2]   12/4 16/3
amenable [1]   20/8
AMERICA [2]   1/3 5/3
AMIT [1]   1/10
amount [3]   8/4 20/3
22/6
another [8]   7/6 11/7
11/17 13/24 14/2 14/2
18/8 25/3
answer [1]   10/20
answered [1]   18/7
anticipated [1]   15/10
any [15]   6/24 7/9 7/16
7/19 12/8 14/11 14/16
14/17 14/20 16/4 17/1

anybody [4]   16/12
20/24 21/24 22/21
anyone [2]   20/9 22/7
anything [4]   17/24
18/17 22/20 24/6
anywhere [1]   12/12
aol.com [1]   2/4
apologies [1]   19/15
apologize [2]   12/5
19/14
apparently [1]   8/16
appear [1]   20/22
APPEARANCES [4]
1/12 1/19 2/23 3/24
appearing [1]   5/21
approach [1]   19/19
appropriate [1]   10/10
Arden [1]   3/15
are [29]
arise [2]   22/16 22/17
arrange [1]   16/1
as [20]   7/24 7/24 9/7
9/11 12/7 12/9 12/9
13/20 14/8 15/3 15/24
16/15 19/19 19/19 20/1
21/8 22/10 22/17 22/17
24/15
ask [6]   8/24 9/24 12/17
16/10 23/16 24/25
asked [1]   20/21
assist [1]   9/21
assuaged [1]   12/8
assume [2]   9/10 10/2
assuming [1]   10/22
assumption [1]   10/8
attend [1]   7/5
ATTORNEY'S [1]   1/14
attorneys [1]   13/22
August [1]   6/12
AUSA [3]   19/1 19/9
19/14
available [3]   16/8
20/15 21/7
Avenue [6]   2/10 2/19
3/7 3/12 3/21 4/5
avoid [1]   9/16
aware [3]   7/9 16/4
18/16

B
back [2]   25/14 25/15
background [1]   7/17
Barrett [1]   4/5
based [1]   25/15
be [31]
because [5]   8/24 12/12
15/9 17/3 19/7
Beeks [4]   3/11 5/7 5/19
18/14
been [6]   6/12 11/13
12/25 14/10 14/12
14/19 19/8 21/8
before [12]   1/10 6/11
8/2 11/8 14/6 15/22
17/8 18/15 19/13 19/24
20/3 23/12
behalf [9]   7/13 8/12

anybody [4]   16/12
20 13/11 14/24
17/24 18/13 18/20
22/22
being [4]   11/13 11/16
13/7 19/2
believe [2]   6/18 23/11
believing [1]   9/1
below [1]   12/2
bench [1]   9/1
Bennie [3]   2/9 5/5 5/13
better [1]   21/12
between [2]   9/25 17/9
big [1]   20/8
Bill [1]   11/9
Bill Zaremba [1]   11/9
bleed [1]   8/9
bond [1]   24/10
books [1]   7/6
both [1]   15/2
bottom [1]   9/22
Boys [1]   7/25 8/4 8/5
bredden [1]   3/24
Brennwald [5]   2/9 2/9
5/13 10/14 12/4
briefly [1]   14/4
bring [2]   9/5 25/7
Britt [2]   3/20 5/20
Building [1]   2/20
busy [2]   12/25 13/20

C
call [1]   24/24
can [18]   5/24 9/8 10/20
11/21 14/25 15/4 16/1
16/1 16/4 20/22 20/24
21/19 23/6 24/21 24/25
25/1 25/8 25/8
can't [3]   18/2 25/2 25/5
cannot [1]   12/12
capacity [1]   9/17
Capitol [3]   13/24 16/3
16/6
care [2]   8/18 25/13
CARLTON [2]   3/2 3/7
carltonfields.com [2]
3/5 3/10
Carmen [2]   2/2 5/11
Carolina [1]   24/14
case [17]   5/3 7/4 8/1
8/2 8/3 8/4 8/5 8/6 8/24
9/1 9/20 10/8 10/10
12/24 15/24 16/10
23/20
cases [7]   6/14 6/17
7/21 7/22 16/8 17/10
21/10
certainly [1]   15/14
Certified [1]   4/4
certify [1]   26/2
CH [1]   4/5
challenges [1]   11/18
challenging [2]   11/18
17/3
change [1]   24/3
charged [1]   10/18
charges [1]   23/20
checking [1]   14/9
chernan7 [1]   2/4

**C**

Chuck [1]  13/25
client [3]  9/2 16/22 21/2
clients [1]  10/18
closer [2]  9/8 16/2
co [2]  8/3 13/25
co-counsel [1]  13/25
colleague [1]  14/8
colleagues [2]  12/8 12/11
COLUMBIA [2]  1/1 1/15
come [2]  12/11 12/12
coming [3]  7/18 7/25 16/8
comment [1]  15/5
commit [1]  9/19
Committee [1]  7/19
computer [1]  4/8
computer-aided [1] 4/8
concerned [1]  12/10
concerns [1]  12/8
concluded [1]  25/20
conditions [4]  12/18 14/12 24/3 24/17
conference [1]  1/9 6/3 21/18
confusion [1]  14/12
Congress's [1]  16/7
Connie [2]  2/18 5/6
consider [1]  19/24
conspiracy [3]  7/21 8/1 10/19
Constitution [1]  4/5
consult [1]  25/8
contact [3]  11/9 11/15 12/11
contingent [1]  16/7
continue [4]  20/23 22/7 22/14 22/18
continued [5]  2/1 3/1 4/1 8/24 22/15
contributor [2]  18/25 18/25
convenient [1]  23/2
conversations [2]  17/4 20/8
Cooper [11]  2/13 2/14 5/14 11/23 11/24 12/16 23/6 23/12 23/14 24/10 24/19
coordinated [2]  8/15 16/5
Copes [5]  4/2 23/24 23/25 24/11 25/14
copies [1]  10/24
copy [1]  11/17
correct [2]  21/5 26/3
cost [2]  11/4 11/19
could [7]  13/19 13/23 14/4 17/18 18/3 18/7 19/21
counsel [10]  6/7 7/4 7/13 13/25 15/21 15/23 15/25 16/10 22/18 25/15

couple [2]  13/18 18/2
course [1]  7/20
court [17]  1/1 4/3 4/4 6/11 8/3 8/8 8/20 9/1 9/23 11/4 11/9 11/14 11/20 12/9 16/15 17/14 24/2
Court's [1]  13/25
Courtroom [3]  23/10 23/13 24/23
courts [1]  9/21
CR [1]  1/4
Criminal [1]  5/3
critical [1]  23/16
CROWL [5]  1/6 2/2 5/4 5/11 7/14
CRR [2]  26/2 26/8
cs.com [1]  2/11
currently [1]  23/12
cusp [1]  9/9

**D**

D.C [8]  1/5 1/16 2/7 2/10 2/15 2/20 3/4 4/6
dailies [3]  10/22 11/13 11/16
Dallas [1]  3/22
data [1]  20/3
date [23]  6/5 7/6 8/15 8/21 13/1 13/4 13/4 14/2 14/2 15/8 15/17 15/22 16/2 19/3 19/5 19/20 19/25 20/18 20/20 21/25 23/2 25/7 26/7
dates [1]  15/17 16/2 16/4
days [1]  21/9
deadline [10]  6/18 11/9 12/23 13/16 14/10 15/3 16/13 17/1 17/12 17/13
deadlines [2]  6/17 22/14
December [10]  8/1 13/4 13/5 13/16 14/18 15/14 16/17 16/20 16/23 17/8
December 1st [1] 16/20
decisions [2]  9/7 10/5
defendant [27]
Defendant Beeks [1] 5/19
Defendant Meggs [1] 5/15
defendant's [2]  24/3 24/16
defendants [5]  1/7 5/21 10/4 22/12 22/18
DEFENDER [2]  3/11 3/16
defense [8]  6/7 7/12 13/4 13/16 14/8 15/3 15/11 17/16
defenses [2]  14/11 14/21
defer [1]  24/2
definitely [1]  15/22

department [1]  11/6
Deputy [3]  23/10 23/13 24/23
desirous [1]  20/9
detention [1]  12/5
Did [1]  13/15
didn't [4]  8/16 8/17 8/17 13/22
different [2]  11/14 16/13
differently [1]  21/1
directed [1]  24/16
disclosure [5]  14/16 14/17 15/9 15/13 16/13
disclosures [1]  22/16
discovery [14]  6/12 6/13 6/15 6/24 7/10 7/16 7/22 8/4 18/23 18/24 18/24 19/2 19/3 22/16
discovery-related [1] 7/10
discussed [2]  15/17 15/20
dismissal [1]  19/13
dispute [1]  7/7
disputes [2]  6/24 7/10 7/16
DISTRICT [5]  1/1 1/1 1/10 1/15 24/14
do [9]  6/9 9/15 11/21 15/18 15/24 20/13 24/21 25/3 25/6
does [2]  16/12 24/5
doesn't [2]  15/8 16/1
doing [1]  15/20
don't [11]  6/6 7/16 7/19 7/22 8/9 8/19 9/5 11/6 15/7 16/18 24/10
done [2]  12/17 13/24 13/25
DONOVAN [1]  1/6 5/4
Douyon [1]  24/21
down [2]  12/14 21/17
drag [1]  24/10
dropped [1]  12/6

**E**

earlier [1]  8/22 9/25
early [1]  9/14
East [2]  3/12 3/17
Edwards [1]  1/14 5/9
eight [2]  9/17 10/4
else [4]  17/24 18/17 22/20 23/5
Email [12]  1/17 1/18 2/4 2/8 2/11 2/16 2/21 3/5 3/9 3/14 3/19 3/23
end [1]  8/2
essentially [1]  6/15
ET [1]  1/6
ettinger [4]  3/15 3/19 5/18 18/13
Eugene [2]  3/2 5/16
even [1]  20/16
event [1]  20/16
ever [1]  15/10
everybody [10]  5/24

department [1]  11/6
20/2 20/7 23/5 23/6 25/19
everybody's [1]  18/4
everyone [4]  5/23 9/10 19/17 19/23
evidence [9]  7/3 13/21 15/16 15/16 15/18 15/20 15/25 18/2 22/25
except [1]  23/6
exclude [1]  22/10
exclusion [1]  22/13
expect [1]  10/11
expert [9]  6/18 12/23 13/1 13/3 13/4 14/8 14/16 14/17 16/21
expert-notice [1]  6/18
experts [1]  13/15
explain [1]  10/10
exploring [1]  17/6
expressed [1]  14/25
extended [1]  17/14
extending [1]  17/11
extension [1]  17/20
extensive [1]  7/22
extent [1]  8/20
extremely [1]  13/20

**F**

fair [1]  20/2
far [2]  7/24 12/9
fd.org [2]  3/14 3/19
February [21]  6/5 6/21 7/24 8/2 8/9 8/21 9/3 9/14 10/3 10/5 10/9 10/11 12/10 12/12 16/2 19/4 19/25 20/5 20/14 21/25 22/10
FEDERAL [2]  3/11 3/16
feeds [1]  18/3
few [2]  6/12 7/7
FIELDS [2]  3/2 3/7
figure [2]  20/2 25/2
file [3]  10/9 19/13 24/5
find [2]  10/3 25/1
fine [1]  10/11
first [4]  6/17 8/3 10/6 14/6
fist [1]  9/11
five [4]  7/25 8/3 9/13 9/13
five-co-defendant [1] 8/3
five-week [1]  7/25
Floor [1]  3/8
folks [1]  9/15
foregoing [1]  26/3
forever [1]  22/8
forget [1]  14/6
forgive [1]  16/14
forth [1]  22/14
Fourth [1]  1/15
Friday [2]  21/5 21/9
full [1]  20/5

**G**

game [1]  11/3

gather [1]  16/21
Gene [1]  13/13
get [7]  7/6 8/16 8/17 11/2 11/7 25/5 25/14
getting [4]  8/20 11/3 12/14 19/2
give [4]  9/25 13/20 17/19 24/23
given [2]  11/16 20/12
global [1]  6/13
globally [1]  23/6
gmail.com [1]  2/8
go [4]  9/14 10/5 18/5 20/1
going [15]  7/23 8/9 8/20 9/2 10/3 10/9 10/11 10/17 14/1 17/16 18/8 21/1 21/1 21/8 22/5
good [6]  5/2 5/23 7/15 12/21 20/18 20/20
got [1]  12/13
government [1]  1/13 5/10 7/10 8/15 13/3 14/7 15/3 17/7 17/9 20/4 20/7 20/19 22/15 23/18 24/5
government's [6]  6/10 6/19 7/1 7/8 11/8 14/16
Greene [5]  3/20 5/8 5/20 13/25 18/20
grossi [1]  3/5
group [3]  9/4 9/11 10/6
groups [2]  9/4 20/13
guess [6]  7/20 7/20 8/5 12/22 12/25 24/25
guide [1]  11/11

**H**

had [14]  7/3 8/21 8/22 12/5 14/7 14/7 14/22 14/23 14/24 15/2 15/16 17/4 17/4 24/15
half [1]  21/9
Haller [2]  2/18 2/18 5/15 12/20
hallerjulia [1]  2/21
happening [1]  19/20
has [7]  10/25 12/13 13/3 13/25 16/5 17/9 17/14
hat [1]  12/14
have [37]
haven't [1]  13/1
having [3]  16/21 20/8 20/9
he [6]  11/11 23/17 24/22 25/1 25/7 25/8
he's [2]  11/25 14/1
health [3]  24/15
hear [3]  5/24 18/2 25/15
heard [1]  12/7
hearing [7]  12/6 15/12 15/20 19/13 23/12 24/11 24/22
Hello [1]  24/1
her [1]  8/18

**H**

here [6]  6/3 11/3 11/25
12/4 13/14 23/17
Hernandez [6]  2/2 5/11
7/13 19/1 19/7 19/11
Hi [1]  23/25
Highland [1]  2/3
him [6]  12/1 24/22 25/1
25/2 25/6 25/7
his [1]  24/10
hold [1]  22/8
holding [1]  19/8
holds [1]  15/14
holiday [1]  17/9
Hollow [1]  2/2
Honor [39]
HONORABLE [1]  1/10
hope [1]  13/23
hopeful [1]  19/23
hopefully [1]  20/7
how [4]  6/4 7/22 16/8
19/22
however [1]  19/21

**I**

I am [1]  16/3
I apologize [1]  19/14
I believe [2]  6/18 23/11
I can [2]  9/8 14/2
I can't [1]  18/2
I didn't [2]  8/16 8/17
I don't [1]  8/9
I don't have [1]  11/6
I guess [5]  7/20 7/20
12/22 12/25 24/25
I have [6]  8/15 10/16
11/21 12/8 13/8 22/6
I haven't [1]  13/1
I hope [1]  13/23
I just [5]  8/2 8/23 12/7
14/13 23/11
I know [12]  6/17 7/3
9/3 10/17 10/18 10/25
11/2 11/13 13/20 15/18
16/6 18/23
I mean [4]  9/16 11/7
16/17 23/16
I think [15]  6/11 6/17
7/4 7/17 9/7 14/19
14/22 14/24 16/17 17/4
17/5 17/6 18/24 19/17
22/4
I was [2]  8/16 14/1
I will [2]  15/23 16/10
I'd [1]  11/1
I'll [18]  6/7 8/10 8/21
9/6 10/9 11/20 11/20
12/9 12/17 17/19 18/9
19/12 20/6 22/10 23/13
24/9 24/11 24/23
I'll -- yes [1]  24/11
I'll look [1]  18/9
I'm [25]  7/9 7/9 7/24
8/23 9/5 10/2 10/22
10/23 11/3 11/19 11/24
12/9 13/7 14/14 15/10
15/19 15/19 18/15
19/22 20/16 21/1 21/7

I'm going [1]  21/1
I'm just [4]  7/24 10/23
11/19 14/14
I'm not [3]  7/9 20/16
22/5
I'm not sure [2]  15/10
15/19
I'm sorry [3]  9/5 13/7
24/13
I'm sure [1]  23/1
I've [5]  12/10 12/11
12/25 13/24 16/12 17/5
23/9 23/13
ideal [1]  15/24
immense [1]  8/4
immensity [1]  8/25
impact [1]  9/20
important [1]  17/15
INC [1]  3/12
incapacity [1]  14/20
inclined [1]  22/8
including [1]  22/16
information [1]  16/22
20/3
inquire [1]  16/5
inquiring [1]  11/4
insanity [1]  14/20
intend [1]  24/5
interest [1]  14/25
interests [2]  22/11
22/11
interference [1]  15/19
interview [1]  16/22
involved [1]  8/25
is [64]
is that correct [1]  21/5
is that right [1]  13/2
is there [2]  17/1 22/20
Isaacs [7]  3/2 5/7 5/17
13/12 13/14 14/24
17/25
issue [5]  9/5 13/23
14/22 17/7 19/18
issues [3]  7/8 13/8
13/19
it [25]  6/20 8/20 9/5
9/13 11/6 12/13 13/24
13/25 14/10 14/19
15/24 16/6 17/15 17/16
18/4 18/9 18/11 18/24
18/25 19/14 19/21 20/2
20/9 20/25 21/6
It would be [1]  15/24
it's [7]  7/7 8/9 9/1 9/5
11/3 17/3 23/16
its [1]  24/6
itself [1]  15/8

**J**

James [2]  3/11 5/7
January [7]  6/14 7/18
20/15 20/16 21/4 21/17
26/7
January 6th [4]  6/14
7/18 20/15 21/17
JC [3]  21/19 23/9 25/5
Jefferson [1]  3/3
Jeffrey [2]  1/13 5/9

Jencks [2]  11/1 11/8
jessica [3]  3/15 3/19
5/18
John [6]  2/5 2/5 4/2
5/12 22/22 23/23
johnlmachado [1]  2/8
Joseph [1]  3/2
joshua [3]  3/11 3/14
5/18
JUDGE [8]  1/10 8/10
18/6 18/18 21/8 21/15
23/9 23/13
Judge Kelly [2]  8/10
21/8
judges [1]  12/6
Juli [2]  2/18 5/15
JULIA [1]  2/18
just [39]
justice [1]  22/11

**K**

Kate [1]  12/23
Kathryn [2]  1/13 5/9
kathryn.rakoczy [1]
1/17
keep [2]  8/10 11/20
Keepers [1]  8/6
Kelly [2]  8/10 21/8
kick [1]  6/6
kind [3]  11/3 15/13
21/13
know [33]
knows [1]  18/4

**L**

Larry [1]  5/14
last [1]  6/11
later [3]  11/2 11/8
17/17
latest [1]  18/23
Laura [2]  2/13 5/6
LAW [4]  2/5 2/13 2/18
3/21
Lawn [1]  3/21
least [2]  9/2 16/13
left [1]  23/12
Leigh [1]  1/13
let [12]  7/12 12/9 15/5
15/23 18/9 19/18 20/12
20/25 21/2 22/24 23/16
25/8
let's [2]  21/17 25/6
letting [1]  8/8
Lexington [1]  3/7
light [1]  23/19
like [6]  9/16 16/23 18/4
18/24 20/24 22/21
line [1]  9/12
listed [1]  18/25
little [1]  12/7
LLP [1]  2/9
log [1]  23/6
logistical [2]  9/18
10/16
look [4]  17/7 18/9
18/18 24/9
looking [2]  19/1 19/3

**M**

Machado [6]  2/5 2/5
5/12 8/12 15/17 22/22
made [4]  14/17 14/18
15/13 16/8
Madison [1]  3/18
magistrate [2]  12/6
23/13
Magistrate Judge [1]
23/13
magistrate judges [1]
12/6
mainly [1]  24/17
make [7]  8/4 8/9 9/7
10/5 18/3 22/5 22/15
many [2]  6/9 16/8
Marshals [1]  9/18
matter [2]  9/12 26/4
may [8]  7/18 9/11 9/14
11/15 14/10 14/12
14/19 22/16
maybe [2]  7/5 9/3
MD [1]  2/3
me [14]  5/24 7/12 9/25
10/12 12/6 15/5 15/7
18/15 19/18 20/21
20/25 21/2 21/19 23/16
mean [5]  9/9 9/16 11/7
16/17 23/16
mechanical [1]  4/8
medical [1]  14/12
meet [1]  22/14
Meggs [5]  2/18 5/6
5/15 12/20 13/8
MEHTA [1]  1/10
mental [3]  14/11 14/20
24/15
Merit [1]  4/3
Michael [2]  3/20 5/8
mid [1]  8/15
mid-November [1]
8/15
middle [2]  24/14 24/22
Mifflin [1]  3/17
might [1]  14/7
Milwaukee [1]  3/13
mind [1]  11/20
mindful [1]  20/7
minds [1]  14/7
mine [1]  14/8
Mink [1]  2/2
minor [1]  8/13
missing [1]  7/9
mistake [1]  19/10
misunderstanding [1]
8/22
mix [1]  11/15
modification [1]  25/10
modify [1]  12/18
moment [1]  24/24
months [2]  9/10 17/8
more [5]  9/13 9/25 15/3
16/9 16/19
most [2]  9/12 12/10
mostly [1]  6/13
motion [1]  10/9 10/10

2/18 24/6 24/9

motions [3]  17/13
18/16 22/2
move [1]  9/7
moving [3]  6/16 8/11
19/24
Mr [1]  11/24
Mr. [33]
Mr. Beeks [1]  18/14
Mr. Brennwald [2]
10/14 12/4
Mr. Cooper [7]  11/23
12/16 23/6 23/12 23/14
24/10 24/19
Mr. Copes [3]  23/25
24/11 25/14
Mr. Crowl [1]  7/14
Mr. Douyon [1]  24/21
Mr. Greene [1]  18/20
Mr. Isaacs [4]  13/12
13/14 14/24 17/25
Mr. Machado [2]  8/12
15/17
Mr. Rossi [8]  13/11
14/24 15/2 16/12 17/5
17/24 18/5 18/12
Mr. Uller [2]  18/13
18/15
Mr. Uller's [1]  22/2
Ms [1]  18/20
Ms. [24]  6/6 7/13 8/12
8/17 10/19 12/20 12/20
13/8 13/11 13/13 13/19
13/25 16/16 16/19
16/23 17/2 18/7 18/13
19/7 19/11 23/7 24/5
25/8 25/15
Ms. Ettinger [1]  18/13
Ms. Haller [1]  12/20
Ms. Hernandez [3]
7/13 19/7 19/11
Ms. Meggs [2]  12/20
13/8
Ms. Napierala [3]
13/11 13/13 13/25
Ms. Parker [1]  13/2
Ms. Rakoczy [10]  6/6
8/17 10/19 13/19 16/16
16/19 16/23 17/2 18/7
24/5
Ms. Steele [3]  23/7
25/8 25/15
much [1]  18/10
mute [1]  18/4
my [6]  9/2 10/21 12/7
13/25 19/15 21/21
myself [1]  19/8

**N**

name [1]  12/13
named [1]  5/13
Napierala [5]  3/6 5/16
13/11 13/13 13/25
Natalie [2]  3/6 5/16
nature [1]  23/20
near [1]  12/12
need [11]  9/14 9/19
9/19 11/15 15/13 16/9

**N**

need... [5] 20/12 20/13 20/21 24/10 24/19
Nestler [2] 1/13 5/9
never [1] 14/23
new [2] 3/8 16/8
next [2] 6/18 21/18
nnapierala [1] 3/10
no [11] 1/4 5/3 5/4 13/8 18/18 19/10 19/16 20/15 20/23 22/1 24/7
noise [1] 15/19
North [1] 24/14
North Carolina [1] 24/14
not [19] 6/9 7/1 7/4 7/7 7/9 9/17 10/18 11/17 13/7 14/2 15/10 15/19 16/3 17/6 19/8 20/16 22/5 23/16 25/10
note [1] 23/14
nothing [1] 23/5
notice [8] 6/18 13/15 14/11 14/20 14/23 14/25 17/16 19/13
notify [2] 23/11 23/14
notion [1] 7/17
November [16] 6/18 8/15 9/9 13/1 13/3 14/7 14/16 15/3 15/17 15/23 16/17 17/14 17/18 17/19 17/22 23/1
November 14th [1] 23/1
now [5] 7/10 9/9 11/25 20/1 22/8
number [1] 9/20
NW [6] 1/15 2/6 2/14 2/19 3/3 4/5
NY [1] 3/8

**O**

Oak [1] 3/21
Oath [1] 8/6
object [2] 21/24 22/8
objection [2] 17/1 25/9
obviously [5] 9/24 10/20 17/9 20/13 20/24
October [1] 1/5
off [4] 6/6 7/25 9/15 12/10
office [4] 1/14 2/5 2/13 16/5
officer [2] 4/2 16/15
OFFICES [1] 2/18
Official [1] 4/4
Oh [3] 12/1 13/18 15/6
okay [26] 5/24 6/22 7/11 8/7 10/7 10/13 12/15 13/5 13/10 13/18 16/11 16/16 16/25 17/21 18/19 19/6 19/17 20/9 21/23 22/10 23/15 23/22 24/4 25/10 25/12 25/16
one [14] 6/17 7/5 7/7 9/20 10/1 10/16 11/6 12/6 13/19 15/25 17/10

only [6] 7/5 9/17 10/15 17/8 21/20 21/22
oppose [1] 23/19
options [1] 19/24
orally [1] 16/13
order [4] 14/9 14/15 15/8 22/15
ordered [2] 10/22 11/13
ordering [1] 10/24
Orlando [1] 14/1
other [8] 9/21 9/21 10/10 17/10 18/1 19/4 19/20 23/2
others [1] 16/22
otherwise [2] 13/8 24/25
our [14] 6/3 6/4 6/17 6/21 7/22 10/18 11/9 12/13 14/7 14/12 16/5 16/21 16/22 23/12
ourselves [1] 10/8
out [16] 7/18 9/10 9/13 14/13 14/25 16/1 19/8 19/21 20/2 20/6 23/6 24/10 24/22 25/1 25/2 25/2
outcome [1] 19/23
outlook.com [1] 2/21
outstanding [3] 6/25 7/7 7/8
outweigh [1] 22/11
over [4] 7/3 11/1 12/13 19/13

**P**

P.A [2] 3/2 3/7
p.m [4] 1/6 20/17 21/17 25/20
paid [1] 24/18
Parker [10] 2/5 2/9 5/5 5/5 5/12 5/13 8/12 9/2 20/21 22/23
parties [2] 22/13 22/24
passed [1] 17/13
Pause [2] 23/8 25/4
pcooper [1] 2/17
peace [1] 22/9
Pennsylvania [2] 2/10 2/19
people [4] 8/25 9/17 10/22 23/2
people's [1] 19/22
person [3] 16/5 20/22 20/24
perspective [5] 6/19 6/21 6/25 7/2 7/8
pertain [1] 7/19
Peter [3] 2/13 2/14 5/14
petercooperlaw.com [1] 2/17
phase [2] 6/16 6/16
physical [5] 7/3 8/14 14/11 15/25 22/25
physical-evidence [1] 22/25

planning [1] 8/24
please [2] 21/2 22/8
PLLC [1] 3/21
point [1] 11/1
Police [1] 16/6
position [2] 10/4 23/18
potentially [2] 14/25 20/13
pre [1] 12/8
pre-assuaged [1] 12/8
predictions [1] 22/5
preparation [1] 6/16
prepare [1] 22/19
prepared [3] 9/14 11/14 11/16
preparing [1] 6/20
present [1] 20/22
presents [1] 9/17
presume [2] 20/25 21/1
pretrial [10] 4/2 6/17 14/9 14/15 15/8 15/9 22/15 23/24 24/2 24/16
Prettyman [1] 4/5
price [1] 11/4
primarily [1] 9/18
prior [1] 15/12
privilege [1] 19/12
probably [2] 19/18 23/1
Probation [1] 24/18
problem [1] 19/16
problems [1] 9/17
proceed [1] 19/22 20/23
proceeding [1] 20/5
proceedings [7] 1/9 4/8 5/22 19/20 19/21 25/20 26/4
process [1] 16/21
produced [1] 4/8
producing [1] 11/17
productions [2] 6/13 6/13
progressing [1] 6/4
promising [1] 6/23
Proud [3] 7/25 8/4 8/5
public [1] 21/12
pull [2] 24/21 25/2
put [3] 9/24 14/13 20/25
putting [1] 14/25

**Q**

question [3] 10/15 10/21 12/22
questions [1] 11/12
quickly [1] 25/2

**R**

raise [2] 19/18 22/21
raised [1] 14/22
Rakoczy [12] 1/13 5/9 6/6 8/17 10/19 13/19 16/16 16/19 16/23 17/2 18/7 24/5
rather [1] 11/1 11/2

Ray [1] 5/4
reading [1] 14/14
ready [3] 8/20 12/14 19/4
real [1] 9/18
realized [1] 13/1
really [1] 17/15
Realtime [1] 4/4
reason [1] 14/6
reasonable [1] 22/6
recall [1] 15/7
received [1] 14/23
reciprocal [1] 14/17
record [1] 26/3
recorded [1] 4/8
Redden [3] 3/20 3/21 5/20 18/20
reddenlawtexas.com [1] 3/24
Registered [1] 4/3
related [4] 6/14 7/10 14/11 17/10
release [2] 12/19 24/3
remaining [1] 15/25
remind [2] 18/15 21/19
remotely [1] 5/21
reporter [5] 4/3 4/3 4/4 4/4 11/9
reporters [1] 11/15
request [6] 18/24 20/25 23/18 24/15 25/7 25/9
requested [1] 25/10
rescheduling [1] 22/25
resources [2] 9/20 24/18
respect [3] 12/11 15/15 16/3
respond [2] 15/4 17/8
response [1] 23/17
review [4] 13/21 18/1 18/6 19/3
reviewing [1] 7/20
rewards [1] 20/4
Rhodes [5] 9/12 10/17 12/25 15/21 22/17
right [29]
risks [1] 20/3
RMR [2] 26/2 26/8
Road [1] 2/2
ROBERTSON [1] 2/9
Rossi [11] 3/2 5/16 13/11 13/13 14/24 15/2 16/12 17/5 17/24 18/5 18/12
RSVP [2] 8/17 8/17
Rule [3] 14/20 16/18 17/13
Rule 12 [2] 14/20 17/13
Rule 12.1 [1] 16/18
ruled [1] 22/6
Ruth [1] 5/5

**S**

said [5] 12/23 12/23 15/12 16/17 20/1
Sandra [6] 2/5 5/5 5/12

say [1] 13/15
saying [1] 10/2
schedule [2] 7/24 8/1
scheduled [1] 8/22
scheduling [4] 8/23 14/9 15/16 16/7
SE [1] 2/10
second [5] 8/19 9/25 13/23 15/21 24/22
seditious [2] 7/21 10/19
see [6] 6/3 8/14 9/22 11/20 12/1 16/1
seems [1] 6/20
send [1] 23/13
sense [1] 13/20
SERVICES [6] 3/11 3/16 4/2 23/24 24/2 24/16
session [2] 18/1 18/6
set [5] 13/21 16/12 20/13 21/17 22/14
setting [2] 12/11 21/10
sfbrennwald [1] 2/11
shake [1] 19/1
shall [2] 14/17 14/18
she [2] 12/23 13/21
she's [2] 13/20 18/7
shifting [1] 6/20
should [2] 9/10 10/2
sic [1] 19/1
side [1] 6/10
similar [2] 8/5 10/21
simple [1] 17/7
simply [1] 15/9
Since [1] 6/11
sit [1] 21/8
smirking [1] 19/7
so [43]
so I think [3] 15/2 17/12 19/1
solidly [1] 6/20
some [11] 8/23 9/7 9/15 10/5 10/19 10/20 11/1 14/6 15/17 17/13 17/16
something [4] 7/9 8/22 12/22 24/19
somewhat [1] 10/21
soon [1] 7/6
sooner [2] 11/2 11/8 17/16
sorry [4] 9/5 12/3 13/7 24/13
sort [1] 14/22
sounds [1] 6/23
speak [1] 22/8
specific [1] 15/8
specifically [1] 22/12
speedy [2] 21/24 22/12
spending [1] 18/16
split [1] 9/15
splits [1] 9/23
splitting [2] 9/4 9/4
square [1] 12/1
St [1] 3/3
stand [1] 24/6

**S**

standard [1] 21/10
standing [2] 5/14
11/24
start [2] 7/13 7/25
STATES [4] 1/1 1/3
1/10 5/3
status [3] 1/9 6/3 21/18
stay [1] 12/17
Steele [6] 2/13 5/6 5/14
23/7 25/8 25/15
stenography [1] 4/8
Stephen [2] 2/9 5/13
still [4] 7/17 9/1 9/10
18/16
Street [4] 1/15 2/6 2/14
3/17
subsection [1] 16/18
subsequent [1] 9/15
such [5] 14/25 15/10
16/9 17/16 22/7
suggesting [1] 17/5
Suite [7] 2/6 2/15 2/19
3/3 3/13 3/17 3/22
summer [1] 7/4
supposed [2] 8/2
20/16
sure [7] 6/4 8/23 15/5
15/10 15/19 18/3 23/1
system [1] 16/9

**T**

take [3] 16/20 24/9
25/13
taking [1] 23/18
talk [1] 9/3
telephone [1] 15/18
tell [4] 8/10 9/6 9/8
18/7
terms [1] 16/7
testimony [3] 7/21
10/20 10/24
than [7] 9/13 11/2 11/8
16/19 17/17 18/11 19/4
thank [16] 6/8 8/18
10/12 12/4 12/16 13/5
17/21 17/22 18/10
18/12 18/18 20/10 21/3
23/3 25/18 25/19
Thank you [11] 10/12
12/16 13/5 17/21 17/22
18/10 18/12 18/18 21/3
23/3 25/19
Thanksgiving [1]
15/23
that [108]
that's [13] 7/23 8/3 9/8
10/11 10/11 11/21 15/2
18/11 19/17 20/8 20/18
20/20 23/1
their [5] 9/21 18/3
19/24 22/18 23/2
them [1] 7/19
then [13] 6/7 7/12 10/9
14/19 15/15 17/24 19/2
20/3 20/12 23/6 25/2
25/8 25/14
there [19] 6/12 6/24

14/10 14/13 15/1 15/10
17/1 17/15 17/24 18/17
18/23 19/20 20/6 21/2
22/20
there's [6] 8/4 14/1
14/2 16/9 23/5 25/9
these [3] 5/22 6/14
21/10
they [8] 9/19 12/12
17/5 19/22 20/21 20/22
22/4 22/7
they're [4] 7/17 9/11
10/3 17/6
they've [1] 20/21
thing [1] 8/19
things [6] 6/4 6/6 8/10
8/13 8/25 18/22
think [21] 6/11 6/17 7/4
7/17 9/7 11/16 14/19
14/22 14/24 15/2 16/12
16/17 17/4 17/5 17/6
17/12 17/15 18/24 19/1
19/17 22/4
thinking [1] 19/22
thinks [1] 11/4
this [25] 5/3 7/4 8/5
8/25 9/4 9/6 10/1 10/20
12/24 13/9 15/23 16/10
17/6 17/10 17/12 18/7
19/19 19/20 20/4 23/9
23/17 23/20 23/23 25/3
25/6
This is [1] 5/3
Thomas [1] 3/3
those [6] 10/23 11/12
16/7 19/21 22/6 22/16
thought [1] 11/6
three [3] 9/10 11/14
11/15
through [6] 16/5 21/19
21/20 21/22 21/25
22/10
throw [1] 20/6
till [1] 17/19
time [9] 9/25 13/9
17/11 17/13 22/7 22/10
22/13 22/18 23/3
titled [1] 26/4
today [2] 21/20 21/22
toll [1] 22/7
tolled [2] 21/19 21/22
tolling [1] 21/24 22/2
too [2] 6/9 20/4
took [1] 8/18
top [1] 13/7
tour [2] 13/24 18/8
tours [3] 16/3 16/4
16/9
track [2] 6/4 6/21
transcript [3] 1/9 4/8
26/3
transcription [1] 4/8
transcripts [5] 7/18
10/21 10/23 11/2 11/7
treatment [2] 24/15
24/18
tremendous [1] 9/19

trial-preparation [1]
6/16
trials [3] 9/21 9/24
12/12
tried [1] 8/14
Troy [2] 1/14 5/9
true [1] 20/4
try [1] 11/20
trying [1] 8/6
turn [2] 6/7 7/12
turned [1] 11/1
turns [1] 9/13
twice [1] 13/24
two [7] 7/5 7/21 9/4
9/24 13/19 17/8 17/20
two-week [1] 17/20
TX [1] 3/22
type [1] 15/9

**U**

U.S [2] 1/14 15/21
uller [5] 3/11 3/14 5/18
18/13 18/15
Uller's [1] 22/2
understand [2] 14/3
17/14
understanding [1]
21/21
UNITED [4] 1/1 1/3
1/10 5/3
United States of [1]
5/3
unless [2] 7/9 11/25
unspoken [1] 19/19
until [1] 17/14
up [6] 6/15 9/4 9/4 9/5
13/21 25/7
Upadhyaya [1] 23/13
upcoming [2] 12/23
16/4
updates [1] 6/9
upon [1] 16/7
us [8] 7/19 10/24 17/15
18/8 20/12 21/15 22/3
25/8
usdoj.gov [2] 1/17
1/18
usual [1] 12/7

**V**

various [1] 10/24
versus [2] 5/4 15/21
via [2] 1/9 20/22
view [1] 10/24
viewing [8] 7/3 8/14
15/16 15/18 15/20
15/25 22/25 23/3
vs [1] 1/5

**W**

wait [1] 9/22
want [3] 8/23 11/7
19/22
wanted [3] 14/13 22/24
23/11
wants [2] 20/1 21/2
warned [1] 12/10

warranted [1] 24/13
was [11] 8/16 9/3 9/13
14/1 14/10 17/12 18/23
18/24 19/1 19/14 24/17
Washington [8] 1/5
1/16 2/7 2/10 2/15 2/20
3/4 4/6
wasn't [1] 18/25
way [1] 11/7 25/3
we [46]
we will [4] 7/5 7/20 9/7
15/22
we'll [1] 7/13 9/22
10/5 17/10 20/1 20/23
20/25 25/2 25/7 25/13
we're [10] 6/3 6/4 8/20
9/10 10/9 12/17 18/8
21/1 21/19 21/22
We've [1] 12/13
week [3] 6/18 7/25
17/20
well [10] 6/23 10/25
14/8 15/24 18/16 19/17
20/25 22/17 23/16 25/1
well-aware [1] 18/16
were [6] 6/11 7/5 9/12
West [1] 3/3
what [11] 8/19 9/6
10/23 11/4 11/20 15/19
17/5 19/3 19/24 24/25
25/15
what's [1] 8/5
whatever [1] 19/23
when [3] 13/20 16/7
17/13
where [2] 8/16 10/4
whether [4] 22/6 24/21
25/1 25/9
which [5] 9/20 17/19
19/19 23/17 24/17
who [7] 9/14 9/18 10/4
13/22 16/5 18/4 20/24
who's [1] 10/6
why [2] 6/6 15/2
WI [2] 3/13 3/18
will [13] 7/5 7/20 7/21
9/2 9/7 10/20 11/11
15/22 15/23 16/10
19/23 20/2 24/2
William [4] 4/3 5/7 26/2
26/8
willing [1] 16/19
WISCONSIN [3] 3/12
3/12 3/16
wish [1] 10/5
witness's [1] 10/24
wondering [2] 10/23
14/1
work [1] 16/1
works [1] 21/15
worried [1] 11/19
worse [1] 21/12
would [18] 9/16 9/19
9/19 9/20 9/24 11/16
11/17 13/21 15/10
15/13 15/13 15/24
16/19 16/23 19/10

30/24 22/21 25/1
wrapping [1] 6/15
written [1] 12/13

**Y**

Yeah [1] 14/14
yes [14] 5/25 6/1 6/8
8/13 13/13 13/17 16/14
18/21 20/10 21/6 24/11
24/12 25/11 25/17
York [1] 3/8
you [43]
You'll [1] 15/7
your [46]
Your Honor [32]

**Z**

Zaremba [4] 4/3 11/9
26/2 26/8
ZOOM [4] 1/9 20/22
20/23 21/1
Zsuzsa [1] 2/18