IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) ) | Criminal No. 1:21-cr-00028-APM |
| **CONNIE MEGGS,** | ) ) ) | |
| **Defendant.** | ) ) | |

**DEFENDANT CONNIE MEGGS NOTICE OF JOINDER**

COMES NOW Defendant Connie Meggs by undersigned counsel, and hereby sets forth that Ms. Meggs joins and adopts the filing by Mr. Isaacs at ECF 849, MOTION for Hearing To Cure Right to Counsel & Due Process Violations.

Respectfully submitted,

　　 */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

　　 */s/ Juli Z. Haller**
Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

## Certificate of Electronic Service

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                            */s/* Juli Z. Haller
                                            Juli Z. Haller, DC 466921