IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 1:21-cr-00028-APM |
| v. | ) |
| | ) |
| CONNIE MEGGS, SANDRA PARKER, | ) |
| BENNIE PARKER, LAURA STEELE, | ) |
| MICHAEL GREENE, WILLIAM | ) |
| ISAACS, | ) |
| | ) |
| **Defendants** | |

**ORDER**

Based upon Defendants Connie Meggs, Sandra Parker, Bennie Parker, Laura Steele, Michael Greene and William Isaacs' Motion in Limine to bar the introduction by the government of statements by Stewart Rhodes, Thomas Caldwell and Ken Harrelson as they have been acquitted of participation in a Conspiracy to Obstruct a Congressional Proceeding under 18 U.S.C. §1512(k), and Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the entire record before this court; because they are not members of the same conspiracy, as a matter of law.  As such their statements constitute hearsay with no other exceptions applicable to these Defendants, and similarly, with no bad acts applicable to these Defendants, it is therefore, hereby Ordered that, the Defendants' Joint Motion in Limine is GRANTED.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*