US v. S. Parker, et al. (21-cr-28-9)
Connie Meggs Exhibit List

| Exhibit Number | Description | Date Identified | Received in Evidence | Witness | Misc. Notes |
|---|---|---|---|---|---|
| CM.01 | CCTV Footage - 0601 USCG 00 NW Drive near Exit 2021-01-06 14:16:28 | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.02 | CCTV Footage – 0603 USCG 00 NW Drive near NJ & Con NW – 2021-01-06 19:17:21 – Oath Keepers Highlighted | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.03 | CCTV Footage – 0761 – Oath Keepers Highlighted | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.04 | CCTV Footage – 0939 Oath Keepers Highlighted | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.05 | CCTV Footage – 0953 | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.06 | CCTV Footage – 0953 Oath Keepers Highlighted | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.07 | CCTV Footage – 7029 USCS 02 Rotunda Door Interior 2021-01-06 14:17:47 | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.08 | CCTV Footage - 7029 USCS 02 Rotunda Door Interior 2021-01-06 14:26:56 | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.09 | CCTV Footage - 7029 USCS 02 Rotunda Door Interior 2021-01-06 14:35:54 | 2/10 | 2/10 | Officer Marc Carrion | |
| CM.10.1 – CM.10.47 | CCTV Footage - 7029 USCS 02 Rotunda Door Interior 2021-01-06 14:17:47; Interior Cameras | 2/10 | 2/10 provisionally | Officer Marc Carrion | |
| CM.11.1 – CM.11.6 | CCTV Footage – 7029 USCS 02 Rotunda Door Interior 2021-01-06 2:55:34 EST | 2/10 | 2/10 provisionally | Officer Marc Carrion | |

| | | | | | |
|---|---|---|---|---|---|
| CM.12 | GoToMeeting Summary Exhibit (Gov't 6900) | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.13 | DC OP Chat Messages | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.15 | CAPD_0001677 U.S. Capitol Police – Demonstration Endorsement Sheet | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.16 | CAPD_0001691 | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.17 | CAPD_0001705 | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.18 | CAPD_0001724 | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.19 | CAPD_0001738 | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.20 | CAPD_0001753 | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.21 | Cellebrite Report | 2/14 | 2/14 | Special Agent Michael Palian | |
| CM.24 | "Hilgeman Full" | 2/16 | 2/16 | Special Agent Sylvia Hilgeman | |
| CM.25 | Gov't Exhibit 5727 with additional slides | 2/17 | 2/17 | Caleb Berry | |
| CM.26 | Photo of Caleb Berry | 2/17 | 2/17 | Caleb Berry | |
| CM.27 | Photo of Kelly Meggs | 2/17 | 2/17 | Caleb Berry | |
| CM.28 | Silver Pass – Save America March | 2/17 | 2/17 | Caleb Berry | |
| CM.29 | Photo of Save America March – Entrance/Metal Detectors | 2/17 | 2/17 | Caleb Berry | |
| CM.30 | Photo of Save America March – Entrance Expanded View | 2/17 | 2/17 | Caleb Berry | |
| CM.31 | Photo of Event – Seats | 2/17 | 2/17 | Caleb Berry | |
| CM.32 | Photo of Event – Seats 2 | 2/17 | 2/17 | Caleb Berry | |
| CM.34 | Photo – "OK at Rally 2" | 2/17 | 2/17 | Caleb Berry | |
| CM.35 | Stipulation regarding CCTV footage | 2/17 | Read to jury on 2/17 | Caleb Berry | |
| CM.36 | CCTV Footage | 2/17 | 2/17 | Caleb Berry | |
| CM.37 | CCTV Footage East Rotunda Doors (inside view) | 2/17 | 2/17 | Caleb Berry | |
| CM.38 | CCTV Footage inside Rotunda | 2/17 | 2/17 | Caleb Berry | |
| CM.39 | CCTV Footage inside Rotunda | 2/17 | 2/17 | Caleb Berry | |

| | | | | | |
|---|---|---|---|---|---|
| CM.40 | Photo of Oath Keepers, "Raccoon Hat," and Officer | 2/17 | 2/17 | Caleb Berry | |
| CM.41 | CCTV Footage – "Exit – Full 0686" | 2/17 | 2/17 | Caleb Berry | |
| CM.42 | CCTV Footage (CM41, different viewpoint) | 2/17 | 2/17 | Caleb Berry | |
| CM.43 | CCTV Footage (CM42 w/ circles around Kelly Meggs and officers) | 2/17 | 2/17 | Caleb Berry | |
| CM.44 | Photo – Group of Oath Keepers outside East Rotunda Door Entrance | 2/17 | 2/17 | Caleb Berry | |
| CM.45 | Photo – Officers outside East Rotunda Door Entrance | 2/17 | 2/17 | Caleb Berry | |
| CM.47 | CCTV Footage – USCG 10 NW Drive Near NJ & Constitution Avenue NW | 2/17 | 2/17 | Caleb Berry | |
| CM.48 | Baboulis Self Email | 2/22 | 2/22 | Captain Jessica Baboulis | |
| CM.49 | Camera 0939 CCTV Image (Gov't 1625 modified with blue line) | 2/22 | 2/22 | Captain Jessica Baboulis | |
| CM.50 and CM.51 | CCTV 0907 USCD LA East Dome | 2/22 | 2/22 | Captain Jessica Baboulis | Referred to as both CM.50 and CM.51 |
| CM.52 | Jan 6 Morning Communications (Gov't Ex 9901 with Additional Slides) | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.53 | "KM.37 Dolan Kenny before going in" | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.54 | Jan 6 Early Afternoon Communications (Gov't Ex 9902 with Additional Slides) | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.55 | Ford Fischer J6 OK Entry(?) (Full video of Gov't Ex 1503.1) | 2/23 | 2/23 | Special Agent Joanna Abrams | May not have been |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | formally admitted |
| CM.56 | Stipulation Regarding Record Video (Twitter Stipulation) | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.57 | Twitter Video | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.58 | Stipulation Regarding Record Video (Sign Stipulation) | 2/23 | Read to jury on 2/23 | Special Agent Joanna Abrams | |
| CM.59 | State Flag of Virginia | 2/23 | 2/23 | Special Agent Joanna Abrams | |
| CM.60 | FL OK List | 2/28 | 2/28 | Michael Adams | |
| CM.61 | Oath Keepers of Florida Mission Statement | 2/28 | 2/28 | Michael Adams | Also may have been admitted by gov't |
| CM.62 | Stewart Rhodes Open Letter to President Trump – Part II (Gov't 4604) | 2/28 | 2/28 | Michael Adams | |
| CM.63 | Message Thread between Michael Adams and Stewart Rhodes (Gov't Ex 4605) | 2/28 | 2/28 | Michael Adams | |
| CM.64 | Trump Jan 6 Tweet "Peter Navarro releases…" | 2/28 | 2/28 | Jeff Morelock | |
| CM.65 | Gray Gator 1 Message | 2/28 | 2/28 | Jeff Morelock | |
| CM.66 | OK FL DC OP Jan 6 Signal Chat Thread | 2/28 | Demonstrative exhibit; published but not admitted | Jeff Morelock | |
| CM.68 | Map of White House and Capitol | 2/28 | 2/28 | Jeff Morelock | |
| CM.69 | Jan 6th Application U.S. Capitol Grounds – One Nation Under God | 2/28 | 2/28 | Stephen Brown | |
| CM.70 | Permit – One Nation Under God January 6, 2021 | 2/28 | 2/28 | Stephen Brown | |
| CM.71 | Text Messages between Stephen Brown and Ali Alexander | 2/28 | 2/28 | Stephen Brown | |

| CM.72 | Stephen Brown Email – Spreadsheet of VIP Names | 2/28 | 2/28 | Stephen Brown | |
|---|---|---|---|---|---|
| CM.74 | Stephen Brown Email | 2/28 | 2/28 | Stephen Brown | |
| CM.75 | Jan 5/6 DC OK Security/VIP Chat | 2/28 | 2/28 | Stephen Brown | |
| CM.76 | Web Archive of Wildprotest.com | 2/28 | 2/28 | Stephen Brown | |
| CM.77 | Picture of Kelly and Connie Meggs (Gov't Ex 2030.P.2) | 2/28 | Gov't Ex 2030.P.2 | Connie Meggs | |
| CM.78 | Picture of Roger Stone Book Event | 3/1 | 3/1 | Connie Meggs | |
| CM.79 | Picture of Kelly Meggs | 3/1 | Admitted as Gov't Ex | Connie Meggs | |
| CM.80 | Picture of Women for America First Event | 3/1 | 3/1 | Connie Meggs | |
| CM.81 | Connie Meggs text to Patty Gee | 3/1 | 3/1 | Connie Meggs | |
| CM.82 | Stephen Horn Video inside the Capitol ("Dunn.Trim (3)") | 3/1 | Published; pending objection re time | Connie Meggs | |
| CM.84 | USCD LA Dome CCTV Footage; "0902" | 3/7 | 3/7 | Special Agent Michael Palian | |
| CM.85 | 0176 TP-3449669 (Also SP104) | 3/7 | 3/7 | Special Agent Michael Palian | |
| CM.87 | CM. 87_0171_CCTV Lazarus appears at 2.56.46-Memorial_Door2021-01-06_19h47min41s_9m5s in Trim | 3/9 | 3/9 | Officer Harry Dunn | |