CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) )  ) ) Civil/Criminal No.: ___21-cr-28 (APM)___ |
| SANDRA PARKER, BENNIE PARKER, LAURA STEELE, CONNIE MEGGS, WILLIAM ISAACS, and MICHAEL GREENE | ) ) ) ) |

**NOTE FROM JURY**

More copies of Gov exhibit list

At least 5 please.

Also need clarification on
the charge list.

• Sandra Parkers - first

Date: 3/13/23

Time: 10:13 am