CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

SANDRA PARKER, BENNIE PARKER, LAURA STEELE, CONNIE MEGGS, WILLIAM ISAACS, and MICHAEL GREENE

Civil/Criminal No.: 21-cr-28 (APM)

### NOTE FROM JURY

*We have reached our verdict with respect to particular defendants and counts*

Date: 3/20/23

Time: 11:53 pm