IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-cr-28 (APM) |
| v. | |
| (1) SANDRA PARKER, <br> (2) BENNIE PARKER, <br> (3) LAURA STEELE, <br> (4) CONNIE MEGGS, <br> (5) WILLIAM ISAACS, and <br> (6) MICHAEL GREENE, | |
| Defendants. | |

## VERDICT FORM

**Count One: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

(1) *Sandra Parker*

Guilty __X__ Not Guilty _____

(2) *Bennie Parker*

Guilty _____ Not Guilty _____

(3) *Laura Steele*

Guilty __X__ Not Guilty _____

(4) *Connie Meggs*

Guilty __X__ Not Guilty _____

(5) *William Isaacs*

Guilty __X__ Not Guilty _____

(6) *Michael Greene*

Guilty _____ Not Guilty __X__

1

**Count Two: Obstruction of an Official Proceeding**

  **(1) *Sandra Parker***

  Guilty __X__ Not Guilty _____

  **(2) *Bennie Parker***

  Guilty _____ Not Guilty __X__

  **(3) *Laura Steele***

  Guilty __X__ Not Guilty _____

  **(4) *Connie Meggs***

  Guilty __X__ Not Guilty _____

  **(5) *William Isaacs***

  Guilty __X__ Not Guilty _____

  **(6) *Michael Greene***

  Guilty _____ Not Guilty _____

**Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

  A. **Verdict as to each defendant:**

   **(1) *Sandra Parker***

   Guilty __X__   Not Guilty _____

   i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

      __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

   **(2) *Bennie Parker***

   Guilty _____   Not Guilty __X__

   i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

      _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

      _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

3

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

    i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(4) *Connie Meggs***

Guilty __X__ Not Guilty _____

    i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

    i.   If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

          __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

          __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(6) *Michael Greene***

Guilty _____ Not Guilty __X__

    i.   If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

          _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

          _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

**(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

**(4) *Connie Meggs***

Guilty __X__ Not Guilty _____

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

5

**Count Five: Entering or Remaining Restricted Building or Grounds**

(1) *Sandra Parker*

Guilty __X__ Not Guilty _____

(2) *Bennie Parker*

Guilty __X__ Not Guilty _____

(3) *Laura Steele*

Guilty __X__ Not Guilty _____

(4) *Connie Meggs*

Guilty __X__ Not Guilty _____

(5) *William Isaacs*

Guilty __X__ Not Guilty _____

(6) *Michael Greene*

Guilty __X__ Not Guilty _____

**Count Six: Obstructing Officers During a Civil Disorder**

(5) *William Isaacs*

Guilty __X__ Not Guilty _____

6

**Count Seven: Obstructing Officers During a Civil Disorder**

  **(1) *Sandra Parker***

  Guilty __X__ Not Guilty _____

  **(3) *Laura Steele***

  Guilty __X__ Not Guilty _____

  **(5) *William Isaacs***

  Guilty __X__ Not Guilty _____

**Count Eight: Tampering with Documents or Proceedings**

  **(3) *Laura Steele***

  Guilty __X__ Not Guilty _____

**Count Nine: Tampering with Documents or Proceedings**

    **(6) *Michael Greene***

        Guilty _____ Not Guilty __X__

Date: March 20, 2023