UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 21-cr-28 (APM) |
| ) | |
| SANDRA RUTH PARKER, et al. ) | |

## Counsel's Acknowledgments Concerning Trial Exhibits and Exhibit List

Counsel acknowledges that they have jointly reviewed the exhibits and exhibit lists that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits and exhibit lists which will be submitted to the jury for the purpose of deliberation.

**Exhibits to Jury:**

_____    3/14/23
Government                          Date

_____    3/14/23
Counsel for Defendant S. Parker     Date

_____    3/13/23
Counsel for Defendant B. Parker     Date

_____    
Counsel for Defendant ~~Steele~~ Meggs     Date

_____    3/16/23
Counsel for Defendant ~~Meggs~~ Steele     Date

1

...

_Gene Rossi_     Monday 3/13/2023
Counsel for Defendant Isaacs     Date

_[signature]_     3/13/23
Counsel for Defendant Greene     Date