IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28 (APM) |
| v. | : | |
| (1) SANDRA PARKER,<br>(2) BENNIE PARKER,<br>(3) LAURA STEELE,<br>(4) CONNIE MEGGS,<br>(5) WILLIAM ISAACS, and<br>(6) MICHAEL GREENE, | : | |
| Defendants. | : | |

## VERDICT FORM

**Count One: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

**(1) *Sandra Parker***

Guilty __X__   Not Guilty _____

**(2) *Bennie Parker***

Guilty __X__   Not Guilty _____

**(3) *Laura Steele***

Guilty __X__   Not Guilty _____

**(4) *Connie Meggs***

Guilty __X__   Not Guilty _____

**(5) *William Isaacs***

Guilty __X__   Not Guilty _____

**(6) *Michael Greene***

Guilty _____   Not Guilty __X__

1

**Count Two: Obstruction of an Official Proceeding**

    **(1) *Sandra Parker***

    Guilty __X__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty _____ Not Guilty __X__

    **(3) *Laura Steele***

    Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty _____ Not Guilty _____

## Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties

A. Verdict as to each defendant:

(1) *Sandra Parker*

Guilty __X__ Not Guilty _____

   i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

   __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

   __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(2) *Bennie Parker*

Guilty _____ Not Guilty __X__

   i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

   _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

   _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

3

### (3) *Laura Steele*

Guilty __X__ Not Guilty _____

  i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

   __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

   __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

### (4) *Connie Meggs*

Guilty __X__ Not Guilty _____

  i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

   __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

   __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        __X__ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(6) *Michael Greene***

Guilty _____ Not Guilty __X__

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

**(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

**(4) *Connie Meggs***

Guilty __X__ Not Guilty _____

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

5

**Count Five: Entering or Remaining Restricted Building or Grounds**

    **(1) *Sandra Parker***

    Guilty __X__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty __X__ Not Guilty _____

    **(3) *Laura Steele***

    Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty __X__ Not Guilty _____

**Count Six: Obstructing Officers During a Civil Disorder**

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

6

## Count Seven: Obstructing Officers During a Civil Disorder

**(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

## Count Eight: Tampering with Documents or Proceedings

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

7

**Count Nine: Tampering with Documents or Proceedings**

  **(6)** *Michael Greene*

   Guilty \_\_\_\_\_ Not Guilty **X**

Date: March 20, 2023