IN THE UNITED STATES DISTRICT COURT
FOR THEDISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) **Criminal No. 1:21-cr-00028-APM**<br>) |
| v. | ) |
| **CONNIE MEGGS,** | )<br>) |
| Defendant. | )<br>) |

## MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL

COMES NOW Attorney Julia Haller, co-counsel for Defendant CONNIE MEGGS, to respectfully move this Honorable Court for the entry of an Order granting leave to withdraw as co-counsel in 21-CR-28-APM. As grounds, the following is stated:

1. Co-counsel, Stanley Woodward, filed a Motion to Substitute as Counsel on August 9, 2021. (ECF 326).

2. The court granted the Motion to Substitute on August 10, 2021 by Minute Order.

3. At that time, undersigned counsel entered undersigned's appearance on August 10, 2021. (ECF 333).

4. Since that time, undersigned counsel and Mr. Stanley Woodward continued to represent Mrs. Connie Meggs throughout her trial that began with jury selection on or about February 3, 2023 and continued through February 9, 2023, and trial proceeded through verdict against Connie Meggs on March 13, 2023.

5. At this time, Mrs. Connie Meggs' sentencing is not yet scheduled.

6. Undersigned counsel is joining a law group as an employee, and needs to close her

1

practice. Undersigned counsel will not be able to maintain both her new employment and her current law practice.

7. Connie Meggs was informed of undersigned counsel's need to withdraw and wishes to remain represented by Mr. Woodward, who is anticipated to remain as Connie Meggs' counsel for sentencing.

It is therefore respectfully requested that the Court grant Undersigned Counsel's Motion to withdraw from the case at bar.

Dated: March 30, 2023		Respectfully submitted,

			_____/s/ Juli Z. Haller_____
			Juli Z. Haller, (DC 466921)
			THE LAW OFFICES OF JULIA HALLER
			601 Pennsylvania Avenue, N.W.,
			S. Building, Suite 900
			Washington, DC  20004
			202-729-2201 (telephone)
			HallerJulia@outlook.com

			*Co-Counsel for Defendant Connie Meggs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) Criminal No. 1:21-cr-00028-APM |
| v. | ) ) |
| **CONNIE MEGGS,** | ) ) |
| Defendant. | ) ) ) |

### Certificate of Electronic Service

I hereby certify that on March 30, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                      */s/ Juli Z. Haller*
                                    Juli Z. Haller, (DC 466921)
                                    THE LAW OFFICES OF JULIA HALLER
                                    601 Pennsylvania Avenue, N.W.,
                                    S. Building, Suite 900
                                    Washington, DC  20004
                                    202-729-2201 (telephone)
                                    HallerJulia@outlook.com

                                    *Co-Counsel for Defendant Connie Meggs*