IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:21-cr-00028-APM |
| | ) |
| CONNIE MEGGS, | ) |
| | ) |
| Defendant. | ) |

Pending before the Court is the Motion of Defendant's Court Appointed Standby Counsel to Withdraw from representation.

**ORDERED that the motion is GRANTED/DENIED.**

Signed this day of _____, 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE