**IN THE UNITED STATES DISTRICT COURT**
**FOR THEDISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **Criminal No. 1:21-cr-00028-APM** |
| | ) |
| **CONNIE MEGGS,** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED MOTION FOR LEAVE
## TO WITHDRAW AS CO-COUNSEL

COMES NOW Attorney Julia Haller, co-counsel for Defendant CONNIE MEGGS, to respectfully move this Honorable Court for leave of entry of an Order granting undersigned counsel's withdrawal as co-counsel in 21-CR-28-APM.  As grounds, the following is stated:

1. Co-counsel, Stanley Woodward, filed a Motion to Substitute as Counsel on August 9, 2021. (ECF 326).

2. The court granted the Motion to Substitute on August 10, 2021 by Minute Order.

3. At that time, undersigned counsel entered undersigned's appearance on August 10, 2021.  (ECF 333).

4. Since that time, undersigned counsel and Mr. Stanley Woodward continued to represent Mrs. Connie Meggs throughout her trial that began with jury selection on or about February 3, 2023 and continued through February 9, 2023, and trial proceeded through verdict against Connie Meggs on March 13, 2023.

5. At this time, Mrs. Connie Meggs' sentencing is not yet scheduled.

6.  Undersigned counsel is joining a law group as an employee, and needs to close her practice.  Undersigned counsel will not be able to maintain both her new employment and her current law practice.

7.  Connie Meggs was informed of undersigned counsel's need to withdraw and wishes to remain represented by Mr. Woodward, who is anticipated to remain as Connie Meggs' counsel through the post-trial motions, sentencing and filing a Notice of Appeal.

8.  In addition to the conversation undersigned had with Connie Meggs about withdrawal, pursuant to LCrR 44.5, the undersigned certifies that a copy of the Motion was sent by email to Mr. Meggs' son, who resides with his mother, and a copy of the motion was sent by regular mail to their residential address.

Therefore, there is no undue prejudice to Connie Meggs, and it is therefore, respectfully requested that the Court grant Undersigned Counsel's Motion to withdraw from the case at bar.

Dated: March 31, 2023                    Respectfully submitted,


      */s/ Juli Z. Haller*
Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

*Co-Counsel for Defendant Connie Meggs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THEDISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) **Criminal No. 1:21-cr-00028-APM** |
| **v.** | ) |
| | ) |
| **CONNIE MEGGS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**Certificate of Electronic Service**

I hereby certify that on March 31, 2023 I electronically filed the foregoing with the Clerk
of Court using the CM/ECF System, with consequent service on all parties of record.

*/s/ Juli Z. Haller*

Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

*Co-Counsel for Defendant Connie Meggs*