# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:21-cr-00028-APM |
| | ) |
| **CONNIE MEGGS,** | ) |
| | ) |
| **Defendant.** | ) |

Pending before the Court is the Motion of Counsel, Juli Haller, for leave to Withdraw from representation of Mrs. Connie Meggs.

**ORDERED that the motion is GRANTED/DENIED.**

Signed this day of _____, 2023.

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE