# EXHIBIT A

| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | Juli Haller; Rossi, Gene; "sfbrennwald@cs.com"; johnlmachado@gmail.com |
| **Cc:** | bredden@reddenlawtexas.com; 808shipleylaw@gmail.com; cmg@cmgpa.com; Jtalbot@cmgpa.com; Napierala, Natalie A.; pcooper@petercooperlaw.com; stanley@brandwoodwardlaw.com; Hughes, Alexandra (USASPC); Hughes, Alexandra (NSD); Edwards, Troy (USADC); Nestler, Jeffrey (USADC); Badalament, Anna (USASPC); Rouhi, Shirine (USADC) |
| **Subject:** | RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Friday, March 17, 2023 9:32:09 AM |

Dear Counsel,

Juli and I spoke at court yesterday about her concerns about Exhibit 1515.1. Juli said she believed that some of the "component part" clips of Exhibits 1515.1 were not actually admitted. I have now re-watched all of the component part clips, and I think the final seven seconds of clip 1056.0102.0212.mp4, and the clip 1056.7206.0229, had been cut from the montage. Since the jury is not sitting today, I would propose we ask JC to allow us to delete those files from the thumb drive of exhibits submitted to the jury, and the judge can send or read them a note on Monday informing them that those exhibits were removed since they were not admitted. Please let us know your thoughts. Please especially let us know if there is something else you think should not have been in there.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245

---

**From:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>
**Sent:** Wednesday, March 15, 2023 10:10 PM
**To:** Juli Haller <HallerJulia@outlook.com>; Rossi, Gene <GRossi@carltonfields.com>; 'sfbrennwald@cs.com' <sfbrennwald@cs.com>; johnlmachado@gmail.com
**Cc:** bredden@reddenlawtexas.com; 808shipleylaw@gmail.com; cmg@cmgpa.com; Jtalbot@cmgpa.com; Napierala, Natalie A. <nnapierala@carltonfields.com>; pcooper@petercooperlaw.com; stanley@brandwoodwardlaw.com; Hughes, Alexandra (USASPC) <AHughes@usa.doj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Badalament, Anna (USASPC) <ABadalament@usa.doj.gov>; Rouhi, Shirine (USADC) <SRouhi@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Hi Juli,

Thanks very much for reviewing the thumb drive of our exhibits. Here are our responses:

Exhibit 1515.1 is the riot overview/montage exhibit. It was admitted. The folder by the same name contains the component part videos.

Ex 7083 - I will double check tomorrow whether the time on this is mislabeled on the Exhibit List – if so, is it your position an updated exhibit list should be sent back to the jury?

Ex 4611.R is all we admitted - if there was a Rule 106 objection we could have dealt with it during trial, but there was not, so it would be our position that all that should go back is what was admitted.

Ex 3100.2 is indeed the Stipulation on Guns re the Parkers, and that is the one stipulation that we sent back to the jury, because it was the only one we had signed.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245

**From:** Juli Haller <HallerJulia@outlook.com>
**Sent:** Wednesday, March 15, 2023 2:09:37 PM
**To:** Rossi, Gene <GRossi@carltonfields.com>; 'sfbrennwald@cs.com' <sfbrennwald@cs.com>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; johnlmachado@gmail.com <johnlmachado@gmail.com>
**Cc:** bredden@reddenlawtexas.com <bredden@reddenlawtexas.com>; 808shipleylaw@gmail.com <808shipleylaw@gmail.com>; cmg@cmgpa.com <cmg@cmgpa.com>; Jtalbot@cmgpa.com <Jtalbot@cmgpa.com>; Napierala, Natalie A. <nnapierala@carltonfields.com>; pcooper@petercooperlaw.com <pcooper@petercooperlaw.com>; stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>; Hughes, Alexandra (USASPC) <AHughes@usa.doj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Badalament, Anna (USASPC) <ABadalament@usa.doj.gov>; Rouhi, Shirine (USADC) <SRouhi@usa.doj.gov>
**Subject:** RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Kate, and all counsel, I have been through most of the drive and have a few questions:

1515.1 is full of CCTV from the Senate entry through windows where none of the Defendants were that I don't recall coming in. I know there was a clip but I don't recall all of this getting admitted?

The folder contains at least 20 videos not about the Defendants or any Oath Keepers.

Ex 7083 is mislabeled on the Exhibit List – it is not at 4:56 PM but at 2:57 PM.

Ex 4611.R is an attachment from an email, the exhibit is missing the email it was attached to, under R of Completeness.  This was a doc in the Mike Adams production.

Ex 3100.2 is Stipulation on Guns re the Parkers, is that something that goes back with the jury?  Just asking, I'm not sure.

Best,

Juli

---

**From:** Rossi, Gene <GRossi@carltonfields.com>
**Sent:** Tuesday, March 14, 2023 4:26 PM
**To:** 'sfbrennwald@cs.com' <sfbrennwald@cs.com>; Kathryn.Rakoczy@usdoj.gov; johnlmachado@gmail.com
**Cc:** bredden@reddenlawtexas.com; 808shipleylaw@gmail.com; cmg@cmgpa.com; Jtalbot@cmgpa.com; hallerjulia@outlook.com; Napierala, Natalie A. <nnapierala@carltonfields.com>; pcooper@petercooperlaw.com; stanley@brandwoodwardlaw.com; Alexandra.Hughes2@usdoj.gov; Alexandra.Hughes@usdoj.gov; Troy.Edwards@usdoj.gov; Jeffrey.Nestler@usdoj.gov; Anna.Badalament2@usdoj.gov; Shirine.Rouhi@usdoj.gov
**Subject:** RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Kate:

I would like a thumb drive, too.  I am in cafeteria.

**Gene Rossi**
Shareholder | Carlton Fields
1025 Thomas Jefferson Street, NW
Suite 400 West | Washington, DC 20007-5208
Direct: 202.965.8119 | Fax: 202.965.8104
Cell: 703.627.2856
GRossi@carltonfields.com

**From:** sfbrennwald@cs.com <sfbrennwald@cs.com>
**Sent:** Tuesday, March 14, 2023 4:23 PM
**To:** Kathryn.Rakoczy@usdoj.gov; johnlmachado@gmail.com

**Cc:** bredden@reddenlawtexas.com; 808shipleylaw@gmail.com; cmg@cmgpa.com; Rossi, Gene <GRossi@carltonfields.com>; Jtalbot@cmgpa.com; hallerjulia@outlook.com; Napierala, Natalie A. <nnapierala@carltonfields.com>; pcooper@petercooperlaw.com; stanley@brandwoodwardlaw.com; Alexandra.Hughes2@usdoj.gov; Alexandra.Hughes@usdoj.gov; Troy.Edwards@usdoj.gov; Jeffrey.Nestler@usdoj.gov; Anna.Badalament2@usdoj.gov; Shirine.Rouhi@usdoj.gov
**Subject:** Re: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Kate,

If you are handing out copies of thumb drives with the government's exhibits, I'd love to have one too.  I'm in the cafeteria, so please let me know where I could meet you.

Thanks.

Steve

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sbrennwald@bcrlawfirm.com


-----Original Message-----
From: Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
To: John Machado <johnlmachado@gmail.com>; sfbrennwald@cs.com <sfbrennwald@cs.com>
Cc: bredden@reddenlawtexas.com <bredden@reddenlawtexas.com>; 808shipleylaw@gmail.com <808shipleylaw@gmail.com>; cmg@cmgpa.com <cmg@cmgpa.com>; GRossi@carltonfields.com <GRossi@carltonfields.com>; Jtalbot@cmgpa.com <Jtalbot@cmgpa.com>; hallerjulia@outlook.com <hallerjulia@outlook.com>; nnapierala@carltonfields.com <nnapierala@carltonfields.com>; pcooper@petercooperlaw.com <pcooper@petercooperlaw.com>; stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>; Hughes, Alexandra (USASPC) <Alexandra.Hughes2@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Edwards, Troy (USADC) <Troy.Edwards@usdoj.gov>; Nestler, Jeffrey (USADC) <Jeffrey.Nestler@usdoj.gov>; Badalament, Anna (USASPC) <Anna.Badalament2@usdoj.gov>; Rouhi, Shirine (USADC) <Shirine.Rouhi@usdoj.gov>
Sent: Tue, Mar 14, 2023 4:14 pm
Subject: RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Hi all,

I was trying to get the thumb drive to Stanley but we have not managed to meet up.  Juli has asked for

me to give it to her.  I am meeting Juli at the courthouse in ten minutes or so if anyone else would like to get a copy or look with Juli at that time.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245

---

**From:** John Machado <johnlmachado@gmail.com>
**Sent:** Monday, March 13, 2023 11:05 AM
**To:** sfbrennwald@cs.com
**Cc:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; bredden@reddenlawtexas.com; 808shipleylaw@gmail.com; cmg@cmgpa.com; GRossi@carltonfields.com; Jtalbot@cmgpa.com; hallerjulia@outlook.com; nnapierala@carltonfields.com; pcooper@petercooperlaw.com; stanley@brandwoodwardlaw.com; Hughes, Alexandra (USASPC) <AHughes@usa.doj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Badalament, Anna (USASPC) <ABadalament@usa.doj.gov>; Rouhi, Shirine (USADC) <SRouhi@usa.doj.gov>
**Subject:** [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

I am currently in Superior Court, but I will be there once I am done (hopefully within the hour).

John Machado

On Mon, Mar 13, 2023 at 10:53 AM <sfbrennwald@cs.com> wrote:
> Good morning, Kate.
>
> I'll be here all morning and afternoon working away on other cases, so I can take the thumb drive if you'd like (ironic that the guy who had hardly any involvement in exhibits would take the exhibit thumb drive...but...).  If anyone else would prefer to take it (like you, Mr. Machado), that's fine with me.
>
> Steve
>
> Stephen F. Brennwald, Esq.
> Brennwald & Robertson, LLP
> 922 Pennsylvania Avenue, S.E.
> Washington, D.C.  20003
> (301) 928-7727
> (202) 544-7626 (facsimile)

sbrennwald@bcrlawfirm.com

-----Original Message-----
From: Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
To: Britt Redden <bredden@reddenlawtexas.com>; William Shipley <808shipleylaw@gmail.com>; Charles Greene <cmg@cmgpa.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>
Cc: Hughes, Alexandra (USASPC) <Alexandra.Hughes2@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Edwards, Troy (USADC) <Troy.Edwards@usdoj.gov>; Nestler, Jeffrey (USADC) <Jeffrey.Nestler@usdoj.gov>; Badalament, Anna (USASPC) <Anna.Badalament2@usdoj.gov>; Rouhi, Shirine (USADC) <Shirine.Rouhi@usdoj.gov>
Sent: Mon, Mar 13, 2023 10:42 am
Subject: U.S. v. Parker, et al. - Government Exhibit List

Good morning all,

Hope everyone had a nice, trial-free weekend!  Please find attached a copy of the government's final exhibit list.  We are also making you a copy of all the government's admitted exhibits and statements key.  Would one of you be at the courthouse today for me to hand off the thumb drive?  Also, could we please have a copy of the thumb drive of all the defense exhibits that you submitted to the jury?  We spoke to Mr. Machado on Friday and decided it would be easier to just do an exchange rather than sit and go through all the exhibits in court together.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245


--
Law Office of John Machado
503 D Street, NW
Suite 310
Washington, DC 20001
Office: (703)989-0840
johnlmachado@gmail.com

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us

immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.