# EXHIBIT B

| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | William Shipley; stanley@brandwoodwardlaw.com |
| **Cc:** | Jean Claude Douyon; Cheryl Wilson; Britt Redden; Charles Greene; Gene Rossi; J Talbot; John Machado; Juli Haller; Natalie Napierala; Peter Cooper; Steve Brennwald; Nestler, Jeffrey (USADC); Edwards, Troy (USADC); Hughes, Alexandra (NSD); Hughes, Alexandra (USASPC) |
| **Subject:** | RE: [EXTERNAL] Re: U.S. v. Parker - Government Exhibit Issue |
| **Date:** | Friday, March 17, 2023 3:11:12 PM |

We have no objection to waiting until Monday.  Mr. Woodward's co-counsel, Ms. Haller, brought this issue to our attention, so we wanted to flag it for the Court as quickly as possible.

Have a nice weekend,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245

**From:** William Shipley <808shipleylaw@gmail.com>
**Sent:** Friday, March 17, 2023 3:07 PM
**To:** stanley@brandwoodwardlaw.com
**Cc:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; Cheryl Wilson <Cheryl_Wilson@dcd.uscourts.gov>; Britt Redden <bredden@reddenlawtexas.com>; Charles Greene <cmg@cmgpa.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Hughes, Alexandra (USASPC) <AHughes@usa.doj.gov>
**Subject:** [EXTERNAL] Re: U.S. v. Parker - Government Exhibit Issue

To All:

On behalf of Mr. Greene, we reserve any objections we may have and object to any modification of exhibits now with the jury until after we have a chance to be heard on Monday morning.

Regards

Bill Shipley

On Fri, Mar 17, 2023 at 2:30 PM <stanley@brandwoodwardlaw.com> wrote:

> We object to the deletion of video that has already been provided to the jury.  Can we be heard on this before deliberation begins on Monday morning?
>
> Thanks,
>
> Stanley
>
> ---
>
> **From:** Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
> **Sent:** Friday, March 17, 2023 2:22 PM
> **To:** Jean Claude Douyon <Jean-Claude_Douyon@dcd.uscourts.gov>; Cheryl Wilson <Cheryl_Wilson@dcd.uscourts.gov>
> **Cc:** Britt Redden <bredden@reddenlawtexas.com>; Charles Greene <cmg@cmgpa.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; William Shipley <808shipleylaw@gmail.com>; Nestler, Jeffrey (USADC) <Jeffrey.Nestler@usdoj.gov>; Edwards, Troy (USADC) <Troy.Edwards@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Hughes, Alexandra (USASPC) <Alexandra.Hughes2@usdoj.gov>
> **Subject:** U.S. v. Parker - Government Exhibit Issue
>
> Hi Mr. Douyon and Ms. Wilson,
>
> We have realized that two of the component part video clips that we sent back to the jury as part of montage exhibit 1515.1 actually were not admitted.  They were inadvertently included on the hard drive of exhibits.  We would propose deleting them from the jury's thumb drive of government exhibits and/or telling the jury to disregard them.  We proposed this to the defense.  So far we have only heard back from counsel for Mr. Isaacs, and they do not object.  We have heard back from anyone else.
>
> The two files in question are under the folder "Montage Exhibit Underlying Materials\1515.1 - Civil Disorder Overview:"
>
> - 1056.0102.0212.mp4 (only the last seven seconds of this file should have been removed; the first part of the file *was* admitted); and
> - 1056.7206.0229.mp4.

Sorry for the inconvenience and have a nice weekend,
Kate


**Kathryn L. Rakoczy**
Assistant United States Attorney
601 D Street NW, Washington, DC 20530
Room 5-236
Email: Kathryn.Rakoczy@usdoj.gov
Office: 202-252-6928
Cell: 202-740-3245