IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-28 (APM) |
| | : | |
| SANDRA PARKER, | : | |
| BENNIE PARKER, | : | |
| LAURA STEELE, | : | |
| CONNIE MEGGS | : | |
| WILLIAM ISAACS, and | : | |
| MICHAEL GREENE | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for an extension of time to file its opposition to defendants' motions for judgement of acquittal and motions for a new trial. ECF Nos. 931, 932, 933, 935, 938, and 944. The Court extended the defendants' deadline for post-trial filings until May 29, 2023, with the government's response due June 15, 2023. On May 30, 2023, defendant Steele filed an unopposed motion for leave to late file, ECF. No. 934. Also on May 30, defendant Bennie Parker filed his motion for judgement of acquittal. On June 8, 2023, Sandra Parker filed her motion for leave to file out of time. ECF. No. 943. In her motion, Sandra Parker noted that the government did not oppose late filing, "provided Sandra Parker does not have any objection to a reciprocal request should the need arise." *Id.* at 2. Sandra Parker provided that she "will not oppose such a request at that time."

Given the delays in filing, the government respectfully requests an extension until June 22, 2023, to file its opposition to defendants' motions for judgement of acquittal and motions for a new trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/
Alexandra Hughes
Assistant United States Attorney
D.C. Bar No. 1531596
Troy A. Edwards, Jr.
Jeffrey S. Nestler
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530