| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | Britt Redden; William Shipley; Charles Greene; Gene Rossi; J Talbot; John Machado; Juli Haller; Natalie Napierala; Peter Cooper; Stanley Woodward; Steve Brennwald |
| **Cc:** | Hughes, Alexandra (USASPC); Hughes, Alexandra (NSD); Edwards, Troy (USADC); Nestler, Jeffrey (USADC); Badalament, Anna (USASPC); Rouhi, Shirine (USADC) |
| **Subject:** | U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Monday, March 13, 2023 10:42:00 AM |
| **Attachments:** | Final Government Exhibit List.pdf |
| | Final U.S. v. Parker et al. Government Statements Key.pdf |

Good morning all,

Hope everyone had a nice, trial-free weekend!  Please find attached a copy of the government's final exhibit list.  We are also making you a copy of all the government's admitted exhibits and statements key.  Would one of you be at the courthouse today for me to hand off the thumb drive?  Also, could we please have a copy of the thumb drive of all the defense exhibits that you submitted to the jury?  We spoke to Mr. Machado on Friday and decided it would be easier to just do an exchange rather than sit and go through all the exhibits in court together.

Thanks,
Kate

**Kathryn L. Rakoczy**