| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | Stanley Woodward |
| **Subject:** | Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Monday, March 13, 2023 4:51:20 PM |

Sounds good.  Have a nice night!

**Kathryn L. Rakoczy**
Assistant United States Attorney

---

**From:** Stanley Woodward
**Sent:** Monday, March 13, 2023 4:49:25 PM
**To:** Rakoczy, Kathryn (USADC)
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Hey Kate - can I grab it from you tomorrow? They transitioned the hearing I was going to attend to a virtual one.

Sent from my iPhone

**Brand | Woodward**

> On Mar 13, 2023, at 4:32 PM, Rakoczy, Kathryn (USADC) wrote:
>
> Hey Stanley,
>
> I will likely leave court around 4:45.  You still here or could I meet you outside your office?
>
> Thanks,
> Kate
>
> **Kathryn L. Rakoczy**
> Assistant United States Attorney

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, March 13, 2023 1:49:49 PM
**To:** Stanley Woodward
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Sounds great!  I should still be here at 4.

**Kathryn L. Rakoczy**
Assistant United States Attorney

**From:** Stanley Woodward
**Sent:** Monday, March 13, 2023 1:48:40 PM
**To:** Rakoczy, Kathryn (USADC)
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

No problem just walking back from lunch now. If you're still in the courthouse at 4 I'll grab it from you then (I'm coming over for the Worrell hearing) or if you walk back before then I can grab it from you on your way back (I'm in the subway building).

Sent from my iPhone

**Brand | Woodward**

> On Mar 13, 2023, at 1:36 PM, Rakoczy, Kathryn (USADC)
>
> I'm going to walk over to court to watch some of the Proud Boys

trial.  Could meet you outside court if you would like.  Also happy to give the drive to Steve or wait until tomorrow.

**Kathryn L. Rakoczy**
Assistant United States Attorney

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, March 13, 2023 12:41:35 PM
**To:** stanley
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Hey Stanley,

I'm running out to get lunch now - will be back by 1:15.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, March 13, 2023 12:16:37 PM
**To:** stanley
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Hi Stanley,

It's done copying.  When/where would you like to meet?

Thanks,
Kate

**Kathryn L. Rakoczy**

Assistant United States Attorney



**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, March 13, 2023 11:54:01 AM
**To:** stanley ; 'Britt Redden' ; 'William Shipley' ; 'Charles Greene' <cmg@cmgpa.com>; 'Gene Rossi' ; 'J Talbot' ; 'John Machado ; 'Juli Haller' ; 'Natalie Napierala' ; 'Peter Cooper' ; 'Steve Brennwald' 
**Cc:** Hughes, Alexandra (USASPC) ; Hughes, Alexandra (NSD) ; Edwards, Troy (USADC) ; Nestler, Jeffrey (USADC) ; Badalament, Anna (USASPC) ; Rouhi, Shirine (USADC)
**Subject:** Re: [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Thanks so much, Stanley. I think we have another half hour or so of copying to get done. can I email you around 12:30 and then we can meet somewhere near my office for a handoff.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney



**From:** stanley 
**Sent:** Monday, March 13, 2023 11:50:40 AM

**To:** Rakoczy, Kathryn (USADC) 'Britt Redden' 'William Shipley' 'Charles Greene' 'Gene Rossi' 'J Talbot' 'John Machado' 'Juli Haller' ; 'Natalie Napierala' Peter Cooper' 'Steve Brennwald'

**Cc:** Hughes, Alexandra (USASPC) ; Hughes, Alexandra (NSD) ; Edwards, Troy (USADC) ; Nestler, Jeffrey (USADC) Badalament, Anna (USASPC) v>; Rouhi, Shirine (USADC)

**Subject:** [EXTERNAL] RE: U.S. v. Parker, et al. - Government Exhibit List

Kate – I'm at my office but can come over to grab the thumb drive, which I will make available to all other defense counsel electronically. I'm going to get lunch here shortly, but let me know if there's otherwise a convenient time for the handoff (I'd appreciate not having to go through security, if possible!).

As for defense exhibits, I've just uploaded the Meggs/Greene/Isaacs to the defense exhibits folder of USAFX that you created. Let me know if you're not able to see them there shortly (they're uploading now).

Thanks,

Stanley

---

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, March 13, 2023 10:42 AM
**To:** Britt Redden William Shipley harles Greene ; Gene Rossi ; J Talbot John Machado Juli Haller ; Natalie Napierala Peter Cooper Stanley Woodward m>; Steve Brennwald

**Cc:** Hughes, Alexandra (USASPC) Hughes, Alexandra (NSD) ; Edwards, Troy (USADC) Nestler, Jeffrey (USADC)

Badalament, Anna (USASPC)
ov>; Rouhi, Shirine (USADC)

**Subject:** U.S. v. Parker, et al. - Government Exhibit List

Good morning all,

Hope everyone had a nice, trial-free weekend!  Please find attached a copy of the government's final exhibit list.  We are also making you a copy of all the government's admitted exhibits and statements key.  Would one of you be at the courthouse today for me to hand off the thumb drive?  Also, could we please have a copy of the thumb drive of all the defense exhibits that you submitted to the jury?  We spoke to Mr. Machado on Friday and decided it would be easier to just do an exchange rather than sit and go through all the exhibits in court together.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney