| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | John Machado; sfbrennwald |
| **Cc:** | bredden@████████████████; 808shipleylaw ████████; cmg@ ████████; GRossi@ ████████; pcooper@ ████████ hallerjulia █████; nnapierala@ ████████ stanley@ ██████████████; Hughes, Alexandra (USASPC); Hughes, Alexandra (NSD); Edwards, Troy (USADC); Nestler, Jeffrey (USADC); Badalament, Anna (USASPC); Rouhi, Shirine (USADC) |
| **Subject:** | RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Tuesday, March 14, 2023 4:14:00 PM |

Hi all,

I was trying to get the thumb drive to Stanley but we have not managed to meet up.  Juli has asked for me to give it to her.  I am meeting Juli at the courthouse in ten minutes or so if anyone else would like to get a copy or look with Juli at that time.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney

---

**From:** John Machado ████████████████████████
**Sent:** Monday, March 13, 2023 11:05 AM
**To:** sfbrennwald ████████
**Cc:** Rakoczy, Kathryn (USADC) ████████████████████; bredden ████████████████████; shipleylaw ████████; cmg ████████; GRossi ████████; Jtalbot ████████; hallerjulia ████████; napierala ████████; pcooper ████████; stanley ████████; Hughes, Alexandra (USASPC) ████████████; Hughes, Alexandra (NSD) ████████████; Edwards, Troy (USADC) ████████████; Nestler, Jeffrey (USADC) ████████████; Badalament, Anna (USASPC) ████████████; Rouhi, Shirine (USADC) ████████████
**Subject:** [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

I am currently in Superior Court, but I will be there once I am done (hopefully within the hour).

John Machado

On Mon, Mar 13, 2023 at 10:53 AM ████████████████ wrote:

> Good morning, Kate.

I'll be here all morning and afternoon working away on other cases, so I can take the thumb drive if you'd like (ironic that the guy who had hardly any involvement in exhibits would take the exhibit thumb drive...but...).  If anyone else would prefer to take it (like you, Mr. Machado), that's fine with me.

Steve

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP

-----Original Message-----

Sent: Mon, Mar 13, 2023 10:42 am
Subject: U.S. v. Parker, et al. - Government Exhibit List

Good morning all,

Hope everyone had a nice, trial-free weekend!  Please find attached a copy of the government's final exhibit list.  We are also making you a copy of all the government's admitted exhibits and statements key.  Would one of you be at the courthouse today for me to hand off the thumb drive?  Also, could we please have a copy of the thumb drive of all the defense exhibits that you submitted to the jury?  We spoke to Mr. Machado on Friday and decided it would be easier to just do an exchange rather than sit and go through all the exhibits in court together.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney



--
Law Office of John Machado



This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.