| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | Juli Haller; Rossi, Gene; "sfbrennwald"; johnlmachado |
| **Cc:** | bredden@shipleylaw; cmg; Jtalbot; Napierala, Natalie A.; pcooper; stanley; Hughes, Alexandra (USASPC); Hughes, Alexandra (NSD); Edwards, Troy (USADC); Nestler, Jeffrey (USADC); Badalament, Anna (USASPC); Rouhi, Shirine (USADC) |
| **Subject:** | Re: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Wednesday, March 15, 2023 10:09:56 PM |

Hi Juli,

Thanks very much for reviewing the thumb drive of our exhibits.  Here are our responses:

Exhibit 1515.1 is the riot overview/montage exhibit.  It was admitted.  The folder by the same name contains the component part videos.

Ex 7083 - I will double check tomorrow whether the time on this is mislabeled on the Exhibit List – if so, is it your position an updated exhibit list should be sent back to the jury?

Ex 4611.R is all we admitted - if there was a Rule 106 objection we could have dealt with it during trial, but there was not, so it would be our position that all that should go back is what was admitted.

Ex 3100.2 is indeed the Stipulation on Guns re the Parkers, and that is the one stipulation that we sent back to the jury, because it was the only one we had signed.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney

---

**From:** Juli Haller
**Sent:** Wednesday, March 15, 2023 2:09:37 PM
**To:** Rossi, Gene; 'sfbrennwald'; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; johnlmachado
**Cc:** bredden; shipleylaw; cmg; Jtalbot; Napierala, Natalie A.; pcooper; stanley; Hughes, Alexandra (USASPC); Hughes, Alexandra (NSD)

Edwards, Troy (USADC) ███████████████ Nestler, Jeffrey (USADC) ███████████████ adalament, Anna (USASPC) ███████████████ Rouhi, Shirine (USADC) ███████████████

**Subject:** RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List

Kate, and all counsel, I have been through most of the drive and have a few questions:

1515.1 is full of CCTV from the Senate entry through windows where none of the Defendants were that I don't recall coming in.  I know there was a clip but I don't recall all of this getting admitted?  The folder contains at least 20 videos not about the Defendants or any Oath Keepers.

Ex 7083 is mislabeled on the Exhibit List – it is not at 4:56 PM but at 2:57 PM.

Ex 4611.R is an attachment from an email, the exhibit is missing the email it was attached to, under R of Completeness.  This was a doc in the Mike Adams production.

Ex 3100.2 is Stipulation on Guns re the Parkers, is that something that goes back with the jury?  Just asking, I'm not sure.

Best,

Juli