| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) |
| **To:** | Juli Haller; Rossi, Gene; "sfbrennwald"; johnlmachado |
| **Cc:** | bredden; hipleylaw; cmg; albot; Napierala, Natalie A.; pcooper@; stanley; ghes, Alexandra (USASPC); Hughes, Alexandra (NSD); Edwards, Troy (USADC); Nestler, Jeffrey (USADC); Badalament, Anna (USASPC); Rouhi, Shirine (USADC) |
| **Subject:** | RE: [EXTERNAL] Re: U.S. v. Parker, et al. - Government Exhibit List |
| **Date:** | Friday, March 17, 2023 9:31:00 AM |

Dear Counsel,

Juli and I spoke at court yesterday about her concerns about Exhibit 1515.1. Juli said she believed that some of the "component part" clips of Exhibits 1515.1 were not actually admitted. I have now re-watched all of the component part clips, and I think the final seven seconds of clip 1056.0102.0212.mp4, and the clip 1056.7206.0229, had been cut from the montage. Since the jury is not sitting today, I would propose we ask JC to allow us to delete those files from the thumb drive of exhibits submitted to the jury, and the judge can send or read them a note on Monday informing them that those exhibits were removed since they were not admitted. Please let us know your thoughts. Please especially let us know if there is something else you think should not have been in there.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney