| | |
|---|---|
| **From:** | stanley |
| **To:** | Rakoczy, Kathryn (USADC); "Jean Claude Douyon"; "Cheryl Wilson" |
| **Cc:** | "Britt Redden"; "Charles Greene"; "Gene Rossi"; "J Talbot"; "John Machado"; "Juli Haller"; "Natalie Napierala"; "Peter Cooper"; "Steve Brennwald"; "William Shipley"; Nestler, Jeffrey (USADC); Edwards, Troy (USADC); Hughes, Alexandra (NSD); Hughes, Alexandra (USASPC) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Parker - Government Exhibit Issue |
| **Date:** | Friday, March 17, 2023 2:31:57 PM |

We object to the deletion of video that has already been provided to the jury. Can we be heard on this before deliberation begins on Monday morning?

Thanks,

Stanley

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Friday, March 17, 2023 2:22 PM
**To:** dcd.uscourts.gov>; dcd.uscourts.gov>
**Cc:** Britt Redden  Charles Greene  Gene Rossi  J Talbot  John Machado  Juli Haller ; Natalie Napierala  Peter Cooper  Stanley Woodward ; Steve Brennwald  William Shipley  Nestler, Jeffrey (USADC)  Edwards, Troy (USADC) ; Hughes, Alexandra (NSD)  Hughes, Alexandra (USASPC)
**Subject:** U.S. v. Parker - Government Exhibit Issue

Hi Mr. and Ms. ,

We have realized that two of the component part video clips that we sent back to the jury as part of montage exhibit 1515.1 actually were not admitted. They were inadvertently included on the hard drive of exhibits. We would propose deleting them from the jury's thumb drive of government exhibits and/or telling the jury to disregard them. We proposed this to the defense. So far we have only heard back from counsel for Mr. Isaacs, and they do not object. We have heard back from anyone else.

The two files in question are under the folder "Montage Exhibit Underlying Materials\1515.1 - Civil Disorder Overview:"
- 1056.0102.0212.mp4 (only the last seven seconds of this file should have been removed; the first part of the file *was* admitted); and
- 1056.7206.0229.mp4.

Sorry for the inconvenience and have a nice weekend,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney