UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANDRA PARKER,<br>BENNIE PARKER,<br>LAURA STEELE,<br>CONNIE MEGGS, and<br>WILLIAM ISAACS,<br><br>        Defendants. | Case No. 21-cr-28-APM |

**ERRATA, GOVERNMENT'S NOTICE OF CORRECTION**

The United States, by and through its undersigned attorneys, hereby respectfully sets forth and corrects its Sentencing Memorandum, specifically footnote 9 of the memorandum. Please see the attached proposed corrected Sentencing Memorandum, attached here as Exhibit 1.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

      By:         /s/
                              Kathryn L. Rakoczy
                              Assistant United States Attorney
                              D.C. Bar No. 994559
                              Troy A. Edwards, Jr.
                              Alexandra S. Hughes
                              Assistant United States Attorneys
                              U.S. Attorney's Office for the District of Columbia
                              601 D Street NW
                              Washington, D.C. 20530