# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) **Case No. 1:21-cr-00028-APM** |
| v. | ) <br> ) |
| **CONNIE MEGGS,** | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of Mrs. Meggs's Motion, it is, this ___ day of _____, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

 

The Honorable Amit Mehta
United States District Court Judge