UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) ) Case No. 1:21-cr-00028-APM |
| CONNIE MEGGS, | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Connie Meggs appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence entered in this case on August 30, 2023 (ECF No. 1056).

Dated: October 17, 2023

Respectfully submitted,

　　 */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Connie Meggs*

1

**CERTIFICATE OF SERVICE**

On October 17, 2023, the undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, and subsequently electronically mailed to government counsel.

                                                       */s/ Stanley E. Woodward, Jr.*
                                        Stanley E. Woodward, Jr. (D.C. Bar No. 997320)