# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 1:21-cr-00028-APM** |
| v. ) | |
| **CONNIE MEGGS,** ) | |
| **Defendant.** ) | |

## [PROPOSED] ORDER

Upon consideration of Mrs. Meggs's Motion, it is, this ___ day of _____, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　The Honorable Amit Mehta
　　　　　　　　　　　　　　　　　　United States District Court Judge