# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-CR-28-9 (APM) |
| ) | |
| CONNIE MEGGS ) | |

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Kathryn Rakoczy, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.236
Washington, DC 20253

Offense: 18 USC secs. 1361, 2; 372; 1512(c)(2), 2; 1512(k); 1752(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment, entered on October 13, 2023, sentencing defendant to a total 15 months' incarceration, followed by a total of 36 months' supervised release.

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 10/26/2023 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Kathryn Rakoczy |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✓
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | | ✓ |
| Has counsel ordered transcripts? | | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✓ |