# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v. )<br>)<br>**CONNIE MEGGS,** )<br>)<br>**Defendant.** )<br>) | **Case No. 1:21-cr-00028-APM** |

### [PROPOSED] ORDER

Upon consideration of Mrs. Meggs's Motion, it is, this ___ day of _____, 2023, hereby:

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

<br>

The Honorable Amit Mehta
United States District Court Judge