IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    CR No. 21-28
                                    )    Washington, D.C.
          vs.                       )    March 7, 2023
                                    )    9:30 a.m.
SANDRA R. PARKER, ET AL.,           )
                                    )    Day 21
          Defendants.               )    Morning Session
_____)


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Kathryn Leigh Rakoczy
                            Jeffrey Nestler
                            Troy Edwards
                            Alexandra Hughes
                            Louis Manzo
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-6928
                            Email:
                            kathryn.rakoczy@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Sandra Parker:   John L. Machado
                               LAW OFFICE OF JOHN MACHADO
                               503 D Street, NW
                               Suite 310
                               Washington, D.C. 20001
                               (703) 989-0840
                               Email: johnlmachado@gmail.com

For Defendant Bennie Parker:   Stephen F. Brennwald
                               BRENNWALD & ROBERTSON, LLP
                               922 Pennsylvania Avenue, SE
                               Washington, D.C. 20003
                               (301) 928-7727
                               Email: sfbrennwald@cs.com

For Defendant Laura Steele:    Peter A. Cooper
                               LAW OFFICE OF
                               PETER A. COOPER
                               400 5th Street, NW
                               Suite 350
                               Washington, D.C. 20001
                               (202) 400-1434
                               Email:
                               pcooper@petercooperlaw.com
```

```
APPEARANCES CONTINUED:

For Defendant Connie Meggs:    Stanley Edmund Woodward, Jr.
                               BRAND WOODWARD LAW
                               1808 Park Road NW
                               Washington, D.C. 20010
                               (202) 996-7447
                               Email:
                               stanley@brandwoodwardlaw.com

                               Juli Zsuzsa Haller
                               LAW OFFICES OF JULIA HALLER
                               601 Pennsylvania Avenue, NW
                               Suite 900
                               S. Building
                               Washington, D.C. 20036
                               (202) 352-2615
                               Email: hallerjulia@outlook.com

For Defendant Isaacs:          Eugene Joseph Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jefferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email:
                               grossi@carltonfields.com

                               Charles Greene
                               LAW OFFICE OF
                               CHARLES M. GREENE, P.A.
                               55 East Pine Street
                               Orlando, FL 32801
                               (407) 648-1700
                               Email: cmg@cmgpa.com
```

```
APPEARANCES CONTINUED:

For Defendant
Michael L. Greene:              Britt Redden
                               REDDEN LAW, PLLC
                               3300 Oak Lawn Avenue
                               Suite 700
                               Dallas, TX 75219
                               (214) 699-8429
                               Email:
                               bredden@reddenlawtexas.com

                               William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

DEFENDANT'S:

MICHAEL L. GREENE   6077  6164

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                          ADMITTED

MG120                                  6140

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                         ADMITTED

10056                                  6176

1            P R O C E E D I N G S

2            COURTROOM DEPUTY:  All rise.  The Honorable

3    Amit P. Mehta presiding.

4            THE COURT:  Good morning.  Please be seated,

5    everyone.

6            COURTROOM DEPUTY:  Your Honor, this is Criminal

7    Case No. 21-28, United States of America versus

8    Defendant No. 4, Sandra Ruth Parker; Defendant 5,

9    Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 9,

10   Connie Meggs; Defendant 16, William Isaacs; and

11   Defendant 20, Michael L. Greene.

12            Kathryn Rakoczy, Jeffrey Nestler,

13   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

14   government.

15            John Machado for Defendant Sandra Parker.

16            Stephen Brennwald for Defendant Bennie Parker.

17            Peter Cooper for Defendant Steele.

18            Stanley Woodward and Juli Haller for

19   Defendant Meggs.

20            Gene Rossi and Charles Greene for

21   Defendant Isaacs.

22            Britt Redden and William Shipley for

23   Defendant Greene.

24            THE COURT:  Okay.  Good morning again, everyone.

25            All right.  We've got some folks missing this

1     morning.

2              MR. WOODWARD:  I think everybody is here; there's

3     just security issues today.

4              THE COURT:  Okay.

5              MR. WOODWARD:  I was in line at 8:30 with the

6     Parkers; and I think they just got in.

7              THE COURT:  Is Ms. Meggs here?

8              MR. BRENNWALD:  And Juli Haller and company were

9     about seven or eight people back behind them.  They weren't

10    letting anybody into the front.

11             MR. MACHADO:  They did call some of our names to

12    go to the front of the line.  I think with the exception of

13    Juli Haller and Britt Redden.

14             THE COURT:  Is there anything we can take up?

15             MR. NESTLER:  I believe that Isaacs' counsel is

16    here.  We could take up the videos we sent to the Court last

17    night.

18             MR. WOODWARD:  I'm happy to argue for them, if you

19    want to.

20             THE COURT:  Yeah, I'm happy to discuss it.  But

21    they're not present, nor is Mr. Isaacs.

22             MR. NESTLER:  All three of them were here in the

23    courtroom a minute ago.

24             THE COURT:  Mr. Isaacs is about to walk in.

25             (Pause)

1          THE COURT:  Okay.  I think we can at least get

2     started at discussing -- take a few minutes here and talk

3     about the videos that the government sent last night.

4          Just some preliminary comments.

5          I think I have already said this, but I want to

6     just make sure the record is clear about the following,

7     which is that I made a finding that the government has not

8     violated the proffer agreement either by videotaping the

9     session or providing it to Dr. Askenazi.

10          And I think yesterday I was more fulsome in my

11     ruling about why I did not think there was a violation for

12     providing it to Dr. Askenazi, but let me just add to the

13     record the following at least with respect to the

14     videotaping of it:

15          First, proffer agreements such as this typically

16     are treated as contracts or agreements and are typically

17     interpreted consistent with principles of contract law.

18          There is no term in this proffer agreement that

19     addresses whether the interview will be recorded or not.  It

20     was not seemingly something that was negotiated by the

21     parties.  It's certainly not reflected in the four corners

22     of the agreement.  There's no law or requirement of which

23     I'm aware or the defense has pointed out that requires, at

24     least as a matter of federal law, for there to be a

25     disclosure of a recording of an interview of the kind that

1   Mr. Isaacs agreed to.  That's one.

2           Two, it seems to me based upon the full -- both on

3   the interview, the proffer, as well as the subsequent

4   conduct, that any -- that the taping of the interview was

5   not material, in other words, it was not a material term of

6   the proffer agreement.  And I think that's exhibited by the

7   following; one, there was no objection to it during the

8   interview.  There were at least two references made during

9   the interview to the fact it was being recorded.  At the

10  nine-second mark, the agent says, "Hopefully it's recording,

11  we're good to go," and then later on says before a break,

12  "And we're going to remain recording just so everybody

13  knows."  There was no objection at the time raised.

14          And then once even after the interview, the

15  defense has not raised an objection to the fact of its

16  recording until March the 2nd, just last week.  And even

17  then they were, at least at the time, prepared to allow the

18  audio to be played.

19          Based upon the government's proffer, the defense

20  was made aware of the recording if it wasn't aware of it

21  during the interview, at least as early as July 21st of

22  2021.  So we're talking about well over 18 months ago and

23  did not say a word about it.  This was an email that

24  government counsel sent to defense counsel asking about

25  whether they would agree to have the recording disclosed to

1   defense counsel.  And, again, there was no word about it at

2   all from the defense since July 21st of 2021, up through

3   March the 2nd.  No objection was made either at the motion

4   in limine deadline or otherwise, and so I think that is

5   further reflective of the immateriality of the term.

6         Further, the defense also was made aware that

7   Dr. Askenazi had seen the recording as of January 18th of

8   2023 based upon her report, which disclosed the materials

9   that she had reviewed.

10         There was no filing of a pretrial motion in

11   limine.  The issue was not raised at the Pretrial

12   Conference.  It was not raised at the *Daubert* hearing, and

13   it wasn't raised before the government closed its

14   case-in-chief.  So I don't think the term is material based

15   upon the full record before me.

16         I also had ruled yesterday, I just want to

17   reiterate that in terms of the motion to exclude

18   Dr. Askenazi I think comes too late.  As I said already, the

19   defense was well-aware that Dr. Askenazi had seen the

20   report, at least as of January 18th.  They made no motion

21   with respect to it as of the *Daubert* hearing, after the

22   *Daubert* hearing, and did not say a word about it until after

23   the government closed its case.  And in fact, I think it

24   came for the first time the day before Dr. Sperry was

25   scheduled to testify.

1          And so at that point, it was certainly too late.

2     If the defense wanted to exclude Dr. Askenazi on that

3     ground, it should have been made sooner, but we were put in

4     a position where Dr. Sperry was prepared to testify the

5     following day, and it wasn't really even until yesterday,

6     I think, the motion to exclude Dr. Askenazi was formally

7     filed.

8          As of last Thursday, the day before Dr. Sperry was

9     set to testify, the request was only to play audio, and

10    there was no objection to actually providing it.  If memory

11    serves, that motion didn't even suggest that the plea -- the

12    debriefing agreement, the proffer agreement had been

13    violated by providing it to Dr. Askenazi.  I think that was

14    raised for the first time over the weekend when the motion

15    was supplemented on Sunday once Dr. Sperry was still on the

16    stand and was still in her cross-examination with the

17    government.  So the motion to exclude her comes far too late

18    in the day, given where we are in trial, and given that the

19    government intends to use Dr. Askenazi on rebuttal.

20          Now, insofar as the videos themselves -- and I'll

21    also note in terms of arguing, I think I've alluded to this

22    already, that somehow the proffer agreement was violated by

23    the videotaping of it.  As I said earlier, the defense has

24    known about it for a very long time, has missed the motion

25    in limine deadline, among other things.  And so that motion

1    is arguably -- well, I'm denying it as untimely as well.

2           Insofar as what the government can use in its

3    rebuttal case, I'm obligated, under the case law, both not

4    only to read the proffer agreement as a contract but also to

5    read it in a way that I think is favorable to the defense in

6    the sense that it's the government that drafted this,

7    I believe.  And in the interest of protecting the

8    defendants' rights, I think it ought to be interpreted in a

9    way that's most favorable to the defendant.

10          The proffer agreement provides, in paragraph 3,

11   this is ECF 874-1, third, in the event your client is ever a

12   witness or presents evidence or arguments through other

13   witnesses at trial or any other proceeding, and your

14   client's statements or the evidence contradicts statements

15   made in your client's debriefing, the attorney or agent for

16   the government may cross-examine your client and other

17   witnesses concerning any statements made or other

18   information provided by your client during the debriefs,

19   debriefings, and may use any statements or evidence in any

20   pleadings it files.  The evidence regarding such statements

21   may be introduced in rebuttal.

22          So I think, as I ruled yesterday, the proffer

23   agreement clearly contemplates that Mr. Isaacs' statements

24   that were made during the session can be used both in

25   cross-examination against him and in rebuttal.  The question

1    is how and in what way they can be presented.  And based

2    upon the two principles I just articulated, that of contract

3    and that of reading this in a light most favorable to the

4    defendants, I'm not going to permit the video or audio of

5    the statements to come in.  The government can call an agent

6    to complete the impeachment, and the reason for that is as

7    follows:

8            The statement -- excuse me, the debrief itself is

9    limited to use of statements, statements made or other

10   information provided by the client during the debriefing,

11   and it is the statements that the government can use.

12           The government has suggested it wishes to submit

13   the video in order not only to present the statements to the

14   jury to contradict what Mr. Isaacs said on the stand, but

15   also to show that he had a very different demeanor while he

16   was in the debriefing session.

17           I do not read the proffer agreement to permit the

18   government to use the demeanor of Mr. Isaacs during the

19   debriefing session as an argument that the government can

20   use to convince the jury that Mr. Isaacs' testimony here at

21   trial was not credible.

22           And so I think the government is, perfectly

23   consistent with the proffer agreement, permitted to bring

24   statements in that Mr. Isaacs made during the debrief

25   sessions that were inconsistent with what he said here at

1    trial.  But I will not permit them to do so through either

2    the audio recording -- either through the video recording or

3    an audio recording without the video, okay?

4              I think the question is, does the government --

5              MR. GREENE:  Thank you, Your Honor.

6              THE COURT:  Does the government have an agent

7    available who can be available tomorrow for that purpose?

8              MR. NESTLER:  Yes, Your Honor.

9              Could I just clarify one additional point related

10   to that?

11             We understand Your Honor's ruling.  We would ask

12   the Court to preclude the defense from arguing in closing

13   that Mr. Isaacs' demeanor on the stand here shows that he

14   has some sort of severe form of autism or that the way that

15   he testified here reflects his ability to comprehend or to

16   answer questions or any other characteristic there.

17             The reason being is that we are concerned, based

18   on the performance, I should say, yesterday from Mr. Greene

19   examining him, that this is a deliberate tactic from the

20   defense to convince the jury that he is easily manipulated

21   and that he has a hard time answering questions or following

22   trains of thought, and we think the debrief actually

23   disproves that.

24             THE COURT:  So can I -- if I can interrupt.  Two

25   things.

1          One, let's take that up at another time.

2   Mr. Greene is now here.  I believe everyone is here, and the

3   jury is all here.

4          MR. NESTLER:  Yes.

5          THE COURT:  I will make the following observation

6   just for the record.

7          I did receive six clips from the government last

8   night.  I've reviewed them all.  I've compared them against

9   Mr. Isaacs' testimony on cross-examination, and I'm prepared

10  to have the discussion when the time is appropriate about

11  which of those video clips -- well, which of the statements

12  the government proposes to admit is permissible to complete

13  impeachment and then we can talk about the request you've

14  made.

15          I will make one observation, which is that it is

16  true, Mr. Isaacs' demeanor is very different during that

17  nearly three-hour-long interview than it was here at trial,

18  but --

19          MR. ROSSI:  Thank you, Your Honor.

20          THE COURT:  -- that's just an observation.

21          MR. SHIPLEY:  I apologize for the delay, Your

22  Honor.  We were actually downstairs at 15 to 9:00.

23          THE COURT:  Yeah.  Sorry about that.

24          I don't know what's going on.  There must be

25  another jury selection today for somebody.

1          MR. SHIPLEY:  There was a jury being selected

2    yesterday.

3               (Discussion held off the record.)

4          THE COURT:  Just while we're -- we have a couple

5    sections here -- are you ready?

6          COURTROOM DEPUTY:  Jury panel.

7               (Jury entered the courtroom.)

8          THE COURT:  Okay.  Please be seated.  Welcome,

9    everyone.

10         Sorry for the delay this morning.  As some of you

11   may have experienced, it was an unusually long security line

12   this morning, and it was challenging to get everybody here

13   on time.  We now have everybody, and so we are ready to

14   continue with Mr. Greene's examination.

15         So, Mr. Shipley, we are ready when you are.

16                             - - -

17   MICHAEL L. GREENE, WITNESS FOR DEFENDANT MICHAEL L. GREENE,

18   HAVING BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND

19   TESTIFIED FURTHER AS FOLLOWS:

20                  DIRECT EXAMINATION (CONTINUED)

21                             - - -

22                             - - -

23   BY MR. SHIPLEY:

24      Q    Good morning, Mr. Greene.

25           Yesterday when we finished, we had concluded

1    talking about your efforts in Louisville.  So after

2    Louisville, what was the next contact -- or did you have

3    contact with Stewart Rhodes again?

4        A    After Louisville?

5        Q    Correct.

6        A    I did.  He wanted me to go to assist his friend

7    whose attorney worked in an election poll in Michigan.

8        Q    Okay.

9             And what was that attorney's name?

10       A    Kellye SoRelle.

11       Q    And that's a female, correct?

12       A    Yes.

13       Q    We have a couple Kellies in this case.  So -- but

14   Kellye SoRelle is the female?

15       A    Well, yes, yes.  Kellye SoRelle is the female

16   Texas attorney who was working for the Trump campaign.

17       Q    And what did he ask you to do?

18       A    He asked me to go and be her close protection guy

19   for a couple days.  She thought she witnessed some ballot

20   tampering, so she was scared, and people was coming to her

21   hotel and threatening her and stuff like that so...

22       Q    Where was this at?

23       A    This was in Detroit, Michigan.

24       Q    And where were you?

25       A    Indiana.

```
 1        Q     Okay.

 2              And what did he ask you to do?

 3        A     He just asked me if I would be available to go and

 4   be her bodyguard for at least a week.

 5        Q     And did you?

 6        A     I did.

 7              I met another guy up there.  He had -- his name

 8   was Jeff Morelock.  You guys seen him, he was on the stand.

 9              So Jeff Morelock and I was Kellye SoRelle's close

10   protection detail for like a week.

11        Q     Okay.

12              And was Jeff Morelock a member of the

13   Oath Keepers?

14        A     Yes.

15        Q     And did you know anything about Jeff Morelock

16   before you met him there?

17        A     No, no.

18        Q     Did you learn more about his background while

19   working with him?

20        A     I did learn about Jeff Morelock's background.

21              When I met him, you know, he asked a couple

22   questions about my background, and I asked a couple

23   questions about his, and we just, you know -- we just worked

24   together.

25        Q     Okay.
```

1          You were comfortable -- were you comfortable

2     working with him, given his background?

3          A    I was comfortable working with Jeff.

4               He went to Executive Protection Institute.

5               No, he went to LaSorsa, which is a bodyguard

6     school, out of Florida I believe, and then he was a police

7     officer and he worked on the Kosovo detail.

8               So I took it to be pretty knowledgeable, so I

9     didn't have an issue working with him, I mean.

10         Q    Between the two of you, did you have a view as to

11    which one of you had more training and more experience?

12         A    Unspoken, yes.

13         Q    What was that?

14         A    Well, like, I don't like to brag or anything but,

15    you know, like Jeff, I mean, he was a police officer, and

16    then he went to Kosovo, and then we went to LaSorsa, and so

17    he's probably maybe had about five or six details.  He had

18    mentioned that he did some other EP stuff for Stewart.

19         Q    Between the two of you, though, who sort of called

20    the shots?

21         A    I was.

22         Q    And he understood that?

23         A    Yes.

24         Q    And he was good with that?

25         A    Yes.

6081

1          It's like it's, you know -- it's transparency.
2     I don't ever say, I'm your superior, you're my subordinate.
3     No, I don't have that those kind of conversations.  Like,
4     we're working together.  Who's in charge doesn't matter.
5          So it wasn't a situation where I made him feel
6     like he was beneath me or anything like that.  It was a
7     pretty good working relationship.
8          Q    How long did this assignment on behalf of
9     Ms. SoRelle, how long did that last?
10         A    I left after like maybe five or six days.  Jeff
11    stayed there, and they ended up leaving the Michigan area.
12         Q    And when was this?
13         A    This was like a day or so after the election.
14         Q    Okay.
15              And was there some election controversy in
16    Michigan that she was involved in?
17         A    Yes, yes.
18              She thought she witnessed some tampering with the
19    ballots.  And I guess what happened was she was working at a
20    poll and she left something, and she went back later in the
21    night and, you know, witnessed them doing some stuff with
22    the ballot boxes or something like that, and, you know, she
23    called it out and did a news interview and stuff like that.
24              So a bunch of people showed up at her hotel, and
25    she felt really threatened.  And then the next -- you know,

1    the following day, you know, they came back, they were

2    following her around Detroit and stuff.

3           So she contacted Stewart, and Stewart contacted

4    me, and I talked to her on the phone, and I went up there

5    with -- you know, with the intention of working close

6    protection and met Jeff and --

7    Q    Did you see anything like that while you were

8    there?

9    A    People following her?

10   Q    Yeah, the kind of complaints that she made.

11   A    When I first got there, yes.

12          You know, there was a couple people at her hotel

13   room, you know, and for some reason, they knew where she

14   were staying at, you know what I mean.

15          So she felt like the people in the hotel told them

16   where she was staying at because everybody at the hotel she

17   was staying at were Democratic National Convention people or

18   whatever the case was, but that's what she thought.

19          I don't know how they got her hotel information,

20   but, you know, they'd wait around for her in the lobby and

21   yell stuff at her.

22   Q    But eventually that ended, right?

23   A    Yes.  Yes.

24   Q    And you left.  Did you go back to Indiana?

25   A    I went back to Indiana.

1      Q      Okay.

2              And did you hear from Stewart again shortly after

3      that?

4      A      I did.

5      Q      When did you hear from him next?

6      A      It was maybe a week later, something like that, he

7      wanted me to come back.

8              And I had talked to Jeff, and Jeff had made

9      mention that he wanted me to come back.

10             But they left Michigan and they met Stewart in

11     North Carolina, and so they were going to go to this march

12     or -- some shit Alex Jones had going on, and Kellye were

13     going to speak.  And so Stewart wanted me to come back and

14     be her protection while she was going around D.C. to her

15     speech.

16     Q      Okay.

17             So this was -- and you sat through the trial.

18     This was the Million MAGA March in November?

19     A      In D.C., yes.  Yes.

20     Q      Okay.

21             And did you go to that?

22     A      I did.

23     Q      Okay.

24             And did you go to that -- well, had you been paid

25     for going to Detroit?

6084

```
 1      A    Yes, I got paid.

 2      Q    Okay.

 3           And were you -- was the offer to go be with her in

 4   Washington, D.C., was that to be a paid job?

 5      A    Yes.

 6           I've never went anywhere with Stewart without

 7   getting paid.

 8      Q    Okay.

 9           So did you go to Washington, D.C. on or about

10   November 14th?

11      A    Yes.

12      Q    Do you know what day you arrived?

13      A    I think the 12th.

14      Q    Okay.

15           And what did you do?

16      A    So when I got there, I think I met them at the

17   Caldwell guy's farm, and then we went to somebody Stewart

18   knew house.

19      Q    Did you see other members of the Oath Keepers at

20   the Caldwell farm?

21      A    Yes, there was a lot of Oath Keeper members at the

22   Caldwell farm.  Yeah, they were sitting around, a bunch of

23   old guys camping out, telling military stories and stuff

24   like that.  I met Stewart.  They were talking about security

25   stuff.
```

1          But it was just a meeting place for me.  So me and

2   Jeff and Kellye -- and Stewart took us to this guy's house,

3   and that's where we stayed at.

4          Q    Did you have any role in the Oath Keepers'

5   security operation as an organization during the

6   Million MAGA March?

7          A    No.

8               I was purely there for the protection of

9   Kellye SoRelle.

10         Q    Okay.

11              And did you discuss with Stewart or anyone else

12   the security plan that others had put in place for the

13   Million MAGA March?

14         A    I didn't discuss the security plan with Stewart,

15   I listened to the security plan.  He wanted me to get on

16   this call where they were talking about the security plan,

17   and then he made mention of it again, and he asked me about

18   the need for a QRF at the Million MAGA March, and we talked

19   about that.

20              But as far as planning out security operations for

21   him or setting up his security teams, I didn't have any part

22   in that.  That's not what he was paying me for, and that's

23   not the job that he wanted me to do.

24         Q    So that wasn't your mission?

25         A    No.

1     Q     Okay.

2           What was your mission?

3     A     Protection of Kellye SoRelle.

4     Q     And did you do that?

5     A     Yes.

6     Q     And how long did that last?  The march was on the

7     14th.  When did you end that mission?

8     A     So they ended up picking up another -- like she

9     was going to go speak at another rally which was in Atlanta.

10    So I stayed with her, and we went to Atlanta after the

11    Million MAGA March.

12          Now, during the Million MAGA March, we ended up

13    linking up with Alex Jones and his security guys.  And so

14    after that, we went to Atlanta, and it was the

15    Stop the Steal shit in Atlanta.

16    Q     Now, let me ask you this.  Let's back up to D.C.

17    just for one more subject.

18          Was there some controversy about some members of

19    the Oath Keepers having departed early from the march in

20    D.C.?

21    A     So what happened was, the guy who was second and

22    was, you know, supposed to be on the street with the

23    Oath Keeper members, he decided to pull all these guys off

24    the street and, you know, after Alex Jones reached --

25    I think he was speaking in front of the Supreme Court.

1    After Alex Jones reached the Supreme Court, he told them the

2    operation was over.  So, you know, they left.

3           And after they left, you know, all these people

4    stood around with, you know, with the speakers and stuff

5    like that.  But when they started going back to their cars,

6    they started getting attacked by Antifa members.  And so

7    Stewart was, you know, kind of in his feelings about it

8    because he felt like that's what he had the Oath Keepers

9    there for.  And this guy pulled him off the street.  And as

10   a result, he felt like all these people got attacked.  And

11   so him and that guy kind of bumped heads about it.

12   Q    Let me ask you this:

13        Did you witness these attacks?

14   A    Yes.

15   Q    And was this after the march had concluded?

16   A    Yes.

17   Q    And was this when people who had attended the

18   march were simply trying to get back to their cars?

19   A    Yes.

20   Q    And what did you see?  What was this physical

21   violence against them?

22   A    You said what was the physical violence against

23   them?

24   Q    What was the attack?  Was it physical violence

25   against them?

1    A    Yes.

2    Q    What did you see?

3    A    So we were leaving out of a hotel next to the

4  BLM -- is it the BLM plaza?  You asked me about the BLM

5  Plaza.  It's next to a hotel.  So we were coming out of the

6  hotel, and there was a group of black people walked out of

7  the building plaza.  And it seemed like every police officer

8  in Downtown D.C. surrounded these guys, just purely on the

9  simple fact that they walked out of BLM plaza.

10        So when that happened, a bunch of the Antifa guys

11 just started attacking people, and, you know, no cop did

12 anything.  You had people getting hit with sticks.  A couple

13 people got hit with bottles.  They ganged up on the guy.

14        I seen them attack a teenager.  And it's just me

15 and Jeff, Kelly, and Stewart.  And then Stewart is like,

16 well, man, we should help.  I'm like, well, Stewart,

17 it's like five of us, it's quite a few of them, what are you

18 going to do, you know?

19        So they went to hotels, you know, where they were

20 eating outside in the hotels, you know.

21    Q    When you say "they went to the hotels," who are

22 you talking about?

23    A    The Antifa people.

24    Q    Okay.

25    A    And some of them were BLM, but mostly Antifa, a

```
 1    bunch of scrawny white guys in motocross vests with
 2    makeshift shields and pipes and bats, poles, face shields.
 3            They just -- they fucked up D.C.  Sent people to
 4    the hospital.
 5            They turned over a couple tables at a few
 6    restaurants.  They were lighting fireworks.
 7            No cop did anything.
 8    Q    And this is on the evening of the 14th after the
 9    rally was over and the Oath Keepers, most of them had left?
10    A    Yes.
11    Q    And what was Stewart's reaction to what he saw?
12    A    He was pissed.  He took it personal.  He felt like
13    that magnitude of violence wouldn't have happened to people
14    if the Oath Keepers were there.
15    Q    Okay.
16            And was that -- now, you said that Kelly was going
17    on somewhere else after leaving the Million MAGA March or
18    Washington, D.C. on the 14th?
19    A    Yes.  They were going to Atlanta for -- it was a
20    Stop the Steal rally at the Atlanta Statehouse or -- yeah,
21    the Atlanta Statehouse.
22    Q    The Capitol, the Atlanta Capitol?
23    A    Capitol, yeah.
24    Q    And did Stewart ask you anything with regard to
25    that?
```

1        A        No.

2                 So what ended up happening there was, it was, you

3        know, me and Jeff again and Kelly.  And the same guy who was

4        running the operation for the Million MAGA March was in

5        charge for this rally as well.  But, you know, this time

6        Stewart wanted me to be kind of his assistance, you know,

7        where I could.  And I was telling him, well, hey, Stewart,

8        I can't do two things at once.  And so, you know, he just

9        kind of left it at that.

10                Well, he told this -- I think his name is

11       John Siemens.  He told him that he wanted me to be his

12       second, and he kind of got mad.  And I told him the same

13       thing again.

14                So when the actual rally was going on, I was

15       standing out there with Kelly.  We were away from the crowd.

16       I never want my client in the crowd.  So we were away from

17       the crowd.  We were looking into what was going on, and

18       Stewart came over to me and told me, Siemens had left to get

19       somebody from the airport, and he told him he wasn't coming

20       back.  He was going to ride around and scout the area, so to

21       speak.

22                But, you know, it was a group of Antifa guys on

23       one side and they were armed, and, you know, he had a

24       good-faith belief that they were coming towards where the

25       rally was.

1          And so Kelly was set to go on stage and talk.  And

2     so we moved up and then Stewart asked me, well, hey, man,

3     what do you think we should do if Antifa comes up, you know?

4     I need you to take over and kind of guide my guys.  And I

5     just told him, hey, look, there's a lot of police officers

6     in between us and them, just see what happens, you know.

7          So that's really how it went.  Antifa guys showed

8     up, and the police did a good job keeping them away from the

9     protesters there or from the rally-goers there, so to speak.

10          And so when the police started separating them,

11     you know, when the rally was over, they did a good job

12     keeping them away from the crowd.  What ended up happening

13     was, more of these guys came, and, you know, it was a bigger

14     crowd, and quite a few of them had firearms.  And, you know,

15     you had a lot of Oath Keeper guys standing on the parking

16     lot getting their weapons ready, you know, thinking that

17     these guys were going to come down.

18          And so, you know, while they are potentially

19     gearing up for an armed conflict, I'm telling them, hey,

20     listen, I don't think it's a good idea to fight these Antifa

21     guys in the street.  So nothing ended up happening, but it

22     was just a tense situation.

23     Q    But your presence in Atlanta, was that to

24     coordinate the Oath Keepers' presence or to help with

25     protecting Kellye SoRelle?

1    A    It was purely for protection of Kellye SoRelle.

2    Q    But Stewart Rhodes asked your advice as things

3  were unfolding?

4    A    Stewart Rhodes asked my advice.  He wanted me to

5  kind of guide his guys because this guy that he left in

6  charge left.  And so, you know, that's really where he was

7  at.

8    Q    Now, that guy, he was from Texas, right?

9    A    Texas guy, yeah.

10   Q    So after the events in Atlanta wound down, how far

11  after that, just a matter of days, that was after the rally,

12  the Million MAGA March?

13   A    About a week.  Like I think the following weekend

14  maybe or maybe -- it wasn't too far away from it.  I don't

15  remember the exact day, but it wasn't --

16   Q    Did you go home to Indianapolis between Virginia

17  and Atlanta?

18   A    No.  I left from Virginia and D.C.  We were -- we

19  made the trip down to Georgia.  I just stayed with Kellye.

20  Like, he paid me to stay with Kellye.  So, you know, we went

21  down there, and I think we got a room in Tennessee and then

22  we moved into Georgia like a couple days later.

23   Q    Was Stewart always with the two of you or did he

24  come and go?

25   A    He came and went.

1          This particular time, he was with me and Jeff.

2   And then after I left from Georgia, I didn't hear from

3   Stewart again until he wanted me to go to the Jericho stuff.

4       Q    Okay.

5            Let's talk about that then.

6            So the next time you hear from Stewart is for the

7   Jericho rally, which is in mid-December, right?

8       A    Yes.

9       Q    And when he contacted you about that, what did he

10  ask you to do?

11      A    He wanted me to, A, come back for Kellye.  But,

12  you know, these Praetorian Guard guys reached out to him and

13  wanted him to assist with Flynn's security detail.

14      Q    Okay.  What do you know about this group called

15  the Praetorian Guard?

16      A    They were like the Oath Keepers, but they

17  legitimized their security aspect.  So they do security and,

18  you know, people pay them to come out and do security.

19           And so they were a little more organized than the

20  Oath Keepers were in terms of security.  Like, they didn't

21  use volunteers, like all their guys were paid guys.

22           And so, you know, they had their shit together a

23  little better than a lot of Stewart's guys because, you

24  know, these are professionals.  All of them were veterans.

25  All the ones I met were combat veterans, and they all done

1    PSD and stuff like that.

2          So it's a different group of guys.  And they had

3    different gear.  Like, they had real radios that were on

4    Motorola towers.  So, like, they, you know, they didn't have

5    to worry about getting stepped on when it was a bunch of

6    people around.  So they had radios.

7          Yeah, I mean, a pretty solid group of guys.

8    Q    Okay.

9          And so how did you interact with them?  What

10   happened at the Jericho rally that put you in contact with

11   them?

12   A    It was all through Stewart.  He put me in touch

13   with the 1AP guys.  I told him I was there working for the

14   Oath Keepers.  And we made the connection.  And me and two

15   of his guys, we did the events.

16   Q    You said two of his guys?

17   A    Yeah.  Two 1AP guys.

18   Q    And what's that?

19   A    1AP.

20   Q    Is that the First --

21   A    First Praetorian Guard, yeah.

22   Q    First Praetorian Guard, okay.

23         If you use that reference, that's what you're

24   referring to?

25   A    That's what I'm referring to, yes.

1      Q     So you and two Praetorian Guards --

2      A     1AP guys, yeah.

3      Q     Wait for me to finish my question; otherwise,

4  we're going to torture the court reporter.

5            So you got together with two Praetorian Guard

6  members.  What was that for?

7      A     We were doing the events for Flynn.  We were going

8  around D.C., spots that he was going to go to, and then

9  I think he was giving a speech somewhere.  And so --

10     Q     Did you know from your military background who

11 Mr. Flynn was?

12     A     From my military background?

13     Q     Right.

14     A     No.  I heard about who Flynn was.  I didn't -- you

15 know, the only generals I knew about when I was in the

16 military were generals that had stuff to do with the

17 operations I was doing.  Like, third ID's general was

18 General Webster, and right under him was Colonel Decamp, so.

19     Q     Did you understand, though, that Michael Flynn was

20 a retired Army general?

21     A     Yes.

22     Q     And so did you think he was somebody important and

23 that probably needed a security detail?

24     A     You know what?  People pay for security details

25 that have no importance.  It's not for me to decide, you

1    know what I mean?

2         Q    Checks cash, right?

3         A    Yeah.

4              If they feel like they need security, they pay for

5    it.

6              And, you know, I don't ask one way or another.

7    I mean, it's another job for me, you know.

8              I didn't -- you know, I don't see the need for him

9    to have security like he had security, but that's what he

10   wanted to pay for.

11        Q    All right.

12             So let's go back.  Let's explore just briefly the

13   arrangements and what you ended up doing at the Jericho

14   rally.

15        A    Okay.

16             So Stewart wanted me to do, you know, whatever

17   group work that he agreed with them on, you know.  I guess,

18   you know, he told them he can provide bodies that can help

19   with their security detail and he gave them me.

20             But he also wanted me to when I finished with

21   them, Kellye was going to speak at a stage with Stewart

22   during Jericho rally or the Jericho March.

23             So once I got finished with the 1AP guys, I linked

24   up with Kellye and Stewart again.  And then when they were

25   finished, it was really just everybody standing around

1    bullshitting.

2        Q    Did you realize that there were any other

3    Oath Keepers with you as part of the General Flynn

4    protection detail?

5        A    No.  I mean, it was me and two 1AP guys.  And we

6    met another 1AP guy in between.  And, you know, we have

7    these points, okay.  We get to this point, we radio in, we

8    tell them what we see.  Everything's clear.  And then they

9    escorted the vehicles down the street.

10           So when they were escorting the vehicles down the

11   street, I seen a couple of Stewart's Oath Keeper guys, but

12   outside of that, I didn't see any Oath Keeper guys actually

13   helping do the stuff that I was doing.

14       Q    Okay.

15           Did you ever meet Roberto Minuta?

16       A    I did meet Roberto Minuta.  The first time I met

17   him was when the Antifa guys were jumping on people.

18       Q    When was that, back in November?

19       A    Yes.

20       Q    Okay.

21       A    I think I met him again maybe at the

22   Jericho March.  I don't remember if I met him at the

23   Jericho March.  But, like, I absolutely met him at the

24   Million MAGA March, the night of.

25       Q    When there was violence, he was out there watching

1    the violence with you?

2        A    No, no.

3             So he wasn't watching the violence with us.  Like,

4    we seen him in between.  Like, when we were walking from the

5    hotel going back around to, I guess, Freedom Plaza or

6    whatever that was, you know, we seen him walking, and

7    Stewart recognized him and, you know, he walked with Stewart

8    for a little bit and then he was gone.

9        Q    But you didn't recognize him at the Jericho rally

10   in December?

11       A    I didn't recognize him.  I don't remember if I

12   seen him there or not.

13       Q    Okay.

14            Did you have any conversations with Stewart about

15   the other Oath Keeper security operations at the Jericho

16   rally?

17       A    Stewart, yes.  He asked me what I thought about

18   the plan for the preachers who were walking around.  And I

19   remember telling him, you know --

20            MS. RAKOCZY:  Objection; hearsay.

21            THE COURT:  It's overruled.

22            Go ahead.

23            THE WITNESS:  I remember telling him, you know, a

24   better idea than the idea that he came up with.

25            Yeah, he wanted to have guys try to keep up with

1    these eight or 12 preachers that were going to walk around,

2    and, you know, he was having manpower problems, he didn't

3    have enough numbers again.

4          So I told them, well, it might be better for you

5    to just stage guys at corners when you know they're going to

6    come, you know.  Because they're walking around, you know,

7    maybe you have a guy with them, and then you keep two or

8    three guys on the corners of the areas where they'd be

9    walking to.  That way, you can kind of have a little more

10   control over, you know, the crowd that might approach them.

11   So to speak.

12   BY MR. SHIPLEY:

13   Q    So is this just another example of him seeking

14   your advice on how the Oath Keepers might operate more

15   effectively?

16   A    Yes.

17   Q    Now, at any point, either during or in the

18   immediate aftermath of the Jericho rally, did you see any

19   violence?

20   A    No, not at the Jericho rally.

21        Now --

22   Q    Did you discuss the presence or absence of a QRF

23   for the Oath Keepers at the Jericho rally?

24   A    So Stewart wanted a QRF for the Jericho rally as

25   well, but, you know, as I told Stewart, I mean, just like

1   when he mentioned the need for a QRF at the

2   Million MAGA March, it was -- it was absolutely different,

3   you know, being there and seeing everything at the

4   Million MAGA March.

5            I mean, it was big, it was huge.  Like you

6   couldn't walk down the street at the Million MAGA March.  We

7   had to put our principals in the square and walk them down

8   the street, and, you know, we still had a problem getting

9   through sometimes.

10           And so you had a lot of people who couldn't stay

11   out there.  I think we walked 35, 40 miles at the

12   Million MAGA March, you know.  So, you know, Stewart's got

13   these old guys, you know, they're not going to be able to

14   stay out and walk 30 or 40 miles.

15           And then he wanted people to stay out to protect

16   the people who were at the rallies from getting attacked

17   again.  He didn't have the people.  And if you keep a guy

18   out all day, he's probably not going to want to stay out all

19   night.

20           So, you know, he's like, well, we can have a QRF

21   do this.

22           Well, Stewart, you're not going to be able to get

23   a vehicle in because they're going to block streets off,

24   it's going to be a bunch of people.  So what are you going

25   to do with a QRF, one.

1          Two, you can't bring firearms into D.C.  So a QRF

2    effectively only needs to be people who can cart these old

3    fuckers out of here who can't walk.

4          And so, you know, he kind of thought about it and

5    was like, well, I'd still like to have some kind of support

6    for these guys.

7          And I was like, well, hey, you know, it's your

8    group.

9          But, you know, that was my thoughts on the QRF for

10   that.  I mean, it's logistically impossible to get a QRF

11   into a place where all the roads are blocked off, and the

12   roads that aren't blocked off are full of people.

13   Q    So after you left -- after you left Washington,

14   D.C. following the Jericho rally, where did you go?

15   A    I went home.

16   Q    Back to Indianapolis?

17   A    Back to Indianapolis.

18   Q    And did you have continuing, sort of regular

19   contact with Stewart, or did the contact end?

20   A    Not regular contact.

21        You know, he'd call about, you know, advice on

22   gear and stuff like that.  And, you know, I still talked to

23   Greg, so, you know, he'd call with Greg on the phone, they'd

24   be going back and forth about some gear issues and stuff

25   like that.

1          But, you know, it wasn't regular for me to talk to

2    Stewart outside of, like, jobs that was going on.

3          Now, he still had me in the Signal chat for the

4    Jericho March and stuff like that.  So, like, you know, I'm

5    sure, I mean, those Signal conversations, Jesus.

6          So -- but -- so Stewart had called, and he asked

7    questions and stuff like that.  You know, we wouldn't really

8    talk about anything really outside of gear.

9          And then Stewart would spit some of his political

10   shit, and it's like, all right, Stewart, man, I'll holler at

11   you, you know.

12         But --

13   Q    Let me ask you this, you mentioned Signal and the

14   Signal chats, and there have been lots of evidence about

15   that through the course of the trial that you listened to.

16         Prior to getting involved with the Oath Keepers,

17   was Signal something you ever used?

18   A    Yes, I used it for jobs.  I played Xbox.  So we'd,

19   like, use it for game leagues and stuff like that.

20         But, I mean, it's -- I mean, I had the app on my

21   phone already, but I've used it for a couple jobs.

22   Q    Were you ever trying to hide your activities from

23   law enforcement by using Signal?

24   A    No.

25   Q    Let's -- so you're having continuing contacts with

1    Stewart, you're having continuing contacts with Greg, right?

2        A    Yes.

3        Q    Greg aware of all the things you're doing with

4    Stewart when you're contacting, talking to him?

5        A    Yes.

6             I mean -- and, you know, me and Greg talked one

7    day after I came back from Jericho.  You know, he was asking

8    me about the shit that the Proud Boys were doing at Jericho.

9             And, I mean, we talked probably two hours.  And,

10   you know, he called me back, and Stewart was on the phone.

11   And, you know -- you know, Stewart wanted to talk about the

12   Proud Boys stuff.

13            But -- so me and Greg kept in contact on the

14   regular.

15       Q    Okay.

16            Let's move forward.

17       A    Okay.

18       Q    How did it come about that you ended up in

19   Washington, D.C. in advance of January 6th?  How did that

20   get started?

21       A    You said in advance of January 6th?

22       Q    Well, you came earlier than January 6th, right?

23       A    Yes.

24       Q    How did that ball get rolling?

25       A    So Stewart hit me up about maybe the 1st,

1   something like that, and he asked me to help Siekerman plan

2   the close-protection details for the VIPs and the speakers

3   that they were going to have at this rally.  This was

4   another Stop the Steal rally.  And so it's like, okay.

5              So I started talking to Siekerman about it.

6              And, you know, a couple days later, Stewart called

7   me back, Siekerman wasn't going to make it.  I talked to

8   Siekerman.  He said he wasn't feeling too good.  I think

9   he said he had COVID.

10             And so I went from organizing the close-protection

11  details to organizing the security operation.

12      Q    So you had been talking to Stewart about just

13  being a bodyguard?

14      A    Yes.

15      Q    Or organizing the bodyguard effort?

16      A    Yes.

17      Q    And then that conversation changed to a little

18  more of an overall leadership?

19      A    Yes.

20      Q    And was that similar to what you'd done in

21  Louisville?

22      A    Yes.

23      Q    Okay.

24             So you were comfortable with that?

25      A    Yes.

1      Q      Okay.

2             So did you follow the plan that Don Siekerman had

3      created?

4      A      I made a couple tweaks to it.

5             Again, you know, these guys wanting to have QRFs,

6      it's fucking impossible.

7             So they -- they had a QRF.  And they had, you

8      know, so many people who were supposed to be coming.  Like,

9      you know, they had this whole intricate plan.

10            And, you know, he had already talked to law

11     enforcement and stuff like that.

12            So when the decision was made for me to take over

13     the operation or take over as ops leader for the security

14     operation, what I did was, you know, I cut the meet --

15     Q      We'll come back to that.

16            I want to ask you something else.

17            You said he had this whole intricate plan --

18     A      Yes.

19     Q      -- Don Siekerman had prepared and that you had

20     consulted on, and now you took over?

21     A      Yes.

22     Q      Did that intricate plan have anything to do with

23     going into the Capitol on January 6th?

24     A      No.

25     Q      Did that intricate plan have anything to do, so

1    far as you could tell, with trying to interfere with the

2    certification of the vote by Congress on January 6th?

3         A    No.

4         Q    Were those subjects ever discussed by you with

5    anybody connected to the Oath Keepers in the time frame of

6    the 2nd, 3rd, or 4th?

7         A    No.

8         Q    Okay.

9              Where were you?  Let's go back to where we left

10   off.

11        A    So first thing I did with the security plan is,

12   you know, I cut the need for a QRF.  Again, I've been there

13   twice.  You can't get vehicles down the street.

14             And then, two, it was a manpower problem.  So you

15   don't have enough people to run a QRF.  You can't get a

16   vehicle down the street.

17             I mean, because it was supposed to be big.  They

18   said it was going to be just as big as the

19   Million MAGA March.  So I'm anticipating that kind of scene.

20             So you can't get a vehicle down the street.  You

21   wouldn't be able to get anywhere close to where this event

22   was going to supposedly be at, you know.

23             You had a stage on the 5th.  Then you had two or

24   three stages the morning of the 5th.

25             And then on the 6th, you had, I think, like, four

1    or five different places that he wanted people to be at.

2           So, you know, you had all these people who say

3    they were going to come, but Stewart always had people who

4    say they were going to come.

5           So I could only operate with the people that

6    I thought for sure would be coming, which ended up being

7    maybe 20, 22 people tops.

8           And so you don't have a QRF because you can't get

9    a vehicle in there.  You not going to be able to get close

10   to anybody in terms of a QRF.  So it's logistically

11   infeasible to have a QRF.

12   Q    Did Stewart talk to you about having the QRF in

13   place so that it could go rescue Donald Trump from the

14   White House?

15   A    During the Million MAGA March.

16          So Stewart wanted me to listen to his security

17   plan and listen to his security plan.  And Stewart told me

18   that he wanted an armed QRF in Virginia because he heard

19   people talking about they were going to forcefully storm the

20   White House and remove Trump because Trump was refusing to

21   leave the White House.

22          So I remember telling Stewart, "Stewart, you're

23   fucking crazy."  Like, nobody is going to storm the fucking

24   White House.  They have an arsenal.  They will slaughter

25   everybody.

1       We laughed, but he still wanted to keep this QRF

2   in place.  And that's what he did.  So he had guys sitting

3   around Virginia waiting as a QRF.

4       Now, the funny shit is, this guy Caldwell was

5   supposed to be his local guy.  Stewart got there maybe

6   probably an hour and a half late because Caldwell didn't

7   know where the hell he was going.

8       So Caldwell got the whole QRF just missing,

9   missing in action.

10      And so the group was following the QRF guys.  And

11  so the actual Oath Keepers that was supposed to be on the

12  street, they all showed up maybe like an hour and a half

13  late because Caldwell didn't know where the fuck he was

14  going.

15      So now they're on the street.  The

16  Million MAGA March has started.  Alex Jones is halfway up

17  the street.  And, you know, Stewart is just pissing in the

18  wind.

19      Q     Back to January 6th, did you ever hear about a

20  plan to have the QRF cross the Potomac in boats?

21      A     So, first of all, my security plan called for no

22  QRF, okay?

23      Q     You canceled the QRF?

24      A     Yeah.  No QRF, nobody wearing camo.  Like, for

25  what?  It's not that kind of operation.  Like, these are the

1    things that I tweaked about Siekerman's plan.

2         And, again, we didn't have the people for a QRF.

3    We didn't have enough people for the shit that they wanted

4    us to do, let alone the QRF that couldn't get into the city,

5    that couldn't get around to the events.

6         Now, how would you get weapons across the Potomac

7    into D.C.?  First, where are you going to go?  To the

8    Jefferson Memorial?  And then you got this old fucker, is he

9    going to cart these weapons to the Capitol?  It took me damn

10   near 40 minutes to walk.

11        This guy walks on a cane.  There's nothing quick

12   about the QRF.  I don't even know why they put the board up

13   and told you this was a QRF.  That's not a QRF, ladies and

14   gentlemen.  That is a group of Jerry's -- a bunch of old men

15   named Jerry, eating Geritol, watching Jerry Springer.

16        I bet you -- I bet you Caldwell couldn't get

17   through his hotel in ten minutes.  When I was a QRF guy in

18   Iraq, you had to be wheels up in ten minutes or less, and I

19   mean, everything ready to go, full combat, loaded weapon,

20   food, medical supplies, everything in vehicle ready to go.

21   You have to be en route to the group that calls you as their

22   QRF.

23        Now, another thing is, the QRF commander is

24   supposed to be in constant contact with the ground

25   commander.  I've not made contact with anybody in their QRF

1    or the so-called QRF that they're saying we had.

2         But, again, my security plan called for no QRF.

3    Q    Okay.  Let's talk about you arriving in -- you

4    agreed to take over for Don Siekerman, right?

5    A    Correct.

6    Q    And you transited, you drove -- you drive

7    everywhere you go, right, you don't fly?

8    A    Yes, I drove.

9    Q    So you drove from Indianapolis to D.C.?

10   A    Yes.

11   Q    What day did you arrive?

12   A    I got there the night of the 4th.

13   Q    What did you do?

14   A    I went and met with the Virginia Women's for Trump

15   group.  They had a guy sitting with their cameras and

16   microphones and stuff like that.  He was sitting out there

17   all night.  So I went and met with him.  He told me about

18   the events that they had going on for the day.  And so we

19   just kind of coordinated.

20   Q    What was the purpose of you going to meet with

21   him?  Why did you know that you needed to talk to him?

22   A    Well, he was working with the lady, the Virginia

23   Women's for Trump lady and the people who had the stage on

24   the Capitol on the 5th.  So he was sitting with all of their

25   stuff that they were going to set up the morning of.  And,

1    you know, he had more of a window as to their chain of

2    events.  Because I didn't get a whole lot to go on from

3    Stewart from his meeting with Ali Alexander and these events

4    coordinators.  He just told me, hey, man, we've got this

5    going on on the 5th, this is the lady who's going to do this

6    on the 5th, this lady is going to do that, you know, just

7    coordinate with them, you know.

8            So going into it, I didn't know, you know, one,

9    where they were going to be; two, what time it was going to

10   start.  So I had to make that coordination on my own.  He

11   just gave me the contact information.  When I called her,

12   she put me in touch with him.

13       Q    So you did this on the night of the 4th?

14       A    Yes.

15       Q    Did you get the information you thought you

16   needed?

17       A    Yes.

18       Q    Help you plan things for the next day?

19       A    Yes.

20       Q    What happened the next day?

21       A    So the next day, I went out to the stage again,

22   you know, we didn't have --

23       Q    Let me stop you.  Where is the stage at?  What

24   stage are you talking about?

25       A    It was in front of the Supreme Court, and it was

6112

1   another stage adjacent right in the yard of the Capitol.

2       Q    So between the building, the Supreme Court

3   building and the Capitol Building, in that geographical

4   area?

5       A    You had two stages, yeah.

6            And so I could see the crowd for one stage

7   standing at the back end of the other stage.

8            And it wasn't even really a stage.  It was just a

9   platform with a bunch of women talking shit.

10      Q    Okay.

11           So did you go out there on the 5th?

12      A    I did go out there on the 5th.

13      Q    Just walk through what you did from the time you

14   arrived on the 5th.

15      A    So I get out there.  I talked to a couple of guys

16   who were supposed to come up, you know, but nobody could

17   make it before midday.

18           So I remember walking back and forth between the

19   stages on the 5th until Landon Bentley came.  And then I

20   talked to the Florida guy and he came, and he had a couple

21   guys.

22           And then, you know, they took over the stage on

23   the Capitol.

24      Q    Was this intended under the security plan to be

25   sort of a static security event, a location?

```
1        A    Yes.

2        Q    Okay.

3        A    Yes.

4        Q    And were you expecting Oath Keeper personnel to

5   arrive and provide that security?

6        A    Yes.

7        Q    Okay.

8             When you got there, did you have any manpower?

9        A    No.

10       Q    Who was with you?

11       A    Just me.

12       Q    All right.

13       A    Until Landon came.  And then after Landon came,

14   Landon came with his friend, Joe.  And after Landon and Joe

15   came, then the Florida guys came.

16       Q    When you say "Landon," you mean Landon Bentley who

17   testified yesterday?

18       A    Yeah, Landon Bentley, the guy from yesterday.

19       Q    Okay.

20       A    And so when the Florida guys came, they kind of

21   stood around.  A couple of them stayed at the Supreme Court,

22   and then a couple of them went over to the stage at the

23   Capitol.

24       Q    And events go off without a hitch that day?

25       A    Events go off without a hitch.
```

1          Later in the night, they had a big concert thing,

2    Freedom Plaza.  It's a lot of Oath Keepers out there, a

3    couple Proud Boys were out there.  The My Pillow guy spoke.

4    They had some black rapper.  It's a bunch of shit.

5          Q    Did you see any violence?

6          A    No; no violence.

7          Q    And were the Oath Keepers there as an organized

8    presence or were they just attending the event?

9          A    They were doing security.

10          You know, we had a protection team on Roger Stone.

11    We had two guys on Ali Alexander.

12          And the Florida guys were supposed to have like

13    eight politicians from somewhere.  And so it was supposed to

14    be between like 10 and 12 of them.

15          Q    Let me stop you.

16          Was all of that part of your security plan?

17          A    Yes.

18          Q    Okay.  So there were security teams that you were

19    responsible for coordinating?

20          A    Yes.

21          Q    Did you organize the membership in those teams?

22          A    No.

23          So what Stewart did was, you know, he told these

24    guys that, you know, they can come and do security with the

25    people or their team or whatever.

1           So he told me the Florida guys were vetted, and

2    then he told me Josh James and his guys were vetted.  Now,

3    he said the Florida guys had been doing security for

4    Roger Stone already, and so they were already vetted.

5           Again, it was supposed to be 10 and 12 or

6    something like that.

7           Now, Josh James, you know, he's a military guy.

8    Q    Let me stop you.

9           Who's Josh James?  And how did you meet?

10   A    I met Josh James at the Million MAGA March.  He

11   was a military guy.  He was another third ID soldier.

12          So I kind of, you know, kind of liked him a little

13   bit, you know what I mean?  Because he was a soldier.  He

14   was fucked up from IEDs and stuff like that.  And we talked

15   a little bit.

16          But, you know, he was --

17   Q    So he's a combat veteran?

18   A    He's a combat veteran, yeah.

19   Q    He had been injured?

20   A    He had been injured.

21   Q    Did that background that you shared together with

22   Josh James, did that influence the way the two of you

23   communicated with each other?

24   A    Yes.

25   Q    Okay.

1          So go back to, you have organized teams that you

2    didn't assign personnel for but you were coordinating the

3    teams, right?

4          A     Teams, yes.

5          Q     Okay.

6                How many teams?

7          A     We had three total teams, and then we had a couple

8    bodies just for the stage.

9                Now, the teams, Josh James, I think he had like

10   five guys total.

11               Josh Morelock and some guy had Ali Alexander.

12         Q     Jeff Morelock?

13         A     I mean, yeah, Jeff Morelock.

14               And some guy had Ali Alexander.

15               Like I said, the Florida guys originally had

16   Roger Stone and they called Stewart and told him that they

17   were moving Roger Stone to another team because they had

18   these politicians who wanted protection from the

19   Oath Keepers, something that they -- some group of

20   politicians that they had.  So Stewart was with that.

21         Q     Were those details that you were concerned about,

22   who was with who?

23         A     I'm sorry?

24         Q     Were those details that concerned you?

25         A     Were the details concern me?

6117

1       Q    Like which politician was with which team, did you

2   care?

3       A    No, no, I didn't care.

4            You know, and the reason why, like Josh James has

5   a team.  Generally speaking, like, a good protection team is

6   maybe four people, and so Josh James said he had four or

7   five.  So, okay, well, they can take Roger Stone.

8            Ali Alexander, he had two people because this is

9   all we can afford to give him.

10           And, you know, the guys that had the most people

11  went with the biggest group, which was the Florida guys.

12  Again, I think he said they had like between 10 and 12, so

13  they had their eight politicians from Florida.

14           So --

15      Q    Did you know who led that group?

16      A    Kelly Meggs led the Florida guys.

17      Q    You met Kelly Meggs before January 6th?

18      A    I met him once.

19      Q    Where did you meet him?

20      A    Louisville.

21      Q    Louisville?

22      A    Uh-huh.

23      Q    Okay.

24           What did you know about him?

25      A    He's a Florida guy.  You know, Stewart introduced

6118

1    him as just, you know, one of the Florida Oath Keepers.

2    I didn't know he had took over the Florida chapter until,

3    shit, January.

4            But, you know, Stewart introduced him as, you

5    know, one of the guys from Florida when they were working in

6    Louisville.

7    Q    Do you have any basis to sort of gauge -- you knew

8    about Morelock, and you had confidence in Morelock, right?

9    A    Uh-huh.

10   Q    You knew about Josh James, you shared combat

11   experience and you developed some comfort level with him,

12   correct?

13   A    Correct.

14   Q    Did you know anything about Kelly Meggs that gave

15   you the same comfort level?

16   A    No.

17           You know, Kelly was Stewart's guy.  And, you know,

18   he was the leader of, you know, the Florida guys.  So, you

19   know, I met maybe two or three of his guys in Louisville,

20   and so it was like, okay, well, I know they can at least do

21   static stuff.

22           But Stewart told me they were vetted because they

23   were doing EP work for Roger Stone in Florida.  So, you

24   know, I took it as them kind of knowing what they were

25   doing.

1           And so they had the biggest group so they took the

2    biggest group of principals.

3        Q    Okay.

4           Let's then -- let's -- so the events over the 5th,

5    the evening of the 5th, was there any controversy that

6    night, or did everything go as planned?

7        A    No, there was no controversy on the 5th.  I mean,

8    we left from the stage.  We went to the Veterans for Trump,

9    that guy, we went to his hotel, and everybody got kicked out

10   because they were being loud.  It was just hanging out

11   really.

12          So nothing really happened on the 5th.

13       Q    Did you participate in any conversation with

14   anybody about an idea to interfere with the vote count on

15   the 6th on the evening of the 5th?

16       A    No, no.

17          I mean, it was -- going to the Capitol, storming

18   the Capitol, interrupting the vote count, fucking with

19   politicians, fucking with politics while they're doing their

20   jobs is not a part of why we were there.

21          We were there purely for security.  He paid me to

22   oversee this operation, make sure it ran smoothly, and

23   that's what I was there for.

24          Now, I don't give a shit about a politician,

25   I don't give a shit about anybody's politics.  You know,

1    Republicans lie and Democrats don't tell the truth.  I could

2    give a damn.

3             So there's not a plan to go storm the Capitol.

4    There's not a plan to interrupt the certification of the

5    election.  I'm purely here to provide a service.

6        Q    Let's talk about what you did on the 6th in

7    providing that service.  You get up in the morning, where do

8    you go?

9        A    I went to, I think, McDonald's in march --

10       Q    Now, you had stayed at a hotel --

11       A    -- or trouble --

12       Q    -- in Virginia, right?

13       A    Yes.

14       Q    And that was the same hotel Stewart was at?

15       A    Yes.

16       Q    And who was, that you knew, staying at that hotel?

17       A    Landon stayed at the hotel, Joe stayed at the

18   hotel.  Kellye SoRelle was at the hotel.  I seen Todd Wilson

19   in the morning.  I don't know if he was at the -- I don't

20   know if he stayed at the hotel, but I seen him in the

21   morning.

22            It's -- I think that's all I remember seeing.

23   I know Stewart had several rooms because he planned for more

24   people to come but...

25       Q    Was there any kind of planning at the hotel on the

1    morning of the 6th before you left?

2        A    No, there was no planning.  Got up, you know, went

3    and got me something to eat, and we left.  Landon and Joe,

4    I think they took an Uber out there.  Everybody else just

5    kind of left and went.

6        Q    Did you drive alone?

7        A    I believe Stewart rode with me in the morning.

8        Q    Whose car did you take?

9        A    I took mine.

10       Q    Okay.

11            And going into the District, where did you go?

12       A    I went to the Jefferson Memorial, parked there,

13   and I walked.

14       Q    Okay.

15            And did you pretty much walk for the rest of the

16   day while your car was at the Jefferson Memorial, or did you

17   move it?

18       A    I moved the car midday, probably about 12ish,

19   I think.

20       Q    Let's talk about before you moved the car, what

21   did you do?

22       A    We were walking around.  Landon and Joe was to

23   meet people who were going to come, like, they were going to

24   meet them at like the little pond, like the rally point was

25   the pond in the back of the Capitol, or on the west side of

1  the Capitol.

2      Q    You say "rally point."  Is that a military term?

3      A    Yes, it's a meet-up spot or, so to say, a fallback

4  spot.  You know, if somebody gets lost, you can meet them at

5  the rally point.

6          Or if you're trying to meet people, the meet-up

7  point is -- it's just, you know, basically the same thing,

8  all right, I'm going to meet you here.  That's nothing more

9  than a rally point.

10     Q    Was Landon assigned any part of your security plan

11 that you had devised in advance?

12     A    No.

13         So Landon came just to hang out with me, and so I

14 intentionality didn't put Landon anywhere.  So we just kind

15 of cracked jokes and hung out all day.

16     Q    And so after you go into the District, park your

17 car, and then you met up with Landon somewhere?

18     A    You mean the morning of the 6th?

19     Q    Yeah.

20     A    So we all -- you know, we're at Stage 7, and

21 that's where the event was supposed to be, Latinas for

22 Trump, and Veterans for Trump was at Stage 7.

23         So Landon came back.  Nobody met him, of course,

24 you know, we didn't have the manpower.  So, you know, and

25 I went to move the car, and that's where we met back up at.

```
 1      Q    Stage 7, is that at -- where the Stop the Steal

 2  rally was where Trump spoke?

 3      A    No, no.  Trump spoke at The Ellipse.

 4      Q    Okay.

 5           Was Stage 7 at the Capitol?

 6      A    No, Stage 7 not at the Capitol.

 7      Q    Okay.

 8           So Stage 7 is somewhere, some third location?

 9      A    Yes.

10      Q    Is that where you spent most of the morning?

11      A    Yes.

12      Q    And why were you at Stage 7, was that part of your

13  security plan?

14      A    Yes.

15      Q    And what was the Oath Keepers' mission with regard

16  to Stage 7?

17      A    Protection of the speakers leaving from Stage 7 to

18  go back to their vehicles.  And then just kind of watching

19  the crowd.  Again, like we didn't have a lot of people so we

20  had two guys at the stage.

21      Q    Okay.

22           So that was the extent of the plan there.  We're

23  just sort of static security and escorting speakers to and

24  from their cars?

25      A    Yes.
```

1    Q    Okay.

2         And how long did you stay with that operation?

3    A    I mean, right up until the time me and Landon and

4    Joe and Wilson walked over to the Capitol.

5    Q    How far was that walk?

6    A    Probably about 8, 10 minutes.

7    Q    All right.

8         Roughly accurate to say it was kind of halfway

9    between The Ellipse and the Capitol?

10   A    I mean, to be honest, I didn't really know where

11   The Ellipse was when I was there, so I can't say if it was

12   halfway or not, you know, like.

13   Q    So you never went to The Ellipse?

14   A    I never went to The Ellipse.  Never planned to go

15   The Ellipse.

16   Q    You didn't plan to be part of the security team at

17   The Ellipse?

18   A    No, no, no.

19   Q    You didn't plan to be part of any security team?

20   A    I never had a plan to go to The Ellipse.

21        So my whole plan was to go to Stage 7, and, you

22   know, I was going to stay at Stage 7 until the other stage

23   opened up at the Capitol.

24   Q    Which stage is that?

25   A    I don't know what stage it was, but it was

1    supposed to go up after The Ellipse was over, you know

2    I believe it was either going to be on the -- either the

3    north side or the east side.

4         Q    Was this part of your security plan?

5         A    That stage, yes.

6              So the morning of the 6th, we just had the VIPs or

7    the principals that were already in place, Roger Stone,

8    Ali Alexander, and whoever these politicians were from

9    Florida.

10             And then after The Ellipse was over, there was

11   another stage that was going to be set up.  And

12   Ali Alexander was going to speak there and a couple

13   politicians.

14             And so we would have guys, you know, go to the

15   stage, or the two guys that were standing there were going

16   to watch the crowd, and then, you know, if speakers needed

17   to be escorted to their vehicles, then, you know, either one

18   of those two guys would go or I'd do it myself.

19        Q    Why would they need to be escorted?  What was the

20   concern that required security?

21        A    Well, you know, you still had the threat of Antifa

22   attacking people.  I mean, they just had this way of showing

23   up at rallies that were, you know, "conservative rallies" or

24   whatever you want to call it.  So, you know, they'd show up,

25   talk shit, and, you know, if they could catch somebody like

1    a low-hanging fruit, they'd attack them sometimes.

2            Sometimes, you know, they'd just throw shit at

3    them.

4        Q    This stage 7 where you spent the morning, did you

5    expect to see Stewart Rhodes there?

6        A    Yes.

7        Q    What happened?

8        A    Stewart and Kelly again was supposed to speak at

9    this stage.  But, you know, when I came back from moving the

10   car over, they were not there.  Somebody said that they had

11   left and went to a hotel because Kelly was cold.

12       Q    So you missed them?

13       A    Yes.

14       Q    How long do you think it took you to get -- you

15   had to walk to your car back to the Jefferson Memorial,

16   right?

17       A    Yes.

18       Q    And where did you drive it to?

19       A    I think that stage was at Lower Senate Park or

20   something like that.  And it was a bunch of EP teams parking

21   on the street.  So I just pulled my car behind one of their

22   SUVs.

23       Q    And then you walked from there to where?

24       A    About to the -- to the stage.  I mean, it's like

25   right there in front of the park, so it was closer than

1    walking to the Jefferson Memorial.

2              See the thing about it was like it wasn't as big

3    as, you know, they were planning it to be.  Either that, or

4    most of the people that were going to be attending these

5    other stages, they were all, you know, at The Ellipse.

6              And so it wasn't a whole lot of traffic.  You

7    know, foot traffic, but, like, the car traffic, it wasn't a

8    whole lot.  And so they had opened up a couple streets, and

9    so I was able to move the car.

10        Q    And then -- you were told you missed

11   Stewart Rhodes when you got back?

12        A    Not that I missed him; that they were gone.  Like,

13   they had left.  He took Kellye to a hotel or to somebody's

14   hotel room.

15        Q    And so how much longer after you got back, after

16   parking your car, how much longer did you stay at Stage 7?

17        A    I don't know.  I don't know.  It was, you know,

18   like -- I didn't -- I didn't leave there to go to the

19   Capitol Grounds until after 1:00.

20        Q    What caused you to go to the Capitol?

21        A    So Todd came over and said that, you know --

22        Q    Todd?  Todd Wilson?

23        A    Todd Wilson, yeah.

24              You know, so Todd came over and said there was

25   some stuff going on at the Capitol and looked like some

1    people were fighting with the police and stuff like that.

2    And so we decided to go over there and look.

3            Well, you know, Todd's, you know, Todd is Todd.

4    So, like, we're all walking.

5        Q    When you say "we," who's with you?

6        A    Me, Landon, Joe.  So we walk over, you know, and

7    Todd was with us.

8            So we walk over.  And, I mean, it was full scale

9    when we got there.

10       Q    What did you see?

11       A    People rioting.  You know, it was a line of

12   police.

13       Q    Let me ask you:  When you got there, did you

14   immediately recognize it as an out-of-control event, a riot?

15       A    Not right off.

16           So when we got like in the yard, you know, where

17   we were standing we seen people.  And then, you know, the

18   longer you look, because there's a line of police around the

19   Capitol Building, and there's people actively engaged with

20   these police officers, but like they are like way up -- you

21   know, it's just like a crowd of people.  And then it's

22   another crowd in front of them, and they're fighting with

23   this police line.

24       Q    Okay.

25           So it wasn't the entire crowd engaged, but the

6129

1   people at the front of the crowd were engaged with the

2   police?

3       A    Yes.  You know, if I've got to say, several

4   hundred people engaged with the police line around the

5   Capitol.  And it was several hundred people just standing

6   back.  I mean, it's -- and just more people were piling in

7   and piling in.  So, you know, inside of ten minutes, it

8   became a few thousand.

9       Q    And how far away were you from the actual physical

10  violence?

11      A    I don't know.  Maybe -- kind of tough to say.

12  Maybe 80 yards maybe, 90 yards, something like that.

13           And then, you know, I started taking pictures,

14  zooming in, and I got a little closer.

15      Q    You've seen a few picture that you took, right?

16      A    Uh-huh.

17      Q    In fact, the FBI showed you those pictures, right?

18      A    Yes.

19      Q    And in fact, not -- within a couple months after

20  this event, you were interviewed by the FBI?

21      A    I was interviewed by the FBI.

22      Q    How many times?

23      A    In May.

24           I was interviewed by the FBI twice in May.

25      Q    May of 2021?

1        A      May of 2021.

2        Q      Okay.

3               And were those long interviews?

4        A      Yes.

5        Q      Did you answer all their questions?

6        A      Yes.

7        Q      Did you have an attorney?

8        A      No.

9        Q      And were you shown items when you were

10   interviewing?  One time was by telephone, right?

11       A      One time was by telephone.  It was about three

12   hours.  I recorded the conversation.

13       Q      And the second time was in person?

14       A      The second time he came to see me.  I was working

15   the security job for a company out in Las Vegas, and he flew

16   out there to see me.  And we had a face-to-face interview.

17   I talked to him maybe three or four hours.  And he asked,

18   could he see my phone?  I let him see my phone.

19       Q      Were you asked to give them your phone?

20       A      Yes.

21       Q      Did you voluntarily give them your phone?

22       A      Yes, I did.

23       Q      Did you voluntarily consent to let them search

24   your phone?

25       A      Yes, I did.

1      He had my phone for about maybe six hours or more.

2   When he brought me the phone back, he didn't say, don't

3   delete anything.  He didn't say, we're going to need your

4   phone again.  He didn't say, make sure to keep your phone,

5   we're going to subpoena your phone.  He didn't say any of

6   that.

7      What he did say was, hey, thanks for your help.

8   Have a nice day.  In fact, since I talked to the FBI, my job

9   was kind enough to fire me from the contract.

10      MS. RAKOCZY:  Your Honor, we'd ask for a limiting

11   instruction.  Curative instruction.

12      THE COURT:  I'm sorry?

13      MS. RAKOCZY:  The government would ask for a

14   curative instruction at this time.

15      THE COURT:  Let's get on the phone, please.

16      (Bench conference)

17      THE COURT:  I'm not following, Ms. Rakoczy.  What

18   are you asking for?

19      MS. RAKOCZY:  Your Honor, there's just been an

20   implication that the FBI got Mr. Greene fired from his job,

21   and there is absolutely no evidence of that.  So I'd ask

22   that the jury be told that the FBI had nothing to do with

23   his losing his job.

24      MR. SHIPLEY:  I don't know there are any facts of

25   that.  He hasn't said one way or the other.  He just said he

1    did one thing and another thing happened to him.

2           THE COURT:  Yeah, I'm not too worried about that.

3    I mean, I guess the question, Mr. Shipley, is, where did you

4    end up landing on the issue of his testifying and the

5    indictment?

6           MR. SHIPLEY:  We're not going to take that next

7    step; we're not going to associate the two.

8           THE COURT:  Okay.

9           MR. SHIPLEY:  I asked questions, I got imprecise

10   answers.  Timing could not be established, particular words

11   could not be recalled, so --

12          THE COURT:  Okay.  Terrific then.

13          MS. RAKOCZY:  And we'd ask to strike the last

14   comment, Your Honor.

15          MR. SHIPLEY:  And also, I didn't expect that

16   answer he just gave.  That was not something that we ever

17   discussed.

18          THE COURT:  About how he got fired?

19          MR. SHIPLEY:  I'm sorry?

20          THE COURT:  About how he got fired?

21          MR. SHIPLEY:  Exactly.  That was not planned --

22          THE COURT:  No; that's okay.

23          MR. SHIPLEY:  -- in out discussions.

24          THE COURT:  I'm not suggesting one way or another

25   it was planned.

1            MR. SHIPLEY:  Yeah.

2            And my next question is a different subject, so

3    we're moving on.

4            THE COURT:  Well, let's just go ahead and move on.

5    I'm not too worried about it.

6            MR. SHIPLEY:  All right.

7            (Open court)

8    BY MR. SHIPLEY:

9    Q    We talked just briefly about Signal, and you said

10   you have Signal on your phone, you had Signal on your phone,

11   and you've used Signal historically, right?

12   A    Yes.

13   Q    Well, I guess I don't have to ask you if it was

14   something you've used before.  You've already said that.

15           But did you come to learn that Stewart used it

16   extensively?

17   A    Yes.  That's probably most of -- most of his

18   communications to the group that I was aware of was via

19   Signal.

20   Q    Did he add you to Signal chats?

21   A    Yes.

22   Q    Did he ever tell you he was going to add you to

23   Signal chats?

24   A    Not a lot, no.  He'll just put me on the chat and

25   I opened up Signal, I'm in a new chat.

1      Q      Okay.

2             Did you ever have administrator rights, in other

3      words, you could add and remove people yourself?

4      A      Not to my knowledge, no.

5      Q      Do you know what Google Voice is?

6      A      I use Google Voice on my phone.

7      Q      What is it?

8      A      It is an app that acts as a phone inside your

9      phone.

10            So the premise of Google Voice is everything is

11     saved on the server of Google Voice, not the phone.

12     So if you talk to somebody via text, if you call somebody,

13     it wouldn't show up on your phone's call log and it wouldn't

14     show up in our phone's text log because it's saved to the

15     voice server.

16     Q      Now, if you text somebody on Google, Google

17     Voices, do they get your phone number?  Do they know that

18     your phone number is the one sending the text?

19     A      If you set it up that way.  If you just set it up

20     to, you know, use Google Voice as your primary text app,

21     then yes.  But if you use Google Voice as a phone inside a

22     phone, no, they'll get your Google Voice number.

23     Q      So is that a way to keep somebody from actually

24     getting your cell phone number if you don't want them to

25     have it?

1    A    Yes.

2    Q    And that keeps them from calling you?

3    A    They can call your Google Voice number and your

4  phone will ring if you got it forward, but they won't have

5  your real number.  Just like if I was texting you from my

6  Google Voice account, the way I have mine set up, it's a

7  phone inside the phone.

8         So if I was to text you from my Google Voice

9  number, you wouldn't see a 317 area code.  You would see a

10  912 area code.

11        So if I was to call you from Google Voice, same

12  thing.  If you was to call the number back, my phone would

13  ring, but your calling my Google Voice.

14        Now, I could call you from my computer.  I could

15  text you from my computer.  I could pick up your phone and

16  put my Google Voice information in your phone, send text

17  messages from your phone.  They would all show up in my

18  Google Voice.

19        Now, if I wanted to delete something off of Google

20  Voice, I can do it from your phone.  I can do it from my

21  computer because it's not saved in your phone, it's saved on

22  the voice server.

23    Q    And did you use Google Voices for personal

24  communications unrelated to work?

25    A    Yes.

1      Q    Did you use Google Voices for Oath Keeper

2   communications?

3      A    No.

4      Q    And did you stick with Signal for Oath Keeper

5   communications whenever you needed to?

6      A    Yes, unless --

7      Q    Did you have notifications turned on for

8   Oath Keeper Signals?

9      A    I didn't have -- so the Oath Keeper conversations

10   is why I turned my notifications off for Signal.

11      Q    Why?

12      A    The shit will drain your battery.  It will just

13   beep and beep and beep.  They probably had 2- or 300 guys

14   talking on Signal and he's putting me in four or five

15   conversations.  The fucking phone is just beeping and

16   beeping and beeping.  So it starts to run your battery down.

17   Every time you open up the phone, you've got a fuck-ton of

18   Signal notifications.  It's just -- it just became a

19   nuisance.  So I cut the notifications off.

20          Now, you know, the important thing to note is when

21   the FBI took my phone in May, I probably had about close to

22   30,000 unread Signal messages from Oath Keeper

23   conversations.

24          Now, when they took my phone in the summertime,

25   hell, I bet you I had 60,000 in one, 45,000 in another,

1    20,000 in another, all, you know, Signal conversation from

2    Oath Keepers.

3           So I wasn't really monitoring the Oath Keepers

4    conversations from the Oath Keepers on Signal.  In fact,

5    Stewart would have to call me sometimes and tell me to check

6    my Signal or tell me to get on there and respond to

7    somebody.  And so when you open up your Signal app, it's

8    going to leave you in the last place you were the last time

9    you looked at the message.  So you'd have to scroll all the

10   way down just to see these fucking messages.

11          And if you've got about a thousand, I'm not doing

12   that shit.

13       Q    So when you open it up, just like text messaging,

14   you've got a series of conversations that you've been put

15   in, right?

16       A    Yes.

17       Q    And they have some kind of emblem showing that

18   there's unread messages?

19       A    Yes.

20       Q    Was it ever your habit to open every Signal chat

21   with the Oath Keepers and read through all the messages?

22       A    Fuck no.

23          Like, those guys talk about all kind of shit, you

24   know.  It's just conversation.  And, you know, if it's not

25   important to me, I'm not looking at it.

1          But at a point where you got, again, a thousand

2   messages, 2,000 messages, I'm not reading that shit.  Like,

3   you'd be better off trying to call me and tell me what you

4   want than send me a message in this Signal chat that's got

5   20,000 unread messages because I'm not going to look at it.

6          Q    Did you, as part of your operation plan, give

7   directions or instructions on communications on January 6th?

8               THE COURT:  Mr. Shipley, I'm sorry to interrupt

9   you.

10              Before you answer that question, Mr. Greene, why

11  don't we take our morning break.  It's about a 11:00.

12  We will resume a little after 11:15.  See you all shortly.

13  Thank you very much.

14              COURTROOM DEPUTY:  All rise.

15              (Jury exited the courtroom.)

16              THE COURT:  Okay.  See everybody shortly.

17  Thank you.

18              (Recess from 11:04 a.m. to 11:18 a.m.)

19              THE COURT:  Have a seat.  Thank you, everyone.

20              MR. MACHADO:  Your Honor, my client doesn't seem

21  to be here at the moment.  I'll waive her presence.

22              THE COURT:  Okay.

23              MR. MACHADO:  Thank you.

24              (Pause)

25              COURTROOM DEPUTY:  Jury panel.

1              (Jury entered the courtroom.)

2              THE COURT:  All right.  Please be seated,

3      everyone.  Thank you.

4              Mr. Shipley.

5      BY MR. SHIPLEY:

6       Q    Can we show the witness what I've got up, please,

7      and ask him to take a look at it.

8              Do you see that document I put on the screen,

9      Mr. Greene?

10      A    Yes.

11      Q    You can pull that microphone down if you want.

12              Do you recognize this document?

13      A    Yes.

14      Q    Okay.

15              What do you recognize it to be?

16      A    It's a consent to search from the FBI.

17      Q    Is that your signature at the bottom?

18      A    Yes.

19              MR. SHIPLEY:  Your Honor, at this point, I'd move

20      to admit this as MG next in order, which I don't have the

21      number.

22              COURTROOM DEPUTY:  120.

23              MR. SHIPLEY:  120.

24              MS. RAKOCZY:  No objection.

25              THE COURT:  MG120 is admitted.

1           MR. SHIPLEY:  Publish to the jury?

2           THE COURT:  Yes.

3                               (Defendant Exhibit MG120
                                received into evidence.)
4

5    BY MR. SHIPLEY:

6       Q    Okay.  Mr. Greene, is this the consent to search

7    that you mentioned before we took the break?

8       A    Yes.

9       Q    You signed a written document saying the FBI could

10   search your phone?

11      A    Yes.

12      Q    And what date was that?

13      A    The 25th of May, 2021.

14      Q    Was that the day of your first interview?

15      A    Second.

16      Q    Second interview?

17      A    Uh-huh.

18      Q    The first interview was by phone?

19      A    The first interview was by phone.  A different

20   agent as well.

21      Q    Okay.  We can take that down.

22           Referenced on that consent form was permission to

23   search all the Signal chats on your phone.  Do you remember

24   that?

25      A    Yes.

6141

1      Q    And there's a Signal chat you've seen that's

2    entitled "D.C. Op Jan. 6, 21".  Are you familiar with that?

3      A    Yes.

4      Q    And who did you understand to be on that

5    particular chat?

6      A    Every Oath Keeper, including the security teams,

7    plus, you know, guys who might have had interest in coming

8    to D.C.

9           You know, some people were on that chat that

10   wasn't in D.C.  But my guess, it was an Oath Keeper chat

11   that, you know, people would express interest in going to

12   D.C., and he just put other people on there like the intel

13   people.

14     Q    Did you consider that chat to be an effective

15   means of communication for you?

16     A    No.

17     Q    Why not?

18     A    Well, in D.C., the last two times we were in D.C.,

19   scratchy communication with phones.  Maybe you have network,

20   maybe you don't.  Signal's network based, so it was a pretty

21   sure assumption that it probably wouldn't work that well.

22     Q    So it requires an Internet Signal?

23     A    It requires a network signal, yes.

24     Q    Okay.

25          And if your phone couldn't find a network signal,

6142

1    you couldn't use Signal?

2         A    Correct.  I mean, you've got to think, on the 6th

3    and, you know, some parts of the 5th, hell, you'd send a

4    text message, it wouldn't set off your phone for 15,

5    20 minutes, hour sometimes.  You know, phone calls would

6    just -- phone would ring 15, 20 30 seconds, and then you get

7    nothing.

8              I mean, it's -- you know, phone signal was spotty

9    at best, you know.

10        Q    So based on your experience on the 5th, did you

11   have instructions for everybody on the 6th about how to

12   communicate?

13        A    Based on my experience from the

14   Million MAGA March, I made the instructions to the security

15   team.  Our primary mode of communication would be text

16   message, then phone, and worst-case scenario, Signal.

17        Q    So did you use the "D.C. Op Jan. 6, 21" Signal

18   chat on the 6th?

19        A    Yes.

20        Q    But was it your first choice?

21        A    No.

22        Q    When did you resort to using the Signal chat on

23   the 6th?

24        A    When all hell broke loose at the Capitol, I

25   remember trying to get in touch with Stewart.  So I real

6143

```
 1    quick sent -- opened up the phone, turned my network on, and
 2    told the group that, you know, people have taken ground at
 3    the Capitol, and, you know, we need to regroup anybody who
 4    wasn't on the security operation.
 5         Q    What did you mean by -- and we've seen those
 6    messages, right?
 7         A    Right.
 8         Q    You've seen them displayed?
 9         A    Right.
10         Q    Your message that said, "Taking ground at the
11    Capitol," what were you referring to?
12         A    People were trying -- and attempting and
13    succeeding at overrunning police officers.
14         Q    The Oath Keepers?
15         A    No.
16         Q    Okay.
17              So that reference wasn't to the Oath Keepers?
18         A    To my knowledge, no Oath Keeper were there.
19         Q    Okay.
20         A    You know, it was just me looking at a crowd, just,
21    you know, telling the group what was going on.
22         Q    And right after that, you say the second one about
23    needing to regroup anybody not on mission?
24         A    Yes.
25         Q    What did you mean by that?
```

1       A     Anybody who wasn't on the security mission.  We

2    needed to, you know, regroup and figure out, you know, what

3    was going on, and then I needed control or accountability of

4    everybody who I had on the security operation.

5       Q     Did you still expect there to be security

6    operations later that day?

7       A     As far as the close-protection details, yes.

8             As far as the stage, probably not.

9       Q     Why not?

10      A     Because there was a riot going on where the stage

11   was going to be.

12      Q     And that would be the -- the --

13      A     The Capitol, basically.

14      Q     The Capitol?

15      A     Yeah.

16            I mean, it's a pretty sure assumption that they're

17   not going to have a stage up when people are fighting police

18   and trying to get in the door.

19      Q     So anybody not on mission would be anybody no

20   longer in a security detail?

21      A     Correct.

22      Q     But if they were in the security detail, what did

23   you want to do?

24      A     Stay where they were.  You know, like, you're like

25   your primary mission or, you know, operational goal, if

1    you're with a principal, is the protection of that

2    principal.

3              So if you're still out with somebody, if you're

4    still out on mission with this guy or with this protectee,

5    then that's what you're going to do.

6    Q    Any part of the mission having anything to do with

7    getting into the Capitol?

8    A    No.

9    Q    Did you have phone conversations on the 6th?

10   A    Yes.

11   Q    Did you send text messages using the text

12   application on your phone on the 6th?

13   A    Yes.

14   Q    Did you send text messages using Google Voices on

15   the 6th?

16   A    Yes.

17   Q    Did you send messages using the Signal chat on

18   the 6th?

19   A    Yes.

20   Q    Let me ask you this question.  Do you have

21   experience -- or in your experience, can you have an unusual

22   amount of battery drain in that kind of environment?

23   A    Yes.

24   Q    How?

25   A    Like, if you -- okay.  If your network's on and

1    your phone's not getting the network, it's going to keep

2    searching for that network, and it's going to keep draining.

3    And every single spot of network that you find is going to

4    pull in the information waiting to get on your phone.  It

5    drains your battery.

6            And then you've got all these background apps

7    that's probably running on network.  And at the same time,

8    they're searching for signal.  That drains your battery.

9            So let's say you had Facebook, Instagram, Signal,

10   shit, Google Maps, whatever you got on your phone, the

11   average people have several things on their phone.

12           So if you're in a spot where you don't have

13   network, your phone is going to keep searching for that

14   network.  And if you got information coming in from said

15   network to your phone to any of these apps, those apps are

16   still searching for network signal.  And every spot that

17   you're at or the phone finds its network signal, it's going

18   to pull that information in.

19           Now, it drains battery both ways.

20      Q    Now, had you had that experience in the past?

21      A    Yes.  I think everybody in this courtroom's had

22   that experience.

23      Q    What steps did you take to try to avoid that

24   problem on the 6th?

25      A    I just cut the network off completely.

1      Q    And what's the effect of cutting your network off?

2      A    It shuts down every background app, every app in

3  your phone.  The only thing that my phone could do was ring

4  and get texts.

5           And so with the phone signal being spotty, that's

6  another issue that'll cause battery drainage because your

7  phone is going to search for the next tower to get a signal

8  off of.

9      Q    And then you're talking about a cell signal?

10     A    Cell signal, yes.

11     Q    Did you have phone calls with people who were not

12  members of the Oath Keepers?

13     A    Yes.

14     Q    Did you send text messages to people who weren't

15  members of the Oath Keepers?

16     A    Yes.

17     Q    Did you send Google Voice messages to people who

18  weren't members of the Oath Keepers?

19     A    Yes.

20     Q    Did you use Signal chat for any purpose not

21  associated with the Oath Keepers?

22     A    On the 6th?  No.

23     Q    What kind of communications were you having with

24  people who were not Oath Keepers on the 6th?

25     A    A couple people called me.  They wanted to know

1    what was going on.  You know, the phone conversation was

2    spotty, so I told them I'd text them what was going on.  So

3    I started sending them text messages of the pictures that

4    I was taking, you know, sending them what's going on.  And

5    then I was telling them what was going on based on what

6    I was hearing from the crowd.

7            So, you know, I'm taking a picture, I'm looking at

8    these people fighting the police.  So I send a picture, hey,

9    storm the Capitol.  And then, you know, the crowd starts in,

10   hey, they're in Pelosi's office.  So I send a text.  Fucked

11   up Pelosi's office.  Oh, they're evacuating, so I send a

12   text.

13           You know, I'm just updating my guy with what I was

14   hearing in the crowd, because --

15   Q     Your friend?

16   A     Right.

17   Q     Not the Oath Keepers?

18   A     Correct.

19   Q     Were you getting any of that information from

20   Oath Keepers?

21   A     Again, I didn't know any Oath Keepers were there.

22           You know, Stewart is calling and he's trying to

23   get there.  And, you know, at the time, I'm having

24   conversations, I'm calling Stewart, Josh is calling.  Our

25   calls aren't connecting.  You know, so it's a bunch of

1   back-and-forth calls between Stewart and Josh and then a

2   friend of mine calls, he gets through.  I talked to him

3   briefly, spotty conversation.  So I started texting him.

4       Q    Were there any problems just with the crowd noise?

5       A    With crowd noise, yes.

6       Q    Was it always possible to hear who you were

7   talking to?

8       A    No.

9       Q    And did that interfere with the ability to

10  communicate?

11      A    It -- yeah, a little bit, because I mean, you'd

12  have to, you know, ask a person what he said a couple times.

13  You know, in Stewart's case, he's in a crowd.  He's yelling

14  at the phone.  I'm in a crowd.  I can barely hear him.  It's

15  like what are you saying, you know?

16          And then, too, the spotty Signal.  I mean, it

17  was -- I mean, you had shit phone conversations.  You had

18  shit phone signal.

19      Q    Let me ask you this:  You heard testimony earlier

20  in the case about this pattern of calls between you and

21  Josh James?

22      A    Correct.

23      Q    Right?

24          And this -- a lot of these started that morning

25  when Josh James was with Roger Stone, right?

1      A      Josh James started calling me on the 5th with

2  Roger Stone.

3      Q      Okay.

4      A      So I don't know about a pattern.  But he's calling

5  me because he's doing a job.

6             Now --

7      Q      Okay.  Let me stop you and ask you.

8             Was there something about the shared military

9  history between you and Josh James that contributed to his

10  constant communication with you?

11      A      As a soldier, he's going to keep his commander or

12  his TL, or team leader, updated.

13      Q      And did he do that?

14      A      Yes, he did.

15      Q      Did he do it to an extreme?

16      A      Yes, he did.

17      Q      In what way?

18      A      Josh would call me every single time Roger Stone

19  was ready to move, every single time Roger Stone decided he

20  wasn't going to move.  So he'd call me a couple time, like

21  hey, man, we're getting ready to move here, and then he

22  called me right back, oh, no, never mind, he's not going to

23  go.  And then he called me again, oh, well, we're going to

24  do this.  Well, hey, now we're at the Willard.  It was just,

25  he's just updating me every time they're moving.

6151

1          Now, in his defense, because he was newer and
2     he said he's never done EP in the civilian sector, I told
3     him just update me every time they moved, and if he had any
4     issues, call me.  He called me and updated me about
5     everything.
6          Q    Is there a military term you're familiar with
7     called "sit rep"?
8          A    Yes.
9          Q    What's that mean?
10         A    It's a situation report.
11         Q    What's it mean?
12         A    Just basically what Josh James was doing.  He's
13    giving me updates on the situation that he was in or the
14    situation that he was looking at.  So, you know, give a sit
15    rep.
16         Now, in combat, you call your commander and give a
17    sit rep, you know, just depends on operation.  If he say,
18    well, hey, I need a sit rep every two hours, and then you
19    call him every two hours.  If he need a sit rep every
20    movement, then you call him every movement.  So it just all
21    depends on you and the individual that you're talking to or
22    you and the organization that you're working for or, you
23    know, it just depends on what's going on.
24         Q    Did you ask him to call you as often as he called
25    you?

1       A    I asked him to keep me updated on the movements

2    and to call me if he had any issues.  He called me every

3    single time they moved.  Like every single intricate move

4    they were making, he called me.

5       Q    Would you say he was following your orders to

6    the --

7       A    Yeah.  Yes, he did.  A little too well.  But

8    that's Josh.

9       Q    Did you ever tell Josh James to bring his group to

10   the Capitol?

11      A    No.

12      Q    You saw an email from him?  Or you saw a text

13   message from him -- let's back up.

14           You saw a chat Signal message from him that he was

15   coming to the Capitol, right?

16      A    Well, I actually didn't see that message.  He sent

17   me a text saying he was going to come; I think it was a

18   text.  But I talked to him and he told me Roger Stone was

19   upset because he wasn't getting VIP treatment at

20   The Ellipse.  And so he was going to go back to his hotel.

21   I was like, okay.  So he called me back and told me, well,

22   we're going to drop Stone off at the hotel and then we're

23   going to head over.  Okay.

24      Q    If the personal security detail was over, did you

25   care where they went?

1      A    I don't give a -- yeah, it's over.  I mean, you

2   drop him off at the hotel if that's where he's staying,

3   then, you know, until he's ready to move again, there's not

4   a need for you to be there.

5      Q    And did you know how they were going to get to the

6   Capitol?

7      A    Well, I mean, they had two golf carts that they

8   got on the 5th.  I think somebody at Stone's hotel gave them

9   the golf carts.  I don't know where they got the golf carts

10  from, but he said they came from somebody at the hotel.  So

11  I was assuming they were on the golf carts still.

12     Q    Did you see Josh James before they went into the

13  Capitol?  You've seen the video of them going into the

14  Capitol, right?

15     A    Yes.

16     Q    Did you see him at any point before they went into

17  the Capitol?

18     A    No.

19     Q    Did you ever talk to him about the idea of going

20  into the Capitol?

21     A    No.

22     Q    Now, you've heard testimony about your phone

23  records showing a three-way call between -- started with you

24  and Stewart Rhodes and then Kelly Meggs called in.  You

25  heard that, right?

1      A      Yes.

2      Q      As you sit there today, do you remember having any

3  conversation out there that involved you and Stewart Rhodes

4  and Kelly Meggs?

5      A      If Stewart connected Kelly Meggs on our call,

6  he didn't notify me that he was, he didn't announce Kelly

7  was on the phone.  So in my mind, me and Kelly and Stewart

8  never had a three-way call together.

9      Q      Well, you say in your mind.  Do you remember

10  talking to Kelly Meggs at all?

11      A      I don't remember talking to Kelly Meggs at all on

12  the 6th.

13      Q      Now, you knew who he was?

14      A      I knew who he was.

15      Q      And --

16      A      And I know that Stewart talked to him the morning

17  of the 6th.  But I didn't physically talk to Kelly Meggs on

18  the 6th.

19      Q      So Josh James is calling you excessively, and

20  Kelly Meggs hasn't called you at all?

21      A      I didn't talk to Kelly Meggs again after the 5th.

22      Q      And, again, you're in a situation where you're in

23  a noisy place, Stewart Rhodes is in a noisy place, and

24  presumably Kelly Meggs might be in a noisy place?

25      A      Correct.  But every time Stewart puts me on the

1    phone or every time Stewart calls me with somebody on the

2    phone, he always announces, hey, I got so-and-so on the

3    phone.  Case in point, every time he calls me with Greg on

4    the phone, hey, I got Greg on the phone.  When he called

5    with that Virginia Women for Trump, hey, I got whoever her

6    name on the phone.  He always announces when somebody is on

7    the phone.

8            So at some point if he just clicked somebody into

9    our call, how am I supposed to know it's a three-way call?

10   However, I never heard anybody else on the phone.  And

11   Stewart never said somebody else was on the phone.  So

12   I'm going to tell you it didn't happen.

13       Q    All right.  So let's now back up to you're in

14   front of the Capitol, taking pictures, communicating with

15   various individuals about what you're seeing, right?

16       A    Correct.

17       Q    Why did you stay there?  What was going on?

18       A    I mean, the riot?  Why did I stay at the Capitol

19   when there was a riot?

20       Q    Right.

21       A    I mean, it's not every day you can see a group of

22   pissy-ass white people tearing up the country that they put

23   in place, and you're not going to see that anymore.

24       Q    Was it a spectacle?

25       A    It's an absolute spectacle.

1      Q    And you just watched it?

2      A    Just watched it.

3      Q    How long do you think you were standing there

4  watching before you started taking pictures?

5      A    I don't know, man.  Maybe, as I said, I probably

6  got there about 1:30.  So probably about ten minutes maybe.

7      Q    What drew you there?

8      A    What do you mean?

9      Q    I think you testified earlier that Todd Wilson

10 heard there was stuff going on, right?

11     A    Yeah, yeah, Budweiser Wilson.

12     Q    And did you expect, though, at some point, you

13 needed to go find this other stage?

14     A    At some point, I needed to know where the other

15 stage was.  So, you know, at some point, I was going to have

16 to go to the Capitol anyway to see where the stage was going

17 to be.

18     Q    Okay.

19          And you had a security plan for that stage at the

20 Capitol.  Ultimately, that never happened, right?

21     A    Correct.

22     Q    What was the security plan for how to staff that

23 stage?

24     A    Same as Stage 7, you know, because once Stage 7

25 concludes, we can use the same bodies and just move them

1    over.

2              And then, you know, I was hoping to have more

3    people as these EP details started to conclude.

4        Q    Now, taking into consideration the crowd that you

5    found, did you expect a crowd that big at the Capitol?

6        A    No.

7        Q    Now, taking into consideration what you were

8    seeing and the crowd, did you think you were going to have

9    enough manpower for a stage?

10       A    Honestly?  No.

11             And -- but, again, you know, we had manpower

12   issues anyway.  And, you know, Stewart was made aware of

13   that, hey, look, the best we can do is have these couple

14   guys around the front of the stage, that one guy leave with

15   the speaker as they get done speaking, and everybody else

16   who there were or the other guy and me and Landon and Joe

17   would just watch the crowd.

18       Q    In that location where you're taking pictures,

19   were you making efforts to find Stewart Rhodes?

20       A    I was calling to see where he was at.

21             Stewart didn't know where he was at, you know.

22       Q    Did you have a plan to meet him?

23       A    No, I didn't have a plan to meet him.  I was just

24   going to try and walk until we met.

25       Q    But Stewart didn't -- he couldn't tell you where

1  he was?

2       A     No.   You know, Stewart told me he was on the side

3  by a bridge.

4       Q     Are you familiar with the layout of the

5  Capitol Building?

6       A     Not at all, you know, so --

7       Q     The construction didn't help you?

8       A     Yeah, so we walked through the crowd a little bit,

9  and I was like, you know, to hell with this.  And so we just

10  went back to where we were and, you know, we stood there for

11  a while.

12            And then we decided to go around to the east side

13  or the front or to the side with the Supreme Court after I

14  talked to Josh James a couple times and he said that, you

15  know, he was in the front.  And so we were absolutely

16  walking to, you know, try and link up with Josh because we

17  couldn't link up with Stewart.

18            Now, sometime around when I was walking there,

19  I wasn't able to get ahold of Josh James anymore.  His phone

20  was ringing, and it would just go like if -- it's like he

21  answered and it just be like stillness, like if I answer the

22  phone and you don't hear anything, and then it would hang

23  up.  And then it was going to voicemail.  Then he called

24  back.  So there was a bunch of that going on.

25            So when we got in front of those stairs, you know,

```
 1    that's where we just ended up, because Josh was like, well,

 2    I'm -- you know, I'm at the stairs, I'm at the stairs.  And

 3    so when we got to the stairs, we didn't see Josh.  We seen a

 4    bunch of other people but no Josh.

 5         Q    Now, you had been in regular contact through the

 6    morning, no trouble getting ahold of him, right?

 7         A    Not at all.

 8         Q    Or him getting ahold of you?

 9         A    Not at all.

10         Q    After you began moving towards the east side of

11    the Capitol looking for that other stage and his group is en

12    route, which you knew by text message, did you have phone

13    contact with him?

14         A    When his group was coming there, did I have phone

15    contact?

16         Q    Yeah.

17         A    Yeah, I talked him a couple times, but, again,

18    like, the conversations were spotty.  Some conversations

19    were longer than others.  He, you know, was telling me where

20    he was, and we were trying to walk in that general

21    direction.

22              And the last I talked to Josh, he told me he was

23    standing in front of these stairs.  And so me and Landon and

24    Joe walked around to the stairs and --

25         Q    Did you ever discuss with him what was -- what his
```

1    group was going to do if you found him?

2         A    No, no.  You know, in my mind, I took it as him

3    trying to come and link up, you know, just to be together,

4    you know, for accountability purposes, but be never said one

5    way or another what his group was going to do.

6              Hell, he said he was coming to the Capitol.

7    I didn't even know he was bringing his whole group with him.

8         Q    Now, you said that at some point, the idea of

9    having this stage at the Capitol and more speakers just was

10   obviously not going to happen, right?

11        A    Correct.

12        Q    Do you remember consciously thinking that, okay,

13   we're not doing anything more today in an organized fashion?

14        A    As far as the stages?  Yeah.  Like -- like I said,

15   when we got to the yard, you just knew what -- there was

16   going to be no stage.

17             And then the fact that, you know, they told me --

18   well, I was told that the stage would be somewhere on that

19   north side, like, you know what I mean.

20             We didn't see a stage out there, one; and then

21   two, like, there's a line of cops around the building,

22   there's people fighting with the cops.  Like, you just knew

23   it wasn't going to happen.

24             And so later I learned that, you know, the stage

25   wasn't going to be on the side-side, it was going to be

1   close -- somewhere closer to the front and stuff like that.

2   And so, I mean, it was all -- it was all dicked up anyway.

3        Q    So once you sort of had that realization, once you

4   knew that was the circumstance, why did you stay?

5        A    Again, I mean, it's a spectacle.  Like, you -- you

6   know, you're looking at, you know, ultimately a bunch of

7   pissy white people trying to take over the Capitol Building.

8        Q    Did you eventually link up with Stewart?

9        A    Yes, yes.

10       Q    Where did that happen?

11       A    It was on the, I think -- which -- the northeast

12   stairs.  He was standing in front of a line of police

13   officers on the steps.

14       Q    Did Stewart and you talk about members of the

15   Oath Keepers having gone inside?

16       A    No.

17            So when I was standing next to Stewart, you know,

18   he was trying to figure out where everybody was as well.

19   And, you know, everybody started to come towards where

20   Stewart was.

21            And so somebody made mention that, you know,

22   somebody went in the Capitol.  And I didn't hear the name.

23   And Stewart was like, well, that was pretty dumb.

24            Now, later I found out that they told him it was

25   Kelly who went in the Capitol and he said it was dumb.  But,

1    you know, right then in the moment, I didn't hear the name

2    that they said.

3            MS. RAKOCZY:  Objection; move to strike the last

4    bit by Mr. Greene.

5            THE COURT:  It will be stricken, that last portion

6    in terms of what he learned later on.

7    BY MR. SHIPLEY:

8        Q    So you heard somebody say that somebody had gone

9    in the Capitol, but you didn't know who it was at the time

10   it was said?

11       A    Correct.

12           MS. RAKOCZY:  Objection; move to strike.

13           THE COURT:  I think that's overruled.  He's

14   talking about what he heard when he was outside.

15           Go ahead.

16   BY MR. SHIPLEY:

17       Q    Was there any -- after you linked up with Stewart

18   and you still haven't seen Josh James' move, who was in that

19   first little group that was formed around Stewart, you and

20   who else?

21       A    There wasn't a group formed around Stewart.  It

22   was just a gaggle of people standing there.  There was no --

23       Q    Who was it?

24       A    It was me.  I seen Kelly I seen Todd.  Landon was

25   with me, Joe.  Some older Oath Keeper guy from New York,

6163

1    he said he was this media guy, you know.

2            Outside of that, like, I didn't know the other

3    people there.  Again, I'm like, I'm not a member so I don't

4    know all these guys.  And then, like, these guys wasn't a

5    part of security plan.  So --

6        Q    So there was already a group that you then came

7    upon?

8        A    Yes.

9        Q    Okay.

10           Were you paid for your work on August 4th

11   through 6th?

12       A    To August 4th?

13       Q    From August 4th to 6th, were you paid for your

14   work during that time?

15       A    Everything I've done for Stewart, I got paid.

16       Q    Are you still employed in this profession?

17       A    Am I employed for Stewart?

18       Q    No.  In the profession of personal security.

19       A    I still do security.  But the thing about it is,

20   since I got indicted, I've been dropped by a couple

21   companies.  Like, I work for government contractors, you

22   know.  It's just about all of them dropped me except for

23   one.  I mean, I went from wearing nice suits doing executive

24   protection jobs to playing Xbox in my attorney's basement

25   looking at court documents.

1       Q    My house?  Can I just have a moment?

2            (Counsel conferred off the record.)

3   BY MR. SHIPLEY:

4       Q    I might have just said were you paid for your work

5   on August 4th to 6th.  What I meant was January 4th to 6th.

6   Let's just make the record clear.

7       A    I know what you meant, but --

8       Q    It was January 4th to 6th that you got paid?

9       A    Yes.

10           MR. SHIPLEY:  No further questions.

11           THE COURT:  Okay.  Anyone before the

12  cross-examination begins?

13           MS. HALLER:  With the Court's indulgence.

14           (Defense counsel conferred off the record.)

15           MR. MACHADO:  No, Your Honor.

16           THE COURT:  Okay.  Let's -- Ms. Rakoczy.

17                          - - -

18                    CROSS-EXAMINATION

19  BY MS. RAKOCZY:

20      Q    Good morning, Mr. Greene.

21      A    Good morning.

22      Q    How are you today?

23      A    I'm all right.  How are you doing?

24      Q    Good.  Thank you.

25           Just a question at the start, because I think this

1    is important when people look at your phone records.  Have

2    you used the name Michael Siemens in addition to the name

3    Michael Greene?

4         A    I have.

5         Q    So if your phone records were in the name of

6    Michael Siemens, that might not be a surprise, you might

7    have used that name for phone records?

8         A    Yes.

9         Q    So you told us on direct examination that you met

10   with -- you met Stewart Rhodes around 2017; is that right?

11        A    Yes.

12        Q    And that was around the time of a hurricane called

13   Hurricane Harvey?

14        A    Yes.

15        Q    And that was around the first time that you became

16   involved with the Oath Keepers, right?

17        A    Yes.

18        Q    Okay.

19             And since that time, so in the four years or so

20   between 2017 and January of 2021, you became pretty close to

21   Mr. Rhodes; fair to say?

22        A    I'm not going to say pretty close.  I mean, we had

23   a working relationship.  But, like, he called me for advice

24   on stuff.  But I wouldn't say pretty close.  I mean, we were

25   not enemies.

1          I mean, you know, it's kind of hard to explain,

2     but, like, we're not like close.  Like I can't call him up

3     and say, Stewart, I'm going to come and crash on your couch.

4          Q    Okay.

5               Well, he was somebody -- you came to be somebody

6     who he trusted and relied upon; fair to say?

7          A    I mean, if that's what he would say, you know, I

8     can't say one way or another how he felt about me.

9               I know I wasn't unfriendly towards him and,

10    you know, he didn't see me as just somebody else on the

11    street.

12         Q    Well, he dubbed you an operations leader of more

13    than one of his Oath Keeper operations, right?

14         A    Two operations.  That's what he brought me in for.

15    That's my profession.

16         Q    So you were the operations leader for the

17    operation in Louisville in September of 2020, right?

18         A    Yes.

19         Q    And you were the operations leader for January 6th

20    of 2021, correct?

21         A    Yes.

22         Q    In addition to that, you were a leader in D.C. in

23    November of 2021, right -- November of 2020?

24         A    You said what?

25         Q    You were a leader among the leaders, a deputy

1    leader for the November 14th operation in D.C., correct?

2        A    That's not correct.  I was only in D.C. for

3    protection of Kellye.

4             Now, he wanted me to hear his security plan, but

5    his guy in charge was the Siemens guy, and I don't know who

6    he named second.  Again, you know, I got -- you know, I

7    can't say one way or another what he tells his members, but

8    as far as my involvement with them, I was only there for the

9    protection of Kellye SoRelle.

10       Q    And Kellye SoRelle is someone who, at various

11   points in time, had a relationship with Mr. Rhodes, correct?

12       A    That's what I came to find out, yes.

13       Q    And that's someone -- and Mr. Rhodes trusted you

14   to protect that person, correct?

15       A    Yes.

16       Q    Now, Kellye SoRelle, you began protecting her in

17   November of 2020, right?

18       A    Yes.

19       Q    That was after the election, correct?

20       A    Yes.

21       Q    Because she was putting out the idea that there

22   had been ballots stolen from a polling site that she had

23   been observing, right?

24       A    Yes.

25       Q    Now, in reality, she had just witnessed a news

1  crew wheeling out equipment from that polling site, right?

2      A    I don't know what she witnessed in reality.  All

3  I know is what was told to me and the threats that she had

4  received.

5      Q    Okay.

6          Now, in addition to protecting Mr. Rhodes'

7  significant other and leading operations in Louisville in

8  January of 2021 in D.C., you also then went to an operation

9  in Atlanta in late November of 2020, correct?

10     A    Correct.

11         But, again, I didn't know Stewart and Kellye was

12 involved until after I had started working for Ms. SoRelle

13 as her protection.

14     Q    I'm sorry, I don't understand.

15         You went to Atlanta to protect Ms. SoRelle but

16 didn't know that Stewart was involved in that?

17     A    No, no, no, no.  That's not what I'm saying.

18         When you had his significant other, I'm telling

19 you, I didn't know she was his significant other when he

20 hired me to protect her.

21     Q    Sure.

22         But you later found out that at the time he hired

23 you, he had something going on with her, right?

24     A    At the time he hired me?  No, I didn't know he had

25 anything going on with her.  He introduced her as a friend

6169

1    of his who was an attorney working for the Trump

2    Administration in Detroit.

3         Q     But --

4         A     So by the time we left to go to Atlanta, I started

5    to realize, you know, they might be a little closer.

6         Q     So you may not have known it when you started

7    protecting Ms. SoRelle, but it was a fact that you later

8    learned that they were together even as early as when you

9    started protecting her, correct?

10        A     I don't know when.  But I started to get the

11   picture as I was around them together.

12        Q     And Mr. Rhodes trusted you to protect that person,

13   right?

14        A     Correct.

15        Q     Okay.

16              So you were protecting her, you were a leader in

17   Louisville, you were a leader, you at least came to do a job

18   in D.C. in November of 2020, correct?

19        A     Correct.

20        Q     You were also involved in some type of role in the

21   Atlanta operation in November of 2020, correct?

22        A     Negative.

23              Again, I was in Atlanta for the protection of

24   Kellye.  And he asked me to kind of step in when Siemens

25   bolted on him.

1          So initially me going to Atlanta was for

2    Kellye SoRelle.  And so when, I guess, him and Siemens had

3    words because he told him, well, you know, I want Whip to be

4    your number two.  And I told Stewart, I can't do both.

5          And so him and Siemens said whatever they said to

6    each other.  And, you know, when he bolted on Stewart,

7    Stewart wanted me to step up and give him advice on what to

8    do because a bunch of Antifa guys were coming in.

9      Q    And he was left in a lurch in Atlanta, correct?

10     A    I'm sorry?

11     Q    He was left in a lurch when he had this problem

12   with Mr. Siemens, correct?

13     A    What do you mean left in a lurch?

14     Q    He needed someone to fill a role, like you said --

15     A    Oh, yes, yes.

16     Q    And you stepped into that role, right?

17     A    Yeah, I helped him.

18     Q    Mr. Rhodes trusted you to step into that role,

19   correct?

20     A    Yes.

21     Q    Then you came to D.C. in December with Mr. Rhodes

22   again, correct?

23     A    To work for, again, Kellye SoRelle, and this time

24   the Praetorian Guard guys as Stewart's guy.

25     Q    Okay.

1        So in December of 2020, Mr. Rhodes made you his

2   guy to liaison with this group, the First Amendment

3   Praetorian Guard, correct?

4        A    It wasn't liaisoning.  He was sending me to work

5   with them on behalf of the Oath Keepers.

6        Q    And you were his guy?

7        A    His guy from the Oath Keepers working with the

8   Praetorian Guard.

9        Q    Okay.  I think Mr. Bentley described you as

10   something of a right-hand man for Mr. Rhodes?

11        A    That's his personal belief.  That's not mine.  And

12   I wouldn't even call it factual.

13            I mean, again, I can't call Stewart and go crash

14   on his couch, and he can't come to mine.

15        Q    All right.  Well, you and Mr. Bentley --

16        A    I mean, me and Stewart are cool, but I wouldn't go

17   as far as to say that.

18        Q    Mr. Bentley is someone who you are pretty close

19   with, correct?

20        A    Yeah.  Me and Bentley is pretty cool.

21        Q    And that was his impression; that you guys, you

22   were his right hand, Mr. Rhodes' right-hand man, right?

23        A    Well, again, that was his impression.

24        Q    Okay.

25            Mr. Rhodes put you in a lot of the Signal chats

1    that he organized with the Oath Keepers, correct?

2        A    Yes, yes, he did.

3            MS. RAKOCZY:  Could we please bring up on the

4    screen just for the witness Government's Exhibit 10056?

5            And could we zoom in on, say, the first 15 or so?

6    BY MS. RAKOCZY:

7        Q    Do you see here listed chat names 1 through 15 on

8    this exhibit?

9        A    Yes.

10       Q    These are all chats that you were a part of,

11   Oath Keeper chats that you were a part of, correct?

12       A    I can't say yes or no without looking at the

13   phone.

14           Again, he put me in a lot of chats.

15       Q    Okay.

16           MS. RAKOCZY:  And if we could zoom out.

17           And if we could zoom in on the second half or so

18   of those 16 to 45.

19   BY MS. RAKOCZY:

20       Q    Fair to say that these are a number of other

21   Signal chats on your phone?

22       A    Maybe.

23           Well, I mean, maybe.  I know like some of these

24   chats I wouldn't have anything to do with, like as far as

25   being somebody involved in the operation.

1          So if you put me in there, I can't say why, but

2     without looking at the phone and telling you what Signal

3     chats he had me in, I can't say one way or another.

4          Like I said, he just put me in chats.

5     Q     Okay.

6          So if I were to say these are chats that we found

7     on your phone, are you saying that you don't think that's

8     right?

9          MR. SHIPLEY:  Objection; speculation.

10         THE WITNESS:  I would want to see it before I say

11    it one way or other.

12         MR. SHIPLEY:  Objection, Your Honor.  Calls for

13    speculation.

14         THE COURT:  He's answered the question.  Go ahead.

15         MS. RAKOCZY:  Okay.

16         Your Honor, at this point in time we would seek to

17    admit, subject to a rebuttal witness, Government's Exhibit

18    10056.  And we would seek to publish.

19         MR. SHIPLEY:  Objection; no foundation.

20         THE COURT:  Phone.

21         (Bench conference)

22         THE COURT:  So, Ms. Rakoczy, I presume what you'll

23    do is have somebody come in and establish the foundation for

24    the chart, correct?

25         MS. RAKOCZY:  Yes, Your Honor.

6174

1          THE COURT:  But are you intending to cross him

2    with some of its contents at this point?

3          MS. RAKOCZY:  I would like to bring out some of

4    the chats that he was in.  I mean, I think if I asked him

5    about specific ones, I would be surprised if he denied being

6    in them, but I guess we'll see what he says.

7          THE COURT:  Okay.

8          Mr. Shipley, any objection to admitting it

9    provisionally?

10         MR. SHIPLEY:  Well, this witness can't

11    authenticate this.  He's already said he doesn't know all

12    the chats that Mr. Rhodes put him in.

13         MS. RAKOCZY:  He owns the phone, Your Honor, and

14    utilized it.

15         THE COURT:  Hang on.

16         It is true he can't authenticate the foundation

17    for this, that is correct; however, just in terms of

18    sequencing, I'll admit it provisionally, assuming the

19    government can tie it up in rebuttal.  If it does not, then

20    I'll exclude this portion of the examination.

21         I'm not going to put Mr. Greene back up on the

22    stand after the government authenticates this with the

23    proper witness, okay?

24         MS. HALLER:  Your Honor, I would raise one

25    additional point.

1          In discovery in this case with Rhodes 1,

2     et cetera, the government repeatedly identified key chats

3     for us because everybody knew Stewart Rhodes had more chats

4     on his phone.

5          There are a number of chats listed here that I can

6     tell you we did not get specifically in discovery.  So I'm a

7     little concerned as to this document also from the discovery

8     perspective, because we were -- I have emails from

9     government counsel saying these were the key chats, we have

10    Excel spreadsheets related to the key chats, we have PDFs

11    and other formatted documents that we were given of the

12    relevant chats.

13          THE COURT:  Okay.  All right.

14          MS. RAKOCZY:  Your Honor, for the record, I need

15    to say that the entire scoped version of Mr. Greene's phone,

16    as well as the entire scoped version of Mr. Rhodes' phone,

17    were provided to the defense.

18          Mr. Greene had approximately 38,000 Signal

19    messages in his phone.  The defense has all of the ones that

20    we scoped from there, the 38,000 that we scoped from there.

21    We identified key chats in an effort to be helpful.  But it

22    is important to note for the record that all of this was

23    provided in discovery.

24          MS. HALLER:  No.  Your Honor, we had to hire a

25    forensic expert to help us --

1          THE COURT:  Hang on.  Ms. Haller, this is not even

2     your witness; it's not your client on the stand.

3          But, Ms. Rakoczy, can you represent that each of

4     these chats would have been provided as part of the scoped

5     returns?

6          MS. RAKOCZY:  Yes.

7          THE COURT:  Okay.  All right.

8          That's all I need to know.

9          Okay.  Thank you.

10          (Open court)

11          THE COURT:  All right.  So 10056, we'll admit it

12     provisionally, or conditionally admitted at this point.

13          MS. RAKOCZY:  Thank you, Your Honor.

14          We would seek to publish this to the jury.  If we

15     could now zoom in, Ms. Rouhi, on 1 through 15 again just so

16     that the jury can see.

17                              (Government's Exhibit 10056
                                   received into evidence.)
18     BY MS. RAKOCZY:

19     Q     So, Mr. Greene, are these chats that were –– that

20     you were a part of it?

21          MR. SHIPLEY:  Objection; asked and answered.

22          THE COURT:  It's overruled.  Go ahead.

23          THE WITNESS:  I can say I recognize a couple of

24     them, but I don't know about Conus Gas and Oil or Crazy

25     Train.  Like some of these chats, you know, like I said,

1    I don't remember seeing them.  But, again, I'd want to see

2    my phone.  If you want to tell me all 45 of these chats came

3    out of my phone, I haven't seen the phone in three years,

4    and Stewart would throw me in groups, but some of these

5    chats I don't recognize.

6    BY MS. RAKOCZY:

7        Q    Okay.

8            Well, ATL op, ATL ops, ATL ops with command and

9    intel planning logistics.

10           You were on the Atlanta op for Mr. Rhodes,

11   correct?

12       A    Yeah, I remember those chats.

13       Q    Okay.

14           And Chats 8 through 12 all begin with D.C.  Are

15   Chats 8 through 12 all chats that you remember being part of

16   for D.C. operations?

17       A    I remember D.C. -- I remember the 5/6 security,

18   volunteers, vetting.  You know, the other two, maybe.  Like

19   I said, he put me in so many chats, I can't -- I can't tell

20   you every exact chat he put me in.  But, again, I wouldn't

21   say he put me in that many chats, I mean, not 45 or 50

22   so I --

23       Q    You don't think there were 45 or 50 Signal chats

24   on your phone at the time it was searched by --

25       A    I think there were 45 or 50 Signal chats that he

6178

1    put me in, but, again, I'd have to see it before I said yes

2    or no because I haven't seen the phone in three years, and a

3    lot of those chats were just on my phone.

4        Q    Fair.

5            And let me clarify.  These are the 45 or so Signal

6    group chats that were in your phone at the time it was

7    searched by law enforcement.  Do you dispute that?

8        A    What I'm telling you is, I haven't seen the phone

9    in three years.  Now, there's several Signal chats on the

10   phone.  Stewart put me in Signal chats.

11           I can't testify that I remember 45 chats just by

12   looking at it, and I don't remember 45 Signal chats from

13   Oath Keepers being in my phone.

14           So if that's what you're telling me, I will tell

15   you, before I can say yes or no, I would want to see it.

16       Q    Okay.

17           And if we could minimize that, please.

18           Let's just highlight for the jury the latter

19   portion, Chats 16 through 45.

20           There are -- 21 through 23 listed there are all

21   chats that begin with "Jan. 5/6 D.C."  Do you recall being

22   part of the -- these chats.

23       A    I recall D.C. chats, yes.

24       Q    And there are -- Chats 28 through 32 are all chats

25   that begin "Louisville Op."  Do you recall being part of

```
 1    maybe five chats that were for the Oath Keepers operation in
 2    Louisville?
 3         A    I remember a couple Louisville chats, yes.
 4         Q    Okay.
 5              There are then, in Chats 36 through 41, a number
 6    of chats that been with "OK" and seem to involve various
 7    operations.  Do you recall being in those chats?
 8         A    I remember the "Detroit Op" chat.  I don't
 9    remember these other chats.
10         Q    You don't remember "OK D.C. MAGA PSD"?
11         A    I don't remember that chat, no.
12         Q    Okay.
13              You don't remember "OK Op Leads"?
14         A    I don't know.  I don't -- I don't think so.
15         Q    Okay.
16              MS. RAKOCZY:  Thank you, Ms. Rouhi.  We can take
17    that exhibit down.
18    BY MS. RAKOCZY:
19         Q    Mr. Greene, you told us a little bit about your
20    background on direct examination, and you served in our
21    military, correct?
22         A    Yes.
23         Q    You chose to be in a combat position, right?
24         A    Yes.
25         Q    Not something a lot of people choose, is it?
```

1       A      Not really.

2       Q      It's dangerous, correct?

3       A      It can be, yes.

4       Q      And you served in the military for how many years?

5       A      About three years, five or six months, maybe.

6       Q      And after that, you continued to serve in a matter

7  of fashion for various military or defense contracting

8  companies, right?

9       A      Yes.

10      Q      And you continued to be deployed overseas for some

11 of those positions, right?

12      A      I went on two deployments for two different --

13 well, ended up being the same company, but I went to

14 Afghanistan for a company.

15      Q      Fair to say you have a fair amount of experience

16 in combat type situations?

17      A      Yes.

18      Q      And I think that you described your role in the

19 military as "breach, build, remove, destruction."

20 Do you remember using those words on direct examination?

21      A      Just general -- I mean, it's combat engineer

22 stuff.

23      Q      And you were the person who Stewart Rhodes put in

24 charge of the operation in D.C. for January 6th, correct?

25      A      For the security operation, yes.

1     Q     Now, you mentioned that you had been involved in

2    the operation in September in Louisville.  Do you remember

3    testifying about that?

4     A     Yes.

5     Q     Okay.

6           Let's talk a little bit about that.

7           I'd like to bring up what's already in evidence as

8    Government's Exhibit 1.S.159.818.V, for video.

9           And it's up on the screen right now.

10          If we could go to 1 minute and 54 seconds into

11   this video, please.

12          Do you recognize the person on the left in this

13   photograph?

14    A     Yes.

15    Q     Who is that?

16    A     That's me.

17    Q     Is that you in Louisville?

18    A     Yes.

19    Q     Okay.

20          And are you wearing an Oath Keeper patch on your

21   vest?

22    A     Yes, so that the police can identify me as the

23   person who told them they were working with the

24   Oath Keepers.

25          I mean, it's a predominantly white police

```
 1    department.  They just gunned down two black people, and
 2    I'm not going to be the black man with a long gun when they
 3    come to assist these guys that I told them I was working
 4    with.
 5              So, yes, I wore the Oath Keeper patch for
 6    identification from law enforcement.
 7        Q    And many other people wore the Oath Keeper patch
 8    as well, correct?
 9        A    A lot of people had Oath Keeper patches on,
10    Oath Keeper gear on their helmets.  I mean, it's how we were
11    to be identified if the police rolled up on us, because a
12    lot of people didn't have these little armband thing on
13    so --
14        Q    And you brought your gun to Louisville, correct?
15        A    Yes.
16        Q    What kind of gun did you bring to the Louisville
17    operation?
18        A    I brought a .300 Blackout and a 9-millimeter
19    pistol.
20        Q    And you brought a helmet, correct?
21        A    Yes.
22        Q    And a protective vest?
23        A    Yes.
24        Q    With plate carriers?
25        A    The vest is a plate carrier.
```

1       Q      Okay.

2              And with plates in the plate carrier?

3       A      Yes.

4       Q      And that's -- those plate carriers can protect up

5   to a bullet going through them, correct?

6       A      Any ballistic panel protects up to a bullet, yes.

7       Q      Could we go to 1 minute and 13 seconds, go a

8   little backwards, 1 minute and 13 seconds into the video.

9              And we could pause there.

10             In this Oath Keepers operation, the Oath Keepers

11  set up initially in a parking lot that we see depicted here

12  at 1 minute and 13 seconds, right?

13      A      No.  Actually, the parking lot was a staging point

14  before they pushed out to the businesses where they were

15  working.  So they'd meet in the parking lot, I'd give them

16  the briefing, and they'd put their gear on and go to where

17  they were going.

18             Now, this particular day, a bunch of rioters

19  stormed the parking lot as these guys were gearing up to

20  leave.

21      Q      Do you view these people as rioters?

22      A      The BLM and guys that were there?  That's

23  absolutely what they were doing.  Like, they were there.

24  Most of them had firearms.  Most of them had ballistic

25  panels.

6184

1      Q      Here, though, they are taking pictures of you all,

2   correct?

3      A      No.  Those are news crews taking pictures, but

4   look at the people on the other side of the truck.  I mean,

5   like, if you're just going to capture a picture and say,

6   well, this is what's going on, you're not getting the full

7   scope of what was going on that day.

8      Q      These people got in the face of the Oath Keepers,

9   right?

10     A      The newspaper people did, yeah, they were taking

11  pictures.  But some of the rioters got in the face of the

12  Oath Keepers as well.

13     Q      Right.  These people that you're calling rioters,

14  they got in your faces, correct?

15     A      Some of them did, yeah.

16     Q      You were in this parking lot at this time, right?

17     A      Yes.

18     Q      And the people who you're calling rioters, they

19  told you, "Please go home," right?

20     A      No, they didn't actually.

21            That's not a lot of what they were saying.

22     Q      They told you, "You are inflaming the situation,"

23  correct?

24     A      No, they didn't.

25     Q      And they asked you, begged you to go home because

6185

```
 1  you were inflaming the situation, right?
 2       A    They did not.
 3            Actually, the only people who said they were
 4  inflaming the situation were media people.
 5       Q    Okay.
 6            Now, this man right here, that's Doug Smith,
 7  right?
 8       A    Yes.
 9       Q    The leader of the North Carolina Oath Keepers,
10  correct?
11       A    Yes.
12       Q    Carrying a very large gun; fair to say?
13       A    Yes.
14       Q    He picked that gun up and pointed that at a lot of
15  people during that operation, didn't he?
16       A    He attempted to.
17       Q    He is an erratic human, right?
18       A    Say again?
19       Q    He is an erratic human being, correct?
20            MR. SHIPLEY:  Objection; lacks foundation.
21  BY MS. RAKOCZY:
22       Q    You know Doug Smith, right?
23       A    I know Doug Smith as -- I mean, I know who he is.
24       Q    You worked with him on this North Carolina
25  operation, right?
```

6186

1        A     He was there.

2        Q     You drove Kellye SoRelle to North Carolina to

3    visit with Mr. Rhodes and Mr. Smith, correct?

4        A     I did not.

5        Q     You went -- you drove Kellye SoRelle to

6    North Carolina, correct?

7        A     No, I did not.

8        Q     You said on direct that you drove Ms. SoRelle down

9    to North Carolina, from Detroit to North Carolina back up to

10   D.C., no?

11       A     That's not what I said.

12             I said they drove to North Carolina, and I met

13   them in Virginia to go to D.C.

14       Q     Okay.

15       A     Kellye SoRelle and Jeff Morelock went to

16   North Carolina from Michigan.

17       Q     My error.

18             So this man, North Carolina, you worked with him

19   on the Louisville operation, right?

20       A     Yes.

21       Q     And he was in D.C. for the first Million MAGA

22   operation, correct?

23       A     Yes.

24       Q     Now, in the Louisville operation, did you observe

25   him acting erratically?

1    A    In the Louisville operation, yes, he did.

2         And after I spotted him acting erratic, he was

3    confined to a vehicle.

4         Now, this was one of Stewart's guys and he had his

5    own group there, but, you know, I didn't use him in my

6    operation after that.  He just stayed in the vehicle.

7    Q    This is one of Stewart's guys, right?

8    A    Uh-huh.

9    Q    He was supposed to be the Quick Reaction Force for

10   that operation, correct?

11   A    He was a part of the Quick Reaction Force for the

12   operation.  Actually, the North Carolina guys were some of

13   the QRF people.  And so since he was in charge of the

14   North Carolina guys, he kind of just stuck with his

15   North Carolina guys.

16        And so the issue with Doug was, he started

17   getting, you know, kind of paranoid, so to speak.  You know,

18   there's a guy coming out of the elevator, he attempted to

19   lift his rifle up at him.  So told him to go stand on the

20   corner with some other guys.  And, you know, every car that

21   rode past, he attempted to lift his rifle.  And so he was

22   confined to a vehicle.

23   Q    And then he tried to pull over someone when he was

24   riding around in that vehicle, right?

25   A    Negative.

1          What happened with the pullover incident was,

2     there was a group of guys who pulled over to see what was

3     going on, and Doug jumped out of his car and came to the

4     vehicle that they were in and tried to, again, lift his

5     rifle up on them.

6          Q     And this man, Mr. Rhodes took to D.C. for the

7     first Million MAGA operation, correct?

8          A     Yeah.  He was in D.C. for the Million MAGA

9     operation.

10          But, again, that wasn't my operation.  That was

11     Stewart's operation.

12          Q     One that you willingly went along on, correct?

13          A     I was there for Kellye SoRelle's protection.  That

14     was Stewart's security plan.

15          Q     And Mr. Rhodes was leading your group there,

16     correct?

17          A     I'm sorry?

18          Q     Mr. Rhodes was leading your group there, correct?

19          A     Mr. Rhodes was leading a security group.

20          Q     And you knew that Ms. SoRelle was there with

21     Mr. Rhodes, right?

22          A     No.

23          SoRelle, we met in Virginia and we went into D.C.

24     together.  So the whole time SoRelle was in D.C., she was

25     with Jeff and I.  So Stewart --

6189

1      Q    With the Oath Keepers, correct?

2      A    No.  Me and Jeff were there for Kellye.

3           Kellye was there, Kellye was going to give a

4     speech with Alex Jones.  Kellye, Alex Jones, Alex Jones's

5     wife and three other activists for some reason or another,

6     they all were the subject of the Million MAGA March.

7           We never actually linked up with any Oath Keepers

8     until all that shit was over with.

9           So Stewart had his own security operation.  He

10    wanted me to know what his security plan was.

11          Now, as far as the role that he put people in,

12    that was absolutely Stewart's doing, because that wasn't my

13    operation.

14          So Kellye was there with me and Jeff.  Stewart was

15    there with his Oath Keepers.

16     Q    And Kellye SoRelle, it's your testimony, had

17    nothing to do with Stewart Rhodes in D.C. in November of

18    2020?

19     A    She was not there for Stewart Rhodes.  She was

20    going to give her own speech with Alex Jones and his wife

21    and Marcia and some other lady.

22     Q    And Stewart Rhodes was doing some things with

23    Alex Jones for the Million MAGA March, correct?

24     A    No.

25          Alex Jones had his own thing going on.

1       Q      Okay.

2       A      We met later in the day.  We all went and had

3   dinner with Alex Jones.  But Stewart was not a part of

4   Alex Jones' Million MAGA March.

5              And in fact, Stewart didn't even speak and Kellye

6   didn't speak either.  It was all Alex Jones.

7       Q      So you're there with Kellye, correct?

8       A      I'm there with Kellye.

9       Q      And Kellye is doing an event with Alex Jones,

10  correct?

11      A      Kellye was supposed to speak with Alex Jones, yes.

12      Q      And that night, you and Kellye and Stewart and

13  Alex Jones all have dinner, right?

14      A      We had dinner, yes.

15      Q      And you're saying you have nothing to do with

16  Stewart Rhodes and his operation in D.C. for November?

17      A      We were not there for the benefit of the

18  Oath Keepers.  Stewart paid me to be Kellye SoRelle's close

19  protection guy, me and Jeff.

20             And like I said, Stewart had his own security

21  thing going on, and who he used is who he used.  That wasn't

22  my operation, and that's not the reason I was in D.C.

23      Q      You're aware that Mr. Rhodes, in adding you to

24  chats for January 6th, noted multiple times, he cited you as

25  being involved in the November operation for the

6191

```
1    Oath Keepers.  Have you seen those messages?
2         A    I'm aware that he cited me as being involved
3    because I was in November, but, again, that's not why I was
4    in November.
5         Q    Okay.
6              So this man, Doug Smith, is in the D.C. operation
7    that Stewart Rhodes led in November of 2020, right?
8         A    Yes.
9         Q    After he waived guns at five or six people in the
10   Louisville operation, right?
11        A    Stewart's operation.
12        Q    Okay.  Thank you.
13             Let's take that down, please.
14             So you met a number of people in the Oath Keepers
15   in that Louisville operation, correct?
16        A    A met a few, yeah.
17        Q    Obviously you interacted with Mr. Rhodes, correct?
18        A    Yes.
19        Q    You met Mr. Smith, the leader of the
20   North Carolina Oath Keepers, right?
21        A    Yes.
22        Q    You met Jessica Watkins who was from Ohio, right?
23        A    I met Jessica Watkins in Louisville, yes.
24        Q    And you met Kelly Meggs in Louisville, correct?
25        A    I met Kelly Meggs in Louisville.
```

1      Q    Okay.

2           You met William Todd Wilson in Louisville or had

3      you met him earlier?

4      A    I met -- every Oath Keeper I met, outside of the

5      Texas operation, I met in Louisville.

6      Q    Okay.

7      A    Except for Josh James.

8      Q    So coming into November of 2020, people in the

9      Oath Keepers looked to you as a leader, correct?

10          MR. SHIPLEY:  Objection; lacks foundation.

11          THE COURT:  It's overruled.  He can answer.

12          THE WITNESS:  I can't say one way or another.

13     I mean, how they looked at me?  Maybe.  I mean, if -- you

14     know, I'm a professional person.  I mean, if they looked at

15     me as a leader, then that's how they looked at me.

16          But I was not a member of the Oath Keepers, so,

17     you know, I can't say one way or another how they felt about

18     me.

19          MS. RAKOCZY:  Let's bring up what's already in

20     evidence as Government's Exhibit 9802, and I would ask to

21     publish to the jury.

22     BY MS. RAKOCZY:

23     Q    All right.  On November 9th of 2020, Jess Watkins

24     sent you this message.  She said:  "Hey, sir, we have a

25     basic training class (mandatory for Ohio Regulars) from

1    January 3rd-9th.  If you have any guys who don't have formal

2    training that you want to send, feel free to give them my

3    info.  It's a full basic training shoved into a week.  It

4    will be tough.  Grueling even."

5              Do you see that message?

6    A    Yes.

7    Q    This is early November of 2020, right?

8    A    Uh-huh.

9    Q    And Ms. Watkins is reaching out to you; yes?

10   A    Yes.

11   Q    She's calling you "sir," right?

12   A    Yes.

13   Q    In the military, is it fair to say that when

14   you're speaking to a commanding officer or someone higher

15   than you, you would address them with "sir"?

16   A    Isn't it fair to say if you're speaking to anybody

17   respectfully, you would call them "ma'am" or "sir"?

18   Q    Certainly possible.

19             But my question was, in the military if you're

20   addressing a commanding officer or a superior, is it

21   customary or required to address them by saying "sir"?

22   A    It depends on the rank.  If they're a warrant

23   officer, you can address them as "sir" or you can address

24   them as an NCO.  If they're just noncommissioned, you'd

25   never use "sir."

1    Q    And Ms. Watkins is addressing you here as "sir,"

2  correct?

3    A    Correct.

4    Q    And she's informing you of a basic training class

5  that she is trying to plan for her Ohio group, right?

6    A    Correct.

7    Q    And she is telling you if you have any guys who

8  don't have training, you can send them, right?

9    A    Correct.

10    Q    Fair to say she understands that you have guys who

11  you are leading, right?

12    A    She might have just been reaching out to try to

13  figure out if I can send guys to her.

14        Now --

15    Q    And the only guys who she would know you to have

16  are guys in the Oath Keepers, right?

17    A    I can't say for sure.

18        I don't know.  Like I said, that's -- this is

19  Jessica Watkins talking to me, okay?

20        So you looked at my background.  Why would you

21  think my guys would train with her guys?

22    Q    Let me ask you, sir:  Did you have any guys who

23  you were in charge of, other than the Oath Keepers, who

24  Ms. Watkins would have known about?

25    A    No.

6195

1          Q      Okay.

2                 MS. RAKOCZY:  Let's take that down, please.

3      BY MS. RAKOCZY:

4          Q      November 9th, what we were just looking at, was

5      about six days after the 2020 Presidential election; fair to

6      say?

7          A      Yes.

8          Q      You remember that there was an election on

9      November 3rd of 2020, right?

10         A      Yes.

11         Q      And you followed that election, correct?

12         A      Not really.  I mean, it's all over the TV.  You

13     can't miss it.  But I don't really get into, you know.  It's

14     on the news.  You can't miss it.  But as far as me following

15     it, no.

16         Q      As a citizen who sometimes watches the -- are you

17     a citizen who sometimes watches the news?

18         A      Yes.

19         Q      So fair to say election news was around you in

20     November of 2020, right?

21         A      Yes.

22         Q      Okay.

23                You supported President Trump in that election,

24     right?

25         A      No.

6196

1      Q    You were upset when President Trump lost, correct?

2      A    No.

3      Q    You were a part of a Signal group on your phone

4   called the Flowershirt Group, correct?

5      A    The what?

6      Q    Flowershirt Group.

7      A    Maybe.  I don't know.  Like I said, so many Signal

8   conversations, I'd have to look at it and see.

9           But I'm not a Trump supporter.  I'm not a Biden

10  supporter.  I don't even vote.

11     Q    Flowershirt Group, you would agree with me, is a

12  name that would be hard to forget, right?

13     A    You know, hey, it's a hard name to forget, but,

14  again, I don't remember being in a lot of those

15  conversations.  I haven't seen my phone in three years.

16     Q    So you're saying you have no memory of being in a

17  group called the Flowershirt Group?

18     A    Not to my recollection.  Not off the top of my

19  memory.  But if, you know, if it was on the phone and you're

20  saying I was in it, again, I'd want to see it.  Because I

21  haven't seen the phone in so long and I was put in several

22  groups.

23     Q    And you would be surprised then that this chat on

24  your phone had hundreds, if not more, messages in your

25  phone?

1        A     I wouldn't be surprised.  I'm just saying I can't

2   tell you a verb -- you know, a verbatim list of all the

3   conversations I was in on Signal because I was put in so

4   many.

5              MS. RAKOCZY:  Let's bring up just for the witness

6   what's Government's Exhibit 9218.

7              Let's go to page 3 of this exhibit, please.

8   BY MS. RAKOCZY:

9        Q     Okay.

10             Mr. Greene, this is a message from January 18th

11   from a phone number that ends 9968.  Do you see that?

12       A     Yes.

13       Q     And that phone number is your phone number,

14   correct?

15       A     Yes.

16       Q     That is a phone number you used between at least

17   November of 2020 and January of 2021, right?

18       A     Yes.

19       Q     And this is a message from your phone to a group

20   called "Flowershirt Group Chat," correct?

21       A     Yes.

22             MS. RAKOCZY:  Your Honor, at this point in time,

23   we would seek to move in page 3 of -- actually, this entire

24   exhibit, pages 1 through 3 of Government's Exhibit 9218.

25             MR. WOODWARD:  Objection.

1          MR. SHIPLEY:  Can we get on the phone?

2          (Bench conference)

3          MR. SHIPLEY:  For the record, I want to say this.

4   The cross-examination exhibits were delivered this morning,

5   even though Mr. Greene was on the stand yesterday.  I don't

6   know that this is relevant to anything.  This is

7   January 18th.

8          And "crooked politicians" isn't necessarily

9   partisan, so I'm not sure why we're going down this rabbit

10  hole.

11         MS. RAKOCZY:  So first of all, Your Honor, we've

12  had a half an hour of cross yesterday and two hours this

13  morning.

14         Last night, I attempted to anticipate what might

15  come up this morning and made exhibits and put them online

16  this morning, even though I'm not sure I have an obligation

17  to do so but I did to try to make sure the defense had a

18  copy.  If we -- and so there's that.

19         With respect to the relevance of these messages,

20  Your Honor, Mr. Greene testified on direct and he's

21  testifying now that he doesn't follow politics, didn't

22  follow the election, didn't have a party that he was

23  supporting.

24         THE COURT:  Ms. Rakoczy, can I interrupt you?

25  What else is in this set of messages?

1          MS. RAKOCZY:  Can we go to page 1 of the exhibit.

2          MR. SHIPLEY:  This is not Mr. Greene's number,

3     so this is some unknown contributor.

4          MS. RAKOCZY:  Sure, Your Honor.  These are put in

5     for context for page 3 of the exhibit, which is Mr. Greene's

6     comment.

7          And we think what's important here is, you know,

8     Mr. Greene is testifying, trying to say he has no dog in the

9     fight of the election and the Stop the Steal movement.  And

10    he's entitled to say that if he wants to.  But having gone

11    there on direct, we're entitled to meet the force of that

12    with the fact that after the election on the 17th,

13    three days before the inauguration, he's suggesting that

14    essentially a regime change of sorts might be healthy.

15         And I think that page 2 here with sort of the date

16    of the 17th and talking about a need to change -- I don't

17    remember what the exact word is -- but to fight against the

18    power and --

19         THE COURT:  Hang on for a second.

20         Can I just ask you to go to the beginning.  I just

21    want to look at the numbers at the bottom, please.

22         MS. RAKOCZY:  So the first message, just for the

23    record, is 53.S.137365.

24         THE COURT:  Okay.  So these are all continuations

25    of one another?

6200

1           MS. RAKOCZY:  Next one is 366.

2           THE COURT:  Okay.

3           Okay.

4           All right.  I'll permit it.  I mean, this is

5      cross-examination.  Mr. -- certainly the thrust of the

6      direct examination was that --

7           MR. SHIPLEY:  Your Honor, I don't think this is a

8      sequential number to the two that are before it.

9           MS. RAKOCZY:  The third one is not.

10           MR. SHIPLEY:  So how can we say this is in

11      response to the two that were before it?

12           MR. WOODWARD:  Your Honor, this is not one of the

13      exhibits that Ms. Rakoczy provided this morning so we're

14      seeing this for the first time.  I'd like to go back to the

15      phone and take a look and see where these messages came from

16      and what else is in there and why that second message says

17      "continued."

18           And then the only other issue I'd raise is, for

19      what purpose are these being admitted?  Are they -- who are

20      they coming in against?  They certainly aren't in

21      furtherance of a conspiracy as of January 18th.

22           MS. RAKOCZY:  I'm fine with this being admitted

23      only against Mr. Greene.  This is -- well, we're seeking to

24      introduce this as rebutting his direct.

25           THE COURT:  Hold on.

```
 1              The first one is 176217.

 2              And then what's the next one again?

 3              MS. RAKOCZY:  So sorry.  We were just looking at

 4    the third one, Mr. Greene's message.

 5              MR. SHIPLEY:  They're not sequential at all.

 6    They're not in relationship.

 7              MS. RAKOCZY:  Well, they do have a relationship,

 8    Your Honor, it's 8. -- I'm sorry.

 9              THE COURT:  Well, the numbering --

10              MS. RAKOCZY:  It's a two-minute difference,

11    Your Honor.

12              THE COURT:  No, I know, the timing is different.

13    I'm just trying -- looking at the -- it may be that -- the

14    numbering on the bottom may be a little off.

15              MS. RAKOCZY:  It's possible, Your Honor.

16              THE COURT:  Let's just -- why don't we take a

17    break now.  Let's get this sorted out in terms of the

18    sequencing and make sure that they are sequential, and the

19    defense can have a look at it as well to confirm that they

20    are sequential and then we'll take it from there, okay?

21              MS. RAKOCZY:  Yes, Your Honor.

22              (Open court)

23              THE COURT:  Okay.  Ladies and gentlemen, we're

24    going to take our lunch break now.  It is 12:25.  We will

25    resume at 1:30.  Have a nice lunch break.  We'll see you all
```

6202

```
 1   soon.
 2            COURTROOM DEPUTY:  All rise.
 3            (Jury exited.)
 4            THE COURT:  Mr. Greene, you can step down, sir.
 5            Have a seat, everyone.
 6            I just wanted to try and steal a few minutes here
 7   to discuss the video exhibits, or at least the statements
 8   that the government wishes to use in rebuttal with respect
 9   to Mr. Isaacs' testimony.
10            Mr. Rossi, Mr. Green, any response to the
11   six clips the government sent over?
12            MR. ROSSI:  Yes, Your Honor.
13            I've looked at all six videos, and I'd like the
14   government to proffer what they're trying to impeach, what
15   are they rebutting?
16            It's just -- to me, it's just random clips, the
17   six of them, that do not specifically rebut anything that
18   Mr. Isaacs said in direct and cross-examination.
19            THE COURT:  So let me go through them.
20            Video 1 --
21            MR. ROSSI:  Sure.
22            THE COURT:  -- in which he describes an older
23   couple that he met and a person that looked like a girl,
24   he didn't know their names, is wearing jackets, or at least
25   the couple was wearing jackets with an OK patch.
```

1          The female was shorter than him, and he said, at

2    the end, "They were from Ohio."

3          The question was asked at page 5893, "And you met

4    with people from Ohio, right?"

5          And I think he said, "I don't recall it."

6          MR. ROSSI:  How does that rebut anything in his

7    examination?

8          THE COURT:  Well, he says he didn't recall, in his

9    examination.  And during his prior statement, he said, "They

10   were from Ohio."

11         MR. ROSSI:  I guess in baseball terms, that's a

12   bunt single.  It's not a home run.

13         THE COURT:  Okay.  I'm not looking at -- I'm not

14   looking to score the quality of the confrontation,

15   I'm just --

16         MR. ROSSI:  Judge, if we go to basketball, I'll be

17   very happy.

18         THE COURT:  I'm just looking to determine whether

19   you have objections to admissibility that I agree with.

20         Okay.  Video 2, Mr. Isaacs says, in sum and

21   substance, they did not meet a dignitary, this is on

22   The Ellipse.  There was a white man in a suit who's tall.

23   He thought it could have been a handler for the VIP.  He

24   says, "Ali was the potential VIP," referring to

25   Mr. Alexander, but the man that actually met them was not

1    the person who they met.

2           And on page 5894, he was asked, "And that

3    dignitary actually showed up" -- "never actually showed up;

4    isn't that correct?"

5           I think he said he didn't recall.

6           And then he was again asked, "Didn't you meet a

7    man wearing a white suit?"

8           And again said he did not recall it.

9           MR. ROSSI:  All right, Judge.  Not being

10   facetious, I would call that a walk.  I just don't see how

11   that rebuts anything in the examination.

12          THE COURT:  Okay.

13          So it does rebut it in the sense that he could not

14   recall meeting someone in a white suit, whereas he said, in

15   his prior statement, that he did remember meeting somebody

16   in a while suit.  So there is an inconsistency there, and it

17   can be brought in to impeach his credibility here and his

18   testimony here.

19          Video 3, he was asked, on page 5980 -- 5897 --

20   hang on for a second -- sorry, bear with me, Mr. Rossi.

21          MR. ROSSI:  Yeah, take your time, Judge.

22          THE COURT:  Okay.  5897, he's asked, "And when you

23   got to the Capitol area, your whole group got together and

24   talked, correct?"

25          "I don't remember doing that."

1          "And Gator 1, the person who you thought was in

2     charge, did most of the 39 talking, correct?"

3          "I don't remember that.  I don't remember that."

4          "Question:  And Gator 1 said, you were all going

5     to get closer to the building to go check it out, right?"

6          "No, I don't remember that, I don't."

7          In the video he says -- he was asked, "Who was in

8     charge of coordinating movements?"

9          He said, "It was an older" -- said "Older guy

10     wearing a vest."  He thinks the person was Gator 1.

11          So I think that meets the present -- the proposed

12     impeachment meets the testimony.

13          MR. ROSSI:  Okay.

14          THE COURT:  Video 4, again, I just -- he said

15     during his testimony, "And Gator 1 -- he was asked and

16     Gator 1 said, "You're all going to get close to the building

17     to go check it out."

18          He said, "No, I don't remember that, I don't."

19          In video 4, he said that there was no plan, but

20     he said that Mr. -- that Gator 1, he said, "We're going to

21     go look and check out what's going on."

22          MR. ROSSI:  I don't think that's rebuttal.

23     I don't think that's rebuttal.

24          THE COURT:  Okay.  Why not?

25          MR. ROSSI:  I don't.

1          THE COURT:  Okay.  But why not?

2          He was asked, "Gator 1 said, you were going to get

3    close to the building to go check it out, right?"

4          MR. ROSSI:  This is his testimony or video?

5          THE COURT:  No.  This is the testimony.

6          MR. ROSSI:  Got it.  Yeah.

7          THE COURT:  And he answered --

8          MR. ROSSI:  Check it out.

9          THE COURT:  -- "No, I don't remember that,

10   I don't."

11         And in the video he says that there was no plan,

12   but that Gator 1 said, "We're going to go look and check out

13   what's going on."

14         MR. ROSSI:  Okay.  I -- I dis- -- I'm wrong.  I'm

15   wrong, Your Honor.  That should come in.

16         THE COURT:  Okay.

17         Video 5, Mr. Nestler, I was not -- it was not

18   clear to me what portion of the testimony you were seeking

19   to rebut.  He says in Video 5 that they were walking up the

20   stairs.  He was in the middle front.  Somebody wanted to

21   have the bigger people upfront, someone had the idea to put

22   the bigger people upfront.

23         So it was not clear to me what portion of his

24   testimony you were seeking to use that video to rebut.

25         MR. NESTLER:  Well, there's a couple of points,

1    but the first -- the most explicit one is that he said there

2    was no plan, no coordination to do anything.  And so telling

3    the FBI that the group told him that the bigger people

4    needed to be up front is contrary to the idea of what he

5    testified to on his examination that no one told him to do

6    anything.

7            He also told, repeatedly on the stand, that he was

8    following everybody else.  And I can point Your Honor to one

9    of those examples if Your Honor would like, which is on --

10           THE COURT:  No.  I do remember him saying that

11   multiple times.

12           MR. NESTLER:  So he said he was following, and

13   this statement to the FBI is certainly contrary to that.

14           MR. ROSSI:  I'll concede that, Your Honor.

15           THE COURT:  Okay.

16           And then video 6, he was asked, let's see, during

17   his examination, bottom of page 5906:  "And, in fact, the

18   way you went -- this is talking about going down the hall --

19   the direction you went, you saw that there were police

20   officers in the hallway before you went down the hallway,

21   right?

22           Answer:  "I'm trying to remember.

23           "Yeah, there were police, but, I mean, they were

24   just standing there."

25           "So there were police in the hallway" -- question

1    -- "and you told other people to go down the hallway towards

2    the police, right?"

3              Answer:  "I didn't see the police until after.

4    I don't know why I did that.  I don't know."

5              And then he continues to say -- the question was:

6    "You don't know why you did that?"

7              His answer was:  "I saw the police after.  It

8    wasn't until I went down the hallway myself that I saw them.

9    I didn't know that there were -- I didn't know that they

10   were there when I was in the Rotunda."

11             And in the video, he says -- he was asked about

12   what he meant by the fight's not over.  He says:

13   "I understand how it looks."  He meant a verbal fight,

14   non-violent.  And then he says, when he looked down the

15   hallway, he saw the police with people but not fighting.

16             MR. ROSSI:  I don't think that's inconsistent.

17             That's not rebuttal; I don't.

18             It's a nuanced answer, but it's not rebuttal.

19   Very nuanced.

20             THE COURT:  I mean, he testified at trial he did

21   not see police in the hallway before he went down the

22   hallway.

23             And in the video he says, he looked down the

24   hallway, he saw police with people not fighting.

25             MR. ROSSI:  We concede.

1          THE COURT:  Okay.

2          All right.  So those statements can come in on

3    rebuttal through the agent.

4          MR. ROSSI:  Thank you, Judge.

5          MR. BRENNWALD:  Your Honor, as to the first video,

6    I'm just hearing about this reference to this older couple

7    from Ohio, Mr. --

8          THE COURT:  Oh, yes, right.  Thank you for raising

9    that.

10         It does have some con -- I mean, it does raise

11   confrontation concerns.  I guess the question is, are either

12   of the Parkers seeking to cross-examine about that single

13   statement?

14         MR. BRENNWALD:  Your Honor, the answer is I don't

15   know yet.  Mr. -- neither Mr. Machado nor I have been able

16   to download the video.  If perhaps the government can show

17   us the clip, I'm not sure how long it is.  We could take a

18   look and go from there.

19         But, yes, if he's implicating them somehow, then I

20   need to be able to question him.

21         MR. MACHADO:  We can probably give you a

22   resolution to this by the lunch break end.

23         THE COURT:  Okay.

24         MR. ROSSI:  Thank you, Judge.

25         THE COURT:  All right.

1          MR. NESTLER:  Your Honor, on the videos, we have

2   two additional requests.

3          So Your Honor already ruled that we cannot

4   introduce the videos for their truth.  We understand that.

5   We do have two additional requests.

6          One is to introduce the videos with a limiting

7   instruction, not for their truth, but purely so the jury can

8   see Mr. Isaacs' demeanor.

9          And we do think that would be a permissible

10  purpose under the proffer agreement.  The proffer agreement

11  does not protect his demeanor or his likeness.  It does

12  protect his statements.  And so we do think the jury seeing

13  his demeanor -- or seeing the videos for his demeanor would

14  be a permissible purpose and it come in with a limiting

15  instruction.

16         The second proposal we have is to introduce

17  portions of the video through Dr. Askenazi, review them, as

18  a demonstrative.  She's going to explain how she watched the

19  video and what his demeanor was on the video and how that is

20  inconsistent with some of the things that Dr. Sperry and

21  Mr. Isaacs testified about.  And so as she explains that to

22  the jury, we think, under Rule 611 and 1006, that a

23  demonstrative, which is an illustrative aid for her to tell

24  the jury pointing out certain features of how he's acting on

25  the video, would be helpful to the jury.

1          MR. ROSSI:  Your Honor, Your Honor just ruled this

2   morning, and we're going to fight like you know what to keep

3   out the video and the audio.  And we think the Court's

4   decision is absolutely spot on.  And we are opening a can of

5   worms that I thought had been closed.  And we vehemently

6   object to proposal 1 and proposal 2, especially with their

7   expert.

8          THE COURT:  Okay.

9          As to the first proposal, I'm not going to allow

10   that because, as I said earlier, I think the proffer is

11   quite clear that it is his statements that the government

12   can use if there is evidence that is presented by the

13   defense that's inconsistent with what he said during the

14   proffer.

15          As for the second proposal, let me look at her

16   report and I'll get back to you after lunch.

17          MR. ROSSI:  Thank you, Judge.

18          THE COURT:  All right?  Thank you, everybody.  See

19   you shortly.

20          COURTROOM DEPUTY:  All rise.

21          This Court stands in recess.

22          (Recess from 12:40 p.m. to 1:30 p.m.)

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__March 7, 2023_____    

      William P. Zaremba, RMR, CRR

6213

**BY MR. SHIPLEY: [8]**
6077/23 6099/12
6133/8 6139/5 6140/5
6162/7 6162/16 6164/3
**BY MS. RAKOCZY:**
**[10]** 6164/19 6172/6
6172/19 6176/18
6177/6 6179/18
6185/21 6192/22
6195/3 6197/8
**COURTROOM**
**DEPUTY: [8]** 6067/2
6067/6 6077/6 6138/14
6138/25 6139/22
6202/2 6211/20
**MR. BRENNWALD: [3]**
6068/8 6209/5 6209/14
**MR. GREENE: [1]**
6075/5
**MR. MACHADO: [5]**
6068/11 6138/20
6138/23 6164/15
6209/21
**MR. NESTLER: [7]**
6068/15 6068/22
6075/8 6076/4 6206/25
6207/12 6210/1
**MR. ROSSI: [22]**
6076/19 6202/12
6202/21 6203/6
6203/11 6203/16
6204/9 6204/21
6205/13 6205/22
6205/25 6206/4 6206/6
6206/8 6206/14
6207/14 6208/16
6208/25 6209/4
6209/24 6211/1
6211/17
**MR. SHIPLEY: [28]**
6076/21 6077/1
6131/24 6132/6 6132/9
6132/15 6132/19
6132/21 6132/23
6133/1 6133/6 6139/19
6139/23 6140/1
6164/10 6173/9
6173/12 6173/19
6174/10 6176/21
6185/20 6192/10
6198/1 6198/3 6199/2
6200/7 6200/10 6201/5
**MR. WOODWARD: [5]**
6068/2 6068/5 6068/18
6197/25 6200/12
**MS. HALLER: [3]**
6164/13 6174/24
6175/24
**MS. RAKOCZY: [34]**
6098/20 6131/10
6131/13 6131/19
6132/13 6139/24
6162/3 6162/12 6172/3
6172/16 6173/15
6173/25 6174/3
6174/13 6175/14
6176/6 6176/13

6195/2 6197/5 6197/22
6198/11 6199/1 6199/4
6199/22 6200/1 6200/9
6200/22 6201/3 6201/7
6201/10 6201/15
6201/21
**THE COURT: [83]**
6067/4 6067/24 6068/4
6068/7 6068/14
6068/20 6068/24
6069/1 6075/6 6075/24
6076/5 6076/20
6076/23 6077/4 6077/8
6098/21 6131/12
6131/15 6131/17
6132/2 6132/8 6132/12
6132/18 6132/20
6132/22 6132/24
6133/4 6138/8 6138/16
6138/19 6138/22
6139/2 6139/25 6140/2
6162/5 6162/13
6164/11 6164/16
6173/14 6173/20
6173/22 6174/1 6174/7
6174/15 6175/13
6176/1 6176/7 6176/11
6176/22 6192/11
6198/24 6199/19
6199/24 6200/2
6200/25 6201/9
6201/12 6201/16
6201/23 6202/4
6202/19 6202/22
6203/8 6203/13
6203/18 6204/12
6204/22 6205/14
6205/24 6206/1 6206/5
6206/7 6206/9 6206/16
6207/10 6207/15
6208/20 6209/1 6209/8
6209/23 6209/25
6211/8 6211/18
**THE WITNESS: [4]**
6098/23 6173/10
6176/23 6192/12

**.**
**.300 [1]** 6182/18
**.300 Blackout [1]**
6182/18

**0**
**0840 [1]** 6063/4

**1**
**1.S.159.818.V [1]**
6181/8
**10 [4]** 6114/14 6115/5
6117/12 6124/6
**10056 [4]** 6172/4
6173/18 6176/11
6176/17
**1006 [1]** 6210/22
**1025 [1]** 6064/11
**11:00 [1]** 6138/11
**11:04 [1]** 6138/18

**11:18 [1]** 6138/18
**12 [6]** 6099/1 6114/14
6115/5 6117/12
6177/14 6177/15
**120 [2]** 6139/22
6139/23
**12:25 [1]** 6201/24
**12:40 [1]** 6211/22
**12ish [1]** 6121/18
**12th [1]** 6084/13
**13 [3]** 6183/7 6183/8
6183/12
**1341 [1]** 6065/9
**1434 [1]** 6063/12
**14th [5]** 6084/10
6086/7 6089/8 6089/18
6167/1
**15 [6]** 6076/22 6142/4
6142/6 6172/5 6172/7
6176/15
**16 [3]** 6067/10 6172/18
6178/19
**1700 [1]** 6064/17
**176217 [1]** 6201/1
**17th [2]** 6199/12
6199/16
**18 [1]** 6070/22
**1808 [1]** 6064/3
**18th [5]** 6071/7
6071/20 6197/10
6198/7 6200/21
**1:00 [1]** 6127/19
**1:30 [3]** 6156/6
6201/25 6211/22
**1AP [7]** 6094/13
6094/17 6094/19
6095/2 6096/23 6097/5
6097/6
**1st [1]** 6103/25

**2**
**2,000 [1]** 6138/2
**20 [3]** 6067/11 6107/7
6142/6
**20 minutes [1]** 6142/5
**20,000 [2]** 6137/1
6138/5
**20001 [3]** 6063/4
6063/12 6065/14
**20003 [1]** 6063/7
**20007 [1]** 6064/12
**20010 [1]** 6064/3
**20036 [1]** 6064/9
**2017 [2]** 6165/10
6165/20
**202 [6]** 6062/17
6063/12 6064/4 6064/9
6064/13 6065/14
**2020 [16]** 6166/17
6166/23 6167/17
6168/9 6169/18
6169/21 6171/1
6189/18 6191/7 6192/8
6192/23 6193/7 6195/5
6195/9 6195/20
6197/17
**2021 [10]** 6070/22

6140/13 6165/20
6166/20 6166/23
6168/8 6197/17
**2023 [3]** 6062/5 6071/8
6212/7
**20530 [1]** 6062/17
**21 [4]** 6062/7 6141/2
6142/17 6178/20
**21-28 [1]** 6062/4
**214 [1]** 6065/5
**21st [2]** 6070/21
6071/2
**22 [1]** 6107/7
**228-1341 [1]** 6065/9
**23 [1]** 6178/20
**252-6928 [1]** 6062/17
**25th [1]** 6140/13
**2615 [1]** 6064/9
**28 [3]** 6062/4 6067/7
6178/24
**2nd [3]** 6070/16 6071/3
6106/6

**3**
**30 [2]** 6100/14 6142/6
**30,000 [1]** 6136/22
**300 [1]** 6136/13
**301 [1]** 6063/8
**310 [1]** 6063/3
**317 [1]** 6135/9
**32 [1]** 6178/24
**3249 [1]** 6065/14
**32801 [1]** 6064/17
**3300 [1]** 6065/3
**333 [1]** 6065/13
**35 [1]** 6100/11
**350 [1]** 6063/11
**352-2615 [1]** 6064/9
**354-3249 [1]** 6065/14
**36 [1]** 6179/5
**366 [1]** 6200/1
**38,000 [2]** 6175/18
6175/20
**39 [1]** 6205/2
**3rd [2]** 6106/6 6195/9

**4**
**40 [3]** 6100/11 6100/14
6109/10
**400 [2]** 6063/11
6064/12
**400-1434 [1]** 6063/12
**407 [1]** 6064/17
**41 [1]** 6179/5
**45 [9]** 6172/18 6177/2
6177/21 6177/23
6177/25 6178/5
6178/11 6178/12
6178/19
**45,000 [1]** 6136/25
**4th [9]** 6106/6 6110/12
6111/13 6163/10
6163/12 6163/13
6164/5 6164/5 6164/8

**5**
**5/6 [2]** 6177/17

**50 [3]** 6177/21 6177/23
6177/25
**503 [1]** 6063/3
**53.S.137365 [1]**
6199/23
**54 [1]** 6181/10
**55 [1]** 6064/16
**555 [1]** 6062/16
**5893 [1]** 6203/3
**5894 [1]** 6204/2
**5897 [2]** 6204/19
6204/22
**5906 [1]** 6207/17
**5980 [1]** 6204/19
**5th [20]** 6063/11
6106/23 6106/24
6110/24 6111/5 6111/6
6112/11 6112/12
6112/14 6112/19
6119/4 6119/5 6119/7
6119/12 6119/15
6142/3 6142/10 6150/1
6153/8 6154/21

**6**
**60,000 [1]** 6136/25
**601 [1]** 6064/7
**611 [1]** 6210/22
**648-1700 [1]** 6064/17
**6928 [1]** 6062/17
**699-8429 [1]** 6065/5
**6th [36]** 6103/19
6103/21 6103/22
6105/23 6106/2
6106/25 6108/19
6117/17 6119/15
6120/6 6121/1 6122/18
6125/6 6138/7 6142/2
6142/11 6142/18
6142/23 6145/9
6145/12 6145/15
6145/18 6146/24
6147/22 6147/24
6154/12 6154/17
6154/18 6163/11
6163/3 6164/5 6164/5
6164/8 6166/19
6180/24 6190/24

**7**
**700 [1]** 6065/4
**703 [1]** 6063/4
**7447 [1]** 6064/4
**745 [1]** 6065/8
**75219 [1]** 6065/4
**7727 [1]** 6063/8

**8**
**80 [1]** 6129/12
**808 [1]** 6065/9
**808Shipleylaw [1]**
6065/10
**8100 [1]** 6064/13
**8429 [1]** 6065/5
**874-1 [1]** 6073/11
**8:30 [1]** 6068/5

**90 [1]** 6129/12
**900 [1]** 6064/7
**912 [1]** 6135/10
**9218 [2]** 6197/6 6197/24
**922 [1]** 6063/7
**928-7727 [1]** 6063/8
**965-8100 [1]** 6064/13
**96734 [1]** 6065/9
**9802 [1]** 6192/20
**989-0840 [1]** 6063/4
**996-7447 [1]** 6064/4
**9968 [1]** 6197/11
**9:00 [1]** 6076/22
**9:30 [1]** 6062/6
**9th [3]** 6192/23 6193/1 6195/4

**A**

**a.m [3]** 6062/6 6138/18 6138/18
**ability [2]** 6075/15 6149/9
**able [8]** 6100/13 6100/22 6106/21 6107/9 6127/9 6158/19 6209/15 6209/20
**about [116]** 6068/9 6068/24 6069/3 6069/6 6069/11 6070/22 6070/23 6070/24 6071/1 6071/22 6072/24 6076/10 6076/13 6076/23 6078/1 6079/15 6079/18 6079/20 6079/22 6079/23 6080/17 6084/9 6084/24 6085/16 6085/17 6085/19 6086/18 6087/7 6087/11 6088/4 6088/22 6092/13 6093/5 6093/9 6093/14 6094/5 6095/14 6095/15 6098/14 6098/17 6101/4 6101/21 6101/24 6102/8 6102/14 6103/8 6103/11 6103/18 6103/25 6104/5 6104/12 6107/12 6107/19 6108/19 6109/1 6109/12 6110/3 6110/17 6111/24 6116/21 6117/24 6118/8 6118/10 6118/14 6119/14 6119/24 6119/25 6120/6 6121/18 6121/20 6124/6 6126/24 6127/2 6130/11 6131/1 6132/2 6132/18 6132/20 6133/5 6133/9 6136/21 6137/11 6137/23 6138/11 6142/11

6149/20 6150/4 6150/8 6151/4 6153/19 6153/22 6155/15 6156/6 6156/6 6161/14 6162/14 6163/19 6163/22 6166/8 6174/5 6176/24 6179/19 6180/5 6181/3 6181/6 6192/17 6194/24 6195/5 6199/16 6207/18 6208/11 6209/6 6209/12 6210/21
**above [1]** 6212/4
**above-titled [1]** 6212/4
**absence [1]** 6099/22
**absolute [1]** 6155/25
**absolutely [7]** 6097/23 6158/15 6183/23 6189/12 6211/4
**account [1]** 6135/6
**accountability [2]** 6144/3 6160/4
**accurate [1]** 6124/8
**across [1]** 6109/6
**acting [3]** 6186/25 6187/2 6210/24
**action [1]** 6108/9
**actively [1]** 6128/19
**activists [1]** 6189/5
**activities [1]** 6102/22
**acts [1]** 6134/8
**actual [3]** 6090/14 6108/11 6129/9
**actually [15]** 6072/10 6075/22 6076/22 6097/12 6134/23 6152/16 6183/13 6184/20 6185/3 6187/12 6189/7 6197/23 6203/25 6204/3 6204/3
**add [4]** 6069/12 6133/20 6133/22 6134/3
**adding [1]** 6190/23
**addition [3]** 6165/2 6166/22 6168/6
**additional [4]** 6075/9 6174/25 6210/2 6210/5
**address [4]** 6193/15 6193/21 6193/23 6193/23
**addresses [1]** 6069/19
**addressing [2]** 6193/20 6194/1
**adjacent [1]** 6112/1
**Administration [1]** 6169/2
**administrator [1]** 6134/2
**admissibility [1]** 6203/19
**admit [5]** 6076/12 6139/20 6173/17 6174/18 6176/11

6066/15 6139/25
6176/12 6200/19
6200/22
**admitting [1]** 6174/8
**advance [3]** 6103/19 6103/21 6122/11
**advice [6]** 6092/2 6092/4 6099/14 6101/21 6165/23 6170/7
**afford [1]** 6117/9
**Afghanistan [1]** 6180/14
**after [50]** 6070/14 6071/21 6071/22 6078/1 6078/4 6081/10 6081/13 6083/2 6086/10 6086/14 6086/24 6087/1 6087/3 6087/15 6089/8 6089/17 6092/10 6092/11 6092/11 6093/2 6101/13 6101/13 6103/7 6113/13 6113/14 6122/16 6125/1 6125/10 6127/15 6127/15 6127/19 6129/19 6138/12 6143/22 6154/21 6158/13 6159/10 6162/17 6167/19 6168/12 6174/22 6180/6 6187/2 6187/6 6191/9 6195/5 6199/12 6208/3 6208/7 6211/16
**aftermath [1]** 6099/18
**again [54]** 6067/24 6071/1 6078/3 6083/2 6085/17 6090/3 6090/13 6093/3 6096/24 6097/21 6099/3 6100/17 6105/5 6106/12 6109/2 6110/2 6111/21 6115/5 6117/12 6123/19 6126/8 6131/4 6138/1 6148/21 6150/23 6153/3 6154/21 6154/22 6157/11 6159/17 6161/5 6163/3 6167/6 6168/11 6169/23 6170/22 6170/23 6171/13 6171/23 6172/14 6176/15 6177/1 6177/20 6178/1 6185/18 6188/4 6188/10 6191/3 6196/14 6196/20 6201/2 6204/6 6204/8 6205/14
**against [8]** 6073/25 6076/8 6087/21 6087/22 6087/25 6199/17 6200/20 6200/23

6073/15 6074/5 6075/6 6140/20 6209/3
**ago [2]** 6068/23 6070/22
**agree [3]** 6070/25 6196/11 6203/19
**agreed [3]** 6070/1 6096/17 6110/4
**agreement [14]** 6069/8 6069/18 6069/22 6070/6 6072/12 6072/12 6072/22 6073/4 6073/10 6073/23 6074/17 6074/23 6210/10 6210/10
**agreements [2]** 6069/15 6069/16
**ahead [5]** 6098/22 6133/4 6162/15 6173/14 6176/22
**ahold [3]** 6158/19 6159/6 6159/8
**aid [1]** 6210/23
**aided [1]** 6065/16
**airport [1]** 6090/19
**AL [1]** 6062/6
**Alex [17]** 6083/12 6086/13 6086/24 6087/1 6108/16 6189/4 6189/4 6189/4 6189/20 6189/23 6189/25 6190/3 6190/4 6190/6 6190/9 6190/11 6190/13
**Alex Jones [11]** 6083/12 6086/13 6086/24 6087/1 6189/20 6189/23 6189/25 6190/3 6190/9 6190/9 6190/11 6190/13
**Alex Jones' [1]** 6190/4
**Alexander [8]** 6111/3 6114/11 6116/11 6116/14 6117/8 6125/8 6125/12 6203/25
**Alexandra [2]** 6062/14 6067/13
**Alexandra Hughes [1]** 6067/13
**Ali [8]** 6111/3 6114/11 6116/11 6116/14 6117/8 6125/8 6125/12 6203/24
**Ali Alexander [6]** 6114/11 6116/11 6116/14 6117/8 6125/8 6125/12
**all [99]** 6067/2 6067/25 6068/22 6071/2 6076/3 6076/8 6086/23 6087/3 6087/10 6093/21 6093/24 6093/25 6093/25 6094/12 6096/11 6100/18 6100/18 6101/11 6102/10 6103/3 6107/2

6110/17 6110/24 6113/12 6114/16 6117/9 6120/22 6122/8 6122/15 6122/20 6124/7 6127/5 6128/4 6130/5 6133/6 6135/17 6137/1 6137/9 6137/21 6137/23 6138/12 6138/14 6139/2 6140/23 6142/24 6146/6 6151/20 6154/10 6154/11 6154/20 6155/13 6158/6 6159/7 6159/9 6161/2 6161/2 6163/4 6163/22 6164/23 6168/2 6171/15 6172/10 6174/11 6175/13 6175/19 6175/22 6176/7 6176/8 6176/11 6177/2 6177/14 6177/17 6178/20 6178/24 6184/1 6189/6 6189/8 6190/2 6190/6 6190/13 6192/23 6195/12 6197/2 6198/11 6199/24 6200/4 6201/5 6201/25 6202/2 6202/13 6204/9 6205/4 6205/16 6209/2 6209/25 6211/18 6211/20
**all right [7]** 6102/10 6133/6 6175/13 6176/7 6204/9 6209/25 6211/18
**allow [2]** 6070/17 6211/9
**alluded [1]** 6072/21
**alone [2]** 6109/4 6121/6
**along [1]** 6188/12
**already [14]** 6069/5 6071/18 6072/22 6102/21 6105/10 6115/4 6115/4 6125/7 6133/14 6163/6 6174/11 6181/7 6192/19 6210/3
**also [11]** 6071/6 6071/16 6072/21 6073/4 6074/15 6096/20 6132/15 6168/8 6169/20 6175/7 6207/7
**Alvin [1]** 6067/9
**always [5]** 6092/23 6107/3 6149/6 6155/2 6155/6
**am [2]** 6155/9 6163/17
**Amendment [1]** 6171/2
**AMERICA [2]** 6062/3 6067/7
**AMIT [2]** 6062/10 6067/3
**Amit P. Mehta [1]**

6215

**A**

Amit P. Mehta... [1]
6067/3
among [2] 6072/25
6166/25
amount [2] 6145/22
6180/15
announce [1] 6154/6
announces [2] 6155/2
6155/6
another [29] 6076/1
6076/25 6079/7 6086/8
6086/9 6096/6 6096/7
6097/6 6099/13 6104/4
6109/23 6112/1
6115/11 6116/17
6125/11 6128/22
6132/1 6132/24
6136/25 6137/1 6147/6
6160/5 6166/8 6167/7
6173/3 6189/5 6192/12
6192/17 6199/25
answer [11] 6075/16
6130/5 6132/16
6138/10 6158/21
6192/11 6207/22
6208/3 6208/7 6208/18
6209/14
answered [4] 6158/21
6173/14 6176/21
6206/7
answering [1] 6075/21
answers [1] 6132/10
anticipate [1] 6198/14
anticipating [1]
6106/19
Antifa [11] 6087/6
6088/10 6088/23
6088/25 6090/22
6091/3 6091/7 6091/20
6097/17 6125/21
6170/8
any [41] 6070/4
6073/13 6073/17
6073/19 6073/19
6075/16 6085/4
6085/21 6097/2
6097/12 6098/14
6099/17 6099/18
6113/8 6114/5 6118/7
6119/5 6119/13
6120/25 6122/10
6124/19 6131/5
6131/24 6145/6
6146/15 6147/20
6148/19 6148/21
6149/4 6151/3 6152/2
6153/16 6154/2
6162/17 6174/8 6183/6
6189/7 6193/1 6194/7
6194/22 6202/10
anybody [12] 6068/10
6106/5 6107/10
6109/25 6119/14
6143/3 6143/23 6144/1
6144/19 6144/19
6155/10 6193/16
anybody's [1] 6119/25

anymore [2] 6152/13
6158/19
anyone [2] 6085/11
6164/11
anything [24] 6068/14
6079/15 6080/14
6081/6 6082/7 6088/12
6089/7 6089/24 6102/8
6105/22 6105/25
6118/14 6131/3 6145/6
6158/22 6160/13
6168/25 6172/24
6198/6 6202/17 6203/6
6204/11 6207/2 6207/6
anyway [3] 6156/16
6157/12 6161/2
anywhere [5] 6084/6
6106/21 6122/14
apologize [1] 6076/21
app [6] 6102/20 6134/8
6134/20 6137/7 6147/2
6147/2
APPEARANCES [4]
6062/12 6062/20
6063/14 6064/18
application [1]
6145/12
approach [1] 6099/10
appropriate [1]
6076/10
approximately [1]
6175/18
apps [3] 6146/6
6146/15 6146/15
are [63] 6069/16
6069/16 6072/18
6075/17 6077/5
6077/13 6077/15
6077/15 6088/17
6088/21 6091/18
6093/24 6100/24
6101/11 6101/12
6108/25 6109/7
6111/24 6128/20
6131/18 6131/24
6141/2 6144/17
6146/15 6149/15
6158/4 6163/16
6164/22 6164/23
6171/16 6171/18
6172/10 6172/20
6173/6 6173/7 6174/1
6175/5 6176/19
6177/14 6178/5
6178/20 6178/20
6178/24 6178/24
6179/5 6181/20 6184/1
6184/3 6184/22
6194/11 6194/16
6195/16 6199/4
6199/24 6200/8
6200/19 6200/19
6200/19 6201/18
6201/20 6202/15
6209/11 6211/4
area [6] 6081/11
6090/20 6112/4 6135/9
6135/10 6204/23

areas [1] 6095/24
aren't [3] 6101/12
6148/25 6200/20
arguably [1] 6073/1
argue [1] 6068/18
arguing [2] 6072/21
6075/12
argument [1] 6074/19
arguments [1] 6073/12
armband [1] 6182/12
armed [3] 6090/23
6091/19 6107/18
Army [1] 6095/20
around [32] 6082/2
6082/20 6083/14
6084/22 6087/4
6090/20 6094/6 6095/8
6096/25 6098/5
6098/18 6099/1 6099/6
6108/3 6109/5 6113/21
6121/22 6128/18
6129/4 6157/14
6158/12 6158/18
6159/24 6160/21
6162/19 6162/21
6165/10 6165/12
6165/15 6169/11
6187/24 6195/19
arrangements [1]
6096/13
arrive [2] 6110/11
6113/5
arrived [2] 6084/12
6112/14
arriving [1] 6110/3
arsenal [1] 6107/24
articulated [1] 6074/2
as [118] 6069/15
6069/16 6069/24
6070/3 6070/3 6070/21
6070/21 6071/7
6071/18 6071/20
6071/21 6072/8
6072/20 6072/23
6073/1 6073/1 6073/2
6073/4 6073/22 6074/6
6074/19 6077/10
6077/19 6080/10
6085/5 6085/20
6085/20 6087/9 6090/5
6092/2 6097/3 6099/24
6099/25 6105/13
6106/1 6106/18
6106/18 6108/3
6109/21 6111/1 6114/7
6118/1 6118/4 6118/24
6119/6 6127/2 6127/3
6128/14 6134/8
6134/20 6134/21
6138/6 6139/20
6140/20 6144/7 6144/7
6144/8 6144/8 6150/11
6151/24 6151/24
6154/2 6156/5 6156/24
6157/3 6157/15 6160/2
6160/14 6160/14
6161/18 6166/10
6167/8 6167/8 6168/13

6169/11 6170/24
6171/9 6171/17
6171/17 6172/24
6172/24 6175/7
6175/16 6175/16
6176/4 6180/19 6181/7
6181/22 6182/8
6183/19 6183/21
6184/12 6185/23
6189/11 6189/11
6190/24 6191/2 6192/9
6192/15 6192/20
6193/23 6193/24
6194/1 6195/14
6195/14 6195/16
6200/21 6200/24
6201/19 6209/5
6210/17 6210/21
6211/9 6211/10
6211/15
ask [25] 6075/11
6078/17 6079/2
6086/16 6087/12
6089/24 6093/10
6096/6 6102/13
6105/16 6128/13
6131/10 6131/13
6131/21 6132/13
6133/13 6139/7
6145/20 6149/12
6149/19 6150/7
6151/24 6192/20
6194/22 6199/20
asked [30] 6078/14
6079/3 6079/21
6079/22 6085/17
6088/4 6091/2 6092/2
6092/4 6098/17 6102/6
6104/1 6130/17
6130/19 6132/9 6152/1
6169/24 6174/4
6176/21 6184/25
6203/3 6204/2 6204/6
6204/19 6204/22
6205/7 6205/15 6206/2
6207/16 6208/11
Askenazi [10] 6069/9
6069/12 6071/7
6071/18 6071/19
6072/2 6072/6 6072/13
6072/19 6210/17
asking [3] 6070/24
6103/7 6131/18
aspect [1] 6093/17
ass [1] 6155/22
assign [1] 6116/2
assigned [1] 6122/10
assignment [1] 6081/8
assist [3] 6078/6
6093/13 6182/3
assistance [1] 6090/6
associate [1] 6132/7
associated [1] 6147/21
assuming [2] 6153/11
6174/18
assumption [2]
6141/21 6144/16

**A... [3]** 6177/8 6177/8
6177/8
Atlanta [19] 6086/9
6086/10 6086/14
6086/15 6089/19
6089/20 6089/21
6089/22 6091/23
6092/10 6092/17
6168/9 6168/15 6169/4
6169/21 6169/23
6170/1 6170/9 6177/10
attack [5] 6087/24
6088/14 6126/1
attacked [1] 6087/6
6087/10 6100/16
attacking [2] 6088/11
6125/22
attacks [1] 6087/13
attempted [4] 6185/14
6187/18 6187/21
6198/14
attempting [1] 6143/12
attended [1] 6087/17
attending [2] 6114/8
6127/4
attorney [5] 6073/15
6078/7 6078/16 6130/7
6169/1
attorney's [3] 6062/15
6078/9 6163/24
audio [6] 6070/18
6072/9 6074/4 6075/2
6075/3 6211/3
August [4] 6163/10
6163/12 6163/13
6164/5
authenticate [2]
6174/11 6174/16
authenticates [1]
6174/22
autism [1] 6075/14
available [3] 6075/7
6075/7 6079/3
Avenue [4] 6063/7
6064/7 6065/3 6065/13
average [1] 6146/11
avoid [1] 6146/23
aware [10] 6069/23
6070/20 6070/20
6071/6 6071/19 6103/3
6133/18 6157/12
6190/23 6191/2
away [6] 6090/15
6090/16 6091/3
6091/12 6092/14
6129/9

**B**

back [51] 6068/9
6081/20 6082/1
6082/24 6082/25
6083/7 6083/9 6083/13
6086/16 6087/5
6087/18 6090/20
6093/11 6096/12
6097/18 6098/5
6101/16 6101/17
6101/24 6103/7

**B**

back... [31] 6103/10
6104/7 6105/15 6106/9
6108/19 6112/7
6112/18 6116/1
6121/25 6122/23
6122/25 6123/18
6126/9 6126/15
6127/11 6127/15
6129/6 6131/2 6135/12
6149/1 6150/22
6152/13 6152/20
6152/21 6155/13
6158/10 6158/24
6174/21 6186/9
6200/14 6211/16
background [11]
6079/18 6079/20
6079/22 6080/2
6095/10 6095/12
6115/21 6146/6 6147/2
6179/20 6194/20
backwards [1] 6103/24
ball [1] 6103/24
ballistic [2] 6183/6
6183/24
ballot [2] 6078/19
6081/22
ballots [2] 6081/19
6167/22
barely [1] 6149/14
Barrett [1] 6065/13
baseball [1] 6203/11
based [10] 6070/2
6070/19 6071/8
6071/14 6074/1
6075/17 6141/20
6142/10 6142/13
6148/5
basement [1] 6163/24
basic [3] 6192/25
6193/3 6194/4
basically [3] 6122/7
6144/13 6151/12
basis [1] 6118/7
basketball [1] 6203/16
bats [1] 6089/2
battery [7] 6136/12
6136/16 6145/22
6146/5 6146/8 6146/19
6147/6
be [107] 6067/4
6069/19 6069/24
6070/18 6073/8
6073/21 6073/24
6074/1 6075/7 6076/24
6077/8 6078/18 6079/3
6079/4 6080/8 6083/14
6084/3 6084/4 6086/22
6090/6 6090/11 6099/4
6099/8 6100/13
6100/22 6100/24
6101/24 6101/24 6105/8
6106/17 6106/18
6106/21 6106/22
6107/1 6107/6 6107/9
6108/5 6108/11
6109/18 6109/21

6112/24 6114/14
6115/5 6122/21
6124/10 6124/16
6124/19 6125/2
6125/11 6125/17
6125/19 6127/3 6127/4
6131/22 6132/10
6132/11 6138/3
6138/21 6139/2
6139/15 6141/4
6141/14 6142/15
6144/5 6144/11
6144/12 6144/19
6153/4 6154/24
6156/17 6158/21
6160/3 6160/4 6160/16
6160/18 6160/25
6160/25 6162/5 6165/6
6166/5 6169/5 6170/3
6174/5 6175/21
6179/23 6180/3
6180/10 6182/2
6182/11 6187/9
6190/18 6193/4
6196/12 6196/23
6197/1 6199/14
6201/13 6201/14
6203/16 6204/17
6207/4 6209/20 6210/9
6210/14 6210/25
bear [1] 6204/20
became [4] 6129/8
6136/18 6165/15
6165/20
because [48] 6082/16
6087/8 6092/5 6093/23
6099/6 6100/23
6106/17 6107/8
6107/18 6107/20
6108/6 6108/13 6111/2
6115/13 6116/17
6117/8 6118/22
6119/10 6120/23
6126/11 6128/18
6134/14 6135/21
6138/5 6144/10 6147/6
6148/14 6149/11
6150/5 6151/1 6152/19
6156/24 6158/16
6159/1 6164/25
6167/21 6170/3 6170/8
6175/3 6175/8 6178/2
6182/11 6184/25
6189/12 6191/3
6196/20 6197/3
6211/10
been [23] 6072/3
6072/12 6077/18
6083/24 6102/14
6104/12 6106/12
6115/3 6115/19
6115/20 6131/19
6137/14 6159/5
6163/20 6167/22
6167/23 6176/4 6179/6
6181/1 6194/12
6203/23 6209/15

beep [3] 6136/13
6136/13 6136/13
beeping [3] 6136/15
6136/16 6136/16
before [27] 6062/10
6070/11 6071/13
6071/15 6071/24
6072/8 6079/16
6112/17 6117/17
6121/1 6121/20
6133/14 6138/10
6140/7 6153/12
6153/16 6156/4
6164/11 6173/10
6178/1 6178/15
6183/14 6199/13
6200/8 6200/11
6207/20 6208/21
began [2] 6159/10
6167/16
begged [1] 6184/25
begin [3] 6177/14
6178/21 6178/25
beginning [1] 6199/20
begins [1] 6164/12
behalf [2] 6081/8
6171/5
behind [2] 6068/9
6126/21
being [24] 6070/9
6075/17 6077/1 6100/3
6104/13 6107/6
6119/10 6147/5
6172/25 6174/5
6177/15 6178/13
6178/21 6178/25
6179/7 6180/13
6185/19 6190/25
6191/2 6196/14
6196/16 6200/19
6200/22 6204/9
belief [2] 6090/24
6171/11
believe [6] 6068/15
6073/7 6076/2 6080/6
6121/7 6125/2
Bench [3] 6131/16
6173/21 6198/2
beneath [1] 6081/6
benefit [1] 6190/17
Bennie [3] 6063/6
6067/9 6067/16
Bennie Alvin Parker [1]
6067/9
Bentley [7] 6112/19
6113/16 6113/18
6171/9 6171/15
6171/18 6171/24
best [2] 6142/9
6157/13
bet [3] 6109/16
6109/16 6136/25
better [4] 6093/23
6098/24 6099/4 6138/3
between [17] 6080/10
6080/19 6091/6
6092/16 6097/6 6098/4

6114/14 6117/12
6124/9 6149/1 6149/20
6150/9 6153/23
6165/20 6197/16
Biden [1] 6196/9
big [6] 6100/5 6106/17
6106/18 6114/1 6127/2
6157/5
bigger [4] 6091/13
6206/21 6206/22
6207/3
biggest [3] 6117/11
6119/1 6119/2
bit [8] 6098/8 6115/13
6115/15 6149/11
6158/8 6162/4 6179/19
6181/6
black [4] 6088/6
6114/4 6182/1 6182/2
Blackout [1] 6182/18
BLM [6] 6088/4 6088/4
6088/4 6088/9 6088/25
6183/22
block [1] 6100/23
blocked [2] 6101/11
6101/12
board [1] 6109/12
boats [1] 6108/20
bodies [3] 6096/16
6116/8 6156/25
bodyguard [4] 6079/4
6080/5 6104/13
6104/15
bolted [2] 6169/25
6170/6
both [5] 6070/2 6073/3
6073/24 6146/19
6170/4
bottles [1] 6088/13
bottom [4] 6139/17
6199/21 6201/14
6207/17
Box [1] 6065/8
boxes [1] 6081/22
Boys [3] 6103/8
6103/12 6114/3
brag [1] 6080/14
BRAND [1] 6064/2
brandwoodwardlaw.c
om [1] 6064/5
breach [1] 6180/10
break [7] 6070/11
6138/11 6140/7
6201/17 6201/24
6201/25 6209/22
bredden [1] 6065/6
Brennwald [3] 6063/6
6063/6 6067/16
bridge [1] 6158/3
briefing [1] 6183/16
briefly [3] 6096/12
6133/9 6149/3
bring [9] 6074/23
6101/1 6152/9 6172/3
6174/3 6181/7 6182/16
6192/19 6197/5
bringing [1] 6160/7

built [3] 6065/2
6067/22 6068/13
Britt Redden [1]
6067/22
broke [1] 6142/24
brought [6] 6131/2
6166/14 6182/14
6182/18 6182/20
6204/17
Budweiser [1] 6156/11
build [1] 6180/19
building [12] 6064/8
6088/7 6112/2 6112/3
6112/3 6128/19 6158/5
6160/21 6161/7 6205/5
6205/16 6206/3
bullet [2] 6183/5
6183/6
bullshitting [1] 6097/1
bumped [1] 6087/11
bunch [16] 6081/24
6084/22 6088/10
6089/1 6094/5 6100/24
6109/14 6112/9 6114/4
6126/20 6148/25
6158/24 6159/4 6161/6
6170/8 6183/18
bunt [1] 6203/12
businesses [1]
6183/14

**C**

Caldwell [8] 6084/17
6084/20 6084/22
6108/4 6108/6 6108/8
6108/13 6109/16
call [32] 6068/11
6074/5 6085/16
6101/21 6101/23
6125/24 6134/12
6134/13 6135/3
6135/11 6135/12
6135/14 6137/5 6138/3
6150/18 6150/20
6151/4 6151/16
6151/19 6151/20
6151/24 6152/2
6153/23 6154/5 6154/8
6155/9 6155/9 6166/2
6171/12 6171/13
6193/17 6204/10
called [29] 6080/19
6081/23 6093/14
6102/6 6103/10 6104/6
6108/21 6110/1 6110/2
6111/11 6116/16
6147/25 6150/22
6150/23 6151/4 6151/7
6151/24 6152/2 6152/4
6152/21 6153/24
6154/20 6155/4
6158/23 6165/12
6165/23 6196/4
6196/17 6197/20
calling [12] 6135/2
6135/13 6148/22
6148/24 6148/24
6150/1 6150/4 6154/19

**C**

**calling... [4]** 6157/20
6184/13 6184/18
6193/11
**calls [10]** 6109/21
6142/5 6147/11
6148/25 6149/1 6149/2
6149/20 6155/1 6155/3
6173/12
**came [31]** 6071/24
6082/1 6090/18
6091/13 6092/25
6098/24 6103/7
6103/22 6112/19
6112/20 6113/13
6113/13 6113/14
6113/15 6113/15
6113/20 6122/13
6122/23 6126/9
6127/21 6127/24
6130/14 6153/10
6163/6 6166/5 6167/12
6169/17 6170/21
6177/2 6188/3 6200/15
**cameras [1]** 6110/15
**camo [1]** 6108/24
**campaign [1]** 6078/16
**camping [1]** 6084/23
**can [64]** 6068/14
6069/1 6073/2 6073/24
6074/1 6074/5 6074/11
6074/19 6075/7
6075/24 6075/24
6076/13 6096/18
6096/18 6099/9
6100/20 6101/2
6114/24 6117/7 6117/9
6118/20 6122/4 6135/3
6135/20 6135/20
6139/6 6139/11
6140/21 6145/21
6149/14 6155/21
6156/25 6157/13
6164/1 6174/19 6175/5
6176/3 6176/16
6176/23 6178/15
6179/16 6180/3
6181/22 6183/4
6192/11 6193/23
6193/23 6194/8
6194/13 6198/1
6198/24 6199/1
6199/20 6200/10
6201/19 6202/4
6204/17 6207/8 6209/2
6209/16 6209/21
6210/7 6211/4 6211/12
**can't [28]** 6090/8
6101/1 6101/3 6106/13
6106/15 6106/20
6107/8 6124/11 6166/2
6166/8 6167/7 6170/4
6171/13 6171/14
6172/12 6173/1 6173/3
6174/10 6174/16
6177/19 6177/19
6178/11 6192/12
6192/17 6194/17

6197/1
**canceled [1]** 6108/23
**cane [1]** 6109/11
**cannot [1]** 6210/3
**Capitol [53]** 6089/22
6089/22 6089/23
6105/23 6109/9
6110/24 6112/1 6112/3
6112/23 6113/23
6119/17 6119/18
6120/3 6121/25 6122/1
6123/5 6123/6 6124/4
6124/9 6124/23
6127/19 6127/20
6127/25 6128/19
6129/5 6142/24 6143/3
6143/11 6144/13
6144/14 6145/7 6148/9
6152/10 6152/15
6153/6 6153/13
6153/14 6153/17
6153/20 6155/14
6155/18 6156/16
6156/20 6157/5 6158/5
6159/11 6160/6 6160/9
6161/7 6161/22
6161/25 6162/9
6204/23
**Capitol Building [2]**
6128/19 6158/5
**capture [1]** 6184/5
**car [14]** 6121/8
6121/16 6121/18
6121/20 6122/17
6122/25 6126/10
6126/15 6126/21
6127/7 6127/9 6127/16
6187/20 6188/3
**care [3]** 6117/2 6117/3
6152/25
**CARLTON [1]** 6064/14
**carltonfields.com [1]**
6064/14
**Carolina [14]** 6083/11
6185/9 6185/24 6186/2
6186/6 6186/9 6186/9
6186/12 6186/16
6186/18 6187/12
6187/14 6187/15
6191/20
**carrier [2]** 6182/25
6183/2
**carriers [2]** 6182/24
6183/4
**Carrying [1]** 6185/12
**cars [3]** 6087/5
6087/18 6123/24
**cart [2]** 6101/2 6109/9
**carts [4]** 6153/7 6153/9
6153/9 6153/11
**case [12]** 6067/7
6071/14 6071/23
6073/3 6073/3 6078/13
6082/18 6142/16
6149/13 6149/20
6155/3 6175/1
**Case No. 21-28 [1]**

**cash [1]** 6096/2
**catch [1]** 6125/25
**cause [1]** 6147/6
**caused [1]** 6127/20
**cell [3]** 6134/24 6147/9
6147/10
**cell phone [1]** 6134/24
**certain [1]** 6210/24
**certainly [6]** 6069/21
6072/1 6193/18 6200/5
6200/20 6207/13
**certification [2]** 6106/2
6120/4
**Certified [1]** 6065/12
**certify [1]** 6212/2
**cetera [1]** 6175/2
**CH [1]** 6065/13
**chain [1]** 6111/1
**challenging [1]**
6077/12
**change [2]** 6199/14
6199/16
**changed [1]** 6104/17
**chapter [1]** 6118/2
**characteristic [1]**
6075/16
**charge [9]** 6081/4
6090/5 6092/6 6167/5
6180/24 6187/13
6194/23 6205/2 6205/8
**Charles [3]** 6064/15
6064/16 6067/20
**Charles Greene [1]**
6067/20
**chart [1]** 6173/24
**chat [21]** 6102/3
6133/24 6133/25
6137/20 6138/4 6141/1
6141/5 6141/9 6141/10
6141/14 6142/18
6142/22 6145/17
6147/20 6152/14
6172/7 6177/20 6179/8
6179/11 6196/23
6197/20
**chats [54]** 6102/14
6133/20 6133/23
6140/23 6171/25
6172/10 6172/11
6172/14 6172/21
6172/24 6173/3 6173/4
6173/6 6174/4 6174/12
6175/2 6175/3 6175/5
6175/9 6175/10
6175/12 6175/21
6176/4 6176/19
6176/25 6177/2 6177/5
6177/12 6177/14
6177/15 6177/15
6177/19 6177/21
6177/23 6177/25
6178/3 6178/6 6178/9
6178/10 6178/11
6178/12 6178/19
6178/21 6178/22
6178/23 6178/24
6178/24 6179/1 6179/3

**check [7]** 6137/5
6205/5 6205/17
6205/21 6206/3 6206/8
6206/12
**Checks [1]** 6096/2
**chief [1]** 6071/14
**choice [1]** 6142/20
**choose [1]** 6179/25
**chose [1]** 6179/23
**circumstance [1]**
6161/4
**cited [2]** 6190/24
6191/2
**citizen [2]** 6195/16
6195/17
**city [1]** 6109/4
**civilian [1]** 6151/2
**clarify [2]** 6075/9
6178/5
**class [2]** 6192/25
6194/4
**clear [6]** 6069/6 6097/8
6164/6 6206/18
6206/23 6211/11
**clearly [1]** 6073/23
**clicked [1]** 6155/8
**client [7]** 6073/11
6073/16 6073/18
6074/10 6090/16
6138/20 6176/2
**client's [2]** 6073/14
6073/15
**clip [1]** 6209/17
**clips [4]** 6076/11
6076/11 6202/11
6202/16
**close [18]** 6078/18
6079/9 6082/5 6104/2
6104/10 6106/21
6107/9 6136/21 6144/7
6161/1 6165/20
6165/22 6165/24
6166/2 6171/18
6190/18 6205/16
6206/3
**close-protection [3]**
6104/2 6104/10 6144/7
**closed [3]** 6071/13
6071/23 6211/5
**closer [5]** 6126/25
6129/14 6161/1 6169/5
6205/5
**closing [1]** 6075/12
**cmg [1]** 6064/18
**cmgpa.com [1]**
6064/18
**code [2]** 6135/9
6135/10
**cold [1]** 6126/11
**Colonel [1]** 6095/18
**COLUMBIA [2]** 6062/1
6062/16
**combat [9]** 6093/25
6109/19 6115/17
6115/18 6118/10
6151/16 6179/23

**come [29]** 6074/5
6083/7 6083/9 6083/13
6091/17 6092/24
6093/11 6093/18
6099/6 6103/18
6105/15 6107/3 6107/4
6112/16 6114/24
6120/24 6121/23
6133/15 6152/17
6160/3 6161/19 6166/3
6171/14 6173/23
6182/3 6198/15
6206/15 6209/2
6210/14
**comes [3]** 6071/18
6072/17 6091/3
**comfort [2]** 6118/11
6118/15
**comfortable [4]** 6080/1
6080/1 6080/3 6104/24
**coming [15]** 6078/20
6088/5 6090/19
6090/24 6105/8 6107/6
6141/7 6146/14
6152/15 6159/14
6160/6 6170/8 6187/18
6192/8 6200/20
**command [1]** 6177/8
**commander [4]**
6109/23 6109/25
6150/11 6151/16
**commanding [2]**
6193/14 6193/20
**comment [2]** 6132/14
6199/6
**comments [1]** 6069/4
**communicate [2]**
6142/12 6149/10
**communicated [1]**
6115/23
**communicating [1]**
6155/14
**communication [4]**
6141/15 6141/19
6142/15 6150/10
**communications [6]**
6133/18 6135/24
6136/2 6136/5 6138/7
6147/23
**companies [2]** 6163/21
6180/8
**company [4]** 6068/8
6130/15 6180/13
6180/14
**compared [1]** 6076/8
**complaints [1]**
6082/10
**complete [2]** 6074/6
6076/12
**completely [1]** 6146/25
**comprehend [1]**
6075/15
**computer [2]** 6065/16
6135/14 6135/15
6135/21
**computer-aided [1]**
6065/16

# C

con [1] 6209/10
concede [2] 6207/14
6208/25
concern [2] 6116/25
6125/20
concerned [4] 6075/14
6116/21 6116/24
6175/7
concerning [1]
6073/17
concerns [1] 6209/10
concert [1] 6114/1
conclude [1] 6157/3
concluded [2] 6077/25
6087/15
concludes [1] 6156/25
conditionally [1]
6176/12
conduct [1] 6070/4
conference [4]
6071/12 6131/16
6173/21 6198/2
conferred [2] 6164/2
6164/14
confidence [1] 6118/8
confined [2] 6187/3
6187/22
confirm [1] 6201/19
conflict [1] 6091/19
confrontation [2]
6203/14 6209/11
Congress [1] 6106/2
connected [2] 6106/5
6154/5
connecting [1]
6148/25
connection [1]
6094/14
Connie [2] 6064/2
6067/10
Connie Meggs [1]
6067/10
consciously [1]
6160/12
consent [4] 6130/23
6139/16 6140/6
6140/22
conservative [1]
6125/23
consider [1] 6141/14
consideration [2]
6157/4 6157/7
consistent [2] 6069/17
6074/23
conspiracy [1]
6200/21
constant [2] 6109/24
6150/10
Constitution [1]
6065/13
construction [1]
6158/7
consulted [1] 6105/20
contact [13] 6078/2
6078/3 6094/10
6101/19 6101/19
6101/20 6103/13

6111/11 6159/5
6159/13 6159/15
contacted [3] 6082/3
6082/3 6093/9
contacting [1] 6103/4
contacts [2] 6102/25
6103/1
contemplates [1]
6073/23
contents [1] 6174/2
context [1] 6199/5
continuations [1]
6199/24
continue [1] 6077/14
continued [7] 6063/1
6064/1 6065/1 6077/20
6180/6 6180/10
6200/17
continues [1] 6208/5
continuing [3] 6101/18
6102/25 6103/1
contract [1] 6069/17
6073/4 6074/2 6131/9
contracting [1] 6180/7
contractors [1]
6163/21
contracts [1] 6069/16
contradict [1] 6074/14
contradicts [1]
6073/14
contrary [2] 6207/4
6207/13
contributed [1] 6150/9
contributor [1] 6199/3
control [3] 6099/10
6128/14 6144/3
controversy [4]
6081/15 6086/18
6119/5 6119/7
Conus [1] 6176/24
Convention [1]
6082/17
conversation [8]
6104/17 6119/13
6130/12 6137/1
6137/24 6148/1 6149/3
6154/3
conversations [16]
6081/3 6098/14 6102/5
6136/9 6136/15
6136/23 6137/4
6137/14 6145/9
6148/24 6149/17
6159/18 6159/18
6196/8 6196/15 6197/3
convince [1] 6074/20
6075/20
cool [2] 6171/16
6171/20
Cooper [3] 6063/9
6063/10 6067/17
coordinate [2] 6091/24
6111/7
coordinated [1]
6110/19
coordinating [3]
6114/19 6116/2 6205/8

6111/10 6207/2
coordinators [1]
6111/4
cop [2] 6088/11 6089/7
cops [2] 6160/21
6160/22
copy [1] 6198/18
corner [1] 6187/20
corners [3] 6069/21
6099/5 6099/8
correct [79] 6078/5
6078/11 6110/5
6118/12 6118/13
6142/2 6144/21
6148/18 6149/22
6154/25 6155/16
6156/21 6160/11
6162/11 6166/20
6167/1 6167/2 6167/11
6167/14 6167/19
6168/9 6168/10 6169/9
6169/14 6169/18
6169/19 6169/21
6170/9 6170/12
6170/19 6170/20
6171/3 6171/19 6172/1
6172/11 6173/24
6174/17 6177/11
6179/21 6180/2
6180/24 6182/8
6182/14 6182/20
6183/5 6184/2 6184/14
6184/23 6185/10
6185/19 6186/3 6186/6
6186/22 6187/10
6188/7 6188/12
6188/16 6188/18
6189/1 6189/23 6190/7
6190/10 6191/15
6191/17 6191/24
6192/9 6194/2 6194/3
6194/6 6194/9 6195/11
6196/1 6196/4 6197/14
6197/20 6204/4
6204/24 6205/2 6212/3
couch [2] 6166/3
6171/14
could [31] 6068/16
6075/9 6090/7 6106/1
6107/5 6107/13 6112/6
6112/16 6120/1
6125/25 6130/18
6132/10 6132/11
6134/3 6135/14
6135/14 6135/15
6140/9 6147/3 6172/3
6172/5 6172/16
6172/17 6176/15
6178/17 6181/10
6183/7 6183/9 6203/23
6204/13 6209/17
couldn't [9] 6100/6
6100/10 6109/4 6109/5
6109/16 6141/25
6142/1 6157/25
6158/17
counsel [7] 6068/15

6071/1 6164/2 6164/14
6175/9
count [2] 6119/14
6119/18
country [1] 6155/22
couple [35] 6077/4
6078/13 6078/19
6079/21 6079/22
6082/12 6088/12
6089/5 6092/22
6097/11 6102/21
6104/6 6105/4 6112/15
6112/20 6113/21
6113/22 6114/3 6116/7
6125/12 6127/8
6129/19 6147/25
6149/12 6150/20
6157/13 6158/14
6159/17 6163/20
6176/23 6179/3
6202/23 6202/25
6206/25 6209/6
course [2] 6102/15
6122/23
court [17] 6062/1
6065/11 6065/12
6068/16 6075/12
6086/25 6087/1 6095/4
6111/25 6112/2
6113/21 6133/7
6158/13 6163/25
6176/10 6201/22
6211/21
Court's [2] 6164/13
6211/3
courtroom [4] 6068/23
6077/7 6138/15 6139/1
courtroom's [1]
6146/21
COVID [1] 6104/9
CR [1] 6062/4
cracked [1] 6122/15
crash [2] 6166/3
6171/13
crazy [2] 6107/23
6176/24
created [1] 6105/3
credibility [1] 6204/17
credible [1] 6074/21
crew [1] 6107/13
crews [1] 6184/3
Criminal [1] 6067/6
crooked [1] 6198/8
cross [14] 6066/4
6072/16 6073/16
6073/25 6076/9
6108/20 6164/12
6164/18 6174/1 6198/4
6198/12 6200/5
6202/18 6209/12
cross-examination [8]
6072/16 6073/25
6076/9 6164/12
6164/18 6198/4 6200/5
6202/18
cross-examine [2]
6073/16 6209/12

crowd [26] 6090/11
6090/16 6090/17
6091/12 6091/14
6099/10 6112/6
6123/19 6125/16
6128/21 6128/22
6128/25 6129/1
6143/20 6148/6 6148/9
6148/14 6149/4 6149/5
6149/13 6149/14
6157/4 6157/5 6157/8
6157/17 6158/8
CRR [2] 6212/2 6212/8
cs.com [1] 6063/8
curative [2] 6131/11
6131/14
customary [1] 6193/21
cut [1] 6105/14
6106/12 6136/19
6146/25
cutting [1] 6147/1

# D

D.C [54] 6062/5
6062/17 6063/4 6063/7
6063/12 6064/3 6064/8
6064/12 6065/14
6083/14 6083/19
6084/4 6084/9 6086/16
6086/20 6088/8 6089/3
6089/18 6092/18
6095/8 6101/1 6101/14
6103/19 6109/7 6110/9
6141/8 6141/10
6141/12 6141/18
6141/18 6166/22
6167/1 6167/2 6168/8
6169/18 6170/21
6177/14 6177/16
6177/17 6178/21
6178/23 6179/10
6180/24 6186/10
6186/13 6186/21
6188/6 6188/8 6188/23
6188/24 6189/17
6190/16 6190/22
6191/6
D.C. [2] 6141/2
6142/17
D.C. Op Jan. 6, 21 [2]
6141/2 6142/17
Dallas [1] 6065/14
damn [2] 6109/9
6120/2
dangerous [1] 6180/2
date [3] 6142/6
6199/15 6212/7
Daubert [3] 6071/12
6071/21 6071/22
day [26] 6062/7
6071/24 6072/5 6072/8
6072/18 6081/13
6082/1 6084/12
6092/15 6100/18
6103/7 6110/11
6110/18 6111/18
6111/20 6111/21
6113/24 6121/16

**day... [8]** 6122/15
6131/8 6140/14 6144/6
6155/21 6183/18
6184/7 6190/2
**days [7]** 6078/19
6081/10 6092/11
6092/22 6104/6 6195/5
6199/13
**deadline [2]** 6071/4
6072/25
**debrief [3]** 6074/8
6074/24 6075/22
**debriefing [5]** 6072/12
6073/15 6074/10
6074/16 6074/19
**debriefings [1]**
6073/19
**debriefs [1]** 6073/18
**Decamp [1]** 6095/18
**December [4]** 6093/7
6098/10 6170/21
6171/1
**decide [1]** 6095/25
**decided [4]** 6086/23
6128/2 6150/19
6158/12
**decision [2]** 6105/12
6211/4
**defendant [21]** 6063/2
6063/6 6063/9 6064/2
6064/10 6065/2 6067/8
6067/8 6067/9 6067/9
6067/10 6067/11
6067/15 6067/16
6067/17 6067/19
6067/21 6067/23
6073/9 6077/17 6140/3
**Defendant 16 [1]**
6067/10
**Defendant 20 [1]**
6067/11
**Defendant 5 [1]** 6067/8
**Defendant 7 [1]** 6067/9
**Defendant 9 [1]** 6067/9
**Defendant Bennie
Parker [1]** 6067/16
**Defendant Greene [1]**
6067/23
**Defendant Isaacs [1]**
6067/21
**Defendant Meggs [1]**
6067/19
**Defendant No. 4 [1]**
6067/8
**Defendant Sandra
Parker [1]** 6067/15
**Defendant Steele [1]**
6067/17
**DEFENDANT'S [2]**
6066/5 6066/10
**defendants [2]** 6062/7
6074/4
**defendants' [1]** 6073/8
**defense [21]** 6069/23
6070/15 6070/19
6070/24 6071/1 6071/2
6071/6 6071/19 6072/2

6075/12 6075/20
6151/1 6164/14
6175/17 6175/19
6180/7 6198/17
6201/19 6211/13
**delay [2]** 6076/21
6077/10
**delete [2]** 6131/3
6135/19
**deliberate [1]** 6075/19
**delivered [1]** 6198/4
**demeanor [2]** 6074/15
6074/18 6075/13
6076/16 6210/8
6210/11 6210/13
6210/13 6210/19
**Democratic [1]**
6082/17
**Democrats [1]** 6120/1
**demonstrative [2]**
6210/18 6210/23
**denied [1]** 6174/5
**denying [1]** 6073/1
**departed [1]** 6086/19
**department [1]** 6182/1
**depends [4]** 6151/17
6151/21 6151/23
6193/22
**depicted [1]** 6183/11
**deployed [1]** 6180/10
**deployments [1]**
6180/12
**deputy [1]** 6166/25
**described [2]** 6171/9
6180/18
**describes [1]** 6202/22
**destruction [1]**
6180/19
**detail [9]** 6079/10
6080/7 6093/13
6095/23 6096/19
6097/4 6144/20
6144/22 6152/24
**details [2]** 6080/17
6095/24 6104/2
6104/11 6116/24
6116/24 6116/25
6144/7 6157/3
**determine [1]** 6203/18
**Detroit [6]** 6078/23
6082/2 6083/25 6169/2
6179/8 6186/9
**developed [1]** 6118/11
**devised [1]** 6122/11
**dicked [1]** 6161/2
**did [187]**
**did you [31]** 6079/5
6087/13 6094/9 6105/2
6110/11 6115/9 6117/1
6117/19 6121/8
6121/15 6121/16
6124/2 6126/4 6126/18
6127/16 6128/13
6130/21 6132/3
6133/15 6135/23
6136/4 6141/4 6142/17
6142/22 6152/24

6157/5 6161/4 6182/16
6186/24
**didn't [77]** 6072/11
6080/9 6085/14
6085/21 6093/2
6093/20 6094/4
6095/14 6096/8
6097/12 6098/9
6098/11 6099/2
6100/17 6108/6
6108/13 6109/2 6109/3
6111/2 6111/8 6111/22
6116/2 6117/3 6118/2
6122/14 6122/24
6123/19 6124/10
6124/16 6124/19
6127/18 6127/18
6131/2 6131/3 6131/4
6131/5 6132/15 6136/9
6148/21 6152/16
6154/6 6154/6 6154/17
6154/21 6155/12
6157/21 6157/23
6157/25 6158/7 6159/3
6160/7 6160/20
6161/22 6162/1 6162/9
6163/2 6166/10
6168/11 6168/16
6168/19 6168/24
6182/12 6184/20
6184/24 6185/15
6187/5 6190/5 6190/6
6198/21 6198/22
6202/24 6203/8 6204/5
6204/6 6208/3 6208/9
6208/9
**difference [1]** 6201/10
**different [10]** 6074/15
6076/16 6094/2 6094/3
6100/2 6107/1 6133/2
6140/19 6180/12
6201/12
**dignitary [2]** 6203/21
6204/3
**dinner [3]** 6190/3
6190/13 6190/14
**direct [11]** 6066/4
6077/20 6165/9
6179/20 6180/20
6186/8 6198/20
6199/11 6200/6
6200/24 6202/18
**direction [2]** 6159/21
6207/19
**directions [1]** 6138/7
**dis [1]** 6206/14
**disclosed [2]** 6070/25
6071/8
**disclosure [1]** 6069/25
**discovery [4]** 6175/1
6175/6 6175/7 6175/23
**discuss [6]** 6068/20
6085/11 6085/14
6099/22 6159/25
6202/7
**discussed [2]** 6106/4
6132/17

**discussion [2]** 6076/10
6077/3
**discussions [1]**
6132/23
**displayed [1]** 6143/8
**disproves [1]** 6075/23
**dispute [1]** 6178/7
**DISTRICT [6]** 6062/1
6062/1 6062/10
6062/16 6121/11
6122/16
**do [89]** 6074/17 6075/1
6078/17 6079/2
6084/12 6084/15
6085/23 6086/4
6088/18 6090/8 6091/3
6091/3 6093/10
6093/14 6093/17
6093/18 6095/16
6096/16 6097/13
6100/21 6100/25
6105/22 6105/25
6109/4 6110/13 6111/5
6111/6 6114/24 6118/7
6118/20 6120/7
6121/21 6125/18
6126/14 6131/22
6134/5 6134/17
6134/17 6135/20
6135/20 6139/8
6139/12 6139/15
6140/23 6144/23
6145/5 6145/6 6145/20
6147/3 6150/13
6150/15 6150/24
6154/2 6154/9 6156/3
6156/8 6157/13 6160/1
6160/5 6160/12
6163/19 6169/17
6170/4 6170/8 6170/13
6172/7 6172/24
6173/23 6178/7
6178/21 6178/25
6179/7 6180/20 6181/2
6181/12 6183/21
6189/17 6190/15
6193/5 6197/11
6198/17 6201/7
6202/17 6207/2 6207/5
6207/10 6210/5 6210/9
6210/12
**Do you [6]** 6140/23
6178/7 6178/21
6178/25 6179/7
6183/21
**Do you have [2]**
6118/7 6145/20
**do you know [2]**
6093/14 6134/5
**do you recognize [3]**
6139/12 6139/15
6181/12
**do you remember [5]**
6154/2 6154/9 6160/12
6180/20 6181/2
**Do you see [4]** 6139/8
6172/7 6193/5 6197/11

**document [4]** 6139/8
6139/12 6140/9 6175/7
**documents [2]**
6163/25 6175/11
**does [9]** 6075/4 6075/6
6174/19 6203/6
6204/13 6209/10
6209/10 6210/11
6210/11
**doesn't [4]** 6081/4
6138/20 6174/11
6198/21
**dog [1]** 6199/8
**doing [23]** 6081/21
6095/7 6095/17
6096/13 6097/13
6103/3 6103/8 6114/9
6115/3 6118/23
6118/25 6119/19
6137/11 6150/5
6151/12 6160/13
6163/23 6164/23
6183/23 6189/12
6189/22 6190/9
6204/25
**Don [3]** 6105/2
6105/19 6110/4
**Don Siekerman [3]**
6105/2 6105/19 6110/4
**don't [88]** 6071/14
6076/24 6080/14
6081/2 6081/3 6082/19
6091/20 6092/14
6096/6 6096/8 6097/22
6098/11 6106/15
6107/8 6109/12 6110/7
6119/24 6119/25
6120/1 6120/19
6120/19 6124/25
6127/17 6127/17
6129/11 6131/2
6131/24 6133/13
6134/24 6138/11
6139/20 6141/20
6146/12 6150/4 6153/1
6153/9 6154/11 6156/5
6158/22 6163/3 6167/5
6168/2 6168/14
6169/10 6173/7
6176/24 6177/1 6177/5
6177/23 6178/12
6179/8 6179/10
6179/11 6179/13
6179/14 6179/14
6179/14 6193/1 6194/8
6194/18 6195/13
6196/7 6196/10
6196/14 6198/5
6199/16 6200/7
6201/16 6203/5
6204/10 6204/25
6205/3 6205/3 6205/6
6205/6 6205/18
6205/18 6205/22
6205/23 6205/25
6206/9 6206/10 6208/4
6208/4 6208/6 6208/16
6208/17 6209/14

**D**

**Donald** [1] 6107/13
**done** [5] 6093/25
6104/20 6151/2
6157/15 6163/15
**door** [1] 6144/18
**Doug** [1] 6185/6
6185/22 6185/23
6187/16 6188/3 6191/6
**Doug Smith** [4] 6185/6
6185/22 6185/23
6191/6
**down** [30] 6091/17
6092/10 6092/19
6092/21 6097/9
6097/10 6100/6 6100/7
6106/13 6106/16
6106/20 6136/16
6137/10 6139/11
6140/2 6147/2
6179/17 6182/1 6186/8
6191/13 6195/2 6198/9
6202/4 6207/18
6207/20 6208/1 6208/8
6208/14 6208/21
6208/23
**download** [1] 6209/16
**downstairs** [1]
6076/22
**Downtown** [1] 6088/8
**Downtown D.C** [1]
6088/8
**Dr.** [15] 6069/9
6069/12 6071/7
6071/18 6071/19
6071/24 6072/2 6072/4
6072/6 6072/8 6072/13
6072/15 6072/19
6210/17 6210/20
**Dr. Askenazi** [10]
6069/9 6069/12 6071/7
6071/18 6071/19
6072/2 6072/6 6072/13
6072/19 6210/17
**Dr. Sperry** [5] 6071/24
6072/4 6072/8 6072/15
6210/20
**drafted** [1] 6073/6
**drain** [2] 6136/12
6145/22
**drainage** [1] 6147/6
**draining** [1] 6146/2
**drains** [3] 6146/5
6146/8 6146/19
**drew** [1] 6156/7
**drive** [3] 6110/6 6121/6
6126/18
**drop** [2] 6152/22
6153/2
**dropped** [2] 6163/20
6163/22
**drove** [7] 6110/6
6110/8 6110/9 6186/2
6186/5 6186/8 6186/12
**dubbed** [1] 6166/12
**dumb** [2] 6161/23
6161/25
**during** [20] 6070/7

6073/18 6073/24
6074/10 6074/18
6074/24 6076/16
6085/5 6086/12
6096/22 6099/17
6107/15 6163/14
6185/15 6203/9
6205/15 6207/16
6211/13

**E**

**each** [3] 6115/23
6170/6 6176/3
**earlier** [6] 6072/23
6103/22 6149/19
6156/9 6192/3 6211/10
**early** [4] 6070/21
6086/19 6169/8 6193/7
**easily** [1] 6075/20
**east** [4] 6064/16
6125/3 6158/12
6159/10
**eat** [1] 6121/3
**eating** [2] 6088/20
6109/15
**ECF** [1] 6073/11
**Edmund** [1] 6064/2
**Edwards** [2] 6062/14
6067/13
**effect** [1] 6147/1
**effective** [1] 6141/14
**effectively** [2] 6099/15
6101/2
**effort** [2] 6104/15
6175/21
**efforts** [2] 6078/1
6157/19
**eight** [4] 6068/9 6099/1
6114/13 6117/13
**either** [11] 6069/8
6071/3 6075/1 6075/2
6099/17 6125/2 6125/2
6125/17 6127/3 6190/6
6209/11
**election** [13] 6078/7
6081/13 6081/15
6120/5 6167/19 6195/5
6195/8 6195/11
6195/19 6195/23
6198/22 6199/9
6199/12
**elevator** [1] 6187/18
**Ellipse** [13] 6123/3
6124/9 6124/11
6124/13 6124/14
6124/15 6124/17
6124/20 6125/1
6125/10 6127/5
6152/20 6203/22
**else** [12] 6085/11
6089/17 6105/16
6121/4 6155/10
6155/11 6157/15
6162/20 6166/10
6198/25 6200/16
6207/8
**email** [12] 6062/18

6064/4 6064/9 6064/13
6064/18 6065/5
6065/10 6070/23
6152/12
**emails** [1] 6175/8
**emblem** [1] 6137/17
**employed** [2] 6163/16
6163/17
**en** [2] 6109/21 6159/11
**en route** [1] 6109/21
**end** [6] 6086/7 6101/19
6112/7 6132/4 6203/2
6209/22
**ended** [12] 6081/11
6082/22 6086/8
6086/12 6090/2
6091/12 6091/21
6096/13 6103/18
6107/6 6159/1 6180/13
**ends** [1] 6197/11
**enemies** [1] 6165/25
**enforcement** [4]
6102/23 6105/11
6178/7 6182/6
**engaged** [4] 6128/19
6128/25 6129/1 6129/4
**engineer** [1] 6180/21
**enough** [5] 6099/3
6106/15 6109/3 6131/9
6157/9
**entered** [2] 6077/7
6139/1
**entire** [4] 6128/25
6175/15 6175/16
6197/23
**entitled** [3] 6141/2
6199/10 6199/11
**environment** [1]
6145/22
**EP** [5] 6080/18 6118/23
6126/20 6151/2 6157/3
**equipment** [1] 6168/1
**erratic** [3] 6185/17
6185/19 6187/2
**erratically** [1] 6186/25
**error** [1] 6186/17
**escorted** [3] 6097/9
6125/17 6125/19
**escorting** [1] 6097/10
6123/23
**especially** [1] 6211/6
**essentially** [1] 6199/14
**establish** [1] 6173/23
**established** [1]
6132/10
**et** [2] 6062/6 6175/2
**et cetera** [1] 6175/2
**Eugene** [1] 6064/10
**evacuating** [1] 6148/11
**even** [15] 6070/14
6070/16 6072/5
6072/11 6109/12
6112/8 6160/7 6169/8
6171/12 6176/1 6190/5
6193/4 6196/10 6198/5
6198/16
**evening** [3] 6089/8

**event** [8] 6073/11
6106/21 6112/25
6114/8 6122/21
6128/14 6129/20
6190/9
**events** [10] 6092/10
6094/15 6095/7 6109/5
6110/18 6111/2 6111/3
6113/24 6113/25
6119/4
**eventually** [2] 6082/22
6161/8
**ever** [14] 6073/11
6081/2 6097/15
6102/17 6102/22
6106/4 6108/19
6132/16 6133/22
6134/2 6137/20 6152/9
6153/19 6159/25
**every** [25] 6088/7
6136/17 6137/20
6141/6 6146/3 6146/16
6147/2 6147/2 6150/18
6150/19 6150/25
6151/3 6151/18
6151/19 6151/19
6151/20 6152/2 6152/3
6154/25 6155/1 6155/3
6155/21 6177/20
6187/20 6192/4
**everybody** [19] 6068/2
6070/12 6077/12
6077/13 6082/16
6096/25 6107/25
6119/9 6121/4 6138/16
6142/11 6144/4
6146/21 6157/15
6161/18 6161/19
6175/3 6207/8 6211/18
**everyone** [7] 6067/5
6067/24 6076/2 6077/9
6138/19 6139/3 6202/5
**everything** [7] 6100/3
6109/19 6109/20
6119/6 6134/10 6151/5
6163/15
**Everything's** [1]
6097/8
**everywhere** [1] 6110/7
**evidence** [11] 6073/12
6073/14 6073/19
6073/20 6102/14
6131/21 6140/3
6176/17 6181/7
6192/20 6211/12
**exact** [3] 6092/15
6177/20 6199/17
**Exactly** [1] 6132/21
**examination** [20]
6072/16 6073/25
6076/9 6077/14
6077/20 6164/12
6164/18 6165/9
6174/20 6179/20
6180/20 6198/4 6200/5
6200/6 6202/18 6203/7
6203/9 6204/11 6207/5

**examine** [2] 6073/16
6209/12
**examining** [1] 6075/19
**example** [1] 6099/13
**examples** [1] 6207/9
**Excel** [1] 6175/10
**except** [2] 6163/22
6192/7
**exception** [1] 6068/12
**excessively** [1]
6154/19
**exclude** [5] 6071/17
6072/2 6072/6 6072/17
6174/20
**excuse** [1] 6074/8
**executive** [2] 6080/4
6163/23
**exhibit** [14] 6140/3
6172/4 6172/8 6173/17
6176/17 6179/17
6181/8 6192/20 6197/6
6197/7 6197/24
6197/24 6199/1 6199/5
**exhibited** [1] 6070/6
**exhibits** [6] 6066/8
6066/13 6198/4
6198/15 6200/13
6202/7
**exited** [2] 6138/15
6202/3
**expect** [5] 6126/5
6132/15 6144/5
6156/12 6157/5
**expecting** [1] 6113/4
**experience** [9] 6080/11
6118/11 6142/10
6142/13 6145/21
6145/21 6146/20
6146/22 6180/15
**experienced** [1]
6077/11
**expert** [2] 6175/25
6211/7
**explain** [2] 6166/1
6210/18
**explains** [1] 6210/21
**explicit** [1] 6207/1
**explore** [1] 6096/12
**express** [1] 6141/11
**extensively** [1]
6133/16
**extent** [1] 6123/22
**extreme** [1] 6150/15

**F**

**face** [5] 6089/2
6130/16 6130/16
6184/8 6184/11
**Facebook** [1] 6146/9
**faces** [1] 6184/14
**facetious** [1] 6204/10
**fact** [13] 6070/9
6070/15 6071/23
6088/9 6129/17
6129/19 6131/8 6137/4
6160/17 6169/7 6190/5
6199/12 6207/17

Case 1:21-cr-00038-RM-146/Document 156-17 Filed 02/29/21 Page 160 of 180

**facts [1]** 6131/24
**factual [1]** 6171/12
**fair [12]** 6165/21
 6166/6 6172/20 6178/4
 6180/15 6180/15
 6185/12 6193/13
 6193/16 6194/10
 6195/5 6195/19
**faith [1]** 6090/24
**fallback [1]** 6122/3
**familiar [3]** 6141/2
 6151/6 6158/4
**far [15]** 6072/17
 6085/20 6092/10
 6092/14 6106/1 6124/5
 6129/9 6144/7 6144/8
 6160/14 6167/8
 6171/17 6172/24
 6189/11 6195/14
**farm [3]** 6084/17
 6084/20 6084/22
**fashion [2]** 6160/13
 6180/7
**favorable [3]** 6073/5
 6073/9 6074/3
**FBI [12]** 6129/17
 6129/20 6129/21
 6129/24 6131/8
 6131/20 6131/22
 6136/21 6139/16
 6140/9 6207/3 6207/13
**features [1]** 6210/24
**federal [1]** 6069/24
**feel [3]** 6081/5 6096/4
 6193/2
**feeling [1]** 6104/8
**feelings [1]** 6087/7
**felt [7]** 6081/25
 6082/15 6087/8
 6087/10 6089/12
 6166/8 6192/17
**female [4]** 6078/11
 6078/14 6078/15
 6203/1
**few [8]** 6069/2 6088/17
 6089/5 6091/14 6129/8
 6129/15 6191/16
 6202/6
**FIELDS [1]** 6064/11
**fight [5]** 6091/20
 6199/9 6199/17
 6208/13 6211/2
**fight's [1]** 6208/12
**fighting [7]** 6128/1
 6128/22 6144/17
 6148/8 6160/22
 6208/15 6208/24
**figure [3]** 6144/2
 6161/18 6194/13
**filed [1]** 6072/7
**files [1]** 6073/20
**filing [1]** 6071/10
**fill [1]** 6170/14
**find [5]** 6141/25 6146/3
 6156/13 6157/19
 6167/12
**finding [1]** 6069/7

**fine [1]** 6200/22
**finish [1]** 6095/3
**finished [4]** 6077/25
 6096/20 6096/23
 6096/25
**fire [1]** 6131/9
**firearms [3]** 6091/14
 6101/1 6183/24
**fired [3]** 6131/20
 6132/18 6132/20
**fireworks [1]** 6089/6
**first [28]** 6069/15
 6071/24 6072/14
 6082/11 6094/20
 6094/21 6094/22
 6097/16 6106/11
 6108/21 6109/7
 6140/14 6140/18
 6140/19 6142/20
 6162/19 6165/15
 6171/2 6172/5 6186/21
 6188/7 6198/11
 6199/22 6200/14
 6201/1 6207/1 6209/5
 6211/9
**First Amendment [1]**
 6171/2
**five [10]** 6080/17
 6081/10 6088/17
 6107/1 6116/10 6117/7
 6136/14 6179/1 6180/5
 6191/9
**FL [1]** 6064/17
**flew [1]** 6130/15
**Florida [18]** 6080/6
 6112/20 6113/15
 6113/20 6114/12
 6115/1 6115/3 6116/15
 6117/11 6117/13
 6117/16 6117/25
 6118/1 6118/2 6118/5
 6118/18 6118/23
 6125/9
**Flowershirt [5]** 6196/4
 6196/6 6196/11
 6196/17 6197/20
**fly [1]** 6110/7
**Flynn [5]** 6095/7
 6095/11 6095/14
 6095/19 6097/3
**Flynn's [1]** 6093/13
**folks [1]** 6067/25
**follow [3]** 6105/2
 6198/21 6198/22
**followed [1]** 6195/11
**following [17]** 6069/6
 6069/13 6070/7 6072/5
 6075/21 6076/5 6082/1
 6082/2 6082/9 6092/13
 6101/14 6108/10
 6131/17 6152/5
 6195/14 6207/8
 6207/12
**follows [2]** 6074/7
 6077/19
**food [1]** 6109/20
**foot [1]** 6127/7

 6187/11 6199/11
**forcefully [1]** 6107/19
**foregoing [1]** 6212/3
**forensic [1]** 6175/25
**forget [2]** 6196/12
 6196/13
**form [2]** 6075/14
 6140/22
**formal [1]** 6193/1
**formally [1]** 6072/6
**formatted [1]** 6175/11
**formed [2]** 6162/19
 6162/21
**forth [3]** 6101/24
 6112/18 6149/1
**forward [2]** 6103/16
 6135/4
**found [5]** 6157/5
 6160/1 6161/24
 6168/22 6173/6
**foundation [5]** 6173/19
 6173/23 6174/16
 6185/20 6192/10
**four [7]** 6069/21
 6106/25 6117/6 6117/6
 6130/17 6136/14
 6165/19
**Fourth [1]** 6062/16
**frame [1]** 6106/5
**free [1]** 6193/2
**Freedom [2]** 6098/5
 6114/2
**Freedom Plaza [1]**
 6114/2
**friend [5]** 6078/6
 6113/14 6148/15
 6149/2 6168/25
**front [17]** 6068/10
 6068/12 6086/25
 6111/25 6126/25
 6128/22 6129/1
 6155/14 6157/14
 6158/13 6158/15
 6158/25 6159/23
 6161/1 6161/12
 6206/20 6207/4
**fruit [1]** 6126/1
**fuck [3]** 6108/13
 6136/17 6137/22
**fuck-ton [1]** 6136/17
**fucked [5]** 6089/3
 6115/14 6148/10
**fucker [1]** 6109/8
**fuckers [1]** 6101/3
**fucking [7]** 6105/6
 6107/23 6107/23
 6119/18 6119/19
 6136/15 6137/10
**full [7]** 6070/2 6071/15
 6101/12 6109/19
 6128/8 6184/6 6193/3
**fulsome [1]** 6069/10
**funny [1]** 6108/4
**further [4]** 6071/5
 6071/6 6077/19
 6164/10
**furtherance [1]**

**G**

**gaggle [1]** 6162/22
**game [1]** 6102/19
**ganged [1]** 6088/13
**Gas [1]** 6176/24
**Gator [8]** 6205/1
 6205/4 6205/10
 6205/15 6205/16
 6205/20 6206/2
 6206/12
**Gator 1 [6]** 6205/1
 6205/4 6205/10
 6205/16 6205/20
 6206/12
**gauge [1]** 6118/7
**gave [5]** 6096/19
 6111/11 6118/14
 6132/16 6153/8
**gear [6]** 6094/3
 6101/22 6101/24
 6102/8 6182/10
 6183/16
**gearing [2]** 6091/19
 6183/19
**Gene [1]** 6067/20
**Gene Rossi [1]**
 6067/20
**general [6]** 6095/17
 6095/18 6095/20
 6097/3 6159/20
 6180/21
**General Flynn [1]**
 6097/3
**Generally [1]** 6117/5
**generals [2]** 6095/15
 6095/16
**gentlemen [2]** 6109/14
 6201/23
**geographical [1]**
 6112/3
**Georgia [3]** 6092/19
 6092/22 6093/2
**Geritol [1]** 6109/15
**get [48]** 6069/1
 6077/12 6085/15
 6087/18 6090/18
 6097/7 6100/22
 6101/10 6103/20
 6103/24 6106/13
 6106/15 6106/20
 6106/21 6107/8 6107/9
 6109/4 6109/5 6109/6
 6109/16 6111/2
 6111/15 6112/15
 6120/7 6126/14
 6131/15 6134/17
 6134/22 6137/6 6142/6
 6142/25 6144/18
 6146/4 6147/4 6147/7
 6148/23 6153/5
 6157/15 6158/19
 6169/10 6175/6
 6195/13 6198/1
 6201/17 6205/5
 6206/2 6206/12 6208/1
 6211/16

**gets [2]** 6122/4 6149/2
**getting [18]** 6084/7
 6087/6 6088/12
 6091/16 6094/5 6100/8
 6100/16 6102/16
 6134/24 6145/7 6146/1
 6148/19 6150/21
 6152/19 6159/6 6159/8
 6184/6 6187/17
**girl [1]** 6202/23
**give [16]** 6117/9
 6119/24 6119/25
 6120/2 6130/19
 6130/21 6138/6
 6151/14 6151/16
 6153/1 6170/7 6183/15
 6189/3 6189/20 6193/2
 6209/21
**given [4]** 6072/18
 6072/18 6080/2
 6175/11
**giving [2]** 6095/9
 6151/13
**gmail.com [2]** 6063/5
 6065/10
**go [81]** 6068/12
 6070/11 6078/6
 6078/18 6079/3
 6082/24 6083/11
 6083/21 6083/24
 6084/3 6084/9 6086/9
 6091/1 6092/16
 6092/24 6093/3 6095/8
 6096/12 6098/22
 6101/14 6106/9
 6107/13 6109/7
 6109/19 6109/20
 6110/7 6111/2 6112/11
 6112/12 6113/24
 6113/25 6116/1 6119/6
 6120/3 6120/8 6121/11
 6122/16 6123/18
 6124/14 6124/20
 6124/21 6125/1
 6125/14 6125/18
 6127/18 6127/20
 6128/2 6133/4 6150/23
 6152/20 6156/13
 6156/16 6158/12
 6158/20 6162/15
 6169/4 6171/13
 6171/16 6173/14
 6176/22 6181/10
 6183/7 6183/7 6183/16
 6184/19 6184/25
 6186/13 6187/15
 6197/7 6199/1 6199/20
 6200/14 6202/19
 6203/16 6205/5
 6205/17 6205/21
 6206/3 6206/12 6208/1
 6209/18
**go ahead [3]** 6098/22
 6133/4 6176/22
**goal [1]** 6144/25
**goers [1]** 6091/9
**going [150]** 6070/12
 6074/4 6076/24

6222

**going... [147]** 6083/11
6083/12 6083/13
6083/14 6083/25
6086/9 6087/5 6088/18
6089/16 6089/19
6090/14 6090/17
6090/20 6091/17
6095/4 6095/7 6095/8
6096/21 6098/5 6099/1
6099/5 6100/13
6100/18 6100/22
6100/23 6100/24
6100/24 6101/24
6102/2 6104/3 6104/7
6105/23 6106/18
6106/22 6107/3 6107/4
6107/9 6107/19
6107/23 6108/7
6108/14 6109/7 6109/9
6110/18 6110/20
6110/25 6111/5 6111/5
6111/6 6111/8 6111/9
6111/9 6119/17
6121/11 6121/23
6121/23 6122/8
6124/22 6125/2
6125/11 6125/12
6125/15 6127/4
6127/25 6131/3 6131/5
6132/6 6132/7 6133/22
6137/8 6138/5 6141/11
6143/21 6144/3
6144/10 6144/11
6144/17 6145/5 6146/1
6146/2 6146/3 6146/13
6146/17 6147/7 6148/1
6148/2 6148/4 6148/5
6150/11 6150/20
6150/22 6150/23
6151/23 6152/17
6152/20 6152/22
6152/23 6153/5
6153/13 6153/19
6155/12 6155/17
6155/23 6156/10
6156/15 6156/16
6157/8 6157/24
6158/23 6158/24
6160/1 6160/5 6160/10
6160/16 6160/23
6160/25 6160/25
6165/22 6166/3
6168/23 6168/25
6170/1 6174/21 6182/2
6183/5 6183/17 6184/5
6184/6 6184/7 6188/3
6189/3 6189/20
6189/25 6190/21
6198/9 6201/24 6205/4
6205/16 6205/20
6205/21 6206/2
6206/12 6206/13
6207/18 6210/18
6211/2 6211/9
**golf [4]** 6153/7 6153/9
6153/9 6153/11
**gone [5]** 6098/8

6162/8 6199/10
**good [15]** 6067/4
6067/24 6070/11
6077/24 6080/24
6081/7 6090/24 6091/8
6091/11 6091/20
6104/8 6117/5 6164/20
6164/21 6164/24
**Good morning [5]**
6067/4 6067/24
6077/24 6164/20
6164/21
**good-faith [1]** 6090/24
**Google [22]** 6134/5
6134/6 6134/10
6134/11 6134/16
6134/16 6134/20
6134/21 6134/22
6135/3 6135/6 6135/8
6135/11 6135/13
6135/16 6135/18
6135/19 6135/23
6136/1 6145/14
6146/10 6147/17
**got [63]** 6067/25
6068/6 6082/11
6082/19 6084/1
6084/16 6087/10
6088/13 6090/12
6092/21 6095/5
6096/23 6100/12
6108/5 6108/8 6109/8
6110/12 6111/4 6113/8
6119/9 6121/2 6121/3
6127/11 6127/15
6128/9 6128/13
6128/16 6129/3
6129/14 6131/20
6132/9 6132/18
6132/20 6135/4
6136/17 6137/11
6137/14 6138/1 6138/4
6139/6 6142/2 6146/6
6146/10 6146/14
6153/8 6153/9 6155/2
6155/4 6155/5 6156/6
6158/25 6159/3
6160/15 6163/15
6163/20 6164/8 6167/6
6184/8 6184/11
6184/14 6204/23
6204/23 6206/6
**government [33]**
6062/13 6067/14
6069/3 6069/7 6070/24
6071/13 6071/23
6072/17 6072/19
6073/2 6073/6 6073/16
6074/5 6074/11
6074/12 6074/18
6074/19 6074/22
6075/4 6075/6 6076/7
6076/12 6131/13
6163/21 6174/19
6174/22 6175/2 6175/9
6202/8 6202/11
6202/14 6209/16

**government's [9]**
6066/15 6070/19
6172/4 6173/17
6176/17 6181/8
6192/20 6197/6
6197/24
**Green [1]** 6202/10
**Greene [28]** 6064/15
6064/16 6065/2
6067/11 6067/20
6067/23 6075/18
6076/2 6077/17
6077/17 6077/24
6131/20 6138/10
6139/9 6140/6 6162/4
6164/20 6165/3
6174/21 6175/18
6176/19 6179/19
6197/10 6198/5
6198/20 6199/8
6200/23 6202/4
**Greene's [5]** 6077/14
6175/15 6199/2 6199/5
6201/4
**Greg [8]** 6101/23
6101/23 6103/1 6103/3
6103/6 6103/13 6155/3
6155/4
**grossi [1]** 6064/14
**ground [4]** 6072/3
6109/24 6143/2
6143/10
**Grounds [1]** 6127/19
**group [47]** 6088/6
6090/22 6093/14
6094/2 6094/7 6096/17
6101/8 6108/10
6109/14 6109/21
6110/15 6116/19
6117/11 6117/15
6119/1 6119/2 6133/18
6143/2 6143/21 6152/9
6155/21 6159/11
6159/14 6160/1 6160/5
6160/7 6162/19
6162/21 6163/6 6171/2
6178/6 6187/5 6188/2
6188/15 6188/18
6188/19 6194/5 6196/3
6196/4 6196/6 6196/11
6196/17 6196/17
6197/19 6197/20
6204/23 6207/3
**groups [2]** 6177/4
6196/22
**Grueling [1]** 6193/4
**Guard [8]** 6093/12
6093/15 6094/21
6094/22 6095/5
6170/24 6171/3 6171/8
**Guards [1]** 6095/1
**guess [10]** 6081/19
6096/17 6098/5 6132/3
6133/13 6141/10
6170/2 6174/6 6203/11
6209/11
**guide [1]** 6091/4

**gun [5]** 6182/2 6182/14
6182/16 6185/12
6185/14
**gunned [1]** 6182/1
**guns [1]** 6191/9
**guy [43]** 6078/18
6079/7 6086/21 6087/9
6087/11 6088/13
6090/3 6092/5 6092/8
6092/9 6097/6 6099/7
6100/17 6108/4 6108/5
6109/11 6109/17
6110/15 6112/20
6113/18 6114/3 6115/7
6115/11 6116/11
6116/14 6117/25
6118/17 6119/9 6145/4
6148/13 6157/14
6157/16 6162/25
6163/1 6167/5 6167/5
6170/24 6171/2 6171/6
6171/7 6187/18
6190/19 6205/9
**guy's [2]** 6084/17
6085/2
**guys [89]** 6079/8
6084/23 6086/13
6086/23 6088/8
6088/10 6089/1
6090/22 6091/4 6091/7
6091/13 6091/15
6091/17 6091/21
6092/5 6093/12
6093/21 6093/21
6093/23 6094/2 6094/7
6094/13 6094/15
6094/16 6094/17
6095/2 6096/23 6097/5
6097/11 6097/12
6097/17 6098/25
6099/5 6099/8 6100/13
6101/6 6105/5 6108/2
6108/10 6112/15
6112/21 6113/15
6113/20 6114/11
6114/12 6114/24
6115/1 6115/2 6115/3
6116/10 6116/15
6117/10 6117/11
6117/16 6118/5
6118/18 6118/19
6123/20 6125/14
6125/15 6125/18
6136/13 6137/23
6141/7 6157/14 6163/4
6163/4 6170/8 6170/24
6171/21 6182/3
6183/19 6183/22
6187/4 6187/7 6187/12
6187/14 6187/15
6187/20 6188/2 6193/1
6194/7 6194/10
6194/13 6194/15
6194/16 6194/21
6194/21 6194/22

**habit [1]** 6137/20
**had [154]**
**half [4]** 6108/6 6108/12
6172/17 6198/12
**halfway [3]** 6108/16
6124/8 6124/12
**hall [1]** 6207/18
**Haller [6]** 6064/6
6064/6 6067/18 6068/8
6068/13 6176/1
**hallerjulia [1]** 6064/9
**hallway [9]** 6207/20
6207/20 6207/25
6208/1 6208/8 6208/15
6208/21 6208/22
6208/24
**hand [3]** 6171/10
6171/22 6171/22
**handler [1]** 6203/23
**hang [6]** 6122/13
6158/22 6174/15
6176/1 6199/19
6204/20
**hanging [2]** 6119/10
6126/1
**happen [2]** 6155/12
6160/10 6160/23
6161/10
**happened [11]**
6081/19 6086/21
6088/10 6089/13
6094/10 6111/20
6119/12 6126/7 6132/1
6156/20 6188/1
**happening [3]** 6090/2
6091/12 6091/21
**happens [1]** 6091/6
**happy [3]** 6068/18
6068/20 6203/17
**hard [4]** 6075/21
6166/1 6196/12
6196/13
**Harvey [1]** 6165/13
**has [12]** 6069/7
6069/23 6070/15
6072/23 6072/24
6074/12 6075/14
6075/21 6108/16
6117/4 6175/19 6199/8
**hasn't [2]** 6131/25
6154/20
**have [129]** 6069/5
6070/25 6072/3 6075/6
6076/10 6077/4
6077/11 6077/13
6078/2 6078/13 6080/9
6080/10 6081/3 6085/4
6085/21 6089/13
6094/4 6095/25 6096/9
6097/6 6098/14
6098/25 6099/3 6099/7
6099/9 6100/17
6100/20 6101/5
6101/18 6102/14
6104/3 6105/5 6105/22
6105/25 6106/15
6107/8 6107/11

**have... [92]** 6107/24
6108/20 6109/2 6109/3
6109/21 6111/22
6113/8 6114/12 6116/1
6118/7 6122/24
6123/19 6125/14
6130/7 6131/8 6133/10
6133/13 6134/2
6134/25 6135/4 6135/6
6136/7 6136/9 6137/5
6137/9 6137/17
6138/19 6139/20
6141/7 6141/19
6142/11 6143/2
6144/17 6145/9
6145/20 6145/21
6146/11 6146/12
6147/11 6149/12
6156/15 6157/2 6157/8
6157/13 6157/22
6157/23 6159/12
6159/14 6164/1 6164/4
6165/1 6165/4 6165/7
6169/6 6172/24
6173/23 6175/8 6175/9
6175/10 6176/4 6178/1
6180/15 6182/12
6190/13 6190/15
6191/1 6192/24 6193/1
6193/1 6194/7 6194/8
6194/10 6194/12
6194/15 6194/22
6194/24 6196/8
6196/16 6198/16
6198/22 6201/7
6201/19 6201/25
6202/5 6203/19
6203/23 6206/21
6209/10 6209/15
6210/1 6210/5 6210/16
**haven't [6]** 6162/18
6177/3 6178/2 6178/8
6196/15 6196/21
**having [13]** 6077/18
6086/19 6099/2
6102/25 6103/1
6107/12 6145/6
6147/23 6148/23
6154/2 6160/9 6161/15
6199/10
**he [358]**
**he didn't [7]** 6100/17
6131/2 6131/3 6131/4
6154/6 6154/6 6202/24
**he said [22]** 6074/25
6104/9 6117/12
6149/12 6151/2
6153/10 6158/14
6160/6 6161/25 6163/1
6203/1 6203/5 6203/9
6204/5 6205/9 6205/14
6205/18 6205/19
6205/20 6205/20
6207/12 6211/13
**he'd [3]** 6101/21
6101/23 6150/20
**He'll [1]** 6133/24

6100/18 6100/20
6115/7 6115/17
6115/18 6117/25
6136/14 6148/22
6149/13 6149/13
6150/4 6150/5 6150/11
6150/22 6150/25
6151/2 6151/12 6153/2
6153/3 6162/13
6173/14 6174/11
6198/20 6199/10
6199/13 6204/22
6209/19 6210/24
**head [1]** 6152/23
**heads [1]** 6087/11
**healthy [1]** 6199/14
**hear [11]** 6083/2
6083/5 6093/2 6093/6
6108/19 6149/6
6149/14 6158/22
6161/22 6162/1 6167/4
**heard [9]** 6095/14
6107/18 6149/19
6153/22 6153/25
6155/10 6156/10
6162/8 6162/14
**hearing [6]** 6071/12
6071/21 6071/22
6148/6 6148/14 6209/6
**hearsay [1]** 6098/20
**held [1]** 6077/3
**hell [6]** 6108/7 6136/25
6142/3 6142/24 6158/9
6160/6
**helmet [1]** 6182/20
**helmets [1]** 6182/10
**help [8]** 6088/16
6091/24 6096/18
6104/1 6111/18 6131/7
6158/7 6175/25
**helped [6]** 6170/17
**helpful [2]** 6175/21
6210/25
**helping [1]** 6097/13
**her [36]** 6071/8
6072/16 6072/17
6078/18 6078/20
6078/21 6079/4
6081/24 6082/2 6082/4
6082/9 6082/12
6082/19 6082/20
6082/21 6083/14
6083/14 6084/3
6086/10 6111/11
6138/21 6155/5
6167/16 6168/13
6168/20 6168/23
6168/25 6168/25
6169/9 6169/16
6189/20 6194/5
6194/13 6194/21
6210/23 6211/15
**here [31]** 6068/2
6068/7 6068/16
6068/22 6069/2
6074/20 6074/25
6075/13 6075/15

6076/17 6077/5
6077/12 6101/3 6120/5
6122/8 6138/21
6150/21 6172/7 6175/5
6183/11 6184/1 6185/6
6194/1 6199/7 6199/15
6202/6 6204/17
6204/18
**hey [18]** 6090/7 6091/2
6091/5 6091/19 6101/7
6111/4 6131/7 6148/8
6148/10 6150/21
6150/24 6151/18
6155/2 6155/4 6155/5
6157/13 6192/24
6196/13
**HI [1]** 6065/9
**hide [1]** 6102/22
**higher [1]** 6193/14
**highlight [1]** 6178/18
**him [108]** 6073/25
6075/19 6079/8
6079/16 6079/19
6079/21 6080/2 6080/9
6081/5 6083/5 6085/21
6087/9 6087/11 6090/7
6090/11 6090/12
6090/19 6091/5
6093/12 6093/13
6094/13 6095/18
6096/8 6097/17
6097/21 6097/22
6097/23 6098/4 6098/6
6098/7 6098/9 6098/11
6098/12 6098/19
6098/23 6099/13
6103/4 6110/17
6110/21 6110/21
6111/12 6115/12
6116/16 6117/9
6117/18 6117/19
6117/24 6118/1 6118/4
6118/11 6120/20
6122/23 6127/12
6130/17 6130/18
6132/1 6139/7 6149/2
6149/3 6149/14 6151/3
6151/19 6151/20
6151/24 6152/1
6152/12 6152/13
6152/14 6152/18
6153/2 6153/16
6153/19 6154/16
6157/22 6157/23
6159/6 6159/8 6159/13
6159/17 6159/25
6160/1 6160/2 6160/7
6161/24 6166/2 6166/9
6169/25 6170/2 6170/3
6170/5 6170/7 6170/17
6174/1 6174/4 6174/12
6185/24 6186/18
6186/25 6187/2 6187/5
6187/19 6187/19
6192/3 6203/1 6207/3
6207/5 6207/10
6209/20

**hired [3]** 6168/20
6168/22 6168/24
**his [92]** 6075/15
6078/6 6079/7 6079/18
6079/23 6080/2
6085/21 6086/13
6087/7 6090/6 6090/10
6090/11 6092/5
6094/15 6094/16
6102/9 6107/16
6107/17 6108/5
6109/17 6111/3
6113/14 6115/2
6118/19 6119/9
6131/20 6131/23
6131/23 6132/4
6133/17 6150/9
6150/11 6150/12
6151/1 6152/9 6152/20
6158/19 6159/11
6159/14 6159/25
6160/5 6160/7 6166/13
6167/4 6167/5 6167/7
6168/18 6168/19
6169/1 6171/1 6171/6
6171/7 6171/11
6171/14 6171/21
6171/22 6171/23
6175/4 6175/19 6187/4
6187/14 6187/19
6187/21 6188/3 6188/4
6189/9 6189/10
6189/15 6189/20
6189/25 6190/16
6190/20 6200/24
6203/6 6203/8 6203/9
6204/15 6204/17
6204/17 6205/15
6206/4 6206/23 6207/5
6207/17 6208/7
6210/11 6210/11
6210/12 6210/13
6210/13 6210/19
6211/11
**historically [1]**
6133/11
**history [1]** 6150/9
**hit [3]** 6088/12 6088/13
6103/25
**hitch [2]** 6113/24
6113/25
**Hold [1]** 6200/25
**hole [1]** 6198/10
**holler [1]** 6102/10
**home [5]** 6092/16
6101/15 6184/19
6184/25 6203/12
**honest [1]** 6124/10
**Honestly [1]** 6157/10
**Honor [40]** 6067/6
6075/5 6075/8 6076/19
6076/22 6131/10
6131/19 6132/14
6138/20 6139/19
6164/15 6173/12
6173/16 6173/25
6174/13 6174/24

6075/14 6175/24
6176/13 6197/22
6198/11 6198/20
6199/4 6200/7 6200/12
6201/8 6201/11
6201/15 6201/21
6202/12 6206/15
6207/8 6207/9 6207/14
6209/5 6209/14 6210/1
6210/3 6211/1 6211/1
**Honor's [1]** 6075/11
**HONORABLE [2]**
6062/10 6067/2
**Hopefully [1]** 6070/10
**hoping [1]** 6157/2
**hospital [1]** 6089/4
**hotel [28]** 6078/21
6081/24 6082/12
6082/15 6082/16
6082/19 6088/3 6088/5
6088/6 6098/5 6109/17
6119/9 6120/10
6120/14 6120/16
6120/17 6120/18
6120/18 6120/20
6120/25 6126/11
6127/13 6127/14
6152/20 6152/22
6153/2 6153/8 6153/10
**hotels [3]** 6088/19
6088/20 6088/21
**hour [5]** 6076/17
6108/6 6108/12 6142/5
6198/12
**hours [7]** 6103/9
6130/12 6130/17
6131/1 6151/18
6151/19 6198/12
**house [7]** 6084/18
6085/2 6107/14
6107/20 6107/21
6107/24 6164/1
**how [46]** 6074/1
6081/8 6081/9 6082/19
6086/6 6091/7 6092/10
6094/9 6099/14
6103/18 6103/19
6103/24 6109/6 6115/9
6116/6 6124/2 6124/5
6126/14 6127/15
6127/16 6129/9
6129/22 6132/18
6132/20 6142/11
6145/24 6153/5 6155/9
6156/3 6156/22
6164/22 6164/23
6166/8 6180/4 6182/10
6192/13 6192/15
6192/17 6200/10
6203/6 6204/10
6208/13 6209/17
6210/18 6210/19
6210/24
**however [2]** 6155/10
6174/17
**huge [1]** 6100/5
**Hughes [2]** 6062/14
6067/13

**huh [6]** 6117/22 6118/9
6129/16 6140/17
6187/8 6193/8
**human [2]** 6185/17
6185/19
**hundred [2]** 6129/4
6129/5
**hundreds [1]** 6196/24
**hung [1]** 6122/15
**hurricane [2]** 6165/12
6165/13
**Hurricane Harvey [1]**
6165/13

**I**

**I also [1]** 6071/16
**I believe [5]** 6073/7
6076/2 6080/6 6121/7
6125/2
**I can [7]** 6135/20
6135/20 6149/14
6175/5 6176/23
6178/15 6207/8
**I can't [7]** 6090/8
6166/2 6171/13
6177/19 6178/11
6192/12 6197/1
**I did [14]** 6069/11
6076/7 6078/6 6079/6
6079/20 6083/4
6083/22 6097/16
6105/14 6106/11
6112/12 6186/4
6198/17 6208/4
**I didn't [16]** 6085/14
6093/2 6095/14 6096/8
6098/11 6111/2
6124/10 6127/18
6127/18 6132/15
6154/17 6154/21
6160/7 6161/22 6162/1
6187/5
**I didn't know [8]**
6111/8 6118/2 6148/21
6163/2 6168/11
6168/19 6208/9 6208/9
**I didn't see [2]** 6097/12
6208/3
**I don't [35]** 6071/14
6080/14 6081/2
6091/20 6096/6
6097/22 6098/11
6109/12 6119/24
6119/25 6153/11
6154/11 6177/1 6177/5
6178/12 6179/8
6179/11 6195/13
6196/10 6196/14
6200/7 6204/25 6205/3
6205/3 6205/6 6205/6
6205/18 6205/18
6205/22 6205/23
6205/25 6206/10
6208/4 6208/16
6208/17
**I don't have [3]** 6081/3
6133/13 6139/20

**I don't recall [1]**
6203/5
**I guess [7]** 6098/5
6132/3 6133/13 6170/2
6174/6 6203/11
6209/11
**I have [6]** 6069/5
6135/6 6159/14 6165/4
6175/8 6198/16
**I haven't [1]** 6196/15
**I just [10]** 6071/16
6074/2 6075/9 6092/19
6126/21 6146/25
6199/20 6202/6
6204/10 6205/14
**I know [9]** 6118/20
6120/23 6154/16
6164/7 6166/9 6168/3
6172/23 6185/23
6185/23
**I listened [1]** 6085/15
**I mean [39]** 6094/7
6096/7 6097/5 6099/25
6101/10 6102/5 6103/9
6106/17 6119/17
6124/3 6124/10
6125/22 6126/24
6129/6 6142/2 6144/16
6149/11 6149/16
6149/17 6155/18
6155/21 6161/5
6163/23 6165/22
6166/1 6166/7 6171/13
6172/23 6174/4
6180/21 6181/25
6184/4 6192/12
6192/14 6195/12
6200/4 6207/23
6208/20 6209/10
**I recall [1]** 6178/23
**I say [1]** 6173/10
**I should [1]** 6075/18
**I think [48]** 6068/2
6068/6 6068/12 6069/11
6069/5 6069/10 6070/6
6071/18 6071/23
6072/6 6072/13
6072/21 6073/5 6073/8
6075/4 6084/13
6084/16 6086/25
6090/10 6092/13
6092/21 6095/9
6097/21 6100/11
6104/8 6106/25 6116/9
6117/12 6120/9
6120/22 6121/4
6121/19 6126/19
6146/21 6152/17
6153/8 6156/9 6161/11
6162/13 6164/25
6171/9 6174/4 6177/25
6180/18 6199/15
6203/5 6204/5 6211/10
**I thought [3]** 6098/17
6107/6 6211/5
**I told [7]** 6090/12
6094/13 6099/4
6099/25 6148/2 6170/4

**I understand [1]**
6208/13
**I want [3]** 6069/5
6105/16 6198/3
**I was [37]** 6068/5
6069/10 6079/9 6080/3
6085/8 6090/7 6094/13
6095/15 6097/13
6101/7 6119/23
6124/11 6127/9
6129/21 6130/14
6133/18 6148/4 6148/5
6148/6 6148/13
6153/11 6157/2
6157/20 6157/23
6158/9 6158/18
6160/18 6167/2 6167/8
6169/11 6169/23
6188/13 6191/3
6192/16 6197/3
6206/17 6208/10
**I wasn't [1]** 6158/19
**I went [13]** 6082/4
6082/25 6101/15
6104/10 6110/14
6110/17 6111/21
6120/9 6121/12
6122/25 6163/23
6180/12 6180/13
**I will [3]** 6075/1 6076/5
6076/15
**I work [1]** 6163/21
**I wouldn't [4]** 6165/24
6171/12 6171/16
6197/1
**I'd [14]** 6101/5 6125/18
6131/21 6139/19
6148/2 6177/1 6178/1
6181/7 6183/15 6196/8
6196/20 6200/14
6200/18 6202/13
**I'll [9]** 6072/20 6102/10
6138/21 6174/18
6174/20 6200/4
6203/16 6207/14
6211/16
**I'm [73]** 6068/18
6068/20 6069/23
6073/1 6073/3 6074/4
6076/9 6081/2 6088/16
6091/19 6094/25
6102/4 6106/19
6116/23 6120/5 6122/8
6131/12 6131/17
6132/2 6132/19
6132/24 6133/5
6133/25 6137/11
6137/25 6138/2 6138/5
6138/8 6148/7 6148/7
6148/13 6148/23
6148/24 6149/14
6155/12 6159/2 6159/2
6159/2 6163/3 6163/3
6164/23 6165/22
6166/3 6168/14
6168/17 6168/18
6170/10 6174/21

**I'm -- you [1]** 6159/2
**I'm going [1]** 6122/8
6155/12 6166/3
**I'm just [5]** 6148/13
6197/1 6203/15
6203/18 6209/6
**I'm not [16]** 6074/4
6131/17 6132/2
6132/24 6133/5
6137/25 6138/2 6138/5
6163/3 6165/22
6174/21 6182/2 6196/9
6203/13 6203/13
6211/9
**I'm not sure [3]** 6198/9
6198/16 6209/17
**I'm sorry [5]** 6116/23
6131/12 6168/14
6170/10 6188/17
**I've [12]** 6072/21
6076/8 6076/8 6084/6
6102/21 6106/12
6109/25 6129/3 6139/6
6163/15 6163/20
6202/13
**ID [1]** 6115/11
**ID's [1]** 6095/17
**idea [9]** 6091/20
6098/24 6098/24
6119/14 6153/19
6160/8 6167/21
6206/21 6207/4
**identification [1]**
6182/6
**identified [3]** 6175/2
6175/21 6182/11
**identify [1]** 6181/22
**IEDs [1]** 6115/14
**illustrative [1]** 6210/23
**immateriality [1]**
6071/5
**immediate [1]** 6099/18
**immediately [1]**
6128/14
**impeach [2]** 6202/14
6204/17
**impeachment [3]**
6074/6 6076/13
6205/12
**implicating [1]**
6209/19
**implication [1]**
6131/20
**importance [1]**
6095/25
**important [6]** 6095/22
6136/20 6137/25
6165/1 6175/22 6199/7

**impossible [2]** 6101/10
6105/6
**imprecise [1]** 6132/9
**impression [2]**
6171/21 6171/23
**inauguration [1]**
6199/13
**incident [1]** 6188/1
**including [1]** 6141/6
**inconsistency [1]**
6204/16
**inconsistent [4]**
6074/25 6208/16
6210/20 6211/13
**INDEX [3]** 6066/2
6066/8 6066/13
**Indiana [3]** 6078/25
6082/24 6082/25
**Indianapolis [4]**
6092/16 6101/16
6101/17 6110/9
**indicted [1]** 6163/20
**indictment [1]** 6152/5
**individual [1]** 6151/21
**individuals [1]** 6155/15
**indulgence [1]**
6164/13
**infeasible [1]** 6107/11
**inflaming [3]** 6184/22
6185/1 6185/4
**influence [1]** 6115/22
**info [1]** 6193/3
**information [10]**
6073/18 6074/10
6082/19 6111/11
6111/15 6135/16
6146/4 6146/14
6146/18 6148/19
**informing [1]** 6194/4
**initially [2]** 6170/1
6183/11
**injured [2]** 6115/19
6115/20
**inside [1]** 6129/7
6134/8 6134/21 6135/7
6161/15
**insofar [1]** 6072/20
6073/2
**Instagram [1]** 6146/9
**Institute [1]** 6080/4
**instruction [5]** 6131/11
6131/11 6131/14
6210/7 6210/15
**instructions [3]** 6138/7
6142/11 6142/14
**intel [2]** 6141/12
6177/9
**intended [1]** 6112/24
**intending [1]** 6174/1
**intends [1]** 6072/19
**intention [1]** 6082/5
**intentionality [1]**
6122/14
**interact [1]** 6094/9
**interacted [1]** 6191/17
**interest [3]** 6073/7
6141/7 6141/11
**interfere [3]** 6106/1

6225

**I**

**interfere... [2]** 6119/14
6149/9
**Internet [1]** 6141/22
**interpreted [2]** 6069/17
6073/8
**interrupt [4]** 6075/24
6120/4 6138/8 6198/24
**interrupting [1]**
6119/18
**interview [15]** 6069/19
6069/25 6070/3 6070/4
6070/8 6070/9 6070/14
6070/21 6076/17
6081/23 6130/16
6140/14 6140/16
6140/18 6140/19
**interviewed [3]**
6129/20 6129/21
6129/24
**interviewing [1]**
6130/10
**interviews [1]** 6130/3
**intricate [5]** 6105/9
6105/17 6105/22
6105/25 6152/3
**introduce [4]** 6200/24
6210/4 6210/6 6210/16
**introduced [4]** 6073/21
6117/25 6118/4
6168/25
**involve [1]** 6179/6
**involved [11]** 6081/16
6102/16 6154/3
6165/16 6168/12
6168/16 6169/20
6172/25 6181/1
6190/25 6191/2
**involvement [1]** 6167/8
**Iraq [1]** 6109/18
**is [177]**
**Is there [1]** 6151/6
**Isaacs [12]** 6064/10
6067/10 6067/21
6068/21 6068/24
6070/1 6074/14
6074/18 6074/24
6202/18 6203/20
6210/21
**Isaacs' [8]** 6068/15
6073/23 6074/20
6075/13 6076/9
6076/16 6202/9 6210/8
**isn't [3]** 6193/16
6198/8 6204/4
**isn't that correct [1]**
6204/4
**issue [6]** 6071/11
6080/9 6132/4 6147/6
6187/16 6200/18
**issues [5]** 6068/3
6101/24 6151/4 6152/2
6157/12
**it [254]**
**it's [80]** 6069/21
6070/10 6073/6 6081/1
6081/1 6081/1 6088/5
6088/14 6088/17

6094/2 6095/25 6096/7
6098/21 6100/24
6101/7 6101/10
6102/10 6102/20
6104/4 6105/6 6107/10
6108/25 6114/2 6114/4
6120/22 6122/3 6122/7
6126/24 6128/21
6128/21 6129/6
6134/14 6135/6
6135/21 6135/21
6136/18 6137/7
6137/24 6137/24
6138/11 6139/16
6142/8 6144/16 6146/1
6146/2 6146/17
6148/25 6149/14
6151/10 6153/1 6155/9
6155/21 6155/25
6158/20 6161/5
6163/22 6166/1 6176/2
6176/22 6180/2
6180/21 6181/9
6181/25 6182/10
6189/16 6192/11
6193/3 6195/12
6195/13 6196/13
6201/8 6201/10
6201/15 6202/16
6202/16 6203/12
6208/18 6208/18
**it's like [4]** 6081/1
6088/17 6102/10
6158/20
**items [1]** 6130/9
**its [6]** 6070/15 6071/13
6071/23 6073/2
6146/17 6174/2
**itself [1]** 6074/8

**J**

**jackets [2]** 6202/24
6202/25
**James [20]** 6115/2
6115/7 6115/9 6115/10
6115/22 6116/9 6117/4
6117/6 6118/10
6149/21 6149/25
6150/1 6150/9 6151/12
6152/9 6153/12
6154/19 6158/14
6158/19 6192/7
**James' [1]** 6162/18
**Jan [1]** 6178/21
**Jan. [2]** 6141/2
6142/17
**January [23]** 6071/7
6071/20 6103/19
6103/21 6103/22
6105/23 6106/2
6108/19 6117/17
6118/3 6138/7 6164/5
6164/8 6165/20
6166/19 6168/8
6180/24 6190/24
6193/1 6197/10
6197/17 6198/7

**January 18th [1]**
6198/7
**January 3rd-9th [1]**
6193/1
**January 4th [2]** 6164/5
6164/8
**January 6th [11]**
6103/19 6103/21
6103/22 6105/23
6106/2 6108/19
6117/17 6138/7
6166/19 6180/24
6190/24
**Jeff [22]** 6079/8 6079/9
6079/12 6079/15
6079/20 6080/3
6080/15 6081/10
6082/6 6083/8 6083/8
6085/2 6088/15 6090/3
6093/1 6116/12
6116/13 6186/15
6188/25 6189/2
6189/14 6190/19
**Jeff Morelock [7]**
6079/8 6079/9 6079/12
6079/15 6116/12
6116/13 6186/15
**Jeff Morelock's [1]**
6079/20
**Jefferson [6]** 6064/11
6109/8 6121/12
6121/16 6126/15
6127/1
**Jeffrey [2]** 6062/13
6067/12
**Jeffrey Nestler [1]**
6067/12
**Jericho [18]** 6093/3
6093/7 6094/10
6096/13 6096/22
6096/22 6097/22
6097/23 6098/9
6098/15 6099/18
6099/20 6099/23
6099/24 6101/14
6102/4 6103/7 6103/8
**Jericho March [4]**
6096/22 6097/22
6097/23 6102/4
**Jerry [2]** 6109/15
6109/15
**Jerry's [1]** 6109/14
**Jess [1]** 6192/23
**Jess Watkins [1]**
6192/23
**Jessica [3]** 6191/22
6191/23 6194/19
**Jessica Watkins [3]**
6191/22 6191/23
6194/19
**Jesus [1]** 6102/5
**job [11]** 6084/4
6085/23 6091/8
6091/11 6096/7
6130/15 6131/8
6131/20 6131/23
6150/5 6169/17

6102/18 6102/21
6119/20 6163/24
**Joe [10]** 6113/14
6113/14 6120/17
6121/3 6121/22 6124/4
6128/6 6157/16
6159/24 6162/25
**John [4]** 6063/2 6063/2
6067/15 6090/11
**John Machado [1]**
6067/15
**John Siemens [1]**
6090/11
**johnlmachado [1]**
6063/5
**jokes [1]** 6122/15
**Jones [15]** 6083/12
6086/13 6086/24
6087/1 6108/16 6189/4
6189/4 6189/20
6189/23 6189/25
6190/3 6190/6 6190/9
6190/11 6190/13
**Jones' [1]** 6190/4
**Jones's [1]** 6189/4
**Joseph [1]** 6064/10
**Josh [31]** 6115/2
6115/7 6115/9 6115/10
6115/22 6116/9
6116/11 6117/4 6117/6
6118/10 6148/24
6149/1 6149/21
6149/25 6150/1 6150/9
6150/18 6151/12
6152/8 6152/9 6153/12
6154/19 6158/14
6158/16 6158/19
6159/1 6159/3 6159/4
6159/22 6162/18
6192/7
**Josh James [20]**
6115/2 6115/7 6115/9
6115/10 6115/22
6116/9 6117/4 6117/6
6118/10 6149/21
6149/25 6150/1 6150/9
6151/12 6152/9
6153/12 6154/19
6158/14 6158/19
6192/7
**Josh James' [1]**
6162/18
**Jr [2]** 6064/2 6065/7
**JUDGE [7]** 6062/10
6203/16 6204/9
6204/21 6209/4
6209/24 6211/17
**Juli [4]** 6064/6 6067/18
6068/8 6068/13
**Juli Haller [2]** 6067/18
6068/13
**JULIA [1]** 6064/6
**July [2]** 6070/21
6071/2
**jumped [1]** 6188/3
**jumping [1]** 6097/17
**jury [24]** 6062/9

6075/20 6076/3
6076/25 6077/1 6077/6
6077/7 6131/22
6138/15 6138/25
6139/1 6140/1 6176/14
6176/16 6178/18
6192/21 6202/3 6210/7
6210/12 6210/22
6210/24 6210/25
**just [145]** 6068/3
6068/6 6069/4 6069/6
6069/12 6070/12
6070/16 6071/16
6074/2 6075/9 6076/6
6076/20 6077/4 6079/3
6079/23 6079/23
6085/1 6086/17 6088/8
6088/11 6088/14
6089/3 6090/8 6091/5
6091/6 6091/22
6092/11 6092/19
6096/12 6096/25
6099/5 6099/13
6099/25 6104/12
6106/18 6108/8
6108/17 6110/19
6111/4 6111/6 6111/11
6112/8 6112/13
6113/11 6114/8 6116/8
6118/1 6119/10 6121/4
6122/7 6122/13
6122/14 6123/18
6123/23 6125/6
6125/22 6126/2
6126/21 6128/21
6129/5 6129/6 6131/19
6131/25 6132/16
6133/4 6133/9 6133/24
6134/19 6135/5
6136/12 6136/15
6136/18 6136/18
6137/10 6137/13
6137/24 6141/12
6142/6 6143/20
6143/20 6146/25
6148/13 6149/4
6150/24 6150/25
6151/3 6151/12
6151/17 6151/20
6151/23 6155/8 6156/1
6156/2 6156/25
6157/17 6157/23
6158/9 6158/20
6158/21 6159/1 6160/3
6160/9 6160/15
6160/22 6162/22
6163/22 6164/1 6164/4
6164/6 6164/25
6166/10 6167/25
6172/4 6173/4 6174/17
6176/15 6178/3
6178/11 6178/18
6180/21 6182/1 6184/5
6187/6 6187/14
6193/24 6194/12
6195/4 6197/1 6197/5
6199/20 6199/20

6226

**J**

just... [14] 6199/22
6201/3 6201/13
6201/16 6202/6
6202/9 6202/16
6203/15 6203/18
6204/10 6205/14
6207/24 6209/6 6211/1

**K**

Kailua [1] 6065/9
Kathryn [2] 6062/13
6067/12
Kathryn Rakoczy [1]
6067/12
kathryn.rakoczy [1]
6062/18
keep [12] 6098/25
6099/7 6100/17 6108/1
6131/4 6134/23 6146/1
6146/2 6146/13
6150/11 6152/1 6211/2
Keeper [24] 6084/21
6086/23 6091/15
6097/11 6097/12
6098/15 6113/4 6136/1
6136/4 6136/8 6136/9
6136/22 6141/6
6141/10 6143/18
6162/25 6166/13
6172/11 6181/20
6182/5 6182/7 6182/9
6182/10 6192/4
Keepers [57] 6079/13
6084/19 6086/19
6087/8 6089/9 6089/14
6093/16 6093/20
6094/14 6097/3
6099/14 6099/23
6102/16 6106/5
6108/11 6114/2 6114/7
6116/19 6118/1 6137/2
6137/3 6137/4 6137/21
6143/14 6143/17
6147/12 6147/15
6147/18 6147/21
6147/24 6148/17
6148/20 6148/21
6161/15 6165/16
6171/5 6171/7 6172/1
6178/13 6179/1
6181/24 6183/10
6183/10 6184/8
6184/12 6185/9 6189/1
6189/7 6189/15
6190/18 6191/1
6191/14 6191/20
6192/9 6192/16
6194/16 6194/23
Keepers' [3] 6085/4
6091/24 6123/15
keeping [2] 6091/8
6091/12
keeps [1] 6135/2
Kellies [1] 6078/13
Kelly [26] 6088/15
6089/16 6090/3
6090/15 6091/1

6118/14 6118/17
6126/8 6126/11
6153/24 6154/4 6154/5
6154/6 6154/7 6154/10
6154/11 6154/17
6154/20 6154/21
6154/24 6161/25
6162/24 6191/24
6191/25
Kelly Meggs [14]
6117/16 6117/17
6118/14 6153/24
6154/4 6154/5 6154/10
6154/11 6154/17
6154/20 6154/21
6154/24 6191/24
6191/25
Kellye [42] 6078/10
6078/14 6078/15
6079/9 6083/12 6085/2
6085/9 6086/3 6091/25
6092/1 6092/19
6092/20 6093/11
6096/21 6096/24
6120/18 6127/13
6167/3 6167/9 6167/10
6167/16 6168/11
6169/24 6170/2
6170/23 6186/2 6186/5
6186/15 6188/13
6189/2 6189/3 6189/3
6189/4 6189/14
6189/16 6190/5 6190/7
6190/8 6190/9 6190/11
6190/12 6190/18
Kellye SoRelle [15]
6078/10 6085/9 6086/3
6091/25 6092/1
6120/18 6167/9
6167/10 6167/16
6170/2 6170/23 6186/2
6186/5 6186/15
6189/16
Kellye SoRelle's [3]
6079/9 6188/13
6190/18
kept [1] 6103/13
key [4] 6175/2 6175/9
6175/10 6175/21
kicked [1] 6119/9
kind [36] 6069/25
6081/3 6082/10 6087/7
6087/11 6090/6 6090/9
6090/12 6091/4 6092/5
6099/9 6101/4 6101/5
6106/19 6108/25
6110/19 6113/20
6115/12 6115/12
6118/24 6120/25
6121/5 6122/14
6123/18 6124/8
6129/11 6131/9
6137/17 6137/23
6145/22 6147/23
6166/1 6169/24
6182/16 6187/14
6187/17

6084/18 6095/15
6118/7 6118/10
6120/16 6154/13
6154/14 6159/12
6160/15 6160/22
6161/4 6175/3 6188/20
know [313]
knowing [1] 6118/24
knowledge [2] 6134/4
6143/18
knowledgeable [1]
6080/8
known [3] 6072/24
6169/6 6194/24
knows [1] 6070/13
Kosovo [2] 6080/7
6080/16

**L**

L. [1] 6067/11
lacks [2] 6185/20
6192/10
ladies [2] 6109/13
6201/23
lady [5] 6110/22
6110/23 6111/5 6111/6
6189/21
landing [1] 6132/4
Landon [21] 6112/19
6113/13 6113/13
6113/14 6113/14
6113/16 6113/16
6113/18 6120/17
6121/3 6121/22
6122/10 6122/13
6122/14 6122/17
6122/23 6124/3 6128/6
6157/16 6159/23
6162/24
Landon Bentley [2]
6113/16 6113/18
large [1] 6185/12
Las [1] 6130/15
LaSorsa [2] 6080/5
6080/16
last [15] 6068/16
6069/3 6070/16 6072/8
6076/7 6081/9 6086/6
6132/13 6137/8 6137/8
6141/18 6159/22
6162/3 6162/5 6198/14
late [6] 6071/18 6072/1
6072/17 6108/6
6108/13 6168/9
later [13] 6070/11
6081/20 6083/6
6092/22 6104/6 6114/1
6144/6 6160/24
6161/24 6162/6
6168/22 6169/7 6190/2
Latinas [1] 6122/21
latter [1] 6178/18
laughed [1] 6108/1
Laura [2] 6063/9
6067/9
Laura Steele [1]

6063/10 6064/2 6064/6
6064/15 6065/3 6065/7
6069/17 6069/22
6069/24 6073/3
6102/23 6105/10
6178/7 6182/6
Lawn [1] 6065/3
layout [1] 6158/4
leader [15] 6105/13
6118/18 6150/12
6166/12 6166/16
6166/19 6166/22
6166/25 6167/1
6169/16 6169/17
6185/9 6191/19 6192/9
6192/15
leaders [1] 6166/25
leadership [1] 6104/18
leading [5] 6168/7
6188/15 6188/18
6188/19 6194/11
Leads [1] 6179/13
leagues [1] 6102/19
learn [3] 6079/18
6079/20 6133/15
learned [3] 6160/24
6162/6 6169/8
least [13] 6069/1
6069/13 6069/24
6070/8 6070/17
6070/21 6071/20
6079/4 6118/20
6169/17 6197/16
6202/7 6202/24
leave [5] 6107/21
6127/18 6137/8
6157/14 6183/20
leaving [4] 6081/11
6088/3 6089/17
6123/17
led [3] 6117/15
6117/16 6191/7
Lee [1] 6065/7
left [27] 6081/10
6081/20 6082/24
6083/10 6087/2 6087/3
6089/9 6090/9 6090/18
6092/5 6092/6 6092/18
6093/2 6101/13
6101/13 6106/9 6119/8
6121/1 6121/3 6121/5
6126/11 6127/13
6169/4 6170/9 6170/11
6170/13 6181/12
legitimized [1] 6093/17
Leigh [1] 6062/13
less [1] 6109/18
let [18] 6069/12
6086/16 6087/12
6102/13 6109/4
6111/23 6114/15
6115/8 6128/13
6130/18 6130/23
6145/20 6149/19
6150/7 6178/5 6194/22
6202/19 6211/15
let's [30] 6076/1

6096/16 6093/5
6096/12 6096/12
6102/25 6103/16
6106/9 6110/3 6119/4
6119/4 6120/6 6121/20
6131/15 6133/4 6146/9
6152/13 6155/13
6164/6 6164/16
6178/18 6181/6
6191/13 6192/19
6195/2 6197/5 6197/7
6201/16 6201/17
6207/16
let's see [1] 6207/16
letting [1] 6068/10
level [2] 6118/11
6118/15
liaison [1] 6171/2
liaisoning [1] 6171/4
lie [1] 6120/1
lift [3] 6187/19 6187/21
6188/4
light [1] 6074/3
lighting [1] 6089/6
like [151] 6078/21
6079/10 6080/14
6080/14 6080/15
6081/1 6081/3 6081/6
6081/6 6081/10
6081/13 6081/22
6081/23 6082/7
6082/15 6083/6
6084/24 6086/8 6087/5
6087/8 6087/10 6088/7
6088/15 6088/16
6088/17 6089/12
6092/13 6092/20
6092/22 6093/16
6093/20 6093/21
6094/1 6094/3 6094/4
6095/17 6096/4 6096/9
6097/23 6098/3 6098/4
6099/25 6100/5
6100/20 6101/5 6101/5
6101/7 6101/22
6101/25 6102/2 6102/4
6102/4 6102/7 6102/10
6102/19 6102/19
6104/1 6104/4 6105/8
6105/11 6106/25
6107/23 6108/12
6108/24 6108/25
6110/16 6114/12
6114/14 6115/6
6115/14 6116/9
6116/15 6117/1 6117/4
6117/5 6117/12
6118/20 6121/23
6121/24 6121/24
6123/19 6124/12
6125/25 6126/20
6126/24 6127/2 6127/7
6127/12 6127/18
6127/25 6128/1 6128/4
6128/16 6128/20
6128/20 6128/21
6129/12 6135/5
6137/13 6137/23

**L**

like... [51] 6138/2
6141/12 6144/24
6144/24 6145/25
6149/15 6150/20
6152/3 6152/21 6158/9
6158/20 6158/20
6158/21 6158/21
6159/1 6159/18
6160/14 6160/14
6160/19 6160/21
6160/22 6161/1 6161/5
6161/23 6163/2 6163/3
6163/4 6163/21
6165/23 6166/2 6166/2
6166/2 6170/14
6172/23 6172/24
6173/4 6174/3 6176/25
6176/25 6177/18
6181/7 6183/23 6184/5
6190/20 6194/18
6196/7 6200/14
6202/13 6202/23
6207/9 6211/2
**liked** [5] 6115/12
**likeness** [1] 6210/11
**limine** [3] 6071/4
6071/11 6072/25
**limited** [1] 6074/9
**limiting** [3] 6131/10
6210/6 6210/14
**line** [9] 6068/5 6068/12
6077/11 6128/11
6128/18 6128/23
6129/4 6160/21
6161/12
**link** [4] 6158/16
6158/17 6160/3 6161/8
**linked** [3] 6096/23
6162/17 6189/7
**linking** [1] 6086/13
**list** [1] 6197/2
**listed** [3] 6172/7
6175/5 6178/20
**listen** [3] 6091/20
6107/16 6107/17
**listened** [2] 6085/15
6102/15
**little** [21] 6093/19
6093/23 6098/8 6099/9
6104/17 6115/12
6115/15 6121/24
6129/14 6138/12
6149/11 6152/7 6158/8
6162/19 6169/5 6175/7
6179/19 6181/6
6182/12 6183/8
6201/14
**LLP** [1] 6063/6
**loaded** [1] 6109/19
**lobby** [1] 6082/20
**local** [1] 6108/5
**location** [3] 6112/25
6123/8 6157/18
**log** [2] 6134/13
6134/14
**logistically** [2] 6101/10
6107/10

**long** [13] 6072/24
6076/17 6077/11
6081/8 6081/9 6086/6
6124/2 6126/14 6130/3
6156/3 6182/2 6196/21
6209/17
**longer** [5] 6127/15
6127/16 6128/18
6144/20 6159/19
**look** [16] 6091/5
6128/2 6128/18 6138/5
6139/7 6157/13 6165/1
6184/4 6196/8 6199/21
6200/15 6201/19
6205/21 6206/12
6209/18 6211/15
**looked** [11] 6127/25
6137/9 6192/9 6192/13
6192/14 6192/15
6194/20 6202/3
6202/23 6208/14
6208/23
**looking** [17] 6090/17
6137/25 6143/20
6148/7 6151/14
6159/11 6161/6
6163/25 6172/12
6173/2 6178/12 6195/4
6201/3 6201/13
6203/13 6203/14
6203/18
**looks** [1] 6208/13
**loose** [1] 6142/24
**losing** [1] 6131/23
**lost** [2] 6122/4 6196/1
**lot** [27] 6084/21 6091/5
6091/15 6091/16
6093/23 6100/10
6111/2 6114/2 6123/19
6127/6 6127/8 6133/24
6149/24 6171/25
6172/14 6178/3
6179/25 6182/9
6182/12 6183/11
6183/13 6183/15
6183/19 6184/16
6184/21 6185/14
6196/14
**lots** [1] 6102/14
**loud** [1] 6119/10
**Louis** [2] 6062/15
6067/13
**Louis Manzo** [1]
6067/13
**Louisville** [28] 6078/1
6078/2 6078/4 6104/21
6117/20 6117/21
6118/6 6118/19
6166/17 6168/7
6169/17 6178/25
6179/2 6179/3 6181/2
6181/17 6182/14
6182/16 6186/19
6186/24 6187/1
6191/10 6191/15
6191/23 6191/24
6191/25 6192/2 6192/5

**low-hanging** [1]
6126/1
**Lower** [1] 6126/19
**Lower Senate Park** [1]
6126/19
**lunch** [4] 6201/24
6201/25 6209/22
6211/16
**lurch** [3] 6170/9
6170/11 6170/13

**M**

**ma'am** [1] 6193/17
**Machado** [4] 6063/2
6063/2 6067/15
6209/15
**mad** [1] 6090/12
**made** [27] 6069/7
6070/8 6070/20 6071/3
6071/6 6071/20 6072/3
6073/15 6073/17
6073/24 6074/9
6074/24 6076/14
6081/5 6082/10 6083/8
6085/17 6092/19
6094/14 6105/4
6105/12 6109/25
6142/14 6157/12
6161/21 6171/1
6198/15
**MAGA** [26] 6083/18
6085/6 6085/13
6085/18 6086/11
6086/12 6089/17
6090/4 6092/12
6097/24 6100/2 6100/4
6100/6 6100/12
6106/19 6107/15
6108/16 6115/10
6142/14 6179/10
6186/21 6188/7 6188/8
6189/6 6189/23 6190/4
**magnitude** [1] 6089/13
**make** [11] 6069/6
6076/5 6076/15 6104/7
6111/10 6112/17
6119/22 6131/4 6164/6
6198/17 6201/18
**makeshift** [1] 6089/2
**making** [2] 6152/4
6157/19
**man** [16] 6088/16
6091/2 6102/10 6111/4
6150/21 6156/5
6171/10 6171/22
6182/2 6185/6 6186/18
6188/6 6191/6 6203/22
6203/25 6204/7
**mandatory** [1] 6192/25
**manipulated** [1]
6075/20
**manpower** [6] 6099/2
6106/14 6113/8
6122/24 6157/9
6157/11
**many** [9] 6105/8
6116/6 6129/22

**Manzo** [2] 6062/15
6067/13
**Maps** [1] 6146/10
**march** [36] 6062/5
6070/16 6071/3
6083/11 6083/18
6085/6 6085/13
6085/18 6086/16
6086/11 6086/12
6086/19 6087/15
6087/18 6089/17
6090/4 6092/12
6096/22 6097/22
6097/23 6097/24
6100/2 6100/4 6100/6
6100/12 6102/4
6106/19 6107/15
6108/16 6115/10
6120/9 6142/14 6189/6
6189/23 6190/4 6212/7
**Marcia** [1] 6189/21
**mark** [1] 6070/10
**material** [3] 6070/5
6070/5 6071/14
**materials** [1] 6071/8
**matter** [5] 6069/24
6081/4 6092/11 6180/6
6212/4
**may** [13] 6073/16
6073/19 6073/21
6077/11 6129/23
6129/24 6129/25
6130/1 6136/21
6140/13 6169/6
6201/13 6201/14
**maybe** [29] 6080/17
6081/10 6083/6
6092/14 6092/14
6097/21 6099/7
6103/25 6107/7 6108/5
6108/12 6117/6
6118/19 6129/11
6129/12 6129/12
6130/17 6131/1
6141/19 6141/20
6156/5 6156/6 6172/22
6172/23 6177/18
6179/1 6180/5 6192/13
6196/7
**McDonald's** [1] 6120/9
**me** [177]
**mean** [72] 6080/9
6080/15 6082/14
6094/7 6096/1 6096/7
6097/5 6099/25 6100/5
6101/10 6102/5
6102/20 6102/20
6103/6 6103/9 6106/17
6109/19 6113/16
6115/13 6116/13
6119/7 6119/17
6122/18 6124/3
6124/10 6125/22
6126/24 6128/8 6129/6
6132/3 6142/2 6142/8

**Manzo** [2] 6062/15
6067/13 ... 6143/25
6144/16 6149/11
6149/16 6149/17
6151/9 6151/11 6153/1
6153/7 6155/18
6155/21 6156/8
6160/19 6161/2 6161/5
6163/23 6165/22
6165/24 6166/1 6166/7
6170/13 6171/13
6171/16 6172/21
6174/4 6177/21
6180/21 6181/25
6182/10 6184/4
6185/23 6192/13
6192/13 6192/14
6195/12 6200/4
6207/23 6208/20
6209/10
**means** [1] 6141/15
**meant** [4] 6164/5
6164/7 6208/12
6208/13
**mechanical** [1]
6065/16
**media** [1] 6163/1
6185/4
**medical** [1] 6109/20
**meet** [19] 6097/15
6097/16 6105/14
6110/20 6115/9
6117/19 6121/23
6121/24 6122/3 6122/4
6122/6 6122/6 6122/8
6157/22 6157/23
6183/15 6199/11
6203/21 6204/6
**meet-up** [2] 6122/3
6122/6
**meeting** [4] 6085/1
6111/3 6204/14
6204/15
**meets** [2] 6205/11
6205/12
**Meggs** [18] 6064/2
6067/10 6067/19
6068/7 6117/16
6117/17 6118/14
6153/24 6154/4 6154/5
6154/10 6154/11
6154/17 6154/20
6154/21 6154/24
6191/24 6191/25
**MEHTA** [2] 6062/10
6067/3
**member** [3] 6079/12
6163/3 6192/16
**members** [11] 6084/19
6084/21 6086/18
6086/23 6087/6 6095/6
6147/12 6147/15
6147/18 6161/14
6167/7
**membership** [1]
6114/21
**Memorial** [5] 6109/8
6121/12 6121/16
6126/15 6127/1

**memory [3]** 6072/10 6196/16 6196/19
**men [1]** 6109/14
**mention [3]** 6083/9 6085/17 6161/21
**mentioned [5]** 6080/18 6100/1 6102/13 6140/7 6181/1
**Merit [1]** 6065/11
**message [16]** 6137/9 6138/4 6142/4 6142/16 6143/10 6152/13 6152/14 6152/16 6159/12 6192/24 6193/5 6197/10 6197/19 6199/22 6200/16 6201/4
**messages [21]** 6135/17 6136/22 6137/10 6137/18 6137/21 6138/2 6138/2 6138/5 6143/6 6145/11 6145/14 6145/17 6147/14 6147/17 6148/3 6175/19 6191/1 6196/24 6198/19 6198/25 6200/15
**messaging [1]** 6137/13
**met [44]** 6079/7 6079/16 6079/21 6082/6 6083/10 6084/16 6084/24 6093/25 6097/6 6097/16 6097/21 6097/22 6097/23 6110/14 6110/17 6115/10 6117/17 6117/18 6118/19 6122/17 6122/23 6122/25 6157/24 6165/9 6165/10 6186/12 6188/23 6190/2 6191/14 6191/16 6191/19 6191/22 6191/23 6191/24 6191/25 6192/2 6192/3 6192/4 6192/4 6192/5 6202/23 6203/3 6203/25 6204/1
**MG [1]** 6139/20
**MG120 [2]** 6139/25 6140/3
**Michael [8]** 6065/2 6067/11 6077/17 6077/17 6095/19 6165/2 6165/3 6165/6
**Michael Greene [1]** 6165/3
**Michael L. Greene [1]** 6067/11
**Michigan [6]** 6078/7 6078/23 6081/11 6081/16 6083/10 6186/16
**microphone [1]** 6139/11
**microphones [1]**

**mid [1]** 6093/7
**mid-December [1]** 6093/7
**midday [2]** 6112/17 6121/18
**middle [1]** 6206/20
**might [12]** 6099/4 6099/10 6099/14 6141/7 6154/24 6164/4 6165/6 6165/6 6169/5 6194/12 6198/14 6199/14
**miles [2]** 6100/11 6100/14
**military [15]** 6084/23 6095/10 6095/12 6095/16 6115/7 6115/11 6122/2 6150/8 6151/6 6179/21 6180/4 6180/7 6180/19 6193/13 6193/19
**millimeter [1]** 6182/18
**Million [25]** 6083/18 6085/6 6085/13 6085/18 6086/16 6086/11 6086/12 6089/17 6090/4 6092/12 6097/24 6100/2 6100/4 6100/6 6100/12 6106/19 6107/15 6108/16 6115/10 6142/14 6186/21 6188/7 6188/8 6189/6 6189/23 6190/4
**Million MAGA [5]** 6100/4 6186/21 6188/7 6188/8 6189/23
**Million MAGA March [19]** 6083/18 6085/6 6085/13 6085/18 6086/11 6086/12 6089/17 6090/4 6092/12 6097/24 6100/2 6100/6 6100/12 6106/19 6107/15 6108/16 6115/10 6142/14 6189/6
**mind [4]** 6150/22 6154/7 6154/9 6160/2
**mine [5]** 6121/9 6135/6 6149/2 6171/11 6171/14
**minimize [1]** 6178/17
**Minuta [2]** 6097/15 6097/16
**minute [6]** 6068/23 6181/10 6183/7 6183/8 6183/12 6201/10
**minutes [9]** 6069/2 6109/10 6109/17 6109/18 6124/6 6129/7 6142/5 6156/6 6202/6
**miss [2]** 6195/13 6195/14
**missed [6]** 6072/24 6126/12 6127/10 6127/12

**missing [3]** 6062/25 6108/8 6108/9
**mission [10]** 6085/24 6086/2 6086/7 6123/15 6143/23 6144/1 6144/19 6144/25 6145/4 6145/6
**mode [1]** 6142/15
**moment [5]** 6138/21 6162/1 6164/1
**monitoring [1]** 6137/3
**months [3]** 6070/22 6129/19 6180/5
**more [21]** 6069/10 6079/18 6080/11 6080/11 6086/17 6091/13 6093/19 6099/9 6099/14 6104/18 6111/1 6120/23 6122/8 6129/6 6131/1 6157/2 6160/9 6160/13 6166/12 6175/3 6196/24
**Morelock [10]** 6079/8 6079/9 6079/12 6079/15 6116/11 6116/12 6116/13 6118/8 6118/8 6186/15 6186/16 6186/16
**Morelock's [1]** 6079/20
**morning [30]** 6062/7 6067/4 6067/24 6068/1 6077/10 6077/12 6077/24 6106/24 6110/25 6120/7 6120/19 6120/21 6121/1 6121/7 6122/18 6123/10 6125/6 6126/4 6138/11 6149/24 6154/16 6159/6 6164/20 6164/21 6164/8 6194/18 6198/15 6198/16 6200/13 6211/2
**most [12]** 6073/9 6074/3 6089/9 6117/10 6123/10 6127/4 6133/17 6133/17 6183/24 6183/24 6205/2 6207/1
**mostly [1]** 6088/25
**motion [10]** 6071/3 6071/10 6071/17 6071/20 6072/6 6072/11 6072/14 6072/17 6072/24 6072/25
**motocross [1]** 6089/1
**Motorola [1]** 6094/4
**move [16]** 6103/16 6121/17 6122/25 6127/9 6133/4 6139/19 6150/19 6150/20 6150/21 6152/3 6153/2 6156/25 6162/3 6162/12 6162/18 6197/23
**moved [6]** 6091/2 6092/22 6121/18

**movement [3]** 6151/20 6151/20 6199/9
**movements [2]** 6152/1 6205/8
**moving [5]** 6116/17 6126/9 6133/3 6150/25 6159/10
**Mr [8]** 6170/12 6171/15 6174/12 6200/5 6202/9 6205/20 6209/7 6209/15
**Mr. [76]** 6068/21 6068/24 6070/1 6073/23 6074/14 6074/18 6074/20 6075/13 6075/18 6076/2 6076/9 6076/14 6077/15 6077/24 6095/11 6131/20 6132/3 6138/8 6138/10 6139/4 6139/9 6140/6 6162/4 6164/20 6165/21 6167/11 6167/13 6168/6 6169/12 6170/18 6170/21 6171/1 6171/9 6171/10 6171/11 6171/25 6174/8 6174/21 6175/15 6175/16 6175/18 6176/19 6177/10 6179/19 6186/3 6186/3 6188/6 6188/15 6188/18 6188/21 6190/23 6191/17 6191/19 6197/10 6198/5 6198/20 6199/2 6199/5 6199/8 6200/23 6201/4 6202/18 6202/18 6203/20 6203/25 6204/20 6206/17 6209/15 6210/21 6210/21
**Mr. Alexander [1]** 6203/25
**Mr. Bentley [2]** 6171/9 6171/18
**Mr. Flynn [1]** 6095/11
**Mr. Green [1]** 6202/10
**Mr. Greene [19]** 6075/18 6076/2 6077/24 6131/20 6138/10 6139/9 6140/6 6162/4 6164/20 6174/21 6175/18 6176/19 6197/10 6198/5 6198/20 6199/8 6200/23 6202/4
**Mr. Greene's [5]** 6077/14 6175/15 6199/2 6199/5 6201/4
**Mr. Isaacs [9]** 6068/21 6068/24 6070/1

**6074/14 6074/18 6074/24 6202/18 6203/20 6210/21
**Mr. Isaacs' [6]** 6073/23 6074/20 6075/13 6076/9 6076/16 6210/8
**Mr. Machado [1]** 6209/15
**Mr. Nestler [1]** 6206/17
**Mr. Rhodes [18]** 6165/21 6167/11 6167/13 6169/12 6170/18 6170/21 6171/1 6171/10 6171/25 6177/10 6186/3 6188/6 6188/15 6188/18 6188/19 6188/21 6190/23 6191/17
**Mr. Rhodes' [3]** 6168/6 6171/22 6175/16
**Mr. Rossi [2]** 6202/10 6204/20
**Mr. Shipley [5]** 6077/15 6132/3 6138/8 6139/4 6174/8
**Mr. Smith [2]** 6186/3 6191/19
**Ms [2]** 6068/7 6176/15
**Ms. [17]** 6081/9 6131/17 6164/16 6168/12 6168/15 6169/7 6173/22 6176/1 6176/3 6179/16 6186/6 6188/20 6193/9 6194/1 6194/24 6198/24 6200/13
**Ms. Haller [1]** 6176/1
**Ms. Rakoczy [6]** 6131/17 6164/16 6173/22 6176/3 6198/24 6200/13
**Ms. Rouhi [1]** 6179/16
**Ms. SoRelle [6]** 6081/9 6168/12 6168/15 6169/7 6186/8 6188/20
**Ms. Watkins [3]** 6193/9 6194/1 6194/24
**much [4]** 6121/15 6127/15 6127/16 6138/13
**multiple [2]** 6190/24 6207/11
**must [1]** 6076/24
**my [65]** 6069/10 6079/22 6081/2 6090/16 6091/4 6092/4 6095/3 6095/12 6101/9 6102/20 6108/21 6110/2 6111/10 6114/3 6124/21 6126/21 6130/18 6130/18 6131/1 6131/8 6133/2 6134/4 6134/6 6135/5 6135/8 6135/12 6135/13 6135/14 6135/15 6135/16 6135/17 6135/20

## M

my... [33] 6136/10
6136/21 6136/24
6137/6 6138/20
6141/10 6142/13
6143/1 6143/18 6147/3
6148/13 6154/7 6160/2
6163/24 6164/1
6166/15 6167/8 6177/2
6177/3 6178/3 6178/13
6186/17 6187/5
6188/10 6189/12
6190/22 6193/2
6193/19 6194/20
6194/21 6196/15
6196/18 6196/18
myself [2] 6125/18
6208/8

## N

name [12] 6078/9
6079/7 6090/10 6155/6
6161/22 6162/1 6165/2
6165/2 6165/5 6165/7
6196/12 6196/13
named [2] 6109/15
6167/6
names [3] 6068/11
6172/7 6202/24
National [1] 6082/17
NCO [1] 6193/24
near [1] 6109/10
nearly [1] 6076/17
necessarily [1] 6198/8
need [16] 6085/18
6091/4 6096/4 6096/8
6100/1 6106/12
6125/19 6131/3 6143/3
6151/18 6151/19
6153/4 6175/14 6176/8
6199/16 6209/20
needed [11] 6095/23
6110/21 6111/16
6125/16 6136/5 6144/2
6144/3 6156/13
6156/14 6170/14
6207/4
needing [1] 6143/23
needs [1] 6101/2
Negative [2] 6169/22
6187/25
negotiated [1] 6069/20
neither [1] 6209/15
Nestler [3] 6062/13
6067/12 6206/17
network [16] 6141/19
6141/20 6141/23
6141/25 6143/1 6146/1
6146/2 6146/3 6146/7
6146/13 6146/14
6146/15 6146/16
6146/17 6146/25
6147/1
network's [1] 6145/25
never [16] 6084/6
6090/16 6124/13
6124/14 6124/14
6124/20 6150/22

6155/11 6156/20
6160/4 6189/7 6193/25
6204/3
new [2] 6133/25
6162/25
newer [1] 6151/1
news [6] 6081/23
6167/25 6184/3
6195/14 6195/17
6195/19
newspaper [1]
6184/10
next [16] 6078/2
6081/25 6083/5 6088/3
6088/5 6093/6 6111/18
6111/20 6111/21
6132/6 6132/3 6139/20
6147/7 6161/17 6200/1
6201/2
nice [3] 6131/8
6163/23 6201/25
night [13] 6068/17
6069/3 6076/8 6081/21
6097/24 6100/19
6110/12 6110/17
6111/13 6114/1 6119/6
6190/12 6198/14
nine [1] 6070/10
nine-second [1]
6070/10
no [125] 6062/4
6069/18 6069/22
6070/7 6070/13 6071/1
6071/3 6071/10
6071/20 6072/10
6079/17 6079/17
6080/5 6081/3 6085/7
6085/25 6088/11
6089/7 6090/1 6092/18
6095/14 6095/25
6097/5 6098/2 6098/2
6099/20 6102/24
6105/24 6106/3 6106/7
6108/21 6108/24
6110/2 6113/9 6114/6
6114/6 6114/22 6117/3
6117/3 6118/16 6119/7
6119/7 6119/16
6119/16 6121/2 6121/2
6122/12 6123/3 6123/3
6123/6 6124/18
6124/18 6124/18
6130/8 6131/21
6132/22 6133/24
6134/4 6134/22 6136/3
6137/22 6139/24
6141/16 6142/21
6143/15 6143/18
6144/19 6145/8
6147/22 6149/8
6150/22 6152/11
6153/18 6153/21
6157/6 6157/10
6157/23 6158/2 6159/4
6159/6 6160/2 6160/2
6160/16 6161/16
6162/22 6163/18

6168/17 6168/17
6168/17 6168/17
6168/24 6172/12
6173/19 6175/24
6178/2 6178/15
6179/11 6183/13
6184/3 6184/20
6184/24 6186/7
6186/10 6188/22
6189/2 6189/24
6194/25 6195/15
6195/25 6196/2
6196/16 6199/8
6201/12 6205/6
6205/18 6205/19
6206/5 6206/9 6206/11
6207/2 6207/2 6207/5
6207/10
No. [2] 6067/7 6067/8
nobody [4] 6107/23
6108/24 6112/16
6122/23
noise [2] 6149/4
6149/5
noisy [3] 6154/23
6154/23 6154/24
non [1] 6208/14
non-violent [1]
6208/14
noncommissioned [1]
6193/24
north [16] 6083/11
6125/3 6160/19 6185/9
6185/24 6186/2 6186/6
6186/9 6186/9 6186/12
6186/16 6186/18
6187/12 6187/14
6187/15 6191/20
North Carolina [14]
6083/11 6185/9
6185/24 6186/2 6186/6
6186/9 6186/9 6186/12
6186/16 6186/16
6187/12 6187/14
6187/15 6191/20
northeast [1] 6161/11
not [147] 6068/21
6069/7 6069/11
6069/19 6069/20
6069/21 6070/5 6070/5
6070/15 6070/23
6071/11 6071/12
6071/22 6073/3 6074/4
6074/13 6074/17
6074/21 6075/1
6085/22 6085/23
6095/25 6098/12
6099/20 6100/13
6100/18 6100/22
6101/20 6107/9
6108/25 6109/13
6109/25 6119/20
6120/3 6120/4 6123/6
6124/12 6126/10
6127/12 6128/15
6129/19 6131/17
6132/2 6132/6 6132/7

6132/16 6132/21
6132/24 6133/5
6133/24 6134/4
6134/11 6135/21
6137/11 6137/24
6137/25 6138/2 6138/5
6141/17 6143/23
6144/8 6144/9 6144/17
6144/19 6146/1
6147/11 6147/20
6147/24 6148/17
6150/22 6153/3
6155/21 6155/23
6158/6 6159/7 6159/9
6160/10 6160/13
6163/3 6165/6 6165/22
6165/25 6166/2 6167/2
6168/17 6169/6
6171/11 6174/19
6174/21 6175/6 6176/1
6176/2 6177/21
6179/25 6180/1 6182/2
6184/6 6184/21 6185/2
6186/4 6186/7 6186/11
6189/19 6190/3
6190/17 6190/22
6191/3 6192/16
6195/12 6196/9 6196/9
6196/18 6196/18
6196/24 6198/9
6198/16 6199/2 6200/9
6200/12 6201/5 6201/6
6202/17 6203/12
6203/13 6203/13
6203/21 6203/25
6204/8 6204/9 6204/13
6205/24 6206/1
6206/17 6206/17
6206/23 6208/12
6208/15 6208/17
6208/18 6208/21
6208/24 6209/17
6210/7 6210/11 6211/9
note [3] 6072/21
6136/20 6175/22
noted [1] 6190/24
nothing [8] 6091/21
6109/11 6119/12
6122/8 6131/22 6142/7
6189/17 6190/15
notifications [4]
6136/7 6136/10
6136/18 6136/19
notify [1] 6154/6
November [23]
6083/18 6084/10
6097/18 6166/23
6166/23 6167/1
6167/17 6168/9
6169/18 6169/21
6189/17 6190/16
6190/25 6191/3 6191/4
6191/7 6192/8 6192/23
6193/7 6195/4 6195/9
6195/20 6197/17
November 14th [2]
6084/10 6167/1

6192/23 6195/4
now [57] 6072/20
6076/2 6077/13
6086/12 6086/16
6089/16 6092/8
6099/17 6099/21
6102/3 6105/20 6108/4
6108/15 6109/6
6109/23 6115/2 6115/7
6116/9 6119/24
6120/10 6134/16
6135/14 6135/19
6136/20 6136/24
6146/19 6146/20
6150/6 6150/24 6151/1
6151/16 6153/22
6154/13 6155/13
6157/4 6157/7 6158/18
6159/5 6160/8 6161/24
6167/4 6167/16
6167/25 6168/6
6176/15 6178/9 6181/1
6181/9 6183/18 6185/6
6186/24 6187/4
6189/11 6194/14
6198/21 6201/17
6201/24
nuanced [2] 6208/18
6208/19
nuisance [1] 6136/19
number [20] 6134/17
6134/18 6134/22
6134/24 6135/3 6135/5
6135/9 6135/12
6139/21 6170/4
6172/20 6175/5 6179/5
6191/14 6197/11
6197/13 6197/13
6197/16 6199/2 6200/8
number two [1] 6170/4
numbering [2] 6201/9
6201/14
numbers [2] 6099/3
6199/21
NW [7] 6062/16 6063/3
6063/11 6064/3 6064/7
6064/11 6065/13

## O

Oak [1] 6065/3
Oath [84] 6079/13
6084/19 6084/21
6085/4 6086/19
6086/23 6087/8 6089/9
6089/14 6091/15
6091/24 6093/16
6093/20 6094/14
6097/3 6097/11
6097/12 6098/15
6099/14 6099/23
6102/16 6106/5
6108/11 6113/4 6114/2
6114/7 6116/19 6118/1
6123/15 6136/1 6136/4
6136/8 6136/9 6136/22
6137/2 6137/3 6137/4
6137/21 6141/6

**Oath... [45]** 6141/10
6143/14 6143/17
6143/18 6147/12
6147/15 6147/18
6147/21 6147/24
6148/17 6148/20
6148/21 6161/15
6162/25 6165/16
6166/13 6171/5 6171/7
6172/1 6172/11
6178/13 6179/1
6181/20 6181/24
6182/5 6182/7 6182/9
6182/10 6183/10
6183/10 6184/8
6184/12 6185/9 6189/1
6189/7 6189/15
6190/18 6191/1
6191/14 6191/20
6192/4 6192/9 6192/16
6194/16 6194/23
**Oath Keeper [24]**
6084/21 6086/23
6091/15 6097/11
6097/12 6098/15
6113/4 6136/1 6136/4
6136/8 6136/9 6136/22
6141/6 6141/10
6143/18 6162/25
6166/13 6172/11
6181/20 6182/5 6182/7
6182/9 6182/10 6192/4
**Oath Keepers [57]**
6079/13 6084/19
6086/19 6087/8 6089/9
6089/14 6093/16
6093/20 6094/14
6097/3 6099/14
6099/23 6102/16
6106/5 6108/11 6114/2
6114/7 6116/19 6118/1
6137/2 6137/3 6137/4
6137/21 6143/14
6143/17 6147/12
6147/15 6147/18
6147/21 6147/24
6148/17 6148/20
6148/21 6161/15
6165/16 6171/5 6171/7
6172/1 6178/13 6179/1
6181/24 6183/10
6183/10 6184/8
6184/12 6185/9 6189/1
6189/7 6189/15
6190/18 6191/1
6191/14 6191/20
6192/9 6192/16
6194/16 6194/23
**Oath Keepers' [3]**
6085/4 6091/24
6123/15
**object [1]** 6211/6
**objection [17]** 6070/7
6070/13 6070/15
6071/3 6072/10
6098/20 6139/24
6162/3 6162/12 6173/9

6174/8 6176/21
6185/20 6192/10
6197/25
**objections [1]** 6203/19
**obligated [1]** 6073/3
**obligation [1]** 6198/16
**observation [3]** 6076/5
6076/15 6076/20
**observe [1]** 6186/24
**observing [1]** 6167/23
**obviously [2]** 6160/10
6191/17
**off [24]** 6077/3 6086/23
6087/9 6100/23
6101/11 6101/12
6106/10 6113/24
6113/25 6128/15
6135/19 6136/10
6136/19 6138/3 6142/4
6146/25 6147/1 6147/8
6152/22 6153/2 6164/2
6164/14 6196/18
6201/14
**offer [1]** 6084/3
**office [6]** 6062/15
6063/2 6063/10
6064/15 6148/10
6148/11
**officer [6]** 6080/7
6080/15 6088/7
6193/14 6193/20
6193/23
**officers [5]** 6091/5
6128/20 6143/13
6161/13 6207/20
**OFFICES [2]** 6064/6
6065/7
**Official [1]** 6065/12
**often [1]** 6151/24
**oh [5]** 6148/11 6150/22
6150/23 6170/15
6209/8
**Ohio [7]** 6191/22
6192/25 6194/5 6203/2
6203/4 6203/10 6209/7
**Ohio Regulars [1]**
6192/25
**Oil [1]** 6176/24
**OK [4]** 6179/6 6179/10
6179/13 6202/25
**okay [132]** 6067/24
6068/4 6069/1 6075/3
6077/8 6078/8 6079/1
6079/11 6079/25
6081/14 6083/1
6083/16 6083/20
6083/23 6084/2 6084/8
6084/14 6085/10
6086/1 6088/24
6089/15 6093/4
6093/14 6094/8
6094/22 6096/15
6097/7 6097/14
6097/20 6098/13
6103/15 6103/17
6104/4 6104/23 6105/1
6106/8 6108/22 6110/3

6113/19 6114/18
6115/25 6116/5 6117/7
6117/23 6118/20
6119/3 6121/10
6121/14 6123/4 6123/7
6123/21 6124/1
6128/24 6130/2 6132/8
6132/12 6132/22
6134/1 6138/16
6138/22 6139/14
6140/6 6140/21
6141/24 6143/16
6143/19 6145/25
6150/3 6150/7 6152/21
6152/23 6156/18
6160/12 6163/9
6164/11 6164/16
6165/18 6166/4 6168/5
6169/15 6170/25
6171/9 6171/24
6172/15 6173/5
6173/15 6174/7
6174/23 6175/13
6176/7 6176/9 6177/7
6177/13 6178/16
6179/4 6179/12
6179/15 6181/5
6181/19 6183/1 6185/5
6186/14 6190/1 6191/5
6191/12 6192/1 6192/6
6194/19 6195/1
6195/22 6197/9
6199/24 6200/2 6200/3
6201/20 6201/23
6203/13 6203/20
6204/12 6204/22
6205/13 6205/24
6206/1 6206/14
6206/16 6207/15
6209/1 6209/23 6211/8
**old [5]** 6084/23
6100/13 6101/2 6109/8
6109/14
**older [5]** 6162/25
6202/22 6205/9 6205/9
6209/6
**once [8]** 6070/14
6072/15 6090/8
6096/23 6117/18
6156/24 6161/3 6161/3
**one [51]** 6070/1 6070/7
6075/9 6076/1 6076/15
6080/11 6086/17
6090/23 6096/6
6100/25 6103/6 6111/8
6112/6 6118/1 6118/5
6125/17 6126/21
6130/10 6130/11
6131/25 6132/1
6132/24 6134/18
6136/25 6143/22
6157/14 6160/4
6160/20 6163/23
6166/8 6166/13 6167/7
6173/3 6173/11
6174/24 6187/4 6187/7
6188/12 6192/12

6200/1 6200/9 6200/12
6201/1 6201/2 6201/4
6207/1 6207/5 6207/8
6210/6
**ones [3]** 6093/25
6174/5 6175/19
**online [1]** 6198/15
**only [13]** 6072/9
6073/4 6074/13
6095/15 6101/2 6107/5
6147/3 6162/7 6167/8
6185/3 6194/15
6200/18 6200/23
**op [7]** 6141/2 6142/17
6177/8 6177/10
6178/25 6179/8
6179/13
**op for [1]** 6177/10
**Op Leads [1]** 6179/13
**open [7]** 6133/7
6136/17 6137/7
6137/13 6137/20
6176/10 6201/22
**opened [4]** 6124/23
6127/8 6133/25 6143/1
**opening [1]** 6211/4
**operate [2]** 6099/14
6107/5
**operation [47]** 6085/5
6087/2 6090/4 6104/11
6105/13 6105/14
6108/25 6119/22
6124/2 6138/6 6143/4
6144/4 6151/17
6166/17 6167/1 6168/8
6169/21 6172/25
6179/1 6180/24
6180/25 6181/2
6182/17 6183/10
6185/15 6185/25
6186/19 6186/22
6186/24 6187/1 6187/6
6187/10 6187/12
6188/7 6188/9 6188/10
6188/11 6189/9
6189/13 6190/16
6190/22 6190/25
6191/6 6191/10
6191/11 6191/15
6192/5
**operational [1]**
6144/25
**operations [12]**
6085/20 6095/17
6098/15 6144/6
6166/12 6166/13
6166/14 6166/16
6166/19 6168/7
6177/16 6179/7
**ops [3]** 6105/13 6177/8
6177/8
**order [2]** 6074/13
6139/20
**orders [1]** 6152/5
**organization [2]**
6085/5 6151/22
**organize [1]** 6114/21

**organized [5]** 6093/19
6114/7 6116/1 6160/13
6172/1
**organizing [3]** 6104/10
6104/11 6104/15
**originally [1]** 6116/15
**Orlando [1]** 6064/17
**other [42]** 6070/5
6072/25 6073/12
6073/13 6073/16
6073/17 6074/9
6075/16 6080/18
6084/19 6097/2
6098/15 6112/7
6115/23 6124/22
6127/5 6131/25 6134/2
6141/12 6156/13
6156/14 6157/16
6159/4 6159/11 6163/2
6168/7 6168/18
6168/19 6170/6
6172/20 6173/11
6175/11 6177/18
6179/9 6182/7 6184/4
6187/20 6189/5
6189/21 6194/23
6200/18 6208/1
**others [2]** 6085/12
6159/19
**otherwise [2]** 6071/4
6095/3
**ought [1]** 6073/8
**our [10]** 6068/11
6100/7 6134/14
6138/11 6142/15
6148/24 6154/5 6155/9
6179/20 6201/24
**out [64]** 6069/23
6080/6 6081/23
6084/23 6085/20
6088/3 6088/5 6088/6
6088/9 6090/15
6093/12 6093/18
6097/25 6100/11
6100/14 6100/16
6100/18 6100/18
6101/3 6110/16
6111/21 6112/11
6112/12 6112/15
6114/2 6114/3 6119/9
6119/10 6121/4
6122/13 6122/15
6128/14 6130/15
6130/16 6132/23
6144/2 6145/3 6145/4
6154/3 6160/20
6161/18 6161/24
6167/12 6167/21
6168/1 6168/22
6172/16 6174/3 6177/3
6183/14 6187/18
6188/3 6193/9 6194/12
6194/13 6201/17
6205/5 6205/17
6205/21 6206/3 6206/8
6206/12 6210/20
6211/3
**outlook.com [1]**

**O**

outlook.com... [1] 6064/9

outside [7] 6088/20 6097/12 6102/2 6102/8 6162/14 6163/2 6192/4

over [37] 6070/22 6072/14 6087/2 6089/5 6089/9 6090/18 6091/4 6091/11 6099/10 6105/12 6105/13 6105/20 6110/4 6112/22 6113/22 6118/2 6119/4 6124/4 6125/1 6125/10 6126/10 6127/21 6127/24 6128/2 6128/6 6128/8 6152/23 6152/24 6153/1 6157/1 6161/7 6187/23 6188/2 6189/8 6195/12 6202/11 6208/12

overall [1] 6104/18

overruled [4] 6098/21 6162/13 6176/22 6192/11

overrunning [1] 6143/13

overseas [1] 6180/10

oversee [1] 6119/22

own [6] 6111/10 6187/5 6189/9 6189/20 6189/25 6190/20

owns [1] 6174/13

**P**

P. [1] 6067/3

P.A [2] 6064/11 6064/16

p.m [2] 6211/22 6211/22

page [9] 6197/7 6197/23 6199/1 6199/5 6199/15 6203/3 6204/2 6204/19 6207/17

page 1 [1] 6199/1

page 3 [1] 6197/7

pages [1] 6197/24

paid [13] 6083/24 6084/1 6084/4 6084/7 6092/20 6093/21 6119/21 6163/10 6163/13 6163/15 6164/4 6164/8 6190/18

panel [3] 6077/6 6138/25 6183/6

panels [1] 6183/25

paragraph [1] 6073/10

paranoid [1] 6187/17

park [4] 6064/3 6122/16 6126/19 6126/25

parked [1] 6121/12

PARKER [7] 6062/6 6063/2 6063/6 6067/8 6067/9 6067/15 6067/16

Parkers [2] 6068/6

parking [8] 6091/15 6126/20 6127/16 6183/11 6183/13 6183/15 6183/19 6184/16

part [22] 6085/21 6097/3 6114/16 6119/20 6122/10 6123/12 6124/16 6124/19 6125/4 6138/6 6145/6 6163/5 6172/10 6172/11 6176/4 6176/20 6177/15 6178/22 6178/25 6187/11 6190/3 6196/3

participate [1] 6119/13

particular [4] 6093/1 6132/10 6141/5 6183/18

parties [1] 6069/21

partisan [1] 6198/9

parts [1] 6142/3

party [1] 6198/22

past [2] 6146/20 6187/21

patch [4] 6181/20 6182/5 6182/7 6202/25

patches [1] 6182/9

pattern [2] 6149/20 6150/4

pause [3] 6068/25 6138/24 6183/9

pay [4] 6093/18 6095/24 6096/4 6096/10

paying [1] 6085/22

pcooper [1] 6063/13

PDFs [1] 6175/10

Pelosi's [2] 6148/10 6148/11

Pennsylvania [2] 6063/7 6064/7

people [107] 6068/9 6078/20 6081/24 6082/9 6082/12 6082/15 6082/17 6087/3 6087/10 6087/17 6088/6 6088/11 6088/12 6088/13 6088/23 6089/3 6089/13 6093/18 6094/6 6095/24 6097/17 6100/10 6100/15 6100/16 6100/17 6100/24 6101/2 6101/12 6105/8 6106/15 6107/1 6107/2 6107/3 6107/5 6107/7 6107/19 6109/2 6109/3 6110/23 6114/25 6117/6 6117/8 6117/10 6120/24 6121/23 6122/6 6123/19 6125/22 6127/4 6128/1 6128/11 6128/17 6128/19 6128/21

6129/6 6134/3 6141/9 6141/11 6141/12 6141/13 6143/2 6143/12 6144/17 6146/11 6147/11 6147/14 6147/17 6147/24 6147/25 6148/8 6155/22 6157/3 6159/4 6160/22 6161/7 6162/22 6163/3 6165/1 6179/25 6182/1 6182/7 6182/9 6182/12 6183/21 6184/4 6184/8 6184/18 6185/3 6185/4 6185/15 6187/13 6189/11 6191/9 6191/14 6192/8 6203/4 6206/21 6206/22 6207/3 6208/1 6208/15 6208/24

perfectly [1] 6074/22

performance [1] 6075/18

perhaps [1] 6209/16

permissible [3] 6076/12 6210/9 6210/14

permission [1] 6140/22

permit [4] 6074/4 6074/17 6075/1 6200/4

permitted [1] 6074/23

person [12] 6130/13 6149/12 6167/14 6169/12 6180/23 6181/12 6181/23 6192/14 6202/23 6204/1 6205/1 6205/10

personal [6] 6089/12 6135/23 6152/24 6163/18 6171/11

personnel [2] 6113/4 6116/2

perspective [1] 6175/8

Peter [3] 6063/9 6063/10 6067/17

Peter Cooper [1] 6067/17

petercooperlaw.com [1] 6063/13

phone [118] 6082/4 6101/23 6102/21 6103/10 6130/18 6130/18 6130/19 6130/21 6130/24 6131/1 6131/2 6131/4 6131/4 6131/5 6131/15 6133/10 6133/10 6134/6 6134/8 6134/9 6134/11 6134/17 6134/18 6134/21 6134/22 6134/24 6135/4 6135/7 6135/7 6135/12 6135/15 6135/16 6135/17 6135/20 6135/21

6136/21 6136/24 6140/10 6140/18 6140/19 6140/23 6141/25 6142/4 6142/5 6142/6 6142/8 6142/16 6143/1 6145/9 6145/12 6146/4 6146/10 6146/11 6146/13 6146/15 6146/17 6147/3 6147/3 6147/5 6147/7 6147/11 6148/1 6149/14 6149/17 6149/18 6153/22 6154/7 6155/1 6155/2 6155/3 6155/4 6155/4 6155/6 6155/7 6155/10 6155/11 6158/19 6158/22 6159/12 6159/14 6165/1 6165/5 6165/7 6172/13 6172/21 6173/2 6173/7 6173/20 6174/13 6175/4 6175/15 6175/16 6175/19 6177/2 6177/3 6177/3 6177/24 6178/2 6178/3 6178/6 6178/8 6178/10 6178/13 6196/3 6196/15 6196/19 6196/21 6196/24 6196/25 6197/11 6197/13 6197/13 6197/16 6197/19 6198/1 6200/15

phone's [3] 6134/13 6134/14 6146/1

phones [1] 6141/19

photograph [1] 6181/13

physical [4] 6087/20 6087/22 6087/24 6129/9

physically [1] 6154/17

pick [1] 6135/15

picked [1] 6185/14

picking [1] 6086/8

picture [5] 6129/15 6148/7 6148/8 6169/11 6184/5

pictures [9] 6129/13 6129/17 6148/3 6155/14 6156/4 6157/18 6184/1 6184/3 6184/11

piling [2] 6129/6 6129/7

Pillow [1] 6114/3

Pine [1] 6064/16

pipes [1] 6089/2

pissed [1] 6089/12

pissing [1] 6108/17

pissy [2] 6155/22 6161/7

pissy-ass [1] 6155/22

pistol [1] 6182/19

place [11] 6085/1 6085/12 6101/11

6137/13 6108/2 6125/7 6137/8 6154/23 6154/23 6154/24 6155/23

places [1] 6107/1

Plaintiff [1] 6062/4

plan [44] 6085/12 6085/14 6085/15 6085/16 6098/18 6104/1 6105/2 6105/9 6105/17 6105/22 6105/25 6106/11 6107/17 6107/17 6108/20 6108/21 6109/1 6110/2 6111/18 6112/24 6114/16 6120/3 6120/4 6122/10 6123/13 6123/22 6124/16 6124/19 6124/20 6124/21 6125/4 6138/6 6156/19 6156/22 6157/22 6157/23 6163/5 6167/4 6188/14 6189/10 6194/5 6205/19 6206/11 6207/2

planned [5] 6119/6 6120/23 6124/14 6132/21 6132/25

planning [5] 6085/20 6120/25 6121/2 6127/3 6177/9

plate [4] 6182/24 6182/25 6183/2 6183/4

plates [1] 6183/2

platform [1] 6112/9

play [1] 6072/9

played [2] 6070/18 6102/18

playing [1] 6163/24

plaza [6] 6088/4 6088/5 6088/7 6088/9 6098/5 6114/2

plea [1] 6072/11

pleadings [1] 6073/20

please [13] 6067/4 6077/8 6131/15 6139/2 6139/6 6172/3 6178/17 6181/11 6184/19 6191/13 6195/2 6197/7 6199/21

PLLC [1] 6065/3

plus [1] 6141/7

PO [1] 6065/8

point [25] 6072/1 6075/9 6097/7 6099/17 6121/24 6122/2 6122/5 6122/7 6122/9 6138/1 6139/19 6153/16 6155/3 6155/8 6156/12 6156/14 6156/15 6160/8 6173/16 6174/2 6174/25 6176/12 6183/13 6197/22 6207/8

pointed [2] 6069/23 6185/14

pointing [1] 6210/24

# P

**points [3]** 6097/7
6167/11 6206/25
**poles [1]** 6089/2
**police [29]** 6080/6
6080/15 6088/7 6091/5
6091/8 6091/10 6128/1
6128/12 6128/18
6128/20 6128/23
6129/2 6129/4 6143/13
6144/17 6148/8
6161/12 6181/22
6207/19 6207/23
6207/25 6208/2 6208/3
6208/7 6208/15
6208/21 6208/24
**political [1]** 6102/9
**politician [2]** 6117/1
6119/24
**politicians [8]** 6114/13
6116/18 6116/20
6117/13 6119/19
6125/8 6125/13 6198/8
**politics [3]** 6119/19
6119/25 6198/21
**poll [2]** 6078/7 6081/20
**polling [2]** 6167/22
6168/1
**pond [2]** 6121/24
6121/25
**portion [5]** 6162/5
6174/20 6178/19
6206/18 6206/23
**portions [1]** 6210/17
**position [2]** 6072/4
6179/23
**positions [1]** 6180/11
**possible [3]** 6149/6
6193/18 6201/15
**potential [1]** 6203/24
**potentially [1]** 6091/18
**Potomac [2]** 6108/20
6109/6
**power [1]** 6199/18
**Praetorian [9]** 6093/12
6093/15 6094/21
6094/22 6095/1 6095/5
6170/24 6171/3 6171/8
**preachers [2]** 6098/18
6099/1
**preclude [1]** 6075/12
**predominantly [1]**
6181/25
**preliminary [1]** 6069/4
**premise [1]** 6134/10
**prepared [4]** 6070/17
6072/4 6076/9 6105/19
**presence [5]** 6091/23
6091/24 6099/22
6114/8 6138/21
**present [3]** 6068/21
6074/13 6205/11
**presented [2]** 6074/1
6211/12
**presents [1]** 6073/12
**President [2]** 6195/23
6196/1

**President [1]** 6196/1
6195/23 6196/1
**Presidential [1]** 6195/5
**presiding [1]** 6067/3
**presumably [1]**
6154/24
**presume [2]** 6173/22
**pretrial [2]** 6071/10
6071/11
**pretty [12]** 6080/8
6081/7 6094/7 6121/15
6141/20 6144/16
6161/23 6165/20
6165/22 6165/24
6171/18 6171/20
**Prettyman [1]** 6065/13
**PREVIOUSLY [1]**
6077/18
**primary [3]** 6134/20
6142/15 6144/25
**principal [2]** 6145/1
6145/2
**principals [3]** 6100/7
6119/2 6125/7
**principles [2]** 6069/17
6074/2
**prior [3]** 6102/16
6203/9 6204/15
**probably [16]** 6080/17
6095/23 6100/18
6103/9 6108/6 6121/18
6124/6 6133/17
6136/13 6136/21
6141/21 6144/8 6146/7
6156/5 6156/6 6209/21
**problem [4]** 6100/8
6106/14 6146/24
6170/11
**problems [2]** 6099/2
6149/4
**proceeding [1]**
6073/13
**proceedings [3]**
6062/9 6065/16 6212/4
**produced [1]** 6065/16
**profession [3]** 6163/16
6163/18 6166/15
**professional [1]**
6192/14
**professionals [1]**
6093/24
**proffer [18]** 6069/8
6069/15 6069/18
6070/3 6070/6 6070/19
6072/12 6072/22
6073/4 6073/10
6073/22 6074/17
6074/23 6202/14
6210/10 6210/10
6211/10 6211/14
**proper [1]** 6174/23
**proposal [5]** 6210/16
6211/6 6211/6 6211/9
6211/15
**proposed [1]** 6205/11
**proposes [1]** 6076/12
**protect [8]** 6100/15
6167/14 6168/15

**protect [1]** 6168/15
6183/4 6210/11
6210/12
**protectee [1]** 6145/4
**protecting [7]** 6073/7
6091/25 6167/16
6168/6 6169/7 6169/9
6169/16
**protection [24]**
6078/18 6079/10
6080/4 6082/6 6083/14
6085/8 6086/3 6092/1
6097/4 6104/2 6104/10
6114/10 6116/18
6117/5 6123/17 6144/7
6145/1 6163/24 6167/3
6167/9 6168/13
6169/23 6188/13
6190/19
**protective [1]** 6182/22
**protects [1]** 6183/6
**protesters [1]** 6091/9
**Proud [3]** 6103/8
6103/12 6114/3
**Proud Boys [1]** 6103/8
**provide [3]** 6096/18
6113/5 6120/5
**provided [6]** 6073/18
6074/10 6175/17
6175/23 6176/4
6200/13
**provides [1]** 6073/10
**providing [5]** 6069/9
6069/12 6072/10
6072/13 6120/7
**provisionally [3]**
6174/9 6174/18
6176/12
**PSD [2]** 6094/1
6179/10
**publish [4]** 6140/1
6173/18 6176/14
6192/21
**pull [5]** 6086/23
6139/11 6146/4
6146/18 6187/23
**pulled [3]** 6087/9
6126/21 6188/2
**pullover [1]** 6188/1
**purely [6]** 6085/8
6088/8 6092/1 6119/21
6120/5 6210/7
**purpose [6]** 6075/7
6110/20 6147/20
6200/19 6210/10
6210/14
**purposes [1]** 6160/4
**pushed [1]** 6183/14
**put [33]** 6072/3
6085/12 6094/10
6094/12 6100/7
6109/12 6111/12
6122/14 6133/24
6135/16 6137/14
6139/8 6141/12
6155/22 6171/25
6172/14 6173/1 6173/4
6174/12 6174/21

**put [1]** 6174/21
6177/21 6178/1
6178/10 6180/23
6183/16 6189/11
6196/21 6197/3
6198/15 6199/4
6206/21
**puts [2]** 6154/25
**putting [2]** 6136/14
6167/21

# Q

**QRF [37]** 6085/14
6099/22 6099/24
6100/1 6100/20
6100/25 6101/1 6101/9
6101/10 6105/7
6106/12 6106/15
6107/8 6107/10
6107/11 6107/12
6107/18 6108/1 6108/3
6108/8 6108/10
6108/20 6108/22
6108/23 6108/24
6109/2 6109/4 6109/12
6109/13 6109/13
6109/17 6109/22
6109/23 6109/25
6110/1 6110/2 6187/13
**QRFs [1]** 6105/5
**quality [1]** 6203/14
**question [16]** 6073/25
6075/4 6095/3 6132/3
6133/2 6138/10
6145/20 6164/25
6173/14 6193/19
6203/3 6205/4 6207/25
6208/5 6209/11
6209/20
**questions [8]** 6075/16
6075/21 6079/22
6079/23 6102/7 6130/5
6132/9 6164/10
**quick [4]** 6109/11
6143/1 6187/9 6187/11
**Quick Reaction Force
[2]** 6187/9 6187/11
**quite [3]** 6088/17
6091/14 6211/11

# R

**rabbit [1]** 6198/9
**radio [1]** 6097/7
**radios [2]** 6094/3
6094/6
**raise [3]** 6174/24
6200/18 6209/10
**raised [6]** 6070/13
6070/15 6071/11
6071/12 6071/13
6072/14
**raising [1]** 6209/8
**Rakoczy [8]** 6062/13
6067/12 6131/17
6164/16 6173/22
6176/3 6198/24
6200/13
**rallies [3]** 6100/16

**rally [27]** 6086/9
6089/9 6089/20 6090/5
6090/14 6090/25
6091/9 6091/11
6092/11 6093/7
6094/10 6096/14
6096/22 6098/9
6098/16 6098/25
6099/20 6099/23
6104/3 6104/4 6121/24
6122/2 6122/5 6122/9
6123/2
**rally-goers [1]** 6091/9
**ran [1]** 6119/22
**random [1]** 6202/16
**rank [1]** 6193/22
**rapper [1]** 6114/4
**reached [3]** 6086/24
6087/1 6093/12
**reaching [2]** 6193/9
6194/12
**reaction [3]** 6089/11
6187/9 6187/11
**read [4]** 6073/4 6073/5
6074/17 6137/21
**reading [2]** 6074/3
6138/2
**ready [9]** 6077/5
6077/13 6077/15
6091/16 6109/19
6109/20 6150/19
6150/21 6153/3
**real [3]** 6094/3 6135/5
6142/25
**reality [2]** 6167/25
6168/2
**realization [1]** 6161/3
**realize [2]** 6097/2
6169/5
**really [15]** 6072/5
6081/25 6091/7 6092/6
6096/25 6102/7 6102/8
6112/8 6119/11
6119/12 6124/10
6137/3 6180/1 6195/12
6195/13
**Realtime [1]** 6065/12
**reason [6]** 6074/6
6075/17 6082/13
6117/4 6189/5 6190/22
**rebut [5]** 6202/17
6203/6 6204/13
6206/19 6206/24
**rebuts [1]** 6204/11
**rebuttal [12]** 6072/19
6073/3 6073/21
6073/25 6173/17
6174/19 6202/8
6205/22 6205/23
6208/17 6208/18
6209/3
**rebutting [2]** 6200/24
6202/15
**recall [9]** 6178/21
6178/23 6178/25
6179/7 6203/5 6203/8

**R**

recall... [3] 6204/5
6204/8 6204/14
recalled [1] 6132/11
receive [1] 6076/7
received [3] 6140/3
6168/4 6176/17
recess [3] 6138/18
6211/21 6211/22
recognize [8] 6098/9
6098/11 6128/14
6139/12 6139/15
6176/23 6177/5
6181/12
recognized [1] 6098/7
recollection [1]
6196/18
record [13] 6069/6
6069/13 6071/15
6076/6 6077/3 6164/2
6164/6 6164/14
6175/14 6175/22
6198/3 6199/23 6212/3
recorded [4] 6065/16
6069/19 6070/9
6130/12
recording [10] 6069/25
6070/10 6070/12
6070/16 6070/20
6070/25 6071/7 6075/2
6075/2 6075/3
records [4] 6153/23
6165/1 6165/5 6165/7
RECROSS [1] 6066/4
Redden [4] 6065/2
6065/3 6067/22
6068/13
reddenlawtexas.com
[1] 6065/6
REDIRECT [1] 6066/4
reference [3] 6094/23
6143/17 6209/6
Referenced [1]
6140/22
references [1] 6070/8
referring [4] 6094/24
6094/25 6143/11
6203/24
reflected [1] 6069/21
reflective [1] 6071/5
reflects [1] 6075/15
refusing [1] 6107/20
regard [2] 6089/24
6123/15
regarding [1] 6073/20
regime [1] 6199/14
Registered [1] 6065/11
regroup [3] 6143/3
6143/23 6144/2
regular [5] 6101/18
6101/20 6102/1
6103/14 6159/5
Regulars [1] 6192/25
reiterate [1] 6071/17
related [2] 6075/9
6175/10
relationship [5] 6081/7
6165/23 6167/11

relevance [1] 6198/19
relevant [2] 6175/12
6198/6
relied [1] 6166/6
remain [1] 6070/12
remember [41]
6092/15 6097/22
6098/11 6098/19
6098/23 6107/22
6112/18 6120/22
6140/23 6142/25
6154/2 6154/9 6154/11
6160/12 6177/1
6177/12 6177/15
6177/17 6177/17
6178/11 6178/12
6179/3 6179/8 6179/9
6179/10 6179/11
6179/13 6180/20
6181/2 6195/8 6196/14
6199/17 6204/15
6204/25 6205/3 6205/3
6205/6 6205/18 6206/9
6207/10 6207/22
remove [3] 6107/20
6134/3 6180/19
rep [5] 6151/7 6151/15
6151/17 6151/18
6151/19
repeatedly [2] 6175/2
6207/7
report [4] 6071/8
6071/20 6151/10
6211/16
reporter [2] 6065/11
6065/11 6065/12
6065/12 6095/4
represent [1] 6176/3
Republicans [1]
6120/1
request [2] 6072/9
6076/13
requests [2] 6210/2
6210/5
required [2] 6125/20
6193/21
requirement [1]
6069/22
requires [3] 6069/23
6141/22 6141/23
rescue [1] 6107/13
resolution [1] 6209/22
resort [1] 6142/22
respect [4] 6069/13
6071/21 6198/19
6202/8
respectfully [1]
6193/17
respond [1] 6137/6
response [2] 6200/11
6202/10
responsible [1]
6114/19
rest [1] 6121/15
restaurants [1] 6089/6
result [1] 6087/10
resume [2] 6138/12

RESUMED [1] 6077/18
retired [1] 6095/20
returns [1] 6176/5
review [1] 6210/17
reviewed [2] 6071/9
6076/8
Rhodes [37] 6078/3
6092/2 6092/4 6126/5
6127/11 6153/24
6154/3 6154/23
6157/19 6165/10
6165/21 6167/11
6167/13 6169/12
6170/18 6170/21
6171/1 6171/10
6171/25 6174/12
6175/1 6175/3 6177/10
6180/23 6186/3 6188/6
6188/15 6188/18
6188/19 6188/21
6189/17 6189/19
6189/22 6190/16
6190/23 6191/7
6191/17
Rhodes 1 [1] 6175/1
Rhodes' [3] 6168/6
6171/22 6175/16
ride [1] 6090/20
riding [1] 6187/24
rifle [3] 6187/19
6187/21 6188/5
right [118] 6067/25
6082/22 6092/8 6093/7
6095/13 6095/18
6096/2 6096/11
6102/10 6103/1
6103/22 6110/4 6110/7
6112/1 6113/12 6116/3
6118/8 6120/12 6122/8
6124/3 6124/7 6126/16
6126/25 6128/15
6129/15 6129/17
6130/10 6133/6
6133/11 6137/15
6139/2 6143/6 6143/7
6143/9 6143/22
6148/16 6149/23
6149/25 6150/22
6152/15 6153/14
6153/25 6155/13
6155/15 6155/20
6156/10 6156/20
6159/6 6160/10 6162/1
6164/23 6165/10
6165/16 6166/13
6166/17 6166/23
6167/17 6167/23
6168/1 6168/23
6169/13 6170/16
6171/10 6171/15
6171/22 6171/22
6171/22 6173/8
6175/13 6176/7
6176/11 6179/23
6180/8 6180/11 6181/9
6183/12 6184/9
6184/13 6184/16

6185/7 6185/17
6185/22 6185/25
6186/19 6187/7
6187/24 6188/21
6190/13 6191/7
6191/10 6191/20
6191/22 6192/23
6193/7 6193/11 6194/5
6194/8 6194/11
6194/16 6195/9
6195/20 6195/24
6196/12 6197/17
6200/4 6203/4 6204/9
6205/5 6206/3 6207/21
6208/2 6209/2 6209/8
6209/25 6211/18
right-hand [2] 6171/10
6171/22
rights [2] 6073/8
6134/2
ring [4] 6135/4 6135/13
6142/6 6147/3
ringing [1] 6158/20
riot [4] 6128/14
6144/10 6155/18
6155/19
rioters [5] 6183/18
6183/21 6184/11
6184/13 6184/18
rioting [1] 6128/11
rise [4] 6067/2 6138/14
6202/2 6211/20
RMR [2] 6212/2 6212/8
Road [1] 6064/3
roads [2] 6101/11
6101/12
Roberto [2] 6097/15
6097/16
Roberto Minuta [2]
6097/15 6097/16
ROBERTSON [1]
6063/6
rode [2] 6121/7
6187/21
Roger [12] 6114/10
6115/4 6116/16
6116/17 6117/7
6118/23 6125/7
6149/25 6150/2
6150/18 6150/19
6152/18
Roger Stone [11]
6114/10 6115/4
6116/16 6116/17
6117/7 6118/23 6125/7
6150/2 6150/18
6150/19 6152/18
role [7] 6085/4 6169/20
6170/14 6170/16
6170/18 6180/18
6189/11
rolled [1] 6182/11
rolling [1] 6103/24
room [3] 6082/13
6092/21 6127/14
rooms [1] 6120/23
Rossi [4] 6064/10

6185/7/20 6202/10
6204/20
Rotunda [1] 6208/10
Roughly [1] 6124/8
Rouhi [2] 6176/15
6179/16
route [2] 6109/21
6159/12
Rule [1] 6210/22
ruled [4] 6071/16
6073/22 6210/3 6211/1
ruling [2] 6069/11
6075/11
run [3] 6106/15
6136/16 6203/12
running [2] 6090/4
6146/7
Ruth [1] 6067/8

**S**

said [80] 6069/5
6071/18 6072/23
6074/14 6074/25
6087/22 6089/16
6094/16 6103/21
6104/8 6104/9 6105/17
6106/18 6115/3
6116/15 6117/6
6117/12 6126/10
6127/21 6127/24
6131/25 6131/25
6133/9 6133/14
6143/10 6146/14
6149/12 6151/2
6153/10 6155/11
6156/5 6158/14 6160/4
6160/6 6160/8 6160/14
6161/25 6162/2
6162/10 6163/1 6164/4
6166/24 6170/5 6170/5
6170/14 6173/4
6174/11 6176/25
6177/19 6178/1 6185/3
6186/8 6186/11
6186/12 6190/20
6192/24 6194/18
6196/7 6202/18 6203/1
6203/5 6203/9 6204/5
6204/8 6204/14 6205/4
6205/9 6205/9 6205/14
6205/16 6205/18
6205/19 6205/20
6205/20 6206/2
6206/12 6207/1
6207/12 6211/10
6211/13
same [10] 6090/3
6090/12 6118/15
6120/14 6122/7
6135/11 6146/7
6156/24 6156/25
6180/13
SANDRA [4] 6062/6
6063/2 6067/8 6067/11
Sandra Ruth Parker [1]
6067/8
sat [1] 6083/17
saved [4] 6134/11

**saved... [3]** 6134/14
6135/21 6135/21
**saw [9]** 6089/11
6152/12 6152/12
6152/14 6207/19
6208/7 6208/8 6208/15
6208/24
**say [63]** 6070/23
6071/22 6075/18
6081/2 6088/21 6107/2
6107/4 6113/16 6122/2
6122/3 6124/8 6124/11
6128/5 6129/3 6129/11
6131/2 6131/3 6131/4
6131/5 6131/7 6143/22
6146/9 6151/17 6152/5
6154/9 6162/8 6165/21
6165/22 6165/24
6166/3 6166/6 6166/7
6166/8 6167/7 6171/17
6172/5 6172/12
6172/20 6173/1 6173/3
6173/6 6173/10
6175/15 6176/23
6177/21 6178/15
6180/15 6184/5
6185/12 6185/18
6192/12 6192/17
6193/13 6193/16
6194/10 6194/17
6195/6 6195/19 6198/3
6199/8 6199/10
6200/10 6208/5
**saying [14]** 6110/1
6140/9 6149/15
6152/17 6168/17
6173/7 6175/9 6184/21
6190/15 6193/21
6196/16 6196/20
6197/1 6207/10
**says [14]** 6070/10
6070/11 6174/6
6200/16 6203/8
6203/20 6203/24
6205/7 6206/11
6206/19 6208/11
6208/12 6208/14
6208/23
**scale [1]** 6128/8
**scared [1]** 6078/20
**scenario [1]** 6142/16
**scene [1]** 6106/19
**scheduled [1]** 6071/25
**school [1]** 6080/6
**scope [1]** 6184/7
**scoped [5]** 6175/15
6175/16 6175/20
6175/20 6176/4
**score [1]** 6203/14
**scout [1]** 6090/20
**scratchy [1]** 6141/19
**scrawny [1]** 6089/1
**screen [3]** 6139/8
6172/4 6181/9
**scroll [1]** 6137/9
**SE [1]** 6063/7
**search [6]** 6130/23

6140/10 6140/23
6147/7
**searched [2]** 6177/24
6178/7
**searching [4]** 6146/2
6146/8 6146/13
6146/16
**seat [2]** 6138/19
6202/5
**seated [3]** 6067/4
6077/8 6139/2
**second [15]** 6070/10
6086/21 6090/12
6130/13 6130/14
6140/15 6140/16
6143/22 6167/6
6172/17 6199/19
6200/16 6204/20
6210/16 6211/15
**seconds [5]** 6142/6
6181/10 6183/7 6183/8
6183/12
**sections [1]** 6077/5
**sector [1]** 6151/2
**security [69]** 6068/3
6077/11 6084/24
6085/5 6085/12
6085/14 6085/15
6085/16 6085/20
6085/21 6086/13
6093/13 6093/17
6093/17 6093/18
6093/20 6095/23
6095/24 6096/4 6096/9
6096/9 6096/19
6098/15 6104/11
6105/13 6106/11
6107/16 6107/17
6108/21 6110/2
6112/24 6112/25
6113/5 6114/9 6114/16
6114/18 6114/24
6115/3 6119/21
6122/10 6123/13
6123/23 6124/16
6124/19 6125/4
6125/20 6130/15
6141/6 6142/14 6143/4
6144/1 6144/4 6144/5
6144/20 6144/22
6152/24 6156/19
6156/22 6163/5
6163/18 6163/19
6167/4 6177/17
6180/25 6188/14
6188/19 6189/9
6189/10 6190/20
**see [55]** 6082/7
6084/19 6087/20
6088/2 6091/6 6096/8
6097/8 6097/12
6099/18 6112/6 6114/5
6126/5 6127/2 6128/10
6130/14 6130/16
6130/18 6130/18
6135/9 6135/9 6137/10
6138/12 6138/16

6153/12 6153/16
6155/21 6155/23
6156/16 6157/20
6159/3 6160/20
6166/10 6172/7
6173/10 6174/6
6176/16 6177/1 6178/1
6178/15 6183/11
6188/2 6193/5 6196/8
6196/20 6197/11
6200/15 6201/25
6204/10 6207/16
6208/3 6208/21 6210/8
6211/18
**seeing [8]** 6100/3
6120/22 6155/15
6157/8 6177/1 6200/14
6210/12 6210/13
**seek [4]** 6173/16
6173/18 6176/14
6197/23
**seeking [5]** 6099/13
6200/23 6206/18
6206/24 6209/12
**seem [2]** 6138/20
6179/6
**seemed [1]** 6088/7
**seemingly [1]** 6069/20
**seems [1]** 6070/2
**seen [26]** 6071/7
6071/19 6079/8
6088/14 6097/11
6098/4 6098/6 6098/12
6120/18 6120/20
6128/17 6129/15
6141/1 6143/5 6143/8
6153/13 6159/3
6162/18 6162/24
6162/24 6177/3 6178/2
6178/8 6191/1 6196/15
6196/21
**selected [1]** 6077/1
**selection [1]** 6076/25
**Senate [1]** 6126/19
**send [14]** 6135/16
6138/4 6142/3 6145/11
6145/14 6145/17
6147/14 6147/17
6148/8 6148/10
6148/11 6193/2 6194/8
6194/13
**sending [4]** 6134/18
6148/3 6148/4 6171/4
**sense [2]** 6073/6
6204/13
**sent [8]** 6068/16
6069/3 6070/24 6089/3
6143/1 6152/16
6192/24 6202/11
**separating [1]** 6091/10
**September [2]** 6166/17
6181/2
**sequencing [2]**
6174/18 6201/18
**sequential [4]** 6200/8
6201/5 6201/18
6201/20

**serve [1]** 6180/6
**served [2]** 6179/20
6180/4
**server [3]** 6134/11
6134/15 6135/22
**serves [1]** 6072/11
**service [2]** 6120/5
6120/7
**session [5]** 6062/7
6069/9 6073/24
6074/16 6074/19
**sessions [1]** 6074/25
**set [10]** 6072/9 6091/1
6110/25 6125/11
6134/19 6134/19
6135/6 6142/4 6183/11
6198/25
**setting [1]** 6085/21
**seven [1]** 6068/9
**several [6]** 6120/23
6129/3 6129/5 6146/11
6178/9 6196/21
**severe [1]** 6075/14
**sfbrennwald [1]**
6063/8
**shared [3]** 6115/21
6118/10 6150/8
**she [39]** 6071/9
6078/19 6078/19
6078/20 6081/16
6081/18 6081/18
6081/19 6081/20
6081/20 6081/22
6081/25 6082/3
6082/10 6082/13
6082/15 6082/16
6082/16 6082/18
6083/14 6086/8
6111/12 6167/21
6167/22 6167/25
6168/2 6168/3 6168/19
6188/24 6189/19
6189/19 6192/24
6194/5 6194/7 6194/10
6194/12 6194/15
6210/18 6210/21
**she's [3]** 6193/11
6194/4 6210/18
**shields [2]** 6089/2
6089/2
**Shipley [8]** 6065/7
6065/8 6067/22
6077/15 6132/3 6138/8
6139/4 6174/8
**shit [22]** 6083/12
6086/15 6093/22
6102/10 6103/8 6108/4
6109/3 6112/9 6114/4
6118/3 6119/24
6119/25 6125/25
6126/2 6136/12
6137/12 6137/23
6142/2 6146/10
6149/17 6149/18
6189/8
**shorter [1]** 6203/1
**shortly [4]** 6083/2

6208/12 6138/16
6211/19
**shots [1]** 6080/20
**should [5]** 6072/3
6075/18 6088/16
6091/3 6206/15
**shoved [1]** 6193/3
**show [7]** 6074/15
6125/24 6134/13
6134/14 6135/17
6139/6 6209/16
**showed [6]** 6081/24
6091/7 6108/12
6129/17 6204/3 6204/3
**showing [3]** 6125/22
6137/17 6153/23
**shown [1]** 6130/9
**shows [1]** 6075/13
**shuts [1]** 6147/2
**side [12]** 6090/23
6121/25 6125/3 6125/3
6158/2 6158/12
6158/13 6159/10
6160/19 6160/25
6160/25 6184/4
**side-side [1]** 6160/25
**Siekerman [7]** 6104/1
6104/5 6104/7 6104/8
6105/2 6105/19 6110/4
**Siekerman's [1]**
6109/1
**Siemens [9]** 6090/11
6090/18 6165/2 6165/6
6167/5 6169/24 6170/2
6170/5 6170/12
**signal [61]** 6102/3
6102/5 6102/13
6102/14 6102/17
6102/23 6133/9
6133/10 6133/10
6133/11 6133/19
6133/20 6133/23
6133/25 6136/4
6136/10 6136/14
6136/18 6136/22
6137/1 6137/4 6137/6
6137/7 6137/20 6138/4
6140/23 6141/1
6141/22 6141/23
6141/25 6142/1 6142/8
6142/16 6142/17
6142/22 6145/17
6146/8 6146/9 6146/16
6146/17 6147/5 6147/7
6147/9 6147/10
6147/20 6149/16
6149/18 6152/14
6171/25 6172/21
6173/2 6175/18
6177/23 6177/25
6178/5 6178/9 6178/10
6178/12 6196/3 6196/7
6197/3
**Signal app [1]** 6137/7
**Signal's [1]** 6141/20
**Signals [1]** 6136/8
**signature [1]** 6139/17
**signed [1]** 6140/9

**significant [3]** 6168/7 6168/18 6168/19
**similar [1]** 6104/20
**simple [1]** 6088/9
**simply [1]** 6087/18
**since [5]** 6071/2 6131/8 6163/20 6165/19 6187/13
**single [7]** 6146/3 6150/18 6150/19 6152/3 6152/3 6203/12 6209/12
**sir [10]** 6192/24 6193/11 6193/15 6193/17 6193/21 6193/23 6193/25 6194/1 6194/22 6202/4
**sit [6]** 6151/7 6151/14 6151/17 6151/18 6151/19 6154/2
**site [2]** 6167/22 6168/1
**sitting [5]** 6084/22 6108/2 6110/15 6110/16 6110/24
**situation [9]** 6081/5 6091/22 6151/10 6151/13 6151/14 6154/22 6184/22 6185/1 6185/4
**situations [1]** 6180/16
**six [10]** 6076/7 6080/17 6081/10 6131/1 6180/5 6191/9 6195/5 6202/11 6202/13 6202/17
**six clips [1]** 6202/11
**slaughter [1]** 6107/24
**Smith [6]** 6185/6 6185/22 6185/23 6186/3 6191/6 6191/19
**smoothly [1]** 6119/22
**so [333]**
**so I [1]** 6177/22
**so I think [4]** 6071/4 6073/22 6074/22 6205/11
**so it's [2]** 6094/2 6104/4
**so this is [1]** 6199/3
**So this man [2]** 6186/18 6191/6
**so-called [1]** 6110/1
**soldier [3]** 6115/11 6115/13 6150/11
**solid [1]** 6094/7
**some [53]** 6067/25 6068/11 6069/4 6075/14 6077/10 6078/19 6080/18 6081/15 6081/18 6081/21 6082/13 6083/12 6086/18 6088/25 6101/5 6101/24 6102/9 6114/4 6116/11 6116/14 6116/19 6118/11 6123/8

6137/17 6141/9 6142/3 6155/8 6156/12 6156/14 6156/15 6159/18 6160/8 6162/25 6169/20 6172/23 6174/2 6174/3 6176/25 6177/4 6180/10 6184/11 6184/15 6187/12 6187/20 6189/5 6189/21 6189/22 6199/3 6209/10 6210/20
**somebody [30]** 6076/25 6084/17 6090/19 6095/22 6122/4 6125/25 6126/10 6134/12 6134/12 6134/16 6134/23 6137/7 6145/3 6153/8 6153/10 6155/1 6155/6 6155/8 6155/11 6161/21 6161/22 6162/8 6162/8 6166/5 6166/5 6166/10 6172/25 6173/23 6204/15 6206/20
**somebody's [1]** 6127/13
**somehow [2]** 6072/22 6209/19
**someone [8]** 6167/10 6167/13 6170/14 6171/18 6187/23 6193/14 6204/14 6206/21
**something [19]** 6069/20 6081/20 6081/22 6083/6 6102/17 6104/1 6105/16 6115/6 6116/19 6121/3 6126/20 6129/12 6132/16 6133/14 6135/19 6150/8 6168/23 6171/10 6179/25
**sometime [1]** 6158/18
**sometimes [7]** 6100/9 6126/1 6126/2 6137/5 6142/5 6195/16 6195/17
**somewhere [7]** 6089/17 6095/9 6114/13 6122/17 6123/8 6160/18 6161/1
**soon [1]** 6202/1
**sooner [1]** 6072/3
**SoRelle [25]** 6078/10 6078/14 6078/15 6081/9 6085/9 6086/3 6091/25 6092/1 6120/18 6167/9 6167/10 6167/16 6168/12 6168/15 6169/7 6170/2 6170/23 6186/2 6186/5 6186/8

6188/23 6188/24 6222/16 6222/19
**SoRelle's [3]** 6079/9 6188/13 6190/18
**sorry [12]** 6076/23 6077/10 6116/23 6131/12 6132/19 6138/8 6168/14 6170/10 6188/17 6201/3 6201/8 6204/20
**sort [8]** 6075/14 6080/19 6101/18 6112/25 6118/7 6123/23 6161/3 6199/15
**sorted [1]** 6201/17
**sorts [1]** 6199/14
**speak [12]** 6083/13 6086/9 6090/21 6091/9 6096/21 6099/11 6125/12 6126/8 6187/17 6190/5 6190/6 6190/11
**speaker [1]** 6157/15
**speakers [6]** 6087/4 6104/2 6123/17 6123/23 6125/16 6160/9
**speaking [5]** 6086/25 6117/5 6157/15 6193/14 6193/16
**specific [1]** 6174/5
**specifically [2]** 6175/6 6202/17
**spectacle [2]** 6155/24 6155/25 6161/5
**speculation [2]** 6173/9 6173/13
**speech [4]** 6083/15 6095/9 6189/4 6189/20
**spent [2]** 6123/10 6126/4
**Sperry [5]** 6071/24 6072/4 6072/8 6072/15 6210/20
**spit [1]** 6102/9
**spoke [3]** 6114/3 6123/2 6123/3
**spot [6]** 6122/3 6122/4 6146/3 6146/12 6146/16 6211/4
**spots [1]** 6095/8
**spotted [1]** 6187/2
**spotty [6]** 6142/8 6147/5 6148/2 6149/3 6149/16 6159/18
**spreadsheets [1]** 6175/10
**Springer [1]** 6109/15
**square [1]** 6100/7
**St [1]** 6064/11
**staff [1]** 6156/22
**stage [57]** 6091/1 6096/21 6099/5 6106/23 6110/23 6111/21 6111/23 6111/24 6112/1 6112/6

6113/22 6116/8 6119/8 6122/20 6122/22 6123/1 6123/5 6123/6 6123/8 6123/12 6123/16 6123/17 6123/20 6124/21 6124/22 6124/22 6124/24 6124/25 6125/5 6125/11 6125/15 6126/4 6126/9 6126/19 6126/24 6127/16 6144/8 6144/10 6144/17 6156/13 6156/15 6156/16 6156/19 6156/23 6156/24 6156/24 6157/9 6157/14 6159/11 6160/9 6160/16 6160/18 6160/20 6160/24
**Stage 7 [12]** 6122/20 6122/22 6123/1 6123/5 6123/8 6123/12 6123/16 6123/17 6124/22 6127/16 6156/24 6156/24
**stages [5]** 6106/24 6112/5 6112/19 6127/5 6160/14
**staging [1]** 6183/13
**stairs [8]** 6158/25 6159/2 6159/2 6159/3 6159/23 6159/24 6161/12 6206/20
**stand [10]** 6072/16 6074/14 6075/13 6077/18 6079/8 6174/22 6176/2 6187/19 6198/5 6207/7
**standing [13]** 6090/15 6091/15 6096/25 6112/7 6125/15 6128/17 6129/5 6156/3 6159/23 6161/12 6161/17 6162/22 6207/24
**stands [1]** 6211/21
**stanley [3]** 6064/2 6064/5 6067/18
**Stanley Woodward [1]** 6067/18
**start [2]** 6111/10 6164/25
**started [23]** 6069/2 6087/5 6087/6 6088/11 6091/10 6103/20 6104/5 6108/16 6129/13 6148/3 6149/3 6149/24 6150/1 6153/25 6156/4 6157/3 6161/19 6168/12 6169/4 6169/6 6169/9 6169/10 6187/16
**starts [2]** 6136/16 6148/9
**Statehouse [2]**

**statement [5]** 6074/8 6203/9 6204/15 6207/13 6209/13
**statements [17]** 6073/14 6073/14 6073/17 6073/19 6073/20 6073/23 6074/5 6074/9 6074/9 6074/11 6074/13 6074/24 6076/11 6202/7 6209/2 6210/12 6211/11
**STATES [4]** 6062/1 6062/3 6062/10 6067/7
**static [3]** 6112/25 6118/21 6123/23
**stay [12]** 6092/20 6100/10 6100/14 6100/15 6100/18 6124/2 6124/22 6127/16 6144/24 6155/17 6155/18 6161/4
**stayed [10]** 6081/11 6085/3 6086/10 6092/19 6113/21 6120/10 6120/17 6120/17 6120/20 6187/6
**staying [5]** 6082/14 6082/16 6082/17 6120/16 6153/2
**steal [6]** 6086/15 6089/20 6104/4 6123/1 6199/9 6202/6
**Steele [5]** 6063/9 6067/9 6067/17
**stenography [1]** 6065/16
**step [5]** 6132/7 6169/24 6170/7 6170/18 6202/4
**Stephen [2]** 6063/6 6067/16
**Stephen Brennwald [1]** 6067/16
**stepped [2]** 6094/5 6170/16
**steps [2]** 6146/23 6161/13
**Stewart [128]** 6078/3 6080/18 6082/3 6082/3 6083/2 6083/10 6083/13 6084/6 6084/17 6084/24 6085/2 6085/11 6085/14 6087/7 6088/15 6088/15 6088/16 6089/24 6090/6 6090/7 6090/10 6091/2 6092/2 6092/4 6092/23 6093/3 6093/6 6094/12 6096/16 6096/21 6096/24 6098/7 6098/7 6098/14 6099/12 6099/24 6099/25 6100/22

**Stewart... [90]** 6101/19
6102/2 6102/6 6102/9
6102/10 6103/1 6103/4
6103/10 6103/11
6103/25 6104/6
6104/12 6107/3
6107/12 6107/16
6107/17 6107/22
6107/22 6108/5
6108/17 6111/3
6114/23 6116/16
6116/20 6117/25
6118/4 6118/22
6120/14 6120/23
6121/7 6126/5 6126/8
6127/11 6133/15
6137/5 6142/25
6148/22 6148/24
6149/1 6153/24 6154/3
6154/5 6154/7 6154/16
6154/23 6154/25
6155/1 6155/11
6157/12 6157/19
6157/21 6157/25
6158/2 6158/17 6161/8
6161/14 6161/17
6161/20 6161/23
6162/17 6162/19
6162/21 6163/15
6163/17 6165/10
6166/3 6168/11
6168/16 6170/4 6170/6
6170/7 6171/13
6171/16 6175/3 6177/4
6178/10 6180/23
6188/25 6189/9
6189/14 6189/17
6189/19 6189/22
6190/3 6190/5 6190/12
6190/16 6190/18
6190/20 6191/7
**Stewart Rhodes [16]**
6078/3 6092/2 6092/4
6126/5 6127/11
6153/24 6154/3
6154/23 6157/19
6165/10 6175/3
6180/23 6189/17
6189/22 6190/16
6191/7
**Stewart's [13]** 6089/11
6093/23 6097/11
6100/12 6118/17
6149/13 6170/24
6187/4 6187/7 6188/11
6188/14 6189/12
6191/11
**stick [1]** 6136/4
**sticks [1]** 6088/12
**still [16]** 6072/15
6072/16 6100/8 6101/5
6101/22 6102/3 6108/1
6125/21 6144/5 6145/3
6145/4 6146/16
6153/11 6162/18
6163/16 6163/19
**stillness [1]** 6158/21

**Stone [13]** 6114/10
6115/4 6116/16
6116/17 6117/7
6118/23 6125/7
6149/25 6150/2
6150/18 6150/19
6152/18 6152/22
**Stone's [1]** 6153/8
**stood [3]** 6087/4
6113/21 6158/10
**stop [9]** 6086/15
6089/20 6104/4
6111/23 6114/15
6115/8 6123/1 6150/7
6199/9
**stories [1]** 6084/23
**storm [1]** 6107/19
6107/23 6120/3 6148/9
**stormed [1]** 6183/19
**storming [1]** 6119/17
**street [20]** 6062/16
6063/3 6063/11
6064/16 6086/22
6086/24 6087/9
6091/21 6097/9
6097/11 6100/6 6100/8
6106/13 6106/16
6106/20 6108/12
6108/15 6108/17
6126/21 6166/11
**streets [2]** 6100/23
6127/8
**stricken [1]** 6162/5
**strike [3]** 6132/13
6162/3 6162/12
**stuck [1]** 6187/14
**stuff [30]** 6078/21
6080/18 6081/21
6081/23 6082/2
6082/21 6084/23
6084/25 6087/4 6093/3
6094/1 6095/16
6097/13 6101/22
6101/24 6102/4 6102/7
6102/19 6103/12
6105/11 6110/16
6118/21 6127/25
6128/1 6156/10 6161/1
6165/24 6180/22
**subject [4]** 6086/17
6133/2 6173/17 6189/6
**subjects [1]** 6106/4
**submit [1]** 6074/12
**subordinate [1]** 6081/2
**subpoena [1]** 6131/5
**subsequent [1]** 6070/3
**substance [1]** 6203/21
**succeeding [1]**
6143/13
**such [2]** 6069/15
6073/20
**suggest [1]** 6072/11
**suggested [1]** 6074/12
**suggesting [2]**
6132/24 6199/13
**suit [4]** 6203/22 6204/7

**Suite [5]** 6063/3
6063/11 6064/7
6064/12 6065/4
**suits [1]** 6163/23
**sum [1]** 6203/20
**summertime [1]**
6136/24
**Sunday [1]** 6072/15
**superior [2]** 6081/2
6193/20
**supplemented [1]**
6072/15
**supplies [1]** 6109/20
**support [1]** 6101/5
**supported [1]** 6195/23
**supporter [2]** 6196/9
6196/10
**supporting [1]**
6198/23
**supposed [16]**
6086/22 6105/8
6106/17 6108/5
6108/11 6109/24
6112/16 6114/12
6114/13 6115/5
6122/21 6125/1 6126/8
6155/9 6187/9 6190/11
**supposedly [1]**
6106/22
**Supreme [6]** 6086/25
6087/1 6111/25 6112/2
6113/21 6158/13
**Supreme Court [5]**
6086/25 6087/1 6112/2
6113/21 6158/13
**sure [16]** 6069/6
6102/5 6107/6 6119/22
6131/4 6141/21
6144/16 6168/21
6194/17 6198/9
6198/16 6198/17
6199/4 6201/18
6202/21 6209/17
**surprise [1]** 6165/6
**surprised [3]** 6174/5
6196/23 6197/1
**surrounded [1]** 6088/8
**SUVs [1]** 6126/22
**SWORN [1]** 6077/18

**T**

**tables [1]** 6089/5
**tactic [1]** 6075/19
**take [25]** 6068/14
6068/16 6069/2 6076/1
6091/4 6105/12
6105/13 6110/4 6117/7
6121/8 6132/6 6138/11
6139/7 6140/21
6146/23 6161/7
6179/16 6191/13
6195/2 6200/15
6201/16 6201/20
6201/24 6204/21
6209/17
**taken [1]** 6143/2
**taking [12]** 6129/13

6204/4 6204/6 6204/10
6204/15 6204/20
6204/21 6204/24
6206/4 6206/18 6207/5
6208/20 6210/21
**talk [20]** 6069/2
6076/13 6091/1 6093/5
6102/1 6102/8 6103/11
6107/12 6110/3
6110/21 6120/6
6121/20 6125/25
6134/12 6137/23
6153/19 6154/17
6154/21 6161/14
6181/6
**talked [21]** 6082/4
6083/8 6085/18
6101/22 6103/6 6103/9
6104/7 6105/10
6112/15 6112/20
6115/14 6130/17
6131/8 6133/9 6149/2
6152/18 6154/16
6158/14 6159/17
6159/22 6204/24
**talking [22]** 6070/22
6078/1 6084/24
6085/16 6088/22
6103/4 6104/5 6104/12
6107/19 6111/24
6112/9 6136/14 6147/9
6149/7 6151/21
6154/10 6154/11
6162/14 6194/19
6199/16 6205/2
6207/18
**tall [1]** 6203/22
**tampering [2]** 6078/20
6081/18
**taping [1]** 6070/4
**team [10]** 6114/10
6114/25 6116/17
6117/1 6117/5 6117/5
6124/16 6124/19
6142/15 6150/12
**teams [11]** 6085/21
6114/18 6114/21
6116/1 6116/3 6116/4
6116/6 6116/7 6116/9
6126/20 6141/6
**tearing [1]** 6155/22
**teenager [1]** 6088/14
**telephone [2]** 6130/10
6130/11
**tell [16]** 6097/8 6106/1
6120/1 6133/22 6137/5
6137/6 6138/3 6152/9
6155/12 6157/25
6175/6 6177/2 6177/19
6178/14 6197/2
6210/23
**telling [15]** 6084/23
6090/7 6091/19
6098/19 6098/23
6107/22 6143/21
6148/5 6159/19
6168/18 6173/2 6178/8
6178/14 6194/7 6207/2
**tells [1]** 6167/7

**ten [4]** 6109/17
6109/18 6129/7 6156/6
**Tennessee [1]** 6092/21
**tense [1]** 6091/22
**term [6]** 6069/18
6070/5 6071/5 6071/14
6122/2 6151/6
**terms [8]** 6071/17
6072/21 6093/20
6107/10 6162/6
6174/17 6201/17
6203/11
**Terrific [1]** 6132/12
**testified [8]** 6075/15
6077/19 6113/17
6156/9 6198/20 6207/5
6208/20 6210/21
**testify [4]** 6071/25
6072/4 6072/9 6178/11
**testifying [4]** 6132/4
6181/3 6198/21 6199/8
**testimony [13]**
6074/20 6076/9
6149/19 6153/22
6189/16 6202/9
6204/18 6205/12
6205/15 6206/4 6206/5
6206/18 6206/24
**Texas [4]** 6078/16
6092/8 6092/9 6192/5
**text [23]** 6134/12
6134/14 6134/16
6134/18 6134/20
6135/8 6135/15
6135/16 6137/13
6142/4 6142/15
6145/11 6145/11
6145/14 6147/14
6148/2 6148/3 6148/10
6148/12 6152/12
6152/17 6152/18
6159/12
**texting [2]** 6135/5
6149/3
**texts [1]** 6147/4
**than [13]** 6076/17
6093/19 6093/23
6098/24 6103/22
6122/9 6126/25 6138/4
6159/19 6166/13
6193/15 6194/23
6203/1
**Thank [17]** 6075/5
6076/19 6138/13
6138/17 6138/19
6138/23 6139/3
6164/24 6176/9
6176/13 6179/16
6191/12 6209/4 6209/8
6209/24 6211/17
6211/18
**Thank you [10]** 6075/5
6076/19 6138/17
6138/23 6139/3
6164/24 6179/16
6191/12 6209/8
6209/24
**Thank you very much
[1]** 6138/13

6237

thanks [1] 6131/7
that [530]
that'll [1] 6147/6
that's [61] 6070/1
6070/6 6073/9 6076/20
6078/11 6082/18
6085/3 6085/22
6085/22 6087/8 6091/7
6092/6 6094/23
6094/25 6096/9 6108/2
6109/13 6119/23
6120/22 6122/8
6122/21 6122/25
6132/22 6133/17
6138/4 6141/1 6145/5
6146/7 6147/5 6152/8
6153/2 6159/1 6162/13
6166/7 6166/14
6166/15 6167/2
6167/12 6167/13
6168/17 6171/11
6171/11 6173/7 6176/8
6178/14 6181/16
6183/4 6183/22
6184/21 6185/6
6186/11 6190/22
6191/3 6192/15
6194/18 6203/11
6205/22 6205/23
6208/16 6208/17
6211/13
their [27] 6087/5
6087/18 6091/16
6093/17 6093/21
6093/22 6096/19
6109/21 6109/25
6110/15 6110/24
6111/1 6114/25
6117/13 6119/19
6123/18 6123/24
6125/17 6126/21
6130/5 6146/11
6182/10 6183/16
6202/24 6210/4 6210/7
6211/6
them [91] 6068/9
6068/18 6068/22
6075/1 6076/8 6076/8
6081/21 6082/15
6084/16 6087/1
6087/21 6087/23
6087/25 6088/14
6088/17 6088/25
6089/9 6091/6 6091/8
6091/10 6091/12
6091/14 6091/19
6093/18 6093/24
6094/9 6094/11
6096/17 6096/18
6096/19 6096/21
6097/8 6099/4 6099/7
6099/10 6100/7 6111/7
6113/21 6113/22
6114/14 6118/24
6121/24 6122/4 6126/1
6126/3 6126/12
6128/22 6130/19

6134/24 6135/2 6143/8
6148/2 6148/2 6148/3
6148/4 6148/5 6153/8
6153/13 6156/25
6163/22 6167/8
6169/11 6171/5 6174/6
6176/24 6177/1
6181/23 6182/3 6183/5
6183/15 6183/24
6183/24 6184/15
6186/13 6188/5 6193/2
6193/15 6193/17
6193/21 6193/23
6193/24 6194/8
6198/15 6202/17
6202/19 6203/25
6208/8 6209/19
6210/17
themselves [1]
6072/20
then [89] 6070/11
6070/14 6070/17
6076/13 6080/6
6080/16 6080/16
6081/25 6084/17
6085/17 6088/15
6091/2 6092/21 6093/2
6093/5 6095/8 6096/24
6097/8 6098/8 6099/7
6100/15 6102/9
6104/17 6106/14
6106/23 6106/25
6109/8 6112/19
6112/22 6113/13
6113/15 6113/22
6115/2 6116/7 6119/4
6122/17 6123/18
6125/10 6125/16
6125/17 6126/23
6127/10 6128/17
6128/21 6129/13
6132/12 6134/21
6142/6 6142/16 6144/3
6145/5 6146/6 6147/9
6148/5 6148/9 6149/1
6149/16 6150/21
6150/23 6151/18
6151/20 6152/22
6153/3 6153/24 6157/2
6158/12 6158/22
6158/23 6158/23
6160/17 6160/20
6162/1 6163/4 6163/6
6168/8 6170/21
6174/19 6179/5
6187/23 6192/15
6196/23 6200/18
6201/2 6201/20 6204/6
6207/16 6208/5
6208/14 6209/19

6187/18 6198/18
6206/25
these [59] 6086/23
6087/3 6087/10
6087/13 6088/8
6091/13 6091/17
6091/20 6093/12
6093/24 6097/7 6099/1
6100/13 6101/2 6101/6
6105/5 6107/2 6108/25
6109/9 6111/3 6114/23
6116/18 6125/8 6127/4
6128/20 6137/10
6146/6 6146/15 6148/8
6149/24 6157/3
6157/13 6159/23
6163/4 6163/4 6172/10
6172/20 6172/23
6173/6 6175/9 6176/4
6176/19 6176/25
6177/2 6177/4 6178/5
6178/22 6179/9 6182/3
6182/12 6183/19
6183/21 6184/8
6184/13 6198/19
6199/4 6199/24
6200/15 6200/19
they [181]
they'd [8] 6082/20
6099/8 6101/23
6125/24 6126/1 6126/2
6183/15 6183/16
they'll [1] 6134/22
they're [19] 6068/21
6099/5 6099/6 6100/13
6100/23 6108/15
6110/1 6119/19
6128/22 6144/16
6146/8 6148/10
6148/11 6150/25
6193/22 6193/24
6201/5 6201/6 6202/14
thing [15] 6090/13
6106/11 6109/23
6114/1 6122/7 6127/2
6132/1 6132/1 6135/12
6136/20 6147/3
6163/19 6182/12
6189/25 6190/21
things [10] 6072/25
6075/25 6090/8 6092/2
6103/3 6109/1 6111/18
6146/11 6189/22
6210/20
think [75] 6068/2
6068/6 6068/12 6069/1
6069/5 6069/10
6069/11 6070/6 6071/4
6071/14 6071/18
6071/23 6072/6
6072/13 6072/21
6073/6 6073/8 6073/22
6074/22 6075/4
6075/22 6084/13
6084/16 6086/25
6090/10 6091/3
6091/20 6092/13

6095/22 6097/21
6100/11 6104/8
6106/25 6116/9
6117/12 6120/9
6120/22 6121/4
6121/19 6126/14
6126/19 6142/2
6146/21 6152/17
6153/8 6156/3 6156/9
6157/8 6161/11
6162/13 6164/25
6171/9 6173/7 6174/4
6177/23 6177/25
6179/14 6180/18
6194/21 6199/7
6199/15 6200/7 6203/5
6204/5 6205/11
6205/22 6205/23
6208/16 6210/9
6210/12 6210/22
6211/3 6211/10
thinking [2] 6091/16
6160/12
thinks [1] 6205/10
third [6] 6073/11
6095/17 6115/11
6123/8 6200/9 6201/4
this [156]
Thomas [1] 6064/11
those [26] 6076/11
6081/3 6102/5 6106/4
6114/21 6116/21
6116/24 6125/18
6129/17 6130/3
6137/23 6143/5
6146/15 6158/25
6172/18 6177/12
6178/3 6179/7 6180/11
6180/20 6183/4 6184/3
6191/1 6196/14 6207/9
6209/2
though [6] 6080/19
6095/19 6156/12
6184/1 6198/5 6198/16
thought [11] 6075/22
6078/19 6081/18
6082/18 6098/17
6101/4 6107/6 6111/15
6203/23 6205/1 6211/5
thoughts [1] 6101/9
thousand [3] 6129/8
6137/11 6138/1
threat [1] 6125/21
threatened [1] 6081/25
threatening [1]
6078/21
threats [1] 6168/3
three [18] 6068/22
6076/17 6099/8
6106/24 6116/7
6118/19 6130/11
6130/17 6153/23
6154/8 6155/9 6177/3
6178/2 6178/9 6180/5
6189/5 6196/15
6199/13
three days [1] 6199/13

three-hour-long [1]
6076/17
three-way [3] 6153/23
6154/8 6155/9
through [28] 6071/2
6073/12 6075/1 6075/2
6083/17 6094/12
6100/9 6102/15
6109/17 6112/13
6137/21 6149/2 6158/8
6159/5 6163/11 6172/7
6176/15 6177/14
6177/15 6178/19
6178/20 6178/24
6179/5 6183/5 6197/24
6202/19 6209/3
6210/17
through 6th [1]
6163/11
throw [2] 6126/2
6177/4
thrust [1] 6200/5
Thursday [1] 6072/8
tie [1] 6174/19
time [53] 6070/13
6070/17 6071/24
6072/14 6072/24
6075/21 6076/1
6076/10 6077/13
6090/5 6093/1 6093/6
6097/16 6106/5 6111/9
6112/13 6124/3
6130/10 6130/11
6130/13 6130/14
6131/14 6136/17
6137/8 6146/7 6148/23
6150/18 6150/19
6150/20 6150/25
6151/3 6152/3 6154/25
6155/1 6155/3 6162/9
6163/14 6165/12
6165/15 6165/19
6167/11 6168/22
6168/24 6169/4
6170/23 6173/16
6177/24 6178/6
6184/16 6188/24
6197/22 6200/14
6204/21
times [7] 6129/22
6141/18 6149/12
6158/14 6159/17
6190/24 6207/11
timing [2] 6132/10
6201/12
titled [1] 6212/4
TL [1] 6150/12
today [5] 6068/3
6076/25 6154/2
6160/13 6164/22
Todd [12] 6120/18
6127/21 6127/22
6127/22 6127/23
6127/24 6128/3 6128/3
6128/7 6156/9 6162/24
6192/2
Todd Wilson [1]
6120/18

**Todd's** [1] 6128/3
**together** [11] 6079/24
6081/4 6093/22 6096/5
6115/21 6154/8 6160/3
6169/8 6169/11
6188/24 6204/23
**told** [47] 6082/15
6087/1 6090/10
6090/11 6090/12
6090/18 6090/19
6091/5 6094/13
6096/18 6099/4
6099/25 6107/17
6109/13 6110/17
6111/4 6114/23 6115/1
6115/2 6116/16
6118/22 6127/10
6131/22 6143/2 6148/2
6151/2 6152/18
6152/21 6158/2
6159/22 6160/17
6160/18 6161/24
6165/9 6168/3 6170/3
6170/4 6179/19
6181/23 6182/3
6184/19 6184/22
6187/19 6207/3 6207/5
6207/7 6208/1
**tomorrow** [1] 6075/7
**ton** [1] 6136/17
**too** [9] 6071/18 6072/1
6072/17 6092/14
6104/8 6132/2 6133/5
6149/16 6152/7
**took** [19] 6080/8
6085/2 6089/12
6105/20 6109/9
6112/22 6118/2
6118/24 6119/1 6121/4
6121/9 6126/14
6127/13 6129/15
6136/21 6136/24
6140/7 6160/2 6188/6
**top** [1] 6196/18
**tops** [1] 6107/7
**torture** [1] 6095/4
**total** [2] 6116/7
6116/10
**touch** [3] 6094/12
6111/12 6142/25
**tough** [3] 6129/11
6193/4
**towards** [5] 6090/24
6159/10 6161/19
6166/9 6208/1
**tower** [1] 6147/7
**towers** [1] 6094/4
**traffic** [3] 6127/6
6127/7 6127/7
**train** [2] 6176/25
6194/21
**training** [6] 6080/11
6192/25 6193/2 6193/3
6194/4 6194/8
**trains** [1] 6075/22
**transcript** [3] 6062/9
6065/16 6212/3
**transcription** [1]
6065/16
**transited** [1] 6110/6
**transparency** [1]
6081/1
**treated** [1] 6069/16
**treatment** [1] 6152/19
**trial** [9] 6062/9 6072/18
6073/13 6074/21
6075/1 6076/17
6083/17 6102/15
6208/20
**tried** [2] 6187/23
6188/4
**trip** [1] 6092/19
**trouble** [2] 6120/11
6159/6
**Troy** [2] 6062/14
6067/13
**Troy Edwards** [1]
6067/13
**truck** [1] 6184/4
**true** [2] 6076/16
6174/16
**Trump** [16] 6078/16
6107/13 6107/20
6107/20 6110/14
6110/23 6119/8
6122/22 6122/22
6123/2 6123/3 6155/5
6169/1 6195/23 6196/1
6196/9
**trusted** [4] 6166/6
6167/13 6169/12
6170/18
**truth** [3] 6120/1 6210/4
6210/7
**try** [7] 6098/25 6146/23
6157/24 6158/16
6194/12 6198/17
6202/6
**trying** [18] 6087/18
6102/22 6106/1 6122/6
6138/3 6142/25
6143/12 6144/18
6148/22 6159/20
6160/3 6161/7 6161/18
6194/5 6199/8 6201/13
6202/14 6207/22
**turned** [4] 6089/5
6136/7 6136/10 6143/1
**TV** [1] 6195/12
**tweaked** [1] 6109/1
**tweaks** [1] 6105/4
**twice** [2] 6106/13
6129/24
**two** [46] 6070/2 6070/8
6074/2 6075/24
6080/10 6080/19
6090/8 6092/23
6094/14 6094/16
6094/17 6095/1 6095/5
6097/5 6099/7 6101/1
6103/9 6106/14
6106/23 6111/9 6112/5
6114/11 6115/22
6117/8 6118/19
6123/20 6125/15
6141/18 6151/18
6151/19 6153/7
6160/21 6166/14
6170/4 6177/18
6180/12 6180/12
6182/1 6198/12 6200/8
6200/11 6201/10
6210/2 6210/5
**two-minute** [1]
6201/10
**TX** [1] 6065/4
**type** [2] 6169/20
6180/16
**typically** [2] 6069/15
6069/16

**U**

**U.S** [1] 6062/15
**Uber** [1] 6121/4
**Uh** [6] 6117/22 6118/9
6129/16 6140/17
6187/8 6193/8
**Uh-huh** [6] 6117/22
6118/9 6129/16
6140/17 6187/8 6193/8
**ultimately** [2] 6156/20
6161/6
**under** [5] 6073/3
6095/18 6112/24
6210/10 6210/22
**understand** [6]
6075/11 6095/19
6141/4 6168/14
6208/13 6210/4
**understands** [1]
6194/10
**understood** [1]
6080/22
**unfolding** [1] 6092/3
**unfriendly** [1] 6166/9
**UNITED** [4] 6062/1
6062/3 6062/10 6067/7
**unknown** [1] 6199/3
**unless** [1] 6136/6
**unread** [3] 6136/22
6137/18 6138/5
**unrelated** [1] 6135/24
**Unspoken** [1] 6080/12
**until** [16] 6070/16
6071/22 6072/5 6093/3
6112/19 6113/13
6118/2 6124/3 6124/22
6127/19 6153/3
6157/24 6168/12
6189/8 6208/3 6208/8
**untimely** [1] 6073/1
**unusual** [1] 6145/21
**unusually** [1] 6077/11
**up** [103] 6068/14
6068/16 6071/2 6076/1
6079/7 6081/11
6081/24 6082/4
6085/21 6086/8 6086/8
6086/12 6086/13
6086/16 6088/13
6089/3 6090/2 6091/2
6091/3 6091/8 6091/12
**6096/13 6096/24**
6098/24 6098/25
6103/18 6103/25
6107/6 6108/12
6108/16 6109/12
6109/18 6110/25
6112/16 6115/14
6120/7 6121/2 6122/3
6122/6 6122/17
6122/25 6124/3
6124/23 6125/1
6125/11 6125/23
6125/24 6127/8
6128/20 6132/4
6133/25 6134/13
6134/14 6134/19
6134/19 6135/6
6135/15 6135/17
6136/17 6137/7
6137/13 6139/6 6143/1
6144/17 6148/11
6152/13 6153/15
6155/22 6158/16
6158/17 6158/23
6159/1 6160/3 6161/2
6161/8 6162/17 6166/2
6170/7 6172/3 6174/19
6174/21 6180/13
6181/7 6181/9 6182/11
6183/4 6183/6 6183/11
6183/19 6185/14
6186/9 6187/19 6188/5
6189/7 6192/19 6197/5
6198/15 6204/3 6204/3
6206/19 6207/4
**update** [1] 6151/3
**updated** [3] 6150/12
6151/4 6152/1
**updates** [1] 6151/13
**updating** [2] 6148/13
6150/25
**upfront** [2] 6206/21
6206/22
**upon** [7] 6070/2
6070/19 6071/8
6071/15 6074/2 6163/7
6166/6
**upset** [2] 6152/19
6196/1
**us** [12] 6085/2 6088/17
6091/6 6098/3 6109/4
6128/7 6165/9 6175/3
6175/25 6179/19
6182/11 6209/17
**usdoj.gov** [1] 6062/18
**use** [24] 6072/19
6073/2 6073/19 6074/9
6074/11 6074/18
6074/20 6093/21
6094/23 6102/19
6134/6 6134/20
6134/21 6135/23
6136/1 6142/1 6142/17
6147/20 6156/25
6187/5 6193/25 6202/8
6206/24 6211/12
**used** [12] 6073/24
6102/17 6102/18
6102/21 6133/11
6133/14 6133/15
6165/2 6165/7 6190/21
6190/21 6197/16
**using** [6] 6102/23
6142/22 6145/11
6145/14 6145/17
6180/20
**utilized** [1] 6174/14

**V**

**various** [4] 6155/15
6167/10 6179/6 6180/7
**Vegas** [1] 6130/15
**vehemently** [1] 6211/5
**vehicle** [10] 6100/23
6106/16 6106/20
6107/9 6109/20 6187/3
6187/6 6187/22
6187/24 6188/4
**vehicles** [5] 6097/9
6097/10 6106/13
6123/18 6125/17
**verb** [1] 6197/2
**verbal** [1] 6208/13
**verbatim** [1] 6197/2
**version** [2] 6175/15
6175/16
**versus** [1] 6067/7
**very** [7] 6072/24
6074/15 6076/16
6138/13 6185/12
6203/17 6208/19
**vest** [4] 6181/21
6182/22 6182/25
6205/10
**vests** [1] 6089/1
**veteran** [2] 6115/17
6115/18
**veterans** [4] 6093/24
6093/25 6119/8
6122/22
**vetted** [4] 6115/1
6115/2 6115/4 6118/22
**vetting** [1] 6177/18
**via** [2] 6133/18 6134/12
**video** [31] 6074/4
6074/13 6075/2 6075/3
6076/11 6153/13
6181/8 6181/11 6183/8
6202/7 6202/20
6203/20 6204/19
6205/7 6205/14
6205/19 6206/4
6206/11 6206/17
6206/19 6206/24
6207/16 6208/11
6208/23 6209/5
6209/16 6210/17
6210/19 6210/19
6210/25 6211/3
**videos** [8] 6068/16
6069/3 6072/20
6202/13 6210/1 6210/4
6210/6 6210/14
**videotaping** [3] 6069/8
6069/14 6072/23

## V

view [2] 6080/10
 6183/21
violated [3] 6069/8
 6072/13 6072/22
violation [1] 6069/11
violence [11] 6087/21
 6087/22 6087/24
 6089/13 6097/25
 6098/1 6098/3 6099/19
 6114/5 6114/6 6129/10
violent [1] 6208/14
VIP [3] 6152/19
 6203/23 6203/24
VIPs [2] 6104/2 6125/6
Virginia [10] 6092/16
 6092/18 6107/18
 6108/3 6110/14
 6110/22 6120/12
 6155/5 6186/13
 6188/23
visit [1] 6186/3
voice [18] 6134/5
 6134/6 6134/10
 6134/11 6134/15
 6134/20 6134/21
 6134/22 6135/3 6135/6
 6135/8 6135/11
 6135/13 6135/16
 6135/18 6135/20
 6135/22 6147/17
voicemail [1] 6158/23
Voices [4] 6134/17
 6135/23 6136/1
 6145/14
voluntarily [2] 6130/21
 6130/23
volunteers [2] 6093/21
 6177/18
vote [4] 6106/2
 6119/14 6119/18
 6196/10
vs [1] 6062/5

## W

wait [2] 6082/20
 6095/3
waiting [2] 6108/3
 6146/4
waive [1] 6138/21
waived [1] 6191/9
walk [16] 6068/24
 6099/1 6100/6 6100/7
 6100/14 6101/3
 6109/10 6112/13
 6121/15 6124/5
 6126/15 6128/6 6128/8
 6157/24 6159/20
 6204/10
walked [9] 6088/6
 6088/9 6098/7 6100/11
 6121/13 6124/4
 6126/23 6158/8
 6159/24
walking [12] 6098/4
 6098/6 6098/18 6099/6
 6099/9 6112/18
 6121/22 6127/1 6128/4

6206/19
walks [1] 6109/11
want [20] 6068/19
 6069/5 6071/16
 6090/16 6100/18
 6105/16 6125/24
 6134/24 6138/4
 6139/11 6144/23
 6170/3 6173/10 6177/1
 6177/2 6178/15 6193/2
 6196/20 6198/3
 6199/21
wanted [33] 6072/2
 6078/6 6083/7 6083/9
 6083/13 6085/15
 6085/23 6090/6
 6090/11 6092/4 6093/3
 6093/11 6093/13
 6096/10 6096/16
 6096/20 6098/25
 6099/24 6100/15
 6103/11 6107/1
 6107/16 6107/18
 6108/1 6109/3 6116/18
 6135/19 6147/25
 6167/4 6170/7 6189/10
 6202/6 6206/20
wanting [1] 6105/5
wants [1] 6199/10
warrant [1] 6193/22
was [500]
was like [1] 6152/21
Washington [14]
 6062/5 6062/17 6063/4
 6063/7 6063/12 6064/3
 6064/8 6064/12
 6065/14 6084/4 6084/9
 6089/18 6101/13
 6103/19
wasn't [35] 6070/20
 6071/13 6072/5 6081/5
 6085/24 6090/19
 6092/14 6092/15
 6098/3 6102/1 6104/7
 6104/8 6112/8 6127/2
 6127/6 6127/7 6128/25
 6137/3 6141/10 6143/4
 6143/17 6144/1
 6150/20 6152/19
 6158/19 6162/21
 6160/25 6162/21
 6163/4 6166/9 6171/4
 6188/10 6189/12
 6190/21 6208/8
watch [2] 6125/16
 6157/17
watched [3] 6156/1
 6156/2 6210/18
watches [2] 6195/16
 6195/17
watching [5] 6097/25
 6098/3 6109/15
 6123/18 6156/4
Watkins [7] 6191/22
 6191/23 6192/23
 6193/9 6194/1 6194/19
 6194/24

way [25] 6073/6
 6074/1 6075/14 6096/6
 6099/9 6115/22
 6125/22 6128/20
 6131/25 6132/24
 6134/19 6134/23
 6135/6 6137/10
 6150/17 6153/23
 6154/8 6155/9 6160/5
 6166/8 6167/7 6173/3
 6173/11 6192/12
 6192/17 6207/18
ways [1] 6146/19
we [187]
We will [1] 6138/12
we'd [3] 6102/18
 6131/10 6132/13
we'll [5] 6105/15
 6174/6 6176/11
 6201/20 6201/25
we're [29] 6070/11
 6070/12 6070/22
 6077/4 6081/4 6095/4
 6122/20 6123/22
 6128/4 6131/3 6131/5
 6132/6 6132/7 6133/3
 6150/21 6150/23
 6150/24 6152/22
 6152/22 6160/13
 6166/2 6198/9 6199/11
 6200/13 6200/23
 6201/23 6205/20
 6206/12 6211/2
we've [4] 6067/25
 6111/4 6143/5 6198/11
weapon [1] 6109/19
weapons [3] 6091/16
 6109/6 6109/9
wearing [7] 6108/24
 6163/23 6181/20
 6202/24 6202/25
 6204/7 6205/10
Webster [1] 6095/18
week [6] 6070/16
 6079/4 6079/10 6083/6
 6092/13 6193/3
weekend [2] 6072/14
 6092/13
Welcome [1] 6077/8
well [63] 6070/3
 6070/22 6071/19
 6073/1 6073/1 6076/11
 6078/15 6080/14
 6083/24 6088/16
 6088/16 6090/5 6090/7
 6090/10 6091/2 6099/4
 6099/25 6100/20
 6100/22 6101/5 6101/7
 6103/22 6110/22
 6117/7 6118/20
 6125/21 6128/3 6133/4
 6133/13 6140/20
 6141/18 6141/21
 6150/23 6150/24
 6151/18 6152/7
 6152/16 6152/21
 6153/7 6154/9 6159/1
 6160/18 6161/18

6166/12 6170/3
6171/15 6171/23
6172/23 6174/10
6175/16 6177/8
6180/13 6182/8 6184/6
6184/12 6200/23
6201/7 6201/9 6201/19
6203/8 6206/25
well-aware [1] 6071/19
went [54] 6080/4
 6080/5 6080/16
 6080/16 6081/20
 6082/4 6082/25 6084/6
 6084/17 6086/10
 6086/14 6088/19
 6088/21 6091/7
 6092/20 6092/25
 6101/15 6104/10
 6110/14 6110/17
 6111/21 6113/22
 6117/11 6119/8 6119/9
 6120/9 6121/2 6121/5
 6121/12 6122/25
 6124/13 6124/14
 6126/11 6152/25
 6153/12 6153/16
 6158/10 6161/22
 6161/25 6163/23
 6168/8 6168/15
 6180/12 6180/13
 6186/5 6186/15
 6188/12 6188/23
 6190/2 6207/18
 6207/19 6207/20
 6208/8 6208/21
were [217]
weren't [3] 6068/9
 6147/14 6147/18
west [2] 6064/12
 6121/25
what [148] 6073/2
 6074/1 6074/14
 6074/25 6078/2 6078/9
 6078/17 6079/2
 6080/13 6081/19
 6082/14 6082/18
 6084/12 6084/15
 6085/22 6086/2
 6086/21 6087/8
 6087/20 6087/20
 6087/22 6087/24
 6088/2 6088/17
 6089/11 6089/11
 6090/2 6090/17 6091/3
 6091/6 6091/12 6093/9
 6093/14 6094/9
 6094/23 6094/25
 6095/6 6095/24 6096/1
 6096/9 6096/13 6097/8
 6098/17 6100/24
 6104/20 6105/14
 6108/2 6108/25
 6110/11 6110/13
 6110/20 6111/9
 6111/20 6111/23
 6112/13 6114/23
 6115/13 6117/24

6120/6 6121/20
6123/15 6124/25
6125/19 6126/7
6127/20 6128/10
6131/7 6131/17 6134/5
6134/7 6138/3 6139/6
6139/15 6140/12
6143/5 6143/11
6143/21 6143/25
6144/2 6144/22 6145/5
6146/23 6147/23
6148/1 6148/2 6148/5
6148/5 6148/13
6149/12 6149/15
6150/17 6151/12
6155/15 6155/17
6156/7 6156/8 6156/22
6157/7 6159/25
6159/25 6160/5
6160/15 6160/19
6162/6 6162/14 6164/5
6164/7 6166/7 6166/14
6166/24 6167/7
6167/12 6168/2 6168/3
6168/17 6170/7
6170/13 6173/2
6173/22 6174/6 6178/8
6178/14 6182/16
6183/23 6184/7
6184/21 6186/11
6188/1 6188/2 6189/10
6195/4 6196/5 6198/14
6198/25 6199/17
6200/16 6200/19
6202/14 6202/14
6206/18 6206/23
6207/4 6208/12
6210/19 6211/2
6211/13
what's [15] 6076/24
 6094/18 6147/1 6148/4
 6151/9 6151/11
 6151/23 6181/7 6184/6
 6192/19 6197/6 6199/7
 6201/2 6205/21
 6206/13
whatever [7] 6082/18
 6096/16 6096/8
 6114/25 6125/24
 6146/10 6170/5
wheeling [1] 6168/1
wheels [1] 6109/18
when [81] 6072/14
 6076/10 6077/15
 6077/25 6079/21
 6081/12 6082/11
 6083/5 6084/16 6086/7
 6087/5 6087/17
 6088/10 6088/21
 6090/14 6091/10
 6091/11 6093/9 6094/5
 6095/15 6096/20
 6096/24 6097/10
 6097/17 6097/18
 6097/25 6098/4 6099/5
 6100/1 6103/4 6105/12
 6109/17 6111/11

**when... [48]** 6113/8
6113/16 6113/20
6118/5 6124/11 6126/9
6127/11 6128/5 6128/9
6128/13 6128/16
6130/9 6131/2 6136/20
6136/24 6137/7
6137/13 6142/22
6142/24 6144/17
6149/25 6155/4 6155/6
6155/19 6158/18
6158/25 6159/3
6159/14 6160/15
6161/17 6162/14
6165/1 6168/18
6168/19 6169/6 6169/8
6169/10 6169/24
6170/2 6170/6 6170/11
6182/2 6187/23
6193/13 6196/1
6204/22 6208/10
6208/14
**whenever [1]** 6136/5
**where [61]** 6072/4
6072/18 6078/22
6078/24 6081/5
6082/13 6082/16
6085/3 6085/16
6088/19 6090/7
6090/24 6092/6 6099/8
6101/11 6101/14
6106/9 6106/9 6106/21
6108/7 6108/13 6109/7
6111/9 6111/23
6117/19 6120/7
6121/11 6122/21
6122/25 6123/1 6123/2
6123/10 6124/10
6126/4 6126/18
6126/23 6128/16
6132/3 6138/1 6144/10
6144/24 6146/12
6152/25 6153/2 6153/9
6154/22 6156/14
6156/16 6157/18
6157/20 6157/21
6157/25 6158/10
6159/1 6159/19
6161/10 6161/18
6161/19 6183/14
6183/16 6200/15
**whereas [1]** 6204/14
**whether [3]** 6069/19
6070/25 6203/18
**which [22]** 6069/7
6069/22 6071/8
6076/11 6076/11
6076/15 6080/5
6080/11 6086/9 6093/7
6107/6 6117/1 6117/1
6117/11 6124/24
6139/20 6159/12
6161/11 6199/5
6202/22 6207/9
6210/23
**while [10]** 6074/15
6077/4 6079/18 6082/7

6119/19 6121/16
6158/11 6204/16
**Whip [1]** 6170/3
**white [11]** 6089/1
6107/14 6107/20
6107/21 6107/24
6155/22 6161/7
6181/25 6203/22
6204/7 6204/14
**White House [4]**
6107/14 6107/20
6107/21 6107/24
**who [72]** 6075/7
6078/16 6080/19
6086/21 6087/17
6088/21 6090/3
6095/10 6095/14
6098/18 6100/10
6100/16 6101/2 6101/3
6105/8 6107/2 6107/3
6110/23 6112/16
6113/10 6113/16
6116/18 6116/22
6116/22 6117/15
6120/16 6121/23
6141/4 6141/7 6143/3
6144/1 6144/4 6147/11
6147/14 6147/17
6147/24 6149/6
6154/13 6154/14
6157/16 6161/25
6162/9 6162/18
6162/20 6162/23
6166/6 6167/5 6167/10
6169/1 6171/18
6180/23 6181/15
6181/23 6184/18
6185/3 6185/23 6188/2
6190/21 6190/21
6191/22 6193/1 6194/7
6194/10 6194/15
6194/22 6194/23
6195/16 6195/17
6200/19 6204/1 6205/1
6205/7
**who's [5]** 6081/4
6111/5 6115/9 6128/5
6203/22
**whoever [2]** 6125/8
6155/5
**whole [10]** 6105/9
6105/17 6108/8 6111/2
6124/21 6127/6 6127/8
6160/7 6188/24
6204/23
**whose [2]** 6078/7
6121/8
**why [25]** 6069/11
6109/12 6110/21
6117/4 6119/20
6123/12 6125/19
6136/10 6136/11
6138/10 6141/17
6144/9 6155/17
6155/18 6161/4 6173/1
6191/3 6194/20 6198/9
6200/16 6201/16

6208/6
**wife [2]** 6189/5
6189/20
**will [13]** 6069/19
6075/1 6076/5 6076/15
6107/24 6135/4
6136/12 6136/12
6138/12 6162/5
6178/14 6193/4
6201/24
**Willard [1]** 6150/24
**William [8]** 6065/7
6065/8 6065/11
6067/10 6067/22
6192/2 6212/2 6212/8
**William Isaacs [1]**
6067/10
**William Shipley [1]**
6067/22
**willingly [1]** 6188/12
**Wilson [7]** 6120/18
6124/4 6127/22
6127/23 6156/9
6156/11 6192/2
**wind [1]** 6108/18
**window [1]** 6111/1
**wishes [2]** 6074/12
6202/8
**within [1]** 6129/19
**without [6]** 6075/3
6084/6 6113/24
6113/25 6172/12
6173/2
**witness [11]** 6066/2
6073/12 6077/17
6087/13 6139/6 6172/4
6173/17 6174/10
6174/23 6176/2 6197/5
**witnessed [5]** 6078/19
6081/18 6081/21
6167/25 6168/2
**witnesses [3]** 6066/4
6073/13 6073/17
**women [2]** 6112/9
6155/5
**Women's [2]** 6110/14
6110/23
**won't [1]** 6135/4
**Woodward [3]** 6064/2
6064/2 6067/18
**word [4]** 6070/23
6071/1 6071/22
6199/17
**words [5]** 6070/5
6132/10 6134/3 6170/3
6180/20
**wore [2]** 6182/5 6182/7
**work [10]** 6096/17
6118/23 6135/24
6141/21 6163/10
6163/14 6163/21
6164/4 6170/23 6171/4
**worked [5]** 6078/7
6079/23 6080/7
6185/24 6186/18
**working [21]** 6078/16
6079/18 6080/2 6080/3

6081/19 6082/6
6094/13 6110/22
6118/5 6130/14
6151/22 6165/23
6168/12 6169/1 6171/7
6181/23 6182/3
6183/15
**worms [1]** 6211/5
**worried [2]** 6132/2
6132/4
**worry [1]** 6094/5
**worst [1]** 6142/16
**worst-case [1]**
6142/16
**would [53]** 6070/25
6075/11 6079/3 6102/9
6107/6 6109/6 6125/14
6125/18 6125/19
6131/13 6135/9
6135/12 6135/17
6137/5 6141/11 6142/5
6142/6 6142/15
6144/12 6144/19
6150/18 6152/5
6157/17 6158/20
6158/22 6160/18
6166/7 6173/10
6173/16 6173/18
6174/3 6174/5 6174/24
6176/4 6176/14 6177/4
6178/15 6192/20
6193/15 6193/17
6194/15 6194/20
6194/21 6194/24
6196/11 6196/12
6196/23 6197/23
6204/10 6207/9 6210/9
6210/13 6210/25
**wouldn't [14]** 6089/13
6102/7 6106/21
6134/13 6134/13
6135/9 6141/21 6142/4
6165/24 6171/12
6171/16 6172/24
6177/20 6197/1
**wound [1]** 6092/10
**written [1]** 6140/9
**wrong [2]** 6206/14
6206/15

**X**

**Xbox [2]** 6102/18
6163/24

**Y**

**yard [3]** 6112/1
6128/16 6160/15
**yards [2]** 6129/12
6129/12
**yeah [42]** 6068/20
6076/23 6082/10
6084/22 6089/20
6089/23 6092/9 6094/7
6094/17 6094/21
6095/2 6096/3 6098/25
6108/24 6112/5
6113/18 6115/18

6127/23 6132/2 6133/1
6144/15 6149/11
6152/7 6153/2 6156/11
6156/11 6158/8
6159/16 6159/17
6160/14 6170/17
6171/20 6177/12
6184/10 6184/15
6188/8 6191/16
6204/21 6206/6
6207/23
**years [7]** 6165/19
6177/3 6178/2 6178/9
6180/4 6180/5 6196/15
**yell [1]** 6082/21
**yelling [1]** 6149/13
**yes [185]**
**yesterday [11]** 6069/10
6071/16 6072/5
6073/22 6075/18
6077/2 6077/25
6113/17 6113/18
6198/5 6198/12
**yet [1]** 6209/15
**York [1]** 6162/25
**you [883]**
**you know [6]** 6088/11
6125/21 6136/20
6144/2 6166/10
6187/20
**you'd [6]** 6104/20
6137/9 6138/3 6142/3
6149/11 6193/24
**you'll [1]** 6173/22
**you're [41]** 6081/2
6094/23 6100/22
6102/25 6103/1 6103/3
6103/4 6107/22 6122/6
6144/24 6145/1 6145/3
6145/3 6145/5 6146/12
6146/17 6147/9 6151/6
6151/21 6151/22
6154/22 6154/22
6155/13 6155/15
6155/23 6157/18
6161/6 6178/14 6184/5
6184/6 6184/13
6184/18 6190/7
6190/15 6190/23
6193/14 6193/16
6193/19 6196/16
6196/19 6205/16
**you've [15]** 6076/13
6129/15 6133/11
6133/14 6133/14
6136/17 6137/11
6137/14 6137/14
6141/1 6142/2 6143/8
6146/6 6153/13
6153/22
**your [150]** 6067/6
6073/11 6073/13
6073/15 6073/16
6073/18 6075/5 6075/8
6075/11 6076/19
6076/21 6078/1 6081/2
6085/24 6086/2

**your... [135]** 6091/23
6092/2 6095/10
6099/14 6101/7
6102/22 6114/16
6121/16 6122/10
6122/16 6123/12
6125/4 6126/15
6127/16 6130/19
6130/21 6130/24
6131/3 6131/4 6131/5
6131/7 6131/10
6131/19 6132/14
6133/10 6133/10
6134/8 6134/13
6134/17 6134/18
6134/20 6134/22
6134/24 6135/3 6135/3
6135/5 6135/13
6135/15 6135/16
6135/17 6135/20
6135/21 6136/12
6136/16 6137/7
6137/20 6138/6
6138/20 6139/17
6139/19 6140/10
6140/14 6140/23
6141/25 6142/4
6142/10 6142/20
6143/10 6144/25
6145/12 6145/21
6145/25 6146/1 6146/4
6146/5 6146/8 6146/10
6146/13 6146/15
6147/1 6147/3 6147/6
6148/15 6151/16
6152/5 6153/22 6154/9
6163/10 6163/13
6164/4 6164/15 6165/1
6165/5 6166/3 6170/4
6172/21 6173/7
6173/12 6173/16
6173/25 6174/13
6174/24 6175/14
6175/24 6176/2 6176/2
6176/13 6177/24
6178/6 6179/19
6180/18 6181/20
6182/14 6184/14
6188/15 6188/18
6189/16 6196/3
6196/24 6196/24
6197/13 6197/19
6197/22 6198/11
6198/20 6199/4 6200/7
6200/12 6201/8
6201/11 6201/15
6201/21 6202/12
6204/21 6204/23
6206/15 6207/8 6207/9
6207/14 6209/5
6209/14 6210/1 6210/3
6211/1 6211/1
**Your Honor [37]**
6067/6 6075/5 6075/8
6076/19 6131/10
6131/19 6132/14
6138/20 6139/19

6173/16 6173/25
6174/13 6174/24
6175/24 6197/22
6198/11 6198/20
6199/4 6200/7 6200/12
6201/8 6201/11
6201/15 6201/21
6202/12 6206/15
6207/8 6207/9 6207/14
6209/5 6209/14 6210/1
6210/3 6211/1 6211/1
**Your Honor's [1]**
6075/11
**yourself [1]**  6134/3

**Z**

**Zaremba [3]**  6065/11
6212/2 6212/8
**zoom [4]**  6172/5
6172/16 6172/17
6176/15
**zooming [1]**  6129/14
**Zsusza [1]**  6064/6