IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )     CR No. 21-28
                                   )     Washington, D.C.
            vs.                    )     March 8, 2023
                                   )     9:15 a.m.
SANDRA R. PARKER, ET AL.,          )
                                   )     Day 22
            Defendants.            )     Morning Session
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn Leigh Rakoczy
                               Jeffrey Nestler
                               Troy Edwards
                               Alexandra Hughes
                               Louis Manzo
                               U.S. ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                               555 Fourth Street, NW
                               Washington, D.C. 20530
                               (202) 252-6928
                               Email:
                               kathryn.rakoczy@usdoj.gov

6446

APPEARANCES CONTINUED:

For Defendant Sandra Parker:    John L. Machado
                                LAW OFFICE OF JOHN MACHADO
                                503 D Street, NW
                                Suite 310
                                Washington, D.C. 20001
                                (703) 989-0840
                                Email: johnlmachado@gmail.com


For Defendant Bennie Parker:    Stephen F. Brennwald
                                BRENNWALD & ROBERTSON, LLP
                                922 Pennsylvania Avenue, SE
                                Washington, D.C. 20003
                                (301) 928-7727
                                Email: sfbrennwald@cs.com


For Defendant Laura Steele:     Peter A. Cooper
                                LAW OFFICE OF
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1434
                                Email:
                                pcooper@petercooperlaw.com

APPEARANCES CONTINUED:

For Defendant Connie Meggs:        Stanley Edmund Woodward, Jr.
                                   BRAND WOODWARD LAW
                                   1808 Park Road NW
                                   Washington, D.C. 20010
                                   (202) 996-7447
                                   Email:
                                   stanley@brandwoodwardlaw.com

                                   Juli Zsuzsa Haller
                                   LAW OFFICES OF JULIA HALLER
                                   601 Pennsylvania Avenue, NW
                                   Suite 900
                                   S. Building
                                   Washington, D.C. 20036
                                   (202) 352-2615
                                   Email: hallerjulia@outlook.com

For Defendant Isaacs:              Eugene Joseph Rossi
                                   CARLTON FIELDS P.A.
                                   1025 Thomas Jefferson St., NW
                                   Suite 400 West
                                   Washington, D.C. 20007
                                   (202) 965-8100
                                   Email:
                                   grossi@carltonfields.com

                                   Charles Greene
                                   LAW OFFICE OF
                                   CHARLES M. GREENE, P.A.
                                   55 East Pine Street
                                   Orlando, FL 32801
                                   (407) 648-1700
                                   Email: cmg@cmgpa.com

```
APPEARANCES CONTINUED:

For Defendant
Michael L. Greene:              Britt Redden
                                REDDEN LAW, PLLC
                                3300 Oak Lawn Avenue
                                Suite 700
                                Dallas, TX 75219
                                (214) 699-8429
                                Email:
                                bredden@reddenlawtexas.com

                                William Lee Shipley, Jr.
                                LAW OFFICES OF
                                WILLIAM L. SHIPLEY
                                PO Box 745
                                Kailua, HI 96734
                                (808) 228-1341
                                Email: 808Shipleylaw@gmail.com

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

6449

– – –

WITNESS INDEX

– – –

WITNESSES          DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA MICHAEL PALIAN   6501  6543    6580
SA MICHAEL PALIAN         6554
SA MICHAEL PALIAN         6563

– – –

INDEX OF EXHIBITS

– – –

| GOVERNMENT'S | ADMITTED |
|---|---|
| 10155.1041 | 6505 |
| 10155.1045 | 6506 |
| 10155.1050 | 6507 |
| 10155.1050.P | 6508 |
| 10155.1105 | 6509 |
| 10155.1111 | 6510 |
| 10155.116A | 6511 |
| 10155.1116B | 6511 |
| 10155.1151 | 6512 |
| 10251 | 6512 |
| 10252, PAGE 7 | 6522 |
| 10252, PAGES 2, 3, 4, 5, AND 6 | 6526 |
| 10253 | 6541 |

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable Amit
 3   P. Mehta presiding.
 4            THE COURT:  Good morning.  Please be seated,
 5   everyone.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.  This
 7   is Criminal Case No. 21-28, United States of America versus
 8   Defendant No. 4, Sandra Ruth Parker; Defendant 5,
 9   Bennie Alvin Parker; Defendant 7, Laura Steele; Defendant 9,
10   Connie Meggs; Defendant 16, William Isaacs; and
11   Defendant 20, Michael L. Greene.
12            Kathryn Rakoczy, Jeffrey Nestler,
13   Alexandra Hughes, and Troy Edwards for the government.
14            John Machado for Defendant Sandra Parker.
15            Stephen Brennwald for Defendant Bennie Parker.
16            Peter Cooper for Defendant Steele.
17            Stanley Woodward and Juli Haller for
18   Defendant Meggs.
19            Gene Rossi and Charles Greene for
20   Defendant Isaacs.
21            Britt Redden and William Shipley for
22   Defendant Greene.
23            All six named defendants are present for these
24   proceedings.
25            MR. WOODWARD:  Good morning, Your Honor.  I'll
```

1    stand in for Mr. Cooper until he arrives.

2            THE COURT:  Okay.  Appreciate it.

3            Okay.  Apologies for getting here a little late.

4    I was still looking at some of the videos that were sent

5    yesterday.

6            All right.  So let's start there on the videos.

7            Mr. Rossi, you've had an opportunity to both look

8    at the videos that were redacted and then the additional two

9    the government wishes to introduce.

10           MR. ROSSI:  Your Honor, based on your rulings

11   yesterday, we do not object.

12           THE COURT:  Okay.

13           MR. ROSSI:  But we do reserve our rights regarding

14   the proffer.

15           THE COURT:  Understood.  Okay.

16           MR. ROSSI:  Yeah.

17           And, Your Honor, I just had a couple preliminary

18   issues.

19           THE COURT:  Okay.

20           MR. ROSSI:  I asked the Deputy Clerk about WI

21   Exhibit 1.  I thought it was in evidence.  It's the résumé

22   of Dr. Sperry.

23           THE COURT:  I think we'd -- I had reserved on it.

24           MR. ROSSI:  Okay.

25           THE COURT:  And I think --

1        MR. ROSSI:  We would like to introduce it.

2        THE COURT:  Understood.

3        MR. ROSSI:  Yeah.

4        THE COURT:  Mr. Nestler, is there an objection

5  from the government to introducing her CV?

6        MR. NESTLER:  Yes.  We don't think it's necessary

7  to introduce her complete CV with other cases that she's

8  worked on and articles that she's written.  I'm sure that

9  it's relevant for the jury to have all that.

10        And if the defense wants to do so, we could, of

11  course, introduce our expert's CV, and I'm not sure that the

12  jury needs -- or the benefit from having all that

13  information.

14        MR. ROSSI:  I don't think we would object -- we

15  would not object to their CV going in.

16        THE COURT:  The only issue I have about the CV --

17        MR. ROSSI:  Yes.

18        THE COURT:  -- and not having studied it, is

19  sometimes the articles convey substance that the expert may

20  have written or the title of a talk or something, and again,

21  I haven't looked at it, so that's the only hesitance I have.

22  I don't think it's otherwise objectionable unless there's

23  something in there that would convey facts that otherwise

24  are not either relevant or outside the scope of what I've

25  permitted the testimony to entail.

1          MR. ROSSI:  Well, Your Honor, could we look at it

2     further and maybe take out a few pages?

3          THE COURT:  Yeah.  Well, why don't you take a look

4     at it, have the government look at it.

5          MR. ROSSI:  Okay, sure.

6          THE COURT:  And if there's -- we can redact

7     portions of it.

8          MR. ROSSI:  Right.

9          MR. NESTLER:  Sorry.

10          To be clear, if the portion of the CV is about

11     someone's academic credentials and their prior work history,

12     that portion we have no problem with.  It's the talks and

13     the articles and the other cases that they've worked on that

14     we think gets into an area that the jury ought not to be so

15     discretely informed about.

16          MR. ROSSI:  Okay.

17          Your Honor, we'll work with Mr. Nestler.

18          THE COURT:  Okay.

19          MR. ROSSI:  Hopefully we'll come up with a

20     compromise.

21          THE COURT:  That's fine.

22          MR. ROSSI:  And I think I have a compromise, Your

23     Honor, on WI4.  It's the military records.

24          THE COURT:  Okay.

25          MR. ROSSI:  We only want to put in -- and I'll

1    show Mr. Nestler -- one page, two page, four pages, six

2    pages.

3            THE COURT:  Six additional pages.

4            MR. ROSSI:  Just six pages out of 56, I think it

5    is.

6            THE COURT:  Okay.  Any has --

7            MR. ROSSI:  And I'll show Mr. Nestler.

8            THE COURT:  Okay.

9            MR. NESTLER:  I have not seen them yet, but I'll

10    look.

11            MR. ROSSI:  Yeah.  And we'll work it out, Judge.

12    We'll work it out.  Thank you.

13            THE COURT:  All right.  So then that brings us to

14    exhibits.

15            MR. GREENE:  May I be heard briefly, Your Honor?

16            THE COURT:  Sure.

17            MR. GREENE:  Last night at 11:26 we got an exhibit

18    from Mr. Nestler that he intends to offer through

19    Dr. Askenazi that I think is barred.  It's a Handbook of

20    Forensic Neuropsychology.  And so apparently he intends to

21    use this to say that this is consistent with your opinion.

22    Under controlling law and under the rules as I understand

23    them, that that would be improper bolstering.

24            THE COURT:  I'm sorry.  You said the controlling

25    law and rules of what?

1          MR. GREENE:  And the rules as I understand them.

2          THE COURT:  Oh, okay.

3          MR. GREENE:  I think that would be what's called

4     "bolstering."

5          While you are allowed to impeach under the Federal

6     Rules of Evidence, impeach an expert with a learned

7     treatise, you are not allowed to introduce anything from a

8     learned treatise to bolster your own expert.  It's the rule

9     against bolstering.  They teach it in all the trial

10    certification classes I go to every February.  Missed this

11    year because I'm here.  And I believe it's well-established

12    law across the land.  I did some brief research this morning

13    to confirm that's the rule.

14          So we would object to him using the Handbook of

15    Forensic Psychology -- Neuropsychology through his expert

16    because it would be improper bolstering.

17          And I didn't get this until 11:26 last night when

18    I was asleep, I assure you.

19          THE COURT:  I'm glad you got to bed early.

20          But what are the contents, as opposed to just the

21    general topics of what it is?

22          MR. GREENE:  May I approach, Your Honor?

23          THE COURT:  Yes, please.

24          MR. GREENE:  It's is a one-page excerpt on autism

25    spectrum disorders, for the record, from the Handbook of

```
 1    Forensic Neuropsychology, Second Edition, not written by
 2    this witness.
 3              So it's hearsay, bolstering.  Sorry.
 4              (Pause)
 5              THE COURT:  Okay.  I'm just reading.  There's a
 6    paragraph in here that seems to reference a 1999
 7    Baron-Cohen.  Presumably that's some study or whatever the
 8    case may be.
 9              MR. GREENE:  On mind blindness or something.
10              THE COURT:  On mind blindness.
11              MR. GREENE:  Yes, Your Honor.
12              THE COURT:  Counsel.
13              MR. GREENE:  Thank you, Judge.
14              MR. NESTLER:  Yes, Your Honor.
15              We intend to discuss mind blindness with
16    Dr. Askenazi today.  She will discuss how Dr. Sperry was
17    wrong and defined mind blindness incorrectly, and the
18    leading treatise on neuropsychology, on forensic
19    neuropsychology, actually defines it quite differently from
20    how Dr. Sperry presented it.  And so we intend to have
21    Dr. Askenazi explain that and refer to this exhibit as she
22    explains that.  And we may seek to publish it to the jury as
23    a demonstrative for Dr. Askenazi to read some of the
24    relevant language here from the bottom two paragraphs about
25    what neuro -- about what mind blindness is.
```

1          MR. GREENE:  So that's exactly what the rules

2     prohibit.

3          What he could have done is impeach Dr. Sperry with

4     it.  That would have been permissible.  But it's called

5     bolstering when you do it through your own expert.  It is

6     forbidden, I believe, in every district across the

7     United States.  It is not allowed.  It is introducing

8     hearsay, a learned treatise through your own expert, not

9     allowed ever.  He could have impeached Dr. Sperry.  He made

10    a tactical blunder by not doing so.  Now he's stuck with

11    what he did.

12         Thank you, Judge.

13         THE COURT:  So could I just ask, Mr. Greene, how

14    does that, and I'd have to look at this, but how does that

15    square with the rule that permits the admissibility of

16    otherwise barred hearsay evidence to come in through an

17    expert if the Court determines that its probative value

18    can -- if the risk of admitting it does not outweigh its

19    probative value?

20         MR. GREENE:  Because the rule is different for

21    hearsay, Judge.  And there's very strict limitations on how

22    you can get hearsay in through an expert.

23         But the cases view bolstering as different because

24    each expert must stand on their own.  You can't have an

25    expert get up there and say, hey, all the other experts

1    support me, too.

2              Now, you can impeach an opposing expert by saying,

3    the other experts don't agree with you.  He could have used

4    that can Dr. Sperry.  But what he can't do, and what

5    Ms. Wilson can find very quickly with looking up the term

6    "bolstering" in federal court, is that you cannot, through

7    your own expert, introduce a learned treatise and bolster

8    them by saying, all the experts agree with me.  That's the

9    danger.

10             It's got to be limited to Dr. Sperry and

11   Dr. Askenazi, and that's who the jury determines is right or

12   wrong, not some people that aren't in the courtroom.

13             THE COURT:  Well, let me ask you this:  Can she

14   say that I've consulted with the Handbook of Forensic

15   Neuropsychology and this is how it defines mind blindness?

16             MR. GREENE:  She can say that my opinion is

17   consistent with the literature and the scientific materials

18   in my industry.  She's not allowed to refer to a specific

19   article.  That's bolstering.

20             She can't say what I'm saying is consistent, my

21   opinions are consistent with everything I've read.  It can

22   be general but not specific.

23             Thank you, Judge.

24             MR. NESTLER:  We just disagree, Your Honor.

25             Mr. Greene had his expert say that everything she

1    did was consistent with the experts in her field, but did

2    not provide any specifics.  We intend to have Dr. Askenazi

3    provide the specifics to make sure that the jury knows that

4    she has credibility, that when she says this is consistent

5    with the definition in the field, that it's true.

6         MR. GREENE:  And let me just point out one last

7    thing, Judge, and I'll sit down.  You've pointed out to us

8    that you did things a little too late.  I think the deal

9    breaker should be here, I got this at 11:26 last night or I

10   would have had a couple cases for Your Honor to explain

11   things a little more clearly.  And it just shouldn't be

12   allowed.  It's not necessary.  She can say that everything

13   is consistent with all the materials in the industry.  She

14   doesn't need to refer to this.  And I respectfully submit

15   that it would be in conflict with the case law for her to do

16   it.

17        MS. HALLER:  Your Honor, may I raise one question

18   related to a different witness?

19        MR. NESTLER:  I'm sorry, Your Honor.  If we want

20   to get into the hearsay exceptions, Rule 803(18)

21   specifically allows such evidence.

22        And it says exactly what the government intended

23   to do, which is that, a learned treatise can be read into

24   evidence but not received as an exhibit, which is exactly

25   how we intended to do it.  I flagged this for the defense

 1    that we would offer this as a demonstrative, which she would

 2    refer to it, read to it -- read from it, but not offer it as

 3    an actual admitted exhibit.

 4         MR. GREENE:  Judge, if I had this before 11:26

 5    last night, I'd give you cases explaining what I found.

 6    It's really kind of unfair to get them at midnight.

 7         THE COURT:  So Rule 803(18) says, treats as not

 8    hearsay a statement contained in a "treatise, periodical or

 9    pamphlet if, A, the statement is called to the attention of

10    an expert witness on cross-examination, or is relied on by

11    the expert on direct examination and the publication is

12    established as a reliable authority by the expert's

13    admission or testimony by another expert's testimony or by

14    judicial notice.  If admitted, the statement may be read

15    into evidence but not received as an exhibit."

16         MR. GREENE:  I will also note, Judge, just an

17    additional thing just came to my thought processes, which

18    are slow.

19         The rule of completeness.  I mean, I think the

20    whole chapter would have to be re-read in order to not take

21    something out of context, because you've got one page here

22    we can't really see what it was.  We don't know anything

23    about the Handbook of Forensic Neuropsychology.

24         MR. NESTLER:  Your Honor, for scheduling,

25    Dr. Askenazi, we wanted to let Your Honor know, will be our

1    second witness.  Agent Palian will be our first witness in

2    case that affects when Your Honor wants to talk about.

3              THE COURT:  How long do you think he'll be?

4              MR. NESTLER:  With Agent Palian, under an hour

5    probably total.

6              (Pause)

7              THE COURT:  Okay.  Let me just defer on this issue

8    for a moment.  Why don't we talk about the -- what has been

9    sent to me is Exhibit 10250 that contains some portions of

10   which, I gather, the defense is objecting to.

11             Mr. Woodward.

12             MR. WOODWARD:  Yes, Your Honor.

13             The messages from Mr. Meggs, in our view, are the

14   easiest to tackle.  The Court has already kept those out

15   previously.  So we appreciate the government's zealousness

16   in wanting to admit those now on rebuttal, but our argument

17   is quite simply that these messages reflect planning for

18   conduct that was covered in the seditious conspiracy conduct

19   that was arguably covered in the conspiracy charged in the

20   Rhodes case put not conduct that was covered in this

21   conspiracy.  And even to the extent that the government's

22   argument is that they reflect consciousness of guilt or

23   otherwise admission of the crime they allege occurred in

24   this conspiracy, then their probative value is outweighed by

25   their prejudicial effect of suggesting that the Oath Keepers

1    writ large were intending to come back and cause further

2    harm or commit other crimes.

3            THE COURT:  Okay.  Let's start with those.  These

4    are messages from -- this is what happens -- this is a

5    message from Rich Lupo to a group that includes Kelly Meggs

6    on January 6th at 7:08 p.m.  "What happens if House resumes

7    session tonight?" Lupo asks -- Lupo then says, "If House,"

8    Kelly Meggs responds, "We are going back," and then he says,

9    "A million of us."

10           So, Mr. Edwards.

11           MR. EDWARDS:  Yes, Your Honor, two principles at

12   play here in terms of admitting this set of messages.

13           We understand the Court's ruling at the time when

14   we've attempted to do this previously.  We're now after the

15   defense case in the rebuttal.  And this, the two principles

16   at play here are rebutting specifically the notion from the

17   defense case that has come in through cross-examination and

18   now in the witnesses they have presented, that the reason

19   that defendants went inside the United States Capitol was to

20   help anyone, whether it was help the two Oath Keepers at the

21   top of the stairs or to help people who may be in trouble

22   inside the Capitol Building.

23           These messages belie that notion that Mr. Meggs is

24   now talking about going back if the house resumes session.

25   So that's just an overarching principle of the government

1   being able to take messages from co-conspirators who these

2   defendants were with and rebut the notion that they went in

3   to help.

4          There are more specific reasons why we think these

5   are admissible.  One is that Connie Meggs has now taken the

6   stand and said her message to Patty Gee on the night of

7   January 6th was her watching the news.  Her message was that

8   they went to the Capitol to stop the vote.  These messages

9   corroborate or rebut Connie Meggs' point here.  Ms. Meggs

10  said that she was watching the news.

11         What Kelly Meggs is saying while in the hotel,

12  according to Connie Meggs, she went to the hotel and stayed

13  with Kelly Meggs the rest of that evening.  While she is

14  with Kelly Meggs, she is saying something that matches what

15  Connie Meggs said.  She says, "They went to the Capitol to

16  stop the vote."

17         Rich Lupo now says, "What happens if they resume

18  or continue," right?  They stopped the vote.  What happens

19  if they did it -- they re-start?

20         Mr. Meggs says, "We're going to back."

21         So that rebuts Ms. Meggs' point that she's just

22  watching the news while in the hotel room.  She testified on

23  direct and cross-examination that she went to the hotel and

24  stayed there after the curfew with Mr. Meggs but that that

25  message was just watching the news.

1          While she's with her husband, her husband is

2     saying the same thing.  We'll go back if they re-start.

3          Two, there are -- I think where the analysis of

4     these kinds of messages being forward-looking and,

5     therefore, only being relevant to 18 U.S.C. 2384 is too

6     narrow.

7          For a specific purpose here:  The session is still

8     suspended at 7:08 p.m. and Mr. Meggs is acknowledging in

9     this message that it is still suspended but may re-start.

10         And the conspiracy charged here is that these

11    defendants joined other co-conspirators and agreed to stop

12    that proceeding from happening.  And so just because it

13    happens, these messages happen after their actions in the

14    Capitol, it is still directly relevant to the intent of

15    co-conspirators around them, that they have now testified

16    they were around all day and with all day and all night.  It

17    is relevant that these individuals say that we'll go back if

18    they re-start that night.

19         I think it is important to note that this

20    proceeding did not re-start and finish until 8:00 p.m. to

21    then 3:45 a.m.  So this is just within an hour of them

22    re-starting.

23         But I just -- I note and kind of reemphasize this

24    point, that it is now rebutting Ms. Meggs directly, that she

25    has put on the record that she was with her husband but she

6465

1    was just watching the news.

2                MR. WOODWARD:  Starting with the last point that

3    Mr. Edwards made, which is, what is this conspiracy about?

4                I don't want to be misinterpreted as suggesting

5    that because these defendant are not charged with seditious

6    conspiracy, the evidence must be different.  No.

7                The difference is the scope of the conspiracy.  As

8    the Court has acknowledged from the outset of this case, the

9    scope of this conspiracy is much different, the time of this

10   conspiracy is much different.  It doesn't begin until

11   December, it doesn't begin at the earliest until December

12   19th.  And as the evidence has shown in this case again,

13   there is no plan to go into the Capitol until they actually

14   enter the Capitol.

15               At the very best, the government's position

16   appears to be that it was Caleb Berry at the huddle at the

17   steps of the Capitol who confirms there was any intent or

18   agreement to go into the Capitol.

19               And so while I appreciate the government's

20   position that there was some overarching plan to stop the

21   certification, that's not what the evidence bore out in this

22   case or, in my humble opinion, the other case.

23               THE COURT:  Can I just ask one question, which is,

24   why isn't Mr. Edwards right that what Kelly Meggs says here

25   at 7:08 on January 6th about going back, rebuts the idea

1    that they were there in the first place, that is, on the

2    afternoon of January 6th, to help.

3              He's talking about going back.  There's nobody

4    there they're going to help.  So what other reason is he

5    going there for or suggesting he's going there for.

6              MR. WOODWARD:  So I have two concerns with the way

7    that Mr. Edwards phrased it.  The first has to do with any

8    presumption that Ms. Meggs had any awareness of what

9    Mr. Meggs was doing.  I'm going to save my --

10             THE COURT:  Let's leave that aside.

11             MR. WOODWARD:  Good.

12             There's just so much we don't know about

13   Mr. Meggs' state of mind at that time.  We don't know what

14   his intention to go back and do was.  Could he possibly have

15   been referring to going back to providing the same level of

16   assistance that he was doing.  We don't know who this Lupo

17   person is.  Isn't it interesting that if the plan is to go

18   back, that the conversation is with Lupo and not with any of

19   the multitude of Signal chats about which we've heard so

20   much these last few weeks.

21             So this statement taken out of context, brought in

22   through an FBI agent, is going to confuse the jury.  And so

23   even to the extent that it is probative of what the intent

24   was that day, its prejudice is undue.  And these defendants

25   ought not suffer the misconception of what Mr. Meggs thought

1    or didn't think.  He's not a defendant in this case.

2    Mrs. Meggs is.  And I think the Court agrees that she's not

3    responsible for all the thoughts and actions of her husband,

4    absent proof that she was discussing this with her husband

5    that night.

6             Both Mr. Meggs and Mrs. Meggs gave interviews to

7    the FBI, right?  They didn't come in in this case, and we're

8    grateful for that, but it's not as if the government didn't

9    have an opportunity to talk to them about all this.  They

10   did.  And there is no evidence that Ms. Meggs was aware of

11   what was happening on Mr. Meggs' phone leading up to and

12   after January 6th.

13            THE COURT:  Okay.

14            Mr. Edwards.

15            MR. EDWARDS:  Yes, Your Honor.

16            THE COURT:  I thought you were going to say

17   something.

18            MR. EDWARDS:  I'm sorry, I thought you had a

19   question.

20            The only additional point I would just add is when

21   Mr. Woodward is focusing on the scope of the charged

22   indictment -- or the charged conspiracy, that's true, it

23   does begin in December.  It also goes through January 2021.

24            Now, we're not talking about January 31st

25   messages.  What is relevant here is we're talking about

1   messages that are within the time frame of the proceeding

2   still being in place and then continuing an hour later.  So

3   I wouldn't concede that it ends at 3:45 a.m. January 7th,

4   but at the latest, that proceedings does not finish until

5   January 7th, 3:45 a.m.

6          And, again, I just point out that this is direct

7   rebuttal to Ms. Meggs saying that she was watching the news

8   with her husband in the hotel room.  He's messaging the same

9   exact concept, that if it continues, they went there to stop

10  it, we'll have to go back.

11         MR. SHIPLEY:  I want to be heard just briefly,

12  because I think when we addressed issue one of the words she

13  used was hyperbole.

14         THE COURT:  Have a seat.  Have a seat.  I'm not

15  interested in hearing from anybody else.

16         I think Mr. Edwards is right in the following

17  sense.  You know, the defense has put on a theory, including

18  a witness that the intention of going to the Capitol was to

19  help or, at least, that's what one of the defense witnesses

20  thought Mr. Meggs might admit.  I think Mr. Parker suggested

21  that the reason Ms. Parker was going to the Capitol and

22  going inside the Capitol because to help.

23         And this rebuts that.  You know, what's

24  Kelly Meggs talking about, going back to the Capitol at

25  7:00, he's not going to talk about anybody to help anybody.

1          But I'm going to keep it out, and that's because

2  this is a trial about these individuals, this is Mr. Meggs'

3  statement.  I understand they're all part of the same

4  conspiracy, but I want these individuals tried largely upon

5  their actions and the limited comments that I've allowed in

6  of other co-conspirators, some of which they would have

7  heard, these defendants would have heard.  These defendants

8  aren't on this text message.  Perhaps Ms. Meggs is with

9  Mr. Meggs at this time but we don't know that for sure.

10          I will also note that this is at 7:08.  This is an

11  hour after the curfew has been established by the mayor.

12  The odds that Mr. Meggs, in his bluster, was actually going

13  to go back out and somehow get to the Capitol and do

14  anything is completely fanciful.

15          And so for those reasons, I'll keep it out.

16          MR. EDWARDS:  Your Honor, may I make just one?

17          THE COURT:  Let's keep moving, because I've got to

18  get these folks in here.

19          What's next?  We've got the Rhodes statements to

20  Kellye SoRelle.  And what's the theory as to why they come

21  in at this point?

22          I suppose it's along the same lines.

23          MR. EDWARDS:  Correct.

24          And I think at this point in the trial, there

25  are -- we have attempted to show messages after the

1    proceeding, after these defendants' actions in the Capitol

2    with Kelly Meggs and other people, to show that the defense

3    theory through multiple witnesses is not correct.

4              THE COURT:  Can I interrupt you?

5              MR. EDWARDS:  Oh, sorry.

6              THE COURT:  Let's do this one at a time.

7              There are three messages between Stewart Rhodes

8    and Kellye SoRelle.  This is before January 6th.  They're

9    dated December 29th, 2020.

10             MR. EDWARDS:  Yes.

11             THE COURT:  Mr. Rhodes says to Kellye SoRelle,

12   "This will be D.C. Rally No. 3, getting kind of old, they

13   don't give a shit how many show up, and wave a sign 'pray or

14   yell'.  They won't fear us till we come with rifles in hand.

15   Only reason to go is so Trump knows we support him in taking

16   reg," r-e-g, "gloves off and kicking ass."

17             MR. EDWARDS:  And those are the only two,

18   Your Honor, we submitted to the defense last night.  We

19   chopped up multiple exhibits to try and figure out how to

20   organize this.  So right now in play are these two messages.

21             THE COURT:  There's a third.  I know.  There's a

22   third in the slide deck I have, which is, "That's why

23   I'm going.  It's to send him, in all caps, a message, not

24   Congress, I'm done talking to them."

25             MR. EDWARDS:  Right.

1          THE COURT:  So those three?

2          MR. EDWARDS:  No.  Just those first two.

3          THE COURT:  Just the first two.  Okay.

4          MR. EDWARDS:  I think we kind of inartfully

5    chopped up our exhibits to give different numbers to make it

6    clear for the jury.  So it's the first two right now.

7          The reason I started the way I did is just to say

8    what we were attempting to do with those messages afterward

9    is to kind of show that there was no intent to help.  These

10   people would have -- you know, Your Honor is tracking.

11         This is along the same line.  It's just these are

12   now messages before the proceeding, so it's the same strand

13   of argument here, that we are attempting to rebut because

14   we believe we have plenty of messages to show the jury

15   through this evidence that these people were not talking

16   ahead of time or afterward about going in to help people.

17   And so these messages do that.

18         These are messages from the leader of the

19   conspiracy who was on-site on January 6th who was

20   orchestrating through Michael Greene and other deputies

21   underneath him about where to go, when, and what to do.

22         And Mr. Rhodes and Kellye SoRelle, who Mr. Greene

23   has now testified that is his protectee, are discussing

24   ahead of January 6th concepts of putting fear in

25   Congress's -- you know, making Congress fear them, bringing

1    rifles in hand.

2           The only reason to go -- this is direct rebuttal

3    to this point -- the only reason to go to D.C. is so Trump

4    knows we support him, and taking our gloves off and kicking

5    ass.

6           That's not -- I don't mean to be too literal, but

7    the reason to help people does not fit into this only reason

8    category that Mr. Rhodes is putting out there to a

9    co-conspirator in furtherance of the conspiracy before

10   January 6th and well within the timeline of the charged

11   conspiracy.

12          THE COURT:  Or to do security?

13          MR. EDWARDS:  Or to do security, correct.

14          MR. GREENE:  Your Honor, may I?

15          I have a request that the government provide us

16   with the next page, page 496 of this handbook so that I can

17   take a look at it, the rule of completeness.  I might

18   withdraw my objection.  It cuts off right at mid-sentence,

19   Judge.  It's something that looks right in line with your

20   ruling about cues, and look at the last line.

21          MR. NESTLER:  I don't have the next page.  This is

22   the paragraph that mattered, which is the expert defining

23   the term "mind blindness."

24          MR. GREENE:  This whole -- the whole --

25          THE COURT:  We're checking to see if our library

```
 1   has it.
 2            MR. GREENE:  Thank you, Judge.
 3            MR. WOODWARD:  I don't have anything to add.
 4            THE COURT:  Anybody else want to be heard about
 5   Mr. Rhodes' texts to Kellye SoRelle?
 6            MR. BRENNWALD:  Your Honor, I would note on a
 7   different topic that I sent out my comments on jury
 8   instructions last night.  I thought they went to the Court,
 9   but they didn't.  So I sent them to Ms. Wilson this morning,
10   just so the Court knows.  There's about nine things to
11   cover.  Nothing complicated.
12            MR. WOODWARD:  Okay.  I'll add one thing.  It's
13   the reference to rifles.  That's -- yeah.  Nothing if not
14   predictable, I hope.
15            THE COURT:  Yes, it is the reference to rifles,
16   you're exactly right.
17            Go ahead.
18            MR. EDWARDS:  Agreed.  That's why we want it.
19            THE COURT:  I understand.
20            MR. EDWARDS:  Right.
21            THE COURT:  I get it.
22            MR. EDWARDS:  And frankly, the defense put
23   witnesses on who, in the government's view, incredibly
24   testified about not seeing the rifle cases.  And, you know,
25   didn't have any role in the QRF and didn't have any
```

```
 1   knowledge, including Mr. Greene, who says he didn't have any
 2   knowledge about a QRF and it wasn't part of his plan.
 3            But this is the person who's paying him to be
 4   there for January 6th saying, you know, these are the only
 5   reasons to be there.
 6            MR. COOPER:  Not all defendants.
 7            THE COURT:  I think I've got to let this in.
 8            Mr. Shipley.
 9            MR. SHIPLEY:  Obviously the problem with this one
10   is, by its own date, it's three days before Mr. Greene is
11   added to the D.C. op chat, and there's no foundation that
12   Mr. Greene ever talked to Mr. Rhodes about this or knew
13   anything about it.  So I don't know how it rebuts
14   Mr. Greene; that Mr. Rhodes might have had these crazy
15   ideas, and that's populated throughout the case.  We don't
16   need more of that.  It's cumulative, if nothing else, on
17   that issue.  And it doesn't directly rebut anything
18   Mr. Greene says.  It's not inconsistent with what he said
19   because of the timing.
20            THE COURT:  Was there any evidence in the defense
21   case about the purposes of the QRF, other than Mr. Greene's
22   general statements about his understanding of what a QRF
23   entails?
24            MR. WOODWARD:  Mr. Morelock.
25            MR. SHIPLEY:  I'm sorry, Your Honor.  I didn't
```

1    hear the whole question.

2             THE COURT:  The question was, was there any

3    evidence in the defense case about the purpose of the QRF,

4    other than Mr. Greene's general statements about what he

5    understands a QRF to be?

6             MR. SHIPLEY:  Not from him because he said he did

7    not plan on a QRF.

8             THE COURT:  That's why I said "other than

9    Mr. Greene."

10            MR. SHIPLEY:  Oh, I'm sorry.

11            MR. WOODWARD:  Yeah.

12            I mean, Mr. Morelock certainly testified that he

13   brought two firearms with him to Washington.  He unloaded

14   them at the QRF.  I believe they were pistols, not long

15   arms.  I don't recall that he said that the purpose was --

16   if he said anything, it would have been that the QRF was

17   reactionary.

18            But I don't recall if I would have asked him that

19   as opposed to simply -- I know I deliberately wanted to get

20   out from him that he brought the firearms.  I didn't want

21   that coming out on cross for the first time.  But

22   I don't recall if I asked him about whether the QRF was

23   reactionary.  I might have.

24            MR. MACHADO:  Your Honor, in Bennie Parker's case,

25   there was reference to the QRF, which Mr. Parker said he

1    didn't know what it was, from Jessica Watkins' email or

2    text.

3            MR. EDWARDS:  I believe Mr. Parker also testified

4    that he brought firearms but, you know, then dropped them

5    off somewhere else.  I think Mr. Greene then testified --

6    I know you're asking about other than Mr. Greene.

7            Mr. Greene testified pretty clearly that purposes

8    of QRFs are only reactionary and that these old people could

9    have never done this and that he knew that there were talks

10   of a QRF but that then he was not aware of any for

11   January 6th.  Mr. Morelock's testimony regarding bringing

12   rifles.  And I apologize, I missed one issue.  Mr. Parker

13   had talked about always bringing firearms and hoping to do

14   some target practice shooting when he's in the area.

15           And so this, again, I think there are two steps in

16   the analysis.  One is a hearsay.  We think these are two

17   co-conspirators days before January 6th describing what to

18   do.

19           THE COURT:  I don't think the admissibility is an

20   issue.

21           MR. EDWARDS:  Right.

22           And then the relevance in terms of rebuttal again

23   is this matrix of evidence that the defense has put forward

24   that, A, we're focused on helping people and that QRFs are

25   not part of an offensive plan for anything related to

1      January 6th.

2              This -- again, we're just attempting to put forth

3      evidence that is clear to the government for the jury to see

4      that this defense does not hold water.

5              MR. WOODWARD:  And I don't think relevance is an

6      issue either.  It's the -- does the relevance outweigh the

7      prejudicial effect?  And so I'd be interested in hearing the

8      government's view on why the prejudice is warranted.

9              MR. EDWARDS:  Well, I'm happy to give that view.

10             All of this evidence is, of course, prejudicial.

11     We are desperately trying to show this jury that that

12     defense is not --

13             THE COURT:  Yes.  I get it.  I get it.  I don't

14     think it needs to be articulated.

15             MR. EDWARDS:  Thank you.

16             THE COURT:  Let's just move forward for a second.

17     I want to just try and think about this as a whole here in

18     terms of what's coming in and how much and what quantity.

19             JC, if you could just tell the jury we're still

20     going to be another 15 minutes or so.

21             There are then statements the government wishes to

22     introduce from Stewart Rhodes at 7:30 p.m. on the night of

23     January 6th, "Thousands of ticked-off patriots spontaneously

24     marched on the Capitol and sent the message that they will

25     not live under an illegitimate Chi-Com puppet regime.  You

1   can't handle that, hit the door.  You ain't seen nothing
2   yet."
3          Mr. Meggs responds about four messages later, "We
4   aren't quitting.  We are reloading."
5          Mr. Rhodes, about two hours later, says, "Redress
6   of grievances is step one."
7          Mr. Meggs immediately -- I'm sorry.  Mr. Meggs
8   says some hours later, "Redress of grievances is step one."
9   Mr. Rhodes immediately responds, "Declaration of
10  illegitimacy is step one."
11         And then later on in the evening at 11:31,
12  Mr. Rhodes says, "Patriots, it was a long day, but a day
13  when patriots began to stand, stand now or kneel forever,
14  honor your oaths, remember your legacy."
15         MR. EDWARDS:  Yes, Your Honor.
16         So starting with the first message and going down.
17         So the first message, there's going to be a theme
18  here, that we, the government, believes these messages rebut
19  the notion that these defendants and their co-conspirators
20  went into the Capitol to help people and that that was their
21  mission that day was protective security details that then
22  transformed upon seeing a riot into helping people inside
23  the Capitol Building.  So that principle then applies to
24  each of these messages.
25         Mr. Rhodes messages to a group chat that includes

1    multiple co-conspirators and one defendant on the night of
2    January 6th saying why these people did this.  And it was to
3    send a message that they will not live under an illegitimate
4    Chi-Com puppet regime.  And then he says, "You can't handle
5    that, hit the door, you ain't seen nothing yet."
6            He's not talking about -- he's talking about both,
7    about what they did and why, which is relevant to rebut
8    exactly what the defense has put forth, and then that they
9    would do it again and that this is not a message that's
10   talking about people marched on the Capitol and sent a
11   message that, you know, you don't attack cops because we
12   backed the blue.  This is directly relevant to why the
13   leader of the conspiracy messages the co-conspirators,
14   including a defendant, why they did this.
15           And in the government's view, what we, you know,
16   intend to argue to the jury here is that Greene and Rhodes
17   are in simpatico, here.  Right?  Greene is with Rhodes in
18   November.  He's with Rhodes in December.  He is at meetings
19   where Rhodes is taking about storming the White House
20   grounds.  He attempted to get on the stand and explain
21   himself away to the jury by distancing himself from
22   Mr. Rhodes and his crazy ideas.  But Mr. Rhodes is messaging
23   a group chat with Mr. Greene that night, same theme; that
24   this is not an organization or group of people who were
25   attempting to help.

6480

1          So I'm happy to just keep going and just go

2   through each message.

3          THE COURT:  That's okay.

4          MR. EDWARDS:  Really, the last thing I would just

5   say, Your Honor, is, Mr. Meggs, I understand that this is

6   not a co-defendant, again, just taking it step by step.  We

7   think these are admissible.  These are not hearsay under the

8   rules.  And then in terms of the 403 analysis, which is

9   I think where the Court is residing on some of these

10  decisions, this is not Mr. Meggs saying, we aren't quitting

11  helping people and we're reloading our med kits with

12  bandaids.  That's not what Mr. Meggs is messaging this

13  group.  Right?  He is telling his group, including a

14  defendant, Mr. Greene, "We're not quitting, we're

15  reloading," and that is directly rebutting this notion that

16  they went into the Capitol to help anyone.

17          And we think it's relevant.  We think this is a

18  couple hours after they left the Capitol building, it is

19  while he is in the hotel with Ms. Meggs.  I understand the

20  Court's view that Ms. Meggs may not be seeing what he's

21  messaging on the phone, but these are inferences the jury

22  can draw, right?  These are opportunities for us to tell the

23  jury these people are together all day, and she testified

24  she talked with him all day.

25          And the defense can argue the weight of that

1    evidence, saying to the jury, these people are in a hotel

2    room, they're not talking about this stuff.  They're free to

3    do that.

4            And then the rest of these messages, they follow

5    the same theme here, right, that step one was just

6    completed.  Mr. Meggs believes what they just did was step

7    one and that was a redress of grievances.  And Mr. Rhodes

8    clarifies, they're declaring the regime illegitimate.

9            THE COURT:  Okay.

10           MR. WOODWARD:  So this text, we have a statement

11   by a government agent describing it as rhetoric, the

12   reloading text.

13           Agent Harris testified in the first trial after

14   being shown this message, "We aren't quitting, we're

15   reloading," that, yes, this is per se rhetoric.  So...

16           THE COURT:  Okay.  All right.  I don't know how

17   that got through the objection wickets, but okay.

18           MR. EDWARDS:  I do not recall that, Your Honor.

19   I'm happy to go back, but that's not before this jury.

20           MR. WOODWARD:  Yet.

21           THE COURT:  All right.

22           The Rhodes to Kellye SoRelle text messages, I will

23   allow, they are co-conspirator statements, they are in

24   furtherance of the conspiracy that's been alleged here.

25   It's also statements in furtherance of the parallel

1   seditious conspiracy, and it doesn't have to be the actual

2   charged conspiracy that makes the co-conspirator statement

3   admissible.

4           Now, granted, none of other defendants in this

5   case are on the text message between Mr. Rhodes and

6   Ms. SoRelle; however, Mr. Rhodes is the leader of the

7   organization and Ms. SoRelle is also a leader of the

8   organization, she is someone that Mr. Greene protected.

9   This may have been before Mr. Greene was asked to come to

10  D.C. on January 6th, but it is not before others had made

11  the decision to come to D.C. on January the 6th.

12          Importantly, the defense, during its case,

13  suggested two things:  One, that the reason these defendants

14  may have gone into the Capitol Building was to provide

15  assistance.  And, two, or perhaps even more importantly with

16  respect to these messages, that the reason to come to D.C.

17  was, one, to provide security, and, two, that the purpose of

18  the QRF was purely defensive in nature and that it was only

19  reactionary.

20          This text rebuts that notion.  And, yes, it's

21  Mr. Stewart Rhodes' sentiments being expressed to

22  Kellye SoRelle, but it is a statement in furtherance of a

23  conspiracy with another co-conspirator.  It also reflects

24  Mr. Rhodes' state of mind under 803(3) in terms of planning,

25  preparation, intent.  And although it is undoubtedly

1    prejudicial, its prejudicial quality does not substantially

2    outweigh its probative value.  So those two will come in.

3          Everything else will be kept out under the same

4    rationale I articulated earlier, which is that these are

5    statements after these defendants have left the Capitol,

6    they are statements of that evening, they're not statements

7    of any particular defendant; that is, I understand the

8    termination of the conspiracy is a little bit ambiguous;

9    nevertheless, insofar as the objective of this conspiracy is

10   to obstruct the vote count, these defendants and their role

11   in it has ended.  They've left the Capitol building.  Nobody

12   is suggested to have done anything in furtherance of that

13   conspiracy, even if the government's contention is it went

14   beyond their exit from the Capitol Building.

15         Mr. Rhodes' statements, Mr. Meggs' statements

16   after the fact are largely forward-looking.  Yes, they are

17   reflective of their state of mind of the events of that day,

18   but as I said, they are largely forward-looking and they are

19   not responded to by any of these defendants.  And so while

20   there may be some probative value to these statements, for

21   those reasons that I've just articulated, I think the

22   prejudicial value of them substantially outweighs the

23   probative value -- excuse me, the prejudicial impact of them

24   substantially outweighs the probative value of those

25   statements.  Okay?

6484

1              MR. EDWARDS:  Thank you, Your Honor.

2              THE COURT:  So those will be the rulings with

3    respect to this set of exhibits.

4              Did we have any success with the library finding

5    that document?

6              MR. NESTLER:  Your Honor, I can short-circuit

7    that.  We found it online and we sent an e-mail to

8    Mr. Greene.

9              THE COURT:  So did Ms. Wilson.

10             MR. BRENNWALD:  Your Honor, just for the record,

11   Mr. Parker objects to the introduction of the statements the

12   Court said it will allow.  They're so far removed from him

13   and his involvement, they certainly shouldn't be admitted

14   against him.  It's almost tantamount to having the

15   President's discussion with the Secretary of Defense be

16   attributable to some low-lying soldier in Kentucky.  I think

17   it's just so far removed from him that we object just for

18   the record.

19             THE COURT:  I will note, Mr. Brennwald, that your

20   client did testify that the reason he brought the guns with

21   him was to target shoot.  And it is true that this is not

22   your client's statement, this is a conspiracy, and the

23   overall purposes of the conspiracy and the intent of the

24   alleged conspirators is relevant even though the statement

25   did not specifically come from Mr. Parker.  So I don't think

1    there's any issue there.

2           Now, one final thing before we bring with the jury

3    in.  I think -- I thought about Mr. Cooper's statement

4    yesterday in terms of Ms. Steele and an instruction that

5    none of this evidence can be used against Ms. Steele.  I'm

6    inclined to agree, unless the government thinks otherwise.

7    I'm happy to hear otherwise.  But give me a reason why it

8    should come in against Ms. Steele since she hasn't presented

9    any evidence in her defense.

10          MR. EDWARDS:  I think there's a tension here that

11   is at play; that multiple co-conspirators of Mrs. Steele's

12   did put on a case.  And so when evidence comes in against

13   those co-conspirators, there's not really a principle of

14   co-conspirator law at play here that would shield Ms. Steele

15   from being part of that group still simply because she

16   didn't put on a case.

17          I see the tension, though, because I recognize

18   it's a rebuttal case, and so we're rebutting certain

19   arguments.

20          I don't think that wins the day in terms of

21   hindering the government, because once the evidence is in,

22   I think the evidence is in against co-conspirators, which

23   would include Ms. Steele, despite her not putting on a case.

24   And so I think the government should be free to argue that

25   because it's a leader of the conspiracy, if it's trickling

 1   down and applicable to Mr. Parker, it's against him the same

 2   way it's against Ms. Steele, despite her not putting on a

 3   case.

 4            THE COURT:  Okay.

 5            I'm going to instruct the jury that the evidence

 6   that's presented in rebuttal cannot be used against

 7   Ms. Steele.  If this had been a single defendant case and

 8   Ms. Steele had rested without putting on any evidence, none

 9   of this would come in against her, and I think that's,

10   frankly, as simple as the analysis needs to be.

11            Mr. Cooper did very little cross-examination, and

12   none of it, to the extent he did any, was to suggest the

13   reasons that I had let this in with respect to the

14   defense -- the rebuttal of those defendants that did put on

15   a case, and I just think allowing the jury to consider this

16   evidence against Ms. Steele is not only improper but would

17   be highly prejudicial, given that she has made the decision

18   not to create an issue with respect to -- create the issues

19   that the other defendants have in presenting their

20   cases-in-chief.

21            That raises the question of Mrs. Parker as well,

22   insofar as she's submitting some exhibits.  I don't know

23   what they are.  I don't recall what they are.

24            MR. MACHADO:  The only exhibits that -- well,

25   they're mostly pictures and some videos of the one that

1   we've seen at the steps of the Capitol and the other with

2   regard to when they were met by police afterwards where they

3   cooperated with them.

4           MR. EDWARDS:  I believe Mr. Machado also did a

5   direct and put a witness on in his case.  So I'm not sure if

6   she is in the same position as Ms. Steele in that way.

7           THE COURT:  He did question Mr. Parker, he

8   questioned.

9           MS. HUGHES:  He did, Your Honor.

10          THE COURT:  He did question Mr. Parker.

11          MR. MACHADO:  I did, Your Honor, although not --

12  not specific to the points that I think we're talking about,

13  but there was some presentation of evidence.

14          MS. HUGHES:  Your Honor may recall he directed and

15  cross-examined Mr. Parker.

16          THE COURT:  Just while we're on the topic, I don't

17  think I gave this instruction, but a number of these other

18  exhibits are specific to certain defendants and the

19  examination, cross-examination, and tying it up with respect

20  to particular defendants.

21          Would the government agree that those exhibits are

22  admissible only against those defendants?  For example, we

23  have a number of where there's two or three web history

24  searches with respect to Mr. Isaacs; an email, Mr. Isaacs.

25  There is the chat summary of Mr. Greene.  Then there is the

1    red receipt messages from Mr. Greene of the "D.C. Op Jan. 6"

2    chat.  I think those are admissible only against those

3    defendants.

4         MR. EDWARDS:  No, Your Honor, I think we would

5    argue that these are evidence of the co-conspirators intent,

6    particularly those pieces of evidence that came in that are

7    before January 6th.  So if I remember correctly, some of the

8    web searches from Mr. Isaacs were before January 6th.

9         And then Mr. Greene's read receipts of

10   "D.C. Op Jan. 6" chats and other chats, all of this is

11   awareness and intent that would come in against other

12   co-conspirators, the same way statements that came in

13   through the agents as we were progressing through the

14   November and December timeline would have.  We used them on

15   cross because they became relevant at that point.  But now

16   we'll just conditionally admit.  But these are -- this is

17   evidence that we could have admitted in our case-in-chief

18   because it's actions and statements of some of the

19   co-conspirators before the 6th.

20        THE COURT:  I mean, I will confess, I don't know

21   that I've ever been in this situation where I've got

22   multiple co-defendants each presenting their own case, and

23   if the analysis were to be, well, would this evidence come

24   in against another defendant if this were the only defendant

25   at trial, if that's sort of the framework, then none of the

1    evidence that comes through Mr. Greene would have been

2    admissible or usable at a trial, for example, against

3    Mr. Isaacs, and the same is true with respect to anything

4    that was presented against Mr. Isaacs.

5            I mean, you're rebutting their cases and you're

6    not rebutting the defense in its entirety, it seems to me.

7    I think the rebuttal case the government is presenting is a

8    collective one, but it is an individual rebuttal as to

9    individual defendants' presentations.

10           MR. EDWARDS:  I think that's -- I understand that

11   principle.

12           THE COURT:  So you could argue -- sorry to

13   interrupt.

14           MR. EDWARDS:  No, no.

15           THE COURT:  You could argue to the jury based upon

16   your rebuttal evidence that you can't believe Mr. Isaacs

17   didn't possess the requisite intent because of our rebuttal

18   evidence, but you couldn't then argue that Mr. Greene

19   possessed the requisite intent because Mr. Isaacs did.

20           I mean, I think it has to be that narrow.

21           MR. EDWARDS:  I think that analysis applies to the

22   scope of what we can introduce in our rebuttal case.  I

23   would agree with the Court there, such that if a defense

24   opens a door to something, then that is the analysis to,

25   okay, can something -- can the government take something and

1    use it in its rebuttal case.

2          I think that analysis is divorced from the

3    followup question of, then, what can the government now

4    argue to the jury.  That's just how it got through the door.

5    It came through the door because the defense opened it and

6    we'll rebut it.

7          THE COURT:  Do you mean to say that one defendant

8    can open the door to evidence against other defendants

9    through their presentation of evidence?  I don't know that

10   that's accurate.

11         MR. EDWARDS:  I don't know that it's the right

12   analysis to say that because there are -- that we should

13   harken back to if it was just one defendant.

14         THE COURT:  I mean, it runs up against the general

15   principle that once something is in evidence, it's in

16   evidence for all purposes.  But --

17         MR. EDWARDS:  Right.

18         And I don't know that it's the right analysis to

19   say, we should just assess whether or not this would have

20   come in had one defendant been here at trial.  I say that

21   only because, two things.  One, this is a conspiracy case,

22   and so I'm not sure that it's right to say that certain

23   evidence wouldn't have come in against Mr. Isaacs, because

24   they were co-conspirator statements and actions.  And so we

25   would argue that some of the evidence may have been

1    applicable even if they were standing alone.

2          But then, two, more generally, once other

3    defendants start putting in this kind of matrix of a

4    rebuttal -- or a defense case, I think the analysis is

5    twofold.  One is, what can the government put in in its

6    rebuttal case?  That door seems to be narrow.  But then once

7    it's in, I think -- and I understand your point that the

8    other defendants who chose not to put on a case, it doesn't

9    seem equitable to them.  They have the opportunity to cross

10   these witnesses that the other defendants put on, especially

11   if it implicated their clients.

12         THE COURT:  Right.  But isn't that the issue?

13   I mean, in a sense, I didn't let them cross unless it

14   implicated their clients, and now the government wants to

15   stand up and say I can use the evidence that otherwise I

16   didn't let them cross on against their clients, and I think

17   there's a real tension there.

18         Look, I don't know what the rule is, if there is a

19   rule.  I'm going to exercise the better part of caution and

20   allow the government only to use and admit specific evidence

21   that's being brought up in rebuttal with respect to evidence

22   that they are rebutting as to each individual defendant that

23   brought forward that evidence.

24         MR. EDWARDS:  Let me just highlight one last

25   thing, Your Honor.  I know you want to get this jury out

1    here.

2              Some of those exhibits that the Court is

3    referencing here in terms of the conditionally admitted

4    exhibits, those were used to impeach the defendant.

5    So I think there's a second -- there's this separate concept

6    of can -- when we use that to impeach the defendant who took

7    the stand in front of the jury, is the government able to

8    tell the jury that you're able to take the demeanor and the

9    consciousness of guilt and the reasons why that defendant

10   lied and apply it to other defendants?  I think the answer

11   is yes.

12             THE COURT:  I don't think that's a problem.

13   I mean, I think if -- if what you're saying is you can't

14   believe Mr. Isaacs because he told you X and you heard Y, I

15   don't know that you're then going to say that you can't also

16   believe Mr. Greene.  I don't think you'd make that argument,

17   but you would say that it's evidence of his participation in

18   the conspiracy and the existence of one.

19             MR. EDWARDS:  Right.

20             THE COURT:  And I think that's --

21             MR. EDWARDS:  That this group overall has a reason

22   to lie.

23             THE COURT:  I think that's fine.  I don't think

24   there's any issue in terms of attacking credibility and what

25   it means for the jury's evaluation.

1          But in terms of treating it as substantive

2     evidence with respect to other defendants, look, I'm just

3     reluctant.  And absent some clear guidance on the issue,

4     I'm going to err on the side of caution and not -- I'm going

5     to err on the side of caution.

6          MR. EDWARDS:  Understood.  Thank you, Your Honor.

7          THE COURT:  Okay.

8          So I think the only thing that leaves open in

9     terms of how we tie this all up is the Rhodes,

10    Kellye SoRelle statements and whether they come in against

11    Ms. Parker.

12         Again, I'm just going to err on the side of

13    caution here and hold that she hasn't opened the door to

14    those statements, whereas the other defendants in their

15    presentations, with the exception of Ms. Steele, have.

16    Okay.

17         MR. EDWARDS:  I'm sorry, Your Honor.  I missed

18    that.  Ms. Parker has not?

19         THE COURT:  She has not, on the Rhodes,

20    Kellye SoRelle emails -- or text messages.

21         MR. EDWARDS:  Okay.  Our only position was that by

22    calling Mr. Parker and then also crossing and then also,

23    I think, even redirecting, he's one of the individuals who

24    left the house with a rifle in hand.

25         THE COURT:  I'm doing this a bit on the fly.

6494

1           I don't remember what the examination was, so...

2           MR. EDWARDS:  I believe --

3           MR. GREENE:  Your Honor, I think that Dr. Askenazi

4    is in the courtroom, and I don't think that's appropriate.

5           MR. NESTLER:  She is in the courtroom and she's an

6    expert.  I don't see any reason why the government's expert

7    cannot view other witnesses' testimony.  It's certainly

8    proper for experts to do so.

9           MR. GREENE:  The rule of sequestration was invoked

10   and there was no exception, except for her to hear

11   Dr. Sperry's testimony.

12          THE COURT:  Okay.  We're not exactly talking about

13   something that is pertinent to her right now, but I'll ask

14   Dr. Askenazi to just step outside for a moment.  Thank you.

15   We'll be with you momentarily.

16          MR. GREENE:  I'm sorry, Judge, I didn't know if we

17   were going to -- thank you.

18          MR. MACHADO:  Your Honor, the only thing that

19   I think is related to the presentation of the evidence was

20   that Mr. Parker indicated that he did not share the

21   communications or was aware of the communications with

22   Ms. Parker.  And the government didn't produce anything to

23   the contrary.

24          THE COURT:  It's not exactly the analysis,

25   Mr. Machado.  The question is what you opened the door in

1    your case.

2              MR. EDWARDS:  I know you're tired of hearing from

3    me.

4              The last point, and just fortunately, I could do

5    this on the fly, too, and think back to what Mr. Machado

6    elicited from --

7              THE COURT:  I'm looking at it right now.

8              MR. EDWARDS:  Yeah, Mr. Parker.

9              One of the reasons I understand the Court is

10   admitting some of this evidence is because it rebuts the

11   notion that people went in to help, including Ms. Parker.

12   Certainly Mr. Machado put forth evidence that Ms. Parker,

13   that was one of the reasons Ms. Parker went in, when

14   Mr. Machado asked Bennie Parker about kind of the med kit

15   and the gear and what he thought she may be doing going

16   around the building and what she was going to be doing.

17             I confess, I don't know -- I don't think this was

18   during Mr. Machado's questioning, but I recall Mr. Parker

19   testifying about one of the firearms he brought being from

20   Ms. Parker.  But I admit, I don't recall that being in

21   Mr. Machado's questioning.

22             MS. HUGHES:  And you may recall he introduced a

23   scuba diving medical aid card, so the thrust being that she

24   was equipped to provide assistance, medical assistance, the

25   day of.  And there was the thrust.  That was actually the

1    main point of his direct.

2            THE COURT:  All right.  Just looking back at the

3    examination Mr. Machado conducted of Mr. Parker, there was

4    examination concerning what Mr. Parker, and he actually used

5    the word "we," that they had seen stuff in November, they

6    didn't essentially want to be harassed and they were

7    concerned about safety in Washington, D.C.

8            There was the issue that Ms. Parker was certified

9    in terms of first aid.

10           Then there were questions elicited about what was

11   discussed in the car ride with Jessica Watkins.  "So along

12   the way, did you hear Jessica or Donovan talk about going

13   into the Capitol or stopping the steal.  No, no.  They

14   talked about us doing, like escorting people or doing like

15   security stuff, something like that."

16           They did say that and talked about it.

17           "Did either of you put any objection to helping

18   with security?"

19           That was sustained.

20           I asked, "Did you say that you didn't want to help

21   as far as the security is concerned?"

22           The answer was, "No.  No, I didn't have any

23   objections to doing something like that."

24           Can I ask, was the statement that you all read

25   about the guns that Mr. Parker -- or that were brought, was

1    that a statement that was read only on behalf of Mr. Parker

2    or both defendants?

3              MS. HUGHES:  Both defendants.

4              And Mr. Parker's testimony was that he brought

5    three guns.  One was for --

6              THE COURT:  And was that statement introduced in

7    the defense case or in the government's case?

8              MS. HUGHES:  I believe it was ours.  I can

9    double-check, though.  This is -- I can double-check with

10   the transcript.

11             THE COURT:  Okay.

12             Look, given my review of Ms. Parker's examination

13   of Mr. Parker in Ms. Parker's case, I will allow the

14   Rhodes/SoRelle conversation to be used to rebut the case.

15   There is discussion or suggestion in here that, at least on

16   the car ride to Washington, D.C., the purpose of coming to

17   Washington, D.C. and why they were there was to do security

18   and for no other reason.  And again, this is -- ultimately,

19   it's going to be the jury's question as to what the overall

20   purpose and intent was and aim was of the collective

21   conduct.

22             But given the introduction by Ms. Parker of

23   evidence to suggest that her understanding was that she was

24   there for security and that she had the capacity to assist

25   people, which bolstered the idea that her purpose in going

1    into the Capitol was to help, which was the suggestion

2    through Mr. Parker's case, I'll allow that evidence to be

3    used against Ms. Parker -- excuse me, Ms. Parker as well,

4    okay?

5          MR. BRENNWALD:  Your Honor, just so I understand,

6    is the Court saying that Mr. Parker should have been aware

7    of the conversations between Stewart Rhodes and

8    Kellye SoRelle?

9          THE COURT:  No.

10          MR. BRENNWALD:  And should have somehow known that

11    it wasn't about security but it was about whatever

12    Stewart Rhodes was telling Kellye SoRelle and that he must

13    have told Jessica Watkins who then must have told

14    Mr. Parker?

15          THE COURT:  Mr. Brennwald, it's a conspiracy.

16    Conspirators don't have to all be part of the same

17    communications, right?  So this is Mr. Rhodes' planning,

18    preparation, co-conspirator statements, which are admissible

19    against other members of the alleged conspiracy.  It doesn't

20    matter that they weren't part of that conversation.

21          I mean, you can argue in closing that there's no

22    evidence to suggest he was part of the conversation, but

23    under the conspiracy law, it comes in against your clients.

24          MR. BRENNWALD:  Okay.

25          THE COURT:  Okay.

1          All right.  Let's bring our jurors in.

2          MR. NESTLER:  Your Honor, can Dr. Askenazi watch

3   the portion of the testimony regarding Mr. Isaacs?  She has

4   seen the videos before and no other portion of the testimony

5   from Agent Palian.

6          MR. GREENE:  We object, Judge.  I think it would

7   be inconsistent with your ruling yesterday, with all due

8   respect, as I understand it from Mr. Rossi.

9          THE COURT:  I'm not sure what ruling you're

10  referring to, but --

11         MR. GREENE:  That Dr. Askenazi was not supposed to

12  discuss the videos.

13         THE COURT:  Oh, right.  But this doesn't have to

14  do with the videos.

15         MR. GREENE:  I believe Agent Palian is going to

16  play the videos, Judge.

17         THE COURT:  Oh, yeah, that's right.  You're right

18  about that.  Okay.

19         MR. NESTLER:  She's seen it before.

20         THE COURT:  I know she's seen it before.  Let's

21  just keep her outside.  She doesn't need to see it.  It's

22  not going to have one thing or another to do with her

23  testimony.

24         MR. GREENE:  Thank you, Judge.

25         MR. MACHADO:  And, Your Honor, Mr. Nestler and

1    I worked out the confrontation issue with regard to

2    Ms. Parker.

3              THE COURT:  Right.  I saw that that was -- that

4    the reference to the patches was redacted.

5              MR. NESTLER:  Right.  Yeah.  We dropped the audio

6    for about three seconds.

7              THE COURT:  Right.

8              MR. MACHADO:  Thank you.

9              COURTROOM DEPUTY:  Jury panel.

10             (Jury entered the courtroom.)

11             THE COURT:  Okay.  Good morning, everyone.  Please

12   be seated, everyone.  Let's start with off an apology.

13   Sorry to make you all wait so long this morning.  Just some

14   very thorny evidentiary issues I needed to deal with this

15   morning, and so we are ready to begin with the government's

16   rebuttal case.

17             Throughout this rebuttal case, I'll be giving you

18   some instructions about the evidence that's being presented

19   in the rebuttal case and against which defendants it can be

20   used against in your deliberations, so let me provide you

21   with an instruction at the beginning which is that the

22   evidence that's being presented in the rebuttal case by the

23   government cannot be used against Ms. Steele, that is, any

24   of the evidence that you're about to hear in the rebuttal

25   case cannot be used against Ms. Steele, okay.

```
 1            MR. NESTLER:  Thank you.

 2            The United States calls Special Agent

 3   Michael Palian.

 4                         - - -

 5   SA MICHAEL PALIAN, WITNESS FOR THE GOVERNMENT ON REBUTTAL,

 6   HAVING BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND

 7   TESTIFIED FURTHER AS FOLLOWS:

 8                      DIRECT EXAMINATION

 9                         - - -

10                         - - -

11   BY MR. NESTLER:

12        Q    Good morning, sir.

13        A    Good morning, Mr. Nestler.

14        Q    Could you please state your name again for us.

15        A    My name is Michael Palian.  Palian is spelled

16   P-a-l-i-a-n.

17        Q    This is your third time testifying in this trial?

18        A    In this trial.

19        Q    Good morning.

20        A    Good morning.

21        Q    Let's talk about Defendant William Isaacs.  Were

22   you involved in a meeting with him on March 18th of 2021?

23        A    Yes, I was.

24        Q    Can you describe what that meeting was called and

25   how it sort of worked logistically?
```

1    A    Sure.

2         The meeting was called a proffer.  And proffers

3    are, it's an interview with a subject where the subject is

4    given certain protections for that interview.

5    Q    What kind of protections generally?

6    A    Generally, the biggest protection that subject is

7    given is that the statements that the subject gives during

8    that --

9         THE COURT:  Hang on.  Can we get on the phone?

10        (Bench conference)

11        THE COURT:  Are you intending to elicit from him

12   that statements can be used against the defendant if they

13   contradict what he said at trial or contrary evidence is

14   presented?

15        MR. NESTLER:  Yes, Your Honor.

16        THE COURT:  All right.  I'm not going to let

17   you -- that's a determination for the jury to make.  I mean,

18   yes, this is a gateway issue that I'm letting you bring it

19   in, but I'm not going to allow Agent Palian -- or by

20   allowing the testimony to sort of give the imprimatur that

21   it is, in fact, contradictory.  That's a determination for

22   the jury.

23        MR. NESTLER:  That's fine.  We can go into it was

24   a regular meeting.  I thought the defense wanted us to go

25   into that pursuant to a proffer.

6503

1          THE COURT:  Unless you all disagree.  I can't
2     imagine you would.
3          MR. GREENE:  I agree with Your Honor.  Thank you,
4     Judge.
5          (Open court)
6     BY MR. NESTLER:
7     Q    Okay.
8          Agent Palian, so there was a meeting between the
9     FBI, prosecutors, and Mr. Isaacs; is that right?
10    A    That's correct.
11    Q    And were you present physically for the meeting?
12    A    I was present virtually.
13    Q    What does that mean to be present virtually?
14    A    We were part of the meeting but remotely via
15    Webex, which is, as I explained before, like Zoom.
16    Q    Okay.
17         And were there -- where was Mr. Isaacs located?
18    A    Mr. Isaacs was located in Florida at the time in
19    an FBI office.
20    Q    And were there FBI agents in Florida with him in
21    that office as part of that meeting?
22    A    Yes, there was two other agents involved.
23    Q    Okay.
24         And I think I said this before, but this was March
25    18th of 2021; is that right?

```
 1        A    Yes, that's correct.

 2        Q    So a little over two months after the events of

 3   January 6th?

 4        A    Yes.

 5        Q    Okay.

 6             Were you present in court when Mr. Isaacs

 7   testified earlier here this week?

 8        A    I was.

 9        Q    Okay.

10             Now, Mr. Isaacs testified that he did not recall

11   meeting any --

12             MR. GREENE:  Objection.  Same issue, Your Honor,

13   just addressed.

14             THE COURT:  It's overruled.  I think he can ask --

15   he can ask, was Mr. Isaacs asked certain questions about

16   this topic and was he similarly asked questions about the

17   topic during the meeting, and then --

18             MR. GREENE:  Thank you, Your Honor.

19             MR. NESTLER:  Yes.

20   BY MR. NESTLER:

21        Q    Agent Palian, do you recall Mr. Isaacs being asked

22   when he testified about meeting any Oath Keepers from Ohio

23   while he was here in D.C.?

24        A    I do remember that.

25        Q    Was he -- did he give -- was he asked similar
```

6505

1  questions at the March 18th of 2021 meeting?

2      A    Yes, similar questions.

3           MR. NESTLER:  The government would move to admit

4  10155.1041.

5           MR. GREENE:  No additional objections, Your Honor,

6  only those previously stated.

7           THE COURT:  All right.  That will be admitted.

8                         (Government's Exhibit 10155.1041
                                      received into evidence.)
9

10          MR. ROSSI:  Could I have that exhibit number

11  again?

12          MR. NESTLER:  Yes, Mr. Rossi.  That's 10155.1041.

13  And just so we're all clear, 1041 is just going to

14  correspond to the time in the bottom left-hand corner here.

15          MR. ROSSI:  Thank you.

16          MR. NESTLER:  Sure.

17  BY MR. NESTLER:

18      Q    Okay.

19           And just so we can orient ourselves, Agent Palian,

20  you said you were viewing this virtually; is that right?

21      A    Yes.

22      Q    Can you identify who Mr. Isaacs is?

23      A    Mr. Isaacs is right here in the T-shirt and

24  shorts.

25      Q    And then the two people on the bottom half of the

1    screen, who are they; not by name, just by profession?

2        A    These two individuals are both FBI agents.

3        Q    Okay.  Thank you.

4             All right.  The government would seek to now play

5    with audio, Ms. Badalament, 10155.1041.

6             (Video played)

7    BY MR. NESTLER:

8        Q    Okay.  We ended that last word.  What was the

9    state he said?

10       A    Ohio.

11       Q    Great.

12            All right.  If we can now go to the next clip,

13   which is 10155.1045.

14            Do you recall, Agent Palian, that when Mr. Isaacs

15   was testifying here earlier this week, he was asked whether

16   the Oath Keepers gave him a radio frequency to use with his

17   radio on January 6th?

18       A    I do recall that testimony.

19            MR. NESTLER:  We now seek to admit 10155.1045.

20            THE COURT:  It will be admitted.

21            MR. NESTLER:  Thank you, Your Honor.

22                              (Government's Exhibit 10155.1045
                                     received into evidence.)
23

24            (Video played)

25

```
 1   BY MR. NESTLER:

 2       Q     And more specifically, do you recall when

 3   Mr. Isaacs testified earlier this week he was asked whether

 4   a particular female Oath Keeper gave him the radio frequency

 5   to use on January 6th in D.C.?

 6       A     I recall that testimony.

 7             MR. NESTLER:   The government seeks to admit

 8   10155.1050.

 9             THE COURT:   That will be admitted.

10                           (Government's Exhibit 10155.1050

11                                 received into evidence.)

12             (Video played)

13   BY MR. NESTLER:

14       Q     Now, just go back to the end of that clip, please,

15   Ms. Badalament.

16             And do you see that Mr. Isaacs was writing on a

17   piece of paper there?

18       A     Yes, I see that.

19       Q     And does the FBI have a copy of that piece of

20   paper?

21       A     We do.  We digitally scanned it.

22       Q     If we could pull up on the screen for Agent Palian

23   10155.1050.P for photo.

24             Is this the photograph?

25       A     Yes, that's a representation of it.
```

6508

1          MR. NESTLER:  The government seeks to admit this

2    into evidence.

3              THE COURT:  It will be admitted.

4              MR. GREENE:  No objection, Your Honor.  I'm sorry.

5              THE COURT:  It will be admitted.

6                        (Government's Exhibit 10155.1050.P

7                              received into evidence.)

8    BY MR. NESTLER:

9        Q    So, Agent Palian, on this photograph you see on

10   the right-hand side Mr. Isaacs had written something.

11   Do you see what he wrote?

12       A    Yes, it says "Female frequency."

13       Q    Okay.  And could you see the individual that he

14   was indicating in the photograph with that sort of little

15   arrow there?

16       A    Yes, I see that person.

17       Q    Can you circle her for the jury, please.

18       A    (Witness complied.)

19       Q    And based on -- well, have you met this person

20   before?

21       A    I've met that person numerous times.

22       Q    Who is that person?

23       A    That is Jessica Watkins.

24       Q    And where is she from?

25       A    Jessica Watkins is from Ohio.

1    Q    And is Mr. Isaacs also visible in this photograph?

2    A    He is.

3    Q    Can you point out where he is?

4    A    Mr. Isaacs is to Ms. Watkins' 7:00.

5    Q    Thank you.

6         You can take that down, please, Ms. Badalament.

7         Okay.  Now, when Mr. Isaacs testified earlier this

8    week, do you recall that he was -- whether he was asked

9    about meeting a person on January 6th who might have been

10   the dignitary the group was supposed to escort from The

11   Ellipse to the Capitol?

12   A    I remember that testimony.

13   Q    The government moves to admit 10155.1105 into

14   evidence?

15        MR. GREENE:  No additional objections, Your Honor.

16        THE COURT:  Okay.  It will be admitted.

17                         (Government's Exhibit 10155.1105
                                 received into evidence.)
18

19        (Video played)

20   BY MR. NESTLER:

21   Q    Okay.

22        Now, when Mr. Isaacs testified earlier this week,

23   do you recall whether he was asked whether a person with the

24   moniker Gator 1 was the person in charge of the Oath Keepers

25   group while in D.C.?

6510

```
 1        A     I remember that.
 2              MR. NESTLER:  We can move to admit 10155.1111.
 3              MR. GREENE:  No additional objections, Your Honor.
 4              THE COURT:  It will be admitted.
 5                             (Government's Exhibit 10155.1111
 6                              received into evidence.)
 7              (Video played)
 8   BY MR. NESTLER:
 9        Q     Agent Palian, based on your investigation, who
10   goes by the moniker Gator 1?
11        A     Gator 1 was Kelly Meggs, the leader of the Florida
12   Oath Keepers.
13        Q     Thank you.
14              Now, do you recall earlier this week when
15   Mr. Isaacs testified being asked about whether, once the
16   group was at the Capitol, Gator 1 told the group they were
17   going to go get closer to the building?
18        A     I remember that.
19              MR. NESTLER:  Government moves to admit into
20   evidence 10155.1116A.
21              MR. GREENE:  No additional objections, Your Honor.
22   Thank you.
23              THE COURT:  Thank you.
24              It will be admitted.
25
```

1                              (Government's Exhibit 10155.116A
                                      received into evidence.)

2              (Video played)

3    BY MR. NESTLER:

4        Q    Do you recall, when Mr. Isaacs testified earlier

5    this week, being asked whether somebody in the group said

6    that the bigger, heavier people should be in the front of

7    the group so they could more easily move through the crowd?

8        A    Yes.

9              MR. NESTLER:  Government moves into evidence

10   10155.1116B.

11             MR. GREENE:  No additional objections.  Thank you,

12   Your Honor.

13             THE COURT:  All right.  It will be admitted.

14                             (Government's Exhibit 10155.1116B
                                      received into evidence.)

15

16             (Video played)

17   BY MR. NESTLER:

18       Q    And when Mr. Isaacs testified earlier this week,

19   do you recall him being asked whether he knew what he meant

20   when he said the fight's not over while inside of the

21   Capitol?

22       A    I do.

23             MR. NESTLER:  Government moves to admit into

24   evidence 10155.1151.

25             MR. GREENE:  No additional objections.  Thank you,

6512

```
1    Your Honor.

2              THE COURT:  Admitted.

3              MR. NESTLER:  Thank you.  You can pull that down,

4    Ms. Badalament.

5                             (Government's Exhibit 10155.1151
                                 received into evidence.)
6

7              MR. NESTLER:  Now, if we could pull up on the

8    screen for Agent Palian Government's Exhibit 10251, please.

9    BY MR. NESTLER:

10        Q    Agent Palian, have you reviewed this exhibit?

11        A    I think I reviewed the derivative exhibit, 10250.

12        Q    Okay.

13             MR. NESTLER:  And if we could just scroll through

14   the couple of pages, Ms. Badalament.

15   BY MR. NESTLER:

16        Q    Are these fair and accurate -- well, are these

17   fair and accurate depictions of information recovered from

18   Mr. Isaacs' cell phone?

19        A    Yes.

20             MR. NESTLER:  The government moves into evidence

21   10251.

22             MR. GREENE:  No objection, Your Honor.

23             THE COURT:  It will be admitted.

24                             (Government's Exhibit 10251
                                 received into evidence.)
25
```

6513

1

2              THE COURT:  Ladies and gentlemen, let me just

3     provide you with one of the instructions I referenced I

4     would be giving you earlier.

5              The videos that you have just seen, those -- that

6     evidence and those exhibits are admissible only against

7     Mr. Isaacs.  The exhibits you are also about to see in

8     10251, Mr. Nestler, does that include all of or just the --

9              MR. NESTLER:  No; just related to Mr. Isaacs,

10    Your Honor.

11             THE COURT:  All right.

12             See the exhibit that is 10251, that exhibit is

13    also admissible only against Mr. Isaacs.

14    BY MR. NESTLER:

15    Q    And so just a couple of pages here starting with

16    the first page, Agent Palian.

17             So have you looked at the forensic extraction of

18    the data from Mr. Isaacs' cell phone?

19    A    Yes.  I've looked at Mr. Isaacs' cell phone.

20    Q    Okay.

21             And what are we looking at here on -- I think this

22    is 85.web 2?

23    A    85.web 2 is a part of that forensic extraction and

24    it goes into Mr. Isaacs' web history.

25    Q    And what website did he access on December 15th of

6514

1    2020?

2         A     On December 15th, 2020, he accessed

3    Whitehouse.gov.

4         Q     Okay.

5               MR. NESTLER:  And if we could go to the next page,

6    please, Ms. Badalament.

7    BY MR. NESTLER:

8         Q     And 85.web 3, what does that show?

9         A     85.web 3 is a *USA Today* article about the

10   Supreme Court and how they're unlikely to help

11   Donald Trump's allies overturn the election.

12        Q     And if we could go to the next page.  What is

13   85.web 4?

14        A     85.web 4 is a Google search that was done, and the

15   Google search that was performed is, "Why did the

16   Supreme Court deny fraud case?"

17        Q     And what date was that?

18        A     That date was December 12th, 2020.

19        Q     And then finally the next page, please.

20        A     Well, I guess I should go back.

21        Q     Go ahead.  Go back.

22        A     Can we go back for a second?

23              I think that was UTC time.  I have to do some math

24   now.  So that would have been -- I think that's December

25   11th.  Am I doing my math right?

1    Q    Okay.  So this is very late at night on the 11th

2  or early on the 12th?

3    A    Yes.

4    Q    Okay.

5         MR. NESTLER:  And if we can go to the next page,

6  please, Ms. Badalament.

7         And we can just scroll in on the top here.

8         No; a little bit more.

9  BY MR. NESTLER:

10    Q    And what are we looking at here, Agent Palian?

11    A    This is an email that was recovered from

12  Mr. Isaacs' phone.

13    Q    What date was the email sent, the original email?

14    A    The original email was sent December 17th, 2020,

15  at 5:07 p.m. eastern.

16    Q    What was the subject?

17    A    The subject of that was "open letter to

18  President Trump."

19    Q    And then was that email then forwarded?

20    A    Yes.  The email from Oath Keepers.org was

21  forwarded, and it was forwarded to memesmicrowaved@gmail.com

22  by Mr. Isaacs.

23    Q    About how long after it was initially received was

24  it forwarded?

25    A    Less than 30 minutes later.

6516

1          Q      Thank you.

2                 Okay.  Moving on to a new topic, Agent Palian.

3                 MR. NESTLER:  If we could pull up for

4    Agent Palian, please, Ms. Badalament, Government Exhibit

5    9828, Slide 1, already in evidence.

6    BY MR. NESTLER:

7          Q      Now, Agent Palian, were you present in court when

8    Ms. Meggs testified and was asked questions about this --

9                 MR. GREENE:  Objection.  This is outside the scope

10   of rebuttal of William Isaacs.  Ask for a limiting

11   instruction.

12                THE COURT:  Hang on for a second.  Figure out

13   where this is going.  Go ahead.

14                MR. NESTLER:  Sure.  We're moving on to a new

15   topic, as I indicated.  Now we're talking about Defendant

16   Connie Meggs.

17   BY MR. NESTLER:

18         Q      And so were you present in court when Defendant

19   Connie Meggs was asked questions about this text message

20   that she sent on the evening of January 6th of 2021 at 11:01

21   p.m. to someone named Patty Gee?

22         A      Yes, I was present.

23         Q      Okay.

24                And were you present when she was asked questions

25   about her habit of regularly deleting messages out of her

1    cell phone?

2        A    I was.

3        Q    Okay.

4        Now, did the FBI recover Ms. Meggs' cell phone

5    when she was arrested on February 17th of 2021?

6        A    We did seize that cell phone.

7        Q    And did the FBI search that cell phone?

8        A    I did.

9        Q    Okay.

10       You personally looked through that cell phone?

11       A    I have looked through that cell phone.

12       Q    Okay.

13       Now, can you please explain to the members of the

14    jury what data you found with respect to Ms. Meggs' text

15    messages as you saw them on her phone?

16       A    Sure.

17       We looked at the text messages for a broad period

18    of time that we had data for.

19       During that period of time, we broke it down into

20    three separate sections.  There was a section of text

21    messages that was before December 30th, 2020.  And in that

22    period, there was over 4,000 text messages that Mrs. Meggs

23    had retained from prior to December 30th, 2020.

24       From the period of December 31st, approximately

25    December 31st, 2020, until approximately January 13th, 2021,

6518

1    there was only four messages.

2           From the time of January 13th, 2021, till the day

3    Mrs. Meggs was arrested on February 17th, 2021, there was

4    over 1,500 messages.

5    Q    So there were a lot of messages from 2020 and

6    earlier?

7    A    Yes.

8    Q    And a lot of messages from January 13th forward?

9    A    Yes.

10   Q    And only four between December 30th of 2020 and

11   January 13th of 2021?

12   A    Approximately, yes.

13   Q    Did you notice any two-week gaps where there were

14   no messages in Ms. Meggs' phone besides for that two-week

15   gap of December 30th, 2020, through January 13th, 2021?

16   A    No.

17   Q    And this message, Government Exhibit 9828 from

18   Connie Meggs to Patty Gee, where was it recovered from?

19   A    That was recovered from Facebook, I believe -- or

20   no, T-Mobile.  I apologize.

21   Q    So from the T-Mobile records, correct?

22   A    Yes.  That was the T-Mobile records.

23   Q    Was this message located on her cell phone?

24   A    No.

25   Q    Thank you.

6519

1           MR. NESTLER:  You can take that down, please,

2     Ms. Badalament.

3           THE COURT:  Ladies and gentlemen, just a reminder

4     that that exhibit was admitted only against Ms. Meggs.

5           MR. NESTLER:  Thank you, Your Honor.

6     BY MR. NESTLER:

7     Q    Moving on to a different topic, Defendant

8     Michael Greene.

9           MR. NESTLER:  If we could pull up Government

10    Exhibit 10252, please, Ms. Badalament.

11    BY MR. NESTLER:

12    Q    Have you personally examined the data from

13    Defendant Michael Greene's cell phone, Agent Palian?

14    A    Yes, I have.

15    Q    And I'm just going to page through Government

16    Exhibit 10252.

17          Does Government Exhibit 10252 fairly and

18    accurately depict data as recovered from Mr. Greene's

19    cell phone?

20          MR. SHIPLEY:  Objection; lack of foundation.

21          THE COURT:  He's about to lay the foundation.

22          Go ahead.

23    BY MR. NESTLER:

24    Q    So we can go through it page by page here,

25    Agent Palian.

1          So what are we looking at here on the first page?

2     A     On the first page, this is a list of Signal chat

3  group names.

4     Q     And did the FBI create this list of Signal chat

5  group names?

6     A     Yes.  It was taken from Mr. Greene's cell phone.

7     Q     And when Mr. Greene's cell phone is processed,

8  what program do you use to process it?

9     A     I believe this one was processed in Axiom.

10    Q     Okay.

11          And have you personally reviewed the data from

12  Axiom from his cell phone?

13    A     Yes, I have.

14    Q     Does this list here of these 45 chat names fairly

15  and accurately capture the data as reflected on the Axiom

16  report that you reviewed?

17    A     Yes, it does.

18          MR. NESTLER:  The government moves to admit 10252,

19  page 1.

20          MR. SHIPLEY:  No objection to page 1.

21  BY MR. NESTLER:

22    Q     So if we could now highlight this, please,

23  Ms. Badalament.

24          And so these are the Signal chats that the FBI's

25  located from reviewing the report from the extraction of

6521

1    this phone; is that correct?

2        A    The Signal chat names, yes.

3        Q    Okay.

4             The names of Signal chats?

5        A    The names of the groups.

6        Q    Why don't you describe, because I'm probably not

7    saying it correctly, what Signal chat names versus the

8    actual Signal chats?

9        A    Sure.

10            So when you have a group Signal chat, you can give

11   that group a name.  In this case, number one was named "ATL

12   Ops Volunteer Chat," and you can designate who was in that

13   group.

14       Q    And then what does it mean to find an actual chat

15   itself, not just the chat name?

16       A    So generally we designate those as messages within

17   a chat group and you can find various messages.

18       Q    Okay.

19            Now, if we can go to page 7 of this exhibit,

20   please.

21            Is this a screenshot from the Axiom report that

22   you were using to review the data from Mr. Greene's

23   cell phone?

24       A    Yes, it is.

25       Q    Does this fairly and accurately capture what it is

1    you were looking at in that report?

2        A    Yes, it does.

3             MR. NESTLER:  The government moves to admit page 7

4    into evidence?

5             MR. SHIPLEY:  Objection; lacks foundation.

6             THE COURT:  Overruled.  He said it's a fair and

7    accurate depiction of what the Axiom report shows.

8                              (Government's Exhibit 10252, Page 7
                                        received into evidence.)

9

10   BY MR. NESTLER:

11       Q    Okay.

12            So what are we looking at?

13       A    This is a screenshot from Axiom that I took.

14            What I did was searched for the name "Jan 5/6 D.C.

15   Op Intel Team," I believe is what it says.  I'm having a

16   little trouble -- yeah, there we are.

17       Q    Thank you, Ms. Badalament.

18            Can you zoom in on the portion on the right here.

19   Thank you.

20            So this Signal chat, "January 5/6 D.C. Op Intel

21   Team," you did find the name of the chat on Mr. Greene's

22   phone; is that right?

23       A    That's correct.

24       Q    And what does it mean to have artifact

25   information?

1      A    Artifact information means that at some point in
2   time, this information existed on the phone.
3      Q    Now, aside from finding the name of the chat that
4   this chat at some point existed on this phone for
5   Mr. Greene, did you find any content or data from the chat?
6      A    No, there was no content or data associated with
7   it.
8      Q    None of the messages that Mr. Greene sent or
9   received on this chat were on his phone?
10     A    That's correct.
11     Q    Did you search Stewart Rhodes' phone?
12     A    Yes, I did.
13     Q    And this chat, "January 5/6 D.C. Op Intel Team,"
14   did you find that Signal chat on Mr. Rhodes' phone?
15     A    I did.
16     Q    When you found it on Mr. Rhodes' phone, did it
17   have messages and data associated with it?
18     A    It did.  There were over 100 messages, I believe.
19          MR. SHIPLEY:  Your Honor, can we get on the phone
20   real quick before we go further?
21          (Bench conference)
22          MR. SHIPLEY:  Your Honor, this is the particular
23   chat that I had Agent Abrams go through the entire report
24   page by page and there were no messages from Mr. Greene on
25   that chat, none.

6524

1          THE COURT:  Okay.

2          MR. SHIPLEY:  Well, I don't know what -- he's

3     suggesting that Mr. Greene -- that there was something on

4     Mr. Greene's phone that he deleted.  There are no messages

5     to or from Mr. Greene in this chat.  He was put in the chat

6     but he never used it.

7          THE COURT:  I understand, but that's exactly what

8     he's suggesting.

9          MR. SHIPLEY:  He's suggesting he deleted it

10    because it's not from Mr. Greene's phone.

11         THE COURT:  Correct.

12         MR. SHIPLEY:  But what did he delete?  He deleted

13    a chat that didn't have any messages in it.

14         THE COURT:  That's your argument in closing.

15         MR. SHIPLEY:  Okay.  All right.  I'm concerned

16    that it's being misleading based on evidence that's already

17    in the record from another FBI agent.

18         THE COURT:  Well, I mean, I don't think it's

19    misleading.  There was a chat on his phone at one point, it

20    wasn't there at another point, and you all can argue what

21    the inference is to draw from the fact of the missing chat

22    is.

23         MR. SHIPLEY:  Fair enough.

24         (Open court)

25         MR. NESTLER:  Could we pull up Government's

1   Exhibit 1500.4 and go to 4 minutes and 9 seconds?

2   BY MR. NESTLER:

3       Q    Now, Agent Palian, you told us you looked at this

4   "January 5/6 D.C. Op Intel Team" Signal chat from Rhodes'

5   phone, right?

6       A    Yes.

7       Q    How much time did you spend reviewing data from

8   Stewart Rhodes' phone?

9       A    I lost track of how many hours.

10      Q    Okay.

11           And you did find messages in Stewart Rhodes' phone

12  on the Signal chat, right?

13      A    Yes.

14      Q    Can you please tell us the name of the person who

15  wrote the message at 1:59 p.m. to this Signal chat?

16      A    That was Michael Greene.

17      Q    Defendant Michael Greene?

18      A    Yes.

19      Q    And did Stewart Rhodes also write a message just

20  two minutes later to this same Signal chat?

21      A    Yes, he did.

22      Q    And did Joshua James write a message also to this

23  same Signal chat just three minutes after that?

24      A    Yes.

25      Q    And this Signal chat was not found -- the messages

6526

1    were not found on Mr. Greene's phone; is that right?

2         A    That's correct.

3         Q    Okay.  We can take that down, please,

4    Ms. Badalament.

5              Now, if we can go back to 10252, and I want to

6    show you pages 2, 3, 4, 5, and 6.

7              Are these screenshots also from the Axiom report

8    you reviewed from Mr. Greene's phone?

9         A    Yes.

10             MR. NESTLER:  The government moves to admit pages

11   2, 3, 4, 5, and 6 of Government's Exhibit 10252.

12             THE COURT:  They'll be admitted.

13             MR. NESTLER:  Thank you.

14        (Government's Exhibit 10252, Pages 2, 3, 4, 5, and 6
                                     received into evidence.)
15

16   BY MR. NESTLER:

17        Q    So if we can go to the first one.  This originally

18   comes from Government's Exhibit -- sorry.

19             What are we looking at here?  What does this look

20   like in Axiom, Agent Palian?

21        A    So this is a message that was sent.  I believe it

22   was an SMS message.

23             No.  I'm sorry.  It was a Signal message.

24   I apologize.

25        Q    Okay.  And how can you tell it's a Signal message?

1    A    I can tell it's a Signal message because of the

2    recipient is the Signal group that we looked at.

3    Q    Gotcha.

4         And they're also different things that the report

5    generates that say, like things like on the bottom, Signal

6    message?

7    A    Yes, that's correct.

8    Q    Okay.

9         And so this is a Signal message sent and that

10   Mr. Greene's phone received; is that right?

11   A    Yes.

12   Q    Okay.

13        And what was the content of the message?

14   A    Content of the message is, "Good call last night.

15   Lots covered.  I'll get with NC team today and find out QRF

16   location."

17   Q    And do you see the notation here from Axiom, the

18   letters R-e-a-d?

19   A    Yes.  It said the message was read.

20   Q    Okay.

21        MR. NESTLER:  If we can go to the next, please,

22   Ms. Badalament.

23   BY MR. NESTLER:

24   Q    We can scroll in on the top portion, please.  And

25   so is this also a Signal message that Mr. Greene's phone

1   received?

2       A    Yes, it is.

3       Q    And you see the date over here on the left, what

4   date is that?

5       A    January 2nd, 2021.

6       Q    And did Axiom, the software, did it figure out

7   whether this message was read in Mr. Greene's phone?

8       A    It says it was read.

9       Q    And what was the content of this message?

10      A    Content says, "QRF rally points, water of the

11  bridges get closed."

12      Q    Thank you.

13           MR. NESTLER:  If we can go to the bottom of this

14  page, please, Ms. Badalament.

15  BY MR. NESTLER:

16      Q    And this message, can you tell, it says recipient

17  here, D.C. Op Jan 6/21.  What's that?

18      A    That's a Signal group that Mr. Greene was a part

19  of.

20      Q    And what was the content of this message?

21      A    "My sources D.C. working on procuring boat

22  transport as we speak."

23      Q    What was the date of this message?

24      A    Also January 2nd.

25      Q    And can you tell whether this message was read?

1      A    It was read.

2            MR. NESTLER:  If we can go to the next page,

3    please, Ms. Badalament.

4    BY MR. NESTLER:

5      Q    And what kind of message was this based on the

6    recipient over here?

7      A    This, again, was a Signal message sent to the D.C.

8    Op Jan 6 chat.

9      Q    And does it even say who the sender to the chat

10   was?

11     A    It's a phone number ending in 0600, which we know

12   to be used by Kelly Meggs.

13     Q    And what did Kelly Meggs, using that number, 0600,

14   say in the content of this message?

15     A    Content of the message says, "Ammo situation.  We

16   are bringing -- are we bringing, or are we set up at QRF?

17   I mean, I'm always going to have a couple hundred.  But if

18   SHTF, we got ample availability."

19     Q    And what was the date of this message,

20   Agent Palian?

21     A    January 3rd, 2021.

22     Q    And did the software indicate whether this message

23   was read on Mr. Greene's phone?

24     A    It did, and it says it was read.

25     Q    Okay.  We can go to the next, please,

6530

1    Ms. Badalament.

2          And this message -- where was it sent to?

3    A    This message was also sent to the "D.C. Op Jan. 6"

4    chat.

5    Q    And what was the content of this message?

6    A    "We will have several well-equipped QRFs outside

7    D.C.  And there are many, many others from other groups who

8    will be watching and waiting outside in case of worst-case

9    scenaria rios," which I believe is worst-case scenario

10   riots.

11   Q    Maybe it's just worst-case scenarios?

12   A    Maybe.

13   Q    It's okay.

14         And what was the date of this message?

15   A    January 6th, 2021.

16   Q    What time?

17   A    6:27 a.m. Eastern.

18   Q    Was this message according to the data from

19   Mr. Greene's phone read by Mr. Greene's phone?

20   A    Yes, it was.

21   Q    If we can go to the next message, please.

22         First of all, what's the date on this message?

23   A    Date is January 5th, 2021.

24   Q    And who was the sender?

25   A    Sender was a number ending in 0600, which was,

1    again, Kelly Meggs.

2         Q    And you tell based on the data down here whether

3    this was a regular text message or a Signal message?

4         A    It was a Signal message.

5         Q    And what was it that Kelly Meggs -- well,

6    Kelly Meggs' phone sent to Michael Greene's phone in a

7    direct Signal message on January 5th of 2021?

8         A    "We are heading in, just unloaded at QRF."

9         Q    And according to the data on Mr. Greene's phone

10   was that message read or not read?

11        A    It was read.

12        Q    It we go to the next message, please.

13             I'm sorry.  I think that's the final one.  Okay.

14             We can take that down, please, Ms. Badalament.

15             Now, continue speaking about Mr. Greene.  What was

16   Mr. Greene's phone carrier in the period of early January of

17   2021?

18        A    Phone carrier was T-Mobile.

19        Q    And if we could pull up Government's Exhibit 9902,

20   slide 46, please, already in evidence.  Thank you,

21   Ms. Badalament.

22             THE COURT:  Before we move on, Mr. Nestler, ladies

23   and gentlemen, the last exhibit, 10252, that is admitted

24   only against Mr. Greene.

25             MR. NESTLER:  Thank you, Your Honor.

1    BY MR. NESTLER:

2         Q    And so, Agent Palian, this message was recovered

3    from T-Mobile; is that correct?

4         A    Yes, it was.

5         Q    Okay.

6              Now, have you reviewed the original records that

7    T-Mobile provided to the government in response to a search

8    warrant?

9         A    Yes, I have.

10        Q    Did those records indicate what kind of message

11   this was?

12        A    This was an SMS message.  It did, and it was an

13   SMS message.

14        Q    And what is an SMS message?

15        A    SMS --

16             MR. SHIPLEY:  Objection; lack of foundation; calls

17   for expert testimony.

18             THE COURT:  No, it doesn't.  That's overruled.

19   BY MR. NESTLER:

20        Q    Well, also, Agent Palian, do you have any advanced

21   degrees?

22        A    I do have advanced degrees, yes.

23        Q    What is that?

24        A    I have a master's degree in organic chemistry and

25   a Ph.D. in bio-organic chemistry.

6533

1       Q       What does SMS mean?

2       A       SMS means short message service.

3       Q       And what does that mean in laymen's term?

4       A       It's a generic text message without an attachment.

5       Q       Okay.

6               Now, from reviewing the data that T-Mobile

7    produced to the government, can you tell us approximately

8    how many text messages were sent or received by Greene's

9    phone just on January 6th of 2021 as captured by T-Mobile?

10      A       As captured by T-Mobile, if I remember correctly,

11   it was over a hundred.

12      Q       And this was one of those messages?

13      A       Yes.

14      Q       And what did Michael Greene say here in this

15   message at 3:06 p.m.?

16      A       "We're storming the Capitol."

17      Q       Are you familiar with Google Voice?

18      A       Yes, I am.

19      Q       What is it?

20      A       Google Voice is a Voice over IP service that is

21   employed by Google Corporation.

22      Q       And when a -- well, first of all, this message

23   that we just looked at, you said it was an SMS message,

24   right?

25      A       That's correct.

6534

1      Q     So not a Google Voice message?

2      A     Not a Google Voice message.

3      Q     Okay.

4            And when a person uses a VoIP, Voice Over Internet

5      Protocol, like Google Voice, in your experience, does the

6      content, the actual message, the actual data get captured by

7      the cell phone carrier like T-Mobile?

8            MR. SHIPLEY:  Objection; lacks foundation; calls

9      for expert testimony.

10           THE COURT:  On the phone, please.

11           (Bench conference)

12           THE COURT:  What's the basis of his knowledge that

13     he'd be able to answer that question?

14           MR. NESTLER:  He's reviewing the -- first of all,

15     reviewing lots of different records regarding Google Voice

16     and other phone carriers throughout his entire 20-year

17     career at the FBI, plus reviewing the T-Mobile records in

18     this specific case, which were referenced as SMS messages

19     being sent over T-Mobile's network.

20           MR. WOODWARD:  Your Honor, I've been using Google

21     Voice since the initial launch and I have to say that

22     Agent Palian's testimony is not entirely accurate.

23           The way that Google Voice is used has amassed --

24     from its conception, has masked numbers, which I think is

25     what Mr. Shipley spoke about the other day.

6535

1          I can't say definitively that it wouldn't be

2    there, but I can tell you that it's just not as simple as

3    Agent Palian is making it out to be.

4          MR. SHIPLEY:  Your Honor, my point would be the

5    FBI has CART agents for a reason.  Mr. Palian is not.

6          THE COURT:  Hang on.  Let's also remember where we

7    are, and that is this was something that was introduced by

8    Mr. Greene and the issue of Google Voice and whether it

9    should be on the phone or not.  So this is rebuttal and so

10   the idea that the government was going to have an expert to

11   testify about this on the ready, let's put a pin on that for

12   a moment.

13         What are you expecting him to say about this

14   issue?

15         MR. NESTLER:  That the text messages were captured

16   by T-Mobile, but that the Internet messages, which was what

17   a voided message is, are not captured by T-Mobile because

18   they don't go through T-Mobile's cell phone tower in the

19   same way that a text message is coming through the tower.

20         THE COURT:  So in other words, if it is a text

21   message sent by Google Voice, it would not be reflected in

22   the T-Mobile messages?

23         MR. NESTLER:  Correct, it's data.  Data is not --

24   goes through a different part of the network.

25         MR. SHIPLEY:  Somebody may have told him that but

1    that person knows technically how this stuff works and

2    that's not Mr. Palian.

3            THE COURT:  Well, let's be clear.  He doesn't have

4    to be a cell phone expert in order to provide testimony in

5    the context of his investigation so long as he provides the

6    requisite foundation for his ability to provide the

7    information.  That's what the Circuit says.  You can have

8    lay testimony come from an investigator so long as that

9    investigator lays the foundation as the basis for his

10   testimony.  And so I want to -- and it's got to be more than

11   just I've reviewed a bunch of records.  It's got to be

12   something more detailed than that that would allow the jury

13   to make a determination about the credibility of his

14   testimony.

15           MR. NESTLER:  I'll lay the foundation.

16           MR. SHIPLEY:  Your Honor, I'm going to renew the

17   objection that this is expert testimony.  It's technical.

18   We have no idea if this agent's ever been trained, what his

19   foundation is, if he did a technical analysis, or if he's

20   simply relying upon what other agents have told him.

21           If he's relying upon what other agents have told

22   him, those agents need to be in here so they can be

23   cross-examined.

24           THE COURT:  Well, first of all, here's the case

25   law in the Circuit, okay?  The case law in the Circuit is

1    that an investigator can provide opinion testimony if the

2    opinion testimony is based upon his efforts in the

3    investigation, okay?

4            So that doesn't mean he can get up and testify

5    about this, that, or the other thing, that truly does

6    require some degree of scientific knowledge that's outside

7    of the four corners of the investigation or what the

8    investigation entails.  He could not, for example, get up

9    and say, you know, provide testimony that he learned in its

10   entirety from an expert; but what he can do is say this is

11   my experience in the context of this case, this is what I've

12   learned in the context of this case, this is how I've

13   understood these -- and read these records in the context of

14   the case.  And he can say this is my understanding based

15   upon that investigation.  That doesn't require expert

16   testimony.

17           MR. SHIPLEY:  The question then becomes, did he

18   learn it only for the purpose of the examination he's

19   undergoing now because it's come up in this case, or did he

20   learn it during the course of his investigation.

21           THE COURT:  Correct.

22           And I think that's the same issue; in other words,

23   he cannot base his testimony on what he has learned in the

24   past, okay, and then reflect on it and what it means in this

25   case.  That is expert testimony.  It's what the Circuit has

 1  said.  Can't come in based upon your experience in the past

 2  and then opine on what it means in this case.

 3          However, what the Circuit has said is that if the

 4  investigator comes in, and this comes up most commonly in

 5  these drug cases where the investigator is asked to opine

 6  about what things mean in text messages or various

 7  communications, and what the Circuit has said, is that you

 8  can't come in and say, look, I've spent 15 years doing this

 9  and I understand what these terms mean, you can't do that.

10  What we can do is come in and say, I've been investigating

11  this case, and for the following reasons, I think these

12  words mean the following things.

13          So, by analogy, I think he can come in here and

14  say, look, I've reviewed -- you know, here's all the work

15  I've done in terms of telecommunications evidence.  And

16  based upon all the work I've done with respect to

17  telecommunications evidence that I've received in this case,

18  this is what I understand.  I think he can do that.  But

19  he's got to lay that foundation first, okay?

20              MR. SHIPLEY:  Yes.

21              (Open court)

22  BY MR. NESTLER:

23      Q    Agent Palian, please remind us how long you've

24  been a FBI agent?

25      A    20 years, 24 days, give or take.

1    Q    What kind of experience do you have in

2  telecommunications and phone records?

3    A    Aside from being a user myself, I've served

4  numerous search warrants and legal process on

5  telecommunications servers.  I've dealt with our CAST unit

6  who routinely communicates with the telecoms, and I've had

7  contact with the telecoms myself.  I've probably I've served

8  several hundred search warrants in my career, many of them

9  have gone to telecoms.

10    Q    And how about in the course of the investigation

11  in this case, have you also dealt with telecom companies?

12    A    Yes, I have.

13    Q    And have you served search warrants on telecom

14  companies?

15    A    Yes.

16    Q    And have you consulted with the CAST unit in

17  connection with this case?

18    A    Yes.

19    Q    And remind us what CAST is.

20    A    Computer Aided Cellular -- I'm sorry, Cellular

21  Analysis Support Team.

22    Q    Okay.

23        And what about you have any experience regarding

24  VoIP technology?

25    A    Yes.

6540

1      Q    And investigations there.

2           Please describe.

3      A    Yes.  We've served search warrants to try to

4   obtain records related to those services also.

5      Q    And have you reviewed records from services like

6   Google and others that provide these VOIP services?

7      A    Yes.

8      Q    Now, based on all of that and what you have done

9   in this case, what is your understanding about how data from

10  a VOIP, so a message sent over a voice-over-Internet

11  protocol, whether that would be captured by a cell phone

12  carrier like T-Mobile?

13     A    It would not, because it never goes to the

14  cell phone carrier, to their servers.

15     Q    But SMS or regular text messages do go through the

16  carrier servers; is that correct?

17     A    That's correct.

18     Q    Thank you.

19          Now, one additional topic for you, Agent Palian.

20          If we could pull up on the screen Government

21  Exhibit 10253.

22          And are you familiar with the first two pages here

23  of this message?

24     A    Can I see page 2 also?

25     Q    Yes.

```
 1              MR. NESTLER:  Okay.  The government would move

 2    into evidence Government Exhibit 10253.

 3              THE COURT:  Okay.  Subject to discussions

 4    previously, it will be admitted.

 5                                  (Government Exhibit 10253

 6                                     received into evidence.)

 7    BY MR. NESTLER:

 8        Q    Agent Palian, were you present in court when

 9    multiple witnesses from the defense were asked whether --

10    about whether the purpose of being in D.C. on January 6th

11    was to help people?

12        A    Yes, I was present for that.

13        Q    Okay.

14             Are you aware of messages from Stewart Rhodes to

15    other individuals regarding other motives for Oath Keepers

16    being in D.C. on January 6th?

17        A    Yes, I am.

18        Q    All right.  Let's -- up on the screen here we have

19    the first message I want to go over with you, Agent Palian.

20    What's the date of this message?

21        A    The date of that message is December 29th, 2020.

22        Q    What time?

23        A    Time is 10:32 p.m.

24        Q    Who is it from?

25        A    From Stewart Rhodes.
```

1     Q    And who is it to?

2     A    It's to Kellye SoRelle.

3     Q    And who is Kellye SoRelle?

4     A    Kellye SoRelle was Mr. Rhodes' paramour.

5     Q    Was she also a member of the Oath Keepers?

6     Well, sorry.  Was she with him on January 6th in

7 D.C.?

8     A    Yes.

9     Q    Okay.

10     What did Stewart Rhodes tell Kellye SoRelle here

11 on December 29th?

12     A    On December 29th, Mr. Rhodes said, "This will be

13 D.C. rally No. 3.  Getting kinda old.  They don't give a

14 shit about" -- I'm sorry.  "They don't give a shit how many

15 show up and wave a sign, pray, or yell.  They won't fear us

16 till we come with rifles in hand."

17     MR. NESTLER:  If we can go to the next page,

18 please, Ms. Badalament.

19 BY MR. NESTLER:

20     Q    A couple of minutes later, how did Mr. Rhodes

21 continue in this message to Kellye SoRelle?

22     A    He continued by saying, "Only reason to go is so

23 Trump knows we support him in taking reg gloves off and

24 kicking ass."

25     Q    Thank you, Agent Palian.

1          MR. NESTLER:  I have no further questions,

2    Your Honor.

3          THE COURT:  Okay.  Any cross-examination?

4          MR. GREENE:  Yes, Your Honor.  Thank you.

5                         - - -

6                    CROSS-EXAMINATION

7    BY MR. GREENE:

8      Q    Good morning, Agent Palian.  How are you?

9      A    Good morning, sir.

10     Q    This interview of William Isaacs, it took place

11   almost exactly two years ago now?

12     A    A little less than two years.

13     Q    A little less.  March 18th will be two years?

14     A    Is today the 9th or the 8th?

15     Q    Nine more days.

16     A    Oh, my gosh.  I'm trying to do math now.  Less

17   than -- it will be two years in about a week or so.

18     Q    And William Isaacs was there voluntarily?

19     A    My understanding was he was there voluntarily.

20     Q    He had not been charged?

21     A    No.  He had not been charged at that time.

22     Q    But you were thinking about charging him?

23     A    Yes, we were considering that.

24     Q    But he still showed up?

25     A    I don't know if Mr. Isaacs had that information,

1    but, yes, he still showed up.

2        Q    You were not physically there during the proffer,

3    were you?

4        A    No, I was not.

5        Q    But you could see who was?

6        A    Yes.

7        Q    There were two agents?

8        A    Yes.

9        Q    And there was some tall, gangly guy with an angry,

10   resting face?

11       A    There was another individual there.  I don't know.

12   Can I --

13       Q    It was me.

14       A    Yes, it was you.

15       Q    I'm the guy that's blocked out?

16       A    Yes.

17       Q    I'm -- His Honor blocked me out because I didn't

18   like the pictures making me look bald?

19       A    I don't know why it was done.  We were just told

20   to do it.

21       Q    But there was only four people in that room?

22       A    Yes.

23       Q    And the agents, they weren't yelling at

24   William Isaacs, were they?

25       A    I mean, I don't know if I want to characterize

6545

```
 1    many things that happened there, but, no, there wasn't
 2    yelling.
 3         Q    Well, you saw -- we saw video excerpts.  Nobody is
 4    yelling, are they?
 5         A    No, nobody was yelling.
 6         Q    I mean, the agent who was in charge in D.C. is a
 7    friend of mine, Matt Oliver from the FBI.  You know him?
 8         A    I've met Agent Oliver.
 9         Q    He's a nice guy.
10              You watched the videos of the entire interview?
11         A    Yes, I have.
12         Q    Agent Oliver never yelled at any time, did he?
13         A    No.
14         Q    He wasn't rude, was he?
15         A    No.
16         Q    It was a calm situation?
17         A    It was.
18         Q    Only four people in the room?
19         A    Yes, there were only four people in the room.
20         Q    And two of them were me and Mr. Isaacs?
21         A    Correct.
22         Q    It was a controlled environment?
23         A    Always is for our interviews and in office.
24         Q    And before William showed up that day, he had
25    turned over stuff voluntarily to the FBI, correct?
```

1    A    I don't know if we had received it at that point,
2    but I know that it was in process.
3    Q    So either before or shortly after, we turned over
4    the vest that Mr. Isaacs put on the other day, correct?
5    A    I believe that's correct.
6    Q    We turned over the Oath Keepers T-shirt?
7    A    Again, I believe that's correct.
8    Q    Turned over Mr. Isaacs' phone, correct?
9    A    Yes.
10   Q    We gave you the passcode to the phone, correct?
11   A    Yes.
12   Q    Gave you everything you asked for?
13   A    I can't speak to that.  I don't know everything
14   that was asked for.
15   Q    Do you know of anything that you asked for that we
16   didn't give?
17   A    I don't know what was asked for so I can't answer
18   that.
19   Q    And you went very carefully through the phone,
20   didn't you?
21   A    Yes.  A number of agents went through the phone.
22   I would call it "careful."
23   Q    Mr. Isaacs, you searched it for this case,
24   correct, before this trial?
25   A    Yes.

1       Q    And during this trial, we gave you consent to

2  search it again, correct?

3            MR. NESTLER:  Objection.

4            (Bench conference)

5            THE COURT:  So I understood that there was a

6  search warrant issued previously.  I don't know what, if

7  anything, was done to search the phone during trial.

8            MR. GREENE:  We gave consent to having another

9  Cellebrite copy made during the trial, Judge, and they

10  searched it again during the course of this trial.  I think

11  that's relevant.

12            MR. NESTLER:  That is not accurate.  Your Honor

13  gave judicial permission.  We talked about it on the record.

14  I flagged it on the record after the defense indicated what

15  they wanted to do in their defense and Your Honor gave us

16  permission to go back in the phone.

17            THE COURT:  Oh, this is what you were talking

18  about, the issue of the scoped versus non-scoped portion.

19            MR. GREENE:  Yes.  We consented to that, Judge.

20            THE COURT:  You know, to simply just ask the

21  question really doesn't provide the context in which it

22  arose.  I mean, the reason the request was made was because

23  Mr. Isaacs was putting at issue his, you know, his ASD, and

24  the government asked for to look at non-scoped messages

25  concerning that issue and his mental state.  And so it was

1   in that context this all came up.

2           And so to simply just say, hey, we gave you the

3   opportunity to -- we didn't disagree is not really fully

4   contextualized.

5           MR. GREENE:  I'll rephrase the question, Judge,

6   and move on.  It's not enough to worry about here.

7           THE COURT:  Okay.

8           (Open court)

9           MR. GREENE:  Let me rephrase the question.

10  BY MR. GREENE:

11      Q    Mr. Isaacs' phone has been searched several times?

12      A    I don't know what you mean by several times.  Do

13  you mean by several agents or do you mean it's been -- we've

14  gone into the phone several times during the course of the

15  investigation?  Could you define your question a little?

16      Q    Why don't you describe for us all the searches

17  that you've done of Mr. Isaacs' phone, you or anyone else

18  affiliated with this case on the prosecution side.

19      A    Sure.

20           So pursuant to search warrants that we obtained to

21  look in devices, what we generally do is we'll enter the

22  device, we'll take a forensic copy of it.  We'll review that

23  copy and designate items of evidence within the phone that

24  we think are captured within the warrant that we can seize.

25  We then take those items out, seal up the phone, and don't

6549

1   go back in.

2        Q    And when you were searching the phone, you looked

3   at emails?

4        A    We did.

5        Q    You looked at Internet searches?

6        A    Yes.

7        Q    And you found that Mr. Isaacs had literally done

8   thousands of Internet searches over the time period that you

9   searched, correct?

10       A    I don't know what the number is.

11       Q    Can you estimate how many Internet searches he

12  did?

13       A    I wouldn't feel comfortable estimating.

14       Q    Would you feel comfortable denying that he spent

15  four or five hours a day on the Internet?

16       A    Again, I have no basis to say that.

17       Q    But we've seen today in this rebuttal case that

18  out of everything you searched, you picked up three or four

19  email and a couple of Internet searches?

20       A    We showed several items of evidence.

21       Q    You didn't find Mr. Isaacs had deleted anything,

22  did you?

23            MR. NESTLER:  Objection.

24            THE COURT:  I'll allow it.  Go ahead.

25            THE WITNESS:  We don't know what we don't know.

6550

1    BY MR. GREENE:

2        Q    Okay.  You can't say that Mr. Isaacs deleted

3    anything, can you?

4        A    I don't believe he's been charged with that.

5    I can say that.

6        Q    So the interview of the agents on March 18th of

7    2021, almost two years ago, that was a little different than

8    the scene at the Capitol on January 6th, 2021, wasn't it?

9        A    In many ways.

10       Q    Would you agree that on January 6th, 2021, when

11   Mr. Isaacs was on the Capitol Grounds, that it was a lot

12   more noisy?

13       A    January 6th, 2021, was very noisy.

14       Q    Would you agree on January 6th, 2021, when

15   Mr. Isaacs was on the Capitol Grounds, that there were a lot

16   more than just four people?

17       A    Yes, there were a lot more than four people that

18   entered the Capitol and were on the grounds.

19       Q    Would you agree that on January 6th, 2021, when

20   Mr. Isaacs was on the Capitol Grounds, that there was a lot

21   of screaming going on?

22       A    Yeah, I would agree with that.

23       Q    Would you agree that on January 6th, 2021, it was

24   utter chaos on the Capitol Grounds?

25       A    Yes.

1    Q    Would you agree on January 6th, 2021, there were

2    all kinds of things going on all sides of the Capitol?

3    A    Yes.

4    Q    And on the interview on March 18th, 2021, that's a

5    little bit different than when Mr. Isaacs testified here

6    before 14 jurors and a crowded courtroom where his freedom

7    is at stake.  Do you agree with that?

8         MR. NESTLER:  Objection.

9         THE COURT:  Sustained.

10        Please rephrase the question.

11   BY MR. GREENE:

12   Q    This was -- it was a lot different on March 18th,

13   2021, than testifying in this courtroom before these people

14   concerning what happens with regard to these charges?

15   A    I think to properly answer that question, I'd have

16   to take in a lot of factors into that, and I don't know -- a

17   lot of it would be my opinion.  I don't know if I want to --

18   Q    Okay.

19   A    I don't know if the Court wants me to do that.

20   Q    How long was the interview of Mr. Isaacs on March

21   18th, 2021, almost two years ago?

22   A    Approximately two and a half hours.

23   Q    About two hours and -- a little over 2 hours and

24   34 minutes?

25   A    I think that sounds right.  I think there were two

1    clips of an hour and 17 minutes each, is what I recall.

2        Q    And the clips you pulled out today went over,

3    those were less than four minutes?

4        A    Yes.

5        Q    There's nowhere in the interview of Mr. Isaacs

6    during that two and a half hours, 2 hours and 34 minutes

7    plus, almost two years ago where he says he knew he did

8    something wrong, is there?

9            THE COURT:  Mr. Greene, can we get on the phone,

10   please?

11           MR. GREENE:  Yes, Your Honor.

12           (Bench conference)

13           THE COURT:  So the video clips have been admitted

14   for a very limited purpose, to impeach your client's

15   statements that he made on the witness stand here a few days

16   back.  If you're going to start probing him about the

17   interview and what he did and did not say outside of those

18   limited clips, you're opening the door to potentially all of

19   that video coming in.

20           MR. GREENE:  I'm not going to probe any further,

21   Judge.  I'll withdraw -- can I ask this question, will that

22   open that door, because I think it's directly relevant based

23   upon the next witness, which is, did anywhere in that

24   interview Mr. Isaacs say he did anything.

25           THE COURT:  Absolutely not, because otherwise

6553

```
 1    you're going to run three and a half hours of video the
 2    government is going to say is a long admission of
 3    wrongdoing.
 4              MR. GREENE:  I will withdraw the question.
 5    Thank you for giving me the heads-up.  Thank you.
 6              (Open court)
 7              MR. GREENE:  Thank you, Judge.  I'll withdraw that
 8    question.
 9              Give me just a moment, let me see if I have any
10    points of brilliance, which I doubt.
11              I see Mr. Woodward chuckling agrees.
12              Nothing further, Judge.  Thank you.
13              THE COURT:  All right.  Thank you, Mr. Greene.
14              All right.  Anyone else like to cross-examine
15    Agent Palian?
16              MR. WOODWARD:  Yes, Your Honor.
17
18
19
20
21
22
23
24
25
```

```
 1                            - - -

 2                      CROSS-EXAMINATION

 3   BY MR. WOODWARD:

 4        Q    Good morning, Special Agent Palian.

 5        A    Good morning, Mr. Woodward.

 6        Q    Twice in two days.

 7             I'd like to ask you a little bit about your

 8   cell phone returns.  You testified that you have a fair

 9   amount of experience in cell phone returns.

10        A    I believe I do.

11        Q    20 years, I imagine you've done it once or twice.

12             Typically, when you subpoena records from Verizon,

13   AT&T, T-Mobile, you don't get back the content of messages,

14   correct?

15             MR. NESTLER:  Objection, Your Honor.  Can we get

16   on the phone briefly?

17             (Bench conference)

18             MR. NESTLER:  I believe Mr. Woodward is crossing

19   on information that was admitted only against Mr. Greene, so

20   if that's the case we're happy to have the information

21   admitted against more defendants, but Your Honor was very

22   limited in what information came in against which defendant.

23             MR. WOODWARD:  I'm surprised that Mr. Nestler

24   doesn't remember asking Agent Palian about how many messages

25   were on Mrs. Meggs' phone and whether or not the message
```

6555

1    that was read to her was recovered from T-Mobile or from her

2    phone.

3              THE COURT:  Right.  That's what I thought this was

4    in response to.  Go ahead.

5              MR. NESTLER:  Sorry.  I thought it was going in a

6    different direction.

7              (Open court)

8    BY MR. WOODWARD:

9         Q    Typically when you subpoena records from T-Mobile,

10   Verizon, AT&T, you don't get SMS messages, you don't get the

11   content of the messages from the carrier, correct?

12        A    My understanding is that using a subpoena you're

13   not allowed to obtain content.

14        Q    Well, they don't actually maintain content,

15   correct?

16        A    Not generally.  Most cell carriers retain three

17   days' worth of content and then they overwrite it.

18        Q    And in this case, the government asked the

19   cellular carriers to maintain more than three days worth?

20        A    I don't know that.

21        Q    And so T-Mobile had more than three days' worth of

22   messages when they were asked for messages in and around

23   January 6th?

24        A    My understanding of how we obtained those

25   messages, and some of this is -- was told to me, but is that

1    T-Mobile came to us in May or June of '21 and said that they

2    had this content.

3         Q    They had preserved more than the three days of

4    messages that is typically retained?

5         A    That's what they informed us.

6         Q    And so the message that Mr. Nestler showed you

7    that Mrs. Meggs sent, you had obtained that from T-Mobile,

8    not from Mrs. Meggs' phone?

9         A    That's correct.

10        Q    And Mr. Nestler asked you about the number of

11   messages from Mrs. Meggs' phone in that two-week period,

12   early January of 2021?

13        A    That was not the T-Mobile part, but, yes, he did

14   ask me those questions.

15        Q    Well, he asked you about what messages you were

16   aware of from Mrs. Meggs in early January?

17        A    Yes.

18        Q    And he asked you to compare and contrast that

19   two-week period with the period that followed and the period

20   that preceded January 6th, 2021?

21        A    Yes, that's correct.

22        Q    All right.

23             Now, regardless of what was on Mrs. Meggs' phone,

24   that had no impact on what T-Mobile had preserved, right?

25   If I delete a message from my phone, that doesn't delete the

6557

1    message from T-Mobile's records, correct?

2         A    That's my understanding.

3         Q    All right.

4              And so how many messages had T-Mobile preserved

5    between January 7th and January 20th of 2021 from

6    Mrs. Meggs?

7         A    I don't recall.

8         Q    All right.

9         A    I'd need to go back and look.

10        Q    Let me show you T-Mobile's return.

11        A    Oh.

12        Q    And this is just the witness.

13             I suppose we should mark for identification as

14   CM87?

15             COURTROOM DEPUTY:  83.

16             MR. WOODWARD:  Gosh, I'll get it, CM86 for

17   identification.

18   BY MR. WOODWARD:

19        Q    Do you recognize -- well, they provide this

20   information in an Excel spreadsheet?

21        A    They did in this case.

22        Q    And if I just highlight this message, you recall

23   this is the message that Mr. Nestler asked you about, albeit

24   in a bubble format?

25        A    Yes.

1    Q    And here at the top, we have the "billed MTN,

2    message time, from, recipient," and then the message?

3    A    Yes.

4    Q    If I scroll down here to the bottom, how many

5    messages do you see T-Mobile capturing between January 7th

6    and January 20th, 2021?

7    A    Between those two days?

8    Q    Yes.

9    A    Looks like one.  They captured one message on the

10   20th, and nothing else after the 7th.

11        Did I answer your question properly?

12   Q    You did.

13   A    Okay.

14   Q    So if I could ask for the government's assistance

15   in pulling up, I believe -- was it 10253 that Mr. Nestler

16   showed in?  10253.

17        Well, let me just clarify that this was admitted

18   against Mrs. Meggs, I think.  Yeah, okay.

19   BY MR. WOODWARD:

20   Q    Do you remember Mr. Rhodes, this message between

21   Mr. Rhodes and Ms. SoRelle, you read that for the jury,

22   correct?

23   A    Yes, I did.

24   Q    Now, at this time, you had no -- throughout the

25   course of your investigation, you had no reason to believe

6559

1    that Mr. Meggs was planning to travel -- I say that

2    explicitly, Mr. Meggs, no reason to believe that Mr. Meggs

3    was planning to travel to Washington, D.C. on January 6th as

4    of December 29th, correct?

5        A    No, I don't believe that's correct.  I believe he

6    sent a message shortly after the "will be wild" text, where

7    he said, "Pack your shit, boys, we're going to D.C."

8        Q    I'm sorry.  You know, you've reminded me, if I

9    could display what has previously been admitted as CM --

10   just me please, Mr. Douyon -- 65.  Now everybody.

11            In the course of your investigation, you reviewed

12   messages from "OK FL D.C. Op Jan. 6", correct?

13       A    Yes.

14       Q    And in the course of your investigation, you saw

15   messages from Mr. Meggs about the security operation that he

16   was planning to assist with, correct?

17       A    Yes.

18       Q    And among those messages was this one.  Mr. Meggs

19   writes, "Okay, gentleman and ladies, we have the detail,

20   I just have to get someone else for Stone.  We are PSD for 8

21   Congressmen and we will be inside the wire for Trump's

22   speech working the outside near the wire while Secret

23   Service has the inside."

24            Now, in the course of your investigation, your

25   review of thousands of messages on the Signal app from

```
 1    Mr. Rhodes' phone from, from others' phones, you didn't
 2    identify a single message sent from Connie Meggs on Signal,
 3    did you?
 4          A    Not to my knowledge.
 5               MR. WOODWARD:  Thank you, sir.  No further
 6    questions.
 7               MR. SHIPLEY:  Your Honor, do you not intend to
 8    take a break?
 9               Well, the only reason I'm asking, we're trying to
10    fashion an exhibit to use and we need a couple minutes.
11               THE COURT:  No, no.  It's just been the kind of
12    morning that I sort of forgot.  We started a 10:30.  Let's
13    do that.  We've been going for about an hour and 15.  So
14    let's go ahead and take a 15-minute break now.  And then we
15    may go a little bit later than 12:30 today before we take
16    lunch, all right?  Thank you, everyone.
17               COURTROOM DEPUTY:  All rise.
18               THE COURT:  Thank you, Mr. Shipley.
19               (Jury exited the courtroom.)
20               THE COURT:  All right.  Agent Palian, I'll ask you
21    to step down and not discuss your testimony during the
22    break.
23               THE WITNESS:  Yes, sir.
24               THE COURT:  Quickly on the issue of the treatise,
25    our research shows the following, and kudos to my law clerk.
```

1      Under the Florida Rules of Evidence, an expert

2    cannot bolster their opinion with a treatise, and such a

3    treatise is only admissible during cross-examination of the

4    experts.  *D-u-s-s versus Garcia,* 80 So. 3d 358, Florida,

5    First DCA 2012.

6          MR. GREENE:  Your Honor, I'll withdraw my

7    objection, because my office is sending me some stuff, and

8    I was confusing the Florida with the Federal Rule.

9          THE COURT:  Okay.

10          MR. GREENE:  But we would ask under the rule of

11    completeness, we'd like to know what's going to be read

12    because it was cut off at a particular point.

13          THE COURT:  Talk to Mr. Nestler.

14          MR. GREENE:  Thank you, Judge.

15          THE COURT:  Thank you.

16          MR. GREENE:  Thank you, Ms. Wilson.

17          COURTROOM DEPUTY:  All rise.

18          (Recess from 11:52 a.m. to 12:04 p.m.)

19          COURTROOM DEPUTY:  All rise.

20          THE COURT:  Please remain seated.

21          MR. GREENE:  Thank you, Your Honor.

22          MR. MACHADO:  If it's necessary, I waive my

23    client's presence for the moment, Your Honor.

24          MR. NESTLER:  And, Your Honor, before I start my

25    redirect, I did want to flag for the Court a couple of

6562

1    questions I believe that Mr. Greene's, Chuck Greene's cross

2    opened the door on regarding the March 18th interview.  So

3    I didn't know if you wanted me to flag them in advance now

4    or later.

5              MR. COOPER:  Mr. Greene is not here.

6              THE COURT:  Given that neither of them are here,

7    I'm going to opt for later.

8              MR. NESTLER:  Sorry.  I didn't see that they

9    weren't here.

10             MR. MACHADO:  He was looking for an easy win.

11             MR. WOODWARD:  I'll argue it.

12             MR. NESTLER:  Agent Palian can remain in the

13   courtroom, right?

14             COURTROOM DEPUTY:  Jury panel.

15             (Jury entered the courtroom.)

16             THE COURT:  All right.  Please have a seat,

17   everyone.

18             Agent Palian, I'm going to ask you to come on back

19   up.

20             Mr. Shipley, ready when you are.

21

22

23

24

25

```
 1                              - - -

 2                        CROSS-EXAMINATION

 3    BY MR. SHIPLEY:

 4        Q    Good afternoon.

 5        A    Good afternoon, Mr. Shipley.

 6        Q    I wanted to check the clock, make sure I was

 7    right.

 8             I want to talk just for a couple minutes about

 9    these two Signal chats from Mr. Greene's phone.

10             First of all, "D.C. Op Jan. 6, 21", you would

11    agree that that was probably the most important Signal chat

12    for things going on on January 6th or even leading up to

13    January 6th, right?

14        A    It was one of the important ones.  I don't know if

15    I'd say the most important.

16        Q    When I say "important," I mean not so much the

17    FBI's investigation, but at least important to the people

18    who were participating that day, right?

19        A    I can't say what was important to them and what

20    wasn't.

21        Q    But clearly it was a lot of data exchanged between

22    individuals that day on the ground January 6th, 2021, right?

23        A    I'd agree with that.

24        Q    About 850 Signal messages just that day alone?

25        A    In just that chat?
```

6564

1      Q     Just that chat, just that day.

2      A     Yes.  I believe that's correct.

3      Q     800-plus, right?

4      A     I think that's right.

5      Q     Yeah.

6            That chat was not deleted from Mike Greene's

7   phone, was it?

8      A     No, I don't believe it was.

9      Q     Yeah.

10           So that was there.  When he gave you his phone and

11   he gave you consent to search his phone and he gave you

12   consent to search Signal on his phone, that chat was there?

13     A     I believe so.

14     Q     Now, yesterday in cross-examination of Mr. Greene,

15   Ms. Rakoczy went through a whole series of excerpts from the

16   report on that chat, highlighting each time it said "read,"

17   you remember that?

18     A     Yes.

19     Q     And then today on direct, you and Mr. Nestler went

20   through a few more examples where they said "read," correct?

21     A     Correct, yes.

22     Q     Okay.

23           Now, it doesn't say when it was read, does it?

24     A     The report does not say that, no.

25     Q     Okay.

6565

1          And if you open a chat that has dozens or a

2   hundred or more unread messages, when you open it, they all

3   turn to "read," don't they?

4       A    I don't know what you mean by turn to "red."

5       Q    The --

6       A    Oh, I'm sorry, not r-e-d.  Pardon me.

7       Q    Correct.

8            R-e-a-d?

9       A    Yes.

10      Q    All of them then show that they've been read just

11  by opening the chat?

12      A    Yes, I believe that's correct.

13      Q    So where it says "read," it is not your testimony

14  that that means Mr. Greene individually read each of the

15  messages shown by Ms. Rakoczy yesterday and Mr. Nestler

16  today, does it?

17      A    I can only testify to what the report says and it

18  says read.  I can't say when.

19      Q    Okay.

20           So you can't say, is it correct, that you can't

21  say that Mr. Greene read any of those messages on

22  January 6th?

23      A    I don't believe the report says that, so I can't

24  go that far.

25      Q    There's no evidence in this case of when he read

6566

1    any of those messages.  So there's no evidence that he knows

2    the content of any of those messages?

3         A    No.  I disagree with that because at times, he

4    responded to messages.

5         Q    With the exception of the ones he responded to,

6    there's no evidence that he read the others, actually read

7    the words and understood the import?

8         A    Again, I can only say what the report says and

9    what I know he responded to.

10        Q    Let's talk about the Jan 5/6 Intel group team,

11   intel team one.

12        A    Okay.

13        Q    You said that's not on -- or was not on

14   Mr. Greene's phone when he gave it to you, right?

15        A    So there were archives that the chat existed at

16   one time but there were no messages associated with it.

17        Q    Okay.

18             So you know it was there, but there was no content

19   of what had been there at some point in the past, if ever?

20        A    Right, that's correct.

21        Q    Okay.

22             But you recovered it from Mr. Rhodes' phone?

23        A    Yes, we did.

24        Q    And do you think what you recovered from

25   Mr. Rhodes' phone was complete, start to finish?

1    A    I believe so.

2    Q    It gave you the opening date, right?

3    A    Yes.

4    Q    And it gave you the last message date, right?

5    A    Yes.  Yes.

6         But I -- and the only reason I hesitate is I don't

7    believe there was anything deleted in the middle, but I

8    can't be positive of that.

9    Q    Okay.

10        I lost my train of thought.  Let me go into a

11   different question real quick and we'll come back to that.

12        You sat here in court, you were present in court

13   when Agent Abrams testified about that particular chat,

14   right?

15   A    I missed a lot of Agent Abrams's testimony so

16   I'm not positive.  I don't recall.

17   Q    Fair enough.

18        You've reviewed that chat, though, haven't you,

19   from Mr. Rhodes' phone?

20   A    Are we still talking about the Jan 5/6?

21   Q    Jan 5, that's all we're talking about, Jan 5/6.

22   A    Yeah.  I've reviewed some of it.

23   Q    How many messages are there from Mike Greene in

24   that entire chat?

25   A    I don't recall.  I couldn't say.

6568

1          Q     Would it surprise you if Agent Abrams looked

2     through the whole thing and found one, "there patriots"?

3     That's the only message from Mike Greene.  Would that

4     surprise you?

5               MR. NESTLER:  Objection.

6               THE COURT:  Sustained.

7               MR. SHIPLEY:  He's the case agent.

8               THE COURT:  Well, the way you phrased the question

9     was different.

10    BY MR. SHIPLEY:

11         Q     Would you disagree with Agent Abrams if she

12    testified that there was only one message from Mike Greene

13    in the entire chat, the one saying, "there patriots"?

14              MR. NESTLER:  Objection.

15              THE COURT:  That is also sustained.

16              MR. SHIPLEY:  Okay.

17    BY MR. SHIPLEY:

18         Q     How many pages of messages are there in the

19    Cellebrite report for that chat?

20         A     I'm not even sure because that would depend on the

21    format that it was printed out in, whether it was a PDF or

22    an Excel or something like that.  I couldn't say how many.

23         Q     But it's your testimony today that you don't know

24    how many messages there might have been from or to

25    Michael Greene in that chat?

6569

1      A    I just don't recall.  If I had the chat, I could

2  look.

3      Q    Fair enough.

4           Did Michael Greene delete that chat from his

5  phone?

6      A    All I can say is that it wasn't present.

7      Q    That wasn't my question.

8      A    I know; I understand that.  So forgive me,

9  I should have fully answered your question.

10          So I can't say it was deleted.  I can just say it

11  wasn't present.

12     Q    Okay.

13          Now, you testified about the T-Mobile messages and

14  that you had reviewed the T-Mobile spreadsheet or whatever

15  format it came in that had his text messages.  You testified

16  there were over 100 of them, right?

17     A    Yes.

18     Q    Okay.

19          Can we show this just to the witness, please.

20          I want you to take just a minute and look at the

21  far left-hand column.  Is that Michael Greene's phone

22  number?

23     A    Yes.

24     Q    Okay.

25          And then the time frame reflected here at the very

1    top, that says 1/6/21, right?

2        A    Yes.

3        Q    Then we go all the way down to the bottom, we're

4    still at 1/6/21, right?

5        A    Yes.

6        Q    And in the last column over on the right, what

7    do you understand those references to be?

8        A    My understanding of that is it says SMS, and that

9    means short messaging service.

10       Q    So those are all the text messages between the

11   date and time at the top and the date and time at the

12   bottom, which are all 1/6, right?

13       A    These were all the messages we were provided.

14   I can't say they were all of the messages.

15       Q    Okay.  Fair enough.

16            But right in the middle there, you see the

17   message, "We're storming the Capitol," correct?

18       A    Yes.

19       Q    Okay.

20            And that was to and from a particular number?

21       A    Yes.

22       Q    And you don't know who that number is, do you?

23       A    We weren't able to identify the person behind that

24   number.

25       Q    So he sent a message to somebody saying "We're

6571

1   storming the Capitol," and you don't know who that person

2   was, correct?

3       A    I don't know who that person was.

4       Q    Okay.  Now, based on your recollection of the

5   records you reviewed, and I understand it's probably not

6   this same format, does this look, because if you look below

7   that one where it says "We're storming the Capitol," you see

8   several more that have been introduced in this case, right?

9            THE COURT:  By the way, Mr. Shipley, you know this

10  isn't being shown to the jury.

11           MR. SHIPLEY:  I'm sorry?

12           THE COURT:  This is not being shown to the jury?

13           MR. SHIPLEY:  I understand that.  I want to get

14  his --

15           THE COURT:  I want to make sure.

16           MR. SHIPLEY:  I want to establish its accuracy.

17  BY MR. SHIPLEY:

18      Q    Do you see --

19      A    It looks accurate.

20      Q    Yeah, you see other messages in here that are in

21  the same time frame as the "We're storming the Capitol" one,

22  right?

23      A    Yes.

24      Q    Okay.

25           And so at this point, I would ask to admit this as

6572

1    Michael Greene 121, MG121?

2              MR. NESTLER:  Mr. Shipley, is this the entire

3    document?

4              MR. SHIPLEY:  We have the full document if you'd

5    like to see it.  I believe --

6              MR. NESTLER:  No, the things that are on screen

7    here go from January 6th --

8              MR. SHIPLEY:  Yes.  Well, this is an entire page.

9              MR. NESTLER:  Sorry.  What's visible goes from

10   January 6th at 11:47 a.m to January 6th at 8:48 p.m.  That's

11   the entirety of what you want to admit.

12             MR. SHIPLEY:  Yeah, that's fine, because it just

13   covers those messages in the middle which are the ones that

14   have been introduced.

15             MR. NESTLER:  It --

16             MR. SHIPLEY:  Well, okay, let me -- let me propose

17   that we'll admit this redacted.  So other messages that are

18   not relevant and not ever come up are not included.

19             MR. NESTLER:  We have no objection to that, but if

20   we have a Rule 106 issue, we might want some other messages

21   to come in as well.

22             In general, we don't object to this being shown to

23   the jury.

24             MR. SHIPLEY:  That's fine.

25             THE COURT:  Okay.

6573

```
 1                    In its entirety?
 2              MR. NESTLER:  What's on the screen right now?
 3              THE COURT:  Okay.
 4              MR. NESTLER:  Not the entirety of all of January
 5    messages.
 6              MR. SHIPLEY:  Well, actually -- let's back up.
 7    I want to use this only for the witness because there's only
 8    one point I want to make with the witness, and it's not
 9    necessary I want content to make that point.
10              THE COURT:  Okay.
11              MR. SHIPLEY:  Okay.
12    BY MR. SHIPLEY:
13         Q    In looking at this, there's two particular phone
14    numbers at issue, right?  There's the phone number
15    associated with the message "We're storming the Capitol,"
16    which ends 9080, correct?
17         A    We're interested in that number, yes.
18         Q    And that's the one you don't know who it is?
19         A    Correct.
20         Q    Then there are several messages that have already
21    been introduced, the one "I see they are getting into the
22    chamber."
23              "There in."
24              "Fucked up Nancy office."
25              "Congress evacuated."
```

1          All of those are in this trial, right?  Those have

2    all been admitted?

3        A    I wasn't around for all the testimony so I know

4    they're of interest.

5        Q    Let me briefly recapture them just so you know.

6             We can put this up.  This has been marked as MG

7    Exhibit 115, as it's also a government exhibit.  So that's

8    the one we've been talking about, right?

9        A    Yes.

10       Q    And we're talking about 9080?

11       A    Correct.

12       Q    Okay.

13            Now, so now this is the next one that's on the

14   long page.  It says, "I see they are trying to get into the

15   chamber ... say police has guns," right?

16       A    Yes.

17       Q    And now this is a different number, this is to

18   9453?

19       A    Yes, that's a different number.

20       Q    The next one is MG Exhibit 117.

21            And it's Michael Greene who's written a message

22   saying, "There in," 9453 again?

23       A    Yes.

24       Q    That's the second number.  That's not the first

25   number that you don't know about?

1    A    That's the second number.

2    Q    Now, this is MG118, another -- this is the "fucked

3    up Nancy's office," right?

4    A    Yes.

5    Q    And this is 9453 again, the same person, three

6    messages in a row, correct?

7    A    Is it the same number?  I'm sorry, I'm not trying

8    to be obstinate.

9    Q    9453, let's remember that.

10   A    Yes.

11   Q    9453?

12   A    Yes.

13   Q    And the last one in this string that was

14   introduced by the government that I re-marked as 119 is

15   "Congress evacuated," again, 9453, right?

16   A    Yes.

17   Q    But all four of those messages come immediately

18   after "We're storming the Capitol," right?

19   A    That's correct.

20   Q    Right in the row?

21   A    Yes.

22   Q    Is there another message anywhere to 9080, that

23   first number that you don't know who it is?

24        There's not, is there?

25   A    I don't believe so.  I'd like to review the whole

6576

```
 1    records before I say, but I don't think so.
 2         Q    Let's look back at the page that we were just
 3    looking at because that was the point I wanted to ask you
 4    about.
 5              Take a look at both columns, take a couple of
 6    minutes to scan them.  Do you see any other call to or from
 7    9080 in any of the messages?
 8         A    No, not on this page.
 9         Q    So in this time frame, which covers many hours on
10    January 6th, there's no other exchange with 9080?
11         A    Yes, that's correct.
12         Q    Okay.
13              And you heard Mr. Greene testify yesterday he
14    deleted the string to 9080, because it was a woman and
15    he didn't want it to be on his phone, right?
16         A    I did hear him say that.
17         Q    The other number that we were looking at, which
18    was 9453, there are many messages back and forth with 9453,
19    aren't there?
20         A    Yes.
21         Q    So that was a number he was engaged in an extended
22    continuing text message exchange with, right?
23         A    Yes.
24              MR. SHIPLEY:  Nothing further.  Thank you.
25              Thank you, Agent Palian.
```

1            THE COURT:  Okay.  Anyone else?

2            Okay.  Hearing none, Mr. Nestler, redirect.

3            MR. NESTLER:  Should we briefly discuss on the

4     phone the issue I flagged before the break?

5            (Bench conference)

6            MR. NESTLER:  I know Your Honor stopped

7     Mr. Greene, Charles Greene, from going too much further, but

8     he already, in our opinion, well opened the door by asking

9     lots of questions about the March 18th interview, about

10    whether it was a controlled environment, whether he answered

11    the questions, whether he was there voluntarily, how long it

12    lasted, who the people in the room were and elicited that he

13    himself were in the room, so I believe he has opened the

14    door for us asking on redirect some additional questions

15    about the content of the interview.

16           THE COURT:  Well, specifically what do you mean?

17           MR. NESTLER:  Talking about whether Mr. Isaacs

18    asked for a break, whether Mr. Isaacs asked to wear

19    headphones, whether Mr. Isaacs answered all the questions

20    that were asked and whether he answered them in a narrative

21    format, and then I will also draw the comparison, just like

22    Mr. Greene did, to testifying here in trial and answering

23    questions to the FBI.

24           MR. GREENE:  Do you want to me hear from me,

25    Your Honor?  I'm sorry.

6578

1          THE COURT:  Sure, go ahead, Mr. Greene.

2          MR. GREENE:  So I did not open the door to

3     anything but -- to anything.  I guess he's asking about the

4     content, not seeking to play videotape.  So the only

5     questions I asked about the interview was who was there,

6     what was the environment like.  I didn't ask about demeanor,

7     I did not ask about substance.  Actually I did, and

8     thank you, Your Honor, for stopping me, you know.  And if

9     they start getting into more of it they're going to open the

10    door, I think, to me being able to ask their expert about

11    masking and stuff because I sincerely believe that's what

12    was happening that day by William Isaacs.

13          So I got close to it, Judge, but you stopped me

14    before I got there from getting into it.  And there's, you

15    know, with all the issues, with the potential issues with

16    the proffer already, I would respectfully suggest that it

17    becomes more material the more they do it.  The length is

18    not disputed.  I don't know why getting -- talking about the

19    length and the people in the room opens the door for them to

20    talk about substance.  That is not impeachment.  I mean, my

21    point -- it would be different if they had asked -- if it

22    was just a transcript, I'd say, out of the 200 pages of

23    transcript, you pulled out 3 pages.  That's it.

24          THE COURT:  Well, I think it's -- the door has

25    been opened to the issue of a break as that relates to the

1  timing, and there was a question asked about timing.

2          I don't think there's been any door opening with

3  respect to headphones, the jury can see for itself whether

4  Mr. Isaacs was wearing headphones or not.

5          In terms of any substantive answers, I don't think

6  the door has been opened to any substantive answers that

7  Mr. Isaacs did or didn't give.  Go ahead.

8          MR. NESTLER:  I'm not looking for substance.

9  I was just looking for the same kinds of information he

10 asked about, about the atmosphere of the room and how long

11 it lasted and who was there and whether it was stressful and

12 all of those types of things.  I'm planning to ask questions

13 about that.

14         THE COURT:  Okay.  Well, look, I'll take it a

15 question at a time.  I mean, there were questions asked

16 about the conditions in the room and comparing them to the

17 conditions here, comparing them to conditions on

18 January 6th, I'll just have to see what Mr. Nestler is going

19 to ask, okay.

20         MR. GREENE:  Thank you, Judge.

21         (Open court)

22

23

24

25

```
 1                           - - -

 2                     REDIRECT EXAMINATION

 3   BY MR. NESTLER:

 4        Q    Good afternoon, Agent Palian.

 5        A    Good afternoon, Mr. Nestler.

 6        Q    Okay.  So Mr. Greene, on behalf of Defendant

 7   Isaacs, asked you some questions about the meeting on March

 8   18th of 2021.  Do you remember that?

 9        A    Yes, I do.

10        Q    Okay.  And so I think you said that the agents

11   were not yelling at Mr. Isaacs, correct?

12        A    They were not.

13        Q    You were here during his testimony, right?

14        A    Yes.

15        Q    Did you see me yell at Mr. Isaacs?

16        A    I did not.

17        Q    Okay.

18             Now, while during that meeting on March 18th, did

19   people ask Mr. Isaacs questions?

20        A    They did.

21        Q    What did he do when people asked him questions?

22        A    He responded with what I would call a fulsome

23   answer.

24        Q    Okay.

25             Did he tend to use one-word answers or longer
```

1    answers?

2         A    Longer answers.

3         Q    Okay.

4              Mr. Greene asked you whether it was a controlled

5    environment.  Is that right?

6         A    Yes.

7         Q    And how do you characterize FBI interview rooms?

8         A    I characterize FBI interview rooms as sparse,

9    devoid of distractions.

10        Q    Okay.

11        A    Secure.

12        Q    Okay.

13             And fairly quiet in the room there?

14        A    Yes.

15        Q    How would you characterize the sort of the ambient

16   noise in the FBI interview room to the ambient noise in the

17   courtroom?

18        A    Similar.

19        Q    You were present for the full interview, two and a

20   half hours or so; is that right?

21        A    Yes, I was.

22        Q    And you watched the video of it?

23        A    Yes.

24        Q    Did at any time Mr. Isaacs ask for a break?

25        A    No.

6582

```
 1        Q    Was Mr. Isaacs offered a break?

 2             MR. GREENE:  Objection, Judge.  Misleading.

 3   Contradicts the truth.

 4             Can we get on the phone, Judge?

 5             (Bench conference)

 6             MR. GREENE:  I asked for a break because he was

 7   flapping and going into autistic issues, Judge.  It's just a

 8   lie that he didn't ask for a break.

 9             MR. NESTLER:  Several times --

10             MR. GREENE:  It's a lie.

11             MR. NESTLER:  Several times the agents and I both

12   asked him if he wanted a break and he said no.

13             MR. GREENE:  We asked for a break, Judge.

14             THE COURT:  All right.  Let's just ask the

15   question how many breaks there were and let's move past who

16   asked him and who didn't ask for it and what the

17   circumstances were.

18             MR. NESTLER:  I think the point is the government

19   offered him breaks specifically and he responded, no,

20   I don't need them, so I can elicit it that way in a leading

21   fashion.

22             MR. GREENE:  Judge, I agree with the way you asked

23   Mr. Nestler to proceed.

24             THE COURT:  Let's just ask whether there were any

25   breaks and we'll just leave it at that.  I mean, the point
```

6583

1    here is that Mr. Isaacs seemingly, at least in the FBI room,

2    was capable of going for more than an hour and a half

3    without there being a need for a break.  I mean that's

4    what's relevant.  Okay.

5              (Open court)

6    BY MR. NESTLER:

7         Q    Finally, regarding Mr. Isaacs, his lawyer asked

8    you about searching his phone; is that correct?

9         A    Yes.

10        Q    Was it correct to say that the FBI obtained a

11   search warrant to search the data on his phone?

12        A    We did obtain a search warrant.

13        Q    All right.  Let's move on to a different topic.

14             Mr. Woodward asked you questions on behalf of

15   Defendant Connie Meggs, about an hour ago now;

16   is that correct?

17        A    Yes.

18        Q    Okay.

19             Connie Meggs is not a T-Mobile subscriber, is she?

20        A    No, I don't believe so.

21        Q    Do you know what service provider she used?

22        A    I think Verizon, if I remember correctly.

23        Q    And so if she's a Verizon subscriber and the FBI

24   got this data, the content from T-Mobile, how does that

25   work?

1    A     So the way T-Mobile explained it to us was that

2    they captured almost all of the messages that T-Mobile

3    subscribers were sending out.  If somebody was sending a

4    message to a T-Mobile subscribes, they were able to capture

5    about half of those.  If someone was a Verizon subscriber

6    and was sending it to another Verizon subscriber, they would

7    not have caught that.

8    Q     Okay.

9          And so T-Mobile captured almost all but not all of

10   the text messages sent by T-Mobile subscribers?

11   A     Yes.

12   Q     Okay.

13         But because Ms. Meggs was a Verizon subscriber,

14   only a small number of her messages were captured, those

15   with T-Mobile subscribers?

16   A     Correct.

17   Q     And even then, not all messages with T-Mobile

18   subscribers?

19   A     Yes.

20   Q     Okay.

21         If we could pull up 10253, please, Ms. Badalament.

22         So Mr. Woodward showed you this message, which we

23   introduced on your direct examination.

24         And noted that the date was December 29th of 2020.

25   Do you remember that?

6585

1          A      Yes.

2          Q      And he asked you if -- wasn't it true that there

3   was no plans to go to the Capitol as of December 29th of

4   2020; is that right?

5          A      Yes, I was asked that question.

6          Q      All right.

7                 If we could pull up Government's Exhibit 9728,

8   Slide 17, already in evidence.

9                 And so what's the date of this message?

10         A      December 22nd, 2020.

11         Q      And who sent this message?

12         A      OK Gator 1, which is Kelly Meggs.

13         Q      Okay.

14                And what did he say?

15         A      "It's going to be wild, it's going to be wild.  He

16  wants us to make it wild.  That's what he's saying.  He

17  called us to the Capitol and he wants us to make it wild.

18  Sir, yes, sir.  We are headed to D.C., pack your shit."

19         Q      When he said he called us all to the Capitol, how

20  did he spell Capitol?

21         A      He spelled Capitol, C-a-p-i-t-o-l.

22         Q      And C-a-p-i-t-o-l, what does that refer to?

23         A      That refers to the building, not the city.

24         Q      Thank you.

25                And then finally regarding messages -- or

6586

1   questions from Mr. Shipley on behalf of Defendant

2   Michael Greene.

3           If we could pull up Government's Exhibit 1500.4,

4   please, Ms. Badalament, at 4:09.

5           While that's coming up, Agent Palian, Mr. Shipley

6   asked you whether you thought Mr. Greene deleted the

7   messages off of his phone.  Do you remember those questions?

8   A    Yes.

9   Q    You didn't offer your opinion on whether he

10  deleted them, did you?

11  A    No, I can't say.

12  Q    Why did you not offer your opinion?

13  A    Because all I know is that the messages aren't

14  present.  I can't say why they're not present.

15  Q    And when you have been testifying here, have you

16  been instructed by the prosecutors to not offer your opinion

17  on certain facts?

18  A    Many facts.

19  Q    And have the prosecutors told you that it was the

20  Judge's instruction that you are only to say what it is you

21  read?

22          MR. SHIPLEY:  Objection.  That's bolstering.  That

23  is vouching.

24          THE COURT:  That's sustained.

25          Go ahead, Mr. Nestler.

1          MR. NESTLER:  Can we get on the phone briefly?

2          (Bench conference)

3          THE COURT:  I mean, look, the last issue is with

4    respect to my instruction or what I've said in the past

5    about only reading and not interpreting.  The government's

6    asked for an instruction to that effect in closings and we

7    can take that up at that point.

8          MR. NESTLER:  If Your Honor will provide it,

9    that's fine.  In the second trial, Your Honor asked us to

10   elicit that information from an agent, which is what I was

11   doing here.  But if Your Honor intends to provide it, that's

12   fine with us too.

13         THE COURT:  Right.  I remember last time it was --

14   I asked you to elicit it because the issue had been raised

15   by cross-examination that they were interpreting some

16   messages and not others, and I think that's how that came

17   up.  But we can discuss whether to provide the instruction

18   at the end.

19         MR. NESTLER:  Yes, Judge.

20         (Open court)

21   BY MR. NESTLER:

22    Q    So to be clear, you're not inside Mr. Greene's

23   head?

24    A    No, I'm not.

25    Q    You don't know what he's thinking or what he

6588

1   actually did?

2        A    No, I don't.

3        Q    You only know what the evidence shows?

4        A    Correct.

5        Q    And we have up here on the screen Government's

6   Exhibit 1500.4, and we with see this message from

7   Michael Greene to the "January 5/6 D.C. Op Intel Team"

8   Signal chat; is that correct?

9        A    Yes.

10       Q    And so he actually sent a message to this Signal

11   chat on January 6th; is that right?

12       A    Yes.

13       Q    And who were the two other people he was

14   corresponding with about this topic, around this time, 2:00

15   p.m.?

16       A    Stewart Rhodes and Joshua James.

17            MR. NESTLER:  No further questions.

18            THE COURT:  Okay.  Agent Palian, you may step

19   down.  Thank you very much.

20            Mr. Nestler, could I ask you just quickly get on

21   the phone?

22            (Bench conference)

23            THE COURT:  Yesterday you indicated there were two

24   agents.  Who's the next one and how long?

25            MR. NESTLER:  No.  Sorry.  Our next witness is

```
 1   Dr. Askenazi and then we have Officer Dunn.

 2             THE COURT:  Officer Dunn.  Okay.

 3             Okay.  Well, let's go ahead and take the break

 4   instead of starting with her testimony.

 5             MR. NESTLER:  Yes, Your Honor.

 6             (Open court)

 7             THE COURT:  Okay.  We're going to take our lunch

 8   break now instead of starting with the next witness.

 9             So it's 12:35.  We'll resume at 1:35.  We'll look

10   forward to seeing everybody.  Thank you very much.

11             COURTROOM DEPUTY:  All rise.

12             (Jury exited the courtroom.)

13             MR. SHIPLEY:  Judge Lamberth is waiting for me; he

14   set something at 12:30.

15             THE COURT:  Just in terms of timing, what are you

16   all expect for total time in terms of Dr. Askenazi?

17             MR. NESTLER:  I expect her direct to be 45 minutes

18   maybe.

19             THE COURT:  Mr. Greene?

20             MR. GREENE:  Probably the same, Judge.

21             THE COURT:  Officer Dunn?

22             MS. HUGHES:  20 minutes, Your Honor.

23             THE COURT:  Okay.  I'll ask everybody to eat

24   quickly and be back at 10 after so we can at least get

25   started with discussing jury instructions in the hope that
```

1    we get that done and I can do it today, all right?

2    Thank you.

3              COURTROOM DEPUTY:  All rise.

4              This Court stands in recess.

5              (Recess from 12:38 p.m. to 1:10 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__March 8, 2023_____    

                  William P. Zaremba, RMR, CRR

6592

**BY MR. GREENE: [4]**
6543/7 6548/10 6550/1
6551/11
**BY MR. NESTLER:**
**[37]** 6501/11 6503/6
6504/20 6505/17
6506/7 6506/25
6507/13 6508/8
6509/20 6510/8 6511/3
6511/17 6512/9
6512/15 6513/14
6514/7 6515/9 6516/6
6516/17 6519/6
6519/11 6519/23
6520/21 6522/10
6525/2 6526/16
6527/23 6528/15
6529/4 6532/1 6532/19
6538/22 6541/7
6542/19 6580/3 6583/6
6587/21
**BY MR. SHIPLEY: [5]**
6563/3 6568/10
6568/17 6571/17
6573/12
**BY MR. WOODWARD:**
**[4]** 6554/3 6555/8
6557/18 6558/19
**COURTROOM**
**DEPUTY: [10]** 6450/2
6450/6 6500/9 6557/15
6560/17 6561/17
6561/19 6562/14
6589/17 6590/3
**MR. BRENNWALD: [5]**
6473/6 6484/10 6498/5
6498/10 6498/24
**MR. COOPER: [2]**
6474/6 6562/5
**MR. EDWARDS: [40]**
6462/11 6467/15
6467/18 6469/16
6469/23 6470/5
6470/10 6470/17
6470/25 6471/2 6471/4
6472/13 6473/18
6473/20 6473/22
6476/3 6476/21 6477/9
6477/15 6478/15
6480/4 6481/18 6484/1
6485/10 6487/4 6488/4
6489/10 6489/14
6489/21 6490/11
6490/17 6491/24
6492/19 6492/21
6493/6 6493/17
6493/21 6494/2 6495/2
6495/8
**MR. GREENE: [60]**
6454/15 6454/17
6455/1 6455/3 6455/22
6455/24 6456/9
6456/11 6456/13
6457/1 6457/20
6458/16 6459/6 6460/4
6460/16 6472/14
6472/24 6473/2 6494/3

6499/11 6499/15
6499/24 6503/3
6504/12 6504/18
6505/5 6508/4 6509/15
6510/3 6510/21
6511/11 6511/25
6512/22 6516/9 6543/4
6547/8 6547/19 6548/5
6548/9 6552/11
6552/20 6553/4 6553/7
6561/6 6561/10
6561/14 6561/16
6561/21 6577/24
6578/2 6579/20 6582/2
6582/6 6582/10
6582/13 6582/22
6589/20
**MR. MACHADO: [8]**
6475/24 6486/24
6487/11 6494/18
6499/25 6500/8
6561/22 6562/10
**MR. NESTLER: [90]**
6452/6 6453/9 6454/9
6456/14 6458/24
6459/19 6460/24
6461/4 6472/21 6484/6
6494/5 6499/2 6499/19
6500/5 6501/1 6502/15
6502/23 6504/19
6505/3 6505/12
6505/16 6506/19
6506/21 6507/7 6508/1
6510/2 6510/19 6511/9
6511/23 6512/3 6512/7
6512/13 6512/20
6513/9 6514/5 6515/5
6516/3 6516/14 6519/1
6519/5 6519/9 6520/18
6522/3 6524/25
6526/10 6526/13
6527/21 6528/13
6529/2 6531/25
6534/14 6535/15
6535/23 6536/15
6541/1 6542/17 6543/1
6547/3 6547/12
6549/23 6551/8
6554/15 6554/18
6555/5 6561/24 6562/8
6562/12 6568/5
6568/14 6572/2 6572/6
6572/9 6572/15
6572/19 6573/2 6573/4
6577/3 6577/6 6577/17
6579/8 6582/9 6582/11
6582/18 6587/1 6587/8
6587/19 6588/17
6588/25 6589/5
6589/17
**MR. ROSSI: [21]**
6451/10 6451/13
6451/16 6451/20
6451/24 6452/1 6452/3
6452/14 6452/17
6453/1 6453/5 6453/8
6453/16 6453/19

6454/4 6454/7 6454/11
6505/10 6505/15
**MR. SHIPLEY: [38]**
6468/11 6474/9
6474/25 6475/6
6475/10 6519/20
6520/20 6522/5
6523/19 6523/22
6524/2 6524/9 6524/12
6524/15 6524/23
6532/16 6534/8 6535/4
6535/25 6536/16
6537/17 6538/20
6560/7 6568/7 6568/16
6571/11 6571/13
6571/16 6572/4 6572/8
6572/12 6572/16
6572/24 6573/6
6573/11 6576/24
6586/22 6589/13
**MR. WOODWARD:**
**[18]** 6450/25 6461/12
6465/2 6466/6 6466/11
6473/3 6473/12
6474/24 6475/11
6477/5 6481/10
6481/20 6534/20
6553/16 6554/23
6557/16 6560/5
6562/11
**MS. HALLER: [1]**
6459/17
**MS. HUGHES: [6]**
6487/9 6487/14
6495/22 6497/3 6497/8
6589/22
**THE COURT: [185]**
**THE WITNESS: [2]**
6549/25 6560/23

**'**

**'21 [1]** 6556/1
**'pray [1]** 6470/13

**0**

**0600 [3]** 6529/11
6529/13 6530/25
**0840 [1]** 6446/4

**1**

**1,500 [1]** 6518/4
**1/6 [1]** 6570/12
**1/6/21 [2]** 6570/1
6570/4
**10 [1]** 6589/24
**100 [2]** 6523/18
6569/16
**10155.1041 [4]** 6505/4
6505/8 6505/12 6506/5
**10155.1045 [3]**
6506/13 6506/19
6506/22
**10155.1050 [2]** 6507/8
6507/10
**10155.1050.P [2]**
6507/23 6508/6
**10155.1105 [2]**

**10155.1111 [2]** 6510/2
6510/5
**10155.1116A [1]**
6510/20
**10155.1116B [2]**
6511/10 6511/14
**10155.1151 [2]**
6511/24 6512/5
**10155.116A [1]** 6511/1
**1025 [1]** 6447/11
**10250 [2]** 6461/9
6512/11
**10251 [5]** 6512/8
6512/21 6512/24
6513/8 6513/12
**10252 [9]** 6519/10
6519/16 6519/17
6520/18 6522/8 6526/5
6526/11 6526/14
6531/23
**10253 [6]** 6540/21
6541/2 6541/5 6558/15
6558/16 6584/21
**1041 [1]** 6505/13
**106 [1]** 6572/20
**10:30 [1]** 6560/12
**10:32 [1]** 6541/23
**115 [1]** 6574/7
**117 [1]** 6574/20
**119 [1]** 6575/14
**11:01 [1]** 6516/20
**11:26 [4]** 6454/17
6455/17 6459/9 6460/4
**11:31 [1]** 6478/11
**11:47 [1]** 6572/10
**11:52 [1]** 6561/18
**11th [2]** 6514/25
6515/1
**121 [1]** 6572/1
**12:04 [1]** 6561/18
**12:30 [2]** 6560/15
6589/14
**12:35 [1]** 6589/9
**12:38 [1]** 6590/5
**12th [2]** 6514/18
6515/2
**1341 [1]** 6448/9
**13th [5]** 6517/25
6518/2 6518/8 6518/11
6519/2
**14 [1]** 6551/6
**1434 [1]** 6446/12
**15 [3]** 6477/20 6538/8
6560/13
**15-minute [1]** 6560/14
**1500.4 [3]** 6525/1
6586/3 6588/6
**15th [2]** 6513/25
6514/2
**16 [1]** 6450/10
**17 [2]** 6552/1 6585/8
**1700 [1]** 6447/17
**17th [3]** 6515/14
6517/5 6518/3
**18 [2]** 6459/20 6460/7
**18 U.S.C [1]** 6464/5
**1808 [1]** 6447/3

**1876 [12]** 6501/22
6503/25 6505/1
6543/13 6550/6 6551/4
6551/12 6551/21
6562/2 6577/9 6580/8
6580/18
**1999 [1]** 6456/6
**19th [1]** 6465/12
**1:10 [1]** 6590/5
**1:35 [1]** 6589/9
**1:59 [1]** 6525/15

**2**

**20 [4]** 6450/11 6538/25
6554/11 6589/22
**20-year [1]** 6534/16
**200 [1]** 6578/22
**20001 [3]** 6446/4
6446/12 6448/14
**20003 [1]** 6446/7
**20007 [1]** 6447/12
**20010 [1]** 6447/3
**20036 [1]** 6447/8
**2012 [1]** 6561/5
**202 [6]** 6445/17
6446/12 6447/4 6447/9
6447/13 6448/14
**2020 [15]** 6470/9
6514/1 6514/2 6514/18
6515/14 6517/21
6517/23 6517/25
6518/5 6518/10
6518/15 6541/21
6584/24 6585/4
6585/10
**2021 [35]** 6467/23
6501/22 6503/25
6505/1 6516/20 6517/5
6517/25 6518/2 6518/3
6518/11 6518/15
6528/5 6529/21
6530/15 6530/23
6531/7 6531/17 6533/9
6550/7 6550/8 6550/10
6550/13 6550/14
6550/19 6550/23
6551/1 6551/4 6551/13
6551/21 6556/12
6556/20 6557/5 6558/6
6563/22 6580/8
**2023 [2]** 6445/5 6591/7
**20530 [1]** 6445/17
**20th [3]** 6557/5 6558/6
6558/10
**21 [4]** 6528/17 6563/10
6570/1 6570/4
**21-28 [1]** 6445/4
**214 [1]** 6448/5
**22 [1]** 6445/7
**228-1341 [1]** 6448/9
**22nd [1]** 6585/10
**2384 [1]** 6464/5
**24 [1]** 6538/25
**252-6928 [1]** 6445/17
**2615 [1]** 6447/9
**28 [2]** 6445/4 6450/7
**29th [7]** 6470/9
6541/21 6542/11

6593

**2**

29th... [4] 6542/12
6559/4 6584/24 6585/3
2:00 [1] 6588/14
2nd [2] 6528/5 6528/24

**3**

30 [1] 6515/25
301 [1] 6446/8
30th [4] 6517/21
6517/23 6518/10
6518/15
310 [1] 6446/3
31st [3] 6467/24
6517/24 6517/25
3249 [1] 6448/14
32801 [1] 6447/17
3300 [1] 6448/3
333 [1] 6448/13
34 [2] 6551/24 6552/6
350 [1] 6446/11
352-2615 [1] 6447/9
354-3249 [1] 6448/14
358 [1] 6561/4
3:06 [1] 6533/15
3:45 [3] 6464/21
6468/3 6468/5
3d [1] 6561/4
3rd [1] 6529/21

**4**

4,000 [1] 6517/22
400 [2] 6446/11
6447/12
400-1434 [1] 6446/12
403 [1] 6480/8
407 [1] 6447/17
45 [2] 6520/14 6589/17
46 [1] 6531/20
496 [1] 6472/16
4:09 [1] 6586/4

**5**

5/6 [6] 6522/14
6522/20 6523/13
6566/10 6567/20
6567/21
503 [1] 6446/3
55 [1] 6447/16
555 [1] 6445/16
56 [1] 6454/4
5:07 [1] 6515/15
5th [3] 6446/11
6530/23 6531/7

**6**

6/21 [1] 6528/17
601 [1] 6447/7
648-1700 [1] 6447/17
65 [1] 6559/10
6928 [1] 6445/17
699-8429 [1] 6448/5
6:27 [1] 6530/17
6th [50] 6462/6 6463/7
6465/25 6466/2
6467/12 6470/8
6471/19 6471/24
6472/10 6474/4

6477/1 6477/23 6479/2
6482/10 6482/11
6488/7 6488/8 6488/19
6504/3 6506/17 6507/5
6509/9 6516/20
6530/15 6533/9
6541/10 6541/16
6542/6 6550/8 6550/10
6550/13 6550/14
6550/19 6550/23
6551/1 6555/23
6556/20 6559/3
6563/12 6563/13
6563/22 6565/22
6572/7 6572/10
6572/10 6576/10
6579/18 6588/11

**7**

700 [1] 6448/4
703 [1] 6446/4
7447 [1] 6447/4
745 [1] 6448/8
75219 [1] 6448/4
7727 [1] 6446/8
7:00 [2] 6468/25
6509/4
7:08 [4] 6462/6 6464/8
6465/25 6469/10
7:30 [1] 6477/22
7th [5] 6468/3 6468/5
6557/5 6558/5 6558/10

**8**

80 [1] 6561/4
800-plus [1] 6564/3
803 [3] 6459/20 6460/7
6482/24
808 [1] 6448/9
808Shipleylaw [1]
6448/10
8100 [1] 6447/13
83 [1] 6557/15
8429 [1] 6448/5
85.web 2 [2] 6513/22
6513/23
85.web 3 [2] 6514/8
6514/9
85.web 4 [2] 6514/13
6514/14
850 [1] 6563/24
8:00 [1] 6464/20
8:48 [1] 6572/10
8th [1] 6543/14

**9**

900 [1] 6447/7
9080 [6] 6573/16
6574/10 6575/22
6576/7 6576/10
6576/14
922 [1] 6446/7
928-7727 [1] 6446/8
9453 [8] 6574/18
6574/22 6575/5 6575/9
6575/11 6575/15
6576/18 6576/18

96734 [1] 6448/9
9728 [1] 6585/7
9828 [2] 6516/5
6518/17
989-0840 [1] 6446/4
9902 [1] 6531/19
996-7447 [1] 6447/4
9:15 [1] 6445/6
9th [1] 6543/14

**A**

a.m [7] 6445/6 6464/21
6468/3 6468/5 6530/17
6561/18 6572/10
ability [1] 6536/6
able [7] 6463/1 6492/7
6492/8 6534/13
6570/23 6578/10
6584/4
about [136] 6451/20
6452/16 6453/10
6453/15 6456/24
6456/25 6460/23
6461/2 6461/8 6462/24
6465/3 6465/25 6466/3
6466/12 6466/19
6467/9 6467/24
6467/25 6468/4
6468/25 6469/2
6471/16 6471/21
6472/20 6473/4
6473/10 6473/24
6474/2 6474/12
6474/13 6474/21
6474/22 6475/3 6475/4
6475/22 6476/6
6476/13 6477/17
6478/3 6478/5 6479/6
6479/6 6479/7 6479/10
6479/19 6481/2 6485/3
6487/12 6494/12
6495/14 6495/19
6496/7 6496/10
6496/12 6496/14
6496/16 6496/25
6498/11 6498/11
6499/18 6500/6
6500/18 6500/24
6501/21 6504/15
6504/16 6504/22
6509/9 6510/15 6513/7
6514/9 6515/23 6516/8
6516/15 6516/19
6516/25 6519/21
6531/15 6534/13
6535/11 6535/13
6536/13 6537/5 6538/6
6539/10 6539/23
6540/9 6541/10
6542/14 6543/17
6543/22 6547/13
6547/18 6548/6
6551/23 6552/16
6554/7 6554/24
6556/10 6556/15
6557/23 6559/15
6560/13 6563/8

6567/13 6567/20
6567/21 6569/13
6574/8 6574/10
6574/25 6576/4 6577/9
6577/9 6577/15
6577/17 6578/3 6578/5
6578/6 6578/7 6578/10
6578/18 6578/20
6579/1 6579/10
6579/10 6579/13
6579/16 6580/7 6583/8
6583/15 6584/5 6587/5
6588/14
above [1] 6591/4
above-titled [1] 6591/4
Abrams [4] 6523/23
6567/13 6568/1
6568/11
Abrams's [1] 6567/15
absent [2] 6467/4
6493/3
Absolutely [1] 6552/25
academic [1] 6453/11
access [1] 6513/25
accessed [1] 6514/2
according [3] 6463/12
6530/18 6531/9
accuracy [1] 6571/16
accurate [7] 6490/10
6512/16 6512/17
6522/7 6534/22
6547/12 6571/19
accurately [1] 6519/18
6520/15 6521/25
acknowledged [1]
6465/8
acknowledging [1]
6464/8
across [2] 6455/12
6457/6
actions [6] 6464/13
6467/3 6469/5 6470/1
6488/18 6490/24
actual [6] 6460/3
6482/1 6521/8 6521/14
6534/6 6534/6
actually [11] 6456/19
6465/13 6469/12
6495/25 6496/4
6555/14 6566/6 6573/6
6578/7 6588/1 6588/10
add [3] 6467/20 6473/3
6473/12
added [1] 6474/11
additional [12] 6451/8
6454/3 6460/17
6467/20 6505/5
6509/15 6510/3
6510/21 6511/11
6511/25 6540/19
6577/14
addressed [2] 6468/12
6504/13
admissibility [2]
6457/15 6476/19
admissible [10] 6463/5
6480/7 6482/3 6487/22

6513/6 6513/13 6561/3
admission [3] 6460/13
6461/23 6553/2
admit [19] 6461/16
6468/20 6488/16
6491/20 6495/20
6505/3 6506/19 6507/7
6508/1 6509/13 6510/2
6510/19 6511/23
6520/18 6522/3
6526/10 6571/25
6572/11 6572/17
admitted [27] 6449/11
6460/3 6460/14
6484/13 6488/17
6492/3 6505/7 6506/20
6507/9 6508/3 6508/5
6509/16 6510/4
6510/24 6511/13
6512/2 6512/23 6519/4
6526/12 6531/23
6541/4 6552/13
6554/19 6554/21
6558/17 6559/9 6574/2
admitting [3] 6457/18
6462/12 6495/10
advance [1] 6562/3
advanced [2] 6532/20
6532/22
affects [1] 6461/2
affiliated [1] 6548/18
after [20] 6462/14
6463/24 6464/13
6467/12 6469/11
6469/25 6470/1
6480/18 6481/13
6483/5 6483/16 6504/2
6515/23 6525/23
6546/3 6547/14
6558/10 6559/6
6575/18 6589/24
afternoon [5] 6466/2
6563/4 6563/5 6580/4
6580/5
afterward [2] 6471/8
6471/16
afterwards [1] 6487/2
again [22] 6452/20
6465/12 6468/6
6476/15 6476/22
6477/2 6479/9 6480/6
6493/12 6497/18
6501/14 6505/11
6529/7 6531/1 6546/7
6547/2 6547/10
6549/16 6566/8
6574/22 6575/5
6575/15
against [38] 6455/9
6484/14 6485/5 6485/8
6485/12 6485/22
6486/1 6486/2 6486/6
6486/9 6486/16
6487/22 6488/2
6488/11 6488/24
6489/2 6489/4 6490/8
6490/14 6490/23

**against... [18]** 6491/16
6493/10 6498/3
6498/19 6498/23
6500/14 6500/20
6500/23 6500/25
6502/12 6513/6
6513/13 6519/4
6531/24 6554/19
6554/21 6554/22
6558/18
**agent [60]** 6461/1
6461/4 6466/22
6481/11 6481/13
6499/5 6499/15 6501/2
6502/19 6503/8
6504/21 6505/19
6506/14 6507/22
6508/9 6510/9 6512/8
6512/10 6513/16
6515/10 6516/2 6516/4
6516/7 6519/13
6519/25 6523/23
6524/17 6525/3
6526/20 6529/20
6532/2 6532/20
6534/22 6535/3
6538/23 6538/24
6540/19 6541/8
6541/19 6542/25
6543/8 6545/6 6545/8
6545/12 6553/15
6554/4 6554/24
6560/20 6562/12
6562/18 6567/13
6567/15 6568/1 6568/7
6568/11 6576/25
6580/4 6586/5 6587/10
6588/18
**Agent Abrams [3]**
6567/13 6568/1
6568/11
**Agent Abrams's [1]**
6567/15
**Agent Harris [1]**
6481/13
**Agent Palian [35]**
6461/4 6499/5 6499/15
6502/19 6503/8
6504/21 6505/19
6506/14 6507/22
6508/9 6510/9 6512/10
6513/16 6515/10
6516/2 6516/4 6516/7
6519/13 6519/25
6525/3 6526/20
6529/20 6532/2
6532/20 6535/3
6538/23 6540/19
6541/8 6541/19
6542/25 6553/15
6562/12 6562/18
6576/25 6586/5
**Agent Palian's [1]**
6534/22
**agent's [1]** 6536/18
**agents [16]** 6488/13
6503/20 6503/22

6536/21 6536/22
6544/7 6544/23
6546/21 6548/13
6550/6 6580/10
6582/11 6588/24
**ago [5]** 6543/11 6550/7
6551/21 6552/7
6583/15
**agree [16]** 6458/3
6458/8 6485/6 6487/21
6489/23 6503/3
6550/10 6550/14
6550/19 6550/22
6550/23 6551/1 6551/7
6563/11 6563/23
6582/22
**agreed [2]** 6464/11
6473/18
**agreement [1]** 6465/18
**agrees [2]** 6467/2
6553/11
**ahead [13]** 6471/16
6471/24 6473/17
6514/21 6516/13
6519/22 6549/24
6555/4 6560/14 6578/1
6579/7 6586/25 6589/3
**aid [2]** 6495/23 6496/9
**aided [2]** 6448/16
6539/20
**aim [1]** 6497/20
**ain't [2]** 6478/1 6479/5
**AL [1]** 6445/6
**albeit [1]** 6557/23
**Alexandra [2]** 6445/14
6450/13
**Alexandra Hughes [1]**
6450/13
**all [98]** 6450/2 6450/23
6451/6 6452/9 6452/12
6454/13 6455/9
6457/25 6458/8
6459/13 6464/16
6464/16 6464/16
6467/3 6467/9 6469/3
6470/23 6474/6
6477/10 6480/23
6480/24 6481/16
6481/21 6488/10
6490/16 6493/9 6496/2
6496/24 6498/16
6499/1 6499/7 6500/13
6502/16 6503/1 6505/7
6505/13 6506/4
6506/12 6511/13
6513/8 6513/11
6524/15 6524/20
6530/22 6533/22
6534/14 6536/24
6538/14 6538/16
6540/8 6541/18 6548/1
6548/16 6551/2 6551/2
6552/18 6553/13
6553/14 6556/22
6557/3 6557/8 6560/16
6560/17 6560/20
6561/17 6561/19

6565/2 6565/10
6567/21 6569/6 6570/3
6570/10 6570/12
6570/13 6570/14
6573/4 6574/1 6574/2
6574/3 6575/17
6577/19 6578/15
6579/12 6582/14
6583/13 6584/2 6584/9
6584/9 6584/17 6585/6
6585/19 6586/13
6589/11 6589/16
6590/1 6590/3
**all right [7]** 6496/2
6511/13 6513/11
6557/3 6560/16
6560/20 6590/1
**allege [1]** 6461/23
**alleged [3]** 6481/24
6484/24 6498/19
**allies [1]** 6514/11
**allow [8]** 6481/23
6484/12 6491/20
6497/13 6498/2
6502/19 6536/12
6549/24
**allowed [8]** 6455/5
6455/7 6457/7 6457/9
6458/18 6459/12
6469/5 6555/13
**allowing [2]** 6486/15
6502/20
**allows [1]** 6459/21
**almost [7]** 6484/14
6543/11 6550/7
6551/21 6552/7 6584/2
6584/9
**alone [2]** 6491/1
6563/24
**along [3]** 6469/22
6471/11 6496/11
**already [8]** 6461/14
6516/5 6524/16
6531/20 6573/20
6577/8 6578/16 6585/8
**also [30]** 6460/16
6467/23 6469/10
6476/3 6481/25 6482/7
6482/23 6487/4
6492/15 6493/22
6493/22 6509/1 6513/7
6513/13 6525/19
6525/22 6526/7 6527/4
6527/25 6528/24
6530/3 6532/20 6535/6
6539/11 6540/4
6540/24 6542/5
6568/15 6574/7
6577/21
**although [2]** 6482/25
6487/11
**Alvin [1]** 6450/9
**always [3]** 6476/13
6529/17 6545/23
**am [3]** 6514/25
6533/18 6541/17
**amassed [1]** 6534/23

6581/16
**ambiguous [1]** 6483/8
**AMERICA [2]** 6445/3
6450/7
**AMIT [2]** 6445/10
6450/2
**Ammo [1]** 6529/15
**among [1]** 6559/18
**amount [1]** 6554/9
**ample [1]** 6529/18
**analogy [1]** 6538/13
**analysis [14]** 6464/3
6476/16 6480/8
6486/10 6488/23
6489/21 6489/24
6490/2 6490/12
6490/18 6491/4
6494/24 6536/19
6539/21
**angry [1]** 6544/9
**another [12]** 6460/13
6477/20 6482/23
6488/24 6499/22
6524/17 6524/20
6544/11 6547/8 6575/2
6575/22 6584/6
**answer [7]** 6492/10
6496/22 6534/13
6546/17 6551/15
6558/11 6580/23
**answered [4]** 6569/9
6577/10 6577/19
6577/20
**answering [1]** 6577/22
**answers [5]** 6579/5
6579/6 6580/25 6581/1
6581/2
**anxiety [1]** 6454/6 6459/2
6465/17 6466/7 6466/8
6466/18 6473/25
6473/25 6474/1
6474/20 6475/2
6476/10 6483/7
6483/19 6484/4 6485/1
6485/9 6486/8 6486/12
6492/24 6494/6
6496/17 6496/22
6500/23 6504/11
6504/22 6518/13
6523/5 6524/13
6532/20 6539/23
6543/3 6545/12
6552/20 6553/9
6565/21 6566/1 6566/2
6576/6 6576/7 6579/2
6579/5 6579/6 6581/24
6582/24
**anybody [4]** 6468/15
6468/25 6468/25
6473/4
**anyone [5]** 6462/20
6480/16 6548/17
6553/14 6577/1
**anything [19]** 6455/7
6460/22 6469/14
6473/3 6474/13
6474/17 6475/16

6598/25 6483/12
6489/3 6494/22
6546/15 6547/7
6549/21 6550/3
6552/24 6567/7 6578/3
6578/3
**anywhere [2]** 6552/23
6575/22
**Apologies [1]** 6451/3
**apologize [3]** 6476/12
6518/20 6526/24
**apology [1]** 6500/12
**app [1]** 6559/25
**apparently [1]** 6454/20
**APPEARANCES [4]**
6445/12 6445/20
6446/14 6447/18
**appears [1]** 6465/16
**applicable [2]** 6486/1
6491/1
**applies [2]** 6478/23
6489/21
**apply [1]** 6492/10
**appreciate [3]** 6451/2
6461/15 6465/19
**approach [1]** 6455/22
**appropriate [1]** 6494/4
**approximately [5]**
6517/24 6517/25
6518/12 6533/7
6551/22
**archives [1]** 6566/15
**are [112]** 6450/23
6452/24 6455/5 6455/7
6455/20 6458/21
6460/18 6461/13
6462/4 6462/8 6462/16
6463/4 6463/5 6464/3
6465/5 6468/1 6469/25
6470/7 6470/17
6470/20 6471/11
6471/13 6471/18
6471/23 6474/4 6476/8
6476/15 6476/16
6476/24 6477/11
6477/21 6478/4
6479/17 6480/7 6480/7
6480/21 6480/22
6480/23 6481/1
6481/23 6481/23
6482/5 6483/4 6483/6
6483/16 6483/18
6483/18 6483/18
6486/23 6486/23
6487/18 6487/21
6488/2 6488/5 6488/6
6488/16 6490/12
6491/22 6498/18
6500/15 6502/3
6502/11 6506/1 6506/2
6512/16 6512/16
6513/6 6513/7 6513/21
6515/10 6520/1
6520/24 6522/12
6522/16 6524/4 6526/7
6526/19 6529/16
6526/19 6529/16
6530/7 6531/8 6533/17

**are... [29]** 6535/7
6535/13 6535/17
6540/22 6541/14
6543/8 6545/4 6548/24
6559/20 6562/6
6562/20 6567/20
6567/23 6568/18
6570/10 6570/12
6571/20 6572/6
6572/13 6572/17
6572/18 6573/20
6573/21 6574/1
6574/14 6576/18
6585/18 6586/20
6589/15
**are you [1]** 6589/15
**area [2]** 6453/14
6476/14
**aren't [7]** 6458/12
6469/8 6478/4 6480/10
6481/14 6576/19
6586/13
**arguably [1]** 6461/19
**argue [12]** 6479/16
6480/25 6485/24
6488/5 6489/12
6489/15 6489/18
6490/4 6490/25
6498/21 6524/20
6562/11
**argument [5]** 6461/16
6461/22 6471/13
6492/16 6524/14
**arguments [1]** 6485/19
**arms [1]** 6475/15
**arose [1]** 6547/22
**around [6]** 6464/15
6464/16 6495/16
6555/22 6574/3
6588/14
**arrested [2]** 6517/5
6518/3
**arrives [1]** 6451/1
**arrow [1]** 6508/15
**article [2]** 6458/19
6514/9
**articles [3]** 6452/8
6452/19 6453/13
**articulated [3]** 6477/14
6483/4 6483/21
**artifact [2]** 6522/24
6523/1
**as [65]** 6454/22 6455/1
6455/20 6456/21
6456/22 6457/23
6459/24 6460/1 6460/2
6460/7 6460/12
6460/15 6465/4 6465/7
6465/12 6467/8
6469/20 6475/19
6477/17 6481/11
6483/9 6483/18
6486/10 6486/10
6486/21 6486/22
6487/6 6488/13 6489/8
6491/22 6493/1
6496/21 6496/21

6501/7 6503/15
6503/21 6516/15
6517/15 6519/18
6520/15 6521/16
6528/22 6533/9
6533/10 6534/18
6535/2 6535/2 6536/5
6536/8 6536/9 6557/13
6559/3 6559/9 6571/21
6571/25 6572/21
6574/6 6574/7 6575/14
6578/25 6581/8 6585/3
**as Ms. Steele [1]**
6487/6
**ASD [1]** 6547/23
**aside [3]** 6466/10
6523/3 6539/3
**ask [31]** 6457/11
6458/13 6465/23
6494/13 6496/24
6504/14 6504/15
6516/10 6547/20
6552/21 6554/7
6556/14 6558/14
6560/20 6561/10
6562/18 6571/25
6576/3 6578/6 6578/7
6578/10 6579/12
6579/19 6580/19
6581/24 6582/8
6582/14 6582/16
6582/24 6588/20
6589/23
**asked [57]** 6451/20
6475/18 6475/22
6482/9 6495/14
6496/20 6504/15
6504/16 6504/21
6504/25 6506/15
6507/3 6509/8 6509/23
6510/15 6511/5
6511/19 6516/8
6516/19 6516/24
6538/5 6541/9 6546/12
6546/14 6546/15
6546/17 6547/24
6555/18 6555/22
6556/10 6556/15
6556/18 6557/23
6577/18 6577/18
6577/20 6578/5
6579/10 6579/15
6580/7 6580/21 6581/4
6582/6 6582/12
6582/13 6582/16
6582/22 6583/7
6583/14 6585/2 6585/5
6586/6 6587/6 6587/9
6587/14
**Askenazi [13]** 6454/19
6456/16 6456/21
6456/23 6458/11
6459/2 6460/25 6494/3
6494/14 6499/2
6499/11 6589/1
6589/16

6554/24 6560/9 6577/8
6577/14 6578/3
**asks [1]** 6462/7
**asleep [1]** 6455/18
**ass [3]** 6470/16 6472/5
6542/24
**assess [1]** 6490/19
**assist [2]** 6497/24
6559/16
**assistance [5]** 6466/16
6482/15 6495/24
6495/24 6558/14
**associated [4]** 6523/6
6523/17 6566/16
6573/15
**assure [1]** 6455/18
**ATL [1]** 6521/11
**atmosphere [1]**
6579/10
**attachment [1]** 6533/4
**attack [1]** 6479/11
**attacking [1]** 6492/24
**attempted [3]** 6462/14
6469/25 6479/20
**attempting [4]** 6471/8
6471/13 6477/2
6479/25
**attention [1]** 6460/9
**ATTORNEY'S [1]**
6445/15
**attributable [1]**
6484/16
**audio [2]** 6500/5
6506/5
**authority [1]** 6460/12
**autism [1]** 6455/24
**autistic [1]** 6582/7
**availability [1]** 6529/18
**Avenue [4]** 6446/7
6447/7 6448/3 6448/13
**aware [6]** 6467/10
6476/10 6494/21
6498/6 6541/14
6556/16
**awareness [2]** 6466/8
6488/11
**away [1]** 6479/21
**Axiom [10]** 6520/9
6520/12 6520/15
6521/21 6522/7
6522/13 6526/7
6526/20 6527/17
6528/6

**B**

**back [34]** 6462/1
6462/8 6462/24
6463/20 6464/2
6464/17 6465/25
6466/3 6466/14
6466/15 6466/18
6468/10 6468/24
6469/13 6481/19
6490/13 6495/5 6496/2
6507/14 6514/20
6514/21 6514/22
6526/5 6547/16 6549/1

6557/9 6562/18
6567/11 6576/3 6576/2
6576/18 6589/24
**backed [1]** 6479/12
**Badalament [22]**
6506/5 6507/15 6509/6
6512/4 6512/14 6514/6
6515/6 6516/4 6519/2
6519/10 6520/23
6522/17 6526/4
6527/22 6528/14
6529/3 6530/1 6531/14
6531/21 6542/18
6584/21 6586/4
**bald [1]** 6544/18
**bandaids [1]** 6480/12
**Baron [1]** 6456/7
**Baron-Cohen [1]**
6456/7
**barred [2]** 6454/19
6457/16
**Barrett [1]** 6448/13
**base [1]** 6537/23
**based [14]** 6451/10
6489/15 6508/19
6510/9 6524/16 6529/5
6531/2 6537/2 6537/14
6538/1 6538/16 6540/8
6552/22 6571/4
**basis [3]** 6534/12
6536/9 6549/16
**be [111]** 6450/4
6453/10 6453/14
6454/15 6454/23
6455/3 6455/16 6456/8
6458/10 6458/22
6459/9 6459/11
6459/15 6459/23
6460/14 6460/20
6460/25 6461/1 6461/3
6462/21 6465/4 6465/6
6465/16 6468/11
6470/12 6472/6 6473/4
6474/3 6474/5 6475/5
6477/7 6477/14
6477/20 6478/17
6480/20 6482/1 6483/3
6483/20 6484/2
6484/13 6484/15
6485/5 6485/24 6486/6
6486/10 6486/17
6488/23 6489/20
6491/6 6494/15
6495/15 6495/16
6496/6 6497/14
6497/19 6498/2
6498/16 6499/7
6500/12 6500/17
6500/19 6500/23
6500/25 6502/12
6503/13 6505/7
6506/20 6507/9 6508/3
6508/5 6509/16 6510/4
6510/24 6511/6
6511/13 6512/23
6513/4 6526/12
6529/12 6530/8

6534/13 6535/1 6535/3
6535/4 6535/9 6535/21
6536/3 6536/4 6536/14
6536/11 6536/22
6536/22 6540/11
6541/4 6542/12
6543/13 6543/17
6551/17 6559/6
6559/21 6561/11
6567/8 6570/7 6575/8
6576/15 6578/21
6585/15 6585/15
6587/22 6589/17
6589/24
**became [1]** 6488/15
**because [53]** 6455/11
6455/16 6457/20
6457/23 6460/21
6464/12 6465/5
6468/12 6468/22
6469/1 6469/17
6471/13 6474/19
6475/6 6479/11
6485/15 6485/17
6485/21 6485/25
6488/15 6488/18
6489/17 6489/19
6490/5 6490/12
6490/21 6490/23
6492/14 6495/10
6521/6 6524/10 6527/1
6535/17 6537/19
6540/13 6544/17
6547/22 6552/22
6552/25 6561/7
6561/12 6566/3
6568/20 6571/6
6572/12 6573/7 6576/3
6576/14 6578/11
6582/6 6584/13
6586/13 6587/14
**becomes [2]** 6537/17
6578/17
**bed [1]** 6455/19
**been [44]** 6457/4
6461/8 6466/15
6469/11 6475/16
6481/24 6482/9 6486/7
6488/21 6489/1
6490/20 6490/25
6498/6 6501/6 6509/9
6514/24 6534/20
6536/18 6538/10
6538/24 6543/20
6543/21 6548/11
6548/13 6550/4
6552/13 6559/9
6560/11 6560/13
6565/10 6566/19
6568/24 6571/8
6572/14 6573/21
6574/2 6574/6 6574/8
6578/25 6579/2 6579/6
6586/15 6586/16
6587/14
**before [33]** 6445/10
6460/4 6470/8 6471/12
6472/9 6474/10

# B

**before... [27]** 6476/17
6481/19 6482/9
6482/10 6485/2 6488/7
6488/8 6488/19 6499/4
6499/19 6499/20
6503/15 6503/24
6508/20 6517/21
6523/20 6531/22
6545/24 6546/3
6546/24 6551/6
6551/13 6560/15
6561/24 6576/1 6577/4
6578/14
**began [1]** 6478/13
**begin [4]** 6465/10
6465/11 6467/23
6500/15
**beginning [1]** 6500/21
**behalf [4]** 6497/1
6580/6 6583/14 6586/1
**behind [1]** 6570/23
**being [27]** 6463/1
6464/4 6464/5 6468/2
6481/14 6482/21
6485/15 6491/21
6495/19 6495/20
6495/23 6500/18
6500/22 6504/21
6510/15 6511/5
6511/19 6524/16
6534/19 6539/3
6541/10 6541/16
6571/10 6571/12
6572/22 6578/10
6583/3
**belie [1]** 6462/23
**believe [41]** 6455/11
6457/6 6471/14
6475/14 6476/3 6487/4
6489/16 6492/14
6492/16 6494/2 6497/8
6499/15 6518/19
6520/9 6522/15
6523/18 6526/21
6530/9 6546/5 6546/7
6550/4 6554/10
6554/18 6558/15
6558/25 6559/2 6559/5
6559/5 6562/1 6564/2
6564/8 6564/13
6565/12 6565/23
6567/1 6567/7 6572/5
6575/25 6577/13
6578/11 6583/20
**believes [2]** 6478/18
6481/6
**below [1]** 6571/6
**Bench [10]** 6502/10
6523/21 6534/11
6547/4 6552/12
6554/17 6577/5 6582/5
6587/2 6588/22
**benefit [1]** 6452/12
**Bennie [5]** 6446/6
6450/9 6450/15
6475/24 6495/14
**Bennie Alvin Parker [1]**
6450/9

**Bennie Parker [Dupl] [1]**
6495/14
**Bennie Parker's [1]**
6475/24
**Berry [1]** 6465/16
**besides [1]** 6518/14
**best [1]** 6465/15
**better [1]** 6491/19
**between [11]** 6470/7
6482/5 6498/7 6503/8
6518/10 6557/5 6558/5
6558/7 6558/20
6563/21 6570/10
**beyond [1]** 6483/14
**bigger [1]** 6511/6
**biggest [1]** 6502/6
**billed [1]** 6558/1
**bio [1]** 6532/25
**bio-organic [1]**
6532/25
**bit [6]** 6483/8 6493/25
6515/8 6551/5 6554/7
6560/15
**blindness [7]** 6456/9
6456/10 6456/15
6456/17 6456/25
6458/15 6472/23
**blocked [2]** 6544/15
6544/17
**blue [1]** 6479/12
**blunder [1]** 6457/10
**bluster [1]** 6469/12
**boat [1]** 6528/21
**bolster [3]** 6455/8
6458/7 6561/2
**bolstered [1]** 6497/25
**bolstering [10]**
6454/23 6455/4 6455/9
6455/16 6456/3 6457/5
6457/23 6458/6
6458/19 6586/22
**bore [1]** 6465/21
**both [8]** 6451/7 6467/6
6479/6 6497/2 6497/3
6506/2 6576/5 6582/11
**bottom [8]** 6456/24
6505/14 6505/25
6527/5 6528/13 6558/4
6570/3 6570/12
**Box [1]** 6448/8
**boys [1]** 6559/7
**BRAND [1]** 6447/2
**brandwoodwardlaw.c**
**om [1]** 6447/5
**break [15]** 6560/8
6560/14 6560/22
6577/4 6577/18
6578/25 6581/24
6582/1 6582/6 6582/8
6582/12 6582/13
6583/3 6589/3 6589/8
**breaker [1]** 6459/9
**breaks [3]** 6582/15
6582/19 6582/25
**bredden [1]** 6448/6
**Brennwald [5]** 6446/6
6446/6 6450/15
6484/19 6498/15

**brief [1]** 6455/12
**briefly [6]** 6454/15
6468/11 6554/16
6574/5 6577/3 6587/1
**brilliance [1]** 6553/10
**bring [3]** 6485/2
6499/1 6502/18
**bringing [5]** 6471/25
6476/11 6476/13
6529/16 6529/16
**brings [1]** 6454/13
**Britt [2]** 6448/2
6450/21
**Britt Redden [1]**
6450/21
**broad [1]** 6517/17
**broke [1]** 6517/19
**brought [10]** 6466/21
6475/13 6475/20
6476/4 6484/20
6491/21 6491/23
6495/19 6496/25
6497/4
**bubble [1]** 6557/24
**building [10]** 6447/8
6462/22 6478/23
6480/18 6482/14
6483/11 6483/14
6495/16 6510/17
6585/23
**bunch [1]** 6536/11

# C

**C-a-p-i-t-o-l [2]**
6585/21 6585/22
**Caleb [1]** 6465/16
**Caleb Berry [1]**
6465/16
**call [4]** 6527/14
6546/22 6576/6
6580/22
**called [7]** 6455/3
6457/4 6460/9 6501/24
6502/2 6585/17
6585/19
**calling [1]** 6493/22
**calls [3]** 6501/2
6532/16 6534/8
**calm [1]** 6545/16
**came [9]** 6460/17
6488/6 6488/12 6490/5
6548/1 6554/22 6556/1
6569/15 6587/16
**can [110]** 6453/6
6457/18 6457/22
6458/2 6458/4 6458/5
6458/13 6458/16
6458/21 6459/12
6459/23 6465/23
6470/4 6472/16
6480/22 6480/25
6484/6 6485/5 6489/22
6489/25 6489/25
6490/3 6490/8 6491/5
6491/15 6492/6
6496/24 6497/8 6497/9
6498/21 6499/2

**6502/9 6502/12**
6502/23 6504/14
6504/15 6505/19
6505/22 6506/12
6508/17 6509/3 6509/6
6510/2 6512/3 6514/22
6515/5 6515/7 6517/13
6519/1 6519/24
6521/10 6521/12
6521/17 6521/19
6522/18 6523/19
6524/20 6525/14
6526/3 6526/5 6526/17
6526/25 6527/1
6527/21 6527/24
6528/13 6528/16
6528/25 6529/2
6529/25 6530/21
6531/14 6533/7 6535/2
6536/7 6536/22 6537/1
6537/4 6537/10
6537/14 6538/10
6538/13 6538/18
6540/24 6542/17
6544/12 6548/24
6549/11 6550/3 6550/5
6552/9 6552/21
6554/15 6562/12
6565/17 6566/8 6569/6
6569/10 6569/19
6574/6 6579/3 6582/4
6582/20 6587/1 6587/7
6587/17 6589/24
6590/1
**can't [27]** 6457/24
6458/4 6458/20
6460/22 6478/1 6479/4
6489/16 6492/13
6492/15 6503/1 6535/1
6538/1 6538/8 6538/9
6546/13 6546/17
6550/2 6563/19
6565/18 6565/20
6565/20 6565/23
6567/8 6569/10
6570/14 6586/11
6586/14
**cannot [7]** 6458/6
6486/6 6494/7 6500/23
6500/25 6537/23
6561/2
**capable [1]** 6583/2
**capacity [1]** 6497/24
**Capitol [50]** 6462/19
6462/22 6463/8
6463/15 6464/14
6465/13 6465/14
6465/17 6465/18
6468/18 6468/21
6468/22 6468/24
6469/13 6470/1
6477/24 6478/20
6478/23 6479/10
6480/16 6480/18
6482/14 6483/5
6483/11 6483/14
6487/1 6496/13 6498/1

**6509/11 6510/16**
6511/21 6533/16
6550/8 6550/11
6550/15 6550/18
6550/20 6550/24
6551/2 6570/17 6571/1
6571/7 6571/21
6573/15 6575/18
6585/3 6585/17
6585/19 6585/20
6585/21
**Capitol Building [4]**
6462/22 6478/23
6482/14 6483/14
**Capitol Grounds [4]**
6550/11 6550/15
6550/20 6550/24
**caps [1]** 6470/23
**capture [3]** 6520/15
6521/25 6584/4
**captured [11]** 6533/9
6533/10 6534/6
6535/15 6535/17
6540/11 6548/24
6558/9 6584/2 6584/9
6584/14
**capturing [1]** 6558/5
**car [2]** 6496/11
6497/16
**card [1]** 6495/23
**career [2]** 6534/17
6539/8
**careful [1]** 6546/22
**carefully [1]** 6546/19
**CARLTON [1]** 6447/11
**carltonfields.com [1]**
6447/14
**carrier [7]** 6531/16
6531/18 6534/7
6540/12 6540/14
6540/16 6555/11
**carriers [3]** 6534/16
6555/16 6555/19
**CART [1]** 6535/5
**case [76]** 6450/7
6456/8 6459/15 6461/2
6461/20 6462/15
6462/17 6465/8
6465/12 6465/22
6465/22 6467/1 6467/7
6474/15 6474/21
6475/3 6475/24 6482/5
6482/12 6485/12
6485/16 6485/18
6485/23 6486/3 6486/7
6486/15 6488/22
6488/17 6488/22
6489/7 6489/22 6490/1
6490/21 6491/4 6491/6
6491/8 6495/1 6497/7
6497/7 6497/13
6497/14 6498/2
6500/16 6500/17
6500/19 6500/22
6500/25 6514/16
6521/11 6530/8 6530/8
6530/9 6530/11
6534/18 6536/24

**case... [21]** 6536/25
6537/11 6537/12
6537/14 6537/19
6537/25 6538/2
6538/11 6538/17
6539/11 6539/17
6540/9 6546/23
6548/18 6549/17
6554/20 6555/18
6557/21 6565/25
6568/7 6571/8
**Case No. 21-28 [1]**
6450/7
**cases [9]** 6452/7
6453/13 6457/23
6459/10 6460/5
6473/24 6486/20
6489/5 6538/5
**CAST [3]** 6539/5
6539/16 6539/19
**category [1]** 6472/8
**caught [1]** 6584/7
**cause [1]** 6462/1
**caution [4]** 6491/19
6493/4 6493/5 6493/13
**cell [24]** 6512/18
6513/18 6513/19
6517/1 6517/4 6517/6
6517/7 6517/10
6517/11 6518/23
6519/13 6519/19
6520/6 6520/7 6520/12
6521/23 6534/7
6535/18 6536/4
6540/11 6540/14
6554/8 6554/9 6555/16
**cell phone [21]**
6512/18 6513/18
6513/19 6517/1 6517/4
6517/6 6517/7 6518/23
6519/13 6519/19
6520/6 6520/7 6520/12
6521/23 6534/7
6535/18 6536/4
6540/11 6540/14
6554/8 6554/9
**Cellebrite [2]** 6547/9
6568/19
**cellular [3]** 6539/20
6539/20 6555/19
**certain [6]** 6485/18
6487/18 6490/22
6502/4 6504/15
6586/17
**certainly [4]** 6475/12
6484/13 6494/7
6495/12
**certification [2]**
6455/10 6465/21
**certified [2]** 6448/12
6496/8
**certify [1]** 6591/2
**CH [1]** 6448/13
**chamber [2]** 6573/22
6574/15
**chaos [1]** 6550/24
**chapter [1]** 6460/20

**characterize [1]**
6544/25 6581/7 6581/8
6581/15
**charge [2]** 6509/24
6545/6
**charged [10]** 6461/19
6464/10 6465/5
6467/21 6467/22
6472/10 6482/2
6543/20 6543/21
6550/4
**charges [1]** 6551/14
**charging [1]** 6543/22
**Charles [4]** 6447/15
6447/16 6450/19
6577/7
**Charles Greene [2]**
6450/19 6577/7
**chat [58]** 6474/11
6478/25 6479/23
6487/25 6488/2 6520/2
6520/4 6520/14 6521/2
6521/7 6521/10
6521/12 6521/14
6521/15 6521/17
6522/20 6522/21
6523/3 6523/4 6523/5
6523/9 6523/13
6523/14 6523/23
6523/25 6524/5 6524/5
6524/13 6524/19
6524/21 6525/4
6525/12 6525/15
6525/20 6525/23
6525/25 6529/8 6529/9
6530/4 6563/11
6563/25 6564/1 6564/6
6564/12 6564/16
6565/1 6565/11
6566/15 6567/13
6567/18 6567/24
6568/13 6568/19
6568/25 6569/1 6569/4
6588/8 6588/11
**chats [7]** 6466/19
6488/10 6488/10
6520/24 6521/4 6521/8
6563/9
**check [3]** 6497/9
6497/9 6563/6
**checking [1]** 6472/25
**chemistry [2]** 6532/24
6532/25
**Chi [2]** 6477/25 6479/4
**Chi-Com [2]** 6477/25
6479/4
**chief [2]** 6486/20
6488/17
**chopped [2]** 6470/19
6471/5
**chose [1]** 6491/8
**Chuck [1]** 6562/1
**Chuck Greene's [1]**
6562/1
**chuckling [1]** 6553/11
**circle [1]** 6508/17
**circuit [7]** 6484/6
6536/7 6536/25

6538/3 6538/7
**circumstances [1]**
6582/17
**city [1]** 6585/23
**clarifies [1]** 6481/8
**clarify [1]** 6558/17
**classes [1]** 6455/10
**clear [7]** 6453/10
6471/6 6477/3 6493/3
6505/13 6536/3
6587/22
**clearly [3]** 6459/11
6476/7 6563/21
**clerk [2]** 6451/20
6560/25
**client [1]** 6484/20
**client's [3]** 6484/22
6552/14 6561/23
**clients [4]** 6491/11
6491/14 6491/16
6498/23
**clip [2]** 6506/12
6507/14
**clips [4]** 6552/1 6552/2
6552/13 6552/18
**clock [1]** 6563/6
**close [1]** 6578/13
**closed [1]** 6528/11
**closer [1]** 6510/17
**closing [2]** 6498/21
6524/14
**closings [1]** 6587/6
**CM [1]** 6559/9
**CM86 [1]** 6557/16
**CM87 [1]** 6557/14
**cmg [1]** 6447/18
**cmgpa.com [1]**
6447/18
**co [23]** 6463/1 6464/11
6464/15 6469/6 6472/9
6476/17 6478/19
6479/1 6479/13 6480/6
6481/23 6482/2
6482/23 6485/11
6485/13 6485/14
6485/22 6488/5
6488/12 6488/19
6488/22 6490/24
6498/18
**co-conspirator [7]**
6472/9 6481/23 6482/2
6482/23 6485/14
6490/24 6498/18
**co-conspirators [14]**
6463/1 6464/11
6464/15 6469/6
6476/17 6478/19
6479/1 6479/13
6485/11 6485/13
6485/22 6488/5
6488/12 6488/19
**co-defendant [1]**
6480/6
**co-defendants [1]**
6488/22
**Cohen [1]** 6456/7
**collective [1]** 6489/8

**COLUMBIA [2]** 6445/1
6445/16
**column [2]** 6569/21
6570/6
**columns [1]** 6576/5
**Com [2]** 6477/25
6479/4
**come [31]** 6453/19
6457/16 6462/1
6462/17 6467/7
6469/20 6470/14
6482/9 6482/11
6482/16 6483/2
6484/25 6485/8 6486/9
6488/11 6488/23
6490/20 6490/23
6493/10 6536/8
6537/19 6538/1 6538/8
6538/10 6538/13
6542/16 6562/18
6567/11 6572/18
6572/21 6575/17
**comes [6]** 6485/12
6489/1 6498/23
6526/18 6538/4 6538/4
**comfortable [2]**
6549/13 6549/14
**coming [6]** 6475/21
6477/18 6497/16
6535/19 6552/19
6586/5
**comments [2]** 6469/5
6473/7
**commit [1]** 6462/2
**commonly [1]** 6538/4
**communicates [1]**
6539/6
**communications [4]**
6494/21 6494/21
6498/17 6538/7
**companies [2]** 6539/11
6539/14
**compare [1]** 6556/18
**comparing [2]** 6579/16
6579/17
**comparison [1]**
6577/21
**complete [2]** 6452/7
6566/25
**completed [1]** 6481/6
**completely [1]** 6469/14
**completeness [3]**
6460/19 6472/17
6561/11
**complicated [1]**
6473/11
**complied [1]** 6508/18
**compromise [2]**
6453/20 6453/22
**computer [2]** 6448/16
6539/20
**computer-aided [1]**
6448/16
**concede [1]** 6468/3
**concept [2]** 6468/9
6492/5
**conception [1]**

**concepts [1]** 6471/24
**concerned [2]** 6496/7
6496/21 6524/15
**concerning [3]** 6496/4
6547/25 6551/14
**concerns [1]** 6466/6
**conditionally [2]**
6488/16 6492/3
**conditions [3]** 6579/16
6579/17 6579/17
**conduct [4]** 6461/18
6461/18 6461/20
6497/21
**conducted [1]** 6496/3
**conference [10]**
6502/10 6523/21
6534/11 6547/4
6552/12 6554/17
6577/5 6582/5 6587/2
6588/22
**confess [2]** 6488/20
6495/17
**confirm [1]** 6455/13
**confirms [1]** 6465/17
**conflict [1]** 6459/15
**confrontation [1]**
6500/1
**confuse [1]** 6466/22
**confusing [1]** 6561/8
**Congress [4]** 6470/24
6471/25 6573/25
6575/15
**Congress's [1]**
6471/25
**Congressmen [1]**
6559/21
**connection [1]**
6539/17
**Connie [12]** 6447/2
6450/10 6463/5 6463/9
6463/12 6463/15
6516/16 6516/19
6518/18 6560/2
6583/15 6583/19
**Connie Meggs [10]**
6450/10 6463/5
6463/12 6463/15
6516/16 6516/19
6518/18 6560/2
6583/15 6583/19
**Connie Meggs' [1]**
6463/9
**consciousness [2]**
6461/22 6492/9
**consent [4]** 6547/1
6547/8 6564/11
6564/12
**consented [1]** 6547/19
**consider [1]** 6486/15
**considering [1]**
6543/23
**consistent [7]** 6454/21
6458/17 6458/20
6458/21 6459/1 6459/4
6459/13
**conspiracy [31]**
6461/18 6461/19

**C**

**conspiracy... [29]**
6461/21 6461/24
6464/10 6465/3 6465/6
6465/7 6465/9 6465/10
6467/22 6469/4
6471/19 6472/9
6472/11 6479/13
6481/24 6482/1 6482/2
6482/23 6483/8 6483/9
6483/13 6484/22
6484/23 6485/25
6490/21 6492/18
6498/15 6498/19
6498/23
**conspirator [7]** 6472/9
6481/23 6482/2
6482/23 6485/14
6490/24 6498/18
**conspirators [16]**
6463/1 6464/11
6464/15 6469/6
6476/17 6478/19
6479/1 6479/13
6484/24 6485/11
6485/13 6485/22
6488/5 6488/12
6488/19 6498/16
**Constitution [1]**
6448/13
**consulted [2]** 6458/14
6539/16
**contact [1]** 6539/7
**contained [1]** 6460/8
**contains [1]** 6461/9
**content [23]** 6523/5
6523/6 6527/13
6527/14 6528/9
6528/10 6528/20
6529/14 6529/15
6530/5 6534/6 6554/13
6555/11 6555/13
6555/14 6555/17
6556/2 6566/2 6566/18
6573/9 6577/15 6578/4
6583/24
**contention [1]** 6483/13
**contents [1]** 6455/20
**context [8]** 6460/21
6466/21 6536/5
6537/11 6537/12
6537/13 6547/21
6548/1
**contextualized [1]**
6548/4
**continue [3]** 6463/18
6531/15 6542/21
**continued [4]** 6446/1
6447/1 6448/1 6542/22
**continues [1]** 6468/9
**continuing [2]** 6468/2
6576/22
**contradict [1]** 6502/13
**contradictory [1]**
6502/21
**Contradicts [1]** 6582/3
**contrary [2]** 6494/23
6502/13

**controlled [3]** 6545/22
6577/10 6581/4
**controlling [2]** 6454/22
6454/24
**conversation [4]**
6466/18 6497/14
6498/20 6498/22
**conversations [1]**
6498/7
**convey [2]** 6452/19
6452/23
**Cooper [5]** 6446/9
6446/10 6450/16
6451/1 6486/11
**Cooper's [1]** 6485/3
**cooperated [1]** 6487/3
**cops [1]** 6479/11
**copy [4]** 6507/19
6547/9 6548/22
6548/23
**corner [1]** 6505/14
**corners [1]** 6537/7
**Corporation [1]**
6533/21
**correct [62]** 6469/23
6470/3 6472/13
6503/10 6504/1
6518/21 6521/1
6522/23 6523/10
6524/11 6526/2 6527/7
6532/3 6533/25
6535/23 6537/21
6540/16 6540/17
6545/21 6545/25
6546/4 6546/5 6546/7
6546/8 6546/10
6546/24 6547/2 6549/9
6554/14 6555/11
6555/15 6556/9
6556/21 6557/1
6558/22 6559/4 6559/5
6559/12 6559/16
6564/2 6564/20
6564/21 6565/7
6566/20 6570/17
6571/2 6573/16
6573/19 6574/11
6575/6 6575/19
6576/11 6580/11
6583/8 6583/10
6583/16 6584/16
6588/4 6588/8 6591/3
**correctly [4]** 6488/7
6521/7 6533/10
6583/22
**correspond [1]**
6505/14
**corresponding [1]**
6588/14
**corroborate [1]** 6463/9
**could [38]** 6452/10
6453/1 6457/3 6457/9
6457/13 6458/3
6466/14 6476/8
6477/19 6488/17
6489/12 6489/15

6505/10 6507/22
6508/13 6511/7 6512/7
6512/13 6514/5
6514/12 6516/3 6519/9
6520/22 6524/25
6531/19 6537/8
6540/20 6544/5
6548/15 6558/14
6559/9 6569/1 6584/21
6585/7 6586/3 6588/20
**could you see [1]**
6508/13
**couldn't [3]** 6489/18
6567/25 6568/22
**Counsel [1]** 6456/12
**count [1]** 6483/10
**couple [12]** 6451/17
6459/10 6480/18
6512/14 6513/15
6529/17 6542/20
6549/19 6560/10
6561/25 6563/8 6576/5
**course [10]** 6452/11
6477/10 6537/20
6539/10 6547/10
6548/14 6558/25
6559/11 6559/14
6559/24
**court [37]** 6445/1
6448/11 6448/12
6457/17 6458/6
6461/14 6465/8 6467/2
6473/8 6473/10 6480/9
6484/12 6489/23
6492/2 6495/9 6498/6
6503/5 6504/6 6514/10
6514/16 6516/7
6516/18 6524/24
6538/21 6541/8 6548/8
6551/19 6553/6 6555/7
6561/25 6567/12
6567/12 6579/21
6583/5 6587/20 6589/6
6590/4
**Court's [2]** 6462/13
6480/20
**courtroom [11]**
6458/12 6494/4 6494/5
6500/10 6551/6
6551/13 6560/19
6562/13 6562/15
6581/17 6589/12
**cover [1]** 6473/11
**covered [6]** 6461/18
6461/19 6461/20
6527/15
**covers [2]** 6572/13
6585/18
**CR [1]** 6445/4
**crazy [2]** 6474/14
6479/22
**create [3]** 6486/18
6486/18 6520/4
**credentials [1]**
6453/11
**credibility [3]** 6459/4
6492/24 6536/13

**crime [1]** 6462/2
**crimes [1]** 6462/2
**Criminal [1]** 6450/7
**cross [22]** 6449/4
6460/10 6462/17
6463/23 6475/21
6486/11 6487/15
6487/19 6488/15
6491/9 6491/13
6491/16 6536/23
6543/3 6543/6 6553/14
6554/2 6561/3 6562/1
6563/2 6564/14
6587/15
**cross-examination [12]**
6460/10 6462/17
6463/23 6486/11
6487/19 6543/3 6543/6
6554/2 6561/3 6563/2
6564/14 6587/15
**cross-examine [1]**
6553/14
**cross-examined [2]**
6487/15 6536/23
**crossing [2]** 6493/22
6554/18
**crowd [1]** 6511/7
**crowded [1]** 6551/6
**CRR [2]** 6591/2 6591/8
**cs.com [1]** 6446/8
**cues [1]** 6472/20
**cumulative [1]** 6474/16
**curfew [2]** 6463/24
6469/11
**cut [1]** 6561/12
**cuts [1]** 6474/23
**CV [6]** 6452/5 6452/7
6452/11 6452/15
6452/16 6453/10

**D**

**D-u-s-s [1]** 6561/4
**D.C [37]** 6445/5
6445/17 6446/4 6446/7
6446/12 6447/3 6447/8
6447/12 6448/14
6470/12 6472/3
6474/11 6482/10
6482/11 6482/16
6496/7 6497/16
6497/17 6504/23
6507/5 6509/25
6522/14 6522/20
6523/13 6528/17
6528/21 6529/7 6530/7
6541/10 6541/16
6542/7 6542/13 6545/6
6559/3 6559/7 6559/12
6585/18
**D.C. [6]** 6488/1
6488/10 6525/4 6530/3
6563/10 6588/7
**D.C. Op Jan. 6 [3]**
6488/1 6488/10 6530/3
**D.C. Op Jan. 6, 21 [1]**
6563/10
**Dallas [1]** 6448/4
**danger [1]** 6458/9

**date [23]** 6513/18
6517/14 6517/18
6519/12 6519/18
6520/11 6520/15
6521/2 6523/5 6523/6
6523/17 6525/7
6530/18 6531/2 6531/9
6533/6 6534/6 6535/23
6535/23 6540/9
6563/21 6583/11
6583/24
**date [20]** 6474/10
6514/17 6514/18
6515/13 6528/3 6528/4
6528/23 6529/19
6530/14 6530/22
6530/23 6541/20
6541/21 6567/2 6567/4
6570/11 6570/11
6584/24 6585/9 6591/7
**dated [1]** 6470/9
**day [22]** 6445/7
6464/16 6464/16
6466/24 6478/12
6478/12 6478/21
6480/23 6480/24
6483/17 6485/20
6495/25 6518/2
6534/25 6545/24
6546/4 6549/15
6563/18 6563/22
6563/24 6564/1
6578/12
**days [9]** 6474/10
6476/17 6538/25
6543/15 6552/15
6554/6 6555/19 6556/3
6558/7
**days' [2]** 6555/17
6555/21
**DCA [1]** 6561/5
**deal [2]** 6459/8
6500/14
**dealt [2]** 6539/5
6539/11
**December [24]**
6465/11 6465/11
6467/23 6470/9
6479/18 6488/14
6513/25 6514/2
6514/18 6514/24
6515/14 6517/21
6517/23 6517/24
6517/25 6518/10
6518/15 6541/21
6542/11 6562/12
6559/4 6584/24 6585/3
6585/10
**December 22nd [1]**
6585/10
**December 29th [4]**
6470/9 6542/11
6584/9 6585/3
**December 30th [4]**
6517/21 6517/23
6518/10 6518/15
**December 31st [1]**
6517/24

Case 1:21-cr-00082-ABJ Document 156-2 Filed 02/28/22 Page 155 of 176

6599

**decision [2]** 6482/11 6486/17
**decisions [1]** 6480/10
**deck [1]** 6470/22
**Declaration [1]** 6478/9
**declaring [1]** 6481/8
**defendant [46]** 6446/2 6446/6 6446/9 6447/22 6447/10 6448/2 6450/8 6450/8 6450/9 6450/9 6450/10 6450/11 6450/14 6450/15 6450/16 6450/18 6450/20 6450/22 6465/5 6467/1 6479/1 6479/14 6480/6 6480/14 6483/7 6486/7 6488/24 6488/24 6490/7 6490/13 6490/20 6491/22 6492/4 6492/6 6492/9 6501/21 6502/12 6516/15 6516/18 6519/7 6519/13 6525/17 6554/22 6580/6 6583/15 6586/1
**Defendant 16 [1]** 6450/10
**Defendant 20 [1]** 6450/11
**Defendant 5 [1]** 6450/8
**Defendant 7 [1]** 6450/9
**Defendant 9 [1]** 6450/9
**Defendant Bennie Parker [1]** 6450/15
**Defendant Greene [1]** 6450/22
**Defendant Isaacs [1]** 6450/20
**Defendant Meggs [1]** 6450/18
**Defendant No. 4 [1]** 6450/8
**Defendant Sandra Parker [1]** 6450/14
**Defendant Steele [1]** 6450/16
**defendants [33]** 6445/7 6450/23 6462/19 6463/2 6464/11 6466/24 6469/7 6469/7 6474/6 6478/19 6482/4 6482/13 6483/5 6483/10 6483/19 6486/14 6486/19 6487/18 6487/20 6487/22 6488/3 6488/22 6490/8 6491/3 6491/8 6491/10 6492/10 6493/2 6493/14 6497/2 6497/3 6500/19 6554/21
**defendants' [2]** 6470/1 6489/9
**defense [30]** 6452/10 6459/25 6461/10

6468/17 6468/19 6470/2 6470/18 6473/22 6474/20 6475/3 6476/23 6477/4 6477/12 6479/8 6480/25 6482/12 6484/15 6485/9 6486/14 6489/6 6489/23 6490/5 6491/4 6497/7 6502/24 6541/9 6547/14 6547/15
**defensive [1]** 6482/18
**defer [1]** 6461/7
**define [1]** 6548/15
**defined [1]** 6465/12
**defines [2]** 6456/19 6458/15
**defining [1]** 6472/22
**definition [1]** 6459/5
**definitively [1]** 6535/1
**degree [2]** 6532/24 6537/6
**degrees [2]** 6532/21 6532/22
**delete [4]** 6524/12 6556/25 6556/25 6569/4
**deleted [11]** 6524/4 6524/9 6524/12 6549/21 6550/2 6564/6 6567/7 6569/10 6576/14 6586/6 6586/10
**deleting [1]** 6516/25
**deliberately [1]** 6475/19
**deliberations [1]** 6500/20
**demeanor [2]** 6492/8 6578/6
**demonstrative [2]** 6456/23 6460/1
**deny [1]** 6514/16
**denying [1]** 6549/14
**depend [1]** 6568/20
**depict [1]** 6519/18
**depiction [1]** 6522/7
**depictions [1]** 6512/17
**deputies [1]** 6471/20
**Deputy [1]** 6451/20
**Deputy Clerk [1]** 6451/20
**derivative [1]** 6512/11
**describe [4]** 6501/24 6521/6 6540/2 6548/16
**describing [2]** 6476/17 6481/11
**designate [3]** 6521/12 6521/16 6548/23
**desperately [1]** 6477/11
**despite [2]** 6485/23 6486/2
**detail [1]** 6559/19
**detailed [1]** 6536/12
**details [1]** 6478/21
**determination [3]**

6536/13
**determines [2]** 6457/17 6458/11
**device [1]** 6548/22
**devices [1]** 6548/21
**devoid [1]** 6581/9
**did [108]** 6455/12 6457/11 6459/1 6459/1 6459/8 6463/19 6464/20 6467/10 6471/7 6475/6 6479/2 6479/7 6479/14 6481/6 6484/4 6484/9 6484/20 6484/25 6485/12 6486/11 6486/12 6486/14 6487/4 6487/7 6487/9 6487/10 6487/11 6489/19 6494/20 6496/12 6496/16 6496/17 6496/20 6504/10 6504/25 6513/25 6514/15 6517/4 6517/6 6517/7 6517/8 6518/13 6520/4 6522/14 6522/21 6523/5 6523/11 6523/12 6523/14 6523/15 6523/16 6523/18 6524/12 6525/7 6525/11 6525/19 6525/21 6525/22 6528/6 6528/6 6529/13 6529/22 6529/24 6532/10 6532/12 6533/14 6536/19 6537/17 6537/19 6542/10 6542/20 6545/12 6549/4 6549/12 6549/22 6552/7 6552/17 6552/17 6552/23 6552/24 6556/13 6557/21 6558/11 6558/12 6558/23 6560/3 6561/25 6566/23 6569/4 6576/16 6577/22 6578/2 6578/7 6578/7 6579/7 6580/15 6580/16 6580/18 6580/20 6580/21 6580/25 6581/24 6583/12 6585/14 6585/20 6586/10 6586/12 6588/1
**did you [5]** 6525/7 6549/22 6560/3 6586/10 6586/12
**didn't [35]** 6455/17 6467/1 6467/7 6467/8 6473/9 6473/25 6473/25 6474/1 6474/24 6475/20 6476/1 6485/16 6489/17 6491/13 6491/16 6494/16

6496/20 6496/22 6524/13 6544/17 6546/16 6546/20 6548/3 6549/21 6560/1 6562/3 6562/8 6576/15 6578/6 6579/7 6582/8 6582/16 6586/9
**difference [1]** 6465/7
**different [22]** 6457/20 6457/23 6459/18 6465/6 6465/9 6465/10 6471/5 6473/7 6519/7 6527/4 6534/15 6535/24 6550/7 6551/5 6551/12 6555/6 6567/11 6568/9 6574/17 6574/19 6578/21 6583/13
**differently [1]** 6456/19
**digitally [1]** 6507/21
**dignitary [1]** 6509/10
**direct [12]** 6449/4 6460/11 6463/23 6468/6 6472/2 6487/5 6496/1 6501/8 6531/7 6564/19 6584/23 6589/17
**directed [1]** 6487/14
**direction [1]** 6555/6
**directly [6]** 6464/14 6464/24 6474/17 6479/12 6480/15 6552/22
**disagree [5]** 6458/24 6503/1 6548/3 6566/3 6568/11
**discretely [1]** 6453/15
**discuss [6]** 6456/15 6456/16 6499/12 6560/21 6577/3 6587/17
**discussed [1]** 6496/11
**discussing [3]** 6467/4 6471/23 6589/25
**discussion [2]** 6484/15 6497/15
**discussions [1]** 6541/3
**disorders [1]** 6455/25
**display [1]** 6559/9
**disputed [1]** 6578/18
**distancing [1]** 6479/21
**distractions [1]** 6581/9
**district [5]** 6445/1 6445/1 6445/10 6445/16 6457/6
**diving [1]** 6495/23
**divorced [1]** 6490/2
**do [86]** 6451/11 6451/13 6452/10 6457/5 6458/4 6459/15 6459/23 6459/25 6461/3 6462/14 6466/7 6466/14 6469/13 6470/6 6471/8 6471/17 6471/21 6472/12 6472/13 6476/13 6476/18 6479/9 6481/3

6495/4 6497/17 6499/14 6499/22 6504/21 6504/24 6506/14 6506/18 6507/2 6507/16 6507/21 6508/11 6509/8 6509/23 6510/14 6511/4 6511/19 6511/22 6514/23 6520/8 6527/17 6532/20 6532/22 6537/10 6538/9 6538/10 6538/18 6539/1 6540/15 6543/16 6544/20 6546/15 6547/15 6548/12 6548/13 6548/21 6551/7 6551/19 6554/10 6557/19 6558/5 6558/20 6560/7 6560/13 6566/24 6570/7 6570/22 6571/18 6576/6 6577/16 6577/24 6578/17 6580/8 6580/9 6580/21 6581/7 6583/21 6584/25 6586/7 6590/1
**do you [13]** 6504/21 6506/14 6507/2 6509/8 6509/23 6510/14 6511/19 6520/8 6551/7 6560/7 6570/22 6581/7 6584/25
**do you have [2]** 6532/20 6539/1
**Do you know [1]** 6546/15
**Do you recognize [1]** 6557/19
**Do you remember [2]** 6558/20 6586/7
**do you see [4]** 6507/16 6508/11 6527/17 6576/6
**do you understand [1]** 6570/7
**document [3]** 6484/5 6572/3 6572/4
**does [32]** 6457/14 6457/14 6457/18 6467/23 6468/4 6472/7 6477/4 6477/6 6483/1 6503/13 6507/19 6513/8 6514/8 6519/17 6520/14 6520/17 6521/14 6521/25 6522/2 6522/24 6526/19 6529/9 6533/1 6533/3 6534/5 6537/5 6564/23 6564/24 6565/16 6571/6 6583/24 6585/22
**doesn't [17]** 6459/14 6465/10 6465/11 6474/17 6482/1 6491/8

**doesn't... [11]** 6498/19
6499/13 6499/21
6532/18 6536/3 6537/4
6537/15 6547/21
6554/24 6556/25
6564/23
**doing [12]** 6457/10
6466/9 6466/16
6493/25 6495/15
6495/16 6496/14
6496/14 6496/23
6514/25 6538/8
6587/11
**don't [104]** 6452/6
6452/14 6452/22
6453/3 6458/3 6460/22
6461/8 6465/4 6466/12
6466/13 6466/16
6469/9 6470/13 6472/6
6472/21 6473/3
6474/13 6474/16
6475/15 6475/18
6475/22 6476/19
6477/5 6477/13
6479/11 6481/16
6484/25 6485/20
6486/22 6486/23
6487/16 6488/20
6490/9 6490/11
6492/12 6492/15
6492/16 6492/23
6494/1 6494/4 6494/6
6495/17 6495/17
6495/20 6498/16
6521/6 6524/2 6524/18
6535/18 6542/13
6542/14 6543/25
6544/11 6544/19
6544/25 6546/1
6546/13 6546/17
6547/6 6548/12
6548/16 6548/25
6549/10 6549/25
6549/25 6550/4
6551/16 6551/17
6551/19 6554/13
6555/10 6555/10
6555/14 6555/20
6557/7 6559/5 6563/14
6564/8 6565/3 6565/4
6565/23 6567/6
6567/16 6567/25
6568/23 6569/1
6570/22 6571/1 6571/3
6572/22 6573/18
6574/25 6575/23
6575/25 6576/1
6578/18 6579/2 6579/5
6582/20 6583/20
6587/25 6588/2
**Donald [1]** 6514/11
**Donald Trump's [1]**
6514/11
**done [14]** 6457/3
6470/24 6476/9
6483/12 6514/14

6540/8 6544/19 6547/7
6548/17 6549/7
6554/11 6590/1
**Donovan [1]** 6496/12
**door [20]** 6478/1
6479/5 6489/24 6490/4
6490/5 6490/8 6491/6
6493/13 6494/25
6552/18 6552/22
6562/2 6577/8 6577/14
6578/2 6578/10
6578/19 6578/24
6579/2 6579/6
**double [2]** 6497/9
6497/9
**double-check [2]**
6497/9 6497/9
**doubt [1]** 6553/10
**Douyon [1]** 6559/10
**down [14]** 6459/7
6478/16 6486/1 6509/6
6512/3 6517/19 6519/1
6526/3 6531/2 6531/14
6558/4 6560/21 6570/3
6588/19
**dozens [1]** 6565/1
**Dr. [21]** 6451/22
6454/19 6456/16
6456/16 6456/20
6456/21 6456/23
6457/3 6457/9 6458/4
6458/10 6458/11
6459/2 6460/25 6494/3
6494/11 6494/14
6499/2 6499/11 6589/1
6589/16
**Dr. Askenazi [13]**
6454/19 6456/16
6456/21 6456/23
6458/11 6459/2
6460/25 6494/3
6494/14 6499/2
6499/11 6589/1
6589/16
**Dr. Sperry [7]** 6451/22
6456/16 6456/20
6457/3 6457/9 6458/4
6458/10
**Dr. Sperry's [1]**
6494/11
**draw [3]** 6480/22
6524/21 6577/21
**dropped [2]** 6476/4
6500/5
**drug [1]** 6538/5
**due [1]** 6499/7
**Dunn [3]** 6589/1
6589/2 6589/21
**during [17]** 6482/12
6495/18 6502/7
6504/17 6517/19
6537/20 6544/2 6547/1
6547/7 6547/9 6547/10
6548/14 6552/6
6560/21 6561/3
6580/13 6580/18

**e-mail [1]** 6484/7
**each [8]** 6457/24
6478/24 6480/2
6488/22 6491/22
6552/1 6564/16
6565/14
**earlier [11]** 6483/4
6504/7 6506/15 6507/3
6509/7 6509/22
6510/14 6511/4
6511/18 6513/4 6518/6
**earliest [1]** 6465/11
**early [5]** 6455/19
6515/2 6531/16
6556/12 6556/16
**easiest [1]** 6461/14
**easily [1]** 6511/7
**East [1]** 6447/16
**eastern [2]** 6515/15
6530/17
**easy [1]** 6562/10
**eat [1]** 6589/23
**Edition [1]** 6456/1
**Edmund [1]** 6447/2
**Edwards [8]** 6445/14
6450/13 6462/10
6465/3 6465/24 6466/7
6467/14 6468/16
**effect [3]** 6461/25
6477/7 6587/6
**efforts [1]** 6537/2
**either [4]** 6452/24
6477/6 6496/17 6546/3
**election [1]** 6514/11
**elicit [4]** 6502/11
6582/20 6587/10
6587/14
**elicited [3]** 6495/6
6496/10 6577/12
**Ellipse [1]** 6509/11
**else [10]** 6468/15
6473/4 6474/16 6476/5
6483/3 6548/17
6553/14 6558/10
6559/20 6577/1
**email [19]** 6445/18
6446/5 6446/8 6446/13
6447/4 6447/9 6447/13
6447/18 6448/5
6448/10 6476/1
6487/24 6515/11
6515/13 6515/13
6515/14 6515/19
6515/20 6549/19
**emails [2]** 6493/20
6549/3
**employed [1]** 6533/21
**end [2]** 6507/14
6587/18
**ended [2]** 6483/11
6506/8
**ending [2]** 6529/11
6530/25
**ends [2]** 6468/3
6573/16
**engaged [1]** 6576/21
**enough [5]** 6524/23

6570/15
**entail [1]** 6452/25
**entails [2]** 6474/23
6537/8
**enter [2]** 6465/14
6548/21
**entered [3]** 6500/10
6550/18 6562/15
**entire [7]** 6523/23
6534/16 6545/10
6567/24 6568/13
6572/2 6572/8
**entirely [1]** 6534/22
**entirety [5]** 6489/6
6537/10 6572/11
6573/1 6573/4
**environment [4]**
6545/22 6577/10
6578/6 6581/5
**equipped [2]** 6495/24
6530/6
**equitable [1]** 6491/9
**err [3]** 6493/4 6493/5
6493/12
**escort [1]** 6509/10
**escorting [1]** 6496/14
**especially [1]** 6491/10
**essentially [1]** 6496/6
**establish [1]** 6571/16
**established [3]**
6455/11 6460/12
6469/11
**estimate [1]** 6549/11
**estimating [1]** 6549/13
**ET [1]** 6445/6
**Eugene [1]** 6447/10
**evacuated [2]** 6573/25
6575/15
**evaluation [1]** 6492/25
**even [11]** 6461/21
6466/23 6482/15
6483/13 6484/24
6491/1 6493/23 6529/9
6563/12 6568/20
6584/17
**evening [4]** 6463/13
6478/11 6483/6
6516/20
**events [2]** 6483/17
6504/2
**ever [6]** 6457/9
6474/12 6488/21
6536/18 6566/19
6572/18
**every [2]** 6455/10
6457/6
**everybody [3]** 6559/10
6589/10 6589/23
**everyone [5]** 6450/14
6500/11 6500/12
6560/16 6562/17
**everything [7]** 6458/21
6458/25 6459/12
6483/3 6546/12
6546/13 6549/18
**evidence [90]** 6451/21
6455/6 6457/16

6459/21 6459/24
6460/15 6465/6
6465/12 6465/21
6467/10 6471/15
6474/20 6475/3
6476/23 6477/3
6477/10 6481/1 6485/5
6485/9 6485/12
6485/21 6485/22
6486/5 6486/8 6486/16
6487/13 6488/5 6488/6
6488/17 6488/23
6489/1 6489/16
6489/18 6490/8 6490/9
6490/15 6490/16
6490/23 6490/25
6491/15 6491/20
6491/21 6491/23
6492/7 6493/2
6494/19 6495/10
6495/12 6497/23
6498/2 6498/22
6500/18 6500/22
6500/24 6502/13
6505/8 6506/22
6507/10 6508/2 6508/6
6509/14 6509/17
6510/5 6510/20 6511/1
6511/9 6511/14
6511/24 6512/5
6512/20 6512/24
6513/6 6516/5 6522/4
6522/8 6524/16
6526/14 6531/20
6538/15 6538/17
6541/2 6541/5 6548/23
6549/20 6561/1
6565/25 6566/1 6566/6
6586/8 6588/3
**evidentiary [1]** 6500/14
**exact [1]** 6468/9
**exactly [9]** 6457/1
6459/22 6459/24
6473/16 6479/8
6494/12 6494/24
6524/7 6543/11
**examination [22]**
6460/10 6460/11
6462/17 6463/23
6486/1 6487/19
6487/19 6494/1 6496/3
6496/4 6497/12 6501/8
6537/18 6543/3 6543/6
6554/2 6561/3 6563/2
6564/14 6580/2
6584/23 6587/15
**examine [1]** 6553/14
**examined [3]** 6487/15
6519/12 6536/23
**example [3]** 6487/22
6489/2 6537/8
**examples [1]** 6564/20
**Excel [2]** 6557/20
6568/22
**except [1]** 6494/10
**exception [3]** 6493/15
6494/10 6566/5
**exceptions [1]** 6459/20

6601

# E

**excerpt [1]** 6455/24
**excerpts [2]** 6545/3
6564/15
**exchange [2]** 6576/10
6576/22
**exchanged [1]** 6563/21
**excuse [2]** 6483/23
6498/3
**exercise [1]** 6491/19
**exhibit [47]** 6451/21
6454/17 6456/21
6459/24 6460/3
6460/15 6461/9 6505/8
6505/10 6506/22
6507/10 6508/6
6509/17 6510/5 6511/1
6511/14 6512/5 6512/8
6512/10 6512/11
6512/24 6513/12
6513/12 6516/4
6518/17 6519/4
6519/10 6519/16
6519/17 6521/19
6522/8 6525/1 6526/11
6526/14 6526/18
6531/19 6531/23
6540/21 6541/2 6541/5
6560/10 6574/7 6574/7
6574/20 6585/7 6586/3
6588/6
**Exhibit 1 [1]** 6451/21
**Exhibit 10250 [1]**
6461/9
**Exhibit 115 [1]** 6574/7
**Exhibit 117 [1]**
6574/20
**Exhibit 1500.4 [1]**
6525/1
**exhibits [13]** 6449/9
6454/14 6470/19
6471/5 6484/3 6486/22
6486/24 6487/18
6487/21 6492/2 6492/4
6513/6 6513/7
**existed [3]** 6523/2
6523/4 6566/15
**existence [1]** 6492/18
**exit [1]** 6483/14
**exited [2]** 6560/19
6589/12
**expect [2]** 6589/16
6589/17
**expecting [1]** 6535/19
**experience [6]** 6534/5
6537/11 6538/1 6539/1
6539/23 6554/9
**expert [28]** 6452/19
6455/6 6455/8 6455/15
6457/5 6457/8 6457/17
6457/22 6457/24
6457/25 6458/2 6458/7
6458/25 6460/10
6460/11 6472/22
6494/6 6494/6 6532/17
6534/9 6535/10 6536/4
6536/17 6537/10
6537/15 6537/25

**expert's [3]** 6452/11
6460/12 6460/13
**experts [6]** 6457/25
6458/3 6458/8 6459/1
6494/8 6561/4
**explain [4]** 6456/21
6459/10 6479/20
6517/13
**explained [2]** 6503/15
6584/1
**explaining [1]** 6460/5
**explains [1]** 6456/22
**explicitly [1]** 6559/2
**expressed [1]** 6482/21
**extended [1]** 6576/21
**extent [3]** 6461/21
6466/23 6486/12
**extraction [3]** 6513/17
6513/23 6520/25

# F

**face [1]** 6544/10
**Facebook [1]** 6518/19
**fact [3]** 6483/16
6502/21 6524/21
**factors [1]** 6551/16
**facts [3]** 6452/23
6586/17 6586/18
**fair [8]** 6512/16
6512/17 6522/6
6524/23 6554/8
6567/17 6569/3
6570/15
**fairly [4]** 6519/17
6520/14 6521/25
6581/13
**familiar [2]** 6533/17
6540/22
**fanciful [1]** 6469/14
**far [5]** 6484/12 6484/17
6496/21 6565/24
6569/21
**fashion [2]** 6560/10
6582/21
**FBI [23]** 6466/22
6467/7 6503/9 6503/19
6503/20 6506/2
6507/19 6517/4 6517/7
6520/4 6524/17
6534/17 6535/5
6538/24 6545/7
6545/25 6577/23
6581/7 6581/8 6581/16
6583/1 6583/10
6583/23
**FBI's [2]** 6520/24
6563/17
**fear [4]** 6470/14
6471/24 6471/25
6542/15
**February [3]** 6455/10
6517/5 6518/3
**federal [3]** 6455/5
6458/6 6561/8
**feel [2]** 6549/13
6549/14
**female [2]** 6507/4

**few [4]** 6453/2 6466/20
6552/15 6564/20
**field [2]** 6459/1 6459/5
**FIELDS [1]** 6447/11
**fight's [1]** 6511/20
**figure [3]** 6470/19
6516/12 6528/6
**final [2]** 6485/2
6531/13
**finally [1]** 6514/19
6583/7 6585/25
**find [9]** 6458/5 6521/14
6521/17 6522/21
6523/5 6523/14
6525/11 6527/15
6549/21
**finding [2]** 6484/4
6523/3
**fine [7]** 6453/21
6492/23 6502/23
6572/12 6572/24
6587/9 6587/12
**finish [3]** 6464/20
6468/4 6566/25
**firearms [5]** 6475/13
6475/20 6476/4
6476/13 6495/19
**first [26]** 6461/1 6466/1
6466/7 6471/2 6471/3
6471/6 6475/21
6478/16 6478/17
6481/13 6496/9
6513/16 6520/1 6520/2
6526/17 6530/22
6533/22 6534/14
6536/24 6538/19
6540/22 6541/19
6561/5 6563/10
6574/24 6575/23
**fit [1]** 6472/7
**five [1]** 6549/15
**FL [2]** 6447/17 6559/12
**flag [2]** 6561/25 6562/3
**flagged [3]** 6459/25
6547/14 6577/4
**flapping [1]** 6582/7
**Florida [6]** 6503/18
6503/20 6510/11
6561/1 6561/4 6561/8
**fly [2]** 6493/25 6495/5
**focused [1]** 6476/24
**focusing [1]** 6467/21
**folks [1]** 6469/18
**follow [1]** 6481/4
**followed [1]** 6556/19
**following [4]** 6468/16
6538/11 6538/12
6560/25
**FOLLOWS [1]** 6501/7
**followup [1]** 6490/3
**forbidden [1]** 6457/6
**foregoing [1]** 6591/3
**forensic [9]** 6454/20
6455/15 6456/1
6456/18 6458/14
6460/23 6513/17
6513/23 6548/22

**forever [1]** 6478/21
**forgive [1]** 6569/8
**forgot [1]** 6560/12
**format [5]** 6557/24
6568/21 6569/15
6571/6 6577/21
**forth [4]** 6477/2 6479/8
6495/12 6576/18
**fortunately [1]** 6495/4
**forward [8]** 6464/4
6476/23 6477/16
6483/16 6483/18
6491/23 6518/8
6589/10
**forward-looking [3]**
6464/4 6483/16
6483/18
**forwarded [4]** 6515/19
6515/21 6515/21
6515/24
**found [8]** 6460/5
6484/7 6517/14
6523/16 6525/25
6526/1 6549/7 6568/2
**foundation [11]**
6474/11 6519/20
6519/21 6522/5
6532/16 6534/8 6536/6
6536/9 6536/15
6536/19 6538/19
**four [14]** 6454/1
6478/3 6518/1 6518/10
6537/7 6544/21
6545/18 6545/19
6549/15 6549/18
6550/16 6550/17
6552/3 6575/17
**Fourth [1]** 6445/16
**frame [4]** 6468/1
6569/25 6571/21
6576/9
**framework [1]** 6488/25
**frankly [2]** 6473/22
6486/10
**fraud [1]** 6514/16
**free [2]** 6481/2 6485/24
**freedom [1]** 6551/6
**frequency [3]** 6506/16
6507/4 6508/12
**friend [1]** 6545/7
**front [2]** 6492/7 6511/6
**fucked [2]** 6573/24
6575/2
**full [2]** 6572/4 6581/19
**fully [2]** 6548/3 6569/9
**fulsome [1]** 6580/22
**further [11]** 6453/2
6462/1 6501/7 6523/20
6543/1 6552/20
6553/12 6560/5
6576/24 6577/7
6588/17
**furtherance [5]** 6472/9
6481/24 6481/25
6482/22 6483/12

# G

**gangly [1]** 6544/9

**gap [1]** 6518/15
**gaps [1]** 6518/13
**Garcia [1]** 6561/4
**gateway [1]** 6502/18
**gather [1]** 6461/10
**Gator [5]** 6509/24
6510/10 6510/11
6510/16 6585/12
**Gator 1 [4]** 6509/24
6510/10 6510/11
6510/16
**gave [17]** 6467/6
6487/17 6506/16
6507/4 6546/10
6546/12 6547/1 6547/8
6547/13 6547/15
6548/2 6564/10
6564/11 6564/11
6566/14 6567/2 6567/4
**gear [1]** 6495/15
**Gee [3]** 6463/6 6516/21
6518/18
**Gene [1]** 6450/19
**Gene Rossi [1]**
6450/19
**general [6]** 6455/21
6458/22 6474/22
6475/4 6490/14
6572/22
**generally [6]** 6491/2
6502/5 6502/6 6521/16
6548/21 6555/16
**generates [1]** 6527/5
**generic [1]** 6533/4
**gentleman [1]** 6559/19
**gentlemen [3]** 6513/2
6519/3 6531/23
**get [35]** 6455/17
6457/22 6457/25
6459/20 6460/6
6469/13 6469/18
6473/21 6475/19
6477/13 6477/13
6479/20 6491/25
6502/9 6510/17
6523/19 6527/15
6528/11 6534/6 6537/4
6537/8 6552/9 6554/13
6554/15 6555/10
6555/10 6557/16
6559/20 6571/13
6574/14 6582/4 6587/1
6588/20 6589/24
6590/1
**gets [1]** 6453/14
**getting [7]** 6451/3
6470/12 6542/13
6573/21 6578/9
6578/14 6578/18
**give [14]** 6460/5
6470/13 6471/5 6477/9
6485/7 6502/20
6504/25 6521/10
6538/25 6542/13
6542/14 6546/16
6553/9 6579/7
**given [6]** 6486/17
6497/12 6497/22

**given... [3]** 6502/4
6502/7 6562/6
**gives [1]** 6502/7
**giving [3]** 6500/17
6513/4 6553/5
**glad [1]** 6455/19
**gloves [3]** 6470/16
6472/4 6542/23
**gmail.com [3]** 6446/5
6448/10 6515/21
**go [64]** 6455/10 6464/2
6464/17 6465/13
6465/18 6466/14
6466/17 6468/10
6469/13 6470/15
6471/21 6472/2 6472/3
6473/17 6480/1
6481/19 6502/23
6502/24 6506/12
6507/14 6510/17
6514/5 6514/12
6514/20 6514/21
6514/21 6514/22
6515/5 6516/13
6519/22 6519/24
6521/19 6523/20
6523/23 6525/1 6526/5
6526/17 6527/21
6528/13 6529/2
6529/25 6530/21
6531/12 6535/18
6540/15 6541/19
6542/17 6542/22
6547/16 6549/1
6549/24 6555/4 6557/9
6560/14 6560/15
6565/24 6567/10
6570/3 6572/7 6578/1
6579/7 6585/3 6586/25
6589/3
**go ahead [10]** 6473/17
6514/21 6516/13
6519/22 6549/24
6555/4 6560/14 6578/1
6579/7 6589/3
**goes [6]** 6467/23
6510/10 6513/24
6535/24 6540/13
6572/9
**going [70]** 6452/15
6462/8 6462/24
6463/20 6465/25
6466/3 6466/4 6466/5
6466/5 6466/9 6466/15
6466/22 6467/16
6468/18 6468/21
6468/22 6468/24
6468/25 6469/1
6469/12 6470/23
6471/16 6477/20
6478/16 6478/17
6480/1 6486/5 6491/19
6492/15 6493/4 6493/4
6493/12 6494/17
6495/15 6495/16
6496/12 6497/19
6497/25 6499/15

6502/19 6505/13
6510/17 6516/13
6519/15 6529/17
6535/10 6536/16
6550/21 6551/2
6552/16 6552/20
6553/1 6553/2 6555/5
6559/7 6560/13
6561/11 6562/7
6562/18 6563/12
6577/7 6578/9 6579/18
6582/7 6583/2 6585/15
6585/15 6589/7
**gone [3]** 6482/14
6539/9 6548/14
**Good [18]** 6450/4
6450/6 6450/25
6466/11 6500/11
6501/12 6501/13
6501/19 6501/20
6527/14 6543/8 6543/9
6554/4 6554/5 6563/4
6563/5 6580/4 6580/5
**Good morning [11]**
6450/4 6450/25
6500/11 6501/12
6501/13 6501/19
6501/20 6543/8 6543/9
6554/4 6554/5
**Google [14]** 6514/14
6514/15 6533/17
6533/20 6533/21
6534/1 6534/2 6534/5
6534/15 6534/20
6534/23 6535/8
6535/21 6540/6
**gosh [2]** 6543/16
6557/16
**got [18]** 6454/17
6455/19 6458/10
6459/9 6460/21
6469/17 6469/19
6474/7 6481/17
6488/21 6490/4
6529/18 6536/10
6536/11 6538/19
6578/13 6578/14
6583/24
**Gotcha [1]** 6527/3
**government [57]**
6445/13 6450/13
6451/9 6452/5 6453/4
6459/22 6462/25
6467/8 6472/15 6477/3
6477/21 6478/18
6481/11 6485/6
6485/21 6485/24
6487/21 6489/7
6489/25 6490/3 6491/5
6491/14 6491/20
6492/7 6494/22
6500/23 6501/5 6505/3
6509/13 6510/19
6511/9 6511/23
6512/20 6516/4
6518/17 6519/9

6520/18 6522/3
6526/10 6532/7 6533/7
6535/10 6540/20
6541/1 6541/2 6541/5
6547/24 6553/2
6555/18 6574/7
6575/14 6582/18
**government's [35]**
6449/5 6449/11
6461/15 6461/21
6465/15 6465/19
6473/23 6477/8
6479/15 6483/13
6494/6 6497/7 6500/15
6505/8 6506/22
6507/10 6508/6
6509/17 6510/5 6511/1
6511/14 6512/5 6512/8
6512/24 6522/8
6524/25 6526/11
6526/14 6526/18
6531/19 6558/14
6585/7 6586/3 6587/5
6588/5
**granted [1]** 6482/4
**grateful [1]** 6467/8
**Great [1]** 6506/11
**Greene [69]** 6447/15
6447/16 6448/2
6450/11 6450/19
6450/22 6457/13
6458/25 6471/20
6474/10 6474/12
6474/14 6474/18
6475/9 6476/5 6476/6
6476/7 6479/16
6479/17 6479/23
6480/14 6482/8 6482/9
6484/8 6487/25 6488/1
6489/1 6489/18
6492/16 6519/8 6523/5
6523/8 6523/24 6524/3
6524/5 6525/16
6525/17 6528/18
6531/15 6531/24
6533/14 6535/8 6552/9
6553/13 6554/19
6562/5 6564/14
6565/14 6565/21
6567/23 6568/3
6568/12 6568/25
6569/4 6572/1 6574/21
6576/13 6577/7 6577/7
6577/22 6578/1 6580/6
6581/4 6586/2 6586/6
6588/7 6589/19
**Greene's [30]** 6474/21
6475/4 6488/9 6519/13
6519/18 6520/6 6520/7
6521/22 6522/21
6524/4 6524/10 6526/1
6526/8 6527/10
6527/25 6528/7
6529/23 6530/19
6530/19 6531/6 6531/9
6531/16 6533/8 6562/1

6566/14 6569/21
6587/22
**grievances [3]** 6478/6
6478/8 6481/7
**grossi [1]** 6447/14
**ground [2]** 6563/22
**grounds [6]** 6479/20
6550/11 6550/15
6550/18 6550/20
6550/24
**group [23]** 6462/5
6478/25 6479/23
6479/24 6480/13
6480/13 6485/15
6492/21 6509/10
6509/25 6510/16
6510/16 6511/5 6511/7
6520/3 6520/5 6521/10
6521/11 6521/13
6521/17 6527/2
6528/18 6566/10
**groups [2]** 6521/5
6530/7
**guess [2]** 6514/20
6578/3
**guidance [1]** 6493/3
**guilt [2]** 6461/22
6492/9
**guns [4]** 6484/20
6496/25 6497/5
6574/15
**guy [3]** 6544/9 6544/15
6545/9

**H**

**habit [1]** 6516/25
**had [44]** 6451/7
6451/17 6451/23
6458/25 6459/10
6460/4 6466/8 6467/18
6474/14 6476/13
6482/10 6486/7 6486/8
6486/13 6490/20
6496/5 6497/24
6508/10 6517/18
6517/23 6523/23
6539/6 6543/20
6543/21 6543/25
6545/24 6546/1 6549/7
6549/21 6555/21
6556/2 6556/3 6556/7
6556/24 6556/24
6557/4 6558/24
6558/25 6566/19
6569/1 6569/14
6569/15 6578/21
6587/14
**half [7]** 6505/25
6551/22 6552/6 6553/1
6581/20 6583/2 6584/5
**Haller [3]** 6447/6
6447/6 6450/17
**hallerjulia [1]** 6447/9
**hand [7]** 6470/14
6472/1 6493/24
6505/14 6508/10
6542/16 6569/21

**handbook [6]** 6454/19
6455/14 6455/25
6458/14 6460/23
6472/16
**handle [2]** 6478/1
6479/4
**Hang [3]** 6502/9
6516/12 6535/6
**happen [1]** 6464/13
**happened [1]** 6545/1
**happening [3]** 6464/12
6467/11 6578/12
**happens [6]** 6462/4
6462/6 6463/17
6463/18 6464/13
6551/14
**happy [5]** 6477/9
6480/1 6481/19 6485/7
6554/20
**harassed [1]** 6496/6
**harken [1]** 6490/13
**harm [1]** 6462/2
**Harris [1]** 6481/13
**has [39]** 6454/6 6459/4
6461/8 6461/14
6462/17 6463/5
6464/25 6465/8
6465/12 6466/7
6468/17 6469/11
6471/23 6473/1
6476/23 6479/8
6483/11 6486/17
6489/20 6492/21
6493/18 6493/19
6499/3 6534/23
6534/24 6535/25
6537/23 6537/25
6538/3 6538/7 6548/11
6559/9 6559/23 6565/1
6574/6 6574/15
6577/13 6578/24
6579/6
**hasn't [2]** 6485/8
6493/13
**have [139]** 6452/9
6452/16 6452/20
6452/21 6453/4
6453/12 6453/22
6454/9 6456/20 6457/3
6457/4 6457/9 6457/14
6457/24 6458/3 6459/2
6459/10 6460/20
6462/18 6464/15
6466/6 6466/14 6467/9
6468/10 6468/14
6468/14 6469/6 6469/7
6469/25 6470/22
6471/10 6471/14
6472/15 6472/21
6473/3 6473/25
6473/25 6474/1
6474/14 6475/16
6475/18 6475/23
6476/9 6481/10 6482/1
6482/9 6482/14 6483/5
6483/12 6484/4
6486/19 6487/23
6488/14 6488/17

**H**

**have... [85]** 6489/1
6490/19 6490/23
6490/25 6491/9
6493/15 6496/22
6498/6 6498/10
6498/13 6498/13
6498/16 6499/13
6499/22 6505/10
6507/19 6508/19
6509/9 6512/10 6513/5
6513/17 6514/23
6514/24 6517/11
6519/12 6519/14
6520/11 6520/13
6521/10 6522/24
6523/17 6524/13
6529/17 6530/6 6532/6
6532/9 6532/20
6532/22 6532/24
6534/21 6535/10
6535/25 6536/3 6536/7
6536/18 6536/20
6536/21 6539/1 6539/9
6539/11 6539/12
6539/13 6539/16
6539/23 6540/5 6540/8
6541/18 6543/1
6545/11 6549/16
6551/15 6552/13
6553/9 6554/8 6554/20
6558/1 6559/19
6559/20 6562/16
6568/24 6569/9 6571/8
6572/4 6572/14
6572/19 6572/20
6573/20 6574/1
6579/18 6584/7
6586/15 6586/15
6586/19 6588/5 6589/11
**haven't [2]** 6452/21
6567/18
**having [6]** 6452/12
6452/18 6484/14
6501/6 6522/15 6547/8
**he [163]**
**he didn't [3]** 6474/1
6576/15 6582/8
**he said [10]** 6474/18
6475/6 6475/15
6475/16 6502/13
6506/9 6511/20 6559/7
6582/12 6585/19
**he'd [1]** 6534/13
**he'll [1]** 6461/3
**he's [27]** 6457/10
6466/3 6466/5 6467/1
6468/8 6468/25
6476/14 6479/6 6479/6
6479/18 6480/20
6493/23 6519/21
6524/2 6524/8 6524/9
6534/14 6536/19
6536/21 6537/18
6538/19 6545/9 6550/4
6568/7 6578/3 6585/16
6587/25
**head [1]** 6587/23

**heading [1]** 6531/8
**headphones [3]**
6577/19 6579/3 6579/4
**heads [1]** 6553/5
**heads-up [1]** 6553/5
**hear [7]** 6475/1 6485/7
6494/10 6496/12
6500/24 6576/16
6577/24
**heard [8]** 6454/15
6466/19 6468/11
6469/7 6469/7 6473/4
6492/14 6576/13
**hearing [4]** 6468/15
6477/7 6495/2 6577/2
**hearsay [9]** 6456/3
6457/8 6457/16
6457/21 6457/22
6459/20 6460/8
6476/16 6480/7
**heavier [1]** 6511/6
**help [20]** 6462/20
6462/20 6462/21
6463/3 6466/2 6466/4
6468/19 6468/22
6468/25 6471/9
6471/16 6472/7
6478/20 6479/25
6480/16 6495/11
6496/20 6498/1
6514/10 6541/11
**helping [4]** 6476/24
6478/22 6480/11
6496/17
**her [33]** 6452/5 6452/7
6459/1 6459/15 6463/6
6463/7 6463/7 6464/1
6464/1 6464/25 6467/3
6467/4 6468/8 6485/9
6485/23 6486/2 6486/9
6494/10 6494/13
6497/23 6497/25
6499/21 6499/22
6508/17 6516/25
6516/25 6517/15
6518/23 6555/1 6555/1
6584/14 6589/4
6589/17
**here [72]** 6451/3
6455/11 6456/6
6456/24 6459/6
6460/21 6462/12
6462/16 6463/9 6464/7
6464/10 6465/24
6467/25 6469/18
6471/13 6477/17
6478/18 6479/16
6479/17 6481/5
6481/24 6485/10
6485/14 6490/20
6492/1 6492/3 6493/13
6497/15 6504/7
6504/23 6505/14
6505/23 6506/15
6513/15 6513/21
6515/5 6515/10
6519/24 6520/1

6526/19 6527/17
6528/3 6528/17 6529/6
6531/2 6533/14
6536/22 6538/13
6540/22 6541/18
6542/10 6548/6 6551/5
6552/15 6558/1 6558/4
6562/5 6562/6 6562/9
6567/12 6569/25
6571/20 6572/7
6577/22 6579/17
6580/13 6583/1
6586/15 6587/11
6588/5
**here's [2]** 6536/24
6538/14
**hesitance [1]** 6452/21
**hesitate [1]** 6567/6
**hey [2]** 6457/25 6548/2
**HI [1]** 6448/9
**highlight [3]** 6491/24
6520/22 6557/22
**highlighting [1]**
6564/16
**highly [1]** 6486/17
**him [37]** 6455/14
6470/15 6470/23
6471/21 6472/4 6474/3
6475/6 6475/13
6475/18 6475/20
6475/22 6480/24
6484/12 6484/14
6484/17 6484/21
6486/1 6501/22
6502/11 6503/20
6506/16 6507/4
6511/19 6535/13
6535/25 6536/20
6536/22 6542/6
6542/23 6543/22
6545/7 6552/16
6576/16 6580/21
6582/12 6582/16
6582/19
**himself [2]** 6479/21
6479/21 6577/13
**hindering [1]** 6485/21
**his [44]** 6455/15
6458/25 6466/14
6469/12 6471/23
6474/2 6474/22
6479/22 6480/13
6484/13 6487/5
6492/17 6496/1
6506/16 6520/12
6523/9 6524/19
6534/12 6534/16
6536/5 6536/6 6536/9
6536/22 6542/6
6537/2 6537/20
6537/23 6544/17
6547/23 6547/23
6547/25 6551/6
6564/10 6564/11
6564/12 6569/4
6569/15 6571/14
6576/15 6580/24

6586/7
**history [3]** 6453/11
6487/23 6513/24
**hit [2]** 6478/1 6479/5
**hold [2]** 6477/4
6493/13
**honor [90]** 6450/6
6450/25 6451/10
6451/17 6453/1
6453/17 6453/23
6454/15 6455/22
6456/11 6456/14
6458/24 6459/10
6459/17 6459/19
6460/24 6460/25
6461/2 6461/12
6462/11 6467/15
6469/16 6470/18
6471/10 6472/14
6473/6 6474/25
6475/24 6478/14
6478/15 6480/5
6481/18 6484/1 6484/6
6484/10 6487/9
6487/11 6487/14
6488/4 6491/25 6493/6
6493/17 6494/3
6494/18 6498/5 6499/2
6499/25 6502/15
6503/3 6504/12
6504/18 6505/5
6506/21 6508/4
6509/15 6510/3
6510/21 6511/12
6512/1 6512/22
6513/10 6519/5
6523/19 6523/22
6531/25 6534/20
6535/4 6536/16 6543/2
6543/4 6544/17
6547/12 6547/15
6552/11 6553/16
6554/15 6554/21
6560/7 6561/6 6561/21
6561/23 6561/24
6577/6 6577/25 6578/8
6587/8 6587/9 6587/11
6589/5 6589/22
**HONORABLE [2]**
6445/10 6450/2
**hope [2]** 6473/14
6589/25
**Hopefully [1]** 6453/19
**hoping [1]** 6476/13
**hotel [7]** 6463/11
6463/12 6463/22
6463/23 6468/8
6480/19 6481/1
**hour [8]** 6461/4
6464/21 6468/2
6469/11 6552/1
6560/13 6583/2
6583/15
**hours [13]** 6478/5
6478/8 6480/18 6525/9
6549/15 6551/22
6551/23 6551/23

6552/6 6552/6 6553/1
6576/9 6581/20
**house [5]** 6462/6
6462/7 6462/24
6479/19 6493/24
**how [49]** 6456/16
6456/20 6457/13
6457/14 6457/21
6458/15 6459/25
6461/3 6470/13
6470/19 6474/13
6477/18 6481/16
6490/4 6493/9 6501/25
6514/10 6515/23
6525/7 6525/9 6526/25
6533/8 6536/1 6537/12
6538/23 6539/10
6540/9 6542/14
6542/20 6543/8
6549/11 6551/20
6554/24 6555/24
6557/4 6558/4 6567/23
6568/18 6568/22
6568/24 6577/11
6579/10 6581/7
6581/15 6582/15
6583/24 6585/19
6587/16 6588/24
**however [2]** 6482/6
6538/3
**huddle [1]** 6465/16
**Hughes [2]** 6445/14
6450/13
**humble [1]** 6465/22
**hundred [4]** 6529/17
6533/11 6539/8 6565/2
**husband [6]** 6464/1
6464/1 6464/25 6467/3
6467/4 6468/8
**hyperbole [1]** 6468/13

**I**

**I admit [1]** 6495/20
**I apologize [3]** 6476/12
6518/20 6526/24
**I believe [23]** 6455/11
6457/6 6475/14 6476/3
6487/4 6497/8 6499/15
6518/19 6520/9
6522/15 6523/18
6526/21 6546/5 6546/7
6554/10 6554/18
6558/15 6559/5 6562/1
6564/2 6565/12 6572/5
6577/13
**I can [14]** 6472/16
6484/6 6491/15 6497/8
6497/9 6527/1 6535/2
6550/5 6565/17 6566/8
6569/6 6569/10
6582/20 6590/1
**I can't [4]** 6503/1
6546/17 6565/18
6570/14
**I did [10]** 6455/12
6487/11 6517/8
6522/14 6561/25
6576/16 6578/2 6578/7

**I**

**I did... [2]** 6578/7
6580/16
**I didn't [5]** 6455/17
6474/25 6491/13
6544/17 6578/6
**I didn't know [1]**
6562/3
**I didn't see [1]** 6562/8
**I don't [24]** 6452/14
6452/22 6476/19
6477/5 6477/13
6484/25 6485/20
6487/16 6492/12
6492/16 6494/1 6494/4
6495/17 6524/18
6550/4 6559/5 6565/23
6567/6 6575/25 6576/1
6579/2 6579/5 6582/20
6583/20
**I don't have [1]**
6472/21
**I don't recall [8]**
6475/15 6475/18
6475/22 6486/23
6495/20 6557/7
6567/16 6567/25
**I gave [1]** 6487/17
**I guess [2]** 6514/20
6578/3
**I have [9]** 6452/16
6452/21 6453/22
6466/6 6470/22
6517/11 6534/21
6543/1 6549/16
**I haven't [1]** 6452/21
**I hope [1]** 6473/14
**I just [6]** 6451/17
6464/23 6468/6
6486/15 6559/20
6569/1
**I know [9]** 6470/21
6475/19 6476/6
6491/25 6495/2 6546/2
6566/9 6569/8 6586/13
**I mean [16]** 6460/19
6488/20 6489/20
6490/14 6491/13
6492/13 6498/21
6502/17 6524/18
6529/17 6544/25
6547/22 6578/20
6579/15 6582/25
6587/3
**I recall [3]** 6495/18
6507/6 6552/1
**I say [3]** 6490/20
6559/1 6576/1
**I should [2]** 6514/20
6569/9
**I think [65]** 6451/23
6451/25 6453/22
6454/4 6454/19 6455/3
6459/8 6460/19 6464/3
6464/19 6467/2
6468/12 6468/16
6468/20 6469/24
6474/7 6476/5 6476/15

6484/16 6485/3
6485/10 6485/22
6486/9 6487/12 6488/2
6488/4 6489/7 6489/10
6489/20 6489/21
6490/2 6491/4 6491/16
6492/10 6492/13
6492/20 6493/23
6494/3 6494/19 6499/6
6503/24 6504/14
6512/11 6513/21
6514/23 6514/24
6531/13 6534/24
6537/22 6538/17
6538/13 6538/18
6547/10 6551/15
6551/25 6551/25
6552/22 6558/18
6564/4 6578/24
6582/18 6583/22
6587/16
**I thought [8]** 6451/21
6467/16 6467/18
6473/8 6485/3 6502/24
6555/3 6555/5
**I understand [15]**
6454/22 6469/3
6473/19 6480/5
6480/19 6483/7
6489/10 6491/7 6498/5
6499/8 6524/7 6538/9
6538/18 6569/8
6571/13
**I want [12]** 6468/11
6469/4 6477/17 6526/5
6536/10 6541/19
6563/8 6571/13
6571/15 6571/16
6573/7 6573/8
**I wanted [2]** 6563/6
6576/3
**I was [5]** 6503/12
6517/2 6561/8 6563/6
6579/9
**I will [8]** 6460/16
6469/10 6481/22
6484/19 6488/20
6497/13 6553/4
6577/21
**I worked [1]** 6500/1
**I would [2]** 6467/20
6546/22
**I wouldn't [1]** 6549/13
**I'd [10]** 6457/14 6460/5
6477/7 6551/15 6554/7
6557/9 6563/15
6563/23 6575/25
6578/22
**I'll [23]** 6450/25
6453/25 6454/7 6454/9
6459/7 6469/15
6473/12 6494/13
6498/2 6500/17
6527/15 6536/15
6548/5 6549/24
6552/21 6553/7
6557/16 6560/20

6579/14 6579/18
6589/23
**I'm [68]** 6452/8
6452/11 6454/24
6455/11 6455/19
6456/5 6458/20
6459/19 6466/9
6467/18 6468/14
6469/1 6470/23
6470/24 6474/25
6475/10 6477/9 6478/7
6480/1 6481/19 6485/5
6485/7 6486/5 6487/5
6490/22 6491/19
6493/2 6493/4 6493/4
6493/12 6493/17
6493/25 6494/16
6495/7 6499/9 6502/16
6502/18 6502/19
6508/4 6519/15 6521/6
6522/15 6524/15
6526/23 6529/17
6531/13 6536/16
6539/20 6542/14
6543/16 6544/15
6544/17 6552/20
6554/23 6559/8 6560/9
6562/7 6562/18 6565/6
6567/16 6568/20
6571/11 6575/7 6575/7
6577/25 6579/9
6579/12 6587/24
**I'm going [7]** 6466/9
6469/1 6470/23
6491/19 6493/4
6536/16 6562/7
**I'm just [3]** 6456/5
6493/2 6493/12
**I'm not [7]** 6502/16
6502/19 6552/20
6567/16 6568/20
6575/7 6579/8
**I'm not sure [4]**
6452/11 6487/5
6490/22 6499/9
**I'm sorry [16]** 6454/24
6467/18 6474/25
6475/10 6478/7
6494/16 6508/4
6526/23 6531/13
6539/20 6542/14
6559/8 6565/6 6571/11
6575/7 6577/25
**I'm sure [1]** 6452/8
**I've [29]** 6452/24
6458/14 6458/21
6469/5 6469/17 6474/7
6483/21 6488/21
6488/21 6508/21
6513/19 6534/20
6536/11 6537/11
6537/12 6538/8
6538/10 6538/14
6538/15 6538/16
6538/17 6539/3 6539/5
6539/6 6539/7 6539/7
6545/8 6567/22 6587/4

6497/25 6535/10
6536/18
**ideas [2]** 6474/15
6479/22
**identification [2]**
6557/13 6557/17
**identify [3]** 6505/22
6560/2 6570/23
**illegitimacy [1]**
6478/10
**illegitimate [3]** 6477/25
6479/3 6481/8
**imagine [2]** 6503/2
6554/11
**immediately [3]** 6478/7
6478/9 6575/17
**impact [2]** 6483/23
6556/24
**impeach [7]** 6455/5
6455/6 6457/3 6458/2
6492/4 6492/6 6552/14
**impeached [1]** 6457/9
**impeachment [1]**
6578/20
**implicated [2]** 6491/11
6491/14
**import [1]** 6506/7
**important [7]** 6464/19
6563/11 6563/14
6563/15 6563/16
6563/17 6563/19
**importantly [2]**
6482/12 6482/15
**imprimatur [1]** 6502/20
**improper [2]** 6454/23
6455/16 6486/16
**inartfully [1]** 6471/4
**inclined [1]** 6485/6
**include [2]** 6485/23
6513/8
**included [1]** 6572/18
**includes [2]** 6462/5
6478/25
**including [5]** 6468/17
6474/1 6479/14
6480/13 6495/11
**inconsistent [2]**
6474/18 6499/7
**incorrectly [1]** 6456/17
**incredibly [1]** 6473/23
**INDEX [2]** 6449/2
6449/9
**indicate [2]** 6529/22
6532/10
**indicated [4]** 6494/20
6516/15 6547/14
6588/23
**indicating [1]** 6508/14
**indictment [1]** 6467/22
**individual [5]** 6489/8
6489/9 6491/22
6508/13 6544/11
**individually [1]**
6565/14
**individuals [7]** 6464/17
6469/2 6469/4 6493/23
6506/2 6541/15

**industry [2]** 6458/18
6459/13
**inference [1]** 6524/21
**inferences [1]** 6480/21
**information [13]**
6452/13 6512/17
6522/25 6523/1 6523/2
6536/7 6543/25
6554/19 6554/20
6554/22 6557/20
6579/9 6587/10
**informed [2]** 6453/15
6556/5
**initial [1]** 6534/21
**initially [1]** 6515/23
**inside [8]** 6462/19
6462/22 6468/22
6478/22 6511/20
6559/21 6559/23
6587/22
**insofar [2]** 6483/9
6486/22
**instead [1]** 6589/4
6589/8
**instruct [1]** 6486/5
**instructed [1]** 6586/16
**instruction [8]** 6485/4
6487/17 6500/21
6516/11 6586/20
6587/4 6587/6 6587/17
**instructions [4]** 6473/8
6500/18 6513/3
6589/25
**intel [7]** 6522/15
6522/20 6523/13
6525/4 6566/10
6566/11 6588/7
**intend [5]** 6456/15
6456/20 6459/2
6479/16 6560/7
**intended [2]** 6459/22
6459/25
**intending [2]** 6462/1
6502/11
**intends [3]** 6454/18
6454/20 6587/11
**intent [11]** 6464/14
6465/17 6466/23
6471/9 6482/25
6484/23 6488/5
6488/11 6489/17
6489/19 6497/20
**intention [2]** 6466/14
6468/18
**interest [1]** 6574/4
**interested [3]** 6468/15
6477/7 6573/17
**interesting [1]** 6466/17
**Internet [8]** 6534/4
6535/16 6540/10
6549/5 6549/8 6549/11
6549/15 6549/19
**interpreting [2]** 6587/5
6587/15
**interrupt [2]** 6470/4
6489/13
**interview [18]** 6502/3

6605

**I**

interview... [17] 6502/4
6543/10 6545/10
6550/6 6551/4 6551/20
6552/5 6552/17
6552/24 6562/2 6577/9
6577/15 6578/5 6581/7
6581/8 6581/16
6581/19
interviews [2] 6467/6
6545/23
introduce [8] 6451/9
6452/1 6452/7 6452/11
6455/7 6458/7 6477/22
6489/22
introduced [8] 6495/22
6497/6 6535/7 6571/8
6572/14 6573/21
6575/14 6584/23
introducing [2] 6452/5
6457/7
introduction [2]
6484/11 6497/22
investigating [1]
6538/10
investigation [14]
6510/9 6536/5 6537/3
6537/7 6537/8 6537/15
6537/20 6539/10
6548/15 6558/25
6559/11 6559/14
6559/24 6563/17
investigations [1]
6540/1
investigator [5] 6536/8
6536/9 6537/1 6538/4
6538/5
invoked [1] 6494/9
involved [2] 6501/22
6503/22
involvement [1]
6484/13
IP [1] 6533/20
is [362]
is that correct [5]
6521/1 6532/3 6540/14
6583/8 6583/16
Is that right [1] 6581/5
is the [1] 6492/7
is there [4] 6452/4
6552/8 6575/22
6575/24
Isaacs [71] 6447/10
6450/10 6450/20
6487/24 6487/24
6488/8 6489/3 6489/4
6489/16 6489/19
6490/23 6492/14
6499/3 6501/21 6503/9
6503/17 6503/18
6504/6 6504/10
6504/15 6504/21
6505/22 6505/23
6506/14 6507/3
6507/16 6508/10
6509/1 6509/4 6509/7
6509/22 6510/15
6511/4 6511/18 6513/7

6515/22 6516/10
6543/10 6543/18
6543/25 6544/24
6545/20 6546/4
6546/23 6547/23
6549/7 6549/21 6550/2
6550/11 6550/15
6550/20 6551/5
6551/20 6552/5
6552/24 6577/17
6577/18 6577/19
6578/12 6579/4 6579/7
6580/7 6580/11
6580/15 6580/19
6581/24 6582/1 6583/1
6583/7
Isaacs' [8] 6512/18
6513/18 6513/19
6513/24 6515/12
6546/8 6548/11
6548/17
isn't [4] 6465/24
6466/17 6491/12
6571/10
issue [29] 6452/16
6461/7 6468/12
6474/17 6476/12
6476/20 6476/6 6485/1
6486/18 6491/12
6492/24 6493/3 6496/8
6500/1 6502/18
6504/12 6535/8
6535/14 6537/22
6547/18 6547/23
6547/25 6560/24
6572/20 6573/14
6577/4 6578/25 6587/3
6587/14
issued [1] 6547/6
issues [6] 6451/18
6486/18 6500/14
6578/15 6578/15
6582/7
it [310]
it would be [2]
6459/15 6578/21
it's [86] 6451/21
6452/6 6452/9 6452/22
6453/12 6453/23
6454/19 6455/8
6455/11 6455/24
6456/3 6457/4 6458/10
6459/5 6459/12 6460/6
6467/8 6469/22
6470/23 6471/6
6471/11 6471/12
6472/19 6473/12
6474/10 6474/16
6474/18 6477/6
6480/17 6481/25
6482/20 6484/14
6484/17 6485/18
6485/25 6485/25
6486/1 6486/2 6488/18
6490/11 6490/15
6490/18 6490/22
6491/7 6492/17 6494/7

6498/15 6499/21
6502/3 6504/14 6522/6
6524/10 6524/16
6524/18 6526/25
6527/1 6529/11
6530/11 6530/13
6533/4 6535/2 6535/23
6536/10 6536/11
6536/17 6537/19
6537/25 6542/2 6548/6
6548/13 6552/22
6560/11 6561/22
6568/23 6571/5 6573/8
6574/7 6574/21
6582/10 6585/15
6585/15 6589/9
items [3] 6548/23
6548/25 6549/20
its [14] 6457/17
6457/18 6466/24
6474/10 6482/12
6483/1 6483/2 6489/6
6490/1 6491/5 6534/24
6537/9 6571/16 6573/1
itself [2] 6521/15
6579/3

---

**J**

James [2] 6525/22
6588/16
Jan [8] 6522/14
6528/17 6529/8
6559/12 6566/10
6567/20 6567/21
6567/21
Jan. [4] 6488/1
6488/10 6530/3
6563/10
January [75] 6462/6
6463/7 6465/25 6466/2
6467/12 6467/23
6467/24 6468/3 6468/5
6470/8 6471/19
6471/24 6472/10
6474/4 6476/11
6476/17 6477/1
6477/23 6479/2
6482/10 6482/11
6488/7 6488/8 6504/3
6506/17 6507/5 6509/9
6516/20 6517/25
6518/2 6518/8 6518/11
6518/15 6522/20
6523/13 6525/4 6528/5
6528/24 6529/21
6530/15 6530/23
6531/7 6531/16 6533/9
6541/10 6541/16
6542/6 6550/8 6550/10
6550/13 6550/14
6550/19 6550/23
6551/1 6555/23
6556/12 6556/16
6556/20 6557/5 6557/5
6558/5 6558/6 6559/3
6563/12 6563/13

6572/7 6572/10
6572/10 6573/4
6576/10 6579/18
6588/7 6588/11
January 20th [2]
6557/5 6558/6
January 2nd [2]
6528/5 6528/24
January 3rd [1]
6529/21
January 5/6 D.C. Op
Intel Team [2] 6525/4
6588/7
January 5th [2]
6530/23 6531/7
January 6th [45]
6462/6 6463/7 6465/25
6466/2 6467/12 6470/8
6471/19 6471/24
6472/10 6474/4
6476/11 6476/17
6477/23 6479/2
6482/10 6488/7 6488/8
6504/3 6506/17 6507/5
6509/9 6516/20
6530/15 6533/9
6541/10 6541/16
6542/6 6550/8 6550/10
6550/13 6550/14
6550/19 6550/23
6551/1 6555/23
6556/20 6559/3
6563/12 6563/22
6565/22 6572/7
6572/10 6576/10
6579/18 6588/11
January 7th [3] 6468/3
6468/5 6558/5
JC [1] 6477/19
Jefferson [1] 6447/11
Jeffrey [2] 6445/13
6450/12
Jeffrey Nestler [1]
6450/12
Jessica [6] 6476/1
6496/11 6496/12
6498/13 6508/23
6508/25
Jessica Watkins [3]
6498/13 6508/23
6508/25
Jessica Watkins' [1]
6476/1
John [3] 6446/2 6446/2
6450/14
John Machado [1]
6450/14
johnlmachado [1]
6446/5
joined [1] 6464/11
Joseph [1] 6447/10
Joshua [2] 6525/22
6588/16
Joshua James [1]
6525/22
Jr [2] 6447/2 6448/7
JUDGE [33] 6445/10

6474/11 6456/13
6457/12 6457/21
6458/23 6459/7 6460/4
6460/16 6472/19
6499/16 6499/24
6503/4 6547/9 6547/19
6548/5 6552/21 6553/7
6553/12 6561/14
6578/13 6579/20
6582/2 6582/4 6582/7
6582/13 6582/22
6587/19 6589/13
6589/20
Judge's [1] 6586/20
judicial [2] 6460/14
6547/13
Juli [2] 6447/6 6450/17
Juli Haller [1] 6450/17
JULIA [1] 6447/6
June [1] 6556/1
jurors [2] 6499/1
6551/6
jury [45] 6445/9 6452/9
6452/12 6453/14
6456/22 6458/11
6459/3 6466/22 6471/6
6471/14 6473/7 6477/3
6477/11 6477/19
6479/16 6479/21
6480/21 6480/23
6481/1 6481/19 6485/2
6486/5 6486/15
6489/15 6490/4
6491/25 6492/7 6492/8
6500/9 6500/10
6502/17 6502/22
6508/17 6517/14
6536/12 6558/21
6560/19 6562/14
6562/15 6571/10
6571/12 6572/23
6579/3 6589/12
6589/25
jury's [2] 6492/25
6497/19
just [116] 6451/17
6454/4 6455/20 6456/5
6457/13 6458/24
6459/6 6459/11
6460/16 6460/17
6461/7 6462/25
6463/21 6463/25
6464/12 6464/21
6464/23 6465/1
6465/23 6466/12
6467/20 6468/6
6468/11 6469/16
6471/2 6471/3 6471/7
6471/11 6473/10
6477/2 6477/16
6477/17 6477/19
6480/1 6480/1 6480/4
6480/6 6481/5 6481/6
6483/21 6484/10
6484/17 6484/17
6486/15 6487/19
6488/16 6490/4

**J**

just... [69] 6490/13
6490/19 6491/24
6493/2 6493/12
6494/14 6495/4 6496/2
6498/5 6499/21
6500/13 6504/13
6505/13 6505/13
6505/19 6506/1
6507/14 6512/13
6513/2 6513/5 6513/8
6513/19 6513/15 6515/7
6519/3 6519/15
6521/15 6525/19
6525/23 6530/11
6531/8 6533/9 6533/23
6535/2 6536/11
6544/19 6547/20
6548/2 6550/16 6553/9
6557/12 6557/22
6558/17 6559/10
6559/20 6560/11
6563/8 6563/24
6563/25 6564/1 6564/1
6565/10 6569/1
6569/10 6569/19
6569/20 6572/12
6574/5 6576/2 6577/21
6578/22 6579/9
6579/18 6582/7
6582/14 6582/24
6582/25 6588/20
6589/15

**K**

Kailua [1] 6448/9
Kathryn [2] 6445/13
6450/12
Kathryn Rakoczy [1]
6450/12
kathryn.rakoczy [1]
6445/18
keep [5] 6469/1
6469/15 6469/17
6480/1 6499/21
Keeper [1] 6507/4
Keepers [9] 6461/25
6462/20 6504/22
6506/16 6509/24
6510/12 6541/15
6542/5 6546/6
Keepers.org [1]
6515/20
Kelly [15] 6462/5
6462/8 6463/11
6463/13 6463/14
6465/24 6468/24
6470/2 6510/11
6529/12 6529/13
6531/1 6531/5 6531/6
6585/12
Kelly Meggs [14]
6462/5 6462/8 6463/11
6463/13 6463/14
6465/24 6468/24
6470/2 6510/11
6529/12 6529/13
6531/1 6531/5 6585/12

6531/6
Kellye [16] 6469/20
6470/8 6470/11
6471/22 6473/5
6481/22 6482/22
6493/10 6493/20
6498/8 6498/12 6542/2
6542/3 6542/4 6542/10
6542/21
Kellye SoRelle [16]
6469/20 6470/8
6470/11 6471/22
6473/5 6481/22
6482/22 6493/10
6493/20 6498/8
6498/12 6542/2 6542/3
6542/4 6542/10
6542/21
Kentucky [1] 6484/16
kept [2] 6461/14
6483/3
kicking [3] 6470/16
6472/4 6542/24
kind [12] 6460/6
6464/23 6470/12
6471/4 6471/9 6491/3
6495/14 6502/5 6529/5
6532/10 6539/1
6560/11
kinda [1] 6542/13
kinds [3] 6464/4
6551/2 6579/9
kit [1] 6495/14
kits [1] 6480/11
kneel [1] 6478/13
knew [4] 6474/12
6476/9 6511/19 6552/7
know [84] 6460/22
6460/25 6466/12
6466/13 6466/16
6468/17 6468/23
6469/9 6470/21
6471/10 6471/25
6473/24 6474/4
6474/13 6475/19
6476/1 6476/4 6476/6
6479/11 6479/15
6481/16 6486/22
6488/20 6490/9
6490/11 6490/18
6491/18 6491/25
6492/15 6494/16
6495/2 6495/17
6499/20 6524/2
6529/11 6537/9
6538/14 6543/25
6544/11 6544/19
6544/25 6545/7 6546/1
6546/2 6546/13
6546/15 6546/17
6547/6 6547/20
6547/23 6548/12
6549/10 6549/25
6549/25 6551/16
6551/17 6551/19
6555/20 6559/8
6561/11 6562/3

6566/18 6568/23
6569/8 6570/22 6571/1
6571/3 6571/9 6573/18
6574/3 6574/5 6574/25
6575/23 6577/6 6578/8
6578/15 6578/18
6583/21 6586/13
6587/25 6588/3
knowledge [5] 6474/1
6474/2 6534/12 6537/6
6560/4
known [1] 6498/10
knows [7] 6459/3
6470/15 6472/4
6473/10 6536/1
6542/23 6566/1
kudos [1] 6560/25

**L**

L. [1] 6450/11
lack [2] 6519/20
6532/16
lacks [2] 6522/5
6534/8
ladies [4] 6513/2
6519/3 6531/22
6559/19
Lamberth [1] 6589/13
land [1] 6455/12
language [1] 6456/24
large [1] 6462/1
largely [3] 6469/4
6483/16 6483/18
last [21] 6454/17
6455/17 6459/6 6459/9
6460/5 6465/2 6466/20
6470/18 6472/20
6473/8 6480/4 6491/24
6495/4 6506/8 6527/14
6531/23 6567/4 6570/6
6575/13 6587/3
6587/13
lasted [2] 6577/12
6579/11
late [3] 6451/3 6459/8
6515/1
later [11] 6468/2
6478/3 6478/5 6478/8
6478/11 6515/25
6525/20 6542/20
6560/15 6562/4 6562/7
latest [1] 6468/4
launch [1] 6534/21
Laura [2] 6446/9
6450/9
Laura Steele [1]
6450/9
law [16] 6446/2
6446/10 6447/2 6447/6
6447/15 6448/3 6448/7
6454/22 6454/25
6455/12 6459/15
6485/14 6498/23
6536/25 6536/25
6560/25
Lawn [1] 6448/3
lawyer [1] 6583/7

6536/15 6538/19
laymen's [1] 6533/3
lays [1] 6536/9
leader [6] 6471/18
6479/13 6482/6 6482/7
6485/25 6510/11
leading [4] 6456/18
6467/11 6563/12
6582/20
learn [2] 6537/18
6537/20
learned [8] 6455/6
6455/8 6457/8 6458/7
6459/23 6537/9
6537/12 6537/23
least [5] 6468/19
6497/15 6563/17
6583/1 6589/24
leave [2] 6466/10
6582/25
leaves [1] 6493/8
Lee [1] 6448/7
left [7] 6480/18 6483/5
6483/11 6493/24
6505/14 6528/3
6569/21
left-hand [2] 6505/14
6569/21
legacy [1] 6478/14
legal [1] 6539/4
Leigh [1] 6445/13
length [2] 6578/17
6578/19
less [5] 6515/25
6543/12 6543/13
6543/16 6552/3
let [20] 6458/13 6459/6
6460/25 6461/7 6474/7
6486/13 6491/13
6491/16 6491/24
6500/20 6502/16
6513/2 6548/9 6553/9
6557/10 6558/17
6567/10 6572/16
6572/16 6574/5
let's [25] 6451/6
6462/3 6466/10
6469/17 6470/6
6477/16 6499/1
6499/20 6500/12
6501/21 6535/6
6535/11 6536/3
6541/18 6560/12
6560/14 6566/10
6573/6 6575/9 6576/2
6582/14 6582/15
6582/24 6583/13
6589/3
letter [1] 6515/17
letters [1] 6527/18
letting [1] 6502/18
level [1] 6466/15
library [5] 6472/25
6484/4
lie [3] 6492/22 6582/8
6582/10
lied [1] 6492/10

6452/1
6496/14 6496/14
6496/15 6496/23
6503/15 6526/20
6527/5 6527/5 6534/5
6534/7 6540/5 6540/12
6544/18 6553/14
6554/7 6558/9 6561/11
6568/22 6572/5
6575/25 6577/21
6578/6
limitations [1] 6457/21
limited [5] 6458/10
6469/5 6552/14
6552/18 6554/22
limiting [1] 6516/10
line [3] 6471/11
6472/19 6472/20
lines [1] 6469/22
list [3] 6520/2 6520/4
6520/14
literal [1] 6472/6
literally [1] 6549/7
literature [1] 6458/17
little [17] 6451/3
6459/8 6459/11 6483/8
6486/11 6504/2
6508/14 6515/8
6522/16 6543/12
6543/13 6548/15
6550/7 6551/5 6551/23
6554/7 6560/15
live [2] 6477/25 6479/3
LLP [1] 6446/6
located [4] 6503/17
6503/18 6518/23
6520/25
location [1] 6527/16
logistically [1] 6501/25
long [14] 6461/3
6475/14 6478/12
6500/13 6515/23
6536/5 6536/8 6538/23
6551/20 6553/2
6574/14 6577/11
6579/10 6588/24
longer [2] 6580/25
6581/2
look [27] 6451/7
6453/1 6453/3 6453/4
6454/10 6457/14
6472/17 6472/20
6491/18 6493/2
6497/12 6526/19
6538/8 6538/14
6544/18 6547/24
6548/21 6557/9 6569/2
6569/20 6571/6 6571/6
6576/2 6576/5 6579/14
6587/3 6589/9
looked [12] 6452/21
6513/17 6513/19
6517/10 6517/11
6517/17 6525/3 6527/2
6533/23 6549/2 6549/5
6568/1
looking [19] 6451/4
6458/5 6464/4 6483/16

6607

## L

looking... [15] 6483/18
6495/7 6496/2 6513/21
6515/10 6520/1 6522/1
6522/12 6526/19
6562/10 6573/13
6576/3 6576/17 6579/8
6579/9
looks [3] 6472/19
6558/9 6571/19
lost [2] 6525/9 6567/10
lot [11] 6518/5 6518/8
6550/11 6550/15
6550/17 6550/20
6551/12 6551/16
6551/17 6563/21
6567/15
lots [3] 6527/15
6534/15 6577/9
Louis [1] 6445/15
low [1] 6484/16
low-lying [1] 6484/16
lunch [2] 6560/16
6589/7
Lupo [6] 6462/5 6462/7
6462/7 6463/17
6466/16 6466/18
lying [1] 6484/16

## M

Machado [9] 6446/2
6446/2 6450/14 6487/4
6494/25 6495/5
6495/12 6495/14
6496/3
Machado's [2] 6495/18
6495/21
made [7] 6457/9
6465/3 6482/10
6486/17 6547/9
6547/22 6552/15
mail [1] 6484/7
main [1] 6496/1
maintain [2] 6555/14
6555/19
make [13] 6459/3
6469/16 6471/5
6492/16 6500/13
6502/17 6536/13
6563/6 6571/15 6573/8
6573/9 6585/16
6585/17
makes [1] 6482/2
making [3] 6471/25
6535/3 6544/18
many [21] 6470/13
6525/9 6530/7 6530/7
6533/8 6539/8 6542/14
6545/1 6549/11 6550/9
6554/24 6557/4 6558/4
6567/23 6568/18
6568/22 6568/24
6576/9 6576/18
6582/15 6586/18
Manzo [1] 6445/15
March [14] 6445/5
6501/22 6503/24
6505/1 6543/13 6550/6

6551/20 6562/2 6577/9
6580/7 6580/18 6591/7
marched [2] 6477/24
6479/10
mark [1] 6557/13
marked [2] 6574/6
6575/14
masked [1] 6534/24
masking [1] 6578/11
master's [1] 6532/24
matches [1] 6463/14
material [1] 6578/17
materials [2] 6458/17
6459/13
math [3] 6514/23
6514/25 6543/16
matrix [2] 6476/23
6491/3
Matt [1] 6545/7
matter [2] 6498/20
6591/4
mattered [1] 6472/22
may [23] 6452/19
6454/15 6455/22
6456/8 6456/22
6459/17 6460/14
6462/21 6464/9
6469/16 6472/14
6482/14 6483/20
6487/14 6490/25
6495/15 6495/22
6535/25 6556/1
6560/15 6588/18
maybe [4] 6453/2
6530/11 6530/12
6589/18
mayor [1] 6469/11
me [44] 6458/1 6458/8
6458/13 6459/6 6461/7
6461/9 6483/23 6485/7
6489/6 6491/24 6495/3
6498/3 6500/20 6513/2
6544/13 6544/17
6544/18 6545/20
6548/9 6551/19 6553/5
6553/9 6553/9 6555/25
6556/14 6557/10
6558/17 6559/8
6559/10 6561/7 6562/3
6565/6 6567/10 6569/8
6572/16 6572/16
6574/5 6577/24
6577/24 6578/8
6578/10 6578/13
6580/15 6589/13
mean [37] 6460/19
6472/6 6475/12
6488/20 6489/5
6489/20 6490/7
6490/14 6491/13
6492/13 6498/21
6502/17 6503/13
6521/14 6522/24
6524/18 6529/17
6533/1 6533/3 6537/4
6538/6 6538/9 6538/12

6547/22 6548/12
6548/13 6548/13
6563/16 6565/4
6577/16 6578/20
6579/15 6582/25
6583/8 6587/3
means [7] 6492/25
6523/1 6533/2 6537/24
6538/2 6565/14 6570/9
meant [1] 6511/19
mechanical [1]
6448/16
med [2] 6480/11
6495/14
medical [2] 6495/23
6495/24
meeting [15] 6501/22
6501/24 6502/2
6502/24 6503/8
6503/11 6503/14
6503/21 6504/11
6504/17 6504/22
6505/1 6509/9 6580/7
6580/18
meetings [1] 6479/18
Meggs [68] 6447/2
6450/10 6450/18
6461/13 6462/5 6462/8
6462/23 6463/5 6463/9
6463/11 6463/12
6463/13 6463/14
6463/15 6463/20
6463/24 6464/8
6464/24 6465/24
6466/8 6466/9 6466/25
6467/2 6467/6 6467/6
6467/10 6468/7
6468/20 6468/24
6469/8 6469/9 6469/12
6470/2 6478/3 6478/7
6478/7 6480/5 6480/10
6480/12 6480/19
6480/20 6481/6
6510/11 6516/8
6516/16 6516/19
6517/22 6518/3
6518/18 6519/4
6529/12 6529/13
6531/1 6531/5 6556/7
6556/16 6557/6
6558/18 6559/1 6559/2
6559/2 6559/15
6559/18 6560/2
6583/15 6583/19
6584/13 6585/12
Meggs' [14] 6463/9
6463/21 6466/13
6467/11 6469/2
6483/15 6517/4
6517/14 6518/14
6531/6 6554/25 6556/8
6556/11 6556/23
MEHTA [2] 6445/10
6450/3
member [1] 6542/5
members [2] 6498/19
6517/13

mesmerized [1]
6515/21
mental [1] 6547/25
Merit [1] 6448/11
message [107] 6462/5
6463/6 6463/7 6463/21
6464/9 6469/8 6470/23
6477/24 6478/16
6478/17 6479/3 6479/9
6479/11 6480/2
6481/14 6482/5
6516/19 6518/17
6518/23 6525/15
6525/19 6525/22
6526/21 6526/22
6526/23 6526/25
6527/1 6527/6 6527/9
6527/13 6527/14
6527/19 6527/25
6528/7 6528/9 6528/16
6528/20 6528/23
6528/25 6529/5 6529/7
6529/14 6529/15
6529/19 6529/22
6530/2 6530/3 6530/5
6530/14 6530/18
6530/21 6530/22
6531/3 6531/3 6531/4
6531/7 6531/10
6531/12 6532/2
6532/10 6532/12
6532/13 6532/14
6533/2 6533/4 6533/15
6533/22 6533/23
6534/1 6534/2 6534/6
6535/17 6535/19
6535/21 6540/10
6540/23 6541/19
6541/20 6541/21
6542/21 6554/25
6556/6 6556/25 6557/1
6557/22 6557/23
6558/2 6558/2 6558/9
6558/20 6559/6 6560/2
6567/4 6568/3 6568/12
6570/17 6570/25
6573/15 6574/21
6575/22 6576/22
6584/4 6584/22 6585/9
6585/11 6588/6
6588/10
messages [109]
6461/13 6461/17
6462/4 6462/12
6462/23 6463/1 6463/8
6464/4 6464/13
6467/25 6468/1
6469/25 6470/7
6470/20 6471/8
6471/12 6471/14
6471/17 6471/18
6478/3 6478/18
6478/24 6478/25
6479/13 6481/4
6481/22 6482/16
6488/1 6493/20
6516/25 6517/15
6517/17 6517/21

6518/22 6518/1 6518/4
6518/5 6518/8 6518/14
6521/16 6521/22
6523/8 6523/17
6523/18 6523/24
6524/4 6524/13
6525/11 6525/25
6533/8 6533/12
6534/18 6535/15
6535/16 6535/22
6538/6 6540/15
6541/14 6547/24
6554/13 6554/24
6555/10 6555/11
6555/22 6555/22
6555/25 6556/4
6556/11 6556/15
6557/4 6558/5 6559/12
6559/15 6559/18
6559/25 6563/24
6565/2 6565/15
6565/21 6566/1 6566/2
6566/4 6566/16
6567/23 6568/18
6568/24 6569/13
6569/15 6570/10
6570/13 6570/14
6571/20 6572/13
6572/17 6572/20
6573/5 6573/20 6575/6
6575/17 6576/7
6576/18 6584/2
6584/10 6584/14
6584/17 6585/25
6586/7 6586/13
6587/16
messaging [5] 6486/8
6479/22 6480/12
6480/21 6570/9
met [4] 6487/2 6508/19
6508/21 6545/8
MG [2] 6574/6 6574/20
MG118 [1] 6575/2
MG121 [1] 6572/1
Michael [19] 6448/2
6450/11 6471/20
6501/3 6501/5 6501/15
6519/8 6519/13
6525/16 6525/17
6531/6 6533/14
6568/25 6569/4
6569/21 6572/1
6574/21 6586/2 6588/7
Michael Greene [11]
6471/20 6519/8
6525/16 6525/17
6533/14 6568/25
6569/4 6572/1 6574/21
6586/2 6588/7
Michael Greene's [2]
6519/13 6569/21
Michael L. Greene [1]
6450/11
Michael Palian [3]
6501/3 6501/5 6501/15
mid [1] 6472/18
mid-sentence [1]
6472/18

**middle [3]** 6567/7 6570/16 6572/13

**midnight [1]** 6460/6

**might [7]** 6468/20 6472/17 6474/14 6475/23 6509/9 6568/24 6572/20

**Mike [4]** 6564/6 6567/23 6568/3 6568/12

**Mike Greene [2]** 6567/23 6568/3

**Mike Greene's [1]** 6564/6

**military [1]** 6453/23

**million [1]** 6462/9

**mind [10]** 6456/9 6456/10 6456/15 6456/17 6456/25 6458/15 6466/13 6472/23 6482/24 6483/17

**mind blindness [4]** 6456/15 6456/17 6458/15 6472/23

**mine [1]** 6545/7

**minute [2]** 6560/14 6569/20

**minutes [15]** 6477/20 6515/25 6525/1 6525/20 6525/23 6542/20 6551/24 6552/1 6552/3 6552/6 6560/10 6563/8 6576/6 6589/17 6589/22

**misconception [1]** 6466/25

**misinterpreted [1]** 6465/4

**misleading [3]** 6524/16 6524/19 6582/2

**missed [4]** 6455/10 6476/12 6493/17 6567/15

**missing [1]** 6524/21

**mission [1]** 6478/21

**Mobile [36]** 6518/20 6518/21 6518/22 6531/18 6532/3 6532/7 6533/6 6533/9 6533/10 6534/7 6534/17 6535/16 6535/17 6535/22 6540/12 6554/13 6555/1 6555/9 6555/21 6556/1 6556/7 6556/13 6556/24 6557/4 6558/5 6569/13 6569/14 6583/19 6583/24 6584/1 6584/2 6584/4 6584/9 6584/10 6584/15 6584/17

**Mobile's [4]** 6534/19 6535/18 6557/1 6557/10

**moment [5]** 6461/8 6494/14 6535/12 6553/9 6561/23

**moderning [1]** 6494/15

**moniker [2]** 6509/24 6510/10

**months [1]** 6504/2

**more [25]** 6459/11 6463/4 6474/16 6482/15 6491/2 6507/2 6511/7 6515/8 6536/10 6536/12 6543/15 6550/12 6550/16 6550/17 6554/21 6555/19 6555/21 6556/3 6564/20 6565/2 6571/8 6578/9 6578/17 6578/17 6583/2

**Morelock [2]** 6474/24 6475/12

**Morelock's [1]** 6476/11

**morning [18]** 6445/7 6450/4 6450/6 6450/25 6455/12 6473/9 6500/11 6500/13 6500/15 6501/12 6501/13 6501/19 6501/20 6543/8 6543/9 6554/4 6554/5 6560/12 6563/15

**most [4]** 6538/4 6555/16 6563/11 6563/15

**mostly [1]** 6486/25

**motives [1]** 6541/15

**move [9]** 6477/16 6505/3 6510/2 6511/7 6531/22 6541/1 6548/6 6582/15 6583/13

**moves [8]** 6509/13 6510/19 6511/9 6511/23 6512/20 6520/18 6522/3 6526/10

**moving [4]** 6469/17 6516/2 6516/14 6519/7

**Mr [8]** 6454/7 6454/18 6508/10 6552/9 6554/5 6562/1 6587/22 6588/20

**Mr. [278]**

**Mr. Brennwald [2]** 6484/19 6498/15

**Mr. Cooper [2]** 6451/1 6486/11

**Mr. Cooper's [1]** 6485/3

**Mr. Douyon [1]** 6559/10

**Mr. Edwards [6]** 6462/10 6465/3 6465/24 6466/7 6467/14 6468/16

**Mr. Greene [45]** 6457/13 6458/25 6471/22 6474/1 6474/10 6474/12 6474/14 6474/18 6475/9 6476/5 6476/6 6476/7 6479/23 6480/14 6482/8 6482/9

**Mr. [1]**
6489/1 6489/18 6492/16 6523/5 6523/8 6523/24 6524/3 6524/5 6528/18 6531/15 6531/24 6535/8 6553/13 6554/19 6562/5 6564/14 6565/14 6565/21 6576/13 6577/7 6577/22 6578/1 6580/6 6581/4 6586/6 6589/19

**Mr. Greene's [22]** 6474/21 6475/4 6488/9 6519/18 6520/6 6520/7 6521/22 6522/21 6524/4 6524/10 6526/1 6526/8 6527/10 6527/25 6528/7 6529/23 6530/19 6530/19 6531/9 6531/16 6563/9 6566/14

**Mr. Isaacs [60]** 6487/24 6487/24 6488/8 6489/3 6489/4 6489/16 6489/19 6490/23 6492/14 6499/3 6503/9 6503/17 6503/18 6504/6 6504/10 6504/15 6504/21 6505/22 6505/23 6506/14 6507/3 6507/16 6509/1 6509/4 6509/7 6509/22 6510/15 6511/4 6511/18 6513/7 6513/9 6513/13 6515/22 6543/25 6545/20 6546/4 6546/23 6547/23 6549/7 6549/21 6550/2 6550/11 6550/15 6550/20 6551/5 6551/20 6552/5 6552/24 6577/17 6577/18 6577/19 6579/4 6579/7 6580/11 6580/15 6580/19 6581/24 6582/1 6583/1 6583/7

**Mr. Isaacs' [8]** 6512/18 6513/18 6513/19 6513/24 6515/12 6546/8 6548/11 6548/17

**Mr. Machado [6]** 6487/4 6494/25 6495/5 6495/12 6495/14 6496/3

**Mr. Machado's [2]** 6495/18 6495/21

**Mr. Meggs [23]** 6461/13 6462/23 6463/20 6463/24 6464/8 6466/9 6466/25 6467/6 6468/20 6469/9 6469/12 6478/3 6478/7
6480/12 6481/6 6559/1 6559/2 6559/2 6559/15 6559/18

**Mr. Meggs' [4]** 6466/13 6467/11 6469/2 6483/15

**Mr. Morelock [2]** 6474/24 6475/12

**Mr. Morelock's [1]** 6476/11

**Mr. Nestler [20]** 6452/4 6453/17 6454/1 6499/25 6501/13 6513/8 6531/22 6554/23 6556/6 6556/10 6557/23 6558/15 6561/13 6564/19 6565/15 6577/2 6579/18 6580/5 6582/23 6586/25

**Mr. Palian [2]** 6535/5 6536/2

**Mr. Parker [21]** 6468/20 6475/25 6476/3 6476/12 6484/11 6484/25 6486/1 6487/7 6487/10 6487/15 6493/22 6494/20 6495/8 6495/18 6496/3 6496/4 6496/25 6497/1 6497/13 6498/6 6498/14

**Mr. Parker's [2]** 6497/4 6498/2

**Mr. Rhodes [18]** 6470/11 6471/22 6472/8 6474/12 6474/14 6478/5 6478/9 6478/12 6478/25 6479/22 6479/22 6481/7 6482/5 6482/6 6542/12 6542/20 6558/20 6558/21

**Mr. Rhodes' [11]** 6473/5 6482/24 6483/15 6498/17 6523/14 6523/16 6542/4 6560/1 6566/22 6566/25 6567/19

**Mr. Rossi [3]** 6451/7 6499/8 6505/12

**Mr. Shipley [9]** 6474/8 6534/25 6560/18 6562/20 6563/5 6571/9 6572/2 6586/1 6586/5

**Mr. Stewart [1]** 6482/21

**Mr. Woodward [6]** 6461/11 6467/21 6553/11 6554/18 6583/14 6584/22

**Mrs. [14]** 6457/6 6467/6 6485/11 6486/21 6517/22 6518/3 6554/25 6556/7 6556/8 6556/11
6556/16 6556/23 6557/6 6558/18

**Mrs. Meggs [8]** 6467/2 6467/6 6517/22 6518/3 6556/7 6556/16 6557/6 6558/18

**Mrs. Meggs' [4]** 6554/25 6556/8 6556/11 6556/23

**Mrs. Parker [1]** 6486/21

**Mrs. Steele's [1]** 6485/11

**Ms. [75]** 6458/5 6463/9 6463/21 6464/24 6466/8 6467/10 6468/7 6468/21 6469/8 6473/9 6480/19 6480/20 6482/6 6482/7 6484/9 6485/4 6485/5 6485/8 6485/14 6485/23 6486/2 6486/7 6486/8 6486/16 6487/6 6493/11 6493/15 6493/18 6494/22 6495/11 6495/12 6495/13 6495/20 6496/8 6497/12 6497/13 6497/22 6498/3 6498/3 6500/2 6500/23 6500/25 6506/5 6507/15 6509/4 6509/6 6512/4 6512/14 6514/6 6515/6 6516/4 6516/8 6517/4 6517/14 6518/14 6519/2 6519/4 6519/10 6520/2 6522/17 6526/4 6527/22 6528/14 6529/3 6530/1 6531/14 6531/21 6542/18 6558/21 6561/16 6564/15 6565/15 6584/13 6584/21 6586/4

**Ms. Badalament [22]** 6506/5 6507/15 6509/6 6512/4 6512/14 6514/6 6515/6 6516/4 6519/2 6519/10 6520/23 6522/17 6526/4 6527/22 6528/14 6529/3 6530/1 6531/14 6531/21 6542/18 6584/21 6586/4

**Ms. Meggs [11]** 6463/9 6464/24 6466/8 6467/10 6468/7 6469/8 6480/19 6480/20 6516/8 6519/4 6584/13

**Ms. Meggs' [4]** 6463/21 6517/4 6517/14 6518/14

**Ms. Parker [13]** 6468/21 6493/11 6493/18 6494/22 6495/11 6495/12 6495/13 6495/20

**M**

Ms. Parker... [5]
6496/8 6497/22 6498/3
6498/3 6500/2
Ms. Parker's [2]
6497/12 6497/13
Ms. Rakoczy [2]
6564/15 6565/15
Ms. SoRelle [3] 6482/6
6482/7 6558/21
Ms. Steele [12] 6485/4
6485/5 6485/8 6485/14
6485/23 6486/2 6486/7
6486/8 6486/16
6493/15 6500/23
6500/25
Ms. Watkins' [1]
6509/4
Ms. Wilson [4] 6458/5
6473/9 6484/9 6561/16
MTN [1] 6558/1
much [10] 6465/9
6465/10 6466/12
6466/20 6477/18
6525/7 6563/16 6577/7
6588/19 6589/10
multiple [6] 6470/3
6470/19 6479/1
6485/11 6488/22
6541/9
multitude [1] 6466/19
must [4] 6457/24
6465/6 6498/12
6498/13
my [34] 6458/16
6458/18 6458/20
6460/17 6465/22
6466/9 6472/18 6473/7
6497/12 6501/15
6514/25 6528/21
6535/4 6537/11
6537/14 6539/8
6543/16 6543/19
6551/17 6555/12
6555/24 6556/25
6557/2 6560/4 6560/25
6561/6 6561/7 6561/22
6561/24 6567/10
6569/7 6570/8 6578/20
6587/4
myself [2] 6539/3
6539/7

**N**

name [9] 6501/14
6501/15 6506/1
6521/11 6521/15
6522/14 6522/21
6523/3 6525/14
named [3] 6450/23
6516/21 6521/11
names [7] 6520/3
6520/5 6520/14 6521/2
6521/4 6521/5 6521/7
Nancy [1] 6573/24
Nancy's [1] 6575/3
narrative [1] 6577/20
narrow [1] 6464/6

nature [1] 6482/18
NC [1] 6527/15
near [1] 6559/22
necessary [4] 6452/6
6459/12 6561/22
6573/9
need [8] 6459/14
6474/16 6499/21
6536/22 6557/9
6560/10 6582/20
6583/3
needed [1] 6500/14
needs [3] 6452/12
6477/14 6486/10
neither [1] 6562/6
Nestler [25] 6445/13
6450/12 6452/4
6453/17 6454/1 6454/7
6454/18 6499/25
6501/13 6513/8
6531/22 6554/23
6556/6 6556/10
6557/23 6558/15
6561/13 6564/19
6565/15 6577/2
6579/18 6580/5
6582/23 6586/25
6588/20
network [2] 6534/19
6535/24
neuro [1] 6456/25
neuropsychology [7]
6454/20 6455/15
6456/1 6456/18
6456/19 6458/15
6460/23
never [4] 6476/9
6524/6 6540/13
6545/12
nevertheless [1]
6483/9
new [2] 6516/2
6516/14
news [6] 6463/7
6463/10 6463/22
6463/25 6465/1 6468/7
next [20] 6469/19
6472/16 6472/21
6506/12 6514/5
6514/12 6514/19
6515/5 6527/21 6529/2
6529/25 6530/21
6531/12 6542/17
6552/23 6574/13
6574/20 6588/24
6588/25 6589/8
nice [1] 6545/9
night [15] 6454/17
6455/17 6459/9 6460/5
6463/6 6464/16
6464/18 6467/5
6470/18 6473/8
6477/22 6479/1
6479/23 6515/1
6527/14
nine [2] 6473/10
6543/15

6465/6 6465/13
6467/10 6470/12
6471/2 6471/9 6474/11
6488/4 6489/14
6489/14 6494/10
6496/13 6496/13
6496/22 6496/22
6497/18 6498/9
6498/21 6499/4 6505/5
6508/4 6509/15 6510/3
6510/21 6511/11
6511/25 6512/22
6513/9 6515/8 6518/14
6518/16 6518/20
6518/24 6520/20
6523/6 6523/6 6523/24
6524/4 6526/23
6532/18 6536/18
6542/13 6543/1
6543/21 6544/4 6545/1
6545/5 6545/13
6545/15 6549/16
6556/24 6558/24
6558/25 6559/2 6559/5
6560/5 6560/11
6560/11 6564/8
6564/24 6565/25
6566/1 6566/3 6566/6
6566/16 6566/18
6572/6 6572/19 6576/8
6576/10 6581/25
6582/12 6582/19
6583/20 6585/3
6586/11 6587/24
6588/2 6588/17
6588/25
No. [2] 6450/7 6450/8
nobody [1] 6466/3
6483/11 6545/3 6545/5
noise [2] 6581/16
6581/16
noisy [2] 6550/12
6550/13
non [2] 6547/18
6547/24
non-scoped [2]
6547/18 6547/24
none [8] 6482/4 6485/5
6486/8 6486/12
6488/25 6523/8
6523/25 6577/2
not [177]
notation [1] 6527/17
note [6] 6460/16
6464/19 6464/23
6469/10 6473/6
6484/19
noted [1] 6584/24
nothing [8] 6473/11
6473/13 6474/16
6478/1 6479/5 6553/12
6558/10 6576/24
notice [2] 6460/14
6518/13
notion [7] 6462/16
6462/23 6463/2
6478/19 6480/15

November [3] 6479/18
6488/14 6496/5
now [68] 6457/10
6458/2 6461/16
6462/14 6462/18
6462/24 6463/5
6463/17 6464/15
6464/24 6467/24
6470/20 6471/6
6471/12 6471/23
6478/13 6482/4 6485/2
6488/15 6490/3
6491/14 6494/13
6495/7 6504/10 6506/4
6506/12 6506/19
6507/14 6509/7
6509/22 6510/14
6512/7 6514/24 6516/7
6516/15 6517/4
6517/13 6520/22
6521/19 6523/3 6525/3
6526/5 6531/15 6532/6
6533/6 6537/19 6540/8
6540/19 6543/11
6543/16 6556/23
6558/24 6559/10
6559/24 6560/14
6562/3 6564/14
6564/23 6569/13
6571/4 6573/2 6574/13
6574/13 6574/17
6575/2 6580/18
6583/15 6589/8
nowhere [1] 6552/5
number [26] 6487/17
6487/23 6505/10
6521/11 6529/11
6529/13 6530/25
6546/21 6549/10
6556/10 6569/22
6570/20 6570/22
6570/24 6573/14
6573/17 6574/17
6574/19 6574/24
6574/25 6575/1 6575/7
6575/23 6576/17
6576/21 6584/14
numbers [1] 6471/5
6534/24 6573/14
numerous [2] 6508/21
6539/4
NW [7] 6445/16 6446/3
6446/11 6447/3 6447/7
6447/11 6448/13

**O**

Oak [1] 6448/3
Oath [11] 6461/25
6462/20 6504/22
6506/16 6507/4
6509/24 6510/12
6515/20 6541/15
6542/5 6546/6
Oath Keeper [1]
6507/4
Oath Keepers [9]
6461/25 6462/20

6476/22 6506/16
6509/24 6510/12
6541/15 6542/5 6546/6
Oath Keepers.org [1]
6515/20
oaths [1] 6478/14
object [7] 6451/11
6452/14 6452/15
6455/14 6484/17
6499/6 6572/22
objecting [1] 6461/10
objection [24] 6452/4
6472/18 6481/17
6496/17 6504/12
6508/4 6512/22 6516/9
6519/20 6520/20
6522/5 6532/16 6534/8
6536/17 6547/3
6549/23 6551/8
6554/15 6561/7 6568/5
6568/14 6572/19
6582/2 6586/22
objectionable [1]
6452/22
objections [7] 6496/23
6505/5 6509/15 6510/3
6510/21 6511/11
6511/25
objective [1] 6483/9
objects [1] 6484/11
obstinate [1] 6575/8
obstruct [1] 6483/10
obtain [3] 6540/4
6555/13 6583/12
obtained [2] 6548/20
6555/24 6556/7
6583/10
Obviously [1] 6474/9
occurred [1] 6461/23
odds [1] 6469/12
off [9] 6470/16 6472/4
6472/18 6476/5
6477/23 6500/12
6542/23 6561/12
6586/7
offensive [1] 6476/25
offer [6] 6454/18
6460/1 6460/2 6586/9
6586/12 6586/16
offered [2] 6582/1
6582/19
office [10] 6445/15
6446/2 6446/10
6447/15 6503/19
6503/21 6545/23
6561/7 6573/24 6575/3
Officer [3] 6589/1
6589/2 6589/21
Officer Dunn [3]
6589/1 6589/2 6589/21
OFFICES [2] 6447/6
6448/7
Official [1] 6448/12
Oh [9] 6455/2 6470/5
6475/10 6499/13
6499/17 6543/16
6547/17 6557/11
6565/6

6610

**O**

Ohio [3] 6504/22
6506/10 6508/25
OK [2] 6559/12
6585/12
OK Gator 1 [1]
6585/12
okay [138] 6451/2
6451/3 6451/12
6451/15 6451/19
6451/24 6453/5
6453/16 6453/18
6453/24 6454/6 6454/8
6455/2 6456/5 6461/7
6462/3 6467/13 6471/3
6473/12 6480/3 6481/9
6481/16 6481/17
6483/25 6486/4
6489/25 6493/7
6493/16 6493/21
6494/12 6497/11
6498/4 6498/24
6498/25 6499/18
6500/11 6500/25
6503/7 6503/16
6503/23 6504/5 6504/9
6505/18 6506/3 6506/8
6508/13 6509/7
6509/16 6509/21
6512/12 6513/20
6514/4 6515/1 6515/4
6516/2 6516/23 6517/3
6517/9 6517/12
6520/10 6521/3
6521/18 6522/11
6524/1 6524/15
6525/10 6526/3
6526/25 6527/8
6527/12 6527/20
6529/25 6530/13
6531/13 6532/5 6533/5
6534/3 6536/25 6537/3
6537/24 6538/19
6539/22 6541/1 6541/3
6541/13 6542/9 6543/3
6548/7 6550/2 6551/18
6558/13 6558/18
6559/19 6561/9
6564/22 6564/25
6565/19 6566/12
6566/17 6566/21
6567/9 6568/16
6569/12 6569/18
6569/24 6570/15
6570/19 6571/4
6571/24 6572/16
6572/25 6573/3
6573/10 6573/11
6574/12 6576/12
6577/1 6577/2 6579/14
6579/19 6580/6
6580/10 6580/17
6580/24 6581/3
6581/10 6581/12
6583/4 6583/18 6584/8
6584/12 6584/20
6585/13 6588/18
6589/2 6589/3 6589/7
old [3] 6470/12 6476/8
6542/13
Oliver [3] 6545/7
6545/8 6545/12
once [6] 6485/21
6490/15 6491/2 6491/6
6510/15 6554/11
one [67] 6454/1
6455/24 6459/6
6459/17 6460/21
6463/5 6465/23
6468/12 6468/19
6469/16 6470/6
6473/12 6474/9
6476/12 6476/16
6478/6 6478/8 6478/10
6479/1 6481/5 6481/7
6482/13 6482/17
6485/2 6486/25 6489/8
6490/7 6490/13
6490/20 6490/21
6491/5 6491/24
6492/18 6493/23
6495/9 6495/13
6495/19 6497/5
6499/22 6513/3 6520/9
6521/11 6524/19
6526/17 6531/13
6533/12 6540/19
6558/9 6558/9 6559/18
6563/14 6566/11
6566/16 6568/2
6568/12 6568/13
6571/7 6571/21 6573/8
6573/18 6573/21
6574/8 6574/13
6574/20 6575/13
6580/25 6588/24
one-page [1] 6455/24
one-word [1] 6580/25
ones [3] 6563/14
6566/5 6572/13
online [1] 6484/7
only [51] 6452/16
6452/21 6453/25
6464/5 6467/20
6470/15 6470/17
6472/2 6472/3 6472/7
6474/4 6476/8 6482/18
6486/16 6486/24
6487/22 6488/2
6488/24 6490/21
6491/20 6493/8
6493/21 6494/18
6497/1 6505/6 6513/6
6513/13 6518/1
6518/10 6519/4
6531/24 6537/18
6542/22 6544/21
6545/18 6545/19
6554/19 6560/9 6561/3
6565/17 6566/8 6567/6
6568/3 6568/12 6573/7
6573/7 6578/4 6584/14
6586/20 6587/5 6588/3
op [13] 6474/11 6488/1
6488/10 6522/15
6525/14 6528/17 6529/8
6530/3 6559/12
6563/10 6588/7
op chat [1] 6474/11
open [18] 6490/8
6493/8 6503/5 6515/17
6524/24 6538/21
6548/8 6552/22 6553/6
6555/7 6565/1 6565/2
6578/2 6578/9 6579/21
6583/5 6587/20 6589/6
opened [8] 6490/5
6493/13 6494/25
6562/2 6577/8 6577/13
6578/25 6579/6
opening [6] 6552/18
6565/11 6567/2 6579/2
opens [2] 6489/24
6578/19
operation [1] 6559/15
opine [2] 6538/2
6538/5
opinion [11] 6454/21
6458/16 6465/22
6537/1 6537/2 6551/17
6561/2 6577/8 6586/9
6586/12 6586/16
opinions [1] 6458/21
opportunities [1]
6480/22
opportunity [4] 6451/7
6467/9 6491/9 6548/3
opposed [2] 6455/20
6475/19
opposing [1] 6458/2
Ops [1] 6521/12
opt [1] 6562/7
orchestrating [1]
6471/20
order [2] 6460/20
6536/4
organic [2] 6532/24
6532/25
organization [3]
6479/24 6482/7 6482/8
organize [1] 6470/20
orient [1] 6505/19
original [3] 6515/13
6515/14 6532/6
originally [1] 6526/17
Orlando [1] 6447/17
other [51] 6452/7
6453/13 6457/25
6458/3 6462/2 6464/11
6465/22 6466/4 6469/6
6470/2 6471/20
6474/21 6475/4 6475/8
6476/6 6482/4 6486/19
6487/1 6487/17
6488/10 6488/11
6490/8 6491/2 6491/8
6491/10 6492/10
6493/2 6493/14 6494/7
6497/18 6498/19
6499/4 6503/22 6530/7
6534/16 6534/25
6535/20 6536/20
6537/22 6541/15
6541/15 6546/4
6571/20 6572/17
6572/20 6576/6
6576/10 6576/17
6588/13
others [5] 6482/10
6530/7 6540/6 6566/6
6587/16
others' [1] 6560/1
otherwise [8] 6452/22
6452/23 6457/16
6461/23 6485/6 6485/7
6491/15 6552/25
ought [2] 6453/14
6466/25
our [21] 6451/13
6452/11 6460/25
6461/1 6461/13
6461/16 6471/5 6472/4
6472/25 6480/11
6488/17 6489/17
6489/22 6493/21
6499/1 6539/5 6545/23
6560/25 6577/8
6588/25 6589/7
ours [1] 6497/8
ourselves [1] 6505/19
out [37] 6453/2 6454/4
6454/11 6454/12
6459/6 6459/7 6460/21
6461/14 6465/21
6466/21 6468/6 6469/1
6469/13 6469/15
6470/19 6472/8 6473/7
6475/20 6475/21
6483/3 6491/25 6500/1
6509/3 6516/12
6516/25 6527/15
6528/6 6535/3 6544/15
6544/17 6548/25
6549/18 6552/2
6568/21 6578/22
6578/23 6584/3
outlook.com [1]
6447/9
outset [1] 6465/8
outside [9] 6452/24
6494/14 6499/21
6516/9 6530/6 6530/8
6537/6 6552/17
6559/22
outweigh [3] 6457/18
6477/6 6483/2
outweighed [1]
6461/24
outweighs [2] 6483/22
6483/24
over [23] 6504/2
6511/20 6517/22
6518/4 6523/18 6528/3
6529/6 6533/11
6533/20 6534/4
6534/19 6540/10
6540/10 6541/19
6545/25 6546/3 6546/6
6546/8 6549/8 6551/23
6537/2 6569/16 6570/6
6537/16
overall [3] 6484/23
6492/21 6497/19
overarching [2]
6462/25 6465/20
overruled [2] 6504/14
6522/6 6532/18
overturn [1] 6514/11
overwrite [1] 6555/17
own [7] 6455/8 6457/5
6457/8 6457/24 6458/7
6474/10 6488/22

**P**

P.A [2] 6447/11
6447/16
p.m [14] 6462/6 6464/8
6464/20 6477/22
6515/15 6516/21
6525/15 6533/15
6541/23 6561/18
6572/10 6588/15
6590/5 6590/5
pack [2] 6559/7
6585/18
page [32] 6454/1
6454/1 6455/24
6460/21 6472/16
6472/16 6472/21
6513/16 6514/5
6514/12 6514/19
6515/5 6519/15
6519/24 6519/24
6520/1 6520/2 6520/19
6520/20 6521/19
6522/3 6522/8 6523/24
6523/24 6528/14
6529/2 6540/24
6542/17 6572/8
6574/14 6576/2 6576/8
page 1 [2] 6520/19
6520/20
page 7 [2] 6521/19
6522/3
pages [14] 6453/2
6454/1 6454/2 6454/3
6454/4 6512/14
6513/15 6526/6
6526/10 6526/14
6540/22 6568/18
6578/22 6578/23
Palian [49] 6461/1
6461/4 6499/5 6499/15
6501/3 6501/5 6501/15
6501/15 6502/19
6503/8 6504/21
6505/19 6506/14
6507/22 6508/9 6510/9
6512/8 6512/10
6513/16 6515/10
6516/2 6516/4 6516/7
6519/13 6519/25
6525/3 6526/20
6529/20 6532/2
6532/20 6535/3 6535/5
6536/2 6538/23
6540/19 6541/8
6541/19 6542/25

**Palian... [11]** 6543/8
6553/15 6554/4
6554/24 6560/20
6562/12 6562/18
6576/25 6580/4 6586/5
6588/18
**Palian's [1]** 6534/22
**pamphlet [1]** 6460/9
**panel [2]** 6500/9
6562/14
**paper [2]** 6507/17
6507/20
**paragraph [2]** 6456/6
6472/22
**paragraphs [1]**
6456/24
**parallel [1]** 6481/25
**paramour [1]** 6542/4
**Pardon [1]** 6565/6
**Park [1]** 6447/3
**PARKER [43]** 6445/6
6446/2 6446/6 6450/8
6450/9 6450/14
6450/15 6468/20
6468/21 6475/25
6476/3 6476/12
6484/11 6484/25
6486/1 6486/21 6487/7
6487/10 6487/15
6493/22 6494/20
6494/22 6495/8
6495/11 6495/12
6495/13 6495/14
6495/18 6495/20
6496/3 6496/4 6496/8
6496/25 6497/1
6497/13 6497/22
6498/3 6498/3 6498/6
6498/14 6500/2
**Parker's [5]** 6475/24
6497/4 6497/12
6497/13 6498/2
**part [14]** 6469/3 6474/2
6476/25 6485/15
6491/19 6498/16
6498/20 6498/22
6503/14 6503/21
6513/23 6528/18
6535/24 6556/13
**participating [1]**
6563/18
**participation [1]**
6492/17
**particular [8]** 6483/7
6487/20 6507/4
6523/22 6561/12
6567/13 6570/20
6573/13
**particularly [1]** 6488/6
**passcode [1]** 6546/10
**past [5]** 6537/24
6538/1 6566/19
6582/15 6587/4
**patches [1]** 6500/4
**patriots [5]** 6477/23
6478/12 6478/13

**Patty [3]** 6463/6
6516/21 6518/18
**Patty Gee [3]** 6463/6
6516/21 6518/18
**Pause [2]** 6456/4
6461/6
**paying [1]** 6474/3
**pcooper [1]** 6446/13
**PDF [1]** 6568/21
**Pennsylvania [2]**
6446/7 6447/7
**people [35]** 6458/12
6462/21 6470/2
6471/10 6471/15
6471/16 6472/7 6476/8
6476/24 6478/20
6478/22 6479/2
6479/10 6479/24
6480/11 6480/23
6481/1 6495/11
6496/14 6497/25
6505/25 6511/6
6541/11 6544/21
6545/18 6545/19
6550/16 6550/17
6551/13 6563/17
6577/12 6578/19
6580/19 6580/21
6588/13
**per [1]** 6481/15
**performed [1]** 6514/15
**perhaps [2]** 6469/8
6482/15
**period [10]** 6517/17
6517/19 6517/22
6517/24 6531/16
6549/8 6556/11
6556/19 6556/19
6556/19
**periodical [1]** 6460/8
**permissible [1]** 6457/4
**permission [2]**
6547/13 6547/16
**permits [1]** 6457/15
**permitted [1]** 6452/25
**person [16]** 6466/17
6474/3 6508/16
6508/19 6508/21
6508/22 6509/9
6509/23 6509/24
6525/14 6534/4 6536/1
6570/23 6571/1 6571/3
6575/5
**personally [3]** 6517/10
6519/12 6520/11
**pertinent [1]** 6494/13
**Peter [3]** 6446/9
6446/10 6450/16
**Peter Cooper [1]**
6450/16
**petercooperlaw.com
[1]** 6446/13
**Ph.D [1]** 6502/15
**phone [105]** 6467/11
6480/21 6502/9
6512/18 6513/18
6513/19 6515/12

6517/7 6517/10
6517/11 6517/15
6518/14 6518/23
6519/13 6519/19
6520/6 6520/7 6520/12
6521/1 6521/23
6522/22 6523/2 6523/4
6523/9 6523/11
6523/14 6523/16
6523/19 6524/4
6524/10 6524/19
6525/5 6525/8 6525/11
6526/1 6526/8 6527/10
6527/25 6528/7
6529/11 6529/23
6530/19 6530/19
6531/6 6531/6 6531/9
6531/16 6531/18
6533/9 6534/7 6534/10
6534/16 6535/9
6535/18 6536/4 6539/2
6540/11 6540/14
6546/8 6546/10
6546/19 6546/21
6547/7 6547/16
6548/11 6548/14
6548/17 6548/23
6548/25 6549/2 6552/9
6554/8 6554/9 6554/16
6554/25 6555/2 6556/8
6556/11 6556/23
6556/25 6560/1 6563/9
6564/7 6564/10
6564/11 6564/12
6566/14 6566/22
6566/25 6567/19
6569/5 6569/21
6573/13 6573/14
6576/15 6577/4 6582/4
6583/8 6583/11 6586/7
6587/1 6588/21
**phones [1]** 6560/1
**photo [1]** 6507/23
**photograph [4]**
6507/24 6508/9
6508/14 6509/1
**phrased [2]** 6466/7
6568/8
**physically [2]** 6503/11
6544/2
**picked [1]** 6549/18
**pictures [2]** 6486/25
6544/18
**piece [2]** 6507/17
6507/19
**pieces [1]** 6488/6
**pin [1]** 6535/11
**Pine [1]** 6447/16
**pistols [1]** 6475/14
**place [3]** 6466/1
6468/2 6543/10
**Plaintiff [1]** 6445/4
**plan [6]** 6465/13
6465/20 6466/17
6474/2 6475/7 6476/25
**planning [7]** 6461/17
6482/24 6498/17

6579/12
**plans [1]** 6585/3
**play [8]** 6462/12
6462/16 6470/20
6485/11 6485/14
6499/16 6506/4 6578/4
**played [7]** 6506/6
6506/24 6507/12
6509/19 6510/7 6511/2
6511/16
**please [40]** 6450/4
6455/23 6500/11
6501/14 6507/14
6508/17 6509/6 6512/8
6514/6 6514/19 6515/6
6516/4 6517/13 6519/1
6519/10 6520/22
6521/20 6525/14
6526/3 6527/21
6527/24 6528/14
6529/3 6529/25
6530/21 6531/12
6531/14 6531/20
6534/10 6538/23
6540/2 6542/18
6551/10 6552/10
6559/10 6561/20
6562/16 6569/19
6584/21 6586/4
**plenty [1]** 6471/14
**PLLC [1]** 6448/3
**plus [3]** 6534/17
6552/7 6564/3
**PO [1]** 6448/8
**point [31]** 6459/6
6463/9 6463/21
6464/24 6465/2
6467/20 6468/6
6469/21 6469/24
6472/3 6488/15 6491/7
6495/4 6496/1 6509/3
6523/1 6523/4 6524/19
6524/20 6535/4 6546/1
6561/12 6566/19
6571/25 6573/8 6573/9
6576/3 6578/21
6582/18 6582/25
6587/7
**pointed [1]** 6459/7
**points [3]** 6487/12
6528/10 6553/10
**police [2]** 6487/2
6574/15
**populated [1]** 6474/15
**portion [7]** 6453/10
6453/12 6499/3 6499/4
6522/18 6527/24
6547/18
**portions [2]** 6453/7
6461/9
**position [4]** 6465/15
6465/20 6487/6
6493/21
**positive [2]** 6567/8
6567/16
**possess [1]** 6489/17
**possessed [1]** 6489/19

**possibly [1]** 6466/14
**potential [1]** 6578/15
**potentially [1]** 6552/18
**practice [1]** 6476/14
**pray [1]** 6542/15
**preceded [1]** 6556/20
**predictable [1]**
6473/14
**prejudice [2]** 6466/24
6477/8
**prejudicial [8]** 6461/25
6477/7 6477/10 6483/1
6483/1 6483/22
6483/23 6486/17
**preliminary [1]**
6451/17
**preparation [2]**
6482/25 6498/18
**presence [1]** 6561/23
**present [17]** 6450/23
6503/11 6503/12
6503/13 6504/6 6516/7
6516/18 6516/22
6516/24 6541/8
6541/12 6567/12
6569/6 6569/11
6581/19 6586/14
6586/14
**presentation [3]**
6487/13 6490/9
6494/19
**presentations [2]**
6489/9 6493/15
**presented [8]** 6456/20
6462/18 6485/8 6486/6
6489/4 6500/18
6500/22 6502/14
**presenting [3]** 6486/19
6488/22 6489/7
**preserved [1]** 6556/3
6556/24 6557/4
**President [1]** 6515/18
**President Trump [1]**
6515/18
**President's [1]**
6484/15
**presiding [1]** 6450/3
**Presumably [1]** 6456/7
**presumption [1]**
6466/8
**pretty [1]** 6476/7
**Prettyman [1]** 6448/13
**previously [7]** 6461/15
6462/14 6501/6 6505/6
6541/4 6547/6 6559/9
**principle [5]** 6462/25
6478/23 6485/13
6489/11 6490/15
**principles [2]** 6462/11
6462/15
**printed [1]** 6568/21
**prior [2]** 6453/11
6517/23
**probably [6]** 6461/5
6521/6 6539/7 6563/11
6571/5 6589/20
**probative [8]** 6457/17
6457/19 6461/24

**P**

probative... [5] 6466/23 6483/2 6483/20 6483/23 6483/24
probe [1] 6552/20
probing [1] 6552/16
problem [3] 6453/12 6474/9 6492/12
proceed [1] 6582/23
proceeding [5] 6464/12 6464/20 6468/1 6470/1 6471/12
proceedings [5] 6445/9 6448/16 6450/24 6468/4 6591/4
process [3] 6520/8 6539/4 6546/2
processed [2] 6520/7 6520/9
processes [1] 6460/17
procuring [1] 6528/21
produce [1] 6494/22
produced [2] 6448/16 6533/7
profession [1] 6506/1
proffer [5] 6451/14 6502/2 6502/25 6544/2 6578/16
proffers [1] 6502/2
program [1] 6520/8
progressing [1] 6488/13
prohibit [1] 6457/2
proof [1] 6467/4
proper [1] 6494/8
properly [2] 6551/15 6558/11
propose [1] 6572/16
prosecution [1] 6548/18
prosecutors [3] 6503/9 6586/16 6586/19
protected [1] 6482/8
protectee [1] 6471/23
protection [1] 6502/6
protections [2] 6502/4 6502/5
protective [1] 6478/21
protocol [2] 6534/5 6540/11
provide [18] 6459/2 6459/3 6472/15 6482/14 6482/17 6495/24 6500/20 6513/3 6536/4 6536/6 6537/1 6537/9 6540/6 6547/21 6557/19 6587/8 6587/11 6587/17
provided [2] 6532/7 6570/13
provider [1] 6583/21
provides [1] 6536/5
providing [1] 6466/15
PSD [1] 6559/20
Psychology [1] 6455/15

publication [1] 6491/15
6460/11
publish [1] 6456/22
pull [11] 6507/22 6512/3 6512/7 6516/3 6519/9 6524/25 6531/19 6540/20 6584/21 6585/7 6586/3
pulled [2] 6552/2 6578/23
pulling [1] 6558/15
puppet [2] 6477/25 6479/4
purely [1] 6482/18
purpose [10] 6464/7 6475/3 6475/15 6482/17 6497/16 6497/20 6497/25 6537/18 6541/10 6552/14
purposes [4] 6474/21 6476/7 6484/23 6490/16
pursuant [2] 6502/25 6548/20
put [21] 6453/25 6461/20 6464/25 6468/17 6473/22 6476/23 6477/2 6479/8 6485/12 6485/16 6486/14 6487/5 6491/5 6491/8 6491/10 6495/12 6496/17 6524/5 6535/11 6546/4 6574/6
putting [7] 6471/24 6472/8 6485/23 6486/2 6486/8 6491/3 6547/23

**Q**

QRF [17] 6473/25 6474/2 6474/21 6474/22 6475/3 6475/5 6475/7 6475/14 6475/16 6475/22 6475/25 6476/10 6482/18 6527/15 6528/10 6529/16 6531/8
QRFs [3] 6476/8 6476/24 6530/6
quality [1] 6483/1
quantity [1] 6477/18
question [31] 6459/17 6465/23 6467/19 6475/1 6475/2 6486/21 6487/7 6487/10 6490/3 6494/25 6497/19 6534/13 6537/17 6547/21 6548/5 6548/9 6548/15 6551/11 6551/15 6551/21 6553/4 6553/8 6558/11 6567/11 6568/8 6569/7 6569/9 6579/1 6579/15 6582/15 6585/5
questioned [1] 6487/8
questioning [2]

questions [27] 6496/10 6504/15 6504/16 6505/1 6505/2 6516/8 6516/19 6516/24 6543/1 6556/14 6560/6 6562/1 6577/9 6577/11 6577/14 6577/19 6577/23 6578/5 6579/12 6579/15 6580/7 6580/19 6580/21 6583/14 6586/1 6586/7 6588/17
quick [2] 6523/20 6567/11
quickly [4] 6458/5 6560/24 6588/20 6589/24
quiet [1] 6581/13
quite [2] 6456/19 6461/17
quitting [1] 6478/4 6480/10 6480/14 6481/14

**R**

r-e-d [1] 6565/6
r-e-g [1] 6470/16
radio [3] 6506/16 6506/17 6507/4
raise [1] 6459/17
raised [1] 6587/14
raises [1] 6486/21
Rakoczy [4] 6445/13 6450/12 6564/15 6565/15
rally [3] 6470/12 6528/10 6542/13
rationale [1] 6483/4
re [8] 6460/20 6463/19 6464/2 6464/9 6464/18 6464/20 6464/22 6575/14
re-marked [1] 6575/14
re-read [1] 6460/20
re-start [1] 6463/19 6464/2 6464/9 6464/18 6464/20
re-starting [1] 6464/22
reactionary [4] 6475/17 6475/23 6476/8 6482/19
read [38] 6456/23 6458/21 6459/23 6460/2 6460/2 6460/14 6460/20 6488/9 6496/24 6497/1 6527/19 6528/7 6528/8 6528/25 6529/1 6529/23 6529/24 6530/19 6531/10 6531/10 6531/11 6537/13 6555/1 6558/21 6561/11 6564/16 6564/20 6564/23 6565/3 6565/10 6565/13

6565/21 6565/25 6566/6 6566/6 6586/21
reading [2] 6456/5 6587/5
ready [1] 6500/15 6535/11 6562/20
real [3] 6491/17 6523/20 6567/11
really [6] 6460/6 6460/22 6480/4 6485/13 6547/21 6548/3
Realtime [1] 6448/12
reason [23] 6462/18 6466/4 6468/21 6470/15 6471/7 6472/2 6472/3 6472/7 6472/7 6482/13 6482/16 6484/20 6485/7 6492/21 6494/6 6497/18 6535/5 6542/22 6547/22 6558/25 6559/2 6560/9 6567/6
reasons [9] 6463/4 6469/15 6474/5 6483/21 6486/13 6492/9 6495/9 6495/13 6538/11
rebut [8] 6463/2 6463/9 6471/13 6474/17 6478/18 6479/7 6490/6 6497/14
rebuts [6] 6463/21 6465/25 6468/23 6474/13 6482/20 6495/10
rebuttal [26] 6461/16 6462/15 6468/7 6472/2 6476/22 6485/18 6486/6 6486/14 6489/7 6489/8 6489/16 6489/17 6489/22 6490/1 6491/4 6491/6 6491/21 6500/16 6500/17 6500/19 6500/22 6500/24 6501/5 6516/10 6535/9 6549/17
rebutting [7] 6462/16 6464/24 6480/15 6485/18 6489/5 6489/6 6491/22
recall [26] 6475/15 6475/18 6475/22 6481/18 6486/23 6487/14 6495/18 6495/20 6495/22 6504/10 6504/21 6506/14 6506/19 6507/2 6507/6 6509/8 6509/23 6510/14 6511/4 6511/19 6552/1 6557/7 6557/22 6567/16 6567/25 6569/1
recapture [1] 6574/5

receipt [1] 6488/1
receipts [1] 6488/9
received [22] 6459/24 6460/15 6505/8 6506/22 6507/10 6508/6 6509/17 6510/5 6511/1 6511/14 6512/5 6512/24 6515/23 6522/8 6523/9 6526/14 6527/10 6528/1 6533/8 6538/17 6541/5 6546/1
recess [2] 6561/18 6590/4 6590/5
recipient [4] 6527/2 6528/16 6529/6 6558/2
recognize [2] 6485/17 6557/19
recollection [1] 6571/4
record [8] 6455/25 6464/25 6484/10 6484/18 6524/17 6547/13 6547/14 6591/3
recorded [1] 6448/16
records [17] 6453/23 6518/21 6518/22 6532/6 6532/10 6534/15 6534/17 6536/11 6537/13 6539/2 6540/4 6540/5 6554/12 6555/9 6557/1 6571/5 6576/1
recover [1] 6517/4
recovered [9] 6512/17 6515/11 6518/18 6518/19 6519/18 6532/2 6555/1 6566/22 6566/24
RECROSS [1] 6449/4
red [2] 6488/1 6565/4
redact [1] 6453/6
redacted [3] 6451/8 6500/4 6572/17
Redden [3] 6448/2 6448/3 6450/21
reddenlawtexas.com [1] 6448/6
redirect [5] 6449/4 6561/25 6577/2 6577/14 6580/2
redirecting [1] 6493/23
redress [5] 6478/5 6478/8 6481/7
reemphasize [1] 6464/23
refer [5] 6456/21 6458/18 6459/14 6460/2 6585/22
reference [5] 6456/6 6473/13 6473/15 6475/25 6500/4
referenced [2] 6513/3 6534/18
references [1] 6570/7
referencing [1] 6492/3
referring [2] 6466/15 6499/10
refers [1] 6585/23

**reflect [3]** 6461/17
6461/22 6537/24
**reflected [3]** 6520/15
6535/21 6569/25
**reflective [1]** 6483/17
**reflects [1]** 6482/23
**reg [2]** 6470/16
6542/23
**regard [3]** 6487/2
6500/1 6551/14
**regarding [9]** 6451/12
6476/11 6499/3
6534/15 6539/23
6541/15 6562/2 6583/7
6585/25
**regardless [1]** 6556/23
**regime [3]** 6477/25
6479/4 6481/8
**Registered [1]** 6448/11
**regular [3]** 6502/24
6531/3 6540/15
**regularly [1]** 6516/25
**related [5]** 6459/18
6476/25 6494/19
6513/9 6540/4
**relates [1]** 6578/25
**relevance [3]** 6476/22
6477/5 6477/6
**relevant [16]** 6452/9
6452/24 6456/24
6464/5 6464/14
6464/17 6467/25
6479/7 6479/12
6480/17 6484/24
6488/15 6547/11
6552/22 6572/18
6583/4
**reliable [1]** 6460/12
**relied [1]** 6460/10
**reloading [5]** 6478/4
6480/11 6480/15
6481/12 6481/15
**reluctant [1]** 6493/3
**relying [2]** 6536/20
6536/21
**remain [2]** 6561/20
6562/12
**remember [18]**
6478/14 6488/7 6494/1
6504/24 6509/12
6510/1 6510/18
6533/10 6535/6
6554/24 6558/20
6564/17 6575/9 6580/8
6583/22 6584/25
6586/7 6587/13
**remind [2]** 6538/23
6539/19
**reminded [1]** 6559/8
**reminder [1]** 6519/3
**remotely [1]** 6503/14
**removed [2]** 6484/12
6484/17
**renew [1]** 6536/16
**rephrase [3]** 6548/5
6548/9 6551/10
**report [14]** 6520/16

6522/1 6522/7 6523/23
6526/7 6527/4 6564/16
6564/24 6565/17
6565/23 6566/8
6568/19
**Reporter [4]** 6448/11
6448/11 6448/12
6448/12
**representation [1]**
6507/25
**request [2]** 6472/15
6547/22
**require [2]** 6537/6
6537/15
**requisite [3]** 6489/17
6489/19 6536/6
**research [2]** 6455/12
6560/25
**reserve [1]** 6451/13
**reserved [1]** 6451/23
**residing [1]** 6480/9
**respect [14]** 6482/16
6484/3 6486/13
6486/18 6487/19
6487/24 6489/3
6491/21 6493/2 6499/8
6517/14 6538/16
6579/3 6587/4
**respectfully [2]**
6459/14 6578/16
**responded [6]** 6483/19
6566/4 6566/5 6566/9
6580/22 6582/19
**responds [3]** 6462/8
6478/3 6478/9
**response [2]** 6532/7
6555/4
**responsible [1]** 6467/3
**rest [2]** 6463/13 6481/4
**rested [1]** 6486/8
**resting [1]** 6544/10
**resume [2]** 6463/17
6589/9
**RESUMED [1]** 6501/6
**resumes [2]** 6462/6
6462/24
**retain [1]** 6555/16
**retained [2]** 6517/23
6556/4
**return [1]** 6557/10
**returns [2]** 6554/8
6554/9
**review [5]** 6497/12
6521/22 6548/22
6559/25 6575/15
**reviewed [14]** 6512/10
6512/11 6520/11
6520/16 6526/8 6532/6
6536/11 6538/14
6540/5 6559/11
6567/18 6567/22
6569/14 6571/5
**reviewing [6]** 6520/25
6525/7 6533/6 6534/14
6534/15 6534/17
**rhetoric [2]** 6481/11
6481/15

6469/19 6470/7
6470/11 6471/22
6472/8 6474/12
6474/14 6477/22
6478/5 6478/9 6478/12
6478/25 6479/16
6479/17 6479/18
6479/19 6479/22
6479/22 6481/7
6481/22 6482/5 6482/6
6493/9 6493/19
6497/14 6498/7
6498/12 6525/19
6541/14 6541/25
6542/10 6542/12
6542/20 6558/20
6558/21 6588/16
6567/19
**Rhodes' [16]** 6473/5
6482/21 6482/24
6483/15 6498/17
6523/11 6523/14
6523/16 6525/4 6525/8
6525/11 6542/4 6560/1
6566/22 6566/25
6567/19
**Rhodes/SoRelle [1]**
6497/14
**Rich [2]** 6462/5
6463/17
**Rich Lupo [2]** 6462/5
6463/17
**ride [2]** 6496/11
6497/16
**rifle [2]** 6473/24
6493/24
**rifles [6]** 6470/14
6472/1 6473/13
6473/15 6476/12
6542/16
**right [112]** 6451/9
6453/8 6454/13
6458/11 6463/18
6465/24 6467/7
6468/16 6470/20
6470/25 6471/6
6472/18 6472/19
6473/16 6473/20
6476/21 6479/17
6480/13 6480/22
6481/5 6481/16
6481/21 6490/11
6490/17 6490/18
6490/22 6491/12
6492/19 6494/13
6495/7 6496/2 6498/17
6499/1 6499/13
6499/17 6499/17
6500/3 6500/5 6500/7
6502/16 6503/9
6503/25 6505/7
6505/20 6505/23
6506/4 6506/12
6508/10 6511/13
6513/11 6514/25
6522/18 6522/22
6524/15 6525/5
6525/12 6526/1

6541/18 6551/25
6553/13 6553/14
6555/3 6556/22
6556/24 6557/3 6557/8
6560/16 6560/20
6562/13 6562/16
6563/7 6563/13
6563/18 6563/22
6564/3 6564/4 6566/14
6566/20 6567/2 6567/4
6567/14 6569/16
6570/1 6570/4 6570/6
6570/12 6570/16
6571/8 6571/22 6573/2
6573/14 6574/1 6574/8
6574/15 6575/3
6575/15 6575/18
6575/20 6576/15
6576/22 6580/13
6581/5 6581/20
6582/14 6583/13
6585/4 6585/6 6587/13
6588/11 6590/1
**right-hand [1]** 6508/10
**rights [1]** 6451/13
**rios [1]** 6530/9
**riot [1]** 6478/22
**riots [1]** 6530/10
**rise [6]** 6450/2 6560/17
6561/17 6561/19
6589/11 6590/3
**risk [1]** 6457/18
**RMR [2]** 6591/2 6591/8
**Road [1]** 6447/3
**ROBERTSON [1]**
6446/6
**role [2]** 6473/25
6483/10
**room [14]** 6463/22
6468/8 6481/2 6544/21
6545/18 6545/19
6577/12 6577/13
6578/19 6579/10
6579/16 6581/13
6581/16 6583/1
**rooms [2]** 6581/7
6581/8
**Rossi [5]** 6447/10
6450/19 6451/7 6499/8
6505/12
**routinely [1]** 6539/6
**row [2]** 6575/6 6575/20
**rude [1]** 6545/14
**rule [14]** 6455/8
6455/13 6457/15
6457/20 6459/20
6460/7 6460/19
6472/17 6491/18
6491/19 6494/9 6561/8
6561/10 6572/20
**Rule 106 [1]** 6572/20
**rules [7]** 6454/22
6454/25 6455/1 6455/6
6457/1 6480/8 6561/1
**ruling [4]** 6462/13
6472/20 6499/7 6499/9
**rulings [2]** 6451/10

**run [1]** 6553/1
**runs [2]** 6490/14
**Ruth [1]** 6450/8
**résumé [1]** 6451/21

**S**

**SA [1]** 6501/5
**safety [1]** 6496/7
**said [34]** 6454/24
6463/6 6463/10
6463/15 6474/18
6475/6 6475/8 6475/15
6475/16 6475/25
6483/18 6484/12
6502/13 6503/24
6505/20 6506/9 6511/5
6511/20 6522/6
6527/19 6533/23
6538/1 6538/3 6538/7
6542/12 6556/1 6559/7
6564/16 6564/20
6566/13 6580/19
6582/12 6585/19
6587/4
**same [26]** 6464/2
6466/15 6468/8 6469/3
6469/22 6471/11
6471/12 6479/23
6481/5 6483/3 6486/1
6487/6 6488/12 6489/3
6498/16 6504/12
6525/20 6525/23
6535/19 6537/22
6571/6 6571/21 6575/5
6575/7 6579/9 6589/20
**SANDRA [4]** 6445/6
6446/2 6450/8 6450/14
**Sandra Ruth Parker [1]**
6450/8
**sat [1]** 6567/12
**save [1]** 6466/9
**saw [5]** 6500/3
6517/15 6545/3 6545/3
6559/14
**say [66]** 6454/21
6457/25 6458/14
6458/16 6458/20
6458/25 6459/12
6464/14 6467/16
6471/7 6480/5 6490/7
6490/12 6490/19
6490/20 6490/22
6491/15 6492/15
6492/17 6496/16
6496/20 6527/5 6529/9
6529/14 6533/14
6534/21 6535/1
6535/13 6537/19
6537/10 6537/14
6538/8 6538/10
6538/14 6548/2
6549/16 6550/2 6550/5
6552/17 6552/24
6553/2 6559/1 6563/15
6563/16 6563/19
6564/23 6564/24
6565/18 6565/20

**S**

say... [17] 6565/21
6566/8 6567/25
6568/22 6569/6
6569/10 6569/10
6570/14 6574/15
6576/1 6576/16
6578/22 6583/10
6585/14 6586/11
6586/14 6586/20
saying [19] 6458/2
6458/8 6458/20
6463/11 6463/14
6464/2 6468/7 6474/4
6479/2 6480/10 6481/1
6492/13 6498/6 6521/7
6542/22 6568/13
6570/25 6574/22
6585/16
says [34] 6459/4
6459/22 6460/7 6462/7
6462/8 6463/15
6463/17 6463/20
6465/24 6470/11
6474/1 6474/18 6478/5
6478/8 6478/12 6479/4
6508/12 6522/15
6528/8 6528/10
6528/16 6529/15
6529/24 6536/7 6552/7
6565/13 6565/17
6565/18 6565/23
6566/8 6570/1 6570/8
6571/7 6574/14
scan [1] 6576/6
scanned [1] 6507/21
scenaria [1] 6530/9
scenario [1] 6530/9
scenarios [1] 6530/11
scene [1] 6550/8
scheduling [1]
6460/24
scientific [2] 6458/17
6537/6
scope [6] 6452/24
6465/7 6465/9 6467/21
6489/22 6516/9
scoped [3] 6547/10
6547/18 6547/24
screaming [1] 6550/21
screen [8] 6506/1
6507/22 6512/8
6540/20 6541/18
6572/6 6573/2 6588/5
screenshot [2]
6521/21 6522/13
screenshots [1]
6526/7
scroll [4] 6512/13
6515/7 6527/24 6558/4
scuba [1] 6495/23
se [2] 6446/7 6481/15
seal [1] 6548/25
search [18] 6514/14
6514/15 6517/7
6523/11 6532/7 6539/4
6539/8 6539/13 6540/3
6547/2 6547/6 6547/7

6564/12 6583/11
6583/11 6583/12
searched [6] 6522/14
6546/23 6547/10
6548/11 6549/9
6549/18
searches [7] 6487/24
6488/8 6548/16 6549/5
6549/8 6549/11
6549/19
searching [2] 6549/2
6583/8
seat [3] 6468/14
6468/14 6562/16
seated [3] 6450/4
6500/12 6561/20
second [9] 6456/1
6461/1 6477/16 6492/5
6514/22 6516/12
6574/24 6575/1 6587/9
seconds [2] 6500/6
6525/1
Secret [1] 6559/22
Secretary [1] 6484/15
section [1] 6517/20
sections [1] 6517/20
Secure [1] 6581/11
security [11] 6472/12
6472/13 6478/21
6482/17 6496/15
6496/18 6496/21
6497/17 6497/24
6498/11 6559/15
seditious [3] 6461/18
6465/5 6482/1
see [34] 6460/22
6472/25 6477/3
6485/17 6494/6
6499/21 6507/16
6507/18 6508/9
6508/11 6508/13
6508/16 6513/7
6513/12 6527/17
6528/3 6540/24 6544/5
6553/9 6553/11 6558/5
6562/8 6570/16 6571/7
6571/18 6571/20
6572/5 6573/21
6574/14 6576/6 6579/3
6579/18 6580/15
6588/6
seeing [4] 6473/24
6478/22 6480/20
6589/10
seek [3] 6456/22
6506/4 6506/19
seeking [1] 6578/4
seeks [2] 6507/7
6508/1
seem [1] 6491/9
seemingly [1] 6583/1
seems [3] 6456/6
6489/6 6491/6
seen [10] 6454/9
6478/1 6479/5 6487/1
6496/5 6499/4 6499/19
6499/20 6513/5

seize [2] 6517/6
6548/24
send [2] 6470/23
6479/3
sender [3] 6529/9
6530/24 6530/25
sending [4] 6561/7
6584/3 6584/3 6584/6
sense [2] 6468/17
6491/13
sent [28] 6451/4
6461/9 6473/7 6473/9
6477/24 6479/10
6484/7 6515/13
6515/14 6516/20
6523/8 6526/21 6527/9
6529/7 6530/2 6530/3
6531/6 6533/8 6534/19
6535/21 6540/10
6540/12 6540/14
6556/7 6559/6 6560/2
6570/25 6584/10
6585/11 6588/10
sentence [1] 6472/18
sentiments [1]
6482/21
separate [2] 6492/5
6517/20
sequestration [1]
6494/9
series [1] 6564/15
served [4] 6539/3
6539/7 6539/13 6540/3
servers [3] 6539/5
6540/14 6540/16
service [5] 6533/2
6533/20 6559/23
6570/9 6583/21
services [3] 6540/4
6540/5 6540/6
session [4] 6445/7
6462/7 6462/24 6464/7
set [4] 6462/12 6484/3
6529/16 6589/14
several [11] 6530/6
6539/8 6548/11
6548/12 6548/13
6548/14 6549/20
6571/8 6573/20 6582/9
6582/11
sfbrennwald [1]
6446/8
share [1] 6494/20
she [50] 6456/16
6456/21 6458/13
6458/16 6458/20
6458/25 6459/4 6459/4
6459/12 6459/13
6460/1 6463/10
6463/12 6463/13
6463/14 6463/15
6463/22 6463/23
6464/24 6464/25
6464/25 6467/4 6468/7
6468/12 6480/23
6480/24 6482/8 6485/8
6485/15 6486/17
6487/6 6493/13

6495/15 6495/16
6495/23 6497/23
6497/24 6499/3
6499/21 6508/24
6516/20 6516/24
6517/5 6542/5 6542/6
6568/11 6583/19
6583/21
she's [11] 6452/7
6452/8 6458/18
6463/21 6464/1 6467/2
6486/22 6494/5
6499/19 6499/20
6583/23
shield [1] 6485/14
Shipley [12] 6448/7
6448/8 6450/21 6474/8
6534/25 6560/18
6562/20 6563/5 6571/9
6572/2 6586/1 6586/5
shirt [2] 6505/23
6546/6
shit [5] 6470/13
6542/14 6542/14
6559/7 6585/18
shoot [1] 6484/21
shooting [1] 6476/14
short [3] 6484/6
6533/2 6570/9
short-circuit [1]
6484/6
shortly [2] 6546/3
6559/6
shorts [1] 6505/24
should [13] 6459/9
6485/8 6485/24
6490/12 6490/19
6498/6 6498/10 6511/6
6514/20 6535/9
6557/13 6569/9 6577/3
shouldn't [2] 6459/11
6484/13
show [14] 6454/1
6454/7 6469/25 6470/2
6470/13 6471/9
6471/14 6477/11
6514/8 6526/6 6542/15
6557/10 6565/10
6569/19
showed [7] 6543/24
6544/1 6545/24
6549/20 6556/6
6558/16 6584/22
shown [6] 6465/12
6481/14 6565/15
6571/10 6571/12
6572/22
shows [3] 6522/7
6560/25 6588/3
SHTF [1] 6529/18
side [5] 6493/4 6493/5
6493/12 6508/10
6548/18
sides [1] 6551/2
sign [2] 6470/13
6542/15
Signal [37] 6466/19

6521/2 6520/4 6520/24
6521/2 6521/4 6521/7
6521/8 6521/10
6522/20 6523/14
6525/4 6525/12
6525/15 6525/20
6525/23 6525/25
6526/23 6526/25
6527/1 6527/2 6527/5
6527/9 6527/25
6528/18 6529/7 6531/3
6531/4 6531/7 6559/25
6560/2 6563/9 6563/11
6563/24 6564/12
6588/8 6588/10
Signal app [1] 6559/25
similar [8] 6504/25
6505/2 6581/18
similarly [1] 6504/16
simpatico [1] 6479/17
simple [2] 6486/10
6535/2
simply [6] 6461/17
6475/19 6485/15
6536/20 6547/20
6548/2
since [2] 6485/8
6534/21
sincerely [1] 6578/11
single [2] 6486/7
6560/2
sir [6] 6501/12 6543/9
6560/5 6560/23
6585/18 6585/18
sit [1] 6459/7
site [1] 6471/19
situation [3] 6488/21
6529/15 6545/16
six [14] 6450/23 6454/1
6454/3 6454/4
slide [4] 6470/22
6516/5 6516/20 6585/8
Slide 17 [1] 6585/8
slow [1] 6460/18
small [1] 6584/14
SMS [12] 6526/22
6532/12 6532/13
6532/14 6532/15
6533/1 6533/2 6533/23
6534/18 6540/15
6555/10 6570/8
so [172]
so I think [4] 6485/24
6492/5 6493/8 6580/10
so it's [3] 6471/6
6471/12 6589/9
so this [1] 6476/15
so this is [6] 6464/21
6498/17 6515/1
6526/21 6527/9 6535/9
So this Signal [1]
6522/20
So this statement [1]
6466/21
software [2] 6528/6
6529/22
soldier [1] 6484/16
some [37] 6451/4

**some... [36]** 6455/12
6456/7 6456/23
6458/12 6461/9
6465/20 6469/6
6476/14 6478/8 6480/9
6483/20 6484/16
6486/22 6486/25
6487/13 6488/7
6488/18 6490/25
6492/2 6493/3 6495/10
6500/13 6500/18
6514/23 6523/1 6523/4
6537/6 6544/9 6555/25
6561/7 6566/19
6567/22 6572/20
6577/14 6580/7
6587/15

**somebody [4]** 6511/5
6535/25 6570/25
6584/3

**somehow [2]** 6469/13
6498/10

**someone [4]** 6482/8
6516/21 6559/20
6584/5

**someone's [1]** 6453/11

**something [21]**
6452/20 6452/23
6456/9 6460/21
6463/14 6467/17
6472/19 6489/24
6489/25 6489/25
6490/15 6494/13
6496/15 6496/23
6508/10 6524/3 6535/7
6536/12 6552/8
6568/22 6589/14

**sometimes [1]** 6452/19

**somewhere [1]** 6476/5

**SoRelle [20]** 6469/20
6470/8 6470/11
6471/22 6473/5
6481/22 6482/6 6482/7
6482/22 6493/10
6493/20 6497/14
6498/8 6498/12 6542/2
6542/3 6542/4 6542/10
6542/21 6558/21

**sorry [29]** 6453/9
6454/24 6456/3
6459/19 6467/18
6470/5 6474/25
6475/10 6478/7
6489/12 6493/17
6494/16 6500/13
6508/4 6526/18
6526/23 6531/13
6539/20 6542/6
6542/14 6555/5 6559/8
6562/8 6565/6 6571/11
6572/9 6575/7 6577/25
6588/25

**sort [6]** 6488/25
6501/25 6502/20
6508/14 6560/12
6581/15

**sounds [1]** 6551/25

**sparse [1]** 6581/8
**speak [2]** 6528/22
6546/13
**speaking [1]** 6531/15
**Special [2]** 6501/2
6554/4
**specific [8]** 6458/18
6458/22 6463/4 6464/7
6487/12 6487/18
6491/20 6534/18
**specifically [6]**
6459/21 6462/16
6484/25 6507/2
6577/16 6582/19
**specifics [2]** 6459/2
6459/3
**spectrum [1]** 6455/25
**speech [1]** 6559/22
**spell [1]** 6585/20
**spelled [2]** 6501/15
6585/21
**spend [1]** 6525/7
**spent [2]** 6538/8
6549/14
**Sperry [7]** 6451/22
6456/16 6456/20
6457/3 6457/9 6458/4
6458/10
**Sperry's [1]** 6494/11
**spoke [1]** 6534/25
**spontaneously [1]**
6477/23
**spreadsheet [2]**
6557/20 6569/14
**square [1]** 6457/15
**St [1]** 6447/11
**stairs [1]** 6462/21
**stake [1]** 6551/7
**stand [1]** 6451/1
6457/24 6463/6
6478/13 6478/13
6479/20 6491/15
6492/7 6501/6 6552/15
**standing [1]** 6491/1
**stands [1]** 6590/4
**stanley [3]** 6447/2
6447/5 6450/17
**Stanley Woodward [1]**
6450/17
**start [13]** 6451/6
6462/3 6463/19 6464/2
6464/9 6464/18
6464/20 6491/3
6500/12 6552/16
6561/24 6566/25
6578/9
**started [3]** 6471/7
6560/12 6589/25
**starting [6]** 6464/22
6465/2 6478/16
6513/15 6589/4 6589/8
**state [6]** 6466/13
6482/24 6483/17
6501/14 6506/9
6547/25
**stated [1]** 6505/6
**statement [14]** 6460/8

6466/21 6469/3
6481/10 6482/2
6482/22 6484/22
6484/24 6485/3
6496/24 6497/1 6497/6
**statements [23]**
6469/19 6474/22
6475/4 6477/21
6481/23 6481/25
6483/5 6483/6 6483/6
6483/15 6483/15
6483/20 6483/25
6484/11 6488/12
6488/18 6490/24
6493/10 6493/14
6498/18 6502/7
6502/12 6552/5 6552/7
**STATES [7]** 6445/1
6445/3 6445/10 6450/7
6457/7 6462/19 6501/2
**stayed [2]** 6463/12
6463/24
**steal [1]** 6496/13
**Steele [16]** 6446/9
6450/9 6450/16 6485/4
6485/5 6485/8 6485/14
6485/23 6486/2 6486/7
6486/8 6486/16 6487/6
6493/15 6500/23
6500/25
**Steele's [1]** 6485/11
**stenography [1]**
6448/16
**step [10]** 6478/6
6478/8 6478/10 6480/6
6480/6 6481/5 6481/6
6494/14 6560/21
6588/18
**Stephen [2]** 6446/6
6450/15
**Stephen Brennwald**
**[1]** 6450/15
**steps [3]** 6465/17
6476/15 6487/1
**Stewart [13]** 6470/7
6477/22 6482/21
6498/7 6498/12
6523/11 6525/8
6525/11 6525/19
6541/14 6541/25
6542/10 6588/16
**Stewart Rhodes [9]**
6470/7 6477/22 6498/7
6498/12 6525/19
6541/14 6541/25
6542/10 6588/16
**Stewart Rhodes' [3]**
6523/11 6525/8
6525/11
**still [11]** 6451/4 6464/7
6464/9 6464/14 6468/2
6477/19 6485/15
6543/24 6544/1
6567/20 6570/4
**Stone [1]** 6559/20
**stop [5]** 6463/8
6463/16 6464/11

**stopped [3]** 6463/18
6577/6 6578/13
**stopping [2]** 6496/13
6578/8
**storming [8]** 6479/19
6533/16 6570/17
6571/1 6571/7 6571/21
6573/15 6575/18
**strand [1]** 6471/12
**Street [4]** 6445/16
6446/3 6446/11
6447/16
**stressful [1]** 6579/11
**strict [1]** 6457/21
**string [2]** 6575/13
6576/14
**stuck [1]** 6457/10
**studied [1]** 6452/18
**study [1]** 6456/7
**stuff [7]** 6481/2 6496/5
6496/15 6536/1
6545/25 6561/7
6578/11
**subject [7]** 6502/3
6502/3 6502/6 6502/7
6515/16 6515/17
6541/3
**submit [1]** 6459/14
**submitted [1]** 6470/18
**submitting [1]** 6486/22
**subpoena [3]** 6554/12
6555/9 6555/12
**subscriber [5]** 6583/19
6583/23 6584/5 6584/6
6584/13
**subscribers [4]** 6584/3
6584/10 6584/15
6584/18
**subscribes [1]** 6584/4
**substance [4]** 6452/19
6578/7 6578/20 6579/8
**substantially [3]**
6483/1 6483/22
6483/24
**substantive [3]** 6493/1
6579/5 6579/6
**success [1]** 6484/4
**such [3]** 6459/21
6489/23 6561/2
**suffer [1]** 6466/25
**suggest [4]** 6486/12
6497/23 6498/22
6578/16
**suggested [3]** 6468/20
6482/13 6483/12
**suggesting [6]**
6461/25 6465/4 6466/5
6524/3 6524/8 6524/9
**suggestion [2]**
6497/15 6498/1
**Suite [5]** 6446/3
6446/11 6447/7
6447/12 6448/4
**summary [1]** 6487/25
**support [5]** 6458/1
6470/15 6472/4
6539/21 6542/23

**suppose [2]** 6469/22
6557/13
**supposed [2]** 6499/11
6509/10
**Supreme [2]** 6514/10
6514/16
**Supreme Court [2]**
6514/10 6514/16
**sure [19]** 6452/8
6452/11 6453/5
6454/16 6459/3 6469/9
6487/5 6490/22 6499/9
6502/1 6505/16
6516/14 6517/16
6521/9 6548/19 6563/6
6568/20 6571/15
6578/1
**surprise [1]** 6568/1
6568/4
**surprised [1]** 6554/23
**suspended [2]** 6464/8
6464/9
**sustained [5]** 6496/19
6551/9 6568/6 6568/15
6586/24
**SWORN [1]** 6501/6

**T**

**T-Mobile [36]** 6518/20
6518/21 6518/22
6531/18 6532/3 6532/7
6533/6 6533/9 6533/10
6534/7 6534/17
6535/16 6535/17
6535/22 6540/12
6554/13 6555/1 6555/9
6555/21 6556/1 6556/7
6556/13 6556/24
6557/4 6558/5 6569/13
6569/14 6583/19
6583/24 6584/1 6584/2
6584/4 6584/9 6584/10
6584/15 6584/17
**T-Mobile's [4]** 6534/19
6535/18 6557/1
6557/10
**T-shirt [2]** 6505/23
6546/6
**tackle [1]** 6461/14
**tactical [1]** 6457/10
**take [25]** 6453/2
6453/3 6460/20 6463/1
6472/17 6489/25
6492/8 6509/6 6519/1
6526/3 6531/14
6538/25 6548/22
6548/25 6551/16
6560/8 6560/14
6560/15 6569/20
6576/5 6576/5 6579/14
6587/7 6589/3 6589/7
**taken [3]** 6463/5
6466/21 6520/6
**taking [5]** 6470/15
6472/4 6479/19 6480/6
6542/23
**talk [11]** 6452/20
6461/2 6461/8 6467/9

talk... [7] 6468/25
6496/12 6501/21
6561/13 6563/8
6566/10 6578/20
talked [6] 6474/12
6476/13 6480/24
6496/14 6496/16
6547/13
talking [21] 6462/24
6466/3 6467/24
6467/25 6468/24
6470/24 6471/15
6479/6 6479/6 6479/10
6481/2 6487/12
6494/12 6516/15
6547/17 6567/20
6567/21 6574/8
6574/10 6577/17
6578/18
talks [2] 6453/12
6476/9
tall [1] 6544/9
tantamount [1]
6484/14
target [2] 6476/14
6484/21
teach [1] 6455/9
team [9] 6522/15
6522/21 6523/13
6525/4 6527/15
6539/21 6566/10
6566/11 6588/7
technical [2] 6536/17
6536/19
technically [1] 6536/1
technology [1]
6539/24
telecom [2] 6539/11
6539/13
telecommunications
[4] 6538/15 6538/17
6539/2 6539/5
telecoms [3] 6539/6
6539/7 6539/9
tell [12] 6477/19
6480/22 6492/8
6525/14 6526/25
6527/1 6528/16
6528/25 6531/2 6533/7
6535/2 6542/10
telling [2] 6480/13
6498/12
tend [1] 6580/25
tension [2] 6485/10
6485/17 6491/17
term [3] 6458/5
6472/23 6533/3
termination [1] 6483/8
terms [17] 6462/12
6476/22 6477/18
6480/8 6482/24 6485/4
6485/20 6492/3
6492/24 6493/1 6493/9
6496/9 6538/9 6538/15
6579/5 6589/15
6589/16
testified [27] 6463/22

6473/24 6475/12
6476/3 6476/5 6476/7
6480/23 6481/13
6501/7 6504/7 6504/10
6504/22 6507/3 6509/7
6509/22 6510/15
6511/4 6511/18 6516/8
6551/5 6554/8 6567/13
6568/12 6569/13
6569/15
testify [5] 6484/20
6535/11 6537/4
6565/17 6576/13
testifying [6] 6495/19
6501/17 6506/15
6551/13 6577/22
6586/15
testimony [35]
6452/25 6460/13
6460/13 6476/11
6494/7 6494/11 6497/4
6499/3 6499/4 6499/23
6502/20 6506/18
6507/6 6509/12
6532/17 6534/9
6534/22 6536/4 6536/8
6536/10 6536/14
6536/17 6537/1 6537/2
6537/9 6537/16
6537/23 6537/25
6560/21 6565/13
6567/15 6568/23
6574/3 6580/13 6589/4
text [26] 6469/8 6476/2
6481/10 6481/12
6481/22 6482/5
6482/20 6493/20
6516/19 6517/14
6517/17 6517/20
6517/22 6531/3 6533/4
6533/8 6535/15
6535/19 6535/20
6538/6 6540/15 6559/6
6569/15 6570/10
6576/22 6584/10
texts [1] 6473/5
than [20] 6474/21
6475/4 6475/8 6476/6
6515/25 6536/10
6536/12 6543/12
6543/17 6550/7
6550/16 6550/17
6551/5 6551/13 6552/3
6555/19 6555/21
6556/3 6560/15 6583/2
thank [57] 6454/12
6456/13 6457/12
6458/23 6473/2
6477/15 6484/1 6493/6
6494/14 6494/17
6499/24 6500/8 6501/1
6503/3 6504/18
6505/15 6506/3
6506/21 6509/5
6510/13 6510/22
6510/23 6511/11
6511/25 6512/3 6516/1

6522/17 6522/19
6526/13 6528/12
6531/20 6531/25
6540/18 6542/25
6543/4 6553/5 6553/5
6553/7 6553/12
6553/13 6560/5
6560/16 6560/18
6561/14 6561/15
6561/16 6561/21
6576/24 6576/25
6578/8 6579/20
6585/24 6588/19
6589/10 6590/2
thank you [48]
6454/12 6477/15
6484/1 6493/6 6494/14
6494/17 6500/8 6501/1
6504/18 6505/15
6506/3 6506/21 6509/5
6510/13 6510/22
6510/23 6511/11
6511/25 6512/3 6516/1
6518/25 6519/5
6522/17 6522/19
6526/13 6528/12
6531/20 6531/25
6540/18 6542/25
6543/4 6553/5 6553/5
6553/12 6553/13
6560/5 6560/16
6560/18 6561/15
6561/16 6576/24
6576/25 6578/8
6579/20 6585/24
6588/19 6589/10
6590/2
that [683]
that's [103] 6452/21
6453/21 6455/13
6456/7 6457/1 6458/8
6458/11 6458/19
6462/25 6465/21
6467/22 6468/19
6469/1 6470/22 6472/6
6473/13 6473/18
6474/15 6475/8 6479/9
6480/3 6480/12
6481/19 6481/24
6486/6 6486/9 6488/25
6489/10 6490/4
6490/10 6491/21
6492/12 6492/20
6492/23 6494/4
6499/17 6500/18
6500/22 6502/17
6502/21 6502/23
6503/10 6504/1
6505/12 6507/25
6514/24 6522/23
6523/10 6524/7
6524/14 6524/16
6526/2 6527/7 6528/18
6531/13 6532/18
6533/25 6536/2 6536/7
6537/6 6537/22
6540/17 6544/15

6551/4 6554/20 6555/3
6556/5 6556/9 6556/21
6557/2 6559/5 6564/2
6564/4 6565/12
6566/13 6566/20
6567/21 6568/3
6572/10 6572/12
6572/24 6573/18
6574/7 6574/13
6574/19 6574/24
6574/24 6575/1
6575/19 6576/11
6578/11 6578/23
6583/3 6585/16 6586/5
6586/22 6586/24
6587/9 6587/11
6587/16
their [24] 6452/15
6453/11 6457/24
6461/24 6461/25
6464/13 6469/5
6478/19 6478/20
6483/10 6483/14
6483/17 6486/19
6488/22 6489/5 6490/9
6491/11 6491/14
6491/16 6493/14
6540/14 6547/15
6561/2 6578/10
them [36] 6454/9
6454/23 6455/1 6458/8
6460/6 6464/15
6464/21 6467/9
6470/24 6471/25
6473/9 6475/14 6476/4
6483/22 6483/23
6487/3 6488/14 6491/9
6491/13 6491/16
6517/15 6539/8
6545/20 6562/3 6562/6
6563/19 6565/10
6569/16 6574/5 6576/6
6577/20 6578/19
6579/16 6579/17
6582/20 6586/10
theme [3] 6478/17
6479/23 6481/5
then [54] 6451/8
6454/13 6461/24
6462/7 6462/8 6464/21
6468/2 6476/4 6476/5
6476/10 6476/22
6477/21 6478/11
6478/21 6478/23
6479/4 6479/8 6480/8
6481/4 6487/25 6488/9
6488/25 6489/18
6489/24 6490/3 6491/2
6491/6 6492/15
6493/22 6493/22
6496/10 6498/13
6504/17 6505/25
6514/19 6515/19
6515/19 6521/14
6537/17 6537/24
6538/2 6548/25
6555/17 6558/2

6560/14 6564/19
6565/10 6569/25
6570/3 6573/20
6577/21 6584/17
6585/25 6589/1
theory [3] 6468/17
6469/20 6470/3
there [121] 6451/6
6452/4 6452/23
6457/25 6463/4
6463/24 6464/4
6465/13 6465/17
6465/20 6466/1 6466/4
6466/5 6466/5 6467/10
6468/9 6469/24 6470/7
6471/9 6472/8 6474/4
6474/5 6474/20 6475/2
6475/25 6476/9
6476/15 6477/21
6483/20 6485/1
6487/13 6487/25
6487/25 6489/23
6490/12 6491/17
6491/18 6494/10
6495/25 6496/3 6496/8
6496/10 6497/15
6497/17 6497/24
6503/8 6503/17
6503/20 6503/22
6507/17 6508/15
6517/20 6517/22
6518/1 6518/3 6518/5
6518/13 6522/16
6523/6 6523/18
6523/24 6524/3 6524/4
6524/19 6524/20
6530/7 6535/2 6540/1
6543/18 6543/19
6544/2 6544/7 6544/9
6544/11 6544/11
6544/21 6545/1 6545/1
6545/19 6547/5
6550/15 6550/17
6550/20 6551/1
6551/25 6552/8
6564/10 6564/12
6566/15 6566/16
6566/18 6566/18
6566/19 6566/7
6567/23 6568/2
6568/12 6568/24
6569/16 6570/16
6573/20 6573/23
6574/22 6575/22
6575/24 6576/18
6576/19 6577/11
6578/5 6578/14 6579/1
6579/11 6579/15
6581/13 6582/15
6582/24 6583/3 6585/2
6588/23
there's [31] 6452/22
6453/6 6456/5 6457/21
6466/3 6466/12
6470/21 6470/21
6473/10 6474/11
6478/17 6485/1

**there's... [19]** 6485/10
6485/13 6487/23
6491/17 6492/5 6492/5
6492/24 6498/21
6552/5 6565/25 6566/1
6566/6 6573/7 6573/13
6573/14 6575/24
6576/10 6578/14
6579/2
**therefore [1]** 6464/5
**these [69]** 6450/23
6461/17 6462/3
6462/23 6463/1 6463/4
6463/8 6464/4 6464/10
6464/13 6464/17
6465/5 6466/20
6466/24 6469/2 6469/4
6469/7 6469/7 6469/18
6470/1 6470/20 6471/9
6471/11 6471/15
6471/17 6471/18
6474/4 6474/14 6476/8
6476/16 6478/18
6478/19 6478/24
6479/2 6480/7 6480/7
6480/9 6480/21
6480/22 6480/23
6481/1 6481/4 6482/13
6482/16 6483/4 6483/5
6483/10 6483/19
6483/20 6487/17
6488/5 6488/16
6491/10 6506/2
6512/16 6512/16
6520/14 6520/24
6526/7 6537/13
6537/13 6538/5 6538/9
6538/11 6540/6
6551/13 6551/14
6563/9 6570/13
**they [99]** 6455/9
6461/22 6461/23
6462/18 6463/2 6463/8
6463/15 6463/17
6463/18 6463/19
6463/19 6464/2
6464/15 6464/16
6464/18 6465/13
6466/1 6467/7 6467/9
6468/9 6469/6 6469/20
6470/12 6470/14
6473/8 6473/9 6475/14
6477/24 6479/3 6479/7
6479/8 6479/14
6480/16 6480/18
6481/4 6481/6 6481/23
6481/23 6483/6
6483/16 6483/18
6483/18 6484/13
6486/23 6486/23
6487/2 6487/2 6488/15
6490/24 6491/1 6491/9
6491/22 6493/10
6496/5 6496/5 6496/6
6496/13 6496/16
6497/17 6498/20
6502/12 6506/1

6535/18 6536/22
6542/13 6542/14
6542/15 6544/23
6544/24 6545/4 6547/9
6547/15 6555/14
6555/17 6555/22
6556/1 6556/3 6556/5
6557/19 6557/21
6558/9 6562/8 6564/20
6565/2 6565/3 6570/14
6573/21 6574/14
6578/9 6578/17
6578/21 6580/12
6580/20 6584/2 6584/4
6584/6 6587/15
**They'll [1]** 6526/12
**they're [14]** 6466/4
6469/3 6470/8 6481/2
6481/2 6481/8 6483/6
6484/12 6486/25
6514/10 6527/4 6574/4
6578/9 6586/14
**they've [3]** 6453/13
6483/11 6565/10
**thing [12]** 6459/7
6460/17 6464/2
6473/12 6480/4 6485/2
6491/25 6493/8
6494/18 6499/22
6537/5 6568/2
**things [14]** 6459/8
6459/11 6473/10
6482/13 6490/21
6527/4 6527/5 6538/6
6538/12 6545/1 6551/2
6563/12 6572/6
6579/12
**think [104]** 6451/23
6451/25 6452/6
6452/14 6452/22
6453/14 6453/22
6454/4 6454/19 6455/3
6459/8 6460/19 6461/3
6463/4 6464/3 6464/19
6467/1 6467/2 6468/12
6468/16 6468/20
6469/24 6471/4 6474/7
6476/5 6476/15
6476/16 6476/19
6477/5 6477/14
6477/17 6480/7 6480/9
6480/17 6480/17
6483/21 6484/16
6484/25 6485/3
6485/10 6485/20
6485/22 6485/24
6486/9 6486/15
6487/12 6487/17
6488/2 6488/4 6489/7
6489/10 6489/20
6489/21 6490/2 6491/4
6491/7 6491/16 6492/5
6492/10 6492/12
6492/13 6492/16
6492/20 6492/23
6492/23 6493/8
6493/23 6494/3 6494/4

6495/17 6499/6
6503/24 6504/14
6512/11 6513/21
6514/23 6514/24
6524/18 6531/13
6534/24 6537/22
6538/11 6538/13
6538/18 6547/10
6548/24 6551/15
6551/25 6551/25
6552/22 6558/18
6564/4 6566/24 6576/1
6578/10 6578/24
6579/2 6579/5 6580/10
6582/18 6583/22
6587/16
**thinking [2]** 6543/22
6587/25
**thinks [1]** 6485/6
**third [3]** 6470/21
6470/22 6501/17
**this [303]**
**Thomas [1]** 6447/11
**thorny [1]** 6500/14
**those [50]** 6461/14
6461/16 6462/3
6469/15 6470/17
6471/1 6471/2 6471/8
6483/2 6483/21
6483/24 6484/2
6485/13 6486/14
6487/21 6487/22
6488/2 6488/2 6488/6
6492/2 6492/4 6493/14
6505/6 6513/5 6513/6
6521/16 6532/10
6533/12 6536/22
6540/4 6548/25 6552/3
6552/17 6555/24
6556/14 6558/7
6559/18 6565/21
6566/1 6566/2 6570/7
6570/10 6572/13
6574/1 6574/1 6575/17
6579/12 6584/5
6584/14 6586/7
**though [4]** 6484/24
6485/17 6497/9
6567/18
**thought [14]** 6451/21
6460/17 6466/25
6467/16 6467/18
6468/20 6473/8 6485/3
6495/15 6502/24
6555/3 6555/5 6567/10
6586/6
**thoughts [1]** 6467/3
**thousands [3]** 6477/23
6549/8 6559/25
**three [15]** 6470/7
6471/1 6474/10
6487/23 6497/5 6500/6
6517/20 6525/23
6549/18 6553/1
6555/16 6555/19
6555/21 6556/3 6575/5
**through [39]** 6454/18

6457/16 6457/22
6458/6 6462/17
6466/22 6467/23
6470/3 6471/15
6471/20 6480/2
6481/17 6488/13
6488/13 6489/1 6490/4
6490/5 6490/9 6498/2
6511/7 6512/13
6517/10 6517/11
6518/15 6519/15
6519/24 6523/23
6535/18 6535/19
6535/24 6540/15
6546/19 6546/21
6564/15 6564/20
6568/2
**throughout [4]**
6474/15 6500/17
6534/16 6558/24
**thrust [2]** 6495/23
6495/25
**ticked [1]** 6477/23
**ticked-off [1]** 6477/23
**tie [1]** 6493/9
**till [3]** 6470/14 6518/2
6542/16
**time [37]** 6462/13
6465/9 6466/13 6468/1
6469/9 6470/6 6471/16
6475/21 6501/17
6503/18 6505/14
6514/23 6517/18
6517/19 6518/2 6523/2
6525/7 6530/16
6541/22 6541/23
6543/21 6545/12
6549/8 6558/2 6558/24
6564/16 6566/16
6569/25 6570/11
6570/11 6571/21
6576/9 6579/15
6581/24 6587/13
6588/14 6589/16
**timeline [2]** 6472/10
6488/14
**times [7]** 6508/21
6548/11 6548/12
6548/14 6566/3 6582/9
6582/11
**timing [4]** 6474/19
6579/1 6579/1 6589/15
**tired [1]** 6495/2
**title [1]** 6452/20
**titled [1]** 6591/4
**today [11]** 6456/16
6514/9 6527/15
6543/14 6549/17
6552/2 6560/15
6564/19 6565/16
6568/23 6590/1
**together [1]** 6480/23
**told [11]** 6492/14
6498/13 6498/13
6510/16 6525/3
6535/25 6536/20
6536/21 6544/19

**tonight [1]** 6462/7
**too [7]** 6458/1 6459/8
6464/5 6472/6 6495/5
6577/7 6587/12
**took [3]** 6492/6
6522/13 6543/10
**top [6]** 6462/21 6515/7
6527/24 6558/1 6570/1
6570/11
**topic [10]** 6473/7
6487/16 6504/16
6504/17 6516/2
6516/15 6519/7
6540/19 6583/13
6588/14
**topics [1]** 6455/21
**total [2]** 6461/5
6589/16
**tower [2]** 6535/18
6535/19
**track [1]** 6525/9
**tracking [1]** 6471/10
**train [1]** 6567/10
**trained [1]** 6536/18
**transcript [2]** 6445/9
6448/16 6497/10
6578/22 6578/23
6591/3
**transcription [1]**
6448/16
**transformed [1]**
6478/22
**transport [1]** 6528/22
**travel [2]** 6559/1
6559/3
**treating [1]** 6493/1
**treatise [10]** 6455/7
6455/8 6456/18 6457/8
6458/7 6459/23 6460/8
6560/24 6561/2 6561/3
**treats [1]** 6460/7
**trial [19]** 6445/9 6455/9
6469/2 6469/24
6481/13 6488/25
6489/2 6490/20
6501/17 6501/18
6502/13 6546/24
6547/1 6547/7 6547/9
6547/10 6574/1
6577/22 6587/9
**trickling [1]** 6485/25
**tried [1]** 6469/4
**trouble [2]** 6462/21
6522/16
**Troy [2]** 6445/14
6450/13
**Troy Edwards [1]**
6450/13
**true [5]** 6459/5 6467/22
6484/21 6489/3 6585/2
**truly [1]** 6537/5
**Trump [4]** 6470/15
6472/3 6515/18
6542/23
**Trump's [2]** 6514/11
6559/21
**truth [1]** 6582/3

6618

**T**

try [3] 6470/19 6477/17
6540/3
trying [5] 6477/11
6543/16 6560/9
6574/14 6575/7
turn [2] 6565/4 6565/4
turned [4] 6545/25
6546/3 6546/6 6546/8
twice [2] 6554/6
6554/11
two [54] 6451/8 6454/1
6456/24 6462/11
6462/15 6462/20
6464/3 6466/6 6470/17
6470/20 6471/2 6471/3
6471/6 6475/13
6476/15 6476/16
6478/5 6482/13
6482/15 6482/17
6483/2 6487/23
6490/21 6491/2
6503/22 6504/2
6505/25 6506/2
6518/13 6518/14
6525/20 6540/22
6543/11 6543/12
6543/13 6543/17
6544/7 6545/20 6550/7
6551/21 6551/22
6551/23 6551/25
6552/6 6552/7 6554/6
6556/11 6556/19
6558/7 6563/9 6573/13
6581/19 6588/13
6588/23
two-week [4] 6518/13
6518/14 6556/11
6556/19
twofold [1] 6491/5
TX [1] 6448/4
tying [1] 6487/19
types [1] 6579/12
typically [3] 6554/12
6555/9 6556/4

**U**

U.S [1] 6445/15
U.S.C [1] 6464/5
ultimately [1] 6497/18
under [12] 6454/22
6454/22 6455/5 6461/4
6477/25 6479/3 6480/7
6482/24 6483/3
6498/23 6561/1
6561/10
undergoing [1]
6537/19
underneath [1]
6471/21
understand [20]
6454/22 6455/1
6462/13 6469/3
6473/19 6480/5
6480/19 6483/7
6489/10 6491/7 6495/9
6498/5 6499/8 6524/7
6538/9 6538/18 6569/8

understanding [9]
6474/22 6497/23
6537/14 6540/9
6543/19 6555/12
6555/24 6557/2 6570/8
understands [1]
6475/5
understood [6]
6451/15 6452/2 6493/6
6537/13 6547/5 6566/7
undoubtedly [1]
6482/25
undue [1] 6466/24
unfair [1] 6460/6
unit [2] 6535/9 6539/16
UNITED [7] 6445/1
6445/3 6445/10 6450/7
6457/7 6462/19 6501/2
United States [3]
6457/7 6462/19 6501/2
unless [4] 6452/22
6485/6 6491/13 6503/1
unlikely [1] 6514/10
unloaded [2] 6475/13
6531/8
unread [1] 6565/2
until [8] 6451/1
6455/17 6464/20
6465/10 6465/11
6465/13 6468/4
6517/25
up [48] 6453/19
6457/25 6458/5
6467/11 6470/13
6470/19 6471/5
6487/19 6490/14
6491/15 6491/21
6493/9 6507/22 6512/7
6516/3 6519/9 6524/25
6529/16 6531/19
6537/4 6537/8 6537/19
6538/4 6540/20
6541/18 6542/15
6543/24 6544/1
6545/24 6548/1
6548/25 6549/18
6553/5 6558/15
6562/19 6563/12
6572/18 6573/6
6573/24 6574/6 6575/3
6584/21 6585/7 6586/3
6586/5 6587/7 6587/17
6588/5
upon [10] 6469/4
6478/22 6489/15
6536/20 6536/21
6537/2 6537/15 6538/1
6538/16 6552/23
us [27] 6454/13 6459/7
6462/9 6470/14
6472/15 6480/22
6496/14 6501/14
6502/24 6525/3
6525/14 6533/7
6538/23 6539/19
6542/15 6547/15
6548/16 6556/1 6556/5

viewing [1] 6505/20
virtually [3] 6503/12
6503/13 6505/20
visible [2] 6509/1
6572/9
voice [13] 6533/17
6533/20 6533/20
6534/1 6534/2 6534/4
6534/5 6534/15
6534/21 6534/23
6535/8 6535/21
6540/10
voice-over-Internet [1]
6540/10
voided [1] 6535/17
VoIP [4] 6534/4
6539/24 6540/6
6540/10
voluntarily [4] 6543/18
6543/19 6545/25
6577/11
Volunteer [1] 6521/12
vote [4] 6463/8
6463/16 6463/18
6483/10
vouching [1] 6586/23
vs [1] 6445/5

**W**

wait [1] 6500/13
waiting [2] 6530/8
6589/13
waive [1] 6561/22
want [30] 6453/25
6465/4 6466/4
6468/11 6469/4 6473/4
6473/18 6475/20
6477/17 6491/25
6496/6 6496/20 6526/5
6536/10 6541/19
6544/25 6551/17
6561/25 6563/8
6569/20 6571/13
6571/15 6571/16
6572/11 6572/20
6573/7 6573/8 6573/9
6576/15 6577/24
wanted [8] 6460/25
6475/19 6502/24
6547/15 6562/3 6563/6
6576/3 6582/12
wanting [1] 6461/16
wants [6] 6452/10
6461/2 6491/14
6551/19 6585/16
6585/17
warrant [5] 6532/8
6547/6 6548/24
6583/11 6583/12
warranted [1] 6477/8
warrants [5] 6539/4
6539/8 6539/13 6540/3
6548/20
was [338]
Washington [14]
6445/5 6445/17 6446/4
6446/7 6446/12 6447/3

6447/8 6447/12
6448/14 6475/13
6496/7 6497/16
6497/17 6559/3
wasn't [12] 6474/2
6498/11 6524/20
6545/1 6545/14 6550/8
6563/20 6569/6 6569/7
6569/11 6574/3 6585/2
watch [1] 6499/2
watched [2] 6545/10
6581/22
watching [7] 6463/7
6463/10 6463/22
6463/25 6465/1 6468/7
6530/8
water [2] 6477/4
6528/10
Watkins [4] 6496/11
6498/13 6508/23
6508/25
Watkins' [2] 6476/1
6509/4
wave [2] 6470/13
6542/15
way [14] 6466/6 6471/7
6486/2 6487/6 6488/12
6496/12 6534/23
6535/19 6568/8 6570/3
6571/9 6582/20
6582/22 6584/1
ways [1] 6550/9
we [217]
we believe [1] 6471/14
we will [2] 6530/6
6559/21
we'd [2] 6451/23
6561/11
we'll [18] 6453/17
6453/19 6454/11
6454/12 6464/2
6464/17 6468/10
6488/16 6490/6
6494/15 6548/21
6548/22 6548/22
6567/11 6572/17
6582/25 6589/9 6589/9
we're [35] 6462/14
6463/20 6467/7
6467/24 6467/25
6472/25 6476/24
6477/2 6477/19
6480/11 6480/14
6480/14 6481/14
6485/18 6487/12
6487/16 6494/12
6505/13 6516/14
6516/15 6533/16
6554/20 6559/7 6560/9
6567/21 6570/3
6570/17 6570/20
6571/7 6571/21
6573/15 6573/17
6574/16 6575/18
6589/7
we've [9] 6462/14
6466/19 6469/19
6487/1 6540/3 6548/13

6585/16 6585/17
6585/17 6585/25
6587/9 6587/12
USA [1] 6514/9
USA Today [1] 6514/9
usable [2] 6489/2
usdoj.gov [1] 6445/18
use [11] 6454/21
6490/1 6491/15
6491/20 6492/6
6506/16 6507/5 6520/8
6560/10 6573/7
6580/25
used [17] 6458/3
6468/13 6485/5 6486/6
6488/14 6492/4 6496/4
6497/14 6498/3
6500/20 6500/23
6500/25 6502/12
6524/6 6529/12
6534/23 6583/21
user [1] 6539/3
uses [1] 6534/4
using [5] 6455/14
6521/22 6529/13
6534/20 6555/12
UTC [1] 6514/23
utter [1] 6550/24

**V**

value [8] 6457/17
6457/19 6461/24
6483/2 6483/20
6483/22 6483/23
6483/24
various [2] 6521/17
6538/6
Verizon [7] 6554/12
6555/10 6583/22
6583/23 6584/5 6584/6
6584/13
versus [4] 6450/7
6521/7 6547/18 6561/4
very [13] 6457/21
6458/5 6465/15
6486/11 6500/14
6515/1 6546/19
6550/13 6552/14
6554/21 6569/25
6588/19 6589/10
vest [1] 6546/4
via [1] 6503/14
video [12] 6506/6
6506/24 6507/12
6509/19 6510/7 6511/2
6511/16 6545/3
6552/13 6552/19
6553/1 6581/22
videos [10] 6451/4
6451/6 6451/8 6486/25
6499/4 6499/12
6499/14 6499/16
6513/5 6545/10
videotape [1] 6578/4
view [8] 6457/23
6461/13 6473/23
6477/8 6477/9 6479/15

**we've... [3]** 6549/17
6560/13 6574/8
**wear [1]** 6577/18
**wearing [1]** 6579/4
**web [3]** 6487/23
6488/8 6513/24
**Webex [1]** 6503/15
**website [1]** 6513/25
**week [13]** 6504/7
6506/15 6507/3 6509/8
6509/22 6510/14
6511/5 6511/18
6518/13 6518/14
6543/17 6556/11
6556/19
**weeks [1]** 6466/20
**weight [1]** 6480/25
**well [38]** 6453/1
6453/3 6455/11
6458/13 6472/10
6477/9 6486/21
6486/24 6488/23
6498/3 6508/19
6512/16 6514/20
6524/2 6524/18 6530/6
6531/5 6532/20
6533/22 6536/3
6536/24 6542/6 6545/3
6555/14 6556/15
6557/19 6558/17
6560/9 6568/8 6572/8
6572/16 6572/21
6573/6 6577/8 6577/16
6578/24 6579/14
6589/3
**well-equipped [1]**
6530/6
**well-established [1]**
6455/11
**went [18]** 6462/19
6463/2 6463/8 6463/12
6463/15 6463/23
6468/9 6473/8 6478/20
6480/16 6483/13
6495/11 6495/13
6546/19 6546/21
6552/2 6564/15
6564/19
**were [96]** 6451/4
6451/8 6462/1 6463/2
6464/16 6466/1
6467/16 6471/8
6471/15 6475/14
6476/9 6479/24 6487/2
6488/8 6488/13
6488/23 6488/24
6490/24 6491/1 6492/4
6494/17 6496/6
6496/10 6496/25
6497/17 6501/21
6503/11 6503/14
6503/17 6503/20
6504/6 6505/20
6510/16 6516/7
6516/18 6516/24
6518/5 6518/13
6521/22 6522/1 6523/9

6526/1 6533/8 6534/18
6535/15 6541/8 6541/9
6543/22 6543/23
6544/2 6544/3 6544/7
6544/19 6544/24
6545/19 6545/20
6547/17 6549/2
6550/15 6550/17
6550/18 6551/1
6551/25 6552/3
6554/25 6555/22
6556/15 6563/18
6566/15 6566/16
6567/12 6569/16
6570/13 6570/13
6570/14 6576/2
6576/17 6577/12
6577/13 6577/20
6579/15 6580/13
6580/12 6580/13
6581/19 6582/15
6582/17 6582/24
6584/3 6584/4 6584/14
6587/15 6588/13
6588/23
**weren't [4]** 6498/20
6544/23 6562/9
6570/23
**West [1]** 6447/12
**what [189]**
**what's [14]** 6455/3
6468/23 6469/19
6469/20 6477/18
6528/17 6530/22
6534/12 6541/20
6561/11 6572/9 6573/2
6583/4 6585/9
**whatever [3]** 6456/7
6498/11 6569/14
**when [54]** 6455/17
6457/5 6459/4 6461/2
6462/13 6467/20
6468/12 6471/21
6476/14 6478/13
6485/12 6487/2 6492/6
6495/13 6504/6
6504/22 6506/14
6507/2 6509/7 6509/22
6510/14 6511/4
6511/18 6511/20
6516/7 6516/18
6516/24 6517/5 6520/7
6521/10 6523/16
6533/22 6534/4 6541/8
6549/2 6550/10
6550/14 6550/19
6551/5 6554/12 6555/9
6555/22 6562/20
6563/16 6564/10
6564/23 6565/2
6565/18 6565/25
6566/14 6567/13
6580/21 6585/19
6586/15
**where [23]** 6464/3
6471/21 6479/19
6480/9 6487/2 6487/23

6503/17 6508/24
6509/3 6516/13
6518/13 6518/18
6530/2 6535/6 6538/5
6551/6 6552/7 6559/6
6564/20 6565/13
6571/7
**whereas [1]** 6493/14
**whether [36]** 6462/20
6475/22 6490/19
6493/10 6506/15
6507/3 6509/8 6509/23
6509/23 6510/15
6511/5 6511/19 6528/7
6528/25 6529/22
6531/2 6535/8 6540/11
6541/9 6541/10
6554/25 6568/21
6577/10 6577/10
6577/11 6577/17
6577/18 6577/19
6577/20 6579/3
6579/11 6581/4
6582/24 6586/6 6586/9
6587/17
**which [41]** 6459/23
6459/24 6460/1
6460/17 6461/10
6465/3 6465/23
6466/19 6469/6
6470/22 6472/22
6475/25 6479/7 6480/8
6483/4 6485/22
6497/25 6498/1
6498/18 6500/15
6500/21 6503/15
6506/13 6529/11
6530/9 6530/25
6534/18 6534/24
6535/16 6547/21
6552/23 6553/10
6554/22 6570/12
6572/13 6573/16
6576/9 6576/17
6584/22 6585/12
6587/10
**while [15]** 6455/5
6463/11 6463/13
6463/22 6464/1
6465/19 6480/19
6483/19 6487/16
6504/23 6509/25
6511/20 6559/22
6580/18 6586/5
**White [1]** 6479/19
**White House [1]**
6479/19
**Whitehouse.gov [1]**
6514/3
**who [44]** 6458/11
6462/21 6463/1
6465/17 6466/16
6471/19 6471/19
6471/22 6473/23
6474/1 6479/24 6491/8
6492/6 6493/23
6498/13 6505/22

6510/9 6521/12
6525/14 6529/9 6530/7
6530/24 6539/6
6541/24 6542/1 6542/3
6544/5 6545/6 6563/18
6570/22 6571/1 6571/3
6573/18 6575/23
6577/12 6578/5
6579/11 6582/15
6582/16 6585/11
6588/13
**who's [3]** 6474/3
6574/21 6588/24
**whole [8]** 6460/20
6472/24 6472/24
6475/1 6477/17
6564/15 6568/2
6575/25
**why [24]** 6453/3
6461/8 6463/4 6465/24
6469/20 6470/22
6473/18 6475/8 6477/8
6479/2 6479/7 6479/12
6479/14 6485/7 6492/9
6494/6 6497/17
6514/15 6521/6
6544/19 6548/16
6578/18 6586/12
6586/14
**WI [1]** 6451/20
**WI4 [1]** 6453/23
**wickets [1]** 6481/17
**wild [5]** 6559/6
6585/15 6585/15
6585/16 6585/17
**will [38]** 6456/16
6460/16 6460/25
6461/1 6469/10
6470/12 6477/24
6479/3 6481/22 6483/2
6483/3 6484/2 6484/12
6484/19 6488/20
6497/13 6505/7
6506/20 6507/9 6508/3
6508/5 6509/16 6510/4
6510/24 6511/13
6512/23 6530/6 6530/8
6541/4 6542/12
6543/13 6543/17
6552/21 6553/4 6559/6
6559/21 6577/21
6587/8
**William [14]** 6448/7
6448/8 6448/11
6450/10 6450/21
6501/21 6516/10
6543/10 6543/18
6544/24 6545/24
6578/12 6591/2 6591/8
**William Isaacs [7]**
6450/10 6501/21
6516/10 6543/10
6543/18 6544/24
6578/12
**William Shipley [1]**
6450/21
**Wilson [4]** 6458/5

6484/9 6561/16
**win [1]** 6562/10
**wins [1]** 6485/20
**wire [2]** 6559/21
6559/22
**wishes [2]** 6451/9
6477/21
**withdraw [5]** 6472/18
6552/21 6553/4 6553/7
6561/6
**within [6]** 6464/21
6468/1 6472/10
6521/16 6548/23
6548/24
**without [3]** 6486/8
6533/4 6583/3
**witness [18]** 6449/2
6456/2 6459/18
6460/10 6461/1 6461/1
6468/18 6487/5 6501/5
6508/18 6552/15
6552/23 6557/12
6569/19 6573/7 6573/8
6588/25 6589/8
**witnesses [7]** 6449/4
6462/18 6468/19
6470/3 6473/23
6491/10 6541/9
**witnesses' [1]** 6494/7
**woman [1]** 6576/14
**won't [2]** 6470/14
6542/15
**Woodward [10]** 6447/2
6447/2 6450/17
6461/11 6467/21
6553/11 6554/5
6554/18 6583/14
6584/22
**word [3]** 6496/5 6506/8
6580/25
**words [5]** 6468/12
6535/20 6537/22
6538/12 6566/7
**work [7]** 6453/11
6453/17 6454/11
6454/12 6538/14
6538/16 6583/25
**worked [4]** 6452/8
6453/13 6500/1
6501/25
**working [2]** 6528/21
6559/22
**works [1]** 6536/1
**worry [1]** 6548/6
**worst [3]** 6530/8
6530/9 6530/11
**worst-case [3]** 6530/8
6530/9 6530/11
**worth [3]** 6555/17
6555/19 6555/21
**would [70]** 6452/1
6452/14 6452/15
6452/23 6454/23
6455/3 6455/14
6455/16 6457/4
6459/10 6459/15
6460/1 6460/1 6460/20
6467/20 6469/6 6469/7

**W**

would... **[53]** 6471/10
6473/6 6475/16
6475/18 6479/9 6480/4
6485/14 6485/23
6486/9 6486/16
6487/21 6488/4
6488/11 6488/14
6488/23 6489/1
6489/23 6490/19
6490/25 6492/17
6499/6 6503/2 6505/3
6506/4 6513/4 6514/24
6535/4 6535/21
6536/12 6540/11
6540/13 6541/1
6546/22 6549/14
6550/10 6550/14
6550/19 6550/22
6550/23 6551/1
6551/17 6561/10
6563/10 6568/1 6568/3
6568/11 6568/20
6571/25 6578/16
6578/21 6580/22
6581/15 6584/6
wouldn't **[4]** 6468/3
6490/23 6535/1
6549/13
writ **[1]** 6462/1
write **[2]** 6525/19
6525/22
writes **[1]** 6559/19
writing **[1]** 6507/16
written **[5]** 6452/8
6452/20 6456/1
6508/10 6574/21
wrong **[3]** 6456/17
6458/12 6552/8
wrongdoing **[1]**
6553/3
wrote **[2]** 6508/11
6525/15

**Y**

yeah **[17]** 6451/16
6452/3 6453/3 6454/11
6473/13 6475/11
6495/8 6499/17 6500/5
6522/16 6550/22
6558/18 6564/5 6564/9
6567/22 6571/20
6572/12
year **[2]** 6455/11
6534/16
years **[10]** 6538/8
6538/25 6543/11
6543/12 6543/13
6543/17 6550/7
6551/21 6552/7
6554/11
yell **[2]** 6542/15
6580/15
yell' **[1]** 6470/14
yelled **[1]** 6545/12
yelling **[5]** 6544/23
6545/2 6545/4 6545/5
6580/11

yesterday **[8]** 6451/5
6451/11 6485/4 6499/7
6564/14 6565/15
6576/13 6588/23
yet **[4]** 6454/9 6478/2
6479/5 6481/20
you **[387]**
you know **[1]** 6471/25
you'd **[2]** 6492/16
6572/4
you're **[16]** 6473/16
6476/6 6489/5 6489/5
6492/8 6492/13
6492/15 6495/2 6499/9
6499/17 6500/24
6552/16 6552/18
6553/1 6555/12
6587/22
you've **[8]** 6451/7
6459/7 6460/21
6538/23 6548/17
6554/11 6559/8
6567/18
your **[132]** 6450/6
6450/25 6451/10
6451/10 6451/17
6453/1 6453/17
6453/22 6454/15
6454/21 6455/8
6455/22 6456/11
6456/14 6457/5 6457/8
6458/7 6458/24
6459/10 6459/17
6459/19 6460/24
6460/25 6461/2
6461/12 6462/11
6467/15 6469/16
6470/18 6471/10
6472/14 6472/19
6473/6 6474/25
6475/24 6478/14
6478/14 6478/15
6480/5 6481/18 6484/1
6484/6 6484/10
6484/19 6484/22
6487/9 6487/11
6487/14 6488/4
6489/16 6491/7
6491/25 6493/6
6493/17 6494/3
6494/18 6495/1 6498/5
6498/23 6499/2 6499/7
6499/25 6500/20
6501/14 6501/17
6502/15 6503/3
6504/12 6504/18
6505/5 6506/21 6508/4
6509/15 6510/3 6510/9
6510/21 6511/12
6512/1 6512/22
6513/10 6519/5
6523/19 6523/22
6524/14 6531/25
6534/5 6534/20 6535/4
6536/16 6538/1 6540/9
6543/2 6543/4 6547/12
6547/15 6548/15

6553/16 6554/7
6554/15 6554/21
6558/11 6558/25
6559/7 6559/11
6559/14 6559/24
6559/24 6560/7
6560/21 6561/6
6561/21 6561/23
6561/24 6565/13
6568/23 6569/9 6571/4
6577/6 6577/25 6578/8
6584/23 6585/18
6586/9 6586/12
6586/16 6587/8 6587/9
6587/11 6589/5
6589/22
**Your Honor [76]**
6450/6 6450/25
6451/10 6451/17
6453/1 6453/17
6454/15 6456/14
6458/24 6459/10
6459/17 6459/19
6460/24 6460/25
6461/2 6461/12
6462/11 6467/15
6469/16 6470/18
6471/10 6472/14
6473/6 6474/25
6478/15 6480/5
6481/18 6484/1 6484/6
6484/10 6487/9
6487/11 6487/14
6488/4 6491/25 6493/6
6494/3 6494/18 6498/5
6502/15 6504/12
6504/18 6505/5
6506/21 6508/4
6509/15 6510/3
6510/21 6511/12
6512/1 6512/22
6513/10 6519/5
6523/19 6523/22
6531/25 6534/20
6535/4 6536/16 6543/2
6543/4 6547/12
6547/15 6553/16
6554/15 6554/21
6561/6 6561/21 6577/6
6577/25 6578/8 6587/8
6587/9 6587/11 6589/5
6589/22

**Z**

Zaremba **[3]** 6448/11
6591/2 6591/8
zealousness **[1]**
6461/15
zoom **[2]** 6503/15
6522/18
Zsuzsa **[1]** 6447/6